**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| PROTERRA INC, *et al.*,[1] | Case No. 23-11120 (BLS) |
| | (Jointly Administered) |
| Debtors. | |

**SCHEDULES OF ASSETS AND LIABILITIES FOR**
**PROTERRA OPERATING COMPANY, INC (CASE NO. 23-11121)**

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (9565); and Proterra Operating Company, Inc. (8459). The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| PROTERRA INC, *et al.*,[1] | ) | Case No. 23-11120 (BLS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS
AND METHODOLOGY REGARDING THE DEBTORS' SCHEDULES OF
ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

The above-captioned debtors and debtors in possession (each, a "<u>Debtor</u>," and collectively, the "<u>Debtors</u>") are filing their respective Schedules of Assets and Liabilities (collectively, the "<u>Schedules</u>") and Statements of Financial Affairs (collectively, the "<u>Statements</u>," and together with the Schedules, the "<u>Schedules and Statements</u>") in the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>"). The Debtors, with the assistance of their professional advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "<u>Bankruptcy Code</u>"), Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), and Rule 1007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "<u>Local Rules</u>").

These *Global Notes and Statement of Limitations and Methodology Regarding the Debtors' Schedules and Statements* (the "<u>Global Notes</u>") comprise an integral part of the Schedules and Statements and should be referred to and considered in connection with any review of the Schedules and Statements.[2]

The Debtors have used commercially reasonable efforts to ensure the accuracy and completeness of the information and data used in preparing the Schedules and Statements. Inadvertent errors, omissions, or inaccuracies may exist in the Schedules and Statements. The Debtors and their estates reserve all rights to amend or supplement the Schedules and Statements as may be necessary and appropriate.

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (9565); and Proterra Operating Company, Inc. (8459). The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.

[2]   These Global Notes supplement and are in addition to any specific notes contained in each Debtor's Schedules or Statements. The fact that the Debtors have prepared a Global Note with respect to any of the individual Debtor's Schedules and Statements and not to those of another should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any of the Debtors' other Schedules and Statements, as appropriate.

## I.    <u>Notes Applicable to All Schedules and Statements</u>

**<u>Note 1: Reporting Date</u>**.  All asset information, except where otherwise noted (including with respect to cash and accounts receivable), is provided as of July 31, 2023.  All liability information is provided as of August 7, 2023 (the "<u>Petition Date</u>").

**<u>Note 2: Currency</u>**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.  To the extent any amounts had to be converted to U.S. dollars, the conversion rate used was as of the Petition Date.

**<u>Note 3: Signatory</u>**.  David Black has signed each set of Schedules and Statements.  Mr. Black serves as Chief Financial Officer of Debtor Proterra Inc, and he is an authorized signatory for each of the Debtors in these chapter 11 cases.  In reviewing and signing the Schedules and Statements, Mr. Black has necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtors and their legal and financial advisors.  Mr. Black has not personally verified and could not personally verify the accuracy of each such statement and representation, but believes them to be true, correct, and accurate as of the date he signed the Schedules and Statements.

**<u>Note 4: Basis of Presentation</u>**.  The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("<u>GAAP</u>"), nor are they intended to be fully reconciled to the financial statements of each Debtor.  The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.  The Schedules and Statements reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.  These Schedules and Statements were not filed with the United States Securities and Exchange Commission (the "<u>SEC</u>") or any other authority, and neither the SEC nor any state authority has passed upon the accuracy or adequacy of the Schedules and Statements, or upon the merits of the Schedules and Statements.

**<u>Note 5: Net Book Value</u>**.  In certain instances, current market valuations for individual items of property and other assets are neither maintained by nor readily available to the Debtors.  Accordingly, unless otherwise indicated, the Schedules and Statements reflect net book values as of the Petition Date.  Net book values may vary substantially from the actual market value of such property and other assets, and should not be relied upon or taken as evidence of such assets' actual market value.

**<u>Note 6: Estimates and Assumptions</u>**.  The preparation of the Schedules and Statements required the Debtors to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods.  Actual results could differ from such estimates.

**<u>Note 7: Totals</u>**.  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are undetermined amounts, the actual total may be different from the listed total.

**Note 8: Confidential or Sensitive Information**.  There may be instances in the Schedules and Statements where the Debtors deemed it necessary and appropriate to redact from the public record, information such as names, addresses, or amounts.  Typically, the Debtors have used this approach because of an agreement between the Debtors and a third party, local restrictions on disclosure, concerns about the confidential or commercially sensitive nature of certain information, or concerns for the privacy of an individua.  The alterations were limited to only what is necessary to protect the Debtors or a third party.

**Note 9: Causes of Action**.  Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets.  The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment, and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action, or in any way prejudice or impair the assertion of such claims or Causes of Action.

**Note 10: Claim Designation**.  Any (i) failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" or (ii) designation of a claim in the Schedules and Statement as "not subject to offset" does not constitute an admission by the Debtors that such claim or amount is not "contingent," "unliquidated," or "disputed" or "not subject to offset."  The Debtors reserve all of their rights to dispute, or to assert offsets or defenses to, any claim reflected on their Schedules or Statements on any grounds, including, but not limited to, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed" or "subject to offset."  Moreover, the Debtors reserve all of their rights to amend their Schedules and Statements as necessary and appropriate.  Listing a claim does not constitute an admission of liability by the Debtors.

**Note 11: Fiscal Year**.  Each Debtor's fiscal year ends on or about December 31.

**Note 12:  Property and Equipment**.  Unless otherwise indicated, owned property and equipment are stated at net book value.  The Debtors may lease furniture, fixtures, and equipment from certain third party lessors.  Any such leases are set forth in the Schedules and Statements.  Nothing in the Schedules and Statements is or shall be construed as an admission as to the determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all of their rights with respect to same.

**Note 13: Unliquidated Claim Amounts**.  Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated."  The Debtors may have material unliquidated

liabilities, including liabilities with respect to potential Claims arising on account of the potential rejection of executory contracts and unexpired leases. These Claims are not included in the Debtors' summary of total liabilities, and, accordingly, the presented aggregate liability amount may materially understate the amount of liabilities assertable or allowable against the Debtors.

**Note 14: Undetermined Amounts.** The description of an amount as "undetermined" is not intended to reflect upon the materiality of such amount.

**Note 15: Credits and Adjustments**. The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

**Note 16: Insiders**. In circumstances where the Schedules and Statements require information regarding "insiders", the Debtors have included information with respect to the individuals and entities that the Debtors believe may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods. Such individuals may no longer serve in such capacities. Persons and entities listed as "insiders" have been included for informational purposes only. The Debtors do not take any position with respect to: (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities law, or with respect to any theories of liability or any other purpose. As such, the Debtors reserve all rights to dispute whether someone identified in response to Question 4 is in fact an "insider" as defined in section 101(31) of the Bankruptcy Code.

**Note 17: Payments**. Prior to the Petition Date, the Debtors maintained a cash management and disbursement system in the ordinary course of their business (the "Cash Management System") (as described in the *Debtors' Motion For Entry of Interim and Final Orders (I) Authorizing (A) Continued Use of Cash Management System, (B) Maintenance of Bank Accounts and Business Forms, (C) Continuance of Corporate Credit Card Programs, and (D) Honoring Certain Prepetition Obligations; (II) Waiving Strict Compliance With 11 U.S.C. § 345(b) and Certain Operating Guidelines, as Applicable, and (III) Granting Related Relief* [Docket No. 14]) (the "Cash Management Motion")). Although efforts have been made to attribute open payable amounts to the correct legal entity, the Debtors reserve the right to modify or amend their Schedules and Statements to attribute such payment to a different legal entity, if appropriate.

**Note 18: Reservation of Rights**. In preparing the Schedules and Statements, the Debtors relied on unaudited financial data derived from their books and records that was available at the time of their preparation. Although the Debtors have made every reasonable effort to ensure the accuracy and completeness of the Schedules and Statements, inadvertent errors or omissions might exist and subsequent information or discovery might result in material changes or modification to the Schedules and Statements that require the Debtors to file amended Schedules and Statements. **The Debtors reserve all of their rights under Bankruptcy Rule 1009 to amend or modify any of the Schedules and Statements, including with respect to the treatment, characterization,**

classification, amount, omission, or inclusion of any claims, assets, liabilities, or executory contracts, and to the extent necessary to advance positions in these chapter 11 cases that might conflict with the Schedules and Statements.

**II.**  **Notes to Schedules of Assets and Liabilities**

1.  ***Schedule A/B – Assets***.  The Debtors have potentially excluded the following categories of assets from the Schedules and Statements: deferred tax assets; certain intangibles; or deferred revenue accounts.  Other immaterial assets may also have been excluded.  Unless otherwise noted, all amounts listed in Schedule A/B are as of July 31, 2023.

    ***Schedule A/B, Part 1 – Cash***.  The cash and cash equivalents listed in the Schedules reflect values as of the Petition Date.  There is an approximately $17,000 difference in the cash balance reported on the Schedules as compared to the amount described in the Cash Management Motion, which difference is driven by the change in the market value of US treasury investments in the Merrill Lynch working capital management account (x3373).

    ***Schedule A/B, Part 2 – Deposits***.  The Company recognizes certain customer prepayments as deposits on their balance sheet.

    ***Schedule A/B, Part 3 – Accounts Receivable***.  The receivables listed in the Schedules reflect values as of the Petition Date and include receivables from the Debtors' customers.  These amounts are the calculated net of any unapplied or on account receipts, trade adjustments, and unidentified receipts.

    ***Schedule A/B, Part 4, Question 15 – Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture.***  The Debtors have used their reasonable efforts to identify ownership interests of entities within the six years immediately preceding the Petition Date.  The Debtors have equity interests in two (2) other entities, one of which is listed as confidential.  The Debtors have provided their equity ownership percentage in such entities, but, as such entities are not publicly traded, the Debtors have listed the value of such interests as "Undetermined".

    ***Schedule A/B, Part 5 – Inventory, Excluding Agricultural Assets.***  Balances for Raw Materials, Work in Progress, and Finished Goods, as listed in Question 21, are based on fixed assets and inventory schedules, calculated as of July 31, 2023.  The Debtors sold certain of their inventory prior to the Petition Date.  As a result, this part may include some inventory that has already been sold.  Additionally, the Debtors have listed the value of inventory purchased within 20 days of the Petition Date as "Undetermined" as the Debtors are continuing to reconcile their books and records to various open purchase orders, shipments, and received goods.

    ***Schedule A/B, Part 7 – Office Furniture, Fixtures, and Equipment; and Collectibles***.  Dollar amounts are presented net of accumulated depreciation and other adjustments.  Unless otherwise indicated, owned property and equipment are listed at net book value.

***Schedule A/B, Part 10 – Intangibles***. The value of intangible assets is listed as undetermined. The Debtors are not able to provide a schedule with values specific to each intangible asset.

***Other Contingent and Unliquidated Claims or Causes of Action of Every Nature, including Counterclaims of the Debtors and Rights to Setoff Claims***. In the ordinary course of their business, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-claims, cross-claims, setoffs, credits, rebates, or refunds with their customers, insurance agencies, or insurance carriers. In addition, the Debtors believe that they may possess certain claims and causes of action against various parties. Accordingly, certain of the Debtors may become party to litigation in which such Debtor may assert claims as a plaintiff or counterclaims and/or crossclaims as a defendant. Because such claims are unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule A/B, Part 11.

2.    ***Schedule D – Creditors Who Have Claims Secured by Property***. Except where otherwise noted, the value of all secured liabilities listed on Schedule D are calculated as of the Petition Date.

Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D of any Debtor. Moreover, although the Debtors have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim, subject to the Debtors' rights pursuant to any applicable court order. By listing an "amount of claim" in Schedule D, the Debtors are not admitting or waiving any rights to assert that all or any portion of such claim is wholly unsecured. Further, the listing of a claim as secured is not an admission as to the validity of any lien. Finally, although there are multiple parties that may hold a portion of the debt included in the Debtors' prepetition funded debt, only administrative agents have been listed for purposes of Schedule D. The amounts reflected outstanding under the Debtors' prepetition loan facilities reflect approximate amounts as of the Petition Date. Without limitation, the Debtors reserve all rights with respect to the Liquidation Payment Amount Claims (as defined in Docket No. 142).[3]

The descriptions provided in Schedule D are intended only to be a summary. In certain instances, a Debtor may be a co-obligor, or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.

---

[3]    The amount of claim listed in the Schedules for CSI GP LLC for Proterra Operating Company, Inc. is $178,030,025.82. In connection with preparing the First Day Declaration, the CSI GP LLC claim was calculated as $177,283,103.23 and rounded as $177,200,000, which latter amount was reflected in the First Day Declaration. The difference in the Schedules and the First Day Declaration reflects an updated calculation for interest owed on such claim.

Nothing in Schedule D and/or the Notes shall be deemed a modification or interpretation of the terms of such agreements.

Detailed descriptions of the Debtors' prepetition debt structure and descriptions of collateral relating to the debt contained on Schedule D are contained in the *Declaration of Gareth T. Joyce in Support of Chapter 11 Petitions and First Day Pleadings* [Docket No. 16] (the "First Day Declaration").   Furthermore, in addition to the First Day Declaration, reference to the applicable debt documents is necessary for a complete description of the collateral, security interests, and the nature, extent, and priority of any liens.

Except as specifically stated, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D.  The Debtors reserve all of their rights, claims, and causes of action with respect to claims associated with any contracts and agreements listed on Schedule D or Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document or instrument (including any intercompany agreement) related to a creditor's claim.  Nothing herein shall be construed as an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract.

3.     ***Schedule E/F – Creditors Who Have Unsecured Claims***. Except where otherwise noted, the value of all unsecured liabilities listed on Schedule E/F are calculated as of the Petition Date.

The Debtors allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.   Some of the scheduled liabilities are unknown, contingent and/or unliquidated at this time.  In such cases, the amounts are listed as "Undetermined." Accordingly, the Schedules and the Statements may not equal the aggregate value of the Debtors' total liabilities as noted on any previously issued financial statements.

***Paid Claims***.  The Debtors have authority to pay certain outstanding prepetition liabilities pursuant to the Bankruptcy Court's first day orders (collectively, the "First Day Orders"). As such, certain liabilities listed in these Schedules and Statements may have been subsequently reduced or satisfied pursuant to the First Day Orders notwithstanding the fact that the Debtors have listed claims and payables as of the Petition Date in these Schedules and Statements.

***Excluded Liabilities***.  The Debtors have potentially excluded the following categories of liabilities from the Schedules and Statements: deferred tax liabilities; and certain accrued liabilities.  The Debtors have also excluded potential Claims arising on account of the potential rejection of executory contracts and unexpired leases, to the extent such Claims exist.  Other immaterial liabilities may also have been excluded.

***Part 1 – Creditors with Priority Unsecured Claims***.  The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority treatment under section 507 of the Bankruptcy Code.

Pursuant to the *Final Order (I) Authorizing the Debtors to Pay Prepetition Employee Wages and Benefits, and (II) Granting Related Relief* [Docket No. 207] (the "Employee Wage Order"), the Debtors received authority to pay certain prepetition obligations, including certain employee wages and other employee benefits in the ordinary course of business. The Debtors believe that (but cannot guarantee that) such claims will be satisfied in the ordinary course during the chapter 11 cases pursuant to the authority granted in the Employee Wage Order or other order that may be entered by the Bankruptcy Court. Additionally, claims against the Debtors on account of wage or wage-related obligations may maintain priority under section 507 of the Bankruptcy Code, but are subject to the priority cap imposed under subsections (a)(4) and (a)(5) of section 507 of the Bankruptcy Code.

***Part 2 – Creditors with Nonpriority Unsecured Claims***. The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records. The Debtors made reasonable attempts to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2. The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims. The amounts listed on schedule E/F are gross of any pre-Petition Date credits and may not reflect any right of setoff or recoupment, and the Debtors reserve any such setoff or recoupment rights. Additionally, certain creditors may assert mechanics', materialmans', or other similar liens against the Debtors for amounts listed in Schedule E/F.

In many cases, the claims listed on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtors or are subject to dispute. Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome and costly to the Debtors' estates, the Debtors have not listed a specific date or dates for such claim.

As of the time of filing of the Schedules and Statements, the Debtors may not have received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date. Accordingly, the information contained in Schedules D and E/F may be incomplete. The Debtors reserve their rights to amend Schedules D and E/F if, or when, the Debtors receive such invoices.

***Trade Payables***. The value of trade payables is calculated as of the Petition Date, with the exception of certain claims that have been reduced in accordance with agreements entered into or payments made pursuant to certain First Day Orders. To the extent that goods were delivered under purchase orders prior to the Petition Date, vendors' claims with respect to such delivered goods are included on Schedule E/F.

4.    ***Schedule G – Executory Contracts and Unexpired Leases***. Although the Debtors have made reasonable efforts to attribute an executory contract or unexpired lease to the applicable Debtor counterparty on Schedule G, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity of the Debtors' business. The Debtors reserve all of their rights with respect to the named parties of any and all executory

contracts and unexpired leases, including the right to amend, supplement, or otherwise modify Schedule G.

Certain of the executory contracts and unexpired leases listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, right to lease additional space, and other miscellaneous rights. These rights, powers, duties, and obligations are not set forth separately on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as easements, rights of way, subordination, non disturbance, and atonement agreements, supplemental agreements, amendments/letter agreements, and title agreements. To the extent that such documents constitute executory contracts, the documents may have been omitted.

Certain of the contracts, agreements, and leases listed on Schedule G may have been entered into by more than one of the Debtors. Further, the specific Debtor obligor to certain of the executory contracts or unexpired leases could not be specifically ascertained in every circumstance. In such cases, the Debtors used their best efforts to determine the correct Debtor's Schedule G on which to list such executory contract or unexpired lease.

In the ordinary course of business, the Debtors have entered into numerous contracts or agreements, some of which may be oral. While the Debtors have made every effort to reflect the current agreements, to the extent such contracts or agreements constitute executory contracts, certain of these contracts and agreements may not be listed individually on Schedule G.

The Debtors reserve all rights to dispute or challenge the characterization of any transaction or any contract, agreement, document or other instrument related to a creditor's claim. Further, the designation of a category is not meant to be wholly inclusive or descriptive of the entirety of the rights or obligations represented by such contract. The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreements, instruments, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In some cases, the same supplier or provider may appear multiple times in Schedule G. Multiple listings, if any, reflect distinct agreements between the applicable Debtor and such supplier or provider. The listing of any contract on Schedule G does not constitute an admission by the Debtors as to the validity of any such contract. The Debtors reserve the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

The Debtors have exercised reasonable efforts to locate and identify guarantees of their executory contracts, unexpired leases, secured financings, and other such agreements. Where guarantees have been identified, they have been included in the relevant Schedules G and H for the affected Debtor.

### III.   <u>Notes to Statements of Financial Affairs</u>

1.   ***Statements, Part 1, Questions 1 and 2 – Income and Non-Business Revenue***.  Revenue has been provided through August 6, 2023.

2.   ***Statements, Part 2, Questions 3 and 4 – Payments to Certain Creditors and Payments or Other Transfers of Property Made Within 1 Year Before Filing This Case That Benefited Any Insider***.  The Debtors' responses to Questions 3 and 4 on each of the Debtors' Statements reflect payments made by the Debtors from bank accounts on behalf of the corresponding Debtor, pursuant to the Debtors' Cash Management System described in the Cash Management Motion.

   For the purposes of these Statements, the Debtors used the Petition Date as the date of the information for the financial information provided, including payments made on the Petition Date.  The Debtors have responded to Question 3 in detailed format by listing each payment.  The response to Question 3, however, does not include transfers to bankruptcy professionals (which transfers appear in response to Part 6, Question 11).

   The payroll-related amount shown in response to Question 4, which includes, among other things, salary, wage, and additional compensation, is a gross amount that does not include reductions for amounts including employee tax or benefit withholdings.

   The directors and executive officers of Debtor Proterra Inc are also directors and executive officers of Debtor Proterra Operating Company, Inc.  To the extent payments to such individuals are not listed in the response to Questions 3 and 4 on the Statements for such Debtor entities, they did not receive payment for their services as directors or executive officers of these entities.  Certain of the Debtors' directors and executive officers received distributions net of tax withholdings in the year preceding the Petition Date.  The amounts listed under Questions 3 and 4 reflect the gross amounts paid to such directors and executive officers, rather than the net amounts after deducting for tax withholdings.

3.   ***Statements, Part 3, Question 7 – Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits***.  To the best of their knowledge, the Debtors have provided information with respect to all "material litigation" in response to Question 7, defined to include claims or assessments involving amounts exceeding $50,000, individually or in the aggregate.

4.   ***Statements, Part 6, Question 11 – Payments Related to Bankruptcy***.  Presented herein are payments made to various professional services firms for services rendered within one year immediately preceding the Petition Date.  The services rendered pertain to, among other things, (i) the Debtors' prepetition sale and marketing process, (ii) relief under the Bankruptcy Code, and (iii) preparation of a bankruptcy petition.  Amounts listed reflect the

total amounts paid to these respective firms, as bifurcating the specific restructuring activities would be administratively burdensome.

Information regarding the Debtors' retention of professional service firms is more fully described in the individual retention applications and related orders.

5. ***Statements, Part 11, Question 21 – Property Held for Another.*** In the normal course of the Debtors' business, the Debtors have vehicles or battery packs that remain on the Debtors' premises, but belong to the customer. This inventory balance floats and is consistently changing in the normal course. As of August 6, 2023, the Debtors held the following properties physically on behalf of our customers: eleven (11) electric transit buses worth approximately $10.7 million; and seventy-nine (79) battery packs worth approximately $1.9 million in value. In addition, periodically, the Debtors hold certain products held for warranty repair. Such property is not material in value.

6. ***Statements, Part 13, Question 25 – Businesses in which the Debtors Have an Interest***. The Debtors have used their reasonable efforts to identify ownership interests of entities within the six years immediately preceding the Petition Date. The Debtors have equity interests in two (2) other entities, one of which is listed as confidential. The Debtors have provided their equity ownership percentage in such entities, but, as such entities are not publicly traded, the Debtors have listed the value of such interests as "Undetermined".

7. ***Statements, Part 13, Question 26 – Books, Records, and Financial Statements***. Certain of the Debtors are registrants with the Securities and Exchange Commission and file with such agency periodic financial reports on a consolidated basis. These reports also contain information about those Debtors' finances, and are available publicly through the Debtors' website at https://ir.proterra.com/home/default.aspx.

The Debtors have supplied financial statements and reports in the ordinary course of business to certain third parties under confidentiality agreements. Such third parties include restructuring professionals, administrative agents under the Debtors' debt facilities, and certain other creditors. Therefore, the Debtors have not provided full lists of these parties in their response to Statement Question 26d.

8. ***Statements, Part 13, Question 27 – Inventories***. The Debtors have excluded inventory in transit, as such inventory is not in the Debtors' possession.

9. ***Statements, Part 13, Question 28 – Controlling Interest Holders.*** For purposes of the Schedules and Statements, the Debtors define "controlling interest holders" to include entities that directly hold in excess of 20% of the voting interests of the applicable Debtor entity. Entities listed as "controlling interest holders" have been included for informational purposes only. The Debtors do not take any position with respect to such entity's influence over the control of the Debtors or whether such entity could successfully argue that it is not a "controlling interest holders" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

\* \* \* \* \*

11

**Fill in this information to identify the case:**

Debtor Name: In re : Proterra Operating Company, Inc.

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-11121 (BLS)

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**

       Copy line 88 from *Schedule A/B* ....................................................................................................    $     20,152,085.54

    1b. **Total personal property:**

       Copy line 91A from *Schedule A/B* ..................................................................................................    $     715,755,023.80

    1c. **Total of all property:**

       Copy line 92 from *Schedule A/B* ...................................................................................................    $     735,907,109.34

| Part 2: | Summary of Liabilities |
| --- | --- |

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* .....................    $     200,059,066.32

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

       Copy the total claims from Part 1 from line 5a of *Schedule E/F* ...............................................    $     0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**

       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ....................    + $     76,059,637.28

4. **Total liabilities**

    Lines 2 + 3a + 3b .................................................................................................................    $     276,118,703.60

**Fill in this information to identify the case:**

Debtor Name: In re : Proterra Operating Company, Inc.

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-11121 (BLS)

☐ Check if this is an
   amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest**

2. **Cash on hand**

   2.1  None _____ $ _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)    Type of account    Last 4 digits of account number

   3.1  See Schedule A/B 3 Attachment _____    _____    _____ $         137,899,112.95

4. **Other cash equivalents** *(Identify all)*

   4.1  None _____ $ _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $         137,899,112.95

Debtor:   Proterra Operating Company, Inc.
          _____
          Name

Case number *(if known)*:   23-11121
          _____

---

**Part 2:**   **Deposits and prepayments**

6.  **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7.  **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | |
|---|---|
| 7.1  See Schedule A/B 7 Attachment | $                    19,929,342.22 |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | |
|---|---|
| 8.1  See Schedule A/B 8 Attachment | $                    15,439,465.61 |

9.  **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$                    35,368,807.83

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

| | | Description | face amount | | doubtful or uncollectible accounts | | | |
|---|---|---|---|---|---|---|---|---|
| 11a. | 90 days old or less: | Accounts receivable 0-90 days | $ 81,980,698.70 | - $ | 0.00 | =.....➜ | $ | 81,980,698.70 |
| 11b. | Over 90 days old: | Accounts receivable 91+ days | $ 22,851,998.20 | - $ | 800,967.18 | =.....➜ | $ | 22,051,031.02 |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ 104,031,729.72

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121
_____

## Part 4:    Investments

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

☒ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

|  |  |  |
|---|---|---|
| 14.1 None | $ | |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                    % of ownership:

| Name of entity | % of ownership | | |
|---|---|---|---|
| 15.1 Confidential Counterparty | 2.8% | $ | Undetermined |
| 15.2 Volta Trucks | 0.4% | $ | Undetermined |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

|  |  |  |
|---|---|---|
| 16.1 None | $ | |

17. **Total of Part 4.**

Add lines 14 through 16. Copy the total to line 83.

$ 0.00

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*:  23-11121

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 19.1 See Schedule A/B 19 Attachment | | $ 230,876,277.75 | | $ 230,876,277.75 |
| 20. **Work in progress** | | | | |
| 20.1 See Schedule A/B 20 Attachment | | $ 38,825,750.65 | | $ 38,825,750.65 |
| 21. **Finished goods, including goods held for resale** | | | | |
| 21.1 See Schedule A/B 21 Attachment | | $ 12,125,728.36 | | $ 12,125,728.36 |
| 22. **Other inventory or supplies** | | | | |
| 22.1 None | | $ | | $ |

23. **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

$ 281,827,756.76

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes.  Description Inventory     Book value $ Undetermined     Valuation method _____     Current value $ Undetermined

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121
_____

<table>
<tr><td colspan="2"><strong>Part 6:</strong></td><td><strong>Farming and fishing-related assets (other than titled motor vehicles and land)</strong></td></tr>
</table>

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
   - ☒ No. Go to Part 7.
   - ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ _____ | _____ | $ _____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $ _____ | _____ | $ _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ _____ | _____ | $ _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ _____ | _____ | $ _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ _____ | _____ | $ _____ |
| 33. **Total of Part 6.** Add lines 28 through 32. Copy the total to line 85. | | | $ _____ 0.00 |

34. **Is the debtor a member of an agricultural cooperative?**
   - ☐ No
   - ☐ Yes. Is any of the debtor's property stored at the cooperative?
      - ☐ No
      - ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
   - ☐ No
   - ☐ Yes.  Description_____  Book value $ _____  Valuation method _____  Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
   - ☐ No
   - ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
   - ☐ No
   - ☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*   23-11121

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐  No. Go to Part 8.

☑  Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 39.1  Office Furniture and Fixtures | $             1,422,869.32 | Net Book Value | $             1,422,869.32 |
| 40.  **Office fixtures** | | | |
| 40.1  See Schedule A/B Question 39 | $ | | $ |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1  Computer hardware, software and other office equipment | $             7,370,073.34 | Net Book Value | $             7,370,073.34 |
| 42.  **Collectibles** *Examples:* Antiques and figurines; paintings,prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1  None | $ | | $ |

43.  **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$             8,792,942.66

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**

☐  No

☑  Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑  No

☐  Yes

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121

## Part 8:    Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 See Schedule A/B 47 Attachment | $ 3,005,697.98 | | $ 3,005,697.98 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 None | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 None | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1 Equipment Lease: De Lage Financial Services, Inc. | $ Undetermined | | $ Undetermined |
| 50.2 Equipment Lease: Office1 | $ Undetermined | | $ Undetermined |
| 50.3 Manufacturing equipment and small tools | $ 78,276,912.10 | Net Book Value | $ 78,276,912.10 |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 81,282,610.08

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Debtor: | Proterra Operating Company, Inc. | | Case number *(if known):* | 23-11121 |
| | Name | | | |

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  See Schedule A/B 55 Attachment | | $          20,152,085.54 | | $          20,152,085.54 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | |
|---|---|
| $          20,152,085.54 | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?`**

☐ No

☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

**Part 10:** **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**
☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 See Schedule A/B 60 Attachment | $ Undetermined | | $ Undetermined |
| 61. **Internet domain names and websites** | | | |
| 61.1 See Schedule A/B 61 Attachment | $ Undetermined | | $ Undetermined |
| 62. **Licenses, franchises, and royalties** | | | |
| 62.1 None | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 63.1 None | $ | | $ |
| 64. **Other intangibles, or intellectual property** | | | |
| 64.1 None | $ | | $ |
| 65. **Goodwill** | | | |
| 65.1 None | $ | | $ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known):*    23-11121

Name

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐  No. Go to Part 12.

☑  Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)    Total face amount    doubtful or uncollectible accounts

71.1  None    $ _____  - $ _____  =..... ➜  $ _____

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

72.1  See Schedule A/B 72 Attachment    Tax year _____    $                48,834.32

73. **Interests in insurance policies or annuities**

73.1  See Schedule A/B 73 Attachment    $              Undetermined

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1  None    $ _____

Nature of claim _____

Amount requested    $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1  None    $ _____

Nature of claim _____

Amount requested    $ _____

76. **Trusts, equitable or future interests in property**

76.1  None    $ _____

77. **Other property of any kind not already listed**  *Examples*: Season tickets, country club membership

77.1  See Schedule A/B 77 Attachment    $            66,503,229.48

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $            66,552,063.80

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑  No

☐  Yes

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*:  23-11121
_____

---

**Part 12:  Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 137,899,112.95 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 35,368,807.83 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 104,031,729.72 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 281,827,756.76 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 8,792,942.66 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 81,282,610.08 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................➔ | | $ 20,152,085.54 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | $ 66,552,063.80 | |
| 91. **Total.** Add lines 80 through 90 for each column...............91a. | $ 715,755,023.80 | + 91b. $ 20,152,085.54 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................................................................. | | $ 735,907,109.34 |

**Fill in this information to identify the case:**

Debtor Name: In re : Proterra Operating Company, Inc.

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-11121 (BLS)

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

**2.1 Creditor's name**

Bank of America, N.A., as agent (Atlantic Specialty Insurance, as  beneficiary)
*Creditor's Name*

**Describe debtor's property that is subject to a lien**

Cash collateral                               $       986,278.00   $    Undetermined

**Creditor's mailing address**

*Notice Name*
100 N Tryon Street
*Street*

**Describe the lien**
Letter of Credit

**Is the creditor an insider or related party?**
☒ No
☐ Yes

| Charlotte | NC | 28255 |
|---|---|---|
| City | State | ZIP Code |

*Country*

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred**     03/28/23

**Last 4 digits of account number**     3748

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

| Debtor: | Proterra Operating Company, Inc. | Case number *(if known)*: | 23-11121 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

|  | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

2.2 **Creditor's name**

Bank of America, N.A., as agent (Atlantic Specialty Insurance, as beneficiary)
Creditor's Name

**Creditor's mailing address**

Notice Name

100 N Tryon Street
Street

| Charlotte | NC | 28255 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**    02/02/23

**Last 4 digits of account number**    3508

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Cash collateral    $    1,373,700.00    $    Undetermined

**Describe the lien**

Letter of Credit

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out S*chedule H: Codebtors(Official Form 206H)*.

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent

☐ Unliquidated

☐ Disputed

| Debtor: | Proterra Operating Company, Inc. | Case number *(if known):* | 23-11121 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

2.3 **Creditor's name**

Bank of America, N.A., as agent (BC Transit, as beneficiary)
Creditor's Name

**Creditor's mailing address**

Notice Name
100 N Tryon Street
Street

| Charlotte | NC | 28255 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**      08/17/22

**Last 4 digits of account number**      0726

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Cash collateral      $      755,686.50      $      Undetermined

**Describe the lien**

Letter of Credit

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*    23-11121

| Part 1: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
**Amount of claim**
Do not deduct the value of collateral.

**Column B**
**Value of collateral that supports this claim**

2.4 **Creditor's name**

Bank of America, N.A., as agent (Bond Safeguard Insurance Company, as beneficiary)
_____
Creditor's Name

**Creditor's mailing address**

_____
Notice Name

100 N Tryon Street
_____
Street

_____

| Charlotte | NC | 28255 |
| City | State | ZIP Code |

_____
Country

**Creditor's email address, if known**

_____

**Date debt was incurred**    10/04/22

**Last 4 digits of account number**    0859

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines

    _____

**Describe debtor's property that is subject to a lien**

Cash collateral
_____

$    900,000.00    $    Undetermined

**Describe the lien**

Letter of Credit
_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent

☐ Unliquidated

☐ Disputed

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| **Part 1:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

2.5 **Creditor's name**

Bank of America, N.A., as agent (Carolina CC Venture XXXVII LLC, as beneficiary)

Creditor's Name

**Creditor's mailing address**

Notice Name
100 N Tryon Street
Street

| Charlotte | NC | 28255 |
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**    11/03/21

**Last 4 digits of account number**    8146

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Cash collateral          $          4,000,000.00    $          Undetermined

**Describe the lien**

Letter of Credit

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*   23-11121

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
**Amount of claim**
Do not deduct the value of collateral.

**Column B**
**Value of collateral that supports this claim**

2.6 **Creditor's name**

Bank of America, N.A., as agent (Great American Insurance Company, as beneficiary)
Creditor's Name

**Describe debtor's property that is subject to a lien**

Cash collateral                    $ 530,000.00    $ Undetermined

**Creditor's mailing address**

Notice Name
100 N Tryon Street
Street

**Describe the lien**

Letter of Credit

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Charlotte    NC    28255
City    State    ZIP Code

Country

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Creditor's email address, if known

**Date debt was incurred**    04/19/21

**Last 4 digits of account number**    5522

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines

| | |
|---|---|
| Debtor: | Proterra Operating Company, Inc. |
| | Name |

Case number *(if known)*: 23-11121

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.7 Creditor's name**

Bank of America, N.A., as agent (LG Energy Solutions LTD Tower 1, as beneficiary)
Creditor's Name

**Creditor's mailing address**

Notice Name
100 N Tryon Street
Street

| Charlotte | NC | 28255 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**     06/28/22

**Last 4 digits of account number**     6519

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Cash collateral        $   10,000,000.00    $   Undetermined

**Describe the lien**

Letter of Credit

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| Debtor: | Proterra Operating Company, Inc. |
| | Name |

Case number *(if known)*:    23-11121

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|

2.8 **Creditor's name**

Bank of America, N.A., as agent (Philadelphia Insurance Companies, as beneficiary)
Creditor's Name

**Creditor's mailing address**

Notice Name
100 N Tryon Street
Street

| | | |
|---|---|---|
| Charlotte | NC | 28255 |
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**    10/04/22

**Last 4 digits of account number**    1484

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Cash collateral    $   2,610,221.00   $   Undetermined

**Describe the lien**

Letter of Credit

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☐ Unliquidated

☐ Disputed

| Debtor: | Proterra Operating Company, Inc. | | Case number *(if known)* | 23-11121 |
| | Name | | | |

| **Part 1:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |

2.9 **Creditor's name**

Bank of America, N.A., as agent (Steelcase Financial Services Inc., as beneficiary)
Creditor's Name

**Creditor's mailing address**

Notice Name

100 N Tryon Street
Street

_____

| Charlotte | NC | 28255 |
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

_____

**Date debt was incurred**   05/17/22

**Last 4 digits of account number**   0451

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines

   _____

**Describe debtor's property that is subject to a lien**

Cash collateral            $ 741,685.00   $   Undetermined

**Describe the lien**

Letter of Credit

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent

☐ Unliquidated

☐ Disputed

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*    23-11121

| Part 1: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

2.10 **Creditor's name**

CSI GP LLC, as agent

Creditor's Name

**Creditor's mailing address**

Notice Name

599 Lexington Avenue, 20th Floor

Street

| New York | NY | 10022 |
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**    8/4/2020

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Security interest in all of debtor's assets

$ 178,030,025.82    $ Undetermined

**Describe the lien**

2L

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

| Debtor: | Proterra Operating Company, Inc. | | Case number *(if known):* | 23-11121 |
| --- | --- | --- | --- | --- |
| | Name | | | |

| **Part 1:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
| --- | --- |

2.11 **Creditor's name**

Silicon Valley Bank
Creditor's Name

**Creditor's mailing address**

Jordan Kanis
Notice Name

3003 Tasman Drive
Street

| Santa Clara | CA | 95054 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**          6/14/2017

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Cash collateral                     $         131,470.00   $         131,470.00

**Describe the lien**

Letter of Credit

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors(Official Form 206H).*

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $       200,059,066.32

**Part 2:**     List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line _____ | _____ |
| Name | | |
| Notice Name | | |
| Street | | |
| | | |
| | | |
| City                    State                    ZIP Code | | |
| Country | | |

**Fill in this information to identify the case:**

Debtor Name: In re : Proterra Operating Company, Inc.

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-11121 (BLS)

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**

☐ No. Go to Part 2.

☑ Yes. Go to Line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

2.1 **Priority creditor's name and mailing address**

Alabama Department of Revenue
Creditor Name

Creditor's Notice name

50 North Ripley St
Address

| Montgomery | AL | 36104 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ ____ Unliquidated    $ ____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.2 Priority creditor's name and mailing address**

Arizona Department of Revenue
Creditor Name

Creditor's Notice name

1600 West Monroe St
Address

| Phoenix | AZ | 85007 |
|---------|----|----|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.3 Priority creditor's name and mailing address**

Arkansas Department of Finance and Administration
Creditor Name

Attn Revenue Legal Counsel
Creditor's Notice name

Ledbetter Building
Address

1816 W 7th St, Room 2380

| Little Rock | AR | 72201 |
|-------------|----|----|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*:  23-11121
_____

**2.4 Priority creditor's name and mailing address**

British Columbia Ministry of Finance
_____
Creditor Name

_____
Creditor's Notice name

617 Government St
_____
Address

| Victoria | BC | V8V 2M1 |
|---|---|---|
| City | State | ZIP Code |

Canada
_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated  $ _____ Unliquidated

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.5 Priority creditor's name and mailing address**

CA, Los Angeles County Tax Collector
_____
Creditor Name

Kenneth Hahn Hall of Administration
_____
Creditor's Notice name

500 W Temple Street
_____
Address

| Los Angeles | CA | 90012 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated  $ _____ Unliquidated

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*    23-11121

**2.6 Priority creditor's name and mailing address**

CA, San Mateo County Tax Collector
Creditor Name

Creditor's Notice name

555 County Center - 1st Floor
Address

| Redwood City | CA | 94063 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ ___ Unliquidated  $ ___ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.7 Priority creditor's name and mailing address**

California Department of Tax and Fee Administration
Creditor Name

Collections Support Bureau Bankruptcy Team, MIC 74
Creditor's Notice name

PO Box 942879
Address

| Sacramento | CA | 94279-0074 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ ___ Unliquidated  $ ___ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**2.8 Priority creditor's name and mailing address**

Canada Revenue Agencey

Creditor Name

Tax Centre

Creditor's Notice name

9755 King George Highway

Address

| Surrey | BC | V3T 5E6 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $_____ Unliquidated  $_____ Unliquidated

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.9 Priority creditor's name and mailing address**

Colorado Department of Revenue

Creditor Name

Attn Bankruptcy Unit

Creditor's Notice name

1881 Pierce St.

Address

Entrance B

| Lakewood | CO | 80214 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $_____ Unliquidated  $_____ Unliquidated

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*    23-11121
_____

**2.10 Priority creditor's name and mailing address**

Connecticut Department of Revenue Services
_____
Creditor Name

Department of Revenue Services
_____
Creditor's Notice name

450 Columbus Blvd., Ste 1
_____
Address

_____

| Hartford | CT | 06103 |
|----------|-----|----------|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated  $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.11 Priority creditor's name and mailing address**

Delaware Division of Revenue
_____
Creditor Name

Division of Revenue/Bankruptcy Services
_____
Creditor's Notice name

820 N French St 8th Floor
_____
Address

Carvel State Building
_____

| Wilmington | DE | 19801 |
|------------|-----|----------|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated  $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):* 23-11121

| 2.12 **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ ___ Unliquidated $ ___ Unliquidated |
|---|---|

District of Columbia Office of Tax and Revenue
Creditor Name

*Check all that apply.*

☑ Contingent

Bankruptcy Unit, Stephanie Jeterm Supervisory
Revenue Officer
Creditor's Notice name

☑ Unliquidated

☐ Disputed

1101 4th Street SW
Address

**Basis for the claim:**

Taxes

| Washington | DC | 20024 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| 2.13 **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ ___ Unliquidated $ ___ Unliquidated |
|---|---|

Florida Department of Revenue
Creditor Name

*Check all that apply.*

☑ Contingent

Attn Bankruptcy Dept
Creditor's Notice name

☑ Unliquidated

☐ Disputed

5050 West Tennessee St
Address

**Basis for the claim:**

Taxes

| Tallahassee | FL | 32399-0112 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121
_____

**2.14 Priority creditor's name and mailing address**

Georgia Department of Revenue
_____
Creditor Name

Compliance Division - Central Collection Section
_____
Creditor's Notice name

1800 Century Blvd NE, Suite 9100
_____
Address

| Atlanta | GA | 30345-3202 |
|---------|-----|-----------|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated  $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.15 Priority creditor's name and mailing address**

Hawaii Department of Taxation
_____
Creditor Name

Attn Bankruptcy Dept
_____
Creditor's Notice name

PO Box 259
_____
Address

| Honolulu | HI | 96809-0259 |
|----------|-----|-----------|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated  $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:   Proterra Operating Company, Inc.                                  Case number *(if known):*   23-11121
          Name

**2.16 Priority creditor's name and mailing address**

Idaho State Tax Commission
Creditor Name

Creditor's Notice name

11321 W Chinden Blvd Bldg 2
Address

| Boise | ID | 83714 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated  $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.17 Priority creditor's name and mailing address**

Illinois Department of Revenue
Creditor Name

Bankruptcy Unit
Creditor's Notice name

PO Box 19035
Address

| Springfield | IL | 62794-9035 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated  $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*    23-11121

**2.18 Priority creditor's name and mailing address**

Indiana Department of Revenue
Creditor Name

Bankruptcy Section
Creditor's Notice name

100 North Senate Avenue, MS 108
Address

| Indianapolis | IN | 46204 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated  $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.19 Priority creditor's name and mailing address**

Internal Revenue Service
Creditor Name

Creditor's Notice name

1500 Pennsylvania Avenue, NW
Address

| Washington | DC | 20220 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated  $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):*    23-11121

**2.20 Priority creditor's name and mailing address**

Iowa Department of Revenue
Creditor Name

Creditor's Notice name

Hoover State Office Building
Address

1305 E Walnut

| Des Moines | IA | 50319 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated   $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.21 Priority creditor's name and mailing address**

Kansas Department of Revenue
Creditor Name

Scott State Office Building
Creditor's Notice name

120 SE 10th Avenue
Address

| Topeka | KS | 66612-1103 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated   $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*:   23-11121

**2.22 Priority creditor's name and mailing address**

Kentucky Department of Revenue

Creditor Name

Creditor's Notice name

501 High St

Address

| Frankfort | KY | 40601 |
|-----------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated   $ _____ Unliquidated

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.23 Priority creditor's name and mailing address**

Los Angeles County Tax Collector

Creditor Name

Kenneth Hahn Hall of Administration

Creditor's Notice name

500 W Temple Street

Address

| Los Angeles | CA | 90012 |
|-------------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated   $ _____ Unliquidated

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:   Proterra Operating Company, Inc.
_____
          Name

Case number *(if known)*:   23-11121
_____

**2.24  Priority creditor's name and mailing address**

Louisiana Department of Revenue
_____
Creditor Name

_____
Creditor's Notice name

617 North Third St
_____
Address

_____

| Baton Rouge | LA | 70802 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated  $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.25  Priority creditor's name and mailing address**

Maine Revenue Services
_____
Creditor Name

_____
Creditor's Notice name

PO Box 1060
_____
Address

_____

| Augusta | ME | 04332-1060 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated  $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.26 Priority creditor's name and mailing address**

Maryland Department of Assessments and Taxation
Creditor Name

Creditor's Notice name

PO Box 17052
Address

| Baltimore | MD | 21297 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.27 Priority creditor's name and mailing address**

Massachusetts Department of Revenue
Creditor Name

Creditor's Notice name

100 Cambridge St., 2nd Floor
Address

| Boston | MA | 02114 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121
_____

**2.28 Priority creditor's name and mailing address**

Michigan Department of Treasury
_____
Creditor Name

Attn Litigation Liaison
_____
Creditor's Notice name

Tax Policy Division, 2nd Floor, Austin Building
_____
Address

430 West Allegan Street
_____
_____

| | MI | 48922 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated   $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.29 Priority creditor's name and mailing address**

Minnesota Department of Revenue
_____
Creditor Name

_____
Creditor's Notice name

600 North Robert Street
_____
Address

_____

| St. Paul | MN | 55101 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated   $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.30 Priority creditor's name and mailing address**

Montana Department of Revenue
Creditor Name

Attn Bankruptcy Dept
Creditor's Notice name

Tammie Chenoweth & Marci Ballard Gohn
Address

125 N. Roberts,  P.O. Box 5805

| Helena | MT | 59604-5805 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ ___ Unliquidated  $ ___ Unliquidated
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.31 Priority creditor's name and mailing address**

New Jersey Division of Taxation
Creditor Name

Division of Taxation
Creditor's Notice name

Bankruptcy Unit
Address

3 John Fitch Way, PO Box 245

| Trenton | NJ | 08695-0245 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ ___ Unliquidated  $ ___ Unliquidated
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*   23-11121
_____

**2.32 Priority creditor's name and mailing address**

New Mexico Taxation and Revenue Department
_____
Creditor Name

_____
Creditor's Notice name

10500 Copper Ave NE Suite C
_____
Address

_____

| Albuquerque | NM | 87123 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ ___ Unliquidated  $ ___ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.33 Priority creditor's name and mailing address**

New York City Department of Taxation and Finance
_____
Creditor Name

_____
Creditor's Notice name

1 Centre St Floor 22
_____
Address

_____

| New York | NY | 10007 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ ___ Unliquidated  $ ___ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*:  23-11121
_____

**2.34 Priority creditor's name and mailing address**

New York State Department of Taxation and Finance
_____
Creditor Name

Attn Office of Counsel
_____
Creditor's Notice name

Building 9
_____
Address

WA Harriman Campus
_____

_____

| Albany | NY | 12227 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated  $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.35 Priority creditor's name and mailing address**

North Carolina Department of Revenue
_____
Creditor Name

Attn Bankruptcy Unit
_____
Creditor's Notice name

Post Office Box 1168
_____
Address

_____

| Raleigh | NC | 27602-1168 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated  $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.36 Priority creditor's name and mailing address**

Oklahoma Tax Commission
Creditor Name

Taxpayer Service Center
Creditor's Notice name

300 N Broadway Ave.
Address

| Oklahoma City | OK | 73102 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated $ _____ Unliquidated
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.37 Priority creditor's name and mailing address**

Oregon Department of Revenue
Creditor Name

Attn Bankruptcy Unit
Creditor's Notice name

955 Center St NE
Address

| Salem | OR | 97301-2555 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated $ _____ Unliquidated
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):*    23-11121

**2.38 Priority creditor's name and mailing address**

Pennsylvania Department of Revenue
Creditor Name

BANKRUPTCY DIVISION
Creditor's Notice name

Strawberry Square Lobby
Address

| Harrisburg | PA | 17128-0101 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated   $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.39 Priority creditor's name and mailing address**

Rhode Island Division of Taxation
Creditor Name

Creditor's Notice name

One Capitol Hill
Address

| Providence | RI | 02908 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated   $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*    23-11121

**2.40 Priority creditor's name and mailing address**

South Carolina Department of Revenue

Creditor Name

Creditor's Notice name

300A Outlet Pointe Blvd

Address

| | | |
|---|---|---|
| Columbia | SC | 29210 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated  $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.41 Priority creditor's name and mailing address**

Tennessee Department of Revenue

Creditor Name

Creditor's Notice name

Andrew Jackson State Office Building

Address

500 Deaderick St

| | | |
|---|---|---|
| Nashville | TN | 37242 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated  $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*    23-11121
_____

**2.42 Priority creditor's name and mailing address**

Texas - Office of Comptroller
_____
Creditor Name

Attn Bankruptcy Section
_____
Creditor's Notice name

Lyndon B Johnson State Office Building
_____
Address

111 East 17th St
_____

_____

| Austin | TX | 78774 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ ____ Unliquidated $ ____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.43 Priority creditor's name and mailing address**

Utah State Tax Commission
_____
Creditor Name

Attn Bankruptcy Section
_____
Creditor's Notice name

210 North 1950 West
_____
Address

_____

| Salt Lake City | UT | 84134 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ ____ Unliquidated $ ____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121
_____

**2.44 Priority creditor's name and mailing address**

Vermont Department of Taxes
_____
Creditor Name

_____
Creditor's Notice name

133 State St
_____
Address

_____

| Montpelier | VT | 05633-1401 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated  $ _____ Unliquidated

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.45 Priority creditor's name and mailing address**

Virginia Department of Taxation
_____
Creditor Name

Virginia Tax
_____
Creditor's Notice name

1957 Westmoreland St
_____
Address

_____

| Richmond | VA | 23230 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated  $ _____ Unliquidated

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*    23-11121

**2.46 Priority creditor's name and mailing address**

Washington Department of Revenue

Creditor Name

Attn Bankruptcy Unit

Creditor's Notice name

2101 4th Ave, Suite 1400

Address

| Seattle | WA | 98121 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated  $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.47 Priority creditor's name and mailing address**

Wisconsin Department of Revenue

Creditor Name

Creditor's Notice name

2135 Rimrock Rd

Address

| Madison | WI | 53713 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated  $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | Amount of claim |
|---|---|

**3.1** **Nonpriority creditor's name and mailing address**

4Imprint, Inc.
Creditor Name

Creditor's Notice name

101 Commerce Street
Address

| Oshkosh | WI | 54901 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 936.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**

AATIS, Inc.
Creditor Name

Creditor's Notice name

PMB 202, 3504 Hwy 153
Address

| Greenville | SC | 29611 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 35,150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.3  Nonpriority creditor's name and mailing address**

ABB E-Mobility Inc.
Creditor Name

Creditor's Notice name

305 Gregson Drive
Address

| Cary | NC | 27511 |
|------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                 105,062.06
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.4  Nonpriority creditor's name and mailing address**

ABC Bus, Inc.
Creditor Name

Creditor's Notice name

17469 West Colonial Drive
Address

| Winter Garden | FL | 34787 |
|---------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                 23,821.50
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor:  Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

| | |
|---|---|
| **3.5** | **Nonpriority creditor's name and mailing address** |

ACC Business

Creditor Name

AT&T Corp

Creditor's Notice name

PO Box 5077

Address

| Carol Stream | IL | 60197-5077 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                                     3,277.92

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

| | |
|---|---|
| **3.6** | **Nonpriority creditor's name and mailing address** |

Act Test Panels LLC

Creditor Name

Creditor's Notice name

273 Industrial Drive

Address

| Hillsdale | MI | 49242 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                                        299.58

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.7** **Nonpriority creditor's name and mailing address**

Addison Group
Creditor Name

CV Partners
Creditor's Notice name

7076 Solutions Center
Address

| Chicago | IL | 60677 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                 80,704.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

---

**3.8** **Nonpriority creditor's name and mailing address**

Advanced Rigging & Machinery Movers, LLC
Creditor Name

Matthew Hinty
Creditor's Notice name

2117 Three and Twenty Road
Address

| Easley | SC | 29642 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                 2,200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

---

3.9 **Nonpriority creditor's name and mailing address**

Advanced Wheel Sales LLC

Creditor Name

BROCK HENSEL

Creditor's Notice name

28381 Network Place

Address

| Chicago | IL | 60673 |
|---------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 137,702.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.10 **Nonpriority creditor's name and mailing address**

AFL Telecommunications Inc

Creditor Name

Creditor's Notice name

15331 Industrial Park Road

Address

| Bristol | VA | 24202 |
|---------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 53,324.08

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 29 of 339

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*:  23-11121

**3.11** **Nonpriority creditor's name and mailing address**

Airgas USA, LLC
Creditor Name

JOSHUA VICKERY
Creditor's Notice name

PO Box 532609
Address

| Atlanta | GA | 30353 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,385.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.12** **Nonpriority creditor's name and mailing address**

Aldridge Electric, Inc.
Creditor Name

Creditor's Notice name

844 E Roackland Road
Address

| Libertyville | IL | 60048 |
|--------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 38,461.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.13 Nonpriority creditor's name and mailing address**

Allegis Corporation
Creditor Name

Creditor's Notice name

Lockbox 446047
Address

P.O. Box 64765

| St. Paul | MN | 55164 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 12,914.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.14 Nonpriority creditor's name and mailing address**

Allegis Group Holdings, Inc.
Creditor Name

Aerotek/TEKSYSTEMS/Major, Lindsey & Africa Inc.
Creditor's Notice name

Aerotek, Inc.
Address

7301 Parkway Drive

| Hanover | MD | 21076 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 90,322.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.15 Nonpriority creditor's name and mailing address**

Allied High Tech Products Inc.
Creditor Name

KRISTINA PALOMO
Creditor's Notice name

2376 E. Pacifica Place
Address

| Rancho Dominguez | CA | 90220 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 318.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.16 Nonpriority creditor's name and mailing address**

Allied International Corp.
Creditor Name

Creditor's Notice name

7 Hill Street
Address

| Bedford Hills | NY | 10507 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 547.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**3.17** **Nonpriority creditor's name and mailing address**

Allosense, Inc.
Creditor Name

Creditor's Notice name

110 E Houston Street
Address

7th Floor #207

| San Antonio | TX | 78205 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 16,080.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.18** **Nonpriority creditor's name and mailing address**

Alt Solutions, Inc.
Creditor Name

Creditor's Notice name

PO Box 390889
Address

| Mountain View | CA | 94039 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 18,941.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*    23-11121

Name

**3.19 Nonpriority creditor's name and mailing address**

Altec Air, LLC

Creditor Name

Creditor's Notice name

226A Commerce S

Address

| Broomfield | CO | 80020 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                          8,117.41

*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒   No

☐   Yes

**3.20 Nonpriority creditor's name and mailing address**

Altro Transfloor

Creditor Name

Creditor's Notice name

80 Industrial Way

Address

Suite 1

| Willmington | MA | 01887 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                          23,751.32

*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒   No

☐   Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.21 Nonpriority creditor's name and mailing address**

American Cable & Rigging Supply, Inc
Creditor Name

Greg Baker
Creditor's Notice name

34 Sterling Place
Address

| Mills River | NC | 28759 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 21,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.22 Nonpriority creditor's name and mailing address**

American Express Travel Related Services Company
Creditor Name

Creditor's Notice name

PO Box 650448
Address

| Dallas | TX | 75265 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 50,967.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*  23-11121

**3.23** **Nonpriority creditor's name and mailing address**

American Seating Company
Creditor Name

Creditor's Notice name

801 Broadway Ave NW
Address

| Grand Rapids | MI | 49504 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 189,415.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.24** **Nonpriority creditor's name and mailing address**

American Tower Investments LLC
Creditor Name

CoreSite, L.P.
Creditor's Notice name

1001 17th Street
Address

Suite 500

| Denver | CO | 80202 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 125.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**3.25 Nonpriority creditor's name and mailing address**

Amphenol Interconnect Products Corporation

Creditor Name

Creditor's Notice name

20 Valley Street

Address

| Endicott | NY | 13760 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,530.10

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

**3.26 Nonpriority creditor's name and mailing address**

Amphenol Technical Products International

Creditor Name

Creditor's Notice name

2110 Notre Dame Ave.

Address

| Winnipeg | MB | R3H OK1 |
|----------|-----|---------|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 98,982.62

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*    23-11121

**3.27** **Nonpriority creditor's name and mailing address**

Applus IDIADA KARCO Engineering, LLC
Creditor Name

Creditor's Notice name

9270 Holly Road
Address

| Adelanto | CA | 92301 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    6,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.28** **Nonpriority creditor's name and mailing address**

Aqua Security Software, Inc.
Creditor Name

Creditor's Notice name

800 District Avenue
Address

Suite 510

| Burlington | MA | 01803 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    5,336.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Proterra Operating Company, Inc.

Case number *(if known)*:  23-11121

**3.29  Nonpriority creditor's name and mailing address**

Aranda Tooling, Inc.
Creditor Name

Creditor's Notice name

13950 Yorba Ave.
Address

| Chino | CA | 91710 |
|-------|----|----|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                        375,037.05
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐  No

☒  Yes

**3.30  Nonpriority creditor's name and mailing address**

Armanino LLP
Creditor Name

Lucie Wuescher
Creditor's Notice name

12657 Alcosta Blvd
Address

Suite 500

| San Ramon | CA | 94583 |
|-------|----|----|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                        15,750.12
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor:  Proterra Operating Company, Inc.

Case number *(if known)*:  23-11121

**3.31  Nonpriority creditor's name and mailing address**

AROW Global Corp

Creditor Name

Creditor's Notice name

924 North Parkview Circle

Address

| Mosinee | WI | 54455 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  623,165.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.32  Nonpriority creditor's name and mailing address**

Aryaka Networks, Inc.

Creditor Name

Creditor's Notice name

1800 Gateway Dr.

Address

Suite 200

| San Mateo | CA | 94404 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  2,795.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*   23-11121

**3.33** **Nonpriority creditor's name and mailing address**

AS Raymond

Creditor Name

Barnes Group

Creditor's Notice name

d/b/a Associated Spring Rao

Address

370 West Dussel Drive Suite A

| Maumee | OH | 43537 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $   4,188.58

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.34** **Nonpriority creditor's name and mailing address**

AT&T

Creditor Name

Creditor's Notice name

One AT&T Way

Address

| Bedminster | NJ | 07921-0752 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $   5,247.78

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*:  23-11121

Name

**3.35 Nonpriority creditor's name and mailing address**

AT&T (Box 5019)

Creditor Name

Creditor's Notice name

PO Box 5019

Address

| | | |
|---|---|---|
| Carol Stream | IL | 60197 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 10,588.21

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.36 Nonpriority creditor's name and mailing address**

AT&T (Box 5080)

Creditor Name

Creditor's Notice name

PO Box 5080

Address

| | | |
|---|---|---|
| Carol Stream | IL | 60197-5080 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,803.57

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*:  23-11121

Name

**3.37 Nonpriority creditor's name and mailing address**

AT&T Mobility

Creditor Name

Creditor's Notice name

PO Box 6463

Address

| Carol Stream | IL | 60197 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $               13,850.62

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

**3.38 Nonpriority creditor's name and mailing address**

AT&T Mobility-CC

Creditor Name

Creditor's Notice name

PO Box 5085

Address

| Carol Stream | IL | 60197 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $               80,308.16

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*    23-11121

---

**3.39** **Nonpriority creditor's name and mailing address**

Atlas Copco Tools & Assembly Systems, LLC

Creditor Name

Creditor's Notice name

3301 Cross Creek Parkway

Address

| Auburn Hills | MI | 48326 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    111,332.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.40** **Nonpriority creditor's name and mailing address**

Atlas/ Pellizzari Electric, Inc.

Creditor Name

Creditor's Notice name

450 Howland Street

Address

| Redwood City | CA | 94063 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    88,100.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.41 Nonpriority creditor's name and mailing address**

atlasRFIDstore.com
Creditor Name

Atlas RFID Solutions Store, LLC
Creditor's Notice name

1500 1st Avenue North
Address

Unit 10

| Birmingham | AL | 35203 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                256.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.42 Nonpriority creditor's name and mailing address**

Aubin Industries, Inc.
Creditor Name

Creditor's Notice name

23833 S. Chrisman Rd
Address

| Tracy | CA | 95304 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $              3,084.44
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☐ No
☒ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**3.43 Nonpriority creditor's name and mailing address**

Austin Hardware & Supply, Inc

Creditor Name

Creditor's Notice name

Dept CH 19373

Address

| Palatine | IL | 60055 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                      347.31

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.44 Nonpriority creditor's name and mailing address**

Auto Motion Shade Inc.

Creditor Name

Creditor's Notice name

125 Nashdene Road

Address

Unit 1

| Toronto | ON | M1V 2W3 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    4,311.40

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor:  Proterra Operating Company, Inc.
Name

Case number *(if known)*    23-11121

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 3,310.00 |

**3.45 Nonpriority creditor's name and mailing address**

AW Site Services LLC
Creditor Name

DBA Arwood Waste
Creditor's Notice name

16150 N Main Street
Address

| Jacksonville | FL | 32218 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    3,310.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.46 Nonpriority creditor's name and mailing address**

Baglin, Luis
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    2,220.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Employee Reimbursements

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*    23-11121

---

**3.47 Nonpriority creditor's name and mailing address**

Barcodes, Inc.

Creditor Name

Barcodes LLC

Creditor's Notice name

PO Box 0776

Address

Chicago                IL              60690

City          State          ZIP Code

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $            2,037.05

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.48 Nonpriority creditor's name and mailing address**

Barker Air & Hydraulics, Inc.

Creditor Name

Creditor's Notice name

1308 Miller Rd

Address

Greenville            SC            29607

City          State          ZIP Code

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              889.20

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

---

**3.49  Nonpriority creditor's name and mailing address**

Barton, Collin

Creditor Name

Creditor's Notice name

Address on File

Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 677.52

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Employee Reimbursements

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.50  Nonpriority creditor's name and mailing address**

BAYCOM INC

Creditor Name

Creditor's Notice name

PO Box 88013

Address

| | | |
|---|---|---|
| Milwaukee | WI | 53288 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 35.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*:  23-11121

Name

---

**3.51** **Nonpriority creditor's name and mailing address**

BDO USA, LLP

Creditor Name

Creditor's Notice name

770 Kenmoor SE

Address

Suite 300

| Grand Rapids | MI | 49546 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $  87,000.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.52** **Nonpriority creditor's name and mailing address**

Bendix CVS LLC

Creditor Name

Creditor's Notice name

PO Box 92096

Address

| Chicago | IL | 60675 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $  39,423.66

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor:  Proterra Operating Company, Inc.

Case number *(if known)*:  23-11121

---

**3.53  Nonpriority creditor's name and mailing address**

Benen Manufacturing LLC
Creditor Name

Creditor's Notice name

2266-2268 Trade Zone Blvd
Address

| San Jose | CA | 95131 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                   93,452.06
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.54  Nonpriority creditor's name and mailing address**

Bentech Inc
Creditor Name

DEVON KEARNS
Creditor's Notice name

PO Box 46128
Address

| Philadelphia | PA | 19160 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                 232,157.44
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.55 Nonpriority creditor's name and mailing address**

BG Networks, Inc.
Creditor Name

Creditor's Notice name

100 Robin Road
Address

| Weston | MA | 02493 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 14,625.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.56 Nonpriority creditor's name and mailing address**

Birlasoft Solutions Inc.
Creditor Name

Creditor's Notice name

399 Thornall St, 8th Floor
Address

| Edison | NJ | 08837 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 30,500.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.57** **Nonpriority creditor's name and mailing address**

Bisco Industries
Creditor Name

Creditor's Notice name

1500 N Lakeview
Address

| Anaheim | CA | 92807 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 38.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.58** **Nonpriority creditor's name and mailing address**

Bitetti, Stephanie
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**3.59** **Nonpriority creditor's name and mailing address**

Bizlink Technology, Inc.

Creditor Name

Creditor's Notice name

47211 Bayside Parkway

Address

| Fremont | CA | 94538 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 473,958.35

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.60** **Nonpriority creditor's name and mailing address**

Black & Decker (U.S.) Inc.

Creditor Name

DBA SWS VidmarLista

Creditor's Notice name

PO Box 371744

Address

| Pittsburgh | PA | 15251 |
|------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 10.27

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

| | |
|---|---|
| Name | |

**3.61** **Nonpriority creditor's name and mailing address**

Bloomington-Normal Public Transit System

Creditor Name

Creditor's Notice name

351 Wylie Drive

Address

| Normal | IL | 61761 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 323.18

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.62** **Nonpriority creditor's name and mailing address**

Blue Water Area Transportation Commission

Creditor Name

Creditor's Notice name

2021 Lapeer Avenue

Address

| Port Huron | MI | 48060 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 231.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.63 Nonpriority creditor's name and mailing address**

Bookoff McAndrews PLLC

Creditor Name

Creditor's Notice name

2020 K Street NW, Suite 400

Address

| Washington | DC | 20006 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 26,086.43

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.64 Nonpriority creditor's name and mailing address**

Boomi Inc

Creditor Name

Creditor's Notice name

1400 Liberty Ridge Drive

Address

| Chesterbrook | PA | 19087 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,002.31

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

| | |
|---|---|
| **3.65 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 16,208.44 |

Border States Industries, Inc.
Creditor Name

Shealy Electrical Wholesalers
Creditor's Notice name

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Attn Accounts Receivable
Address

**Basis for the claim:**

120 Saxe Gotha Road

Trade Claim

| West Columbia | SC | 29172 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

☐ Yes

**number**

| | |
|---|---|
| **3.66 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 11,671.26 |

BorgWarner Systems Lugo S.R.L
Creditor Name

Annemarie Swineford
Creditor's Notice name

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Via Mensa, 3/2
Address

**Basis for the claim:**

48022 Santa Maria in Fabriago RA

Trade Claim

| Lugo | Ravenna | 48022 |
|---|---|---|
| City | State | ZIP Code |

Italy
Country

**Date or dates debt was incurred**

Various

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

☐ Yes

**number**

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.67** **Nonpriority creditor's name and mailing address**

Bosch Rexroth Corporation
Creditor Name

Blong Moua
Creditor's Notice name

14001 South Lakes Drive
Address

| Charlotte | NC | 28273-6791 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,052.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.68** **Nonpriority creditor's name and mailing address**

Bossard Inc.
Creditor Name

Creditor's Notice name

6521 Production Drive
Address

| Cedar Falls | IA | 50613 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 404,259.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:   Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*    23-11121
_____

**3.69**  **Nonpriority creditor's name and mailing address**

Bow Valley Regional Transit Services Commission
_____
Creditor Name

_____
Creditor's Notice name

221 Beaver Street
_____
Address

PO Box 338
_____

_____

| Banff | AB | T1L 2A5 |
|-------|-----|---------|
| City | State | ZIP Code |

Canada
_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                15,088.78
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim
_____

**Is the claim subject to offset?**

☑  No

☐  Yes

---

**3.70**  **Nonpriority creditor's name and mailing address**

Bowman Trailer Leasing
_____
Creditor Name

_____
Creditor's Notice name

112 Metrogate Court
_____
Address

_____

| Simpsonville | SC | 29681 |
|--------------|-----|-------|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                 4,197.60
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim
_____

**Is the claim subject to offset?**

☑  No

☐  Yes

---

Debtor:  Proterra Operating Company, Inc.

Case number *(if known)*  23-11121

---

**3.71  Nonpriority creditor's name and mailing address**

BPB Holding Corp.
Creditor Name

Name

Batteries Plus, LLC
Creditor's Notice name

1325 Walnut Ridge Dr.
Address

| Hartland | WI | 53029 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                19,597.14
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.72  Nonpriority creditor's name and mailing address**

Branson Ultrasonics Corporation
Creditor Name

Creditor's Notice name

120 Park Ridge Road
Address

| Brookfield | CT | 06804 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                 4,820.88
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**3.73 Nonpriority creditor's name and mailing address**

BRC Group

Creditor Name

Creditor's Notice name

6061 - 90 Avenue SE

Address

| Calagary | AB | T2C 4Z6 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                6,850.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.74 Nonpriority creditor's name and mailing address**

Bridgemart

Creditor Name

Bridge Purchasing Solutions, Inc.

Creditor's Notice name

PO Box 454

Address

| Rogers | AR | 72757 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                521.02

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*    23-11121

**3.75 Nonpriority creditor's name and mailing address**

Broadridge Investor Communication Solutions, Inc.

Creditor Name

Creditor's Notice name

51 Mercedes Way

Address

| Edgewood | NY | 11717 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                1,618.67

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.76 Nonpriority creditor's name and mailing address**

Brown 2 Green Landscape

Creditor Name

Creditor's Notice name

33 Sagamore Lane

Address

| Greenville | SC | 29607 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                2,000.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.77** **Nonpriority creditor's name and mailing address**

Bucher Hydraulics AG
Creditor Name

FKA Lenze-Schmidhauser
Creditor's Notice name

Obere Neustrasse 1
Address

| Romanshorn | | CH-8590 |
|---|---|---|
| City | State | ZIP Code |

Switzerland
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 432,963.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☑ Yes

**3.78** **Nonpriority creditor's name and mailing address**

California Association for Coordinated Transportation, Inc.
Creditor Name

Clint Miller
Creditor's Notice name

4632 Duckhorn Drive
Address

| Sacramento | CA | 95834 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,060.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.79 Nonpriority creditor's name and mailing address**

California Strategies & Advocacy, LLC
Creditor Name

Creditor's Notice name

980 Ninth Street
Address

Suite 2000

| Sacramento | CA | 95814 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 9,548.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.80 Nonpriority creditor's name and mailing address**

Canteen Refreshment Services
Creditor Name

Creditor's Notice name

PO Box 417632
Address

| Boston | MA | 02241-7632 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 12,090.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)* 23-11121

**3.81 Nonpriority creditor's name and mailing address**

Capelin Solutions LLC

Creditor Name

Creditor's Notice name

23 Bluebird Lane

Address

| Amherst | NY | 14228 |
|---------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 77,300.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.82 Nonpriority creditor's name and mailing address**

Carbon Supply Chain Management LLC

Creditor Name

Bruce Chew

Creditor's Notice name

19925 Stevens Creek Blvd

Address

| Cupertino | CA | 95014 |
|-----------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 59,504.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*  23-11121

**3.83** **Nonpriority creditor's name and mailing address**

Carolina Fluid Components

Creditor Name

Creditor's Notice name

PO Box 601687

Address

| Charlotte | NC | 28260 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                308.69

*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒   No

☐   Yes

**3.84** **Nonpriority creditor's name and mailing address**

Cary Products Co., Inc

Creditor Name

Creditor's Notice name

101 Lacaster Hutchins Road

Address

| Hutchins | TX | 75141 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $              6,177.60

*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒   No

☐   Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*  23-11121

**3.85** **Nonpriority creditor's name and mailing address**

CBIZ Operations, Inc
Creditor Name

CBIZ ARC Consulting, LLC
Creditor's Notice name

275 Battery Street
Address

Suite 420

| San Francisco | CA | 94111 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,336.25
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.86** **Nonpriority creditor's name and mailing address**

CDW, Inc.
Creditor Name

Brandon Ginter
Creditor's Notice name

PO Box 75723
Address

| Chicago | IL | 60675-5723 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 13,031.94
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*    23-11121

---

**3.87** **Nonpriority creditor's name and mailing address**

Century Fire Protection

Creditor Name

Creditor's Notice name

2450 Satellite Blvd

Address

| Duluth | GA | 30096 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    7,097.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.88** **Nonpriority creditor's name and mailing address**

CenturyLink, Inc.

Creditor Name

Creditor's Notice name

PO Box 52187

Address

| Phoenix | AZ | 85072 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    8,481.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**3.89** **Nonpriority creditor's name and mailing address**

ChargePoint
Creditor Name

Chloe Durham
Creditor's Notice name

Dept LA 24104
Address

| Pasadena | CA | 91185 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                    8,305.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.90** **Nonpriority creditor's name and mailing address**

Cincinnati Test Systems, Inc.
Creditor Name

Creditor's Notice name

10100 Progress Way
Address

| Harrison | OH | 45030 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                    29,454.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.91 Nonpriority creditor's name and mailing address**

Cintas Corporation #216

Creditor Name

Creditor's Notice name

LOC 216

Address

PO Box 630803

| Cincinnati | OH | 45263 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 6,045.45

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.92 Nonpriority creditor's name and mailing address**

Cintas Corporation #464

Creditor Name

Creditor's Notice name

PO Box 29059

Address

| Phoenix | AZ | 85038 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,500.10

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**3.93** **Nonpriority creditor's name and mailing address**

Cintas Fire Protection Loc #F51

Creditor Name

Creditor's Notice name

PO Box 636525

Address

| Cincinnati | OH | 45263 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 558.75

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.94** **Nonpriority creditor's name and mailing address**

Cintas First Aid & Safety

Creditor Name

Creditor's Notice name

PO Box 631025

Address

| Cincinnati | OH | 45263 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,169.37

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*    23-11121

**3.95 Nonpriority creditor's name and mailing address**

Citrix Systems Inc.
Creditor Name

Creditor's Notice name

851 W. Cypress Creek Rd.
Address

| Ft. Lauderdale | FL | 33309 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 15,267.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.96 Nonpriority creditor's name and mailing address**

City of Burlingame
Creditor Name

Creditor's Notice name

501 Primrose Rd
Address

| Burlingame | CA | 94010 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,046.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.97 Nonpriority creditor's name and mailing address**

City of Edmonton
Creditor Name

Creditor's Notice name

PO Box 2600
Address

| Edmonton | AB | T5J 5A1 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 13,874.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.98 Nonpriority creditor's name and mailing address**

City of Industry
Creditor Name

Creditor's Notice name

PO Box 3366
Address

| City Of Industry | CA | 91744 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,538.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.99** **Nonpriority creditor's name and mailing address**

City of Santa Rosa
Creditor Name

Creditor's Notice name

55 Stony Point Rd
Address

| Santa Rosa | CA | 95401 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 10,662.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.100** **Nonpriority creditor's name and mailing address**

City View Bus Sales and Service Ltd
Creditor Name

Bill Ingram
Creditor's Notice name

1213 Lorimar Dr
Address

| Mississauga | ON | L5S 1M9 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,733.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

| | |
|---|---|
| 3.101 | **Nonpriority creditor's name and mailing address** |

Clark Hill PLC
Creditor Name

Creditor's Notice name

500 Woodward Ave
Address

Ste 3500

| Detroit | MI | 48226 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,339.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

| | |
|---|---|
| 3.102 | **Nonpriority creditor's name and mailing address** |

Clean Tactics
Creditor Name

Creditor's Notice name

122 Graceful Sedge Way
Address

| Simpsonville | SC | 29680 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,210.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*    23-11121

**3.103** **Nonpriority creditor's name and mailing address**

Clearwater Analytics, LLC

Creditor Name

Creditor's Notice name

777 W Main St

Address

Suite 900

| Boise | ID | 83702 |
|-------|------|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    2,650.18

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.104** **Nonpriority creditor's name and mailing address**

Cline Hose and Hydraulics, LLC

Creditor Name

Creditor's Notice name

PO Box 1188

Address

| Mauldin | SC | 29662 |
|---------|------|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    20,435.04

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.105 Nonpriority creditor's name and mailing address**

Coach Glass
Creditor Name

Creditor's Notice name

91302 N Coburg Industrial Way
Address

| Coburg | OR | 97408 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 43,635.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.106 Nonpriority creditor's name and mailing address**

COBE Construction Inc
Creditor Name

Creditor's Notice name

498 Salmar Ave
Address

| Campbell | CA | 95008 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,507.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**3.107** **Nonpriority creditor's name and mailing address**

Cogency Global Inc.

Creditor Name

Creditor's Notice name

725 SW Higgins Ave

Address

Suite C

| Missoula | MT | 59803 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                3,227.67

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☑ Yes

---

**3.108** **Nonpriority creditor's name and mailing address**

Cognex Corporation

Creditor Name

Creditor's Notice name

1 Vision Drive

Address

| Natick | MA | 01760 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                41,810.84

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.109 Nonpriority creditor's name and mailing address**

Comcast Cable Communications Management, LLC
Creditor Name

Creditor's Notice name

PO Box 60533
Address

| City of Industry | CA | 91716-0533 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 400.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.110 Nonpriority creditor's name and mailing address**

Commercial Furniture Interiors, LLC
Creditor Name

Creditor's Notice name

4603 Dwight Evans Road
Address

| Charlotte | NC | 28217 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 800.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*   23-11121

**3.111 Nonpriority creditor's name and mailing address**

Commission of Public Works, City of Greer SC

Creditor Name

Creditor's Notice name

PO Box 216

Address

| Greer | SC | 29652-0216 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   26,826.59

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.112 Nonpriority creditor's name and mailing address**

Commonwealth of Massachusetts

Creditor Name

Creditor's Notice name

Mass. Dept of Revenue

Address

PO Box 7065

| Boston | MA | 02204 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   12.81

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.113 Nonpriority creditor's name and mailing address**

Composites Consolidation Company II LLC
Creditor Name

McClarin Plastics LLC
Creditor's Notice name

PO Box 83029
Address

| Chicago | IL | 60691 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 197,161.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.114 Nonpriority creditor's name and mailing address**

Composites One LLC
Creditor Name

Creditor's Notice name

PO Box 409328
Address

| Atlanta | GA | 30384 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 49,039.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)* 23-11121

**3.115** **Nonpriority creditor's name and mailing address**

Comptroller of Maryland

Creditor Name

Creditor's Notice name

110 Carroll St

Address

| Annapolis | MD | 21411-0001 |
|-----------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                    153.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.116** **Nonpriority creditor's name and mailing address**

Computer Design & Integration LLC

Creditor Name

Creditor's Notice name

500 Fifth Ave

Address

Suite 1500

| New York | NY | 10110 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                 11,075.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.117 Nonpriority creditor's name and mailing address**

Computershare Inc.
Creditor Name

Creditor's Notice name

150 Royall St
Address

| Canton | MA | 02021 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 89,945.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.118 Nonpriority creditor's name and mailing address**

COMTO Philadelphia Area Chapter
Creditor Name

Creditor's Notice name

PO Box 40746
Address

| Philadelphia | PA | 19107 |
|--------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 2,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.119 Nonpriority creditor's name and mailing address**

Concur Technologies, Inc

Creditor Name

Creditor's Notice name

62156 Collecions Center Drive

Address

| Chicago | IL | 60693 |
|---------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 426,054.54

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☑ Yes

---

**3.120 Nonpriority creditor's name and mailing address**

Confidential Counterparty

Creditor Name

Creditor's Notice name

Address on File

Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 22,200.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.121** **Nonpriority creditor's name and mailing address**

Consat Canada Inc.
Creditor Name

Creditor's Notice name

1414 Lasalle Blvd
Address

Suite 203

| Sudbury | ON | P3A 1Z6 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                86,093.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.122** **Nonpriority creditor's name and mailing address**

Consolidated Electrical Distributors, Inc.
Creditor Name

Royal Industrial Solutions
Creditor's Notice name

DBA Royal Industrial Solutions
Address

PO Box 847124

| Los Angeles | CA | 90084-7124 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                3,736.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.123** **Nonpriority creditor's name and mailing address**

Consolidated Parts Inc.
Creditor Name

Creditor's Notice name

2425 Scott Blvd
Address

| | | |
|---|---|---|
| Santa Clara | CA | 95050 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 81.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.124** **Nonpriority creditor's name and mailing address**

Continental Automotive Systems US, Inc.
Creditor Name

Creditor's Notice name

PO Box 934675
Address

Reference 595405

| | | |
|---|---|---|
| Allentown | PA | 18106 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 38,967.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.125 Nonpriority creditor's name and mailing address**

Cordstrap USA Inc.
Creditor Name

Creditor's Notice name

2000 S. Sylvania Av Ste 101
Address

| Sturtevant | WI | 53177 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    8,325.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.126 Nonpriority creditor's name and mailing address**

Coyote International L.L.C
Creditor Name

ERIN MURPHY
Creditor's Notice name

PO Box 1350
Address

| Colleyville | TX | 76034 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    1,934.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*    23-11121

**3.127 Nonpriority creditor's name and mailing address**

CPAC Systems AB

Creditor Name

Nethaji Karuppasami

Creditor's Notice name

Box 217

Address

Goteborg

City

State

401 23

ZIP Code

Sweden

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 184,500.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.128 Nonpriority creditor's name and mailing address**

Crane 1 Services, Inc.

Creditor Name

Material Handling Solutions

Creditor's Notice name

1027 Byers Road

Address

Miamisburg

City

OH

State

45342

ZIP Code

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,120.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*:    23-11121

---

**3.129** **Nonpriority creditor's name and mailing address**

Creditor Name Redacted
Creditor Name

Creditor's Notice name

Address on File
Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    Unliquidated
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.130** **Nonpriority creditor's name and mailing address**

Creditor Name Redacted
Creditor Name

Creditor's Notice name

Address on File
Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    Unliquidated
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.131 Nonpriority creditor's name and mailing address**

Creditor Name Redacted

Creditor Name

Creditor's Notice name

Address on File

Address

| City | State | ZIP Code |
|------|-------|----------|

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              Unliquidated

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.132 Nonpriority creditor's name and mailing address**

Cromer Food Services, Inc.

Creditor Name

Creditor's Notice name

PO Box 1447

Address

| City | State | ZIP Code |
|------|-------|----------|
| Anderson | SC | 29621 |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              38,039.94

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*    23-11121

**3.133**   **Nonpriority creditor's name and mailing address**

Cross Company

Creditor Name

Creditor's Notice name

Lockbox

Address

PO Box 746408

| Atlanta | GA | 30374-6408 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $               507,049.36

*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑   No

☐   Yes

**3.134**   **Nonpriority creditor's name and mailing address**

CrowdStrike, Inc

Creditor Name

Creditor's Notice name

150 Mathilda Place

Address

3rd Floor

| Sunnyvale | CA | 94086 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                 1,082.19

*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑   No

☐   Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.135** **Nonpriority creditor's name and mailing address**

Crown Equipment Corporation
Creditor Name

Andrew Parker
Creditor's Notice name

PO Box 641173
Address

| Cincinnati | OH | 45264 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 74,744.05
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.136** **Nonpriority creditor's name and mailing address**

Crystal Instruments Corporation
Creditor Name

Tiffany Pan
Creditor's Notice name

2090 Duane Ave
Address

| Santa Clara | CA | 95054 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 18,425.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**3.137 Nonpriority creditor's name and mailing address**

Cubic Transportation Systems, Inc.

Creditor Name

Creditor's Notice name

400 California St.

Address

| San Francisco | CA | 94101 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 28,353.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☑ Yes

**3.138 Nonpriority creditor's name and mailing address**

Culligan of the Piedmont

Creditor Name

Carolina Water Specialties, LLC

Creditor's Notice name

212 Cooper Lane

Address

| Easley | SC | 29642 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,063.04

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

| 3.139 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $ | 4,139.23 |

3.139 **Nonpriority creditor's name and mailing address**

Cummins Inc.

Creditor Name

Cummins Sales and Service

Creditor's Notice name

260 Commercial Road

Address

| Spartanburg | SC | 29303 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   4,139.23
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No
☒ Yes

3.140 **Nonpriority creditor's name and mailing address**

Cypress Multigraphics, LLC

Creditor Name

Pamco Printed Tape and Label Co., Inc.

Creditor's Notice name

8500 W. 185TH Street

Address

Unit A

| Tinley Park | IL | 60477 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   7,877.93
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)* 23-11121

---

**3.141 Nonpriority creditor's name and mailing address**

Dakota Software Corporation
Creditor Name

Carla Taylor
Creditor's Notice name

1375 Euclid Ave, Suite 500
Address

| Cleveland | OH | 44115 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,631.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.142 Nonpriority creditor's name and mailing address**

Danfoss Power Solutions (US) Company
Creditor Name

Creditor's Notice name

2800 E 13th Street
Address

| Ames | IA | 50010 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 968,795.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**3.143 Nonpriority creditor's name and mailing address**

De Lage Landen Financial Services, Inc.
Creditor Name

Creditor's Notice name

PO Box 41602
Address

| Philadelphia | PA | 19102 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 15,376.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.144 Nonpriority creditor's name and mailing address**

Decker Electric Inc.
Creditor Name

Brandon Horsch
Creditor's Notice name

4500 W Harry St
Address

| Wichita | KS | 67209 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 90,750.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*   23-11121

| 3.145 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $ | 1,686.88 |

Deflecto LLC
Creditor Name

Eagle Plastics & Rubber Co.
Creditor's Notice name

PO Box 772651
Address

| Detroit | MI | 48277-2651 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

| 3.146 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $ | 44,783.75 |

Dell Financial Services LLC
Creditor Name

Creditor's Notice name

PO Box 5292
Address

PAYMENT PROCESSING CENTER

| Carol Stream | IL | 60197 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor:  Proterra Operating Company, Inc.

Case number *(if known)*:  23-11121

**3.147  Nonpriority creditor's name and mailing address**

Dellinger Enterprises, LTD
Creditor Name

Creditor's Notice name

759 Cason Street
Address

PO Box 627

| Belmont | NC | 28012 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                495,185.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.148  Nonpriority creditor's name and mailing address**

Delta Dental of Missouri
Creditor Name

Creditor's Notice name

PO Box 790320
Address

| Saint Louis | MO | 63179 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                 43,155.23
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*    23-11121
Name

**3.149** **Nonpriority creditor's name and mailing address**

Department of Revenue State of Washington
Creditor Name

Creditor's Notice name

Business License Service
Address

PO Box 34456

| Seattle | WA | 98124-1456 |
|---------|------|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                1,627.87
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.150** **Nonpriority creditor's name and mailing address**

Deufol Sunman, Inc.
Creditor Name

Creditor's Notice name

924 South Meridian
Address

| Sunman | IN | 47041 |
|--------|------|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $               12,157.78
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.151 Nonpriority creditor's name and mailing address**

DEWESoft, LLC
Creditor Name

Jake Rosenthal
Creditor's Notice name

10730 Logan St
Address

| Whitehouse | OH | 43571 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 912.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.152 Nonpriority creditor's name and mailing address**

Dialight Corporation
Creditor Name

Creditor's Notice name

Lock Box #S-7055
Address

P. O. Box 8500

| Philadelphia | PA | 19178-7055 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 24,296.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)* 23-11121

**3.153 Nonpriority creditor's name and mailing address**

Diamond Manufacturing
Creditor Name

Creditor's Notice name

2330 Burlington Street
Address

| North Kansas City | MO | 64116 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $          10,175.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.154 Nonpriority creditor's name and mailing address**

Dice Career Solutions, Inc
Creditor Name

Creditor's Notice name

4939 Collections Center Dr
Address

| Chicago | IL | 60693 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $          515.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121
_____

**3.155** **Nonpriority creditor's name and mailing address**

Digi-Key Corporation
_____
Creditor Name


_____
Creditor's Notice name

701 Brooks Ave. South
_____
Address

P.O. Box 250
_____


_____

| Thief River Falls | MN | 56701-0677 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                6,666.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim
_____

**Is the claim subject to offset?**

☐ No

☒ Yes

**3.156** **Nonpriority creditor's name and mailing address**

DILAX Systems Inc.
_____
Creditor Name

Alexander Okapuu
_____
Creditor's Notice name

406 - Desaulniers
_____
Address

Suite 406
_____


_____

| Saint-Lambert | QC | J4P 1L3 |
|---|---|---|
| City | State | ZIP Code |

Canada
_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                35,178.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number (if known): 23-11121

**3.157** **Nonpriority creditor's name and mailing address**

DIRECTV, LLC
Creditor Name

Creditor's Notice name

PO Box 105249
Address

| Atlanta | GA | 30348 |
|---------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 209.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.158** **Nonpriority creditor's name and mailing address**

Dixie Rubber & Plastics, Inc.
Creditor Name

MARTIN BOSWELL
Creditor's Notice name

PO Box 6554
Address

Pleasantburg Industrial Park

| Greenville | SC | 29606 |
|------------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 22,967.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.159** **Nonpriority creditor's name and mailing address**

Doerrer Group LLC, The

Creditor Name

Creditor's Notice name

920 Massachusetts Ave, NW

Address

| Washington | DC | 20001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 18,645.16

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.160** **Nonpriority creditor's name and mailing address**

Doga USA, Corp

Creditor Name

Creditor's Notice name

12060 Raymond Ct

Address

| Huntley | IL | 60142-8069 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 56,701.64

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.161** **Nonpriority creditor's name and mailing address**

DSV Air & Sea, Inc.
Creditor Name

Creditor's Notice name

1700 E Walnut Ave, 6th Floor
Address

| El Segundo | CA | 90245 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 91,516.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☑ Yes

**3.162** **Nonpriority creditor's name and mailing address**

Duke Energy
Creditor Name

Creditor's Notice name

PO Box 70516
Address

| Charlotte | NC | 28272-0516 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 24,635.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*    23-11121

**3.163** **Nonpriority creditor's name and mailing address**

Dungarees, LLC
Creditor Name

Creditor's Notice name

500 East Broadway
Address

| Columbia | MO | 65201 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    1,083.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.164** **Nonpriority creditor's name and mailing address**

DWFritz Automation, Inc
Creditor Name

Mac Makhni
Creditor's Notice name

9600 Boeckman Road
Address

| Wilsonville | OR | 97070 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    2,145,808.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 106 of 339

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.165** **Nonpriority creditor's name and mailing address**

Dynamic Motion Control, Inc.
Creditor Name

DBA DMC,Inc.
Creditor's Notice name

2222 N. Elston Avenue, Ste 200
Address

| Chicago | IL | 60614 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 50,427.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.166** **Nonpriority creditor's name and mailing address**

Dynatect Manufacturing
Creditor Name

Creditor's Notice name

2300 S Calhoun Rd
Address

PO Box 510847

| New Berlin | WI | 53151-0847 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,178.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.167 Nonpriority creditor's name and mailing address**

EAO Switch Corporation
Creditor Name

Creditor's Notice name

1 Parrott Drive
Address

| Shelton | CT | 06484 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 28,493.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.168 Nonpriority creditor's name and mailing address**

Eaton Industrial (Wuxi) Co., Ltd
Creditor Name

Wenya Zhou
Creditor's Notice name

111 Chunlei Eastern Road
Address

| Wuxi | Jiangsu | 214101 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 229,840.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**3.169 Nonpriority creditor's name and mailing address**

Eaton Truck Components SP

Creditor Name

Creditor's Notice name

30 Stycznia 55

Address

| Tczew | | 83-110 |
|---|---|---|
| City | State | ZIP Code |

Poland

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 189,291.21

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.170 Nonpriority creditor's name and mailing address**

Eberspacher Sutrak GmbH & Co.

Creditor Name

Creditor's Notice name

Heinkelstrasse 5

Address

| Renningen | | 71272 |
|---|---|---|
| City | State | ZIP Code |

Germany

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,397.96

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.171 Nonpriority creditor's name and mailing address**

Eberspaecher Climate Control Systems Sp. zo.o
Creditor Name

Creditor's Notice name

Godzikowice 50 P
Address

| | | |
|---|---|---|
| Godzikowice | | 55-200 OLAWA |
| City | State | ZIP Code |

Poland
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,281.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.172 Nonpriority creditor's name and mailing address**

Eberspaecher Climate Control Systems U.S.A. Inc.
Creditor Name

Creditor's Notice name

2210 East Long
Address

| | | |
|---|---|---|
| Troy | MI | 48085 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 42,586.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.173** **Nonpriority creditor's name and mailing address**

Echo Engineering & Production Supplies, Inc.
Creditor Name

Creditor's Notice name

2406 W 78th Street
Address

| Indianapolis | IN | 46268 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 6,018.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

---

**3.174** **Nonpriority creditor's name and mailing address**

Echo Global Logistics, Inc.
Creditor Name

MYRON RONAY
Creditor's Notice name

22168 Network Place
Address

| Chicago | IL | 60673 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 744,208.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121

**3.175** **Nonpriority creditor's name and mailing address**

ECO, Inc.
Creditor Name

Creditor's Notice name

PO Box 2731
Address

Rocklin | CA | 95677
City | State | ZIP Code

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 6,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.176** **Nonpriority creditor's name and mailing address**

EIS SC, LLC f/k/a LSC SC, LLC
Creditor Name

dba Palmetto Compressors
Creditor's Notice name

PO Box 577
Address

302 Hughes St

Fountain Inn | SC | 29644
City | State | ZIP Code

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,433.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)* 23-11121

**3.177 Nonpriority creditor's name and mailing address**

Elcometer, Inc.
Creditor Name

Creditor's Notice name

6900 Miller Drive
Address

| Warren | MI | 48092 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 272.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.178 Nonpriority creditor's name and mailing address**

Element Material Technology Detroit LLC
Creditor Name

DBA Element Material Technology Detroit - Troy
Creditor's Notice name

1150 West Maple Rd
Address

| Troy | MI | 48084 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,735.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.179 Nonpriority creditor's name and mailing address**

Elite Electronic Engineering Inc
Creditor Name

Creditor's Notice name

1516 Centre Circle
Address

| Downers Grove | IL | 60515 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 18,460.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.180 Nonpriority creditor's name and mailing address**

E-M Manufacturing, Inc.
Creditor Name

Creditor's Notice name

1290 Dupont Ct.
Address

| Manteca | CA | 95336 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,070.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:   Proterra Operating Company, Inc.
Name

Case number *(if known)*   23-11121

**3.181  Nonpriority creditor's name and mailing address**

EndoChem LLC
Creditor Name

Creditor's Notice name

Room 202, No.1 Building, Yuanzheng Science and Technology Park No.4202
Address

Wuhe Ave. North, Bantian St.

Longgang District Shenzhen

| Guangdong | | 518126 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                146.15
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.182  Nonpriority creditor's name and mailing address**

Engineered Machined Products Inc.
Creditor Name

EMP Advanced Development
Creditor's Notice name

Lockbox 773393
Address

3393 Solutions Center

| Chicago | IL | 60677-3003 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              44,420.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.183 Nonpriority creditor's name and mailing address**

Enterprise Security, Inc.

Creditor Name

Creditor's Notice name

22860 Savi Ranch Parkway

Address

| Yorba Linda | CA | 92887 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 29,763.47

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.184 Nonpriority creditor's name and mailing address**

Environmental Spray Systems, Inc.

Creditor Name

Creditor's Notice name

7114 Convoy Ct.

Address

| San Diego | CA | 92111 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 3,433.99

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.185 Nonpriority creditor's name and mailing address**

Ephesians Three Twenty Realty, LLC
Creditor Name

Creditor's Notice name

511-A South Florida Ave
Address

| Greenville | SC | 29611 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 974.45
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.186 Nonpriority creditor's name and mailing address**

Equipment Depot
Creditor Name

Creditor's Notice name

PO Box 841750
Address

| San Marino | CA | 90084-1750 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 21,798.11
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121
Name

**3.187 Nonpriority creditor's name and mailing address**

Equity Methods, LLC
Creditor Name

Creditor's Notice name

17800 N Perimeter Drive
Address

Suite 200

| Scottsdale | AZ | 85255 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 51,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.188 Nonpriority creditor's name and mailing address**

ERI Economic Research Institute
Creditor Name

Creditor's Notice name

111 Academy Drive
Address

Suite 270

| Irvine | CA | 92617 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,489.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.189 Nonpriority creditor's name and mailing address**

Erin Ellis
Creditor Name

Ellis Performance Solutions, LLC
Creditor's Notice name

3316 Pacific Drive
Address

| Naples | FL | 34119 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 6,000.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.190 Nonpriority creditor's name and mailing address**

ETRADE Financial Corporate Services, Inc.
Creditor Name

Creditor's Notice name

PO Box 3512
Address

| Arlington | VA | 22203 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,225.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.191** **Nonpriority creditor's name and mailing address**

EV Infrastructure LLC
Creditor Name

Maxgen EV Construction
Creditor's Notice name

12 Morgan
Address

| Irvine | CA | 92618 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 89,424.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No
☐ Yes

**3.192** **Nonpriority creditor's name and mailing address**

Evolve Packaging LLC
Creditor Name

Creditor's Notice name

1049 S Gateway Blvd
Address

| Norton Shores | MI | 49441 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 41,850.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.193 Nonpriority creditor's name and mailing address**

Expeditors Canada Inc.
Creditor Name

Todd Jackman
Creditor's Notice name

55 Standish Court, 11th Floor
Address

| Mississauga | ON | L5R 4A1 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,017.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.194 Nonpriority creditor's name and mailing address**

Expeditors International of Washington Inc
Creditor Name

Creditor's Notice name

12200 S. Wilkie Ave, Suite 100
Address

| Hawthorne | CA | 90250 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 133,872.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.195 Nonpriority creditor's name and mailing address**

Expeditors Tradewin, LLC
Creditor Name

Nara Mitchell
Creditor's Notice name

1015 Third Avenue, 1st Floor
Address

| Seattle | WA | 98104 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 675.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.196 Nonpriority creditor's name and mailing address**

FabricAir, Inc.
Creditor Name

Creditor's Notice name

1400 Northbrook Parkway
Address

Suite 300

| Suwanee | GA | 30024 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,081.96
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.197 Nonpriority creditor's name and mailing address**

Factiva, Inc.
Creditor Name

Dow Jones
Creditor's Notice name

P.O. Box 300
Address

| Princeton | NJ | 08543 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 931.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.198 Nonpriority creditor's name and mailing address**

Fairforest of Greenville LLC
Creditor Name

Creditor's Notice name

28 Global Drive
Address

Suite 100

| Greenville | SC | 29607 |
|------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,064.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.199 Nonpriority creditor's name and mailing address**

Fast Turn Harnesses LLC
Creditor Name

Creditor's Notice name

21 Olde Meadow Rd
Address

| Marion | MA | 02738 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 221,692.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.200 Nonpriority creditor's name and mailing address**

FCA, LLC
Creditor Name

Creditor's Notice name

7601 John Deere Parkway
Address

| Moline | IL | 61265 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 398,522.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.201 Nonpriority creditor's name and mailing address**

FedEx Office and Print Services Inc.
Creditor Name

Creditor's Notice name

P.O. Box 672085
Address

| Dallas | TX | 75267 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,322.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.202 Nonpriority creditor's name and mailing address**

Femco USA, Inc.
Creditor Name

Creditor's Notice name

PO Box 219
Address

| Duvall | WA | 98019 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,428.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.203** **Nonpriority creditor's name and mailing address**

Fennemore Craig, P.C.
Creditor Name

Fennemore Wendel
Creditor's Notice name

2394 E Camelback Rd., Suite 600
Address

| Phoenix | AZ | 85016 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 2,316.28
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.204** **Nonpriority creditor's name and mailing address**

Financial Intelligence, LLC
Creditor Name

Creditor's Notice name

4332-2 Pacifica Way
Address

| Oceanside | CA | 92056 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 20,596.38
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.205** **Nonpriority creditor's name and mailing address**

Firestone Industrial Products Company
Creditor Name

Creditor's Notice name

PO Box 93402
Address

| Chicago | IL | 60673 |
|---------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 28,384.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.206** **Nonpriority creditor's name and mailing address**

First Part China Limited
Creditor Name

James Li
Creditor's Notice name

RMS 05-15 13A/F South Tower
Address

World Finance CTR

17 Canton Road Tsim Sha Tsui, KL

| Harbour City | Hong Kong | |
|--------------|-----------|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 850.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.207** **Nonpriority creditor's name and mailing address**

Flex Technologies Inc.
Creditor Name

Creditor's Notice name

15151 S. Main Street
Address

| Gardena | CA | 90248 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                    4,513.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.208** **Nonpriority creditor's name and mailing address**

Flex-Cable
Creditor Name

Northern Cable & Automation LLC
Creditor's Notice name

5822 Henkel Road
Address

| Howard City | MI | 49329 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                    237,583.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**3.209** **Nonpriority creditor's name and mailing address**

FlexQube, Inc..c/o AR Funding
Creditor Name

Creditor's Notice name

101 Park Ave
Address

#2503

| New York | NY | 10178 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 63,967.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.210** **Nonpriority creditor's name and mailing address**

Fotronic Corporation
Creditor Name

DBA Test Equipment Depot
Creditor's Notice name

5 Commonwealth Ave
Address

Unit 6

| Woburn | MA | 01801 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 232.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.211** **Nonpriority creditor's name and mailing address**

Frame.Io, Inc.
Creditor Name

Adobe
Creditor's Notice name

345 Park Avenue
Address

| San Jose | CA | 95110 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                5,643.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.212** **Nonpriority creditor's name and mailing address**

Fresh Water Systems Inc.
Creditor Name

Creditor's Notice name

2299 Ridge Road
Address

| Greenville | SC | 29607 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                10,058.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.213** **Nonpriority creditor's name and mailing address**

Fumex, LLC

Creditor Name

Creditor's Notice name

1150 Cobb International Place

Address

Suite D

| Kennesaw | GA | 30152 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 588.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.214** **Nonpriority creditor's name and mailing address**

G & W Equipment, Inc.

Creditor Name

Creditor's Notice name

600 Lawton Road

Address

| Charlotte | NC | 28216 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 33,741.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.215 Nonpriority creditor's name and mailing address**

Gamma Technologies LLC
Creditor Name

Lana Castillo
Creditor's Notice name

601 Oakmont Lane
Address

Suite 220

| Westmont | IL | 60559 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 575.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.216 Nonpriority creditor's name and mailing address**

Gems Sensors, Inc.
Creditor Name

Creditor's Notice name

PO Box 96860
Address

| Chicago | IL | 60693 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 14,524.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.217 Nonpriority creditor's name and mailing address**

GENFARE, LLC
Creditor Name

Antonio Scimo
Creditor's Notice name

DBA Genfare
Address

PO Box 277399

| Atlanta | GA | 30384-7399 |
|---------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 246,326.81
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.218 Nonpriority creditor's name and mailing address**

Genomic Life, Inc.
Creditor Name

Creditor's Notice name

3344 North Torrey Pines Court
Address

STE 100

| La Jolla | CA | 92037 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,077.15
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.219 Nonpriority creditor's name and mailing address**

Georgeson LLC
Creditor Name

Creditor's Notice name

Dept CH 16640
Address

| Palatine | IL | 60055 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 4,353.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.220 Nonpriority creditor's name and mailing address**

Georgia/Carolina Safety Specialties, Inc.
Creditor Name

DBA Eyes in Motion, USA & Saefty Rx Eyewear
Creditor's Notice name

DBA Eyes in Motion, USA & Saefty Rx Eyewear
Address

1120 W. Butler Road

Suite R

| Greenville | SC | 29607 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 462.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*    23-11121

**3.221** **Nonpriority creditor's name and mailing address**

Gerflor USA
Creditor Name

Creditor's Notice name

595 Supreme Drive
Address

| Bensenville | IL | 60106 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    3,024.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.222** **Nonpriority creditor's name and mailing address**

Gexpro Services
Creditor Name

GS Operating, LLC
Creditor's Notice name

201 Forrester Dr
Address

| Greenville | SC | 29607 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                 643,873.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☑ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*    23-11121

**3.223** **Nonpriority creditor's name and mailing address**

Gigavac LLC
Creditor Name

Creditor's Notice name

6382 Rose Lane
Address

| Carpinteria | CA | 93013 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 181,148.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.224** **Nonpriority creditor's name and mailing address**

GigSky, Inc.
Creditor Name

John Francis
Creditor's Notice name

2390 El Camino Real, Suite 250
Address

| Palo Alto | CA | 94306 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 2,661.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.225 Nonpriority creditor's name and mailing address**

Gleason Reel Corporaton

Creditor Name

Creditor's Notice name

600 South Park Street

Address

| Mayville | WI | 53050 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                37,560.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.226 Nonpriority creditor's name and mailing address**

Global Equipment Company

Creditor Name

Creditor's Notice name

PO Box 905713

Address

| Charlotte | NC | 28290 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                 2,382.43

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**3.227 Nonpriority creditor's name and mailing address**

Global HR Research, LLC
Creditor Name

Employment Screening Services
Creditor's Notice name

9530 Marketplace Road
Address

Suite 301

| Fort Myers | FL | 33912 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,209.76

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.228 Nonpriority creditor's name and mailing address**

Globalization Partners
Creditor Name

Creditor's Notice name

175 Federal Street
Address

17th Floor

| Boston | MA | 02110 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 65,100.38

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*     23-11121

**3.229 Nonpriority creditor's name and mailing address**

Goken America LLC
Creditor Name

Creditor's Notice name

5100 Parkcenter Ave
Address

| Dublin | OH | 43017 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    3,163.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.230 Nonpriority creditor's name and mailing address**

GOS
Creditor Name

Creditor's Notice name

PO Box 3358
Address

| Greenville | SC | 29602 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    5,275.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:   Proterra Operating Company, Inc.

Case number *(if known)*    23-11121

**3.231** **Nonpriority creditor's name and mailing address**

Grainger

Creditor Name

Creditor's Notice name

Dept 880089966

Address

| Palatine | IL | 60038-0001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    80,893.45

*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐   No

☑   Yes

**3.232** **Nonpriority creditor's name and mailing address**

Grayson Thermal Systems Corp.

Creditor Name

Creditor's Notice name

980 Hurricane

Address

| Franklin | IN | 46131 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    6,841.27

*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑   No

☐   Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.233 Nonpriority creditor's name and mailing address**

Great American Insurance Group
Creditor Name

Creditor's Notice name

3561 Solutions Center
Address

| Chicago | IL | 60677 |
|---------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 66,535.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.234 Nonpriority creditor's name and mailing address**

Great Lakes Rubber Portland Inc.
Creditor Name

DBA Chinook O-Rings and Seals
Creditor's Notice name

8062 SW Nimbus Ave
Address

Bldg 6

| Beaverton | OR | 97008 |
|-----------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 14,374.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)* 23-11121

**3.235 Nonpriority creditor's name and mailing address**

Greater Bridgeport Transit Authority
Creditor Name

Creditor's Notice name

1 Cross St
Address

| Bridgeport | CT | 06610 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $ 15.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.236 Nonpriority creditor's name and mailing address**

Greater Peoria Mass Transit District
Creditor Name

Creditor's Notice name

2105 NE Jefferson Ave
Address

| Peoria | IL | 61603 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $ 197.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.237 Nonpriority creditor's name and mailing address**

Green Earth Sustainable Solutions LLC
Creditor Name

Creditor's Notice name

360 S. Market Street, Unit 1507
Address

| San Jose | CA | 95113 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    9,236.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**
☒ No

☐ Yes

**3.238 Nonpriority creditor's name and mailing address**

Greenberg Traurig, LLP
Creditor Name

Creditor's Notice name

8400 NW 36th Street
Address

Suite 400

| Doral | FL | 33166 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    55,231.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**
☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)* 23-11121

**3.239 Nonpriority creditor's name and mailing address**

Greenville Maintenance
Creditor Name

Creditor's Notice name

2503 Rutherford Road
Address

| Greenville | SC | 29609 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,405.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.240 Nonpriority creditor's name and mailing address**

Greenville Water System
Creditor Name

Creditor's Notice name

PO Box 687
Address

| Greenville | SC | 29602 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,423.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

3.241 **Nonpriority creditor's name and mailing address**

Griffiths Corporation
Creditor Name

DBA K-TEK CAROLINA
Creditor's Notice name

2717 Niagara Ln. N
Address

| Minneapolis | MN | 55447 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 77,415.86
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.242 **Nonpriority creditor's name and mailing address**

GT Development Corporation
Creditor Name

Deborah Turner
Creditor's Notice name

IMI Precision
Address

425 C St. N.W.

Suite 100

| Auburn | WA | 98001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 687.84
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**
☐ No
☑ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*    23-11121

**3.243 Nonpriority creditor's name and mailing address**

H & W Electrical Corp

Creditor Name

Creditor's Notice name

PO Box 9716

Address

| Greenville | SC | 29604 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $            2,652.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.244 Nonpriority creditor's name and mailing address**

Hall, William

Creditor Name

Creditor's Notice name

Address on File

Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $            631.66

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Employee Reimbursements

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.245 Nonpriority creditor's name and mailing address**

Haltec Corporation
Creditor Name

Creditor's Notice name

PO Box 1180
Address

2556 State Route 9

| Salem | OH | 44460-8180 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 9,508.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.246 Nonpriority creditor's name and mailing address**

Hanover Displays
Creditor Name

Creditor's Notice name

1601 Tonne Road
Address

| Elk Grove Village | IL | 60007 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,456.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**3.247 Nonpriority creditor's name and mailing address**

Harsco Corporation

Creditor Name

DBA Protran Technology

Creditor's Notice name

1762 Solutions Center

Address

| Chicago | IL | 60677-1007 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,474.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.248 Nonpriority creditor's name and mailing address**

Hazmat Safety Consulting, LLC

Creditor Name

Creditor's Notice name

1765 Duke Street

Address

| Alexandria | VA | 22314 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 800.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Proterra Operating Company, Inc.

Case number *(if known)*:  23-11121

**3.249** **Nonpriority creditor's name and mailing address**

Heilind Electronics, Inc.
Creditor Name

Creditor's Notice name

2636 N First St, Suite 107
Address

| San Jose | CA | 95134 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                221,457.87
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐  No

☒  Yes

**3.250** **Nonpriority creditor's name and mailing address**

Heliox Automotive B.V.
Creditor Name

Aswin Linden
Creditor's Notice name

De Waal 24
Address

Noord-Brabant

| Best | | 5684 PH |
|---|---|---|
| City | State | ZIP Code |

Netherlands
Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                145,297.50
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*    23-11121

**3.251 Nonpriority creditor's name and mailing address**

Heritage-Crystal Clean
Creditor Name

Christopher Heritage-Crystal Clean
Creditor's Notice name

13621 Collections Center Dr
Address

| Chicago | IL | 60693 |
|---------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                47,145.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.252 Nonpriority creditor's name and mailing address**

Hi Pro Speed International Inc
Creditor Name

Creditor's Notice name

15332 E Valley Blvd
Address

| City of Industry | CA | 91746 |
|------------------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                2,725.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*:  23-11121

**3.253 Nonpriority creditor's name and mailing address**

HighByte, Inc.
Creditor Name

Creditor's Notice name

PO Box 17854
Address

| Portland | ME | 04112 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                 3,547.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.254 Nonpriority creditor's name and mailing address**

Hioki USA Corporation
Creditor Name

Creditor's Notice name

6 Corporate drive
Address

| Cranbury | NJ | 08512 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                 5,338.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.255** **Nonpriority creditor's name and mailing address**

Houlihan Lokey Financial Advisors, Inc.
Creditor Name

Creditor's Notice name

10250 Constellation Blvd.
Address

5th Floor

| Los Angeles | CA | 90035 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $          42,475.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.256** **Nonpriority creditor's name and mailing address**

Huber+Suhner, Inc
Creditor Name

Creditor's Notice name

8530 Steele Creek Place Drive
Address

Suite H

| Charlotte | NC | 28273 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $          96,460.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.257** **Nonpriority creditor's name and mailing address**

Hubner Manufacturing Corporation, Inc.
Creditor Name

Creditor's Notice name

450 Wando Park Blvd.
Address

| Mount Pleasant | SC | 29464 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                4,634.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.258** **Nonpriority creditor's name and mailing address**

Huebner, Terrence
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Employee Reimbursements

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*    23-11121

**3.259** **Nonpriority creditor's name and mailing address**

Hutchinson Aerospace & Industry
Creditor Name

Art Hale
Creditor's Notice name

82 South Street
Address

| Hopkington | MA | 01748 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    5,992.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.260** **Nonpriority creditor's name and mailing address**

Hydradyne LLC
Creditor Name

Creditor's Notice name

1957 SC Hwy 101
Address

| Greer | SC | 29651 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    72,079.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*    23-11121

**3.261** **Nonpriority creditor's name and mailing address**

HYG Financial Services, Inc.

Creditor Name

Creditor's Notice name

5000 Riverside Dr., Suite 300 East

Address

| Irving | TX | 75039-4314 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,038.26

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.262** **Nonpriority creditor's name and mailing address**

iba America, LLC

Creditor Name

Creditor's Notice name

370 Winkler Dr

Address

Suite C

| Alpharetta | GA | 30004 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,135.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**3.263 Nonpriority creditor's name and mailing address**

ID Wholesaler
Creditor Name

Creditor's Notice name

1501 NW 163rd St
Address

| Miami | FL | 33169 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    1,526.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.264 Nonpriority creditor's name and mailing address**

IES Synergy, Inc.
Creditor Name

Creditor's Notice name

330 E. Maple Rd
Address

Suite U

| Troy | MI | 48083 |
|------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    450.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.265** **Nonpriority creditor's name and mailing address**

IEWC CORP.
Creditor Name

Creditor's Notice name

Dept CH - Box 17084
Address

| Palatine | IL | 60055-7084 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,886.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☑ Yes

**3.266** **Nonpriority creditor's name and mailing address**

Igus Bearings, Inc.
Creditor Name

DBA Igus, Inc.
Creditor's Notice name

P.O. Box 14349
Address

| East Providence | RI | 02914 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 312.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.267 Nonpriority creditor's name and mailing address**

Imeco Cables America Inc.
Creditor Name

Creditor's Notice name

33 Gus Lapham Ln
Address

| Plattsburgh | NY | 12901 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                142,913.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☑ Yes

**3.268 Nonpriority creditor's name and mailing address**

Indexx, Inc.
Creditor Name

Creditor's Notice name

303 Haywood Rd
Address

| Greenville | SC | 29607 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                309.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*  23-11121

---

**3.269 Nonpriority creditor's name and mailing address**

Indian Head Tool & Cutter Grinding, Inc.
Creditor Name

Creditor's Notice name

802 Walnut St
Address

PO Box 1094

| Waterford | PA | 16441 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   4,161.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.270 Nonpriority creditor's name and mailing address**

Industrial Fabricators, Inc.
Creditor Name

Creditor's Notice name

4328 South York Hwy
Address

| Gastonia | NC | 28052 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   19,314.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.271 Nonpriority creditor's name and mailing address**

Industrial Rubber Supply USA Inc.
Creditor Name

Creditor's Notice name

55 Dunlop Ave
Address

| Winnipeg | MB | R2X 2V2 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                68,314.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.272 Nonpriority creditor's name and mailing address**

Industrial Safety Shoe Company
Creditor Name

Creditor's Notice name

1421 E. First St.
Address

| Santa Ana | CA | 92701 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                 1,051.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.273 Nonpriority creditor's name and mailing address**

Infinite Electronics International, Inc.
Creditor Name

formerly L-COM
Creditor's Notice name

17792 Fitch
Address

| Irvine | CA | 92614 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 911.01

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.274 Nonpriority creditor's name and mailing address**

INFODEV
Creditor Name

Creditor's Notice name

1995 Frank Carrel
Address

Suite 202

| Quebec | QC | G1N 4H9 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,316.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**3.275** **Nonpriority creditor's name and mailing address**

Infosys Limited
Creditor Name

Creditor's Notice name

Plot No. 44/97 A
Address

3rd Cross, Electronic City, Hosur Road

| Benguluru | | 560 100 | |
|---|---|---|---|
| City | State | ZIP Code | |

India
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 70,829.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.276** **Nonpriority creditor's name and mailing address**

Innominds Software Inc
Creditor Name

Pradeep Lakkaraju
Creditor's Notice name

2055 Junction Ave, Suite 122
Address

| San Jose | CA | 95131 | |
|---|---|---|---|
| City | State | ZIP Code | |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 247,538.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.277 Nonpriority creditor's name and mailing address**

Integrated Manufacturing and Supply, Inc.
Creditor Name

Creditor's Notice name

620 Orvis Ave.
Address

| San Jose | CA | 95112 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 24,278.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.278 Nonpriority creditor's name and mailing address**

Intellic Integration LLC
Creditor Name

Creditor's Notice name

2081 Hutton Drive
Address

Suite 103

| Carrolton | TX | 75006 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 72,785.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)* 23-11121

**3.279 Nonpriority creditor's name and mailing address**

Interior Plantscapes, LLC
Creditor Name

Creditor's Notice name

51 Plant Drive Ext.
Address

| Greenville | SC | 29607 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,701.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.280 Nonpriority creditor's name and mailing address**

International Transportation Innovation Center
Creditor Name

dba ITIC
Creditor's Notice name

2 Exchange Street
Address

| Greenville | SC | 29605 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 84,046.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.281 Nonpriority creditor's name and mailing address**

InterVision Systems LLC
Creditor Name

Creditor's Notice name

2270 Martin Ave
Address

| Santa Clara | CA | 95050 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 405.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☑ Yes

**3.282 Nonpriority creditor's name and mailing address**

Invio Automation, Inc.
Creditor Name

Creditor's Notice name

16185 National Parkway
Address

| Lansing | MI | 48906 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 32,426.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*    23-11121
_____

**3.283** **Nonpriority creditor's name and mailing address**

IoTecha Corp
_____
Creditor Name

_____
Creditor's Notice name

220 Old New Brunswick Rd
_____
Address

Suite 202
_____

_____

| Piscataway | NJ | 08854 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                27,903.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim
_____

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.284** **Nonpriority creditor's name and mailing address**

Iron Mountain
_____
Creditor Name

_____
Creditor's Notice name

P. O. Box 27129
_____
Address

_____

| New York | NY | 10087-7129 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                4,500.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim
_____

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)* 23-11121

**3.285 Nonpriority creditor's name and mailing address**

ISR Transit USA Inc

Creditor Name

Integrated Systems REsearch ISR Transit USA Inc

Creditor's Notice name

715 South, 21st Avenue

Address

Suite 1

| Hollywood | FL | 33020 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $            12,367.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.286 Nonpriority creditor's name and mailing address**

item America, LLC dba item Southeast

Creditor Name

Creditor's Notice name

102 Bucklevel Road

Address

| Greenwood | SC | 29649 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                 96.80

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*  23-11121

**3.287 Nonpriority creditor's name and mailing address**

ITR LLC

Creditor Name

DBA All City Tow Service

Creditor's Notice name

1015 S Bethany

Address

| Kansas City | KS | 66105 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $ 26,783.40

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.288 Nonpriority creditor's name and mailing address**

J F Industries Inc

Creditor Name

Creditor's Notice name

PO Box 854

Address

| Horsham | PA | 19044 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $ 3,487.90

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*  23-11121
_____

**3.289** **Nonpriority creditor's name and mailing address**

J. B. Hunt Transport, Inc.
_____
Creditor Name

_____
Creditor's Notice name

615 JB Hunt Corporate Dr
_____
Address

_____

_____

| Lowell | AR | 72745 |
|--------|-----|-------|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                34,300.34

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.290** **Nonpriority creditor's name and mailing address**

J. J. Keller & Associates, Inc.
_____
Creditor Name

_____
Creditor's Notice name

PO Box 6609
_____
Address

_____

_____

| Carol Stream | IL | 60197-6609 |
|--------------|-----|-----------|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                 1,827.33

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*:  23-11121

**3.291 Nonpriority creditor's name and mailing address**

J2 Cloud Services LLC

Creditor Name

Creditor's Notice name

700 S Flower St FL 15

Address

| Los Angeles | CA | 90017-4101 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  251.88

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.292 Nonpriority creditor's name and mailing address**

Jan-Pro of San Francisco

Creditor Name

Creditor's Notice name

61 Airport Blvd.

Address

Suite B

| South San Francisco | CA | 94080 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  16,470.16

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 170 of 339

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.293 Nonpriority creditor's name and mailing address**

Jean Martin Inc
Creditor Name

Creditor's Notice name

260 Madison Ave, Suite 8060
Address

| New York | NY | 10016 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 24,390.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.294 Nonpriority creditor's name and mailing address**

Jet Garage Inc
Creditor Name

Creditor's Notice name

17 Wroxeter Ave
Address

| Toronto | ON | M4K 1J5 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 30,280.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*:  23-11121

**3.295 Nonpriority creditor's name and mailing address**

JL Rogers & Callcott Engineers, Inc

Creditor Name

Creditor's Notice name

426 Fairforest Way

Address

| Greenville | SC | 29607 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 71.69

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.296 Nonpriority creditor's name and mailing address**

John B Roybal

Creditor Name

Creditor's Notice name

d/b/a Ace Vending Company

Address

1407 Foothill Blvd

Suite 140

| La Verne | CA | 91750 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 25,180.17

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.297 Nonpriority creditor's name and mailing address**

John Deere Electronic Solutions, Inc.
Creditor Name

Creditor's Notice name

1441 44th Street N.
Address

| Fargo | ND | 58102 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $     268,550.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.298 Nonpriority creditor's name and mailing address**

John Efird Company, Inc
Creditor Name

Creditor's Notice name

1012 NE Main Street
Address

| Simpsonville | SC | 29681 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $     560.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*   23-11121

---

**3.299**  **Nonpriority creditor's name and mailing address**

Johnson Controls US Holdings Inc.

Creditor Name

Johnson Controls Security Solutions (formerly Tyco Fire & Safety)

Creditor's Notice name

dba Johnson Controls Security Solutions

Address

PO Box 371967

| Pittsburgh | PA | 15250 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                    4,035.88

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.300**  **Nonpriority creditor's name and mailing address**

Johnson Welded Products, Inc.

Creditor Name

Creditor's Notice name

625 South Edgewood Avenue

Address

| Urbana | OH | 43078-0907 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                    6,541.05

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121
_____

**3.301** **Nonpriority creditor's name and mailing address**

Jonathan Engineered Solutions
_____
Creditor Name

_____
Creditor's Notice name

410 Exchange
_____
Address

Suite 200
_____

_____

| Irvine | CA | 92602 |
|--------|-----|---------|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              14,034.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.302** **Nonpriority creditor's name and mailing address**

Jonathan Sargent
_____
Creditor Name

DBA Sargent Pest Solutions
_____
Creditor's Notice name

PO Box 718
_____
Address

_____

| Mauldin | SC | 29662 |
|---------|-----|---------|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                124.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*    23-11121

---

**3.303 Nonpriority creditor's name and mailing address**

JR Automation Technologies, LLC
Creditor Name

Creditor's Notice name

13365 Tyler Street
Address

| Holland | MI | 49424 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    73,817.73
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.304 Nonpriority creditor's name and mailing address**

Junk Matters, LLC
Creditor Name

Creditor's Notice name

PO Box 5065
Address

| Spartanburg | SC | 29304 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    520.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.305** **Nonpriority creditor's name and mailing address**

Kelley Engineering, LLC
Creditor Name

Matthew A. Kelley
Creditor's Notice name

709 Highway 17
Address

| Piedmont | SC | 29673 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 44,216.90
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.306** **Nonpriority creditor's name and mailing address**

Kemeera, Inc, DBA Fathom
Creditor Name

DBA FATHOM
Creditor's Notice name

3000F Danville Blvd #141
Address

| Alamo | CA | 94507 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 150.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*    23-11121

**3.307** **Nonpriority creditor's name and mailing address**

Kenson Plastics Inc
Creditor Name

Creditor's Notice name

2835 Darlington Road
Address

| Beaver Falls | PA | 15010 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 126,425.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.308** **Nonpriority creditor's name and mailing address**

Keolis Transit Services, LLC
Creditor Name

Creditor's Notice name

200 South East End Ave.
Address

| Pomona | CA | 97166 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 162.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.309 Nonpriority creditor's name and mailing address**

Kerwin Associates
Creditor Name

Creditor's Notice name

1733 Woodside Road
Address

Suite 260

| Redwood | CA | 94061 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                50,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.310 Nonpriority creditor's name and mailing address**

Keyence Corporation of America
Creditor Name

Creditor's Notice name

669 River Drive
Address

Suite 403

| Elmwood Park | NJ | 07407 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                 7,969.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.311** **Nonpriority creditor's name and mailing address**

Kidde Technologies, Inc.
Creditor Name

Creditor's Notice name

4200 Airport Dr., NW
Address

| Wilson | NC | 27896 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 15,663.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.312** **Nonpriority creditor's name and mailing address**

King County Metro
Creditor Name

Creditor's Notice name

12200 East Marginal Way So
Address

| Seattle | WA | 98168 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 749.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.313** **Nonpriority creditor's name and mailing address**

Kolors by Keisler Auto Body & Heavy Truck Collision Repair, LLC
Creditor Name

Lonnie Keisler
Creditor's Notice name

5935 Edmund Highway
Address

| Lexington | SC | 29073 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 136,920.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.314** **Nonpriority creditor's name and mailing address**

Koni NA, Inc
Creditor Name

Creditor's Notice name

1961 A International Way
Address

| Hebron | KY | 41048 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 50,650.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.315 Nonpriority creditor's name and mailing address**

Kumar, Pramod
Creditor Name

Creditor's Notice name

Address on File
Address

City            State            ZIP Code

Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                180.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Employee Reimbursements

**Is the claim subject to offset?**
☒ No

☐ Yes

**3.316 Nonpriority creditor's name and mailing address**

Labrador Regulated Information Transparency Inc.
Creditor Name

Creditor's Notice name

530 Means Street, Suite 410
Address

Atlanta          GA              30318
City            State            ZIP Code

Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $              70,980.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**
☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.317 Nonpriority creditor's name and mailing address**

LACO, Inc
Creditor Name

Creditor's Notice name

1150 Trademark Dr #111
Address

| Reno | NV | 89521 |
|------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 152,284.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.318 Nonpriority creditor's name and mailing address**

LADD Distribution
Creditor Name

Creditor's Notice name

26449 Network Place
Address

| Chicago | IL | 60673-1264 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 7,936.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.319  Nonpriority creditor's name and mailing address**

Lahlouh Inc
Creditor Name

Creditor's Notice name

1649 Adrian Rd
Address

| Burlingame | CA | 94010 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  1,683.60
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.320  Nonpriority creditor's name and mailing address**

Landstar Ranger, Inc.
Creditor Name

Creditor's Notice name

13410 Sutton Park Drive South
Address

| Jacksonville | FL | 32224 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  3,818.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)* 23-11121

**3.321 Nonpriority creditor's name and mailing address**

Laserform and Machine Inc
Creditor Name

Creditor's Notice name

10010 Farrow Rd
Address

| Columbia | SC | 29203 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 94,334.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

**3.322 Nonpriority creditor's name and mailing address**

Laservision USA, LP
Creditor Name

Abdalla Sammaneh
Creditor's Notice name

595 Phalen Blvd
Address

| St. Paul | MN | 55130 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)* 23-11121

**3.323 Nonpriority creditor's name and mailing address**

Latitude Applied Technologies

Creditor Name

Creditor's Notice name

303 Dale Drive

Address

| Fountain Inn | SC | 29644 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 27,280.87

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.324 Nonpriority creditor's name and mailing address**

Laurie & Brennan, LLP

Creditor Name

Daniel Brennan

Creditor's Notice name

2 N. Riverside Plaza, Suite 1750

Address

| Chicago | IL | 60606 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 257.50

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

### 3.325 Nonpriority creditor's name and mailing address

Lawson Products, Inc.
Creditor Name

Creditor's Notice name

8770 W. Bryn Mawr Ave
Address

Suite 900

| Chicago | IL | 60631 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 2,433.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

### 3.326 Nonpriority creditor's name and mailing address

LEB Services LLC
Creditor Name

DBA Jan-Pro of the Western Carolina
Creditor's Notice name

LEB Services LLC
Address

128 Milestone Way

| Greenville | SC | 29615 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 45,126.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.327** **Nonpriority creditor's name and mailing address**

Lee Spring Company LLC

Creditor Name

Creditor's Notice name

140 58th Street

Address

Suite 3C

Brooklyn                NY              11220

City              State              ZIP Code

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    2,943.05

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.328** **Nonpriority creditor's name and mailing address**

Lehigh Outfitters, LLC

Creditor Name

Creditor's Notice name

39 East Canal Street

Address

Nelsonville            OH              45764

City              State              ZIP Code

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    3,367.85

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐  No

☒  Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

| | |
|---|---|
| **3.329 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 25,164.07 |

LEM U.S.A., Inc
Creditor Name

SATYA LEM U.S.A., Inc
Creditor's Notice name

Bin 88054
Address

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

| Milwaukee | WI | 53288-0054 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☐ No

☒ Yes

---

**3.330 Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** $ 40,415.00

LER TechForce, LLC
Creditor Name

Jay Adams
Creditor's Notice name

1888 Poshard Drive
Address

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

| Columbus | IN | 47203 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**3.331** **Nonpriority creditor's name and mailing address**

Les Industries Flexipipe Inc.

Creditor Name

Creditor's Notice name

1355 Magenta Est

Address

| Farnham | QC | J2N 1C4 |
|---------|-----|---------|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 1,898.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.332** **Nonpriority creditor's name and mailing address**

LG Energy Solution, LTD.

Creditor Name

David Lee

Creditor's Notice name

LG Twin Towers

Address

128 Yeoui-daero, Yeongdeungpo-gu

| Seoul | | 7336 |
|-------|-----|------|
| City | State | ZIP Code |

South Korea

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 28,786,876.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*   23-11121

**3.333  Nonpriority creditor's name and mailing address**

Life and Safety Consultants, Inc
Creditor Name

Creditor's Notice name

31 Boland Court
Address

| Greenville | SC | 29615 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    1,750.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.334  Nonpriority creditor's name and mailing address**

Lift One LLC
Creditor Name

Creditor's Notice name

PO Box 602727
Address

| Charlotte | NC | 28260-2727 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    4,599.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)* 23-11121

**3.335 Nonpriority creditor's name and mailing address**

Lift-U (Hogan Manufacturing
Creditor Name

Creditor's Notice name

PO Box 398
Address

| Escalon | CA | 95320 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 31,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.336 Nonpriority creditor's name and mailing address**

Link Manufacturing Ltd.
Creditor Name

KRISTOPHER VANDERWALL
Creditor's Notice name

223 15th St NE
Address

| Sioux Center | IA | 51250 |
|--------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,353.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.337 Nonpriority creditor's name and mailing address**

Linkedin Corporation
Creditor Name

Creditor's Notice name

62228 Collections Center Drive
Address

| Chicago | IL | 60693-0622 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 9,998.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.338 Nonpriority creditor's name and mailing address**

Littelfuse, Inc.
Creditor Name

Creditor's Notice name

DBA U.S. Sensor Corp
Address

1832 West Collins Ave

| Orange | CA | 92867 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,612.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**3.339** **Nonpriority creditor's name and mailing address**

Lock-Ridge Tool Co., Inc.

Creditor Name

Creditor's Notice name

2000 Pomona Blvd

Address

Suite A-3

| Pomona | CA | 91768 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 12,260.11

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.340** **Nonpriority creditor's name and mailing address**

LogicGate, Inc.

Creditor Name

Creditor's Notice name

320 West Ohio Street

Address

Suite 5E

| Chicago | IL | 60654 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 64,200.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.341 Nonpriority creditor's name and mailing address**

Lubrication Engineers, Inc
Creditor Name

Creditor's Notice name

1919 East Tulsa
Address

| Wichita | KS | 67216 |
|---------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,113.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.342 Nonpriority creditor's name and mailing address**

Lucerix International Corporation
Creditor Name

Creditor's Notice name

2488 Bristol Circle
Address

| Oakville | ON | L6H 5S1 |
|----------|-----|---------|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,451.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.343 Nonpriority creditor's name and mailing address**

Luminator Technology Group Global, LLC
Creditor Name

Creditor's Notice name

900 Klein Rd
Address

| Plano | TX | 75074 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 352,346.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.344 Nonpriority creditor's name and mailing address**

M1 Graphics CO, Inc
Creditor Name

JODY MCMURRY
Creditor's Notice name

PO Box 606
Address

| Fountain Inn | SC | 29644 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 675.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  Proterra Operating Company, Inc.

Case number *(if known)*:    23-11121

**3.345 Nonpriority creditor's name and mailing address**

Madland Diesel Fleet and Service
Creditor Name

Creditor's Notice name

4420 State Rd
Address

| Bakersfield | CA | 93308 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $    4,468.79
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐  No

☒  Yes

**3.346 Nonpriority creditor's name and mailing address**

Maho Lazo
Creditor Name

Wilshire Law Firm
Creditor's Notice name

Benjamin Haber
Address

3055 Wilshire Blvd, 12th Fl

| Los Angeles | CA | 90010 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $    Unliquidated
*Check all that apply.*

☒  Contingent

☒  Unliquidated

☒  Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.347** **Nonpriority creditor's name and mailing address**

MaintainX, Inc
Creditor Name

Alison Golfman
Creditor's Notice name

PMB 98008
Address

382 NE 191st St

| Miami | FL | 33179-3899 |
|-------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                3,832.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.348** **Nonpriority creditor's name and mailing address**

Mangas, Robert
Creditor Name


Creditor's Notice name

Address on File
Address



| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                407.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Employee Reimbursements

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*    23-11121

---

**3.349 Nonpriority creditor's name and mailing address**

Manz USA, Inc.
Creditor Name

Creditor's Notice name

376 Dry Bridge Road
Address

B2

| North Kingstown | RI | 02852 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    60,907.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.350 Nonpriority creditor's name and mailing address**

Marco Gudino
Creditor Name

Zach Herbert
Creditor's Notice name

United States Steelworkers
Address

60 Boulevard of the Allies

| Pittsburgh | PA | 15222 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    Unliquidated
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*  23-11121

---

**3.351 Nonpriority creditor's name and mailing address**

Maritec-Metpro Corporation
Creditor Name

Denise Montgomery
Creditor's Notice name

215 Commerce Rd
Address

| Greenville | SC | 29611 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,725.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.352 Nonpriority creditor's name and mailing address**

Marson International LLC
Creditor Name

Creditor's Notice name

1001 Sako Court
Address

| Elkhart | IN | 46516 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 11,051.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*:    23-11121

**3.353 Nonpriority creditor's name and mailing address**

Maskine LLC
Creditor Name

Creditor's Notice name

11210 S. Bannock St.
Address

| Phoenix | AZ | 85044 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                2,210.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.354 Nonpriority creditor's name and mailing address**

MBR DISTRIBUTORS
Creditor Name

Creditor's Notice name

1330 Holmes Rd
Address

| Elgin | IL | 60123 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                83.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**3.355 Nonpriority creditor's name and mailing address**

McGriff Insurance Services

Creditor Name

DBA Precept Advisory Group, LLC

Creditor's Notice name

3605 Glenwood Avenue

Address

Suite 201

| Raleigh | NC | 27612 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 12,000.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.356 Nonpriority creditor's name and mailing address**

McKinney Trailer Rentals

Creditor Name

Creditor's Notice name

PO Box 515574

Address

| Los Angeles | CA | 90051 |
|-------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 10,985.75

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.357** **Nonpriority creditor's name and mailing address**

McMaster-Carr Supply Co.
Creditor Name

Creditor's Notice name

PO Box 7690
Address

| Chicago | IL | 60680-7690 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    114,121.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

**3.358** **Nonpriority creditor's name and mailing address**

McNaughton-McKay Electric Company
Creditor Name

Creditor's Notice name

35 Old Mill Road
Address

| Greenville | SC | 29607 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    26,042.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.359 Nonpriority creditor's name and mailing address**

Mediant Communications Inc.
Creditor Name

Name

Creditor's Notice name

PO Box 75185
Address

| Chicago | IL | 60675 |
|---------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 86.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.360 Nonpriority creditor's name and mailing address**

Meritor, Inc
Creditor Name

Creditor's Notice name

2135 West Maple Road
Address

| Troy | MI | 48084 |
|------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 29,456.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*    23-11121

---

**3.361** **Nonpriority creditor's name and mailing address**

Mersen USA EP Corp
Creditor Name

Creditor's Notice name

374 Merrimac Street
Address

| Newburyport | MA | 01950 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 2,562.93
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.362** **Nonpriority creditor's name and mailing address**

Metal Solutions, Inc.
Creditor Name

Creditor's Notice name

1141 Industrial Park Road
Address

| Vandergrift | PA | 15690 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 0.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☑ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*  23-11121
Name

**3.363 Nonpriority creditor's name and mailing address**

Mica Electrical Material (Luhe) Co., Ltd.
Creditor Name

Jonas Ju
Creditor's Notice name

Development Zone, Hedong
Address

Guandong Province

Luhe County

| | | |
|---|---|---|
| Shanwei City | | 516700 |
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 136,602.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.364 Nonpriority creditor's name and mailing address**

Micro Precision Calibration, Inc.
Creditor Name

Creditor's Notice name

2165 N Glassell
Address

| | | |
|---|---|---|
| Orange | CA | 92865 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,077.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*   23-11121

**3.365  Nonpriority creditor's name and mailing address**

Microsoft Corporation

Creditor Name

Creditor's Notice name

PO Box 842103

Address

| Dallas | TX | 75282 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                 5,075.83

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.366  Nonpriority creditor's name and mailing address**

Miguel Angel Salazar Govea

Creditor Name

S1 Cleaning

Creditor's Notice name

d/b/a S1 Cleaning

Address

18411 Valley Blvd, Spa 48

| Bloomington | CA | 92316 |
|-------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                26,188.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.367 Nonpriority creditor's name and mailing address**

Mill Supply Inc
Creditor Name

Creditor's Notice name

19801 Miles Road
Address

| Cleveland | OH | 44128 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 493.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.368 Nonpriority creditor's name and mailing address**

Mission Cloud Services, Inc.
Creditor Name

Creditor's Notice name

4470 W Sunset Blvd
Address

Suite 107

PMB 94146

| Los Angeles | CA | 90027 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 552,057.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.369** **Nonpriority creditor's name and mailing address**

Misumi USA Inc
Creditor Name

Creditor's Notice name

1717 N Penny Lane
Address

Suite 200

| Schaumburg | IL | 60173 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 50.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.370** **Nonpriority creditor's name and mailing address**

MKP Parts
Creditor Name

DELIANA VAN DER WEGEN
Creditor's Notice name

Gildeweg 22
Address

| Nootdorp | | 2632 BA |
|---|---|---|
| City | State | ZIP Code |

Netherlands
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,401.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**3.371** **Nonpriority creditor's name and mailing address**

Mobile Climate Control, Corp.

Creditor Name

Creditor's Notice name

75 Remittance Drive

Address

Suite 6668

| Chicago | IL | 60675-6668 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 6,661.14

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.372** **Nonpriority creditor's name and mailing address**

Mobile Communications America, Inc.

Creditor Name

Creditor's Notice name

100 Dunbar Street, Suite 304

Address

| Spartanburg | SC | 29306 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,391.55

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.373 Nonpriority creditor's name and mailing address**

Mobile Mark Inc
Creditor Name

Creditor's Notice name

1140 W. Thorndale
Address

| | | |
|---|---|---|
| Itasca | IL | 60143 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,161.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.374 Nonpriority creditor's name and mailing address**

Modine Manufacturing Company
Creditor Name

Creditor's Notice name

PO Box 809625
Address

| | | |
|---|---|---|
| Chicago | IL | 60680 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 46,531.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.375 Nonpriority creditor's name and mailing address**

Monroe Magnus LLC
Creditor Name

DBA Magnus Mobility Systems
Creditor's Notice name

2805 Barranca Parkway
Address

| Irvine | CA | 92606 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 532.74
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.376 Nonpriority creditor's name and mailing address**

Morgan Stanley Domestic Holdings, Inc.
Creditor Name

Creditor's Notice name

1585 Broadway Lowr B
Address

| New York | NY | 10036-8200 |
|----------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 161,177.36
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.377 Nonpriority creditor's name and mailing address**

Motion Industries, Inc
Creditor Name

GPC
Creditor's Notice name

2041 Saybrook Ave
Address

| Los Angeles | CA | 90040 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,289.79
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.378 Nonpriority creditor's name and mailing address**

Motor City Racks, Inc.
Creditor Name

Essex Weld
Creditor's Notice name

24445 Forterra Dr
Address

| Warren | MI | 48089 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 16,430.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.379** **Nonpriority creditor's name and mailing address**

Mouser Electronics
Creditor Name

Creditor's Notice name

PO Box 99319
Address

| Ft. Worth | TX | 78199-0319 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 13,004.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☑ Yes

---

**3.380** **Nonpriority creditor's name and mailing address**

MSC Industrial Supply Co.
Creditor Name

Creditor's Notice name

PO Box 953635
Address

| Saint Louis | MO | 63195-3635 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 164.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*    23-11121

**3.381 Nonpriority creditor's name and mailing address**

MSI-Viking Gage, LLC
Creditor Name

Creditor's Notice name

PO Box 537
Address

321 Tucapau Rd

| Duncan | SC | 29334 |
|--------|----|----|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    8,098.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.382 Nonpriority creditor's name and mailing address**

Mubea, Inc.
Creditor Name

Creditor's Notice name

PO Box 636331
Address

| Cincinnati | OH | 45263 |
|-----------|----|----|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    242.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.383** **Nonpriority creditor's name and mailing address**

Munaco Sealing Solutions, Inc.
Creditor Name

Creditor's Notice name

5 Ketron Court
Address

| Greenville | SC | 29607 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 38,915.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.384** **Nonpriority creditor's name and mailing address**

Nain, Raman
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,168.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Employee Reimbursements

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor:  Proterra Operating Company, Inc.

Case number *(if known)*    23-11121

**3.385** **Nonpriority creditor's name and mailing address**

Narayanan Srinivasan

Creditor Name

Fulfeelment, LLC

Creditor's Notice name

3813 Appleton Ln

Address

| Flower Mound | TX | 75022 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                59,682.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.386** **Nonpriority creditor's name and mailing address**

National Instruments Corporation

Creditor Name

Creditor's Notice name

PO Box 202262

Address

| Austin | TX | 78759 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                 1,380.28

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.387 Nonpriority creditor's name and mailing address**

Navisite LLC
Creditor Name

Remote DBA Experts, LLC
Creditor's Notice name

400 Minuteman Rd
Address

| Andover | MA | 01810 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    31,368.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

**3.388 Nonpriority creditor's name and mailing address**

NETAPP INC.
Creditor Name

Creditor's Notice name

3600 Olsen Dr
Address

| San Jose | CA | 95128 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    41,446.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**3.389** **Nonpriority creditor's name and mailing address**

Newark Element 14
Creditor Name

Creditor's Notice name

33190 Collection Center Drive
Address

| Chicago | IL | 60693-0331 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,575.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.390** **Nonpriority creditor's name and mailing address**

Ningbo Xusheng Group Co., Ltd.
Creditor Name

Creditor's Notice name

No 128 Yingluohe Rd, Beilun
Address

Zhejiang

| Ningbo | | 315800 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 233,388.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**3.391** **Nonpriority creditor's name and mailing address**

Ningbo Yexing Automotive Part Co., Ltd.

Creditor Name

COCO RONG

Creditor's Notice name

No. 259 Haifeng Road

Address

Cidong Binhai Economic Development Area

| Cixi | China | 315338 |
|------|-------|--------|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 748,164.41

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☑ Yes

---

**3.392** **Nonpriority creditor's name and mailing address**

Nordson Corporation

Creditor Name

Creditor's Notice name

28775 Beck Rd

Address

| Wixom | MI | 48393 |
|-------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 9,353.01

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.393 Nonpriority creditor's name and mailing address**

North Eastern Bus Rebuilders, Inc.
Creditor Name

Henry Stobierski
Creditor's Notice name

3025 Veterans Memorial Highway
Address

| Ronkonkoma | NY | 11779 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 19,687.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.394 Nonpriority creditor's name and mailing address**

NSF International Strategic Registrations, Ltd
Creditor Name

Creditor's Notice name

Dept. Lockbox #771380
Address

PO Box 77000

| Detroit | MI | 48277-1380 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 23,528.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

3.395 **Nonpriority creditor's name and mailing address**

NSK Industries Inc

Creditor Name

Creditor's Notice name

150 Ascot Parkway

Address

| Cuyahoga Falls | OH | 44223 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 45,532.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.396 **Nonpriority creditor's name and mailing address**

Odgers Berndtson LLC

Creditor Name

Creditor's Notice name

730 Third Avenue

Address

23rd Floor

| New York | NY | 10017 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 24,333.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)* 23-11121

**3.397 Nonpriority creditor's name and mailing address**

Office1 Inc.
Creditor Name

DBA Office1
Creditor's Notice name

720 S 4th Street
Address

| Las Vegas | NV | 89101 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 11,627.83
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.398 Nonpriority creditor's name and mailing address**

Ogletree, Deakins, Nash, Smoak & Stewart, PC
Creditor Name

Creditor's Notice name

Patewood IV, 50 International Drive, Ste 300
Address

| Greenville | SC | 29615 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 48,066.75
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*   23-11121
_____

**3.399** **Nonpriority creditor's name and mailing address**

Ontario International Airport Authority
_____
Creditor Name

_____
Creditor's Notice name

1923 E Avion St
_____
Address

_____

_____

| Ontario | CA | 91761 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ _____ 454.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.400** **Nonpriority creditor's name and mailing address**

Orkin Services of California
_____
Creditor Name

_____
Creditor's Notice name

PO Box 7161
_____
Address

_____

| Pasadena | CA | 91109 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ _____ 786.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**3.401 Nonpriority creditor's name and mailing address**

Ott, Clinton

Creditor Name

Creditor's Notice name

Address on File

Address

City                State                ZIP Code

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 863.98

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Employee Reimbursements

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.402 Nonpriority creditor's name and mailing address**

Pacific Overhead Crane Services Inc.

Creditor Name

Quality Hoist & Electric

Creditor's Notice name

92-108 Elele Place

Address

| Kapolei | HI | 96707 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 460.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*    23-11121

**3.403** **Nonpriority creditor's name and mailing address**

Padilla, Jose

Creditor Name

Creditor's Notice name

Address on File

Address

City    State    ZIP Code

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    840.58

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Employee Reimbursements

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.404** **Nonpriority creditor's name and mailing address**

Pailton Incorporated

Creditor Name

Creditor's Notice name

500 W Madison St

Address

Suite 3700

Chicago    IL    60661

City    State    ZIP Code

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    8,100.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☑ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*     23-11121

**3.405   Nonpriority creditor's name and mailing address**

Palantir Technologies Inc.

Creditor Name

Creditor's Notice name

1555 Blake Street

Address

Suite 250

Denver                CO                80202

City            State            ZIP Code

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    128,071.23

*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒   No

☐   Yes

**3.406   Nonpriority creditor's name and mailing address**

Pallet Solutions, Inc.

Creditor Name

Creditor's Notice name

2357 Stanford Road

Address

Greer                SC                29651

City            State            ZIP Code

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    35,277.42

*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒   No

☐   Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.407** **Nonpriority creditor's name and mailing address**

Parallax
Creditor Name

Creditor's Notice name

599 Menlow Drive
Address

| Rocklin | CA | 95765 |
|---------|-----|-----|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 224.60
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.408** **Nonpriority creditor's name and mailing address**

Parker Hannifin Corporation
Creditor Name

Creditor's Notice name

101 Canterbury Road
Address

| Kings Mountain | NC | 28086 |
|---------|-----|-----|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 291,436.50
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)* 23-11121

**3.409 Nonpriority creditor's name and mailing address**

Patrick Services Inc.
Creditor Name

Shannon Huckaba
Creditor's Notice name

4727 Alexander Lane
Address

| Dallas | TX | 75247 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,877.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.410 Nonpriority creditor's name and mailing address**

PC Connection Sales Corporation
Creditor Name

DBA Coneection
Creditor's Notice name

PO Box 536472
Address

| Pittsburg | PA | 15253 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,861.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*    23-11121

**3.411 Nonpriority creditor's name and mailing address**

Peak Technical Services, Inc.
Creditor Name

DBA PEAK Technical Staffing USA
Creditor's Notice name

583 Epsilon Drive
Address

| Pittsburgh | PA | 15238 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              47,146.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.412 Nonpriority creditor's name and mailing address**

Peak Technologies, Inc.
Creditor Name

Peak-Ryzex, Inc.
Creditor's Notice name

901 Elkridge Landing Rd
Address

Suite 300

| Linthicum Heights | MD | 21090 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $               6,144.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.413  Nonpriority creditor's name and mailing address**

Pearce Renewables
Creditor Name

Pearce Services, LLC
Creditor's Notice name

1222 Vine Street
Address

Suite 301

| Paso Robles | CA | 93448 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 52,009.47
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.414  Nonpriority creditor's name and mailing address**

PED Enterprises, LLC
Creditor Name

Creditor's Notice name

2441 Boardwalk
Address

| San Antonio | TX | 78217 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 12,488.46
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.415 Nonpriority creditor's name and mailing address**

Penske Truck Leasing CO, L.P.
Creditor Name

Creditor's Notice name

PO Box 532658
Address

| Atlanta | GA | 30353 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 36,971.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.416 Nonpriority creditor's name and mailing address**

PG&E
Creditor Name

Creditor's Notice name

PO Box 997300
Address

| Sacramento | CA | 95899 |
|------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 48,555.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.417 Nonpriority creditor's name and mailing address**

PI Innovo, LLC
Creditor Name

Creditor's Notice name

47023 Five Mile Road
Address

| Plymouth | MI | 48170 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,634.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.418 Nonpriority creditor's name and mailing address**

Piedmont Natural Gas
Creditor Name

Creditor's Notice name

PO Box 660920
Address

| Dallas | TX | 75266 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 92.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.419** **Nonpriority creditor's name and mailing address**

Pine Estates Enterprises Inc
Creditor Name

Dustin Smith
Creditor's Notice name

201B West Butler Road
Address

Suite 160

| Mauldin | SC | 29662 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,423.50

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.420** **Nonpriority creditor's name and mailing address**

PIP Printing
Creditor Name

SoCa Business Services, LLC
Creditor's Notice name

1143H Woodruff Rd
Address

| Greenville | SC | 29607 |
|------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,271.29

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121
_____

**3.421** **Nonpriority creditor's name and mailing address**

Pivotal Media
_____
Creditor Name

Marisa Thomas Communication Services Ltd.
_____
Creditor's Notice name

666 Burrard Street
_____
Address

Suite 2800
_____

_____

| Vancouver | BC | V6C 2Z7 |
|---|---|---|
| City | State | ZIP Code |

Canada
_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                3,062.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.422** **Nonpriority creditor's name and mailing address**

Plastic Creations Ltd.
_____
Creditor Name

Brian Huttig
_____
Creditor's Notice name

1360 South Lipan Street
_____
Address

_____

| Denver | CO | 80223 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                4,406.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*    23-11121

**3.423 Nonpriority creditor's name and mailing address**

Power Electronics USA

Creditor Name

Brandon DiBuo

Creditor's Notice name

1510 N Hobson St

Address

| Gilbert | AZ | 85233 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                  4,416,979.66

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.424 Nonpriority creditor's name and mailing address**

Precisionworks MFG LLC

Creditor Name

Creditor's Notice name

463 N Denver Ave.

Address

| Loveland | CO | 80537 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                  1,937.16

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)* 23-11121

**3.425** **Nonpriority creditor's name and mailing address**

Procurement Equipment LLC

Creditor Name

PE-Energy, Procurement Equipment, IndustrialStop

Creditor's Notice name

PO Box 701522

Address

| Houston | TX | 77270 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 180.64

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.426** **Nonpriority creditor's name and mailing address**

PRO-DEC.com

Creditor Name

Creditor's Notice name

PO Box 542035

Address

| Houston | TX | 77023 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 15.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☑ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.427 Nonpriority creditor's name and mailing address**

Professional Fleet Maintenance LLC
Creditor Name

Creditor's Notice name

2081 SW 70th Ave #H14
Address

| Davie | FL | 33317 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,774.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.428 Nonpriority creditor's name and mailing address**

Project Genetics LLC
Creditor Name

Sallyport Commercial Finance LLC
Creditor's Notice name

4950 S Yosemite St
Address

#F2-102

| Greenwood Village | CO | 80111 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 35,658.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*:  23-11121

**3.429 Nonpriority creditor's name and mailing address**

Protiviti Inc.
Creditor Name

Creditor's Notice name

2613 Camino Ramon
Address

| San Ramon | CA | 94583 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              538,309.87
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.430 Nonpriority creditor's name and mailing address**

PSMG Inc. DBA Pacwest Security Services
Creditor Name

Creditor's Notice name

3303 Harbor Blvd
Address

Suite A 103

| Costa Mesa | CA | 92626 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $               35,151.99
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*    23-11121

**3.431 Nonpriority creditor's name and mailing address**

Public Transportation Safety International Corp

Creditor Name

Krista Barry

Creditor's Notice name

523 W Sixth Street

Address

Suite 1101

| Los Angeles | CA | 90014 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    1,524.60

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.432 Nonpriority creditor's name and mailing address**

Pure Water Partners LLC

Creditor Name

Creditor's Notice name

PO Box 0369

Address

| Woburn | MA | 01888 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    898.20

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.433 Nonpriority creditor's name and mailing address**

Q4 Inc
Creditor Name

Creditor's Notice name

469A King Street W
Address

| Toronto | ON | M5V 1K4 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 51,981.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.434 Nonpriority creditor's name and mailing address**

Quanta Laboratories
Creditor Name

Creditor's Notice name

3199 DeLaCruz Blvd
Address

| Santa Clara | CA | 95054 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*:  23-11121

**3.435  Nonpriority creditor's name and mailing address**

Quench USA, Inc.
Creditor Name

DBA Waterlogic Americas, LLC
Creditor's Notice name

630 Allendale Road
Address

Suite 200

| King of Prussia | PA | 19406 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                774.19
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.436  Nonpriority creditor's name and mailing address**

R&S Erection North Peninsula Inc.
Creditor Name

Creditor's Notice name

133 S. Linden Avenue
Address

| South San Francisco | CA | 94080 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              4,130.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**3.437  Nonpriority creditor's name and mailing address**

R.S. Hughes Co., Inc.

Creditor Name

Creditor's Notice name

10639 Glenoaks Blvd

Address

| Pacoima | CA | 91331 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 334,668.95

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☑ Yes

**3.438  Nonpriority creditor's name and mailing address**

Radio Engineering Industries, Inc

Creditor Name

Crystal Parr Radio Engineering Industries, Inc

Creditor's Notice name

6534 L Street

Address

| Omaha | NE | 68117 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 3,111.25

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**3.439 Nonpriority creditor's name and mailing address**

Radwell International Inc.
Creditor Name

Creditor's Notice name

1 Millennium Drive
Address

| Willingboro | NJ | 08046 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 485.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.440 Nonpriority creditor's name and mailing address**

Ralphs Store & Trophy Shop
Creditor Name

Creditor's Notice name

PO Box 1524
Address

| Seneca | SC | 29679-1524 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**3.441 Nonpriority creditor's name and mailing address**

Ray Products Company, Inc.
Creditor Name

Creditor's Notice name

1700 Chablis Avenue
Address

| Ontario | CA | 91761 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 64,129.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.442 Nonpriority creditor's name and mailing address**

Razorfrog Web Design LLC
Creditor Name

Max Elman
Creditor's Notice name

1032 Irving St
Address

Suite 984

| San Francisco | CA | 94122 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 780.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*  23-11121
_____

**3.443** **Nonpriority creditor's name and mailing address**

Recaro North America, Inc.
_____
Creditor Name

_____
Creditor's Notice name

Lockbox # 778706
_____
Address

_____

_____

| Chicago | IL | 60677 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ _____ 20,103.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.444** **Nonpriority creditor's name and mailing address**

Recology San Mateo County
_____
Creditor Name

_____
Creditor's Notice name

PO Box 512268
_____
Address

_____

| Los Angeles | CA | 90051-0268 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ _____ 7,598.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.445 Nonpriority creditor's name and mailing address**

Red Points Enterprises, LLC
Creditor Name

Creditor's Notice name

334 Cornelia St.
Address

Suite 350

| Plattsburgh | NY | 12901 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    10,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.446 Nonpriority creditor's name and mailing address**

Red Wing Brands of America, Inc.
Creditor Name

DBA Red Wing Shoe
Creditor's Notice name

1135 El Camino Real
Address

| Millbrae | CA | 94030 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    250.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*:  23-11121

**3.447 Nonpriority creditor's name and mailing address**

RELX Inc. DBA LexisNexis
Creditor Name

Creditor's Notice name

313 Washington St
Address

Suite 400

| Newton | MA | 02458 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    15,950.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.448 Nonpriority creditor's name and mailing address**

REMA USA LLC
Creditor Name

Creditor's Notice name

385 South Woods Drive
Address

| Fountain Inn | SC | 29644 |
|--------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                   370,692.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Proterra Operating Company, Inc.

Case number *(if known)*:  23-11121

---

3.449 **Nonpriority creditor's name and mailing address**

Republic Services #744
Creditor Name

Creditor's Notice name

PO Box 9001099
Address

| Louisville | KY | 40290-1099 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  3,076.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.450 **Nonpriority creditor's name and mailing address**

Resource Intl. Inc.
Creditor Name

DBA Mishimoto
Creditor's Notice name

18 Boulden Circle
Address

Suite 10

| New Castle | DE | 19720 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  6,979.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

3.451 **Nonpriority creditor's name and mailing address**

Rhombus Energy Solutions
Creditor Name

Creditor's Notice name

10915 Technology Place
Address

| San Diego | CA | 92127 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 541,091.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

3.452 **Nonpriority creditor's name and mailing address**

RICON CORPORATION
Creditor Name

Creditor's Notice name

PO Box 100936
Address

| Pasadena | CA | 91189-0936 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 110,185.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.453 Nonpriority creditor's name and mailing address**

Rincon Power, LLC
Creditor Name

Creditor's Notice name

6381 Rose Lane, STE A
Address

| Carpinteria | CA | 93013 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 1,425.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.454 Nonpriority creditor's name and mailing address**

Rodriguez, Joseph
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 8,921.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Employee Reimbursements

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**3.455 Nonpriority creditor's name and mailing address**

Romeo Rim, Inc.

Creditor Name

Creditor's Notice name

74000 Van Dyke Rd.

Address

| Romeo | MI | 48065 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 84,011.40

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.456 Nonpriority creditor's name and mailing address**

Ron Whites Air Compressor Sales

Creditor Name

DBA RWI Industrial

Creditor's Notice name

4019 S. Murray Ave

Address

| Anderson | SC | 29624 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,104,664.87

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*   23-11121

---

**3.457** | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: $ | 15,050.00
| | |
Rosco Collision Avoidance, Inc.
Creditor Name

*Check all that apply.*

Creditor's Notice name

☐ Contingent

☐ Unliquidated

90-21 144th Pl.
Address

☐ Disputed

**Basis for the claim:**

Trade Claim

| Jamaica | NY | 11435 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

☐ Yes

**number**

---

**3.458** | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: $ | 15,631.51
| | |
Rotaloc Intl, LLC
Creditor Name

*Check all that apply.*

Creditor's Notice name

☐ Contingent

☐ Unliquidated

9903 Titan Ct.
Address

☐ Disputed

**Basis for the claim:**

Suite 15

Trade Claim

| Littleton | CO | 80125 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

☐ Yes

**number**

---

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*    23-11121
_____

**3.459** **Nonpriority creditor's name and mailing address**

RS Americas, Inc.
_____
Creditor Name

RS (formerly Allied Electronics)
_____
Creditor's Notice name

7151 Jack Newell Blvd., South
_____
Address

_____

_____

| Fort Worth | TX | 76118 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                30,274.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.460** **Nonpriority creditor's name and mailing address**

Rutan & Tucker, LLP
_____
Creditor Name

_____
Creditor's Notice name

18575 Jamboree Road 9th Floor
_____
Address

_____

| Irvine | CA | 92612 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                8,474.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.461 Nonpriority creditor's name and mailing address**

Ryerson, Inc. - Greenville

Creditor Name

Ray Werness

Creditor's Notice name

PO Box 905716

Address

| Charlotte | NC | 28290 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 6,877.43

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.462 Nonpriority creditor's name and mailing address**

S & A Systems, Inc.

Creditor Name

Don Rakow

Creditor's Notice name

992 Sids Road

Address

| Rockwall | TX | 75032-6512 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,390.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121

**3.463 Nonpriority creditor's name and mailing address**

S. Sterling Company
_____
Creditor Name

_____
Creditor's Notice name

102 International Drive
_____
Address

_____

_____

| Peachtree City | GA | 30269 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                114,518.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.464 Nonpriority creditor's name and mailing address**

Safe Fleet Bus & Rail
_____
Creditor Name

_____
Creditor's Notice name

319 Roske Drive
_____
Address

_____

_____

| Elkhart | IN | 46516 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                87,974.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**3.465 Nonpriority creditor's name and mailing address**

Salem Tools, Inc

Creditor Name

ST Solutions

Creditor's Notice name

1602 Midland Road

Address

| Salem | VA | 24153 |
|-------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                 8,111.06

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.466 Nonpriority creditor's name and mailing address**

Santa Clara Valley Transportation Authority

Creditor Name

Rocky Bal

Creditor's Notice name

3331 North First Street, Bldg B-1

Address

| San Jose | CA | 95134-1927 |
|----------|-----|-------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $               11,571.26

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*  23-11121

---

**3.467 Nonpriority creditor's name and mailing address**

Sanz Kenway
Creditor Name

Kenway Engineeriing, Inc.
Creditor's Notice name

2555 Lake Ave
Address

| Fairmont | MN | 56031 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 949.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.468 Nonpriority creditor's name and mailing address**

Saunders, Ryan
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 120.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Employee Reimbursements

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*    23-11121

---

3.469 **Nonpriority creditor's name and mailing address**

Say Technologies LLC
Creditor Name

Creditor's Notice name

85 Willow Road
Address

| Menlo Park | CA | 94025 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                11,654.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.470 **Nonpriority creditor's name and mailing address**

SC Mech Solution, Inc.
Creditor Name

Jacqueline Nguyen
Creditor's Notice name

2241 Paragon Dr.
Address

| San Jose | CA | 95131 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                 2,200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

3.471 **Nonpriority creditor's name and mailing address**

Schleuniger, Inc

Creditor Name

Creditor's Notice name

87 Colin Drive

Address

| Manchester | NH | 03103 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $              4,620.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

3.472 **Nonpriority creditor's name and mailing address**

Schunk Carbon Technology, LLC

Creditor Name

Edward Naczek

Creditor's Notice name

W146 N9300 Held Drive

Address

| Menomonee Falls | WI | 53051 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $            520,149.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.473 Nonpriority creditor's name and mailing address**

Schwab Retirement Plan Services, Inc
Creditor Name

Creditor's Notice name

9875 Schwab Way
Address

| Lone Tree | CO | 80124 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 3,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.474 Nonpriority creditor's name and mailing address**

SCTAC Board of Directors
Creditor Name

Creditor's Notice name

DBA South Carolina Technology & Aviation Center SCTAC
Address

2 Exchange St

| Greenville | SC | 29605 |
|------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 584.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*    23-11121

**3.475 Nonpriority creditor's name and mailing address**

Seagate Plastics Company
Creditor Name

Creditor's Notice name

1110 Disher Drive
Address

| Waterville | OH | 43566 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                730.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.476 Nonpriority creditor's name and mailing address**

Seal Methods, Inc
Creditor Name

Creditor's Notice name

11915 Shoemaker Avenue
Address

| Santa Fe Springs | CA | 90670 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                  1.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*    23-11121

**3.477 Nonpriority creditor's name and mailing address**

Sealcon, LLC
Creditor Name

Creditor's Notice name

14853 E. Hinsdale Ave
Address

Suite D

| Centennial | CO | 80112 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,805.91
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.478 Nonpriority creditor's name and mailing address**

Sealeze
Creditor Name

Creditor's Notice name

22465 Network Pl
Address

| Chicago | IL | 60673-2246 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,378.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.479 Nonpriority creditor's name and mailing address**

Sealing Devices INC
Creditor Name

Creditor's Notice name

4400 Walden Ave
Address

| Lancaster | NY | 14086 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 212.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.480 Nonpriority creditor's name and mailing address**

SecureWorks, Inc
Creditor Name

Lawrence Hamilton
Creditor's Notice name

1 Concourse Pkwy
Address

Ste 500

| Atlanta | GA | 30328 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,830.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.481 Nonpriority creditor's name and mailing address**

Securitas Security Service USA
Creditor Name

Creditor's Notice name

PO Box 403412
Address

| Atlanta | GA | 30384 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 157.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.482 Nonpriority creditor's name and mailing address**

SEFAC USA, Inc
Creditor Name

Creditor's Notice name

381 Nina Way
Address

| Warminster | PA | 18974 |
|------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,959.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121
_____

**3.483 Nonpriority creditor's name and mailing address**

Seica
_____
Creditor Name

_____
Creditor's Notice name

110 Avco Road
_____
Address

_____

_____

| Haveehill | MA | 01835 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    53.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.484 Nonpriority creditor's name and mailing address**

Seifert Graphics, Inc.
_____
Creditor Name

_____
Creditor's Notice name

6133 Judd Road
_____
Address

_____

_____

| Oriskany | NY | 13424 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    295,779.65

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.485 Nonpriority creditor's name and mailing address**

Sensata Technologies, Inc.
Creditor Name

Creditor's Notice name

529 Pleasant St.
Address

| Attleboro | MA | 02703 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,477,872.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.486 Nonpriority creditor's name and mailing address**

Sentek Dynamics, Inc.
Creditor Name

Creditor's Notice name

2090 Duane Ave
Address

| Santa Clara | CA | 95054 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,035.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*    23-11121

### 3.487 Nonpriority creditor's name and mailing address

Seon Design (USA) Corp DBA MobileView

Creditor Name

Creditor's Notice name

1313 East Maple Street

Address

Suite 231

| Bellingham | WA | 98225 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                36,844.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

### 3.488 Nonpriority creditor's name and mailing address

Service Transport INC, (STI)

Creditor Name

Creditor's Notice name

1441 S Buncombe Rd

Address

| Greer | SC | 29651 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                 1,900.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor:  Proterra Operating Company, Inc.

Case number *(if known)*:  23-11121

**3.489** **Nonpriority creditor's name and mailing address**

Shoeteria, Inc
Creditor Name

Creditor's Notice name

5305 East Washington Blvd
Address

| Comerece | CA | 90040 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                581.89
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.490** **Nonpriority creditor's name and mailing address**

Shred-It US JV LLC
Creditor Name

DBA Shred-It USA LLC
Creditor's Notice name

28883 Network Place
Address

| Chicago | IL | 60673-1288 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                498.46
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.491 Nonpriority creditor's name and mailing address**

Shutts & Bowen LLP
Creditor Name

Creditor's Notice name

200 South Biscayne Boulevard
Address

Suite 4100

| Miami | FL | 33131 |
|-------|-------|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,887.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.492 Nonpriority creditor's name and mailing address**

Sibros Technologies Inc
Creditor Name

Creditor's Notice name

785 Orchard Drive
Address

Suite 150

| Folsom | CA | 95630 |
|--------|-------|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 12,110.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.493  Nonpriority creditor's name and mailing address**

Sigalit Yochay-Wise
Creditor Name

DBA Uptima, Inc.
Creditor's Notice name

110 N 3rd St.
Address

| San Jose | CA | 95112 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $        4,374.19
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.494  Nonpriority creditor's name and mailing address**

Sigma Machine, Inc.
Creditor Name

Creditor's Notice name

3358 Center Park Plaza
Address

| Kalamazoo | MI | 49048 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $      823,264.90
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.495** **Nonpriority creditor's name and mailing address**

Signatures, Inc.
Creditor Name

Shane McMahon
Creditor's Notice name

327 Miller Rd
Address

Suite A

| Mauldin | SC | 29662 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                6,422.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.496** **Nonpriority creditor's name and mailing address**

Silicon Forest Electronics
Creditor Name

Creditor's Notice name

6204 E 18th Street
Address

| Vancouver | WA | 98661 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $             241,595.79
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**3.497** **Nonpriority creditor's name and mailing address**

Simcona Electronics Corporation

Creditor Name

Creditor's Notice name

275 Mt Read Blvd.

Address

| Rochester | NY | 14606 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 24,557.90

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.498** **Nonpriority creditor's name and mailing address**

Snap ON Industrial, a division of IDSC Holdings

Creditor Name

Creditor's Notice name

3011 E. Route 176

Address

| Crystal Lake | IL | 60039 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 208.27

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)* 23-11121

---

**3.499 Nonpriority creditor's name and mailing address**

Snider Fleet Solutions
Creditor Name

Creditor's Notice name

PO Box 16046
Address

| Greensboro | NC | 27416-6046 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,725.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.500 Nonpriority creditor's name and mailing address**

Softchoice Corporation
Creditor Name

Creditor's Notice name

16609 Collections Center Drive
Address

| Chicago | IL | 60693 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,389.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.501** **Nonpriority creditor's name and mailing address**

Sourcing Fuel
Creditor Name

dba Sourcing Insights
Creditor's Notice name

3218 Daugherty Drive
Address

Suite 150

| Lafayette | IN | 47909 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 16,500.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.502** **Nonpriority creditor's name and mailing address**

South Alliance Industrial Machine Inc.
Creditor Name

Creditor's Notice name

2423 Troy Ave
Address

| South El Monte | CA | 91733 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,150.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.503** **Nonpriority creditor's name and mailing address**

South Bay Solutions Inc
Creditor Name

Michael Dreniany
Creditor's Notice name

37399 Centralmont Place
Address

| Fremont | CA | 94536 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 447,558.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

**3.504** **Nonpriority creditor's name and mailing address**

Southeastern Pennsylvania Transportation Authority (SEPTA)
Creditor Name

Patrick J. Kearney
Creditor's Notice name

Duane Morris LLP
Address

30 South 17th Street

| Philadelphia | PA | 19103-4196 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ Unliquidated
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.505** **Nonpriority creditor's name and mailing address**

Southern California Edison
Creditor Name

Creditor's Notice name

PO Box 300
Address

| Rosemead | CA | 91772 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                43,101.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.506** **Nonpriority creditor's name and mailing address**

Southwest Research Institute
Creditor Name

Creditor's Notice name

6220 Culebra Road
Address

| San Antonio | TX | 78238-5166 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              114,566.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

| | |
|---|---|
| **3.507** | **Nonpriority creditor's name and mailing address** |

SPAL USA

Creditor Name

Creditor's Notice name

1731 SE Oralabor Rd.

Address

| Ankeny | IA | 50021 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    57,432.13

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| | |
|---|---|
| **3.508** | **Nonpriority creditor's name and mailing address** |

Spartanburg Regional Healthcare System

Creditor Name

Creditor's Notice name

101 East Wood Street

Address

| Spartanburg | SC | 29303 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    20,767.20

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*    23-11121

**3.509** **Nonpriority creditor's name and mailing address**

SpecFab Services, Inc
Creditor Name

Creditor's Notice name

PO Box 5429
Address

| Greenville | SC | 29606 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    330,170.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.510** **Nonpriority creditor's name and mailing address**

Specialty Manufacturing, Inc
Creditor Name

Creditor's Notice name

PO Box 198712
Address

| Atlanta | GA | 30384 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    11,516.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)* 23-11121

**3.511 Nonpriority creditor's name and mailing address**

Spectrum Business
Creditor Name

Charter Communications Holding, LLC
Creditor's Notice name

12405 Powerscourt Dr.
Address

| St. Louis | MO | 63131 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,705.23
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.512 Nonpriority creditor's name and mailing address**

Sportworks Global LLC
Creditor Name

Creditor's Notice name

15540 Woodinville-Redmond Rd NE, A-200
Address

| Woodinville | WA | 98072 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 34,545.60
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.513 Nonpriority creditor's name and mailing address**

Squire Patton Boggs (US) LLP
Creditor Name

Creditor's Notice name

4900 Key Tower
Address

127 Public Square

| Cleveland | OH | 44114 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                3,326.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.514 Nonpriority creditor's name and mailing address**

Stage 8 Locking Fasteners Inc.
Creditor Name

Director of Accounting Denise Keeler
Creditor's Notice name

4318 Redwood Hwy, Suite 200
Address

| San Rafael | CA | 94903 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                5.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.515 Nonpriority creditor's name and mailing address**

Stanley Convergent Security Solutions, Inc.
Creditor Name

Creditor's Notice name

Dept. CH 10651
Address

| Palatine | IL | 60055 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,045.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.516 Nonpriority creditor's name and mailing address**

Staples Technology Solutions
Creditor Name

Staples Contract & Commercial LLC
Creditor's Notice name

1096 E. Newport Center Drive
Address

Suite 300

| Deerfield Beach | FL | 33442 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 6,705.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**3.517 Nonpriority creditor's name and mailing address**

State of Hawaii

Creditor Name

Creditor's Notice name

Department of Taxation

Address

830 Punchbowl Street

| Honolulu | HI | 96813-5094 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                    0.02

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.518 Nonpriority creditor's name and mailing address**

Steelcase Financial Services Inc.

Creditor Name

Creditor's Notice name

901 44th Street SE

Address

| Grand Rapids | MI | 49508-7594 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                21,069.42

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)* 23-11121

**3.519** **Nonpriority creditor's name and mailing address**

Steven Engineering
Creditor Name

Creditor's Notice name

PO Box 1029
Address

| San Bruno | CA | 94066 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,818.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.520** **Nonpriority creditor's name and mailing address**

Storm Manufacturing Corporation
Creditor Name

Storm Power Components
Creditor's Notice name

PO Box 99
Address

| Decatur | TN | 37322 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,079.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.521** **Nonpriority creditor's name and mailing address**

STR Limited
Creditor Name

Talos Automation
Creditor's Notice name

1-2 Quay Point, Northarbour Road
Address

| Portsmouth | | PO6 3TD |
|---|---|---|
| City | State | ZIP Code |

United Kingdom
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 251,580.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.522** **Nonpriority creditor's name and mailing address**

Strategic Mapping Inc.
Creditor Name

Creditor's Notice name

2200 Yonge Street
Address

Suite 1711

| Toronto | ON | M4S 2C6 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 6,990.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.523 Nonpriority creditor's name and mailing address**

Sustained Quality
Creditor Name

EHD Tech
Creditor's Notice name

431 East Colfax Ave
Address

Suite 100

| South Bend | IN | 46617 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 57,406.10
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.524 Nonpriority creditor's name and mailing address**

Sutrak Corporation
Creditor Name

Creditor's Notice name

6897 East 49th Ave.
Address

| Commerce City | CO | 80022 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 12,258.36
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*:  23-11121

---

**3.525 Nonpriority creditor's name and mailing address**

Suzhou YongChuang Metal Science and Technology CO., LTD.
Creditor Name

Eric Zhu
Creditor's Notice name

3699 Puzhuang Road
Address

Xukou Town

| Suzhou | Jiangsu | 215105 |
|--------|---------|--------|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 262,611.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☑ Yes

---

**3.526 Nonpriority creditor's name and mailing address**

Swamp Fox Software and Analytics, LLC
Creditor Name

Creditor's Notice name

602 Cunningham Rd
Address

| Taylors | SC | 29687 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 11,375.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.527** **Nonpriority creditor's name and mailing address**

Tapeswitch Corporation

Creditor Name

Creditor's Notice name

100 Schmitt Blvd.

Address

| Farmingdale | NY | 11735 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 9,805.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.528** **Nonpriority creditor's name and mailing address**

Tata Consultancy Services Ltd

Creditor Name

Creditor's Notice name

379 Thornwall St

Address

| Edison | NJ | 08837 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 212,549.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.529 Nonpriority creditor's name and mailing address**

Tatyana Vovk
Creditor Name

Creditor's Notice name

314 Tall Oaks Trail
Address

| Inman | SC | 29349 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,143.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.530 Nonpriority creditor's name and mailing address**

Taylor Machine and Welding Inc.
Creditor Name

Taylor Manufacturing
Creditor's Notice name

224 Adams Street
Address

| Stevenson | AL | 35772 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 122,628.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**3.531** **Nonpriority creditor's name and mailing address**

TDI Power

Creditor Name

Creditor's Notice name

36 Newburgh Rd

Address

| Hackettstown | NJ | 07840-3904 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,934.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.532** **Nonpriority creditor's name and mailing address**

TE Connectivity Corporation

Creditor Name

Creditor's Notice name

24627 Network Place

Address

| Chicago | IL | 60673 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 82,935.35

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☑ Yes

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**3.533 Nonpriority creditor's name and mailing address**

Teachey Service Company, Inc.

Creditor Name

Creditor's Notice name

PO Box 339

Address

| Simpsonville | SC | 29681 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,189.62

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.534 Nonpriority creditor's name and mailing address**

Tech Graphics Private Limited

Creditor Name

Creditor's Notice name

13, Gokul Society

Address

Sindhwai mata Road

| Pratapnagar | Vadodara | 390004 |
|---|---|---|
| City | State | ZIP Code |

India

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 29,700.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.535 Nonpriority creditor's name and mailing address**

Test Chamber Solutions, Inc.
Creditor Name

dba Thermaxx Mechanical
Creditor's Notice name

PO Box 32138
Address

| Stockton | CA | 95213 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    8,461.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.536 Nonpriority creditor's name and mailing address**

Testamatic Systems Inc
Creditor Name

Santhosh Patil
Creditor's Notice name

41000 Woodward Avenue Ste 350 East
Address

| Bloomfield Hills | MI | 48304 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    69,562.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Proterra Operating Company, Inc.

Case number *(if known)* 23-11121

**3.537 Nonpriority creditor's name and mailing address**

Testco Incorporated
Creditor Name

Creditor's Notice name

1290 Kifer Road, Suite 308
Address

| Sunnyvale | CA | 94086 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 24,792.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.538 Nonpriority creditor's name and mailing address**

TestEquity LLC
Creditor Name

Martin Aguilar
Creditor's Notice name

6100 Condor Drive
Address

| Moorpark | CA | 93021 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 493.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.539 Nonpriority creditor's name and mailing address**

Texas A&M Transportation Institute
Creditor Name

Creditor's Notice name

400 Harvey Mitchell Parkway
Address

Suite 300

| | | |
|---|---|---|
| College Station | TX | 77845 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 13,972.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.540 Nonpriority creditor's name and mailing address**

The Gas Company (SoCalGas)
Creditor Name

Creditor's Notice name

PO Box C
Address

| | | |
|---|---|---|
| Monterey Park | CA | 91756 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 26.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.541 Nonpriority creditor's name and mailing address**

The Print Machine Inc.
Creditor Name

Creditor's Notice name

1003 Laurens Rd
Address

| Greenville | SC | 29607 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 249.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.542 Nonpriority creditor's name and mailing address**

The RoviSys Company
Creditor Name

Creditor's Notice name

PO Box 73486
Address

| Cleveland | OH | 44193 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 23,495.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)* 23-11121

**3.543 Nonpriority creditor's name and mailing address**

Therma-Tech (A.R. Lintern)
Creditor Name

Creditor's Notice name

24900 Capitol Road
Address

| Redford | MI | 48239 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    24,230.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.544 Nonpriority creditor's name and mailing address**

Timothy D. Tafrow Electric, LLC.
Creditor Name

Creditor's Notice name

44 Doe Drive
Address

| Hamilton | NJ | 08620 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    24,612.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.545** **Nonpriority creditor's name and mailing address**

Top Tempo Technical
Creditor Name

Creditor's Notice name

1010 E Union Street
Address

Suite 125

| Pasadena | CA | 91106 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 27,348.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**
☒ No

☐ Yes

---

**3.546** **Nonpriority creditor's name and mailing address**

Toronto Transit Commission
Creditor Name

Creditor's Notice name

1900 Yonge Street
Address

| Toronto | ON | M2N 6L9 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 21,270.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**
☐ No

☒ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*    23-11121

---

3.547 **Nonpriority creditor's name and mailing address**

Total Quality Logistics, LLC

Creditor Name

Creditor's Notice name

4289 Ivy Pointe Blvd.

Address

| Cincinnati | OH | 45245 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  6,920.21

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.548 **Nonpriority creditor's name and mailing address**

TPI Composites, INC

Creditor Name

Creditor's Notice name

373 Market St

Address

PO Box 367

| Warren | RI | 02885 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  7,149,932.49

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☑ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.549  Nonpriority creditor's name and mailing address**

Transign LLC
Creditor Name

Creditor's Notice name

281 Collier Road
Address

| Auburn Hills | MI | 48326 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    12,345.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.550  Nonpriority creditor's name and mailing address**

Transit Technical LLC
Creditor Name

Phillip DeHaan
Creditor's Notice name

655 Cliffwood Ave.
Address

| Portage | MI | 49002 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    38,911.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*   23-11121

**3.551** **Nonpriority creditor's name and mailing address**

TransPak
Creditor Name

Creditor's Notice name

PO Box 102762
Address

| Pasadena | CA | 91189-2762 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                965.90
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.552** **Nonpriority creditor's name and mailing address**

Trapeze Software Group, Inc
Creditor Name

Creditor's Notice name

5265 Rockwell Drive NE
Address

| Cedar Rapids | IA | 52402 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $              23,148.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.553 Nonpriority creditor's name and mailing address**

Trim-Lok, Inc.
Creditor Name

Creditor's Notice name

6855 Hermosa Circle
Address

| Buena Park | CA | 90622 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,950.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.554 Nonpriority creditor's name and mailing address**

Triniti Corporation
Creditor Name

Creditor's Notice name

2001 Gateway Place
Address

Suite 425E

| San Jose | CA | 95110 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 6,480.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known):* 23-11121

**3.555 Nonpriority creditor's name and mailing address**

TripSpark USA

Creditor Name

Creditor's Notice name

5265 Rockwell Drive NE

Address

| Cedar Rapids | IA | 52402 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 11,709.28

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.556 Nonpriority creditor's name and mailing address**

Tritium Pty LTD

Creditor Name

Creditor's Notice name

Unit 1

Address

31 Archimedes Pl

| Murarrie | | 4172 |
|---|---|---|
| City | State | ZIP Code |

Australia

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 61,287.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☑ Yes

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*   23-11121

**3.557 Nonpriority creditor's name and mailing address**

TRM Precision Manufactory(Suzhou) Ltd
Creditor Name

Suzhou Speed Communication Technology Ltd
Creditor's Notice name

No. 388 Xin Ping Street
Address

Jiang Su

| Suzhou | | 215123 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 123,043.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.558 Nonpriority creditor's name and mailing address**

Troutman Pepper Hamilton Sanders LLP
Creditor Name

Goutam Patnaik
Creditor's Notice name

3000 Two Logan Square
Address

18th & Arch Streets

| Philadelphia | PA | 19103 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 67,531.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Proterra Operating Company, Inc.

Case number *(if known)*   23-11121

**3.559 Nonpriority creditor's name and mailing address**

TruGold, LLC
Creditor Name

TruColor
Creditor's Notice name

2107 Laurens Road
Address

| Greenville | SC | 29607 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                      396.24
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.560 Nonpriority creditor's name and mailing address**

TRW Automotive U.S. LLC
Creditor Name

Creditor's Notice name

PO Box 77952
Address

| Detroit | MI | 48277 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                  27,468.56
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*    23-11121

**3.561 Nonpriority creditor's name and mailing address**

TTI, Inc

Creditor Name

Creditor's Notice name

220 Horizon Dr

Address

Suite 203

| Raleigh | NC | 27615 |
|---------|-------|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                202,602.19

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.562 Nonpriority creditor's name and mailing address**

Tube Specialties

Creditor Name

Creditor's Notice name

1459 NW Sundial Rd

Address

| Troutdale | OR | 97060 |
|-----------|-------|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                48,903.48

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Proterra Operating Company, Inc.

Name

Case number *(if known)*   23-11121

**3.563 Nonpriority creditor's name and mailing address**

TWC Services, Inc

Creditor Name

Creditor's Notice name

1629 Poplar Drive Ext.

Address

| Greer | SC | 29651 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                    319.48

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.564 Nonpriority creditor's name and mailing address**

UAB Promvadas DBA Promwad GmbH

Creditor Name

Creditor's Notice name

Antakalnio g. 17, building 12

Address

| Vilnius | | 10312 |
|---|---|---|
| City | State | ZIP Code |

Lithuania

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                  32,736.52

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.565 Nonpriority creditor's name and mailing address**

UKG Kronos Systems LLC
Creditor Name

Alicia Wilson
Creditor's Notice name

1485 North Park Drive
Address

| Weston | FL | 33326 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 111,788.86

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☑ Yes

**3.566 Nonpriority creditor's name and mailing address**

ULine
Creditor Name

Creditor's Notice name

PO Box 88741
Address

| Chicago | IL | 60680-1741 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 50,871.81

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.567** **Nonpriority creditor's name and mailing address**

Unifirst Corporation

Creditor Name

Creditor's Notice name

322 Standing Springs Ct

Address

| Simpsonville | SC | 29680 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 491.94

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.568** **Nonpriority creditor's name and mailing address**

United Rentals (North America), Inc.

Creditor Name

Creditor's Notice name

PO Box 100711

Address

| Altanta | GA | 30384-0711 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 5,047.36

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

---

Debtor:   Proterra Operating Company, Inc.
Case number *(if known)*    23-11121

---

**3.569 Nonpriority creditor's name and mailing address**

United States Seating Company

Creditor Name

Creditor's Notice name

101 Gordon Drive

Address

| Exton | PA | 19341 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    36,241.34

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.570 Nonpriority creditor's name and mailing address**

United Steelworkers

Creditor Name

Creditor's Notice name

PO Box 644485

Address

| Pittsburgh | PA | 15264 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    7,030.56

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*    23-11121

Name

**3.571 Nonpriority creditor's name and mailing address**

Universal Packaging

Creditor Name

Creditor's Notice name

130 Fortis Drive

Address

| Duncan | SC | 29334 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    795.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.572 Nonpriority creditor's name and mailing address**

Universal Protection Service LP

Creditor Name

Creditor's Notice name

1551 N Tustin Avenue

Address

Suite 650

| Santa Ana | CA | 92705 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                 99,673.26

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.573 Nonpriority creditor's name and mailing address**

Universal Technical Services
Creditor Name

JASON CZARNIEKI
Creditor's Notice name

1245 Woods Chapel Rd
Address

PO Box 765

| Duncan | SC | 29334 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 23,480.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.574 Nonpriority creditor's name and mailing address**

Unum Life Insurance Company of America
Creditor Name

Creditor's Notice name

1 Fountain Square
Address

| Chattanooga | TN | 37402-1330 |
|-------------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 113,500.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*   23-11121
_____

**3.575 Nonpriority creditor's name and mailing address**

UPS Supply Chain Solutions, Inc
_____
Creditor Name

_____
Creditor's Notice name

PO Box 650690
_____
Address

_____

| Dallas | TX | 75265-0690 |
|--------|-----|-----------|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                718.80
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade Claim
_____

**Is the claim subject to offset?**

☒   No

☐   Yes

---

**3.576 Nonpriority creditor's name and mailing address**

Urban Transportation Associates
_____
Creditor Name

_____
Creditor's Notice name

4240 Airport Rd.
_____
Address

Suite 212
_____

| Cincinnati | OH | 45226 |
|------------|-----|-------|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              5,480.00
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade Claim
_____

**Is the claim subject to offset?**

☒   No

☐   Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.577 Nonpriority creditor's name and mailing address**

US Prototype, Inc.
Creditor Name

DBA Rapid Cut
Creditor's Notice name

PO Box 609
Address

| Hampstead | NC | 28443 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 9,600.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

**3.578 Nonpriority creditor's name and mailing address**

USAT Corp
Creditor Name

Creditor's Notice name

104 S Estes Dr.
Address

| Chapel Hill | NC | 27514 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 55,770.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

3.579 **Nonpriority creditor's name and mailing address**

USDI
Creditor Name

Unique Systems Design, Inc
Creditor's Notice name

2550 S. Telegraph Road
Address

Suite 240

| Bloomfield Hills | MI | 48302 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                6,375.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.580 **Nonpriority creditor's name and mailing address**

Valeda Co LLC DBA QStraint USA
Creditor Name

Creditor's Notice name

5553 Ravenswood Blvd
Address

Suite 110

| Fort Lauderdale | FL | 33312 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                  710.05
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor:  Proterra Operating Company, Inc.

Name

Case number *(if known)*  23-11121

**3.581 Nonpriority creditor's name and mailing address**

Valeo Thermal Commercial Vehicles North America, Inc.

Creditor Name

Creditor's Notice name

PO Box 2266

Address

| Carol Stream | IL | 60132 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  582,608.02

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.582 Nonpriority creditor's name and mailing address**

Vallen Distribution, Inc.

Creditor Name

Creditor's Notice name

PO Box 404753

Address

| Atlanta | GA | 30384 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  28,763.80

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐  No

☒  Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.583 Nonpriority creditor's name and mailing address**

Valley Vista Services Inc.
Creditor Name

City of Industry
Creditor's Notice name

17445 E Railroad Street
Address

| City of Industry | CA | 91748 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 17,019.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.584 Nonpriority creditor's name and mailing address**

Valmont Industries Inc.
Creditor Name

Creditor's Notice name

One Valmont Plaza - 5th Floor
Address

| Omaha | NE | 68154 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 48,932.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.585 Nonpriority creditor's name and mailing address**

Van Hool NV
Creditor Name

Name

Jan Ruyts
Creditor's Notice name

Bernard Van Hoolstraat 58
Address

| Koningshooikt | Lier | 2500 |
|---|---|---|
| City | State | ZIP Code |

Belgium
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,404.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.586 Nonpriority creditor's name and mailing address**

Vapor Bus International
Creditor Name

Creditor's Notice name

2259 Reliable Parkway
Address

| Chicago | IL | 60686 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 62,244.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

3.587 **Nonpriority creditor's name and mailing address**

Vaughn Belting Co., Inc.
Creditor Name

Creditor's Notice name

PO Box 5505
Address

| Spartanburg | SC | 29304 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 22,843.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

3.588 **Nonpriority creditor's name and mailing address**

VCA North America
Creditor Name

Tania Ganguly
Creditor's Notice name

17484 N Laurel Park Drive
Address

Suite 200E

| Livonia | MI | 48152 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 45.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.589** **Nonpriority creditor's name and mailing address**

Vehicle Improvement Products, Inc.
Creditor Name

Creditor's Notice name

18881 IMMI Way
Address

| Westfield | IN | 46074 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              1,638.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.590** **Nonpriority creditor's name and mailing address**

VenAir, Inc.
Creditor Name

Creditor's Notice name

16713 Park Centre Blvd
Address

| Miami Gardens | FL | 33017 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $             15,249.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.591 Nonpriority creditor's name and mailing address**

Ventura Inc

Creditor Name

Creditor's Notice name

160 Gibson Court

Address

| Dallas | NC | 28034 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 436,079.05

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.592 Nonpriority creditor's name and mailing address**

Verizon Wireless

Creditor Name

Creditor's Notice name

PO Box 660108

Address

| Dallas | TX | 75266 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,448.27

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*    23-11121

**3.593** **Nonpriority creditor's name and mailing address**

Vigilant Technologies LLC
Creditor Name

Creditor's Notice name

1050 Wilshire Drive, Suite 307
Address

| Troy | MI | 48084 |
|------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                16,795.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.594** **Nonpriority creditor's name and mailing address**

Virginia Panel Corporation
Creditor Name

Creditor's Notice name

1400 New Hope Road
Address

| Waynesboro | VA | 22980 |
|------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                 2,401.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.595 Nonpriority creditor's name and mailing address**

Vishay Measurements Group, Inc.
Creditor Name

Mico-Measurements
Creditor's Notice name

951 Wendell Blvd
Address

| Wendell | NC | 27591 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,561.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.596 Nonpriority creditor's name and mailing address**

Vision Service Plan Insurance Company
Creditor Name

Creditor's Notice name

PO Box 742788
Address

| Los Angeles | CA | 90074 |
|-------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,821.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**3.597 Nonpriority creditor's name and mailing address**

VOSS Automotive, Inc.

Creditor Name

Creditor's Notice name

4640 Hillegas Road

Address

| Fort Wayne | IN | 46818 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,335.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.598 Nonpriority creditor's name and mailing address**

V-Soft Consulting Group, Inc.

Creditor Name

Creditor's Notice name

101 Bullitt Lane

Address

Suite 205

| Louisville | KY | 40222 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,059.35

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.599 Nonpriority creditor's name and mailing address**

Vulcan Safety Shoes, Inc.
Creditor Name

Creditor's Notice name

4745 Hugh Howell Road
Address

| Tucker | GA | 30084 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 6,492.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.600 Nonpriority creditor's name and mailing address**

W&B Technology Ltd.
Creditor Name

Creditor's Notice name

FLAT/RM 803
Address

CHEVALIER HOUSE

45-51 CHATHAM ROAD SOUTH

| TSIM SHA TSUI | KOWLOON | |
|---------------|---------|---|
| City | State | ZIP Code |

Hong Kong
Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 13,776.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.601** **Nonpriority creditor's name and mailing address**

Waste Management of South Carolina, Inc
Creditor Name

Creditor's Notice name

390 Innovation Way
Address

| Wellford | SC | 29385 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 6,451.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.602** **Nonpriority creditor's name and mailing address**

Watson Engineering
Creditor Name

Creditor's Notice name

1350 Shiloh Church Rd.
Address

| Piedmont | SC | 29673 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 68,136.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.603 Nonpriority creditor's name and mailing address**

Waytek Inc

Creditor Name

Creditor's Notice name

2440 Galpin Ct

Address

PO BOX 690

| Chanhassen | MN | 55317 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,772.48

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.604 Nonpriority creditor's name and mailing address**

WESCO Distribution, Inc.

Creditor Name

Creditor's Notice name

225 West Station Square Dr, Suite #700

Address

| Pittsburgh | PA | 15219 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 6,600.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.605 Nonpriority creditor's name and mailing address**

Wes-Garde Components Group, Inc.
Creditor Name

Creditor's Notice name

2820 Drane Field Road
Address

| Lakeland | FL | 33811 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 41,586.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☑ Yes

**3.606 Nonpriority creditor's name and mailing address**

West Marine Products
Creditor Name

Creditor's Notice name

PO Box 669336
Address

| Dallas | TX | 75266-9336 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,719.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.607 Nonpriority creditor's name and mailing address**

West Publishing Corporation
Creditor Name

Creditor's Notice name

PO Box 6292
Address

| Carol Stream | IL | 60197 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    5,583.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.608 Nonpriority creditor's name and mailing address**

WHEEL-CHECK
Creditor Name

Creditor's Notice name

1601 Bayview Ave
Address

PO Box 43519

| Toronto | ON | M4G 3B5 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    40.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

3.609 **Nonpriority creditor's name and mailing address**

Wiggs, Rhys

Creditor Name

Creditor's Notice name

Address on File

Address

City | State | ZIP Code

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                    2,183.26

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Employee Reimbursements

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.610 **Nonpriority creditor's name and mailing address**

Willis Towers Watson Insurance Services West, Inc.

Creditor Name

Creditor's Notice name

PO Box 101162

Address

Pasadena | CA | 91189-1162

City | State | ZIP Code

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                    9,816.92

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*    23-11121

**3.611 Nonpriority creditor's name and mailing address**

WIN.IT America, Inc.
Creditor Name

Creditor's Notice name

18501 Arenth Ave
Address

| City of Industry | CA | 91748 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    45,705.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.612 Nonpriority creditor's name and mailing address**

WINDRUNNER INC. DBA AXSOMART
Creditor Name

DON AXSOM
Creditor's Notice name

44 South Fairfield Rd
Address

| Greenville | SC | 29605 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    8,784.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.613 Nonpriority creditor's name and mailing address**

Womble Bond Dickinson (US) LLP
Creditor Name

Creditor's Notice name

PO Box 601879
Address

| Charlotte | NC | 28260 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,399.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.614 Nonpriority creditor's name and mailing address**

Workwell Occupational Health
Creditor Name

Creditor's Notice name

135 Commonwealth Dr
Address

Suite 120

| Greenville | SC | 29615 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 187.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.615 Nonpriority creditor's name and mailing address**

Wurth Electronics ICS Inc.
Creditor Name

Creditor's Notice name

1982 Byers Rd
Address

| Miamisburg | OH | 45342 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 28,101.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.616 Nonpriority creditor's name and mailing address**

XD Innovation Services, LLC
Creditor Name

Creditor's Notice name

9800 Mount Pyramid Ct
Address

Suite 400

| Englewood | CO | 80112 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 47,069.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.617 Nonpriority creditor's name and mailing address**

Xometry, Inc.
Creditor Name

Creditor's Notice name

7951 Cessna Avenue
Address

| Gaithersburg | MD | 20879 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 35,575.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.618 Nonpriority creditor's name and mailing address**

Yildiz, Tolga
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,446.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Employee Reimbursements

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.619** **Nonpriority creditor's name and mailing address**

Young Office Environments, Inc.
Creditor Name

Creditor's Notice name

1280 Ridge Road
Address

| Greenville | SC | 29607-4626 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,173.53
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.620** **Nonpriority creditor's name and mailing address**

ZAPI Inc
Creditor Name

In Motion US LLC
Creditor's Notice name

3157 State Street
Address

| Blacksburg | VA | 24060 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 50,848.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.621 Nonpriority creditor's name and mailing address**

ZF Friedrichshafen AG
Creditor Name

Creditor's Notice name

CV Axle Systems
Address

Donaustrasse 25-71

| Passau | | 94030 |
|---|---|---|
| City | State | ZIP Code |

Germany
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 452,564.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.622 Nonpriority creditor's name and mailing address**

ZF Industries -Gainesville LLC
Creditor Name

Creditor's Notice name

PO Box 5826
Address

| Carol Stream | IL | 60197-5826 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 9,263.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121
_____

**3.623** **Nonpriority creditor's name and mailing address**

ZF Services North America LLC
_____
Creditor Name

_____
Creditor's Notice name

777 Hickory Hill Drive
_____
Address

_____

_____

| Vernon Hills | IL | 60061 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    12,373.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.624** **Nonpriority creditor's name and mailing address**

ZF SERVICES NORTH AMERICA, LLC
_____
Creditor Name

_____
Creditor's Notice name

PO Box 5820
_____
Address

_____

_____

| Carol Stream | IL | 60197 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    382.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

3.625 **Nonpriority creditor's name and mailing address**

Zonar Systems, Inc.
Creditor Name

Creditor's Notice name

18200 Cascade Ave. S
Address

| Seattle | WA | 98188 |
|---------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 475.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.**
**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 _____ Name | Line _____ | _____ |
| _____ Notice Name | ☐  Not Listed.Explain | |
| _____ Street | _____ | |
| _____ | | |
| _____ | | |
| _____ City    State    ZIP Code | | |
| _____ Country | | |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 76,059,637.28 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 76,059,637.28 |

**Fill in this information to identify the case:**

Debtor Name: In re : Proterra Operating Company, Inc.

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-11121 (BLS)

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1 **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to the LCFS Credit Registration and Sale Agreement | 3Degrees Group, Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 235 Montgomery Street, Suite 320 |
| **State the term remaining** | Unknown | Address |
| **List the contract number of any government contract** | | |
| | | San Francisco / CA / 94104 |
| | | City / State / ZIP Code |
| | | Country |
| 2.2 **State what the contract or lease is for and the nature of the debtor's interest** | LCFS Credit Registration and Sale Agreement | 3Degrees Group, Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 235 Montgomery Street, Suite 320 |
| **State the term remaining** | 12/31/2021 | Address |
| **List the contract number of any government contract** | | |
| | | San Francisco / CA / 94104 |
| | | City / State / ZIP Code |
| | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

**2.3** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

4Imprint, Inc.

Name

Notice Name

**State the term remaining** Unknown

101 Commerce Street

Address

**List the contract number of any government contract**

| Oshkosh | WI | 54901 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.4** **State what the contract or lease is for and the nature of the debtor's interest**

Equipment Lease Agreement

601 W Companies LLC

Name

Notice Name

**State the term remaining** Unknown

601 West 26th Street, Suite 1275

Address

**List the contract number of any government contract**

| New York | NY | 10001 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.5** **State what the contract or lease is for and the nature of the debtor's interest**

Amendment No 1 to Equipment Lease Agreement

601 W Companies LLC, Brickell 13 Chicago LLC

Name

Notice Name

**State the term remaining** Unknown

601 West 26th Street, Suite 1275

Address

**List the contract number of any government contract**

| New York | NY | 10001 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.6** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

A-1 Jays Machining, Inc.
Name

Notice Name

**State the term remaining**     Unknown

2228 Oakland Rd
Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| San Jose | CA | 95131 |

Country

---

**2.7** **State what the contract or lease is for and the nature of the debtor's interest**

Subscription Contract

A2MAC1 LLC
Name

Notice Name

**State the term remaining**     Unknown

8393 Rawsonville Road
Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Belleville | MI | 48111 |

Country

---

**2.8** **State what the contract or lease is for and the nature of the debtor's interest**

Change Order form amending Contract b/w AAMU and PTRA (Change No. CR-01; PRO-19-001)

AAMU
Name

Notice Name

Department of Transportation

**State the term remaining**     Unknown

Address

315 Patton Hall

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Normal | AL | 35762 |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | | | |
|---|---|---|---|---|
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement | AATIS, Inc. | |
| | | | Name | |
| | | | Notice Name | |
| | | | PMB 202 | |
| | **State the term remaining** | Unknown | Address | |
| | | | 3504 Highway 153 | |
| | **List the contract number of any government contract** | | | |
| | | | Greenville | SC | 29611 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement | AATIS, Inc. | |
| | | | Name | |
| | | | Notice Name | |
| | | | PMB 202 | |
| | **State the term remaining** | Unknown | Address | |
| | | | 3504 Highway 153 | |
| | **List the contract number of any government contract** | | | |
| | | | Greenville | SC | 29611 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work | AATIS, Inc. | |
| | | | Name | |
| | | | Notice Name | |
| | | | PMB 202 | |
| | **State the term remaining** | 12/30/2023 | Address | |
| | | | 3504 Highway 153 | |
| | **List the contract number of any government contract** | | | |
| | | | Greenville | SC | 29611 |
| | | | City | State | ZIP Code |
| | | | Country | |

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121
_____

| | | |
|---|---|---|
| **2.12** | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work MFG Execution System (MES) Support Services |

AATIS, Inc.
_____
Name

_____
Notice Name

PMB 202
_____
Address

3504 Highway 153
_____

| | |
|---|---|
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Greenville | SC | 29611 |
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| **2.13** | **State what the contract or lease is for and the nature of the debtor's interest** | Cooperative Agreement |

ABB, Inc.
_____
Name

_____
Notice Name

1021 Main Campus Drive
_____
Address

| | |
|---|---|
| **State the term remaining** | 12/31/2024 |
| **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Raleigh | NC | 27606 |
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| **2.14** | **State what the contract or lease is for and the nature of the debtor's interest** | General Terms and Conditions of Sale |

ABB, Inc.
_____
Name

_____
Notice Name

1021 Main Campus Drive
_____
Address

| | |
|---|---|
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Raleigh | NC | 27606 |
| City | State | ZIP Code |

_____
Country

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121

---

**2.15** **State what the contract or lease is for and the nature of the debtor's interest**    General Terms and Conditions of Sale

ABB, Inc.
_____
Name

_____
Notice Name

1021 Main Campus Drive
_____
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Raleigh | NC | 27606 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

---

**2.16** **State what the contract or lease is for and the nature of the debtor's interest**    Various Purchase Orders

ACC Business
_____
Name

_____
Notice Name

PO Box 5077
_____
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Carol Stream | IL | 60197-5077 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

---

**2.17** **State what the contract or lease is for and the nature of the debtor's interest**    Various Purchase Orders

Act Test Panels LLC
_____
Name

_____
Notice Name

273 Industrial Drive
_____
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Hillsdale | MI | 49242 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known):* 23-11121

| | | | |
|---|---|---|---|
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | 3-Year Commit Amendment to the Value Incentive Plan Terms and Conditions | Adobe |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 345 Park Avenue |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | San Jose            CA            95110-2704 |
| | | | City            State            ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | Affidavit and Agreement (PO No. 22011015) | Advanced Door Systems, Inc |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 118A Production Drive |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Yorktown            VA            23693 |
| | | | City            State            ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Advanced Packaging Solutions & Products, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 553 Trade Center Parkway |
| | | | Address |
| | **State the term remaining** | Unknown | Suite 101 |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Summerville            SC            29483 |
| | | | City            State            ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.21** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders
--- | --- | ---

Advanced Rigging & Machinery Movers, LLC
Name

Notice Name

2117 Three and Twenty Road
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Easley | SC | 29642 |
| City | State | ZIP Code |

Country

---

**2.22** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders

Advanced Wheel Sales LLC
Name

Notice Name

28381 Network Place
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Chicago | IL | 60673 |
| City | State | ZIP Code |

Country

---

**2.23** | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement for Supplying Direct Hires

Aerotek, Inc.
Name

Notice Name

7301 Parkway Dr.
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Hanover | MD | 21076 |
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121
_____

| | | |
|---|---|---|
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |
| | | AFL Telecommunications Inc |
| | | Name |
| | | |
| | | Notice Name |
| | | 15331 Industrial Park Road |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |
| | | Bristol — VA — 24202 |
| | | City / State / ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |
| | | Airgas USA, LLC |
| | | Name |
| | | |
| | | Notice Name |
| | | PO Box 532609 |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |
| | | Atlanta — GA — 30353 |
| | | City / State / ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment 1 to Contract No. PRO-19-001  dated May 30th, 2019 (PRO-19-001) |
| | | Alabama A&M University |
| | | Name |
| | | |
| | | Notice Name |
| | | 4900 Meridian Street North |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |
| | | Normal — AL — 35762 |
| | | City / State / ZIP Code |
| | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*    23-11121

**2.27** **State what the contract or lease is for and the nature of the debtor's interest**

Amendment 2 to Contract No. PRO-19-001  dated May 30th, 2019 (PRO-19-001)

Alabama A&M University
Name

Notice Name

**State the term remaining**    Unknown

4900 Meridian Street North
Address

**List the contract number of any government contract**

| Normal | AL | 35762 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.28** **State what the contract or lease is for and the nature of the debtor's interest**

Bus Vehicle Bill of Sale

Alabama A&M University
Name

Notice Name

**State the term remaining**    Unknown

315 Patton Hall
Address

**List the contract number of any government contract**

| Normal | AL | 35764 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.29** **State what the contract or lease is for and the nature of the debtor's interest**

Charger Lease Agreement

Alabama A&M University
Name

Notice Name

4900 Meridian Street
Address

**State the term remaining**    Unknown

Patton Hall, Rm 315

**List the contract number of any government contract**

| Normal | AL | 35762 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of Two 40FT BEBs and Two Charging Stations (PRO-19-001) |
| | | Alabama A&M University |
| | | Name |
| | | Notice Name |
| | | 315 Patton Hall |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |
| | | Normal |
| | | City |

Normal     AL     35762
City     State     ZIP Code

Country

---

| | | |
|---|---|---|
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. P0083918) |
| | | Alabama A&M University |
| | | Name |
| | | Notice Name |
| | | 315 Patton Hall |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

Normal     AL     35762
City     State     ZIP Code

Country

---

| | | |
|---|---|---|
| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. P0083919) |
| | | Alabama A&M University |
| | | Name |
| | | Notice Name |
| | | 315 Patton Hall |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

Normal     AL     35762
City     State     ZIP Code

Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.33** **State what the contract or lease is for and the nature of the debtor's interest**

State of Alabama Disclosure Statement

Alabama A&M University

Name

Notice Name

4900 Meridian Street

Address

**State the term remaining** Unknown

Patton Hall, Rm 315

**List the contract number of any government contract**

| Normal | AL | 35762 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.34** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO # E32315)

Albemarle County Public Schools

Name

Notice Name

401 McIntire Road

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Charlottesville | VA | 22902 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.35** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO # E32912)

Albemarle County Public Schools

Name

Notice Name

401 McIntire Road

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Charlottesville | VA | 22902 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known):* 23-11121

---

**2.36** **State what the contract or lease is for and the nature of the debtor's interest**

Change Order #5- Pricing Escalation Notice (Project No.300759 Order #:781891)

**State the term remaining** Unknown

**List the contract number of any government contract**

Aldridge Electric, Inc.
Name

Notice Name

844 E Rockland Rd
Address

| Libertyville | IL | 60048 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.37** **State what the contract or lease is for and the nature of the debtor's interest**

Services Agreement (Project No. 300759 Order #:781891)

**State the term remaining** Unknown

**List the contract number of any government contract**

Aldridge Electric, Inc.
Name

Notice Name

844 E Rockland Rd
Address

| Libertyville | IL | 60048 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.38** **State what the contract or lease is for and the nature of the debtor's interest**

Business Associate Agreement

**State the term remaining** Unknown

**List the contract number of any government contract**

Alera Group, Inc.
Name

Notice Name

Attention Neil Phillips
Address

1455 Lincoln Parkway, Ste 100

| Atlanta | GA | 30346 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 766430) |

Alexander Dennis

Name

Notice Name

PO BOX 401

**State the term remaining**    Unknown

Address

**List the contract number of any government contract**

| Skelmersdale | | WN8 9QB |
|---|---|---|
| City | State | ZIP Code |
| United Kingdom | | |
| Country | | |

| | | |
|---|---|---|
| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 768278) |

Alexander Dennis

Name

Notice Name

PO BOX 401

**State the term remaining**    Unknown

Address

**List the contract number of any government contract**

| Skelmersdale | | WN8 9QB |
|---|---|---|
| City | State | ZIP Code |
| United Kingdom | | |
| Country | | |

| | | |
|---|---|---|
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 783683) |

Alexander Dennis

Name

Notice Name

PO BOX 401

**State the term remaining**    Unknown

Address

**List the contract number of any government contract**

| Skelmersdale | | WN8 9QB |
|---|---|---|
| City | State | ZIP Code |
| United Kingdom | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 817227) |

Alexander Dennis

Name

Notice Name

PO BOX 401

**State the term remaining** — Unknown

Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Skelmersdale | | WN8 9QB |
| City | State | ZIP Code |
| United Kingdom | | |
| Country | | |

| | | |
|---|---|---|
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 819912) |

Alexander Dennis

Name

Notice Name

PO BOX 401

**State the term remaining** — Unknown

Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Skelmersdale | | WN8 9QB |
| City | State | ZIP Code |
| United Kingdom | | |
| Country | | |

| | | |
|---|---|---|
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E33396) |

Alexandria City Public Schools

Name

Notice Name

1340 Braddock Place, Suite 620

**State the term remaining** — Unknown

Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Alexandria | VA | 22314 |
| City | State | ZIP Code |
| | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.45** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO Number E26601)

**State the term remaining** Unknown

**List the contract number of any government contract**

Alexandria City Public Schools
Name

Notice Name

1340 Braddock Place, Suite 620
Address

| Alexandria | VA | 22314 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.46** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO No. 32469)

**State the term remaining** Unknown

**List the contract number of any government contract**

Alexandria Transit Company (DASH)
Name

Notice Name

3000 Business Center Drive
Address

| Alexandria | VA | 22314 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.47** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO No. 32469)

**State the term remaining** Unknown

**List the contract number of any government contract**

Alexandria Transit Company (DASH)
Name

Notice Name

3000 Business Center Drive
Address

| Alexandria | VA | 22314 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  Proterra Operating Company, Inc.
Name

Case number *(if known):*    23-11121

| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | Customer Services Agreement | All Girls Transportation & Logistics, Inc. dba AGT Global Logistics |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 800 Roosevelt Road, Suite 300 |
| | State the term remaining | Unknown | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | Glen Ellyn     IL     60137 |
| | | | City     State     ZIP Code |
| | | | |
| | | | Country |

| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Allegis Corporation |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Lockbox 446047 |
| | State the term remaining | Unknown | Address |
| | | | P.O. Box 64765 |
| | List the contract number of any government contract | | |
| | | | |
| | | | St. Paul     MN     55164 |
| | | | City     State     ZIP Code |
| | | | |
| | | | Country |

| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement | Allegis Group Holdings, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Aerotek, Inc. |
| | State the term remaining | Unknown | Address |
| | | | 7301 Parkway Drive |
| | List the contract number of any government contract | | |
| | | | |
| | | | Hanover     MD     21076 |
| | | | City     State     ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.51** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Allied International Corp.
Name

Notice Name

7 Hill Street
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Bedford Hills | NY | 10507 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.52** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Allosense, Inc.
Name

Notice Name

110 E Houston Street
Address

7th Floor #207

**State the term remaining** Unknown

**List the contract number of any government contract**

| San Antonio | TX | 78205 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.53** **State what the contract or lease is for and the nature of the debtor's interest**

Exhibit A-23-1 - Statement of Work - On-Site Resource: Amanda Tonner

Alt Solutions, Inc.
Name

Notice Name

PO Box 390889
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Mountain View | CA | 94039 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor:  Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*    23-11121
_____

**2.54 State what the contract or lease is for and the nature of the debtor's interest**    Various Purchase Orders

Altec Air, LLC
_____
Name

_____
Notice Name

226A Commerce S
_____
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

_____

| Broomfield | CO | 80020 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**2.55 State what the contract or lease is for and the nature of the debtor's interest**    Quote (Quote Number: Q-482747-2)

Altium Inc.
_____
Name

_____
Notice Name

4225 Executive Square, Suite 800
_____
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

_____

| La Jolla | CA | 92037 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**2.56 State what the contract or lease is for and the nature of the debtor's interest**    Various Purchase Orders

Altro Transfloor
_____
Name

_____
Notice Name

80 Industrial Way
_____
Address

Suite 1
_____

**State the term remaining**    Unknown

**List the contract number of any government contract**

_____

| Willmington | MA | 01887 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Amazing Organizations, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 41214 Bridge Street |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Novi | MI | 48375 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Amerex Corporation |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 7595 Gadsden Hwy |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Trussville | AL | 35173 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | American Cable & Rigging Supply, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 34 Sterling Place |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Mills River | NC | 28759 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.60** **State what the contract or lease is for and the nature of the debtor's interest**    Master Service Agreement

American Express Travel Related Services Company

Name

Notice Name

PO Box 650448

**State the term remaining**    Unknown

Address

**List the contract number of any government contract**

| Dallas | TX | 75265 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

---

**2.61** **State what the contract or lease is for and the nature of the debtor's interest**    Master Service Agreement

American Tower Investments LLC

Name

Notice Name

1001 17th Street

**State the term remaining**    Unknown

Address

Suite 500

**List the contract number of any government contract**

| Denver | CO | 80202 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

---

**2.62** **State what the contract or lease is for and the nature of the debtor's interest**    Various Purchase Orders

Amphenol Interconnect Products Corporation

Name

Notice Name

20 Valley Street

**State the term remaining**    Unknown

Address

**List the contract number of any government contract**

| Endicott | NY | 13760 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.63** **State what the contract or lease is for and the nature of the debtor's interest**

Data License Agreement

AMPLY Power, Inc.
Name

Notice Name

335 E Middlefield Road
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Mountain View | CA | 95032 |

Country

---

**2.64** **State what the contract or lease is for and the nature of the debtor's interest**

Affidavit and Agreement (PO No. 22011028)

Amramp Carolinas
Name

Notice Name

7022 Copeland Court
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Matthews | NC | 28104 |

Country

---

**2.65** **State what the contract or lease is for and the nature of the debtor's interest**

Amendment No. 1 to Development Agreement

Anadolu Isuzu Corporation
Name

Notice Name

Sekerpinar Mah
Address

Otomotiv Cd. No 2

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Cayirova | Kocaeli | 41435 |
| Turkey | | |

Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*:  23-11121

---

**2.66**  **State what the contract or lease is for and the nature of the debtor's interest**

Amendment No. 1 to Product Supply Agreement

Anadolu Isuzu Corporation

Name

Notice Name

Sekerpinar Mah

**State the term remaining**  Unknown

Address

Otomotiv Cd. No 2

**List the contract number of any government contract**

| Cayirova | Kocaeli | 41435 |
|---|---|---|
| City | State | ZIP Code |
| Turkey | | |
| Country | | |

---

**2.67**  **State what the contract or lease is for and the nature of the debtor's interest**

Letter re: Price Adjustment Notification

Anadolu Isuzu Corporation

Name

Notice Name

Sekerpinar Mah

**State the term remaining**  Unknown

Address

Otomotiv Cd. No 2

**List the contract number of any government contract**

| Cayirova | Kocaeli | 41435 |
|---|---|---|
| City | State | ZIP Code |
| Turkey | | |
| Country | | |

---

**2.68**  **State what the contract or lease is for and the nature of the debtor's interest**

Letter re: Price Adjustment Notification

Anadolu Isuzu Corporation

Name

Notice Name

Sekerpinar Mah

**State the term remaining**  Unknown

Address

Otomotiv Cd. No 2

**List the contract number of any government contract**

| Cayirova | Kocaeli | 41435 |
|---|---|---|
| City | State | ZIP Code |
| Turkey | | |
| Country | | |

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.69** | State what the contract or lease is for and the nature of the debtor's interest | Product Supply Agreement (Contract No. PP-2021-AIOS-01) | Anadolu Isuzu Corporation |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Sekerpinar Mah |
| State the term remaining | 3/29/2030 | | Address |
| | | | Otomotiv Cd. No 2 |
| List the contract number of any government contract | | | |

| | | | | |
| Cayirova | Kocaeli | 41435 |
| City | State | ZIP Code |
| Turkey | | |
| Country | | |

---

**2.70** | State what the contract or lease is for and the nature of the debtor's interest | Exhibit A-21-35: Work Order | APFS, LLC dba CV Partners Addison Group |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 125 S Wacker Drive |
| State the term remaining | Unknown | | Address |
| List the contract number of any government contract | | | |

| Chicago | IL | 60606 |
| City | State | ZIP Code |
| Country | | |

---

**2.71** | State what the contract or lease is for and the nature of the debtor's interest | Exhibit A-21-36: Extension Work Order Consultant Name Hari Mandala | APFS, LLC dba CV Partners Addison Group |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 125 S Wacker Drive |
| State the term remaining | Unknown | | Address |
| List the contract number of any government contract | | | |

| Chicago | IL | 60606 |
| City | State | ZIP Code |
| Country | | |

Debtor: Proterra Operating Company, Inc.

Case number *(if known):* 23-11121

Name

| | | |
|---|---|---|
| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest** | Exhibit A-21-37 Extension Work Order - Ganna Brewster |

APFS, LLC dba CV Partners Addison Group

Name

Notice Name

125 S Wacker Drive

**State the term remaining**  Unknown

Address

**List the contract number of**
**any government contract**

| City | State | ZIP Code |
|---|---|---|
| Chicago | IL | 60606 |

Country

| | | |
|---|---|---|
| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order Form (Change No. CR-0001) |

AppalCART

Name

Notice Name

305 NC HWY 105 Bypass

**State the term remaining**  Unknown

Address

**List the contract number of**
**any government contract**

| City | State | ZIP Code |
|---|---|---|
| Boone | NC | 28607 |

Country

| | | |
|---|---|---|
| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order Form (Change No. CR-0002) |

AppalCART

Name

Notice Name

305 NC HWY 105 Bypass

**State the term remaining**  Unknown

Address

**List the contract number of**
**any government contract**

| City | State | ZIP Code |
|---|---|---|
| Boone | NC | 28607 |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*:  23-11121

| | | |
|---|---|---|
| 2.75 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order Form (Change No. CR-0003) |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

AppalCART

Name

Notice Name

305 NC HWY 105 Bypass

Address

| | | |
|---|---|---|
| Boone | NC | 28607 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Purchase Order & Bus and Charger Option Configurator |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

AppalCART

Name

Notice Name

305 NC HWY 105 Bypass

Address

| | | |
|---|---|---|
| Boone | NC | 28607 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Purchase Order & Bus and Charger Option Configurator |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

AppalCART

Name

Notice Name

305 NC HWY 105 Bypass

Address

| | | |
|---|---|---|
| Boone | NC | 28607 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.78 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |
| | | Applus IDIADA KARCO Engineering, LLC |
| | | Name |
| | | |
| | | Notice Name |
| | | 9270 Holly Road |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |
| | | Adelanto |
| | | City |
| | | CA    92301 |
| | | State    ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest** | Software-As-A-Service Agreement |
| | | Aqua Security Software, Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 800 District Avenue Suite 510 |
| | **State the term remaining** | 6/8/2023 |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |
| | | Burlington |
| | | City |
| | | MA    01803 |
| | | State    ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest** | Product Supply Agreement |
| | | Aranda Tooling, Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 13950 Yorba Ave |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |
| | | Chino |
| | | City |
| | | CA    91710 |
| | | State    ZIP Code |
| | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*    23-11121

| | | |
|---|---|---|
| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Aranda Tooling, Inc.
Name

Notice Name

13950 Yorba Ave
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Chino | CA | 91710 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement |

Arcway LLC
Name

Notice Name

355 S Main St
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Greenville | SC | 29601 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Customer DBA for Quote #Q-29628 |

Arena, a PTC Business
Name

Notice Name

121 Seaport Boulevard, 13th Floor
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Boston | MA | 02210 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

| | | |
|---|---|---|
| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | Quote (Quote Number: Q-39265) |

Arena, a PTC Business
Name

Notice Name

121 Seaport Boulevard, 13th Floor
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Boston | MA | 02210 |

Country

| | | |
|---|---|---|
| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement |

Argonne National Laboratory
Name

Notice Name

9700 S. Cass Avenue
Address

**State the term remaining** 7/31/2027

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Lemont | IL | 60439 |

Country

| | | |
|---|---|---|
| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | Sponsorship Agreement |

Argonne National Laboratory
Name

Notice Name

9700 S. Cass Avenue
Address

**State the term remaining** 7/31/2026

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Lemont | IL | 60439 |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | Order Form - Valence Platform | Arlington County Public Schools |
|------|------|------|------|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Business Office |
| | State the term remaining | Unknown | Address |
| | | | PO Box 167 |
| | List the contract number of any government contract | | |
| | | | |
| | | | Arlington    MA    02476-0002 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (E31163) | Arlington County Public Schools |
|------|------|------|------|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2701 South Taylor Street |
| | State the term remaining | Unknown | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | Arlington    VA    22206 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO # E31163) | ARLINGTON COUNTY PUBLIC SCHOOLS |
|------|------|------|------|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2701 South Taylor Street |
| | State the term remaining | Unknown | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | Arlington    VA    22206 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**2.90** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PO # E31163)

Arlington County Public Schools

Name

Notice Name

2701 South Taylor Street

Address

State the term remaining — Unknown

List the contract number of any government contract

| Arlington | VA | 22206 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.91** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PO #225011)

Arlington County Public Schools

Name

Notice Name

PO Box 167

Address

State the term remaining — Unknown

List the contract number of any government contract

| Arlington | MA | 02476 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.92** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PO No. E31163)

Arlington County Public Schools

Name

Notice Name

2701 South Taylor Street

Address

State the term remaining — Unknown

List the contract number of any government contract

| Arlington | VA | 22206 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | | |
|---|---|---|---|---|
| 2.93 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO Number: E31163) | Arlington County Public Schools | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 2701 South Taylor Street | |
| | **State the term remaining** | Unknown | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Arlington | VA | 22206 |
| | | | City | State | ZIP Code |
| | | | Country | | |

| | | | | |
|---|---|---|---|---|
| 2.94 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 225011) | Arlington County Public Schools | |
| | | | Name | |
| | | | Notice Name | |
| | | | Business Office | |
| | **State the term remaining** | Unknown | Address | |
| | | | PO Box 167 | |
| | **List the contract number of any government contract** | | | |
| | | | Arlington | MA | 02476-0002 |
| | | | City | State | ZIP Code |
| | | | Country | | |

| | | | | |
|---|---|---|---|---|
| 2.95 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | AROW Global Corp | |
| | | | Name | |
| | | | Notice Name | |
| | | | 924 North Park View Circle | |
| | **State the term remaining** | Unknown | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Mosinee | WI | 54455 |
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor:  Proterra Operating Company, Inc.
Name

Case number *(if known)*    23-11121

| | | |
|---|---|---|
| **2.96** | **State what the contract or lease is for and the nature of the debtor's interest** | Invoice (200449) |
| | | Arvin Transportation |
| | | Name |
| | | |
| | | Notice Name |
| | | 165 Plumtree Drive |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| | Arvin | CA | 93203 |
| | City | State | ZIP Code |
| | Country | | |

| | | |
|---|---|---|
| **2.97** | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement (MSA) |
| | | Aryaka Networks, Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 1800 Gateway Drive, Suite 200 |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| | San Mateo | CA | 94404 |
| | City | State | ZIP Code |
| | Country | | |

| | | |
|---|---|---|
| **2.98** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |
| | | AS Raymond |
| | | Name |
| | | |
| | | Notice Name |
| | | d/b/a Associated Spring Rao |
| | **State the term remaining** | Unknown |
| | | Address |
| | | 370 West Dussel Drive Suite A |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| | Maumee | OH | 43537 |
| | City | State | ZIP Code |
| | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.99 | **State what the contract or lease is for and the nature of the debtor's interest** | Renewal Order Form (Contract Number: 63c9feec8de9ed09768bc32c) |

Asana, Inc.
Name

Notice Name

633 Folsom Street, Suite 100
Address

**State the term remaining** 1/18/2024

**List the contract number of any government contract**

| | | |
|---|---|---|
| San Francisco | CA | 94107 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.100 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of Two 40FT BEBs and Fast Charging Station |

Associated Students of the University of Montana
Name

Notice Name

University Center, Suite 104
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Missoula | MT | 59812-0072 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.101 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of Two 40FT BEBs and Fast Charging Station |

Associated Students of the University of Montana
Name

Notice Name

University Center, Suite 104
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Missoula | MT | 59812-0072 |
| City | State | ZIP Code |

Country

Debtor:    Proterra Operating Company, Inc.

Case number *(if known)*:    23-11121

| | | |
|---|---|---|
| 2.102 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of Two 40FT BEBs and Fast Charging Station (Contract No. Pro_CAT_16-002) |
| | | Associated Students of the University of Montana |
| | | Name |
| | | |
| | | Notice Name |
| | | University Center, Suite 104 |
| | **State the term remaining** | 5/19/2021 |
| | | Address |
| | **List the contract number of any government contract** | |

| Missoula | MT | 59812-0072 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.103 | **State what the contract or lease is for and the nature of the debtor's interest** | AT&T Bandwidth Services - EPLS-WAN Pricing Schedule (AT&T MA Reference No. MA1259993UA; AT&T PS Contract ID MSPSHEGUYTT; PCS ID 20211227-055) |
| | | AT&T Corp. |
| | | Name |
| | | |
| | | Notice Name |
| | | One AT&T Way |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| Bedminster | NJ | 07921-0752 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.104 | **State what the contract or lease is for and the nature of the debtor's interest** | AT&T Dedicated Internet Pricing Schedule (AT&T MA Reference No. MA1259993UA; AT&T PS Contract ID MIS14488803) |
| | | AT&T Corp. |
| | | Name |
| | | |
| | | Notice Name |
| | | One AT&T Way |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| Bedminster | NJ | 07921-0752 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*:  23-11121

| | | |
|---|---|---|
| 2.105 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement |
| | | AT&T Corp. |
| | | Name |
| | | |
| | | Notice Name |
| | | PO Box 5019 |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |
| | | Carol Stream |  IL |  60197 |
| | | City |  State |  ZIP Code |
| | | |
| | | Country |

| | | |
|---|---|---|
| 2.106 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement |
| | | AT&T Corp. |
| | | Name |
| | | |
| | | Notice Name |
| | | PO Box 5080 |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |
| | | Carol Stream |  IL |  60197-5080 |
| | | City |  State |  ZIP Code |
| | | |
| | | Country |

| | | |
|---|---|---|
| 2.107 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement |
| | | AT&T Corp. |
| | | Name |
| | | |
| | | Notice Name |
| | | PO Box 5085 |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |
| | | Carol Stream |  IL |  60197 |
| | | City |  State |  ZIP Code |
| | | |
| | | Country |

| Debtor: | Proterra Operating Company, Inc. | | Case number *(if known):* | 23-11121 |
|---|---|---|---|---|
| | Name | | | |

**2.108** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

AT&T Corp.
Name

Notice Name

23500 Northwestern Hwy, Bldg. W
Address

**State the term remaining** 11/20/2025

**List the contract number of any government contract**

| Southfield | MI | 48336 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.109** **State what the contract or lease is for and the nature of the debtor's interest**

Performance & Payment Bond (Bond Number: 800018814)

Atlantic Specialty Insurance Company
Name

Notice Name

605 Highway 169 North, Suite 800
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Plymouth | MN | 55441 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.110** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Atlas Copco Tools & Assembly Systems, LLC
Name

Notice Name

3301 Cross Creek Parkway
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Auburn Hills | MI | 48326 |
|---|---|---|
| City | State | ZIP Code |

Country

Official Form 206G

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):*  23-11121

| | | |
|---|---|---|
| 2.111 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

atlasRFIDstore.com
Name

Notice Name

1500 1st Avenue North
Address

**State the term remaining**  Unknown

Unit 10

**List the contract number of any government contract**

| | | |
|---|---|---|
| Birmingham | AL | 35203 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.112 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement |

ATS Applied Tech Systems, LLC.
Name

Notice Name

1055 South Blvd E.
Address

**State the term remaining**  Unknown

Suite 120

**List the contract number of any government contract**

| | | |
|---|---|---|
| Rochester Hills | MI | 48307 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.113 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work" ("SOW") - 12828621625_Proterra_Resolution Roadmap_Greenville, SC |

ATS Applied Tech Systems, LLC.
Name

Notice Name

1055 South Blvd E.
Address

**State the term remaining**  Unknown

Suite 120

**List the contract number of any government contract**

| | | |
|---|---|---|
| Rochester Hills | MI | 48307 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121
_____

**2.114** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Aubin Industries, Inc.
_____
Name

_____
Notice Name

23833 S. Chrisman Rd
_____
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Tracy | CA | 95304 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**2.115** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO # E31829)

Augusta County Public Schools
_____
Name

_____
Notice Name

18 Government Center Lane
_____
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Verona | VA | 24482 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**2.116** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO # E31829)

Augusta County Public Schools
_____
Name

_____
Notice Name

18 Government Center Lane
_____
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Verona | VA | 24482 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Official Form 206G **Schedule G: Executory Contracts and Unexpired Leases** Page 39 of 906

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.117** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PO Number E26031)

Augusta County Public Schools
Name

Notice Name

State the term remaining    Unknown

18 Government Center Lane
Address

List the contract number of any government contract

| Verona | VA | 24482 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**2.118** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PO # 235015)

Aurora Public Schools
Name

Notice Name

State the term remaining    Unknown

90 Airport Blvd
Address

List the contract number of any government contract

| Aurora | CO | 80011 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**2.119** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Austin Hardware & Supply, Inc
Name

Notice Name

Dept CH 19373
Address

State the term remaining    Unknown

List the contract number of any government contract

| Palatine | IL | 60055 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)* 23-11121

| | | |
|---|---|---|
| 2.120 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |
| | | |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Auto Motion Shade Inc.

Name

Notice Name

P.O. Box 42010
Address

2851 John Street

| Markham | ON | L3R OP9 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

| | | |
|---|---|---|
| 2.121 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Letter of Authority |
| | | |
| | **State the term remaining** | 11/20/2025 |
| | **List the contract number of any government contract** | |

Avant Communications

Name

Notice Name

2 N. Riverside Plaza
Address

Suite 2450

| Chicago | IL | 60606 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.122 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement |
| | | |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

AVL Phillip Schnell

Name

Notice Name

25111 Arctic Ocean Drive
Address

| Lake Forest | CA | 92630 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.123**

**State what the contract or lease is for and the nature of the debtor's interest**
Various Purchase Orders

AW Site Services LLC
Name

Notice Name

16150 N Main Street
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Jacksonville | FL | 32218 |

Country

**2.124**

**State what the contract or lease is for and the nature of the debtor's interest**
Amendment to the Master Service Agreement Dated May 17, 2021

Axispoint Technology Solutions Group, Inc.
Name

Notice Name

1 Penn Plaza, Suite 3308
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| New York | NY | 10119 |

Country

**2.125**

**State what the contract or lease is for and the nature of the debtor's interest**
Master Service Agreement

Axispoint Technology Solutions Group, Inc.
Name

Notice Name

1 Penn Plaza, Suite 3308
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| New York | NY | 10119 |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known):* 23-11121

| | | |
|---|---|---|
| 2.126 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Vehicle Release Form (Vehicle Identification No: 816143) |

Baltimore Gas and Electric

Name

Notice Name

PO Box 1475

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Baltimore | MD | 21203 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.127 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Vehicle Release Form (Vehicle Identification No: 816145) |

Baltimore Gas and Electric

Name

Notice Name

PO Box 1475

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Baltimore | MD | 21203 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.128 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO #: 5165-70770) |

Baltimore Gas and Electric

Name

Notice Name

7210 Windsor Blvd

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Baltimore | MD | 21244 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.129 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Barker Air & Hydraulics, Inc. |
|---|---|---|---|

Name

Notice Name

1308 Miller Rd

**State the term remaining**   Unknown

Address

**List the contract number of any government contract**

| Greenville | SC | 29607 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.130 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO Number: E34790) | Bay Electric |
|---|---|---|---|

Name

Notice Name

627 36th St.

**State the term remaining**   Unknown

Address

**List the contract number of any government contract**

| Newport News | VA | 23608 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.131 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO:.E37656) | Bay Electric |
|---|---|---|---|

Name

Notice Name

627 36th St.

**State the term remaining**   Unknown

Address

**List the contract number of any government contract**

| Newport News | VA | 23608 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.132 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | BAYCOM INC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 2040 Radisson Street |
| | | | Address |
| | **List the contract number of any government contract** | | |

| | | City | State | ZIP Code |
|---|---|---|---|---|
| | | Green Bay | WI | 54302 |
| | | Country | | |

| 2.133 | **State what the contract or lease is for and the nature of the debtor's interest** | Annex 1 by Transit contract no 20.092 (20.092) | BC Transit |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 520 Gorge Rd East |
| | | | Address |
| | **List the contract number of any government contract** | | PO Box 9861 |

| | | City | State | ZIP Code |
|---|---|---|---|---|
| | | Victoria | BC | V8W 9T5 |
| | | Canada | | |
| | | Country | | |

| 2.134 | **State what the contract or lease is for and the nature of the debtor's interest** | Annex 2 (20.092) | BC Transit |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 520 Gorge Rd East |
| | | | Address |
| | **List the contract number of any government contract** | | PO Box 9861 |

| | | City | State | ZIP Code |
|---|---|---|---|---|
| | | Victoria | BC | V8W 9T5 |
| | | Canada | | |
| | | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):* 23-11121

**2.135** **State what the contract or lease is for and the nature of the debtor's interest**

Change Order (220.092A-CO-2)

BC Transit
Name

Notice Name

520 Gorge Road East
Address

PO Box 9861

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Victoria | BC | V8W 9T5 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

**2.136** **State what the contract or lease is for and the nature of the debtor's interest**

Change Order (CO-01)

BC Transit
Name

Notice Name

520 Gorge Road East
Address

PO Box 9861

**State the term remaining**    10/31/2023

**List the contract number of any government contract**

| Victoria | BC | V8W 9T5 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

**2.137** **State what the contract or lease is for and the nature of the debtor's interest**

Change Order (CO-01)

BC Transit
Name

Notice Name

520 Gorge Road East
Address

PO Box 9861

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Victoria | BC | V8W 9T5 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):* 23-11121

**2.138** **State what the contract or lease is for and the nature of the debtor's interest**

Change Order (CO-02)

BC Transit
Name

Notice Name

520 Gorge Road East
Address

**State the term remaining**   Unknown

PO Box 9861

**List the contract number of any government contract**

| Victoria | BC | V8W 9T5 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

**2.139** **State what the contract or lease is for and the nature of the debtor's interest**

Change Order (CO-4)

BC Transit
Name

Notice Name

520 Gorge Road East
Address

**State the term remaining**   Unknown

PO Box 9861

**List the contract number of any government contract**

| Victoria | BC | V8W 9T5 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

**2.140** **State what the contract or lease is for and the nature of the debtor's interest**

Change Order (CO-5)

BC Transit
Name

Notice Name

520 Gorge Road East
Address

**State the term remaining**   Unknown

PO Box 9861

**List the contract number of any government contract**

| Victoria | BC | V8W 9T5 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.141 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order No. 02 - Opportunity Definition |
| | | BC Transit |
| | | Name |
| | | |
| | | Notice Name |
| | | 520 Gorge Road East |
| | **State the term remaining** Unknown | Address |
| | | PO Box 9861 |
| | **List the contract number of** | |
| | **any government contract** | |
| | | Victoria | BC | V8W 9T5 |
| | | City | State | ZIP Code |
| | | Canada |
| | | Country |

| | | |
|---|---|---|
| 2.142 | **State what the contract or lease is for and the nature of the debtor's interest** | General Service Agreement (DC No. 22.174) |
| | | BC Transit |
| | | Name |
| | | |
| | | Notice Name |
| | | 520 Gorge Road East |
| | **State the term remaining** 12/31/2023 | Address |
| | | PO Box 9861 |
| | **List the contract number of** | |
| | **any government contract** | |
| | | Victoria | BC | V8W 9T5 |
| | | City | State | ZIP Code |
| | | Canada |
| | | Country |

| | | |
|---|---|---|
| 2.143 | **State what the contract or lease is for and the nature of the debtor's interest** | General Services Agreement Control No. 23.118 Kamloops Design Agreement |
| | | BC Transit |
| | | Name |
| | | |
| | | Notice Name |
| | | 520 Gorge Road East |
| | **State the term remaining** Unknown | Address |
| | | PO Box 9861 |
| | **List the contract number of** | |
| | **any government contract** | |
| | | Victoria | BC | V8W 9T5 |
| | | City | State | ZIP Code |
| | | Canada |
| | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.144** **State what the contract or lease is for and the nature of the debtor's interest**

Master Contract

**State the term remaining** 5/7/2027

**List the contract number of any government contract**

BC Transit

Name

Notice Name

520 Gorge Road East

Address

| Victoria | BC | V8T 2W6 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

---

**2.145** **State what the contract or lease is for and the nature of the debtor's interest**

Master Contract

**State the term remaining** 5/7/2027

**List the contract number of any government contract**

BC Transit

Name

Notice Name

520 Gorge Road East

Address

| Victoria | BC | V8T 2W6 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

---

**2.146** **State what the contract or lease is for and the nature of the debtor's interest**

Master Contract (20.092)

**State the term remaining** 5/7/2027

**List the contract number of any government contract**

BC Transit

Name

Notice Name

520 Gorge Road East

Address

| Victoria | BC | V8T 2W6 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):*   23-11121

**2.147** **State what the contract or lease is for and the nature of the debtor's interest**

Option Tracker - Bus Configuration (20.092)

BC Transit
Name

Notice Name

520 Gorge Rd East
Address

**State the term remaining**   Unknown

PO Box 9861

**List the contract number of any government contract**

| Victoria | BC | V8W 9T5 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

**2.148** **State what the contract or lease is for and the nature of the debtor's interest**

Option Tracker - Bus Configuration (20.092)

BC Transit
Name

Notice Name

520 Gorge Rd East
Address

**State the term remaining**   Unknown

PO Box 9861

**List the contract number of any government contract**

| Victoria | BC | V8W 9T5 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

**2.149** **State what the contract or lease is for and the nature of the debtor's interest**

Permission to register and operate VIN: 7JZTH12J7MS000574

BC Transit
Name

Notice Name

520 Gorge Road E
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Victoria | BC | V8T 2W6 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known):* 23-11121

| | | | |
|---|---|---|---|
| 2.150 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 765441) | BC Transit |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 520 Gorge Road East |
| | **State the term remaining** | 4/1/2025 | Address |
| | | | PO Box 9861 |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Victoria      BC      V8W 9T5 |
| | | | City      State      ZIP Code |
| | | | Canada |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.151 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order Number: 758080) | BC Transit |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 520 Gorge Road East |
| | **State the term remaining** | Unknown | Address |
| | | | PO Box 9861 |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Victoria      BC      V8W 9T5 |
| | | | City      State      ZIP Code |
| | | | Canada |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.152 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order Number: 760689) | BC Transit |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 520 Gorge Road East |
| | **State the term remaining** | Unknown | Address |
| | | | PO Box 9861 |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Victoria      BC      V8W 9T5 |
| | | | City      State      ZIP Code |
| | | | Canada |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known):* 23-11121

---

**2.153** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order Number: 761967) | BC Transit
| | | Name
| | |
| | | Notice Name
| | | 520 Gorge Road East
| **State the term remaining** | Unknown | Address
| | | PO Box 9861
| **List the contract number of**
| **any government contract** | |
| | | Victoria | BC | V8W 9T5
| | | City | State | ZIP Code
| | | Canada
| | | Country

**2.154** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order Number: 765441) | BC Transit
| | | Name
| | |
| | | Notice Name
| | | 520 Gorge Road East
| **State the term remaining** | Unknown | Address
| | | PO Box 9861
| **List the contract number of**
| **any government contract** | |
| | | Victoria | BC | V8W 9T5
| | | City | State | ZIP Code
| | | Canada
| | | Country

**2.155** | **State what the contract or lease is for and the nature of the debtor's interest** | Schedule 2 - Statement of Work per Master Contract 20.092 (Document Control No. 20.092; Statement of Work No. 20.092-A) | BC Transit
| | | Name
| | |
| | | Notice Name
| | | 520 Gorge Road East
| **State the term remaining** | Unknown | Address
| | | PO Box 9861
| **List the contract number of**
| **any government contract** | |
| | | Victoria | BC | V8W 9T5
| | | City | State | ZIP Code
| | | Canada
| | | Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.156** **State what the contract or lease is for and the nature of the debtor's interest**

Statement of work (20.092-A)

BC Transit
Name

Notice Name

**State the term remaining**  Unknown

520 Gorge Road East
Address

**List the contract number of any government contract**

PO Box 9861

| Victoria | BC | V8W 9T5 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

**2.157** **State what the contract or lease is for and the nature of the debtor's interest**

Statement of Work (20.092-B)

BC Transit
Name

Notice Name

**State the term remaining**  Unknown

520 Gorge Road East
Address

**List the contract number of any government contract**

PO Box 9861

| Victoria | BC | V8W 9T5 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

**2.158** **State what the contract or lease is for and the nature of the debtor's interest**

Statement of Work (20.092-C)

BC Transit
Name

Notice Name

**State the term remaining**  Unknown

520 Gorge Road East
Address

**List the contract number of any government contract**

PO Box 9861

| Victoria | BC | V8W 9T5 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.159** State what the contract or lease is for and the nature of the debtor's interest: Master Service Agreement

BDO USA, LLP
Name

Notice Name

3 Embarcadero Center, 20th Floor
Address

State the term remaining: Unknown

List the contract number of any government contract

Atlanta | GA | 30308
City | State | ZIP Code

Country

**2.160** State what the contract or lease is for and the nature of the debtor's interest: Various Purchase Orders

Bendix CVS LLC
Name

Notice Name

PO Box 92096
Address

State the term remaining: Unknown

List the contract number of any government contract

Chicago | IL | 60675
City | State | ZIP Code

Country

**2.161** State what the contract or lease is for and the nature of the debtor's interest: Various Purchase Orders

Benen Manufacturing LLC
Name

Notice Name

2266-2268 Trade Zone Blvd
Address

State the term remaining: Unknown

List the contract number of any government contract

San Jose | CA | 95131
City | State | ZIP Code

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.162** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Bentech Inc
Name

Notice Name

State the term remaining — Unknown

PO Box 46128
Address

List the contract number of any government contract

| Philadelphia | PA | 19160 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.163** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

BG Networks, Inc.
Name

Notice Name

State the term remaining — Unknown

100 Robin Road
Address

List the contract number of any government contract

| Weston | MA | 02493 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.164** State what the contract or lease is for and the nature of the debtor's interest

Change Order (PA-2021-001-BSOOB)

Biddeford Saco Old Orchard Beach Transit
Name

Notice Name

State the term remaining — Unknown

13 Pomerleau Street
Address

List the contract number of any government contract

| Biddeford | ME | 04005 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.165** State what the contract or lease is for and the nature of the debtor's interest

Change Order (PA-2021-001-BSOOB)

Biddeford Saco Old Orchard Beach Transit
Name

Notice Name

13 Pomerleau Street
Address

State the term remaining — Unknown

List the contract number of any government contract

| Biddeford | ME | 04005 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.166** State what the contract or lease is for and the nature of the debtor's interest

Engineer, Procure, Construct (EPC) Agreement

Biddeford Saco Old Orchard Beach Transit
Name

Notice Name

13 Pomerleau Street
Address

State the term remaining — Unknown

List the contract number of any government contract

| Biddeford | ME | 04005 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.167** State what the contract or lease is for and the nature of the debtor's interest

Purchase and Sale of Two 35FT Buses and Two Charging Stations (Contract No. PA-2021-001-BSOOB)

Biddeford Saco Old Orchard Beach Transit
Name

Notice Name

13 Pomerleau Street
Address

State the term remaining — Unknown

List the contract number of any government contract

| Biddeford | ME | 04005 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**2.168** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (22-1996)

Biddeford Saco Old Orchard Beach Transit

Name

Notice Name

State the term remaining

Unknown

13 Pomerlau Street

Address

List the contract number of any government contract

| Biddeford | ME | 04005 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.169** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (23-2115)

Biddeford Saco Old Orchard Beach Transit

Name

Notice Name

State the term remaining

Unknown

13 Pomerlau Street

Address

List the contract number of any government contract

| Biddeford | ME | 04005 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.170** State what the contract or lease is for and the nature of the debtor's interest

Supplemental Mass Transit and Transportation Related Vehicles (GA SWC 99999-001-SPD0000138-0007)

Bill Thomas, RTC Executive Director

Name

Notice Name

State the term remaining

Unknown

1105 Terminal Way

Address

List the contract number of any government contract

| Reno | NV | 89502 |
|---|---|---|
| City | State | ZIP Code |

Country

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*:  23-11121

**2.171** State what the contract or lease is for and the nature of the debtor's interest

Change Request Form - Birlasoft Proterra Valence Application Enhancement SOW v3.5 Off-Shore

Birlasoft Solutions Inc.
Name

Notice Name

399 Thornall St
Address

State the term remaining  Unknown

List the contract number of any government contract

| Edison | NJ | 08837 |
|--------|-----|----------|
| City | State | ZIP Code |

Country

**2.172** State what the contract or lease is for and the nature of the debtor's interest

Change Request Form - Birlasoft Proterra Valence Architecture SOW v3.5 On-Shore

Birlasoft Solutions Inc.
Name

Notice Name

399 Thornall St
Address

State the term remaining  Unknown

List the contract number of any government contract

| Edison | NJ | 08837 |
|--------|-----|----------|
| City | State | ZIP Code |

Country

**2.173** State what the contract or lease is for and the nature of the debtor's interest

Change Request Form - DevOps Managed Services

Birlasoft Solutions Inc.
Name

Notice Name

399 Thornall St
Address

State the term remaining  Unknown

List the contract number of any government contract

| Edison | NJ | 08837 |
|--------|-----|----------|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.174 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Request Form - Extension of 6 H&F resources for Six months from 1st July 2023 to 31st Dec 2023 |

Name

Birlasoft Solutions Inc.
Name

Notice Name

399 Thornall St
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Edison | NJ | 08837 |

Country

| | | |
|---|---|---|
| 2.175 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Request Form - Extension of onsite consultant deployed for the Depot Support services. Change Number:  X |

Birlasoft Solutions Inc.
Name

Notice Name

399 Thornall St
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Edison | NJ | 08837 |

Country

| | | |
|---|---|---|
| 2.176 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Request Form - Infra Support - Hands & Feet - Extension to 1 H&F resources for Greer |

Birlasoft Solutions Inc.
Name

Notice Name

399 Thornall St
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Edison | NJ | 08837 |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*:   23-11121

| | | |
|---|---|---|
| 2.177 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Request Form - Proterra Valence Testing POD SoW |
| | | Birlasoft Solutions Inc. |
| | | Name |
| | | Notice Name |
| | | 399 Thornall St |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| | | | |
|---|---|---|---|
| Edison | NJ | 08837 |
| City | State | ZIP Code |
| Country | | |

| | | |
|---|---|---|
| 2.178 | **State what the contract or lease is for and the nature of the debtor's interest** | Infra Support – Hands & Feet Change No 004 |
| | | Birlasoft Solutions Inc. |
| | | Name |
| | | Notice Name |
| | | 399 Thornall St |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| | | | |
|---|---|---|---|
| Edison | NJ | 08837 |
| City | State | ZIP Code |
| Country | | |

| | | |
|---|---|---|
| 2.179 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement |
| | | Birlasoft Solutions Inc. |
| | | Name |
| | | Notice Name |
| | | 399 Thornall St |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| | | | |
|---|---|---|---|
| Edison | NJ | 08837 |
| City | State | ZIP Code |
| Country | | |

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121
_____

| 2.180 | State what the contract or lease is for and the nature of the debtor's interest | Master Statement of Work (SOW Reference No: 1) | Birlasoft Solutions Inc. |
|---|---|---|---|

Name

Notice Name

399 Thornhall St., 8th Floor
Address

**State the term remaining**      Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Edison | NJ | 08837 |

Country

| 2.181 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work - Proterra Staff Augmentation – Tableau Consultant | Birlasoft Solutions Inc. |
|---|---|---|---|

Name

Notice Name

399 Thornhall St
Address

**State the term remaining**      Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Edison | NJ | 08837 |

Country

| 2.182 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work for Proterra - Oracle ERP Transformation (SOW Reference No: 1.0) | Birlasoft Solutions Inc. |
|---|---|---|---|

Name

Notice Name

399 Thornhall St., 8th Floor
Address

**State the term remaining**      3/31/2026

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Edison | NJ | 08837 |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.183 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work for Proterra Application Managed Services (AMS) (SOW Reference No: 01) |
| | | Birlasoft Solutions Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 399 Thornhall St., 8th Floor |
| | **State the term remaining** | 3/31/2026 |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |
| | | Edison |
| | | City |
| | | |
| | | Country |

Edison / NJ / 08837
City / State / ZIP Code

| | | |
|---|---|---|
| 2.184 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work for Proterra Application Manages Services (SOW Reference No: 2) |
| | | Birlasoft Solutions Inc. |
| | | Name |
| | | Notice Name |
| | | 399 Thornhall St., 8th Floor |
| | **State the term remaining** | 12/31/2024 |
| | | Address |
| | **List the contract number of any government contract** | |

Edison / NJ / 08837
City / State / ZIP Code

Country

| | | |
|---|---|---|
| 2.185 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work for PROTERRA IMS EUS ITIL Solution (SOW Reference No: 3) |
| | | Birlasoft Solutions Inc. |
| | | Name |
| | | Notice Name |
| | | 399 Thornhall St., 8th Floor |
| | **State the term remaining** | 12/31/2024 |
| | | Address |
| | **List the contract number of any government contract** | |

Edison / NJ / 08837
City / State / ZIP Code

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.186 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work for PROTERRA IMS EUS ITIL Solution (SOW Reference No: 3) | Birlasoft Solutions Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 399 Thornhall St., 8th Floor |
| | **State the term remaining** | 3/31/2026 | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | Edison     NJ     08837 |
| | | | City     State     ZIP Code |
| | | | |
| | | | Country |
| 2.187 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work for Proterra Manages DevOps (SOW Reference No: MSP-04) | Birlasoft Solutions Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 399 Thornhall St., 8th Floor |
| | **State the term remaining** | 12/31/2024 | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | Edison     NJ     08837 |
| | | | City     State     ZIP Code |
| | | | |
| | | | Country |
| 2.188 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work for Proterra ServiceNow Implementation (SOW Reference No: 4) | Birlasoft Solutions Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 399 Thornhall St., 8th Floor |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | Edison     NJ     08837 |
| | | | City     State     ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.189 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Proterra Staff Augmentation |

Birlasoft Solutions Inc.
Name

Notice Name

399 Thornhall St., 8th Floor
Address

**State the term remaining** 3/31/2024

**List the contract number of any government contract**

| | | |
|---|---|---|
| Edison | NJ | 08837 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.190 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders |

Bisco Industries
Name

Notice Name

1500 N Lakeview
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Anaheim | CA | 92807 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.191 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders |

Black & Decker (U.S.) Inc.
Name

Notice Name

PO Box 371744
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Pittsburgh | PA | 15251 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.192** **State what the contract or lease is for and the nature of the debtor's interest**

Change Order (Change No. CO-0004)

Bloomington-Normal Public Transit System
Name

Notice Name

351 Wylie Drive
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Normal | IL | 61761 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.193** **State what the contract or lease is for and the nature of the debtor's interest**

Change Order (Change No. CO-0006)

Bloomington-Normal Public Transit System
Name

Notice Name

351 Wylie Drive
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Normal | IL | 61761 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.194** **State what the contract or lease is for and the nature of the debtor's interest**

Change Order Form (Change No. CR-0002)

Bloomington-Normal Public Transit System
Name

Notice Name

351 Wylie Drive
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Normal | IL | 61761 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121
_____

| 2.195 | **State what the contract or lease is for and the nature of the debtor's interest** | Proterra Change Order (Change No. CO-0003) | Bloomington-Normal Public Transit System |
|---|---|---|---|

Name

_____

Notice Name

351 Wylie Drive
_____

**State the term remaining**    Unknown    Address

**List the contract number of any government contract**

| Normal | IL | 61761 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.196 | **State what the contract or lease is for and the nature of the debtor's interest** | Proterra Change Order (Change No. CO-0005) | Bloomington-Normal Public Transit System |
|---|---|---|---|

Name

_____

Notice Name

351 Wylie Drive
_____

**State the term remaining**    Unknown    Address

**List the contract number of any government contract**

| Normal | IL | 61761 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.197 | **State what the contract or lease is for and the nature of the debtor's interest** | Proterra Changer Order Form | Bloomington-Normal Public Transit System |
|---|---|---|---|

Name

_____

Notice Name

351 Wylie Drive
_____

**State the term remaining**    Unknown    Address

**List the contract number of any government contract**

| Normal | IL | 61761 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.198 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of Four, 35 Foot BEBs and Two Charging Stations | Bloomington-Normal Public Transit System |
|---|---|---|---|

Name

Notice Name

351 Wylie Drive

| **State the term remaining** | Unknown |
|---|---|

Address

**List the contract number of any government contract**

| Normal | IL | 61761 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.199 | **State what the contract or lease is for and the nature of the debtor's interest** | Requisition (30000472-000) | Bloomington-Normal Public Transit System |
|---|---|---|---|

Name

Notice Name

351 Wylie Drive

| **State the term remaining** | Unknown |
|---|---|

Address

**List the contract number of any government contract**

| Normal | IL | 61761 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.200 | **State what the contract or lease is for and the nature of the debtor's interest** | Requisition (30000472-000) | Bloomington-Normal Public Transit System |
|---|---|---|---|

Name

Notice Name

351 Wylie Drive

| **State the term remaining** | Unknown |
|---|---|

Address

**List the contract number of any government contract**

| Normal | IL | 61761 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.201 | **State what the contract or lease is for and the nature of the debtor's interest** | Requisition Purchase Order (30000465-000) |

Bloomington-Normal Public Transit System

Name

Notice Name

351 Wylie Drive

**State the term remaining**  Unknown

Address

**List the contract number of any government contract**

| Normal | IL | 61761 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.202 | **State what the contract or lease is for and the nature of the debtor's interest** | Blue water area transportation commission |

Blue Water Area Transportation Commission

Name

Notice Name

2021 Lapeer Avenue

**State the term remaining**  Unknown

Address

**List the contract number of any government contract**

| Port Huron | MI | 48060 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.203 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Vehicle Release Form |

Blue Water Area Transportation Commission

Name

Notice Name

2021 Lapeer Avenue

**State the term remaining**  Unknown

Address

**List the contract number of any government contract**

| Port Huron | MI | 48060 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*:  23-11121

**2.204** State what the contract or lease is for and the nature of the debtor's interest

Customer Vehicle Release Form

Blue Water Area Transportation Commission
Name

Notice Name

2021 Lapeer Avenue
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Port Huron | MI | 48060 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.205** State what the contract or lease is for and the nature of the debtor's interest

Order Form - Valence Platform

Blue Water Area Transportation Commission
Name

Notice Name

2021 Lapeer Avenue
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Port Huron | MI | 48060 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.206** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PO # 52655)

Blue Water Area Transportation Commission
Name

Notice Name

2021 Lapeer Avenue
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Port Huron | MI | 48060 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121
_____

| 2.207 | State what the contract or lease is for and the nature of the debtor's interest | Affidavit and Agreement (PO No. 22011024) | Bonitz, Inc |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1200 Woodruff Road D-1 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Greenville      SC      29607 |
| | | | City      State      ZIP Code |
| | | | |
| | | | Country |

| 2.208 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Boomi Inc |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 842848 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Boston      MA      02284-2848 |
| | | | City      State      ZIP Code |
| | | | |
| | | | Country |

| 2.209 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Border States Industries, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Attn Accounts Receivable |
| | State the term remaining | Unknown | Address |
| | | | 120 Saxe Gotha Road |
| | List the contract number of any government contract | | |
| | | | West Columbia      SC      29172 |
| | | | City      State      ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.210 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

BorgWarner Systems Lugo S.R.L

Name

Notice Name

Via Mensa, 3/2

Address

**State the term remaining** Unknown

48022 Santa Maria in Fabriago RA

**List the contract number of any government contract**

| Lugo | Ravenna | 48022 |
|---|---|---|
| City | State | ZIP Code |

Italy

Country

| | | |
|---|---|---|
| 2.211 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Bosch Rexroth Corporation

Name

Notice Name

14001 South Lakes Drive

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Charlotte | NC | 28273 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.212 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO #: 2019-CAO-101) |

Bow Valley Regional Transit Services Commission

Name

Notice Name

221 Beaver Street

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Banff | AB | T1L 1A5 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.213** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO #: 2020-CAO-101) | Bow Valley Regional Transit Services Commission
Name

Notice Name

221 Beaver Street
Address

| **State the term remaining** | Unknown |

| **List the contract number of any government contract** | |

| | | Banff | AB | T1L 1A5 |
City | State | ZIP Code

Canada
Country

**2.214** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO #: 2022-CAO-102) | Bow Valley Regional Transit Services Commission
Name

Notice Name

221 Beaver Street
Address

| **State the term remaining** | Unknown |

| **List the contract number of any government contract** | |

| | | Banff | AB | T1L 1A5 |
City | State | ZIP Code

Canada
Country

**2.215** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO #: 2022-CAO-103) | Bow Valley Regional Transit Services Commission
Name

Notice Name

221 Beaver Street
Address

| **State the term remaining** | Unknown |

| **List the contract number of any government contract** | |

| | | Banff | AB | T1L 1A5 |
City | State | ZIP Code

Canada
Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.216 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Bus 6, 7, 8 Parks (P.O. No. 2022-CAO-101) | Bow Valley Regional Transit Services Commission |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 136 Hawk Avenue |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Banff | AB | T1L 1A1 |
| | | | City | State | ZIP Code |
| | | | Canada |
| | | | Country |

| 2.217 | State what the contract or lease is for and the nature of the debtor's interest | Revised Purchase Order (PO #: 2020-CAO-101) | Bow Valley Regional Transit Services Commission |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 221 Beaver Street |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Banff | AB | T1L 1A5 |
| | | | City | State | ZIP Code |
| | | | Canada |
| | | | Country |

| 2.218 | State what the contract or lease is for and the nature of the debtor's interest | Revised Purchase Order (PO #: 2021-CAO-101) | Bow Valley Regional Transit Services Commission |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 221 Beaver Street |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Banff | AB | T1L 1A5 |
| | | | City | State | ZIP Code |
| | | | Canada |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.219 | **State what the contract or lease is for and the nature of the debtor's interest** | Revised Purchase Order (PO #: 2021-CAO-101) | Bow Valley Regional Transit Services Commission |
| | | | Name |

Notice Name

221 Beaver Street
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Banff | AB | T1L 1A5 |
| City | State | ZIP Code |

Canada
Country

| 2.220 | **State what the contract or lease is for and the nature of the debtor's interest** | Revised Purchase Order (PO #: 2021-CAO-101) | Bow Valley Regional Transit Services Commission |
| | | | Name |

Notice Name

221 Beaver Street
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Banff | AB | T1L 1A5 |
| City | State | ZIP Code |

Canada
Country

| 2.221 | **State what the contract or lease is for and the nature of the debtor's interest** | Revised Purchase Order (PO #: 2021-CAO-102) | Bow Valley Regional Transit Services Commission |
| | | | Name |

Notice Name

221 Beaver Street
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Banff | AB | T1L 1A5 |
| City | State | ZIP Code |

Canada
Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.222 | **State what the contract or lease is for and the nature of the debtor's interest** | Revised Purchase Order (PO #: 2023-CAO-001) | Bow Valley Regional Transit Services Commission |
| | | | Name |

Notice Name

221 Beaver Street
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Banff | AB | T1L 1A5 |
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| 2.223 | **State what the contract or lease is for and the nature of the debtor's interest** | Revised Purchase Order (PO #: 2023-CAO-001) | Bow Valley Regional Transit Services Commission |
| | | | Name |

Notice Name

221 Beaver Street
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Banff | AB | T1L 1A5 |
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| 2.224 | **State what the contract or lease is for and the nature of the debtor's interest** | Revised Purchase Order (PO No. 2021-CAO-101) | Bow Valley Regional Transit Services Commission |
| | | | Name |

Notice Name

221 Beaver Street
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Banff | AB | T1L 1A5 |
| City | State | ZIP Code |
| Canada | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.225 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Order (Q-00207214-A) | | Box, Inc. |
|---|---|---|---|---|
| | | | | Name |
| | | | | |
| | | | | Notice Name |
| | | | | 900 Jefferson Ave |
| | **State the term remaining** | Unknown | | Address |
| | | | | |
| | **List the contract number of any government contract** | | | |
| | | | | |
| | | | | Redwood City / CA / 94063 |
| | | | | City / State / ZIP Code |
| | | | | Country |

| 2.226 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | | BPB Holding Corp. |
|---|---|---|---|---|
| | | | | Name |
| | | | | |
| | | | | Notice Name |
| | | | | 1325 Walnut Ridge Dr. |
| | **State the term remaining** | Unknown | | Address |
| | | | | |
| | **List the contract number of any government contract** | | | |
| | | | | |
| | | | | Hartland / WI / 53029 |
| | | | | City / State / ZIP Code |
| | | | | Country |

| 2.227 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | | Branson Ultrasonics Corporation |
|---|---|---|---|---|
| | | | | Name |
| | | | | |
| | | | | Notice Name |
| | | | | 120 Park Ridge Road |
| | **State the term remaining** | Unknown | | Address |
| | | | | |
| | **List the contract number of any government contract** | | | |
| | | | | |
| | | | | Brookfield / CT / 06804 |
| | | | | City / State / ZIP Code |
| | | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.228 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 11017) | Brazos Transit District |
|---|---|---|---|

Name

Notice Name

1759 N Earl Rudder Fwy

| | **State the term remaining** | Unknown |
|---|---|---|

Address

| | **List the contract number of any government contract** | |
|---|---|---|

| | Bryan | TX | 77803 |
|---|---|---|---|
| | City | State | ZIP Code |

Country

| 2.229 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO:.11017) | Brazos Transit District |
|---|---|---|---|

Name

Notice Name

1759 N. Earl Rudder Fwy

| | **State the term remaining** | Unknown |
|---|---|---|

Address

| | **List the contract number of any government contract** | |
|---|---|---|

| | Bryan | TX | 77803 |
|---|---|---|---|
| | City | State | ZIP Code |

Country

| 2.230 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO:.11017) | Brazos Transit District |
|---|---|---|---|

Name

Notice Name

1759 N. Earl Rudder Fwy

| | **State the term remaining** | Unknown |
|---|---|---|

Address

| | **List the contract number of any government contract** | |
|---|---|---|

| | Bryan | TX | 77803 |
|---|---|---|---|
| | City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*:    23-11121

**2.231** **State what the contract or lease is for and the nature of the debtor's interest**    Various Purchase Orders

BRC Group
Name

Notice Name

**State the term remaining**    Unknown

6061 - 90 Avenue SE
Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Calagary | AB | T2C 4Z6 |
| City | State | ZIP Code |
| Canada | | |
| Country | | |

**2.232** **State what the contract or lease is for and the nature of the debtor's interest**    Various Purchase Orders

Bridgemart
Name

Notice Name

**State the term remaining**    Unknown

PO Box 454
Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Rogers | AR | 72757 |
| City | State | ZIP Code |
| Country | | |

**2.233** **State what the contract or lease is for and the nature of the debtor's interest**    Unconditional Waiver and Release on Final Payment

Britt, Peters & Associates, Inc.
Name

Notice Name

**State the term remaining**    Unknown

223 West Meadowview Rd.
Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Greensboro | NC | 27406 |
| City | State | ZIP Code |
| Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | | |
|---|---|---|---|
| **2.234** | State what the contract or lease is for and the nature of the debtor's interest | Change Order (Change Order #MTD2200630-002) | Broward County Transit |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1 N UNIVERSITY DRIVE 3RD FLOOR SERVICE & CAPITAL PLANNING |
| | State the term remaining | Unknown | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | PLANTATION            FL            33324 |
| | | | City                        State         ZIP Code |
| | | | |
| | | | Country |
| **2.235** | State what the contract or lease is for and the nature of the debtor's interest | Change Order (Change Order #MTD2200632-002) | Broward County Transit |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1 N UNIVERSITY DRIVE 3RD FLOOR SERVICE & CAPITAL PLANNING |
| | State the term remaining | Unknown | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | PLANTATION            FL            33324 |
| | | | City                        State         ZIP Code |
| | | | |
| | | | Country |
| **2.236** | State what the contract or lease is for and the nature of the debtor's interest | Letter re: Notice to Proceed | Broward County Transit |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1 N. University Drive, Suite 3100A |
| | State the term remaining | Unknown | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | Plantation             FL            33301 |
| | | | City                        State         ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*:   23-11121

| 2.237 | State what the contract or lease is for and the nature of the debtor's interest | Letter re: Notice to Proceed (Revised) | Broward County Transit |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Transportation Department |
| | State the term remaining | Unknown | Address |
| | | | 1 N. University Drive, Suite 3100A |
| | List the contract number of any government contract | | |

| | | Plantation | FL | 33301 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | | | |
| | | Country | | |

| 2.238 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO # MTD2200630) | Broward County Transit |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | P.O. Box 14740 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | Fort Lauderdale | FL | 33302-4740 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | | | |
| | | Country | | |

| 2.239 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO # MTD2200632) | Broward County Transit |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | P.O. Box 14740 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | Fort Lauderdale | FL | 33302-4740 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | | | |
| | | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.240 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. MTD2100113) | Broward County Transit |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1 N University Drive, 3rd Floor Administration |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Plantation / FL / 33324 |
| | | | City / State / ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.241 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. MTD2100114) | Broward County Transit |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1 N University Drive, 3rd Floor Administration |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Plantation / FL / 33324 |
| | | | City / State / ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.242 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order MTD2000962) | Broward County Transit |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 14740 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Fort Lauderdale / FL / 33302-4740 |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*:  23-11121

| | | | |
|---|---|---|---|
| 2.243 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order MTD2100114) | Broward County Transit |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 14740 |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Fort Lauderdale    FL    33302-4740 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.244 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Brown 2 Green Landscape |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 33 Sagamore Lane |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Greenville    SC    29607 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.245 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Bucher Hydraulics AG |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Obere Neustrasse 1 |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Romanshorn    CH-8590 |
| | | | City    State    ZIP Code |
| | | | Switzerland |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*:   23-11121
_____

**2.246** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (202120)

Burns and McDonnell Engineering Company, Inc.
_____
Name

_____
Notice Name

State the term remaining    Unknown

PO Box 219308
_____
Address

List the contract number of any government contract

| Kansas City | MO | 64121 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**2.247** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Bus and Truck of Chicago Inc
_____
Name

_____
Notice Name

State the term remaining    Unknown

7447 S. Central Ave, Suite B
_____
Address

List the contract number of any government contract

| Bedford Park | IL | 60638 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**2.248** State what the contract or lease is for and the nature of the debtor's interest

Amendment No.1 to development agreement

Bustech (QLD) Pty Ltd
_____
Name

_____
Notice Name

Lot 10 Calabro Way
_____
Address

State the term remaining    Unknown

List the contract number of any government contract

| Burleigh Heads | QLD | 4220 |
|---|---|---|
| City | State | ZIP Code |
| Australia | | |

_____
Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*:    23-11121

---

**2.249**

**State what the contract or lease is for and the nature of the debtor's interest**

Development Agreement

Bustech (QLD) Pty Ltd
Name

Notice Name

**State the term remaining**    Unknown

Lot 10 Calabro Way
Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Burleigh Heads | QLD | 4220 |
| City | State | ZIP Code |
| Australia | | |
| Country | | |

---

**2.250**

**State what the contract or lease is for and the nature of the debtor's interest**

Product Supply Agreement

Bustech (QLD) Pty Ltd
Name

Notice Name

**State the term remaining**    Unknown

Lot 10 Calabro Way
Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Burleigh Heads | QLD | 4220 |
| City | State | ZIP Code |
| Australia | | |
| Country | | |

---

**2.251**

**State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order

BusTech (Qld) Pty Ltd
Name

Notice Name

**State the term remaining**    Unknown

Lot 10 Calabro Way
Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Burleigh Heads | QLD | 4220 |
| City | State | ZIP Code |
| Australia | | |
| Country | | |

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.252** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (29961)

BusTech (Qld) Pty Ltd
Name

Notice Name

**State the term remaining** Unknown

Lot 10 Calabro Way
Address

**List the contract number of any government contract**

| Burleigh Heads | QLD | 4220 |
|---|---|---|
| City | State | ZIP Code |
| Australia | | |
| Country | | |

**2.253** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (29961)

BusTech (Qld) Pty Ltd
Name

Notice Name

**State the term remaining** Unknown

Lot 10 Calabro Way
Address

**List the contract number of any government contract**

| Burleigh Heads | QLD | 4220 |
|---|---|---|
| City | State | ZIP Code |
| Australia | | |
| Country | | |

**2.254** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (29961)

Bustech (QLD) Pty Ltd
Name

Notice Name

**State the term remaining** Unknown

Lot 10 Calabro Way
Address

**List the contract number of any government contract**

| Burleigh Heads | QLD | 4220 |
|---|---|---|
| City | State | ZIP Code |
| Australia | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.255** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (29962)

BusTech (Qld) Pty Ltd
Name

Notice Name

Lot 10 Calabro Way
Address

State the term remaining: Unknown

List the contract number of any government contract

| Burleigh Heads | QLD | 4220 |
|---|---|---|
| City | State | ZIP Code |
| Australia | | |
| Country | | |

**2.256** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (29962)

Bustech (QLD) Pty Ltd
Name

Notice Name

Lot 10 Calabro Way
Address

State the term remaining: Unknown

List the contract number of any government contract

| Burleigh Heads | QLD | 4220 |
|---|---|---|
| City | State | ZIP Code |
| Australia | | |
| Country | | |

**2.257** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (29963)

Bustech (QLD) Pty Ltd
Name

Notice Name

Lot 10 Calabro Way
Address

State the term remaining: Unknown

List the contract number of any government contract

| Burleigh Heads | QLD | 4220 |
|---|---|---|
| City | State | ZIP Code |
| Australia | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.258** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. 24530)

BusTech (Qld) Pty Ltd
Name

Notice Name

Lot 10 Calabro Way

**State the term remaining** Unknown
Address

**List the contract number of any government contract**

| Burleigh Heads | QLD | 4220 |
|---|---|---|
| City | State | ZIP Code |
| Australia | | |
| Country | | |

**2.259** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. 24530)

BusTech (Qld) Pty Ltd
Name

Notice Name

Lot 10 Calabro Way

**State the term remaining** Unknown
Address

**List the contract number of any government contract**

| Burleigh Heads | QLD | 4220 |
|---|---|---|
| City | State | ZIP Code |
| Australia | | |
| Country | | |

**2.260** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. 24530)

BusTech (Qld) Pty Ltd
Name

Notice Name

Lot 10 Calabro Way

**State the term remaining** Unknown
Address

**List the contract number of any government contract**

| Burleigh Heads | QLD | 4220 |
|---|---|---|
| City | State | ZIP Code |
| Australia | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.261 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 24530) | Bustech (QLD) Pty Ltd |
| | | | Name |

Notice Name

Lot 10 Calabro Way

Address

| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

| Burleigh Heads | QLD | 4220 |
| City | State | ZIP Code |
| Australia | | |
| Country | | |

| 2.262 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 24530) | Bustech (QLD) Pty Ltd |
| | | | Name |

Notice Name

Lot 10 Calabro Way

Address

| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

| Burleigh Heads | QLD | 4220 |
| City | State | ZIP Code |
| Australia | | |
| Country | | |

| 2.263 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 26004) | Bustech (QLD) Pty Ltd |
| | | | Name |

Notice Name

Lot 10 Calabro Way

Address

| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

| Burleigh Heads | QLD | 4220 |
| City | State | ZIP Code |
| Australia | | |
| Country | | |

Debtor:  Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*   23-11121
_____

| 2.264 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 29961) | BusTech (Qld) Pty Ltd |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Lot 10 Calabro Way |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |

| | | | Burleigh Heads | QLD | 4220 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Australia | | |
| | | | Country | | |

| 2.265 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 29961) | BusTech (Qld) Pty Ltd |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Lot 10 Calabro Way |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |

| | | | Burleigh Heads | QLD | 4220 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Australia | | |
| | | | Country | | |

| 2.266 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 29962) | BusTech (Qld) Pty Ltd |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Lot 10 Calabro Way |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |

| | | | Burleigh Heads | QLD | 4220 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Australia | | |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**2.267** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. 29962)

BusTech (Qld) Pty Ltd

Name

Notice Name

Lot 10 Calabro Way

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| Burleigh Heads | QLD | 4220 |
|---|---|---|
| City | State | ZIP Code |
| Australia | | |
| Country | | |

**2.268** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. 29963)

BusTech (Qld) Pty Ltd

Name

Notice Name

Lot 10 Calabro Way

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| Burleigh Heads | QLD | 4220 |
|---|---|---|
| City | State | ZIP Code |
| Australia | | |
| Country | | |

**2.269** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. 29963)

BusTech (Qld) Pty Ltd

Name

Notice Name

Lot 10 Calabro Way

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| Burleigh Heads | QLD | 4220 |
|---|---|---|
| City | State | ZIP Code |
| Australia | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.270 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 32356) |

BusTech (Qld) Pty Ltd

Name

Notice Name

Lot 10 Calabro Way

**State the term remaining**    Unknown

Address

**List the contract number of**

**any government contract**

| | | |
|---|---|---|
| Burleigh Heads | QLD | 4220 |
| City | State | ZIP Code |
| Australia | | |
| Country | | |

| | | |
|---|---|---|
| 2.271 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 32356) |

BusTech (Qld) Pty Ltd

Name

Notice Name

Lot 10 Calabro Way

**State the term remaining**    Unknown

Address

**List the contract number of**

**any government contract**

| | | |
|---|---|---|
| Burleigh Heads | QLD | 4220 |
| City | State | ZIP Code |
| Australia | | |
| Country | | |

| | | |
|---|---|---|
| 2.272 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 36967) |

BusTech (Qld) Pty Ltd

Name

Notice Name

Lot 10 Calabro Way

**State the term remaining**    Unknown

Address

**List the contract number of**

**any government contract**

| | | |
|---|---|---|
| Burleigh Heads | QLD | 4220 |
| City | State | ZIP Code |
| Australia | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)* 23-11121

---

**2.273** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (Purchase Order No. 36967)

BusTech (Qld) Pty Ltd
Name

Notice Name

Lot 10 Calabro Way
Address

State the term remaining: Unknown

List the contract number of any government contract

| Burleigh Heads | QLD | 4220 |
|---|---|---|
| City | State | ZIP Code |
| Australia | | |
| Country | | |

---

**2.274** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (Purchase Order No. 36968)

BusTech (Qld) Pty Ltd
Name

Notice Name

Lot 10 Calabro Way
Address

State the term remaining: Unknown

List the contract number of any government contract

| Burleigh Heads | QLD | 4220 |
|---|---|---|
| City | State | ZIP Code |
| Australia | | |
| Country | | |

---

**2.275** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (Purchase Order No. 36968)

BusTech (Qld) Pty Ltd
Name

Notice Name

Lot 10 Calabro Way
Address

State the term remaining: Unknown

List the contract number of any government contract

| Burleigh Heads | QLD | 4220 |
|---|---|---|
| City | State | ZIP Code |
| Australia | | |
| Country | | |

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | | |
|---|---|---|---|---|
| 2.276 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 36969) | BusTech (Qld) Pty Ltd | |
| | | | Name | |
| | | | Notice Name | |
| | | | Lot 10 Calabro Way | |
| | **State the term remaining** | Unknown | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Burleigh Heads | QLD | 4220 |
| | | | City | State | ZIP Code |
| | | | Australia | | |
| | | | Country | | |

| | | | | |
|---|---|---|---|---|
| 2.277 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 36969) | BusTech (Qld) Pty Ltd | |
| | | | Name | |
| | | | Notice Name | |
| | | | Lot 10 Calabro Way | |
| | **State the term remaining** | Unknown | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Burleigh Heads | QLD | 4220 |
| | | | City | State | ZIP Code |
| | | | Australia | | |
| | | | Country | | |

| | | | | |
|---|---|---|---|---|
| 2.278 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 36970) | BusTech (Qld) Pty Ltd | |
| | | | Name | |
| | | | Notice Name | |
| | | | Lot 10 Calabro Way | |
| | **State the term remaining** | Unknown | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Burleigh Heads | QLD | 4220 |
| | | | City | State | ZIP Code |
| | | | Australia | | |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.279 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 36970) |

BusTech (Qld) Pty Ltd
_____
Name

_____
Notice Name

Lot 10 Calabro Way

**State the term remaining**    Unknown

_____
Address

**List the contract number of any government contract**

| Burleigh Heads | QLD | 4220 |
|---|---|---|
| City | State | ZIP Code |
| Australia | | |
| Country | | |

| | | |
|---|---|---|
| 2.280 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 36971) |

BusTech (Qld) Pty Ltd
_____
Name

_____
Notice Name

Lot 10 Calabro Way

**State the term remaining**    Unknown

_____
Address

**List the contract number of any government contract**

| Burleigh Heads | QLD | 4220 |
|---|---|---|
| City | State | ZIP Code |
| Australia | | |
| Country | | |

| | | |
|---|---|---|
| 2.281 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 36972) |

BusTech (Qld) Pty Ltd
_____
Name

_____
Notice Name

Lot 10 Calabro Way

**State the term remaining**    Unknown

_____
Address

**List the contract number of any government contract**

| Burleigh Heads | QLD | 4220 |
|---|---|---|
| City | State | ZIP Code |
| Australia | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.282 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Purchase Order No. 36973) | BusTech (Qld) Pty Ltd |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Lot 10 Calabro Way |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | Burleigh Heads | QLD | 4220 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Australia | | |
| | | Country | | |

| 2.283 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Purchase Order No. 36974) | BusTech (Qld) Pty Ltd |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Lot 10 Calabro Way |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | Burleigh Heads | QLD | 4220 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Australia | | |
| | | Country | | |

| 2.284 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Purchase Order No. 36975) | BusTech (Qld) Pty Ltd |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Lot 10 Calabro Way |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | Burleigh Heads | QLD | 4220 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Australia | | |
| | | Country | | |

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121
_____

| 2.285 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 36976) | BusTech (Qld) Pty Ltd |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Lot 10 Calabro Way |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |

| | | | Burleigh Heads | QLD | 4220 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Australia | | |
| | | | Country | | |

| 2.286 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO:.ZA410003575:01) | Buswest North |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 210 North East Street |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |

| | | | Woodland | CA | 95776 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.287 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (P006085995) | Cabarrus County School Bus Garage |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 111 Union Cemetery Road SW |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |

| | | | Concord | NC | 28207 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):* 23-11121

| 2.288 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | California Association for Coordinated Transportation, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 4632 Duckhom Drive |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | Sacramento | CA | 95834 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

| 2.289 | State what the contract or lease is for and the nature of the debtor's interest | Design-Build Stipulated Price Contract 2013 | Canadian Construction Documents Committee |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 1900-275 Slater Street |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | Ottawa | ON | K1P 5H9 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Canada | | |
| | | Country | | |

| 2.290 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Canadian Urban Transit Association |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 55 York Street |
| | State the term remaining | Unknown | Address |
| | | | Suite 1401 |
| | List the contract number of any government contract | | |

| | | Toronto | ON | M5J 1R7 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Canada | | |
| | | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.291 | State what the contract or lease is for and the nature of the debtor's interest | Affidavit and Agreement (PO No. 22011011) | Cannon Roofing, LLC |
|---|---|---|---|

Name

Notice Name

PO Box 3030

| | State the term remaining | Unknown |
|---|---|---|

Address

| | List the contract number of any government contract | |
|---|---|---|

| Spartanburg | SC | 29304 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.292 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Canteen Refreshment Services |
|---|---|---|---|

Name

Notice Name

PO Box 417632

| | State the term remaining | Unknown |
|---|---|---|

Address

| | List the contract number of any government contract | |
|---|---|---|

| Boston | MA | 02241-7632 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.293 | State what the contract or lease is for and the nature of the debtor's interest | Exhibit A - Form of Statement of Work - Ignition Office Hours: Continued Ignition Education and Support | Capelin Solutions LLC |
|---|---|---|---|

Name

Notice Name

23 Bluebird Lane

| | State the term remaining | Unknown |
|---|---|---|

Address

| | List the contract number of any government contract | |
|---|---|---|

| Amherst | NY | 14228 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.294 | **State what the contract or lease is for and the nature of the debtor's interest** | Form of Statement of Work - [Proterra Powered Engineer Ignition Training – Phase 1 – Discovery] |

Capelin Solutions LLC
Name

Notice Name

23 Bluebird Lane
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Amherst | NY | 14228 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.295 | **State what the contract or lease is for and the nature of the debtor's interest** | Form of Statement of Work - Proterra Powered Engineer Ignition Training – Phase 2 - Training |

Capelin Solutions LLC
Name

Notice Name

23 Bluebird Lane
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Amherst | NY | 14228 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.296 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement |

Capelin Solutions LLC
Name

Notice Name

23 Bluebird Lane
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Amherst | NY | 14228 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.297 | State what the contract or lease is for and the nature of the debtor's interest | Amendment of Solicitation # 3 | Capital Metropolitan Transportation Authority |
|---|---|---|---|

Name

Notice Name

2910 E 5th Street
Address

State the term remaining    Unknown

List the contract number of any government contract

| Austin | TX | 78702 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.298 | State what the contract or lease is for and the nature of the debtor's interest | Amendment of Solicitation # 4 | Capital Metropolitan Transportation Authority |
|---|---|---|---|

Name

Notice Name

2910 E 5th Street
Address

State the term remaining    Unknown

List the contract number of any government contract

| Austin | TX | 78702 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.299 | State what the contract or lease is for and the nature of the debtor's interest | Bus Electrification Phase 2 Project (Contact No.500013) | Capital Metropolitan Transportation Authority |
|---|---|---|---|

Name

Notice Name

2910 E 5th Street
Address

State the term remaining    Unknown

List the contract number of any government contract

| Austin | TX | 78702 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.300 | **State what the contract or lease is for and the nature of the debtor's interest** | Bus Electrification Phase 2 Project (Contract No. 500013) | Capital Metropolitan Transportation Authority |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2910 E 5th Street |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | |
| | | | Austin            TX            78702 |
| | | | City            State            ZIP Code |
| | | | |
| | | | Country |

| 2.301 | **State what the contract or lease is for and the nature of the debtor's interest** | Capital Metropolitan Transportation Authority (Purchase Order #: 403276-4) | Capital Metropolitan Transportation Authority |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 6308 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | |
| | | | Austin            TX            78762-6308 |
| | | | City            State            ZIP Code |
| | | | |
| | | | Country |

| 2.302 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Modification 01- Bus Electrification Phase 2 Project 2910 | Capital Metropolitan Transportation Authority |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2910 E 5th Street |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | |
| | | | Austin            TX            78702 |
| | | | City            State            ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.303** State what the contract or lease is for and the nature of the debtor's interest

Contract Modification No. 10

Capital Metropolitan Transportation Authority
Name

Notice Name

2910 E 5th Street
Address

State the term remaining | Unknown

List the contract number of any government contract

Austin | TX | 78702
City | State | ZIP Code

Country

**2.304** State what the contract or lease is for and the nature of the debtor's interest

Contract Modification No. 7

Capital Metropolitan Transportation Authority
Name

Notice Name

2910 E 5th Street
Address

State the term remaining | Unknown

List the contract number of any government contract

Austin | TX | 78702
City | State | ZIP Code

Country

**2.305** State what the contract or lease is for and the nature of the debtor's interest

Contract Modification No. 8

Capital Metropolitan Transportation Authority
Name

Notice Name

2910 E 5th Street
Address

State the term remaining | Unknown

List the contract number of any government contract

Austin | TX | 78702
City | State | ZIP Code

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.306 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Modification No. 9 |

Capital Metropolitan Transportation Authority
Name

Notice Name

2910 E 5th Street
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Austin | TX | 78702 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.307 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Modification No.1 |

Capital Metropolitan Transportation Authority
Name

Notice Name

2910 E 5th Street
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Austin | TX | 78702 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.308 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Modification No.1 |

Capital Metropolitan Transportation Authority
Name

Notice Name

2910 E 5th Street
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Austin | TX | 78702 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.309 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Modification No.1 (Contract Number: 200417) | Capital Metropolitan Transportation Authority |
|---|---|---|---|

Name

Notice Name

2910 E 5th Street
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Austin | TX | 78702 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.310 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Modification No.1 (Contract Number: 200417) | Capital Metropolitan Transportation Authority |
|---|---|---|---|

Name

Notice Name

2910 E 5th Street
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Austin | TX | 78702 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.311 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Modification No.3 | Capital Metropolitan Transportation Authority |
|---|---|---|---|

Name

Notice Name

2910 E 5th Street
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Austin | TX | 78702 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*    23-11121

**2.312** **State what the contract or lease is for and the nature of the debtor's interest**

Contract Modification No.3

Capital Metropolitan Transportation Authority
Name

Notice Name

2910 E 5th Street
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Austin | TX | 78702 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.313** **State what the contract or lease is for and the nature of the debtor's interest**

Contract Modification No.4

Capital Metropolitan Transportation Authority
Name

Notice Name

2910 E 5th Street
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Austin | TX | 78702 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.314** **State what the contract or lease is for and the nature of the debtor's interest**

Contract Modification No.4

Capital Metropolitan Transportation Authority
Name

Notice Name

2910 E 5th Street
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Austin | TX | 78702 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.315 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Modification No: 2 (200417) | Capital Metropolitan Transportation Authority |

Capital Metropolitan Transportation Authority
Name

Notice Name

2910 E 5th Street
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Austin | TX | 78702 |
| City | State | ZIP Code |

Country

---

| | | |
|---|---|---|
| 2.316 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Modification No: 2 (200744) |

Capital Metropolitan Transportation Authority
Name

Notice Name

2910 E 5th Street
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Austin | TX | 78702 |
| City | State | ZIP Code |

Country

---

| | | |
|---|---|---|
| 2.317 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Modification No: 6 (200744) |

Capital Metropolitan Transportation Authority
Name

Notice Name

2910 E 5th Street
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Austin | TX | 78702 |
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.318 | State what the contract or lease is for and the nature of the debtor's interest | Electric Buses and Chargers Contract (200744) | Capital Metropolitan Transportation Authority |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 2910 E 5th Street |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Austin | TX | 78702 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.319 | State what the contract or lease is for and the nature of the debtor's interest | Electric Buses and Chargers Contract (200744) | Capital Metropolitan Transportation Authority |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 2910 E 5th Street |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Austin | TX | 78702 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.320 | State what the contract or lease is for and the nature of the debtor's interest | Exhibit A & B | Capital Metropolitan Transportation Authority |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 2910 E 5th Street |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Austin | TX | 78702 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

| | | | |
|---|---|---|---|
| 2.321 | **State what the contract or lease is for and the nature of the debtor's interest** | Exhibit A-1 Required Pricing Proposal Submittal | Capital Metropolitan Transportation Authority |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2910 E 5th Street |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Austin |
| | | | City |

Austin          TX          78702
City            State       ZIP Code

Country

| | | | |
|---|---|---|---|
| 2.322 | **State what the contract or lease is for and the nature of the debtor's interest** | Exhibit A-3 Required Pricing Proposal Submittal | Capital Metropolitan Transportation Authority |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2910 E 5th Street |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

Austin          TX          78702
City            State       ZIP Code

Country

| | | | |
|---|---|---|---|
| 2.323 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Assurance and Supply Chain Assessment | Capital Metropolitan Transportation Authority |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2910 E 5th Street |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

Austin          TX          78702
City            State       ZIP Code

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.324 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Notice of Award for Contract 500013 (RFP 308140) | Capital Metropolitan Transportation Authority |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2910 East Fifth Street |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Austin            TX            78702 |
| | | | City              State         ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.325 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Notice of Award for Contract 500013 (RFP 308140) | Capital Metropolitan Transportation Authority |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2910 East Fifth Street |
| | **State the term remaining** | 7/31/2023 | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Austin            TX            78702 |
| | | | City              State         ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.326 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Notice of Proceed | Capital Metropolitan Transportation Authority |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2910 E 5th Street |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Austin            TX            78702 |
| | | | City              State         ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**2.327** | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Notice to Proceed of Contract 200417 | Capital Metropolitan Transportation Authority

Name

Notice Name

2910 E 5th Street

**State the term remaining** | Unknown

Address

**List the contract number of any government contract**

| Austin | TX | 78702 |
|--------|----|----|
| City | State | ZIP Code |

Country

**2.328** | **State what the contract or lease is for and the nature of the debtor's interest** | Performance & Payment Bond (Bond Number: 800018814) | Capital Metropolitan Transportation Authority

Name

Notice Name

2910 E 5th Street

**State the term remaining** | Unknown

Address

**List the contract number of any government contract**

| Austin | TX | 78702 |
|--------|----|----|
| City | State | ZIP Code |

Country

**2.329** | **State what the contract or lease is for and the nature of the debtor's interest** | Pre-Award Buy America Audit - 40-foot Battery Electric Bus Report | Capital Metropolitan Transportation Authority

Name

Notice Name

2910 E 5th Street

**State the term remaining** | Unknown

Address

**List the contract number of any government contract**

| Austin | TX | 78702 |
|--------|----|----|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.330 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (112512) | Capital Transit - City and Borough of Juneau, Alaska |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 10099 Bentwood Place |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Juneau | AK | 99801 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.331 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (112512) | Capital Transit - City and Borough of Juneau, Alaska |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 10099 Bentwood Place |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Juneau | AK | 99801 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.332 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (112673) | Capital Transit - City and Borough of Juneau, Alaska |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 10099 Bentwood Place |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Juneau | AK | 99801 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.333 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (112673) | Capital Transit - City and Borough of Juneau, Alaska |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 10099 Bentwood Place |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| | Juneau | AK | 99801 |
| | City | State | ZIP Code |
| | | | |
| | Country | | |

| | | |
|---|---|---|
| 2.334 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Carbon Supply Chain Management LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 14351 Pendragon Way |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| | Fishers | IN | 46037 |
| | City | State | ZIP Code |
| | | | |
| | Country | | |

| | | |
|---|---|---|
| 2.335 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement | Carolina CC Venture XXXVII, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 3715 Northside Parkway, Bldg. 200, Ste 700 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| | Atlanta | GA | 30327 |
| | City | State | ZIP Code |
| | | | |
| | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*:  23-11121

**2.336** **State what the contract or lease is for and the nature of the debtor's interest**

Lease Guaranty

Carolina CC Venture XXXVII, LLC
Name

Notice Name

3715 Northside Parkway, Bldg. 200, Ste 700
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Atlanta | GA | 30327 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.337** **State what the contract or lease is for and the nature of the debtor's interest**

Lease Guaranty

Carolina CC Venture XXXVII, LLC
Name

Notice Name

3715 Northside Parkway, Bldg. 200, Ste 700
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Atlanta | GA | 30327 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.338** **State what the contract or lease is for and the nature of the debtor's interest**

Master Automated Truck System Agreement

Carolina Handling LLC
Name

Notice Name

4835 Sirona Drive, Suite 100
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Charlotte | NC | 28273 |
|---|---|---|
| City | State | ZIP Code |

Country

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.339** **State what the contract or lease is for and the nature of the debtor's interest**
Master Automated Truck System Agreement

Carolina Handling LLC
Name

Notice Name

4835 Sirona Drive, Suite 100
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Charlotte | NC | 28273 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.340** **State what the contract or lease is for and the nature of the debtor's interest**
Master Automated Truck System Agreement

Carolina Handling LLC
Name

Notice Name

4835 Sirona Drive, Suite 100
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Charlotte | NC | 28273 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.341** **State what the contract or lease is for and the nature of the debtor's interest**
Master Automated Truck System Agreement

Carolina Handling LLC
Name

Notice Name

4835 Sirona Drive, Suite 100
Address

**State the term remaining** 10/10/2025

**List the contract number of any government contract**

| Charlotte | NC | 28273 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.342 | **State what the contract or lease is for and the nature of the debtor's interest** | Comprehensive Fleet Service Agreement |

Carolina Handling, LLC
Name

Notice Name

3101 Piper Lane
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Charlotte | NC | 28208 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.343 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (P006085995) |

Carolina Thomas LLC
Name

Notice Name

6340A Burnt Poplar Road
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Greensboro | NC | 27409 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.344 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (P006086515) |

Carolina Thomas LLC
Name

Notice Name

6340A Burnt Poplar Road
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Greensboro | NC | 27409 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.345** | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (P006088452) | Carolina Thomas LLC
Name

| | | Notice Name

| **State the term remaining** | Unknown | 6340A Burnt Poplar Road
Address

| **List the contract number of any government contract** | |

| | | Greensboro | NC | 27409
| | | City | State | ZIP Code

| | | Country

---

**2.346** | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO No. P006088456) | Carolina Thomas LLC
Name

| | | Notice Name

| **State the term remaining** | Unknown | 6340A Burnt Poplar Road
Address

| **List the contract number of any government contract** | |

| | | Greensboro | NC | 27409
| | | City | State | ZIP Code

| | | Country

---

**2.347** | State what the contract or lease is for and the nature of the debtor's interest | Rental Agreement | Carolina Water Specialties, LLC dba Culligan of the Piedmont, Easley, SC
Name

| | | Notice Name

| **State the term remaining** | Unknown | PO Box 2820
Address

| **List the contract number of any government contract** | |

| | | Greenville | SC | 29602
| | | City | State | ZIP Code

| | | Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.348** | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order Form (Change No. CO-1) | CARTA
Name
| | | Notice Name
| | | 5790 Casper Padgett Way
**State the term remaining** | Unknown | Address
**List the contract number of any government contract** | |

| | | North Charleston | SC | 29406 |
| | | City | State | ZIP Code |
| | | Country | | |

**2.349** | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order Form (Change No.: CO-3; Contract Number: PO101278) | CARTA
Name
| | | Notice Name
| | | 5790 Casper Padgett Way
**State the term remaining** | Unknown | Address
**List the contract number of any government contract** | |

| | | North Charleston | SC | 29406 |
| | | City | State | ZIP Code |
| | | Country | | |

**2.350** | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order Form (Change No.: CO-3; Contract Number: PO101278) | CARTA
Name
| | | Notice Name
| | | 5790 Casper Padgett Way
**State the term remaining** | Unknown | Address
**List the contract number of any government contract** | |

| | | North Charleston | SC | 29406 |
| | | City | State | ZIP Code |
| | | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.351** **State what the contract or lease is for and the nature of the debtor's interest**

Change Order Request Form (Change No.: 1 Rev 2)

CARTA
Name

Notice Name

5790 Casper Padgett Way
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| North Charleston | SC | 29406 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.352** **State what the contract or lease is for and the nature of the debtor's interest**

Letter to Berkeley-Charleston re: Installation

CARTA
Name

Notice Name

5790 Casper Padgett Way
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| North Charleston | SC | 29406 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.353** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase and Sale of Three 40FT BEBs and Three Charging Stations (19-PRO007)

CARTA
Name

Notice Name

5790 Casper Padgett Way
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| North Charleston | SC | 29406 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

| 2.354 | State what the contract or lease is for and the nature of the debtor's interest | Purchase and Sale of Three 40FT BEBs and Three Charging Stations (19-PRO008) | CARTA |
| | | | Name |

Notice Name

5790 Casper Padgett Way

Address

| | State the term remaining | Unknown |

| | List the contract number of any government contract | |

| | | North Charleston | SC | 29406 |
| | | City | State | ZIP Code |

Country

| 2.355 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO No. 101214) | CARTA |
| | | | Name |

Notice Name

5790 Casper Padgett Way

Address

| | State the term remaining | Unknown |

| | List the contract number of any government contract | |

| | | N. Charleston | SC | 29406 |
| | | City | State | ZIP Code |

Country

| 2.356 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Purchase Order No. 101227) | CARTA |
| | | | Name |

Notice Name

5790 Casper Padgett Way

Address

| | State the term remaining | Unknown |

| | List the contract number of any government contract | |

| | | North Charleston | SC | 29406 |
| | | City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.357 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Purchase Order No. 101278) |

CARTA
Name

Notice Name

5790 Casper Padgett Way
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| North Charleston | SC | 29406 |

Country

| | | |
|---|---|---|
| 2.358 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Purchase Order No. 101318) |

CARTA
Name

Notice Name

5790 Casper Padgett Way
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| North Charleston | SC | 29406 |

Country

| | | |
|---|---|---|
| 2.359 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Purchase Order No. 101342) |

CARTA
Name

Notice Name

5790 Casper Padgett Way
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| North Charleston | SC | 29406 |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**2.360** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

**State the term remaining** Unknown

**List the contract number of any government contract**

Cary Products Co., Inc

Name

Notice Name

101 Lacaster Hutchins Road

Address

| Hutchins | TX | 75141 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.361** **State what the contract or lease is for and the nature of the debtor's interest**

Master Service Agreement

**State the term remaining** Unknown

**List the contract number of any government contract**

CBIZ Operations, Inc

Name

Notice Name

275 Battery Street

Address

Suite 420

| San Francisco | CA | 94111 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.362** **State what the contract or lease is for and the nature of the debtor's interest**

Tenant Estoppel Certificate

**State the term remaining** Unknown

**List the contract number of any government contract**

CBRE- Property Management

Name

Notice Name

355 S Main St, Ste 701

Address

| Greenville | SC | 29601 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.363** State what the contract or lease is for and the nature of the debtor's interest

Various CCTA Special Contract Provisions

CCTA

Name

Notice Name

State the term remaining — Unknown

700 N. Sangamon St.

Address

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| Chicago | IL | 60642 |

Country

---

**2.364** State what the contract or lease is for and the nature of the debtor's interest

Master Service Agreement

CDW, Inc.

Name

Notice Name

State the term remaining — Unknown

PO Box 75723

Address

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| Chicago | IL | 60675-5723 |

Country

---

**2.365** State what the contract or lease is for and the nature of the debtor's interest

Change Order Form Amending Contract 20-C47 b/w LYNX and PTRA (Change No. CR-0001)

Central Florida Regional Transportation Authority (LYNX)

Name

Notice Name

455 North Garland Avenue, Suite 500

Address

State the term remaining — Unknown

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| Orlando | FL | 32801 |

Country

---

Debtor:   Proterra Operating Company, Inc.

Case number *(if known)*:   23-11121

| 2.366 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract 20-C47 b/w LYNX and PTRA Purchase and Sale of 7, 35FT BEBs (Contract No. 20-C47) | Central Florida Regional Transportation Authority (LYNX) |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 455 North Garland Avenue, Suite 500 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Orlando          FL          32801 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

| 2.367 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract 21-C42 b/w LYNX and Proterra Operating Company, Inc.  (Contract No. 21-C42) | Central Florida Regional Transportation Authority (LYNX) |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 455 North Garland Avenue, Suite 500 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Orlando          FL          32801 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

| 2.368 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Intent to Purchase One 35' Proterra Catalyst E2 Transit Bus | Central Florida Regional Transportation Authority (LYNX) |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 455 N Garland Ave |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Orlando          FL          32801-1518 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

Debtor:  Proterra Operating Company, Inc.

Name

Case number *(if known)*:  23-11121

| | | |
|---|---|---|
| 2.369 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Intent to Purchase Seven 35' Buses |

Central Florida Regional Transportation Authority (LYNX)

Name

Notice Name

455 N Garland Ave

Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Orlando | FL | 32801-1518 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.370 | **State what the contract or lease is for and the nature of the debtor's interest** | Notice to Proceed re Contract 21-C42 & Purchase Order 2200850 (Contract No. 21-C42; PO No. 2200850) |

Central Florida Regional Transportation Authority (LYNX)

Name

Notice Name

455 North Garland Avenue

Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Orlando | FL | 32801 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.371 | **State what the contract or lease is for and the nature of the debtor's interest** | Addendum to Customer Order (DOC-0001150954,) |

CenturyLink, Inc.

Name

Notice Name

200 S 5th Street

Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Minneapolis | MN | 55402 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.372** **State what the contract or lease is for and the nature of the debtor's interest**

CenturyLink Total Advantage Agreement

CenturyLink, Inc.
Name

Notice Name

200 S 5th Street
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Minneapolis | MN | 55402 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.373** **State what the contract or lease is for and the nature of the debtor's interest**

Amendment to the Professional Services Agreement

Champion Benefits, an Alera Group Agency, LLC
Name

Notice Name

1455 Lincoln Parkway, Ste 100
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Atlanta | GA | 30346 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.374** **State what the contract or lease is for and the nature of the debtor's interest**

Professional Services Agreement

Champion Benefits, an Alera Group Agency, LLC
Name

Notice Name

1455 Lincoln Parkway, Ste 100
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Atlanta | GA | 30346 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.375 | **State what the contract or lease is for and the nature of the debtor's interest** | Data License Agreement |
| | | ChargePoint |
| | | Name |
| | | |
| | | Notice Name |
| | | 240 East Hacienda Avenue |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Campbell | CA | 95008 |

Country

| | | |
|---|---|---|
| 2.376 | **State what the contract or lease is for and the nature of the debtor's interest** | Product Supply Agreement |
| | | ChargePoint |
| | | Name |
| | | |
| | | Notice Name |
| | | 254 E Hacienda Ave |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Campbell | CA | 95008 |

Country

| | | |
|---|---|---|
| 2.377 | **State what the contract or lease is for and the nature of the debtor's interest** | Reseller of Equipment and Consulting Services Agreement |
| | | ChargePoint |
| | | Name |
| | | |
| | | Notice Name |
| | | 254 E Hacienda Ave |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Campbell | CA | 95008 |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known):   23-11121

**2.378** State what the contract or lease is for and the nature of the debtor's interest

Terms and Conditions of Purchase ("TCP") As revised August 31, 2016

ChargePoint
Name

Notice Name

254 E Hacienda Ave
Address

State the term remaining    Unknown

List the contract number of any government contract

| Campbell | CA | 95008 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.379** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PO Number E26013)

Charles City County Public Schools
Name

Notice Name

10035 Courthouse Rd
Address

State the term remaining    Unknown

List the contract number of any government contract

| Charles City | VA | 23030 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.380** State what the contract or lease is for and the nature of the debtor's interest

Amendment No. 001 (Contract No. 19-PRO008)

Charleston Area Regional Transportation Authority
Name

Notice Name

5790 Casper Padgett Way
Address

State the term remaining    Unknown

List the contract number of any government contract

| North Charleston | SC | 29406 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

| | | | | |
|---|---|---|---|---|
| | Name | | | |

**2.381** **State what the contract or lease is for and the nature of the debtor's interest**

Engineer, Procure, Construct (EPC) Agreement

Charleston Area Regional Transportation Authority
Name

Notice Name

5790 Casper Padgett Way
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| North Charleston | SC | 29406 |

Country

**2.382** **State what the contract or lease is for and the nature of the debtor's interest**

Letter re: Notice to Proceed with Purchase Order (PO 101278)

Charleston Area Regional Transportation Authority
Name

Notice Name

5790 Casper Padgett Way
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| North Charleston | SC | 29406 |

Country

**2.383** **State what the contract or lease is for and the nature of the debtor's interest**

Notice of Intent - Electric Bus Charging Infrastructure

Charleston Area Regional Transportation Authority
Name

Notice Name

5790 Casper Padgett Way
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| North Charleston | SC | 29406 |

Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.384 | State what the contract or lease is for and the nature of the debtor's interest | Engineer, Procure, Construct (EPC) Agreement |

Charleston Area Regional Transportation Authority (CARTA)
Name

Notice Name

5790 Casper Padgett Way
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| N. Charleston | SC | 29406 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.385 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO Number: E37657) |

Charlotte County Public Schools
Name

Notice Name

PO Box 790
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Charlotte Court House | VA | 23923 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.386 | State what the contract or lease is for and the nature of the debtor's interest | Spectrum Enterprise Service Agreement |

Charter Communications Operating, LLC
Name

Notice Name

12405 Powerscourt Drive
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| St. Louis | MO | 63131 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.387 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO No. P006088456) | Cherokee Boys Club, Inc. |
|---|---|---|---|

Name

Notice Name

127 CHEROKEE BOYS CLUB LOOP

State the term remaining — Unknown

Address

List the contract number of any government contract

| CHEROKEE | NC | 28719 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.388 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Purchase Order #: 20211762-00) | Cherokee Boys Club, Inc. |
|---|---|---|---|

Name

Notice Name

PO BOX 507

State the term remaining — Unknown

Address

List the contract number of any government contract

| CHEROKEE | NC | 28719 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.389 | State what the contract or lease is for and the nature of the debtor's interest | Amendment No. 001 | Cherokee Nation, Inc |
|---|---|---|---|

Name

Notice Name

PO Box 948

State the term remaining — Unknown

Address

List the contract number of any government contract

| Tahlequah | OK | 75564 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.390** | **State what the contract or lease is for and the nature of the debtor's interest** | Contract | Cherokee Nation, Inc
| | | Name
| | |
| | | Notice Name
| | | PO Box 948
**State the term remaining** | Unknown | | Address
**List the contract number of any government contract** | | |
| | | Tahlequah | OK | 75564
| | | City | State | ZIP Code
| | | Country

**2.391** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO Number E26289) | Chesapeake City Public Schools
| | | Name
| | |
| | | Notice Name
| | | 312 Cedar Road
**State the term remaining** | Unknown | | Address
**List the contract number of any government contract** | | |
| | | Chesapeake | VA | 23322
| | | City | State | ZIP Code
| | | Country

**2.392** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E25666) | Chesterfield County Public Schools
| | | Name
| | |
| | | Notice Name
| | | 10201 Courthouse Road
**State the term remaining** | Unknown | | Address
**List the contract number of any government contract** | | |
| | | Chesterfield | VA | 23832
| | | City | State | ZIP Code
| | | Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.393 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E32909) | Chesterfield County Public Schools |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 10201 Courthouse Road |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Chesterfield      VA      23832 |
| | | | City      State      ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.394 | **State what the contract or lease is for and the nature of the debtor's interest** | Allowance Expenditure Authorization (C17FT101878289) | Chicago Transit Authority |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 567 West Lake Street |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Chicago      IL      60661 |
| | | | City      State      ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.395 | **State what the contract or lease is for and the nature of the debtor's interest** | C17FT101878289 Change Order No. 5 – 50 kW Helix Mobile Charger | Chicago Transit Authority |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 567 West Lake Street |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Chicago      IL      60661-1498 |
| | | | City      State      ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.396** State what the contract or lease is for and the nature of the debtor's interest

Change Order (Change No.CO-2022-01)

State the term remaining — Unknown

List the contract number of any government contract

Chicago Transit Authority
Name

Notice Name

567 W. Lake St
Address

| City | State | ZIP Code |
|------|-------|----------|
| Chicago | IL | 60661 |

Country

**2.397** State what the contract or lease is for and the nature of the debtor's interest

Chicago Transit Authority Multi-project Labor Agreement

State the term remaining — Unknown

List the contract number of any government contract

Chicago Transit Authority
Name

Notice Name

567 W. Lake St
Address

| City | State | ZIP Code |
|------|-------|----------|
| Chicago | IL | 60661 |

Country

**2.398** State what the contract or lease is for and the nature of the debtor's interest

Contract Change Order (Contract No. C17FT101878289)

State the term remaining — Unknown

List the contract number of any government contract

Chicago Transit Authority
Name

Notice Name

567 W. Lake St
Address

| City | State | ZIP Code |
|------|-------|----------|
| Chicago | IL | 60661 |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.399 | State what the contract or lease is for and the nature of the debtor's interest | Contract Change Order (Contract No. C17FT101878289) | Chicago Transit Authority |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Unknown | 567 W. Lake St |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Chicago | IL | 60661 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.400 | State what the contract or lease is for and the nature of the debtor's interest | Contract Change Order (Contract No. C17FT101878289) | Chicago Transit Authority |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Unknown | 567 W. Lake St |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Chicago | IL | 60661 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.401 | State what the contract or lease is for and the nature of the debtor's interest | Contract Change Order No. 06 | Chicago Transit Authority |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Unknown | 567 West Lake Street |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Chicago | IL | 60661-1465 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.402 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Change Order No. 5 (Contract No. C17FT101878289) |
| | | Chicago Transit Authority |
| | | Name |
| | | Notice Name |
| | | 567 W. Lake St |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| Chicago | IL | 60661 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.403 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract for Electric Bus En-Route Rapid Charger Stations (No. 1) |
| | | Chicago Transit Authority |
| | | Name |
| | | Notice Name |
| | | 567 W. Lake St |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| Chicago | IL | 60661 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.404 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract re: Volume 1-6 (Contract No. C17FT101878289) |
| | | Chicago Transit Authority |
| | | Name |
| | | Notice Name |
| | | 567 W. Lake St |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| Chicago | IL | 60661 |
|---|---|---|
| City | State | ZIP Code |

Country

Official Form 206G                    **Schedule G: Executory Contracts and Unexpired Leases**                    Page 135 of 906

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*:  23-11121

| 2.405 | **State what the contract or lease is for and the nature of the debtor's interest** | Cover Letter Package 1:  RFP No. C17FT101878289 (RFP NO. C17FT101878289) | Chicago Transit Authority |
|---|---|---|---|

Name

| | | | Notice Name |
|---|---|---|---|
| | **State the term remaining** | Unknown | 567 West Lake Street, 2nd Floor Bid Office |

Address

| | **List the contract number of** | | |
|---|---|---|---|
| | **any government contract** | | |

| | | | Chicago | IL | 60661 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

| 2.406 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter Agreement re: Pilot Buses Conditional Acceptance (C17FT101878289) | Chicago Transit Authority |
|---|---|---|---|

Name

| | | | Notice Name |
|---|---|---|---|
| | **State the term remaining** | Unknown | 567 West Lake Street |

Address

| | **List the contract number of** | | |
|---|---|---|---|
| | **any government contract** | | |

| | | | Chicago | IL | 60661-1498 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

| 2.407 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter Agreement re: Pilot Buses Conditional Acceptance (C17FT101878289) | Chicago Transit Authority |
|---|---|---|---|

Name

| | | | Notice Name |
|---|---|---|---|
| | | | 567 West Lake Street |
| | **State the term remaining** | Unknown | Address |

| | **List the contract number of** | | |
|---|---|---|---|
| | **any government contract** | | |

| | | | Chicago | IL | 60661-1498 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.408 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter Agreement re: Pilot Buses Conditional Acceptance (C17FT101878289) |

Chicago Transit Authority
Name

Notice Name

567 West Lake Street
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Chicago | IL | 60661-1498 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.409 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re Pilot Buses Conditional Acceptance (C17FT101878289) |

Chicago Transit Authority
Name

Notice Name

567 West Lake Street
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Chicago | IL | 60661-1498 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.410 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re Proterra Pilot Buses Conditional Acceptance (C17FT101878289) |

Chicago Transit Authority
Name

Notice Name

567 West Lake Street
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Chicago | IL | 60661-1498 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**2.411**  **State what the contract or lease is for and the nature of the debtor's interest**

Letter re Proterra Pilot Buses Conditional Acceptance (C17FT101878289)

Chicago Transit Authority

Name

Notice Name

567 West Lake Street

Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Chicago | IL | 60661-1498 |

Country

**2.412**  **State what the contract or lease is for and the nature of the debtor's interest**

Letter re Proterra Pilot Buses Conditional Acceptance (C17FT101878289)

Chicago Transit Authority

Name

Notice Name

567 West Lake Street

Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Chicago | IL | 60661-1498 |

Country

**2.413**  **State what the contract or lease is for and the nature of the debtor's interest**

Letter re Proterra Pilot Buses Conditional Acceptance (C17FT101878289)

Chicago Transit Authority

Name

Notice Name

567 West Lake Street

Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Chicago | IL | 60661-1498 |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.414** **State what the contract or lease is for and the nature of the debtor's interest**

Letter re: Contract No. C17FT101878289 - Chicago/Austin Site Utility (Contract No. C17FT101878289)

Chicago Transit Authority
Name

Notice Name

567 West Lake Street
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Chicago | IL | 60661-1465 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.415** **State what the contract or lease is for and the nature of the debtor's interest**

Proceed Order No: 002 (Contract No. C17FT101878289)

Chicago Transit Authority
Name

Notice Name

567 West Lake Street
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Chicago | IL | 60661 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.416** **State what the contract or lease is for and the nature of the debtor's interest**

Proceed Order No: 003 (Contract No. C17FT101878289)

Chicago Transit Authority
Name

Notice Name

567 West Lake Street
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Chicago | IL | 60661 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.417 | State what the contract or lease is for and the nature of the debtor's interest | Proceed Order No: 005 (Contract No. C17FT101878289) |

Chicago Transit Authority
Name

Notice Name

567 West Lake Street
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Chicago | IL | 60661 |

Country

| | | |
|---|---|---|
| 2.418 | State what the contract or lease is for and the nature of the debtor's interest | Proceed Order No: 006 |

Chicago Transit Authority
Name

Notice Name

567 West Lake Street
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Chicago | IL | 60661 |

Country

| | | |
|---|---|---|
| 2.419 | State what the contract or lease is for and the nature of the debtor's interest | Proceed Order No: 014 (Contract No. C17FT101878289) |

Chicago Transit Authority
Name

Notice Name

567 West Lake Street
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Chicago | IL | 60661 |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.420 | **State what the contract or lease is for and the nature of the debtor's interest** | Proceed Order No: 015 (Contract No. C17FT101878289) |

Chicago Transit Authority

Name

Notice Name

567 West Lake Street

Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Chicago | IL | 60661 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.421 | **State what the contract or lease is for and the nature of the debtor's interest** | Proceed Order No: 021 |

Chicago Transit Authority

Name

Notice Name

567 West Lake Street

Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Chicago | IL | 60661 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.422 | **State what the contract or lease is for and the nature of the debtor's interest** | Proceed Order No: 030 (Contract No. C17FT101878289) |

Chicago Transit Authority

Name

Notice Name

567 West Lake Street

Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Chicago | IL | 60661 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Case number (if known): 23-11121

| | | | |
|---|---|---|---|
| 2.423 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of Two 40FT BEBs and Two Charging Stations (P2018-4-Citibus) | Chris Mandrell General Manager Citibus |

Name

Notice Name

801 Texas Avenue

**State the term remaining**     Unknown    Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Lubbock | TX | 79401 |
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.424 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement | Cigna Health and Life Insurance Co. |

Name

Notice Name

Dept 59

**State the term remaining**     Unknown    Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Denver | CO | 80291 |
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.425 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Cincinnati Test Systems, Inc. |

Name

Notice Name

10100 Progress Way

**State the term remaining**     Unknown    Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Harrison | OH | 45030 |
| City | State | ZIP Code |

Country

| Debtor: | Proterra Operating Company, Inc. | | Case number *(if known):* | 23-11121 |
|---|---|---|---|---|
| | Name | | | |

**2.426** State what the contract or lease is for and the nature of the debtor's interest

Facility Services Rental Agreement

Cintas Corporation #216
Name

Notice Name

LOC 216
Address

State the term remaining — Unknown

PO Box 630803

List the contract number of any government contract

| Cincinnati | OH | 45263 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.427** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Cintas Corporation #464
Name

Notice Name

PO Box 29059
Address

State the term remaining — Unknown

List the contract number of any government contract

| Phoenix | AZ | 85038 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.428** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Cintas Fire Protection Loc #F51
Name

Notice Name

PO Box 636525
Address

State the term remaining — Unknown

List the contract number of any government contract

| Cincinnati | OH | 45263 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

---

**2.429**

**State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Cintas First Aid & Safety

Name

Notice Name

**State the term remaining**  Unknown

PO Box 631025

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Cincinnati | OH | 45263 |

Country

---

**2.430**

**State what the contract or lease is for and the nature of the debtor's interest**

Invoice (1027062)

City & County of San Francisco Municipal Railway

Name

Notice Name

**State the term remaining**  Unknown

1 S Van Ness Ave, 8th Floor

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| San Francisco | CA | 94103 |

Country

---

**2.431**

**State what the contract or lease is for and the nature of the debtor's interest**

Purchase and Sale of One (1) 40 Foot Battery Electric Bus (Contract No. 20-185)

City and Borough of Juneau, Alaska

Name

Notice Name

10099 Bentwood Place

Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Juneau | AK | 99801 |

Country

---

Debtor:    Proterra Operating Company, Inc.                               Case number *(if known)*      23-11121
_____                                      _____
Name

| 2.432 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AND SALE OF ONE 40 FOOT BATTERY ELECTRIC BUS (AMENDMENT # 1 TO CONTRACT 20-185) | City and Borough of Juneau, Alaska |
|---|---|---|---|

Name

Notice Name

10099 Bentwood Place

| | **State the term remaining** | Unknown | Address |
|---|---|---|---|

| | **List the contract number of** | | |
| | **any government contract** | | |

| | | | Juneau | AK | 99801 |
|---|---|---|---|---|---|

City                          State              ZIP Code

Country

| 2.433 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement (Contract No. SFMTA-2020-19) | City and County of San Francisco, State of California |
|---|---|---|---|

Name

Notice Name

City Hall

| | **State the term remaining** | 11/17/2024 | Address |
|---|---|---|---|

1 Dr. Carlton B. Goodlett Place

| | **List the contract number of** | | |
| | **any government contract** | | |

| | | | San Francisco | CA | 94102-4685 |
|---|---|---|---|---|---|

City                          State              ZIP Code

Country

| 2.434 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendment to the Vehicle Lease Agreement | City of Albuquerque |
|---|---|---|---|

Name

Notice Name

PO Box 1293

| | **State the term remaining** | Unknown | Address |
|---|---|---|---|

| | **List the contract number of** | | |
| | **any government contract** | | |

| | | | Albuquerque | NM | 87103 |
|---|---|---|---|---|---|

City                          State              ZIP Code

Country

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*  23-11121

| | | | |
|---|---|---|---|
| 2.435 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order | City of Albuquerque |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 100 First Street SW |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Albuquerque     NM     87102 |
| | | | City     State     ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.436 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order | City of Albuquerque |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 100 First Street SW |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Albuquerque     NM     87102 |
| | | | City     State     ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.437 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order | City of Albuquerque |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 100 First Street SW |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Albuquerque     NM     87102 |
| | | | City     State     ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.438** State what the contract or lease is for and the nature of the debtor's interest: Order Form

City of Artesia
Name

Notice Name

18747 Clarkdale Ave
Address

State the term remaining: Unknown

List the contract number of any government contract

| Artesia | CA | 90701 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**2.439** State what the contract or lease is for and the nature of the debtor's interest: Order Form: Valence Platform

City of Artesia
Name

Notice Name

18747 Clarkdale Ave
Address

State the term remaining: Unknown

List the contract number of any government contract

| Artesia | CA | 90701 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**2.440** State what the contract or lease is for and the nature of the debtor's interest: Agreement for Purchase & Sale of Three 35FT BEBs and Charging Stations (Agreement No. 2019-12 ; Contract No. P2018-01)

City of Arvin
Name

Notice Name

200 Campus Drive
Address

State the term remaining: 5/13/2024

List the contract number of any government contract

| Arvin | CA | 93203 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*:  23-11121

| 2.441 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 1 to Bus and Charging Station Purchase Agreement | City of Arvin |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 165 Plumtree Dr. |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | Arvin | CA | 93203 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.442 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form | City of Arvin |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 165 Plumtree Dr. |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | Arvin | CA | 93203 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.443 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form | City of Arvin |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 165 Plumtree Dr. |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | Arvin | CA | 93203 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*:  23-11121

| | | |
|---|---|---|
| 2.444 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order Purchase Order (Purchase Order # 21800617-07) |
| | | City of Asheville |
| | | Name |
| | | |
| | | Notice Name |
| | | PO Box 7148 |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |
| | | Asheville | NC | 28802 |
| | | City | State | ZIP Code |
| | | |
| | | Country |

| | | |
|---|---|---|
| 2.445 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order Purchase Order (Purchase Order # 21800621-07) |
| | | City of Asheville |
| | | Name |
| | | |
| | | Notice Name |
| | | PO Box 7148 |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |
| | | Asheville | NC | 28802 |
| | | City | State | ZIP Code |
| | | |
| | | Country |

| | | |
|---|---|---|
| 2.446 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order Purchase Order (Purchase Order # 21800622-07) |
| | | City of Asheville |
| | | Name |
| | | |
| | | Notice Name |
| | | PO Box 7148 |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |
| | | Asheville | NC | 28802 |
| | | City | State | ZIP Code |
| | | |
| | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

2.447 **State what the contract or lease is for and the nature of the debtor's interest**

Change Order Purchase Order (Purchase Order # 21800623-07)

**State the term remaining** Unknown

**List the contract number of any government contract**

City of Asheville
Name

Notice Name

PO Box 7148
Address

| Asheville | NC | 28802 |
|---|---|---|
| City | State | ZIP Code |

Country

---

2.448 **State what the contract or lease is for and the nature of the debtor's interest**

Change Order Purchase Order (Purchase Order # 21800624-07)

**State the term remaining** Unknown

**List the contract number of any government contract**

City of Asheville
Name

Notice Name

PO Box 7148
Address

| Asheville | NC | 28802 |
|---|---|---|
| City | State | ZIP Code |

Country

---

2.449 **State what the contract or lease is for and the nature of the debtor's interest**

Original Purchase Order (Purchase Order # 21800617-00)

**State the term remaining** Unknown

**List the contract number of any government contract**

City of Asheville
Name

Notice Name

PO Box 7148
Address

| Asheville | NC | 28802 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.450 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order # 21800621-0) | City of Asheville<br>Name |
| | | | Notice Name |
| | **State the term remaining** | Unknown | PO Box 7148<br>Address |
| | **List the contract number of any government contract** | | |
| | | | Asheville / NC / 28802<br>City / State / ZIP Code |
| | | | Country |
| 2.451 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order # 21800622-0) | City of Asheville<br>Name |
| | | | Notice Name |
| | **State the term remaining** | Unknown | PO Box 7148<br>Address |
| | **List the contract number of any government contract** | | |
| | | | Asheville / NC / 28802<br>City / State / ZIP Code |
| | | | Country |
| 2.452 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order # 21800623-0) | City of Asheville<br>Name |
| | | | Notice Name |
| | **State the term remaining** | Unknown | PO Box 7148<br>Address |
| | **List the contract number of any government contract** | | |
| | | | Asheville / NC / 28802<br>City / State / ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.453 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order # 21800624-0) |

City of Asheville
Name

Notice Name

**State the term remaining** — Unknown

PO Box 7148
Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Asheville | NC | 28802 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.454 | **State what the contract or lease is for and the nature of the debtor's interest** | Proterra Form Sale Contract (Contract NO:.PA-2020-001-Boulder) |

City Of Boulder
Name

Notice Name

**State the term remaining** — Unknown

1101 Arapahoe Avenue
Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Boulder | CO | 80302 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.455 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

City of Burlingame
Name

Notice Name

501 Primrose Rd
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Burlingame | CA | 94010 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.456** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PO:. 20010230)

City of Charlotte Ap
Name

Notice Name

State the term remaining   Unknown

PO Box 37979
Address

List the contract number of any government contract

| Charlotte | NC | 28237-7979 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.457** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PO #18085)

City of Clemson Clemson Area Transit
Name

Notice Name

State the term remaining   Unknown

200 West Lane
Address

List the contract number of any government contract

| Clemson | SC | 29631-1241 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.458** State what the contract or lease is for and the nature of the debtor's interest

Contract Purchase Agreement Dated August 3, 2021 (Contract No. 6003774)

City of Detroit
Name

Notice Name

State the term remaining   10/25/2026

2 Woodward Ave, Ste 1100
Address

List the contract number of any government contract

| Detroit | MI | 48226 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.459 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of FOUR 40FT BEBs and Charging Stations (Contract No.PA-2021-001-DDOT) |

City of Detroit

Name

Notice Name

100 Mack Ave

Address

**State the term remaining** 11/9/2026

**List the contract number of any government contract**

| Detroit | MI | 48201 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.460 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order : 3054962 For Contract Agreement : 6003774 Change Order :1) |

City of Detroit

Name

Notice Name

2 Woodward Avenue, Site 644

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Detroit | MI | 48226 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.461 | **State what the contract or lease is for and the nature of the debtor's interest** | Bus Acceptance (3054320) |

City of Detroit Department of Transportation(DDOT)

Name

Notice Name

1245 E. Washington Ave., Suite 201

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Madison | WI | 53703 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.462 | **State what the contract or lease is for and the nature of the debtor's interest** | Amending Agreement #1 | City of Edmonton |
|---|---|---|---|

Name

Notice Name

12404 107 Street

Address

| **State the term remaining** | Unknown |
|---|---|

**List the contract number of any government contract**

| Edmonton | AB | T5G 2S7 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| 2.463 | **State what the contract or lease is for and the nature of the debtor's interest** | Amending Agreement #1 (D929211A) | City of Edmonton |
|---|---|---|---|

Name

Notice Name

12404 107 Street

Address

| **State the term remaining** | Unknown |
|---|---|

**List the contract number of any government contract**

| Edmonton | AB | T5G 2S7 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| 2.464 | **State what the contract or lease is for and the nature of the debtor's interest** | Amending Agreement #10 | City of Edmonton |
|---|---|---|---|

Name

Notice Name

12404 107 Street

Address

| **State the term remaining** | Unknown |
|---|---|

**List the contract number of any government contract**

| Edmonton | AB | T5G 2S7 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.465** State what the contract or lease is for and the nature of the debtor's interest

Amending Agreement #11

City of Edmonton
Name

Notice Name

12404 107 Street
Address

State the term remaining

Unknown

List the contract number of any government contract

| Edmonton | AB | T5G 2S7 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

**2.466** State what the contract or lease is for and the nature of the debtor's interest

Amending Agreement #2

City of Edmonton
Name

Notice Name

12404 107 Street
Address

State the term remaining

Unknown

List the contract number of any government contract

| Edmonton | AB | T5G 2S7 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

**2.467** State what the contract or lease is for and the nature of the debtor's interest

Amending Agreement #3

City of Edmonton
Name

Notice Name

12404 107 Street
Address

State the term remaining

Unknown

List the contract number of any government contract

| Edmonton | AB | T5G 2S7 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**2.468**

**State what the contract or lease is for and the nature of the debtor's interest**

Amending Agreement #4

City of Edmonton

Name

Notice Name

12404 107 Street

Address

**State the term remaining**

Unknown

**List the contract number of any government contract**

| Edmonton | AB | T5G 2S7 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

**2.469**

**State what the contract or lease is for and the nature of the debtor's interest**

Amending Agreement #5

City of Edmonton

Name

Notice Name

12404 107 Street

Address

**State the term remaining**

Unknown

**List the contract number of any government contract**

| Edmonton | AB | T5G 2S7 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

**2.470**

**State what the contract or lease is for and the nature of the debtor's interest**

Amending Agreement #6

City of Edmonton

Name

Notice Name

12404 107 Street

Address

**State the term remaining**

Unknown

**List the contract number of any government contract**

| Edmonton | AB | T5G 2S7 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| **2.471** | **State what the contract or lease is for and the nature of the debtor's interest** | Amending Agreement #7 |
| | | City of Edmonton |
| | | Name |
| | | |
| | | Notice Name |
| | | 12404 107 Street |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| Edmonton | AB | T5G 2S7 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| | | |
|---|---|---|
| **2.472** | **State what the contract or lease is for and the nature of the debtor's interest** | Amending Agreement #8 |
| | | City of Edmonton |
| | | Name |
| | | |
| | | Notice Name |
| | | 12404 107 Street |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| Edmonton | AB | T5G 2S7 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| | | |
|---|---|---|
| **2.473** | **State what the contract or lease is for and the nature of the debtor's interest** | Amending Agreement #9 |
| | | City of Edmonton |
| | | Name |
| | | |
| | | Notice Name |
| | | 12404 107 Street |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| Edmonton | AB | T5G 2S7 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*    23-11121

**2.474** **State what the contract or lease is for and the nature of the debtor's interest**

Change to C-Release

City of Edmonton
Name

Notice Name

4th Floor, Century Place
Address

**State the term remaining**    Unknown

9803 102A Avenue NW

**List the contract number of any government contract**

| Edmonton | AB | T5J 3A3 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

**2.475** **State what the contract or lease is for and the nature of the debtor's interest**

Change to C-Release

City of Edmonton
Name

Notice Name

4th Floor, Century Place
Address

**State the term remaining**    Unknown

9803 102A Avenue NW

**List the contract number of any government contract**

| Edmonton | AB | T5J 3A3 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

**2.476** **State what the contract or lease is for and the nature of the debtor's interest**

Change to C-Release

City of Edmonton
Name

Notice Name

FS - Westwood
Address

**State the term remaining**    Unknown

12404 107 Street NW

**List the contract number of any government contract**

| Edmonton | AB | T5G 2S7 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.477** **State what the contract or lease is for and the nature of the debtor's interest**

Change to C-Release

City of Edmonton
Name

Notice Name

FS - Westwood
Address

**State the term remaining** Unknown

12404 107 Street NW

**List the contract number of any government contract**

| Edmonton | AB | T5G 2S7 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

**2.478** **State what the contract or lease is for and the nature of the debtor's interest**

Change to C-Release

City of Edmonton
Name

Notice Name

FS - Westwood
Address

**State the term remaining** Unknown

12404 107 Street NW

**List the contract number of any government contract**

| Edmonton | AB | T5G 2S7 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

**2.479** **State what the contract or lease is for and the nature of the debtor's interest**

Change to C-Release

City of Edmonton
Name

Notice Name

4th Floor Century Place 9803-102
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Edmonton | AB | T5J 3A3 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.480**

**State what the contract or lease is for and the nature of the debtor's interest**

Change to C-Release

**State the term remaining**

Unknown

**List the contract number of any government contract**

City of Edmonton
Name

Notice Name

FS - Westwood
Address

12404 107 Street NW

| Edmonton | AB | T5G 2S7 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

**2.481**

**State what the contract or lease is for and the nature of the debtor's interest**

Contract Form (929211)

**State the term remaining**

Unknown

**List the contract number of any government contract**

City of Edmonton
Name

Notice Name

12404 107 Street
Address

| Edmonton | AB | T5G 2S7 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

**2.482**

**State what the contract or lease is for and the nature of the debtor's interest**

Contract No. 929211 40FT BEBs and Charging Systems (929211)

**State the term remaining**

Unknown

**List the contract number of any government contract**

City of Edmonton
Name

Notice Name

4th Floor, Century Place
Address

9803 102A Avenue NW

| Edmonton | AB | T5J 3A3 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.483 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract No. 929211 40FT BEBs and Charging Systems (929211) |

City of Edmonton
Name

Notice Name

4th Floor, Century Place
Address

**State the term remaining** | Unknown

9803 102A Avenue NW

**List the contract number of any government contract**

| Edmonton | AB | T5J 3A3 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| | | |
|---|---|---|
| 2.484 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Contract Renewal (929211A) |

City of Edmonton
Name

Notice Name

Westwood Integrated Site
Address

**State the term remaining** | Unknown

12404 107 Street NW

**List the contract number of any government contract**

| Edmonton | AB | T5G 2S7 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| | | |
|---|---|---|
| 2.485 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Exercising Option to Renew for One Year Term |

City of Edmonton
Name

Notice Name

Westwood Integrated Site
Address

**State the term remaining** | Unknown

12404 107 Street NW

**List the contract number of any government contract**

| Edmonton | AB | T5G 2S7 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**2.486** **State what the contract or lease is for and the nature of the debtor's interest**

Letter re: Renewal for 1 Year

**State the term remaining** Unknown

**List the contract number of any government contract**

City of Edmonton
Name

Notice Name

Westwood Integrated Site
Address

12404 107 Street NW

| Edmonton | AB | T5G 2S7 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

---

**2.487** **State what the contract or lease is for and the nature of the debtor's interest**

Letter re: Renewal with Rate Schedule

**State the term remaining** Unknown

**List the contract number of any government contract**

City of Edmonton
Name

Notice Name

Westwood Integrated Site
Address

12404 107 Street NW

| Edmonton | AB | T5G 2S7 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

---

**2.488** **State what the contract or lease is for and the nature of the debtor's interest**

Order Form

**State the term remaining** Unknown

**List the contract number of any government contract**

City of Edmonton
Name

Notice Name

2415-101 Street SW
Address

| Edmonton | AB | T6X 1A1 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.489 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form: Valence Platform | City of Edmonton |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2415-101 Street SW |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Edmonton     AB     T6X 1A1 |
| | | | City     State     ZIP Code |
| | | | Canada |
| | | | Country |
| 2.490 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Order No: 4000178026) | City of Edmonton |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 2359 |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Edmonton     AB     T5J 2R7 |
| | | | City     State     ZIP Code |
| | | | Canada |
| | | | Country |
| 2.491 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. CB 19259) | City of Everett |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 12130 |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Everett     WA     98206 |
| | | | City     State     ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**2.492** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order | City of Everett Purchasing Division
---|---|---|---

Name

Notice Name

**State the term remaining** | Unknown | 3200 Cedar Street

Address

**List the contract number of any government contract**

| Everett | WA | 98201
---|---|---

City | State | ZIP Code

Country

**2.493** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 17 30383) | City of Everett Washington
---|---|---|---

Name

Notice Name

**State the term remaining** | Unknown | PO Box 12130

Address

**List the contract number of any government contract**

| Everett | WA | 98206
---|---|---

City | State | ZIP Code

Country

**2.494** | **State what the contract or lease is for and the nature of the debtor's interest** | Appendix A: Performance Bond Form | City of Fresno
---|---|---|---

Name

Notice Name

**State the term remaining** | Unknown | 2600 Fresno Street

Address

**List the contract number of any government contract**

| Fresno | CA | 93721
---|---|---

City | State | ZIP Code

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.495**
**State what the contract or lease is for and the nature of the debtor's interest**

CER 3.11 Sample Service Contract

City of Fresno
Name

Notice Name

2600 Fresno Street
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Fresno | CA | 93721 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.496**
**State what the contract or lease is for and the nature of the debtor's interest**

Contract Extension

City of Fresno
Name

Notice Name

2600 Fresno Street
Address

**State the term remaining**   12/16/2023

**List the contract number of any government contract**

| Fresno | CA | 93721 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.497**
**State what the contract or lease is for and the nature of the debtor's interest**

First Amendment to the Agreement

City of Fresno
Name

Notice Name

2223 G Street
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Fresno | CA | 93706-1675 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.498** **State what the contract or lease is for and the nature of the debtor's interest**

Product Purchase Contract

City of Fresno

Name

Notice Name

2600 Fresno Street

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| Fresno | CA | 93721 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

---

**2.499** **State what the contract or lease is for and the nature of the debtor's interest**

Product Purchase Contract

City of Fresno

Name

Notice Name

2600 Fresno Street

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| Fresno | CA | 93721 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

---

**2.500** **State what the contract or lease is for and the nature of the debtor's interest**

Product Requirements Contract

City of Fresno

Name

Notice Name

2600 Fresno Street, Room 2156

**State the term remaining** 12/16/2022

Address

**List the contract number of any government contract**

| Fresno | CA | 93721-3622 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.501 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. FRSNO-0000074901; Bid File No. 3604) | City of Fresno |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | **State the term remaining** | 3/5/2019 | 2600 Fresno Street, Room 2156 |
| | | | Address |
| | **List the contract number of any government contract** | | |

| | | | Fresno | CA | 93721-3622 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

| 2.502 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. FRSNO-0000074901; Bid File No. 3604) | City of Fresno |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | **State the term remaining** | 3/5/2019 | 2600 Fresno Street, Room 2156 |
| | | | Address |
| | **List the contract number of any government contract** | | |

| | | | Fresno | CA | 93721-3622 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

| 2.503 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. FRSNO-0000078089; Bid File No. 9553) | City of Fresno |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | **State the term remaining** | 6/4/2021 | 2600 Fresno Street, Room 2156 |
| | | | Address |
| | **List the contract number of any government contract** | | |

| | | | Fresno | CA | 93721-3622 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.504 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order Form (2017-10574 PO: 70919_rev01) |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

City of Greensboro
Name

Notice Name

PO Box 3136
Address

| | | |
|---|---|---|
| Greensboro | NC | 27402-3136 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.505 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order Form (2017-10574 PO: 70919_rev01) |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

City of Greensboro
Name

Notice Name

PO Box 3136
Address

| | | |
|---|---|---|
| Greensboro | NC | 27402-3136 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.506 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order Form (2017-10574 PO: 70919_rev01) |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

City of Greensboro
Name

Notice Name

PO Box 3136
Address

| | | |
|---|---|---|
| Greensboro | NC | 27402-3136 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| **2.507** | **State what the contract or lease is for and the nature of the debtor's interest** | Order form Valence Platform |

City of Greensboro
Name

Notice Name

300 West Washington Street
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Greensboro | NC | 27401 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.508** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (63572) |

City of Greensboro
Name

Notice Name

PO Box 3136
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Greensboro | NC | 27402-3136 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.509** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (63572) |

City of Greensboro
Name

Notice Name

PO Box 3136
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Greensboro | NC | 27402-3136 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.510 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (64490) | City of Greensboro |
| --- | --- | --- | --- |
| | | | Name |
| | | | Notice Name |
| | | | PO Box 3136 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Greensboro NC 27402-3136 |
| | | | City    State    ZIP Code |
| | | | Country |

| 2.511 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (64490) | City of Greensboro |
| --- | --- | --- | --- |
| | | | Name |
| | | | Notice Name |
| | | | PO Box 3136 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Greensboro NC 27402-3136 |
| | | | City    State    ZIP Code |
| | | | Country |

| 2.512 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (67660) | City of Greensboro |
| --- | --- | --- | --- |
| | | | Name |
| | | | Notice Name |
| | | | PO Box 3136 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Greensboro NC 27402-3136 |
| | | | City    State    ZIP Code |
| | | | Country |

| Debtor: | Proterra Operating Company, Inc. | | Case number *(if known)*: | 23-11121 |
| | Name | | | |

**2.513** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (67660)

City of Greensboro
Name

Notice Name

PO Box 3136
Address

State the term remaining     Unknown

List the contract number of any government contract

| Greensboro | NC | 27402-3136 |
| City | State | ZIP Code |

Country

**2.514** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (68578)

City of Greensboro
Name

Notice Name

PO Box 3136
Address

State the term remaining     Unknown

List the contract number of any government contract

| Greensboro | NC | 27402-3136 |
| City | State | ZIP Code |

Country

**2.515** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (70657)

City of Greensboro
Name

Notice Name

PO Box 3136
Address

State the term remaining     Unknown

List the contract number of any government contract

| Greensboro | NC | 27402-3136 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.516** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (70919)

City of Greensboro

Name

Notice Name

PO Box 3136

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Greensboro | NC | 27402-3136 |
| City | State | ZIP Code |

Country

---

**2.517** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (70919)

City of Greensboro

Name

Notice Name

PO Box 3136

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Greensboro | NC | 27402-3136 |
| City | State | ZIP Code |

Country

---

**2.518** **State what the contract or lease is for and the nature of the debtor's interest**

Agreement to Purchase Chargers for Electric Vehicles

City of Guadalupe

Name

Notice Name

918 Obispo Street

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Guadalupe | CA | 93434 |
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.519 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 1 to Purchase Order #08102022 (Purchase Order #08102022) |

City of Guadalupe
Name

Notice Name

918 Obispo Street
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Guadalupe | CA | 93434 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.520 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (8102022) |

City of Guadalupe
Name

Notice Name

918 Obispo Street
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Guadalupe | CA | 93434 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.521 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 10022022) |

City of Guadalupe
Name

Notice Name

918 Obispo Street
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Guadalupe | CA | 93434 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known):* 23-11121

| | | | | |
|---|---|---|---|---|
| 2.522 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of four 40FT BEBs and three Charging Station (PA-2021-001-ICT) | City of Iowa City Transportation Services Department | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 1200 South Riverside Drive | |
| | **State the term remaining** | Unknown | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Iowa City | IA | 52240 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.523 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment Battery Lease Agreement | City of La Crosse | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 2000 Macro Drive | |
| | **State the term remaining** | Unknown | Address | |
| | **List the contract number of any government contract** | | | |
| | | | La Crosse | WI | 54601 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.524 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Agreement (WI-2019-007-00) | City of La Crosse | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 2000 Macro Drive | |
| | **State the term remaining** | Unknown | Address | |
| | **List the contract number of any government contract** | | | |
| | | | La Crosse | WI | 54601 |
| | | | City | State | ZIP Code |
| | | | Country | |

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121
_____

| | | |
|---|---|---|
| 2.525 | **State what the contract or lease is for and the nature of the debtor's interest** | Form of Battery Lease Agreement |
| | | City of La Crosse |
| | | Name |
| | | |
| | | Notice Name |
| | | 2000 Macro Drive |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| La Crosse | WI | 54601 |

Country

| | | |
|---|---|---|
| 2.526 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 310001) |
| | | City of La Crosse |
| | | Name |
| | | |
| | | Notice Name |
| | | 400 La Crosse Street |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| La Crosse | WI | 54601-3396 |

Country

| | | |
|---|---|---|
| 2.527 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 310002) |
| | | City of La Crosse |
| | | Name |
| | | |
| | | Notice Name |
| | | 400 La Crosse Street |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| La Crosse | WI | 54601-3396 |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*   23-11121

| | | |
|---|---|---|
| 2.528 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 310003) |

City of La Crosse
Name

Notice Name

**State the term remaining**   Unknown

400 La Crosse Street
Address

**List the contract number of any government contract**

| La Crosse | WI | 54601-3396 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.529 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Agreement between City of Lawrence and Proterra Operating Company, Inc. |

City of Lawrence
Name

Notice Name

**State the term remaining**   Unknown

6 E. 6th St.
Address

Transit & Parking Manager

**List the contract number of any government contract**

| Lawrence | KS | 66044 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.530 | **State what the contract or lease is for and the nature of the debtor's interest** | AMD 1 - Purchase of Services b/w the City of Madison and PTRA Inc. |

City of Madison
Name

Notice Name

210 Martin Luther King, Jr. Boulevard

**State the term remaining**   Unknown

Address

**List the contract number of any government contract**

| Madison | WI | 53703 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.531** **State what the contract or lease is for and the nature of the debtor's interest**

Contract For Purchase Of Services

City of Madison
Name

Notice Name

1245 E. Washington Avenue Suite 201
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Madison | WI | 53703 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.532** **State what the contract or lease is for and the nature of the debtor's interest**

Contractor Agreement Dated June 21, 20021

City of Racine
Name

Notice Name

1900 Kentucky St.
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Racine | WI | 53405 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.533** **State what the contract or lease is for and the nature of the debtor's interest**

Proterra Form Sale Contract (Contract No. PA-2021-001-Racine)

City of Racine - Belle Urban System
Name

Notice Name

730 Washington Avenue
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Racine | WI | 53403 |
|---|---|---|
| City | State | ZIP Code |

Country

---

| Debtor: | Proterra Operating Company, Inc. | | Case number *(if known)*: | 23-11121 |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 2.534 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO #: 2100410 - 00) | City of Racine, Wisconsin Purchasing Department |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 730 Washington Avenue |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | Racine | WI | 53403 |
| --- | --- | --- | --- | --- |
| | | City | State | ZIP Code |
| | | Country | | |

| 2.535 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO #: 2100411 - 00) | City of Racine, Wisconsin Purchasing Department |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 730 Washington Avenue |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | Racine | WI | 53403 |
| --- | --- | --- | --- | --- |
| | | City | State | ZIP Code |
| | | Country | | |

| 2.536 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO #: 21004112- 00) | City of Racine, Wisconsin Purchasing Department |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 730 Washington Avenue |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | Racine | WI | 53403 |
| --- | --- | --- | --- | --- |
| | | City | State | ZIP Code |
| | | Country | | |

Debtor:   Proterra Operating Company, Inc.

Case number *(if known)*:   23-11121

| | | |
|---|---|---|
| 2.537 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO #: 21004113 - 00) |

City of Racine, Wisconsin Purchasing Department
Name

Notice Name

730 Washington Avenue
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Racine | WI | 53403 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.538 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO #: 21004114- 00) |

City of Racine, Wisconsin Purchasing Department
Name

Notice Name

730 Washington Avenue
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Racine | WI | 53403 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.539 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR SERVICES |

City of Raleigh
Name

Notice Name

222 W. Hargett Street
Address

**State the term remaining**   6/1/2021

**List the contract number of any government contract**

| Raleigh | NC | 27601 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.540 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (126895) | City of Raleigh Procurement Division |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 590 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Raleigh | NC | 27602-0590 |

(cont.)

---

**2.540**

| | |
|---|---|
| City | Raleigh |
| State | NC |
| ZIP Code | 27602-0590 |
| Country | |

**2.541**

**State what the contract or lease is for and the nature of the debtor's interest** — Purchase Order (127133)

City of Raleigh Procurement Division
Name

Notice Name

PO Box 590
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| City | Raleigh |
|---|---|
| State | NC |
| ZIP Code | 27602-0590 |
| Country | |

**2.542**

**State what the contract or lease is for and the nature of the debtor's interest** — Purchase Order (109846)

City of Redding (RABA)
Name

Notice Name

PO Box 496071
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| City | Redding |
|---|---|
| State | CA |
| ZIP Code | 96049-6071 |
| Country | |

| Debtor: | Proterra Operating Company, Inc. | | Case number *(if known)*: | 23-11121 |
|---|---|---|---|---|
| | Name | | | |

**2.543** **State what the contract or lease is for and the nature of the debtor's interest**

Contract Addendum

City of Rock Hill
Name

Notice Name

PO Box 11706
Address

**State the term remaining**   Unknown

155 Johnston Street

**List the contract number of any government contract**

| Rock Hill | SC | 29731-1706 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.544** **State what the contract or lease is for and the nature of the debtor's interest**

Contract Agreement (PA-2021-001-ROCKHILL)

City of Rock Hill
Name

Notice Name

757 S. Anderson Rd., Bldg. 103
Address

**State the term remaining**   6/23/2026

**List the contract number of any government contract**

| Rock Hill | SC | 29730 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.545** **State what the contract or lease is for and the nature of the debtor's interest**

Notice to Proceed

City of Rock Hill
Name

Notice Name

155 Johnston Street
Address

**State the term remaining**   Unknown

P.O. Box 11706

**List the contract number of any government contract**

| Rock Hill | SC | 29731-1706 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.546 | **State what the contract or lease is for and the nature of the debtor's interest** | Request for Change or Approved Equal |
| | | City of Rock Hill |
| | | Name |
| | | |
| | | Notice Name |
| | | PO Box 11706 |
| | **State the term remaining** | Unknown |
| | | Address |
| | | 155 Johnston Street |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Rock Hill | SC | 29731-1706 |

Country

| | | |
|---|---|---|
| 2.547 | **State what the contract or lease is for and the nature of the debtor's interest** | Request for Change or Approved Equal |
| | | City of Rock Hill |
| | | Name |
| | | |
| | | Notice Name |
| | | PO Box 11706 |
| | **State the term remaining** | Unknown |
| | | Address |
| | | 155 Johnston Street |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Rock Hill | SC | 29731-1706 |

Country

| | | |
|---|---|---|
| 2.548 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order Form (Change No. CR-001) |
| | | City of Rock Hill, SC |
| | | Name |
| | | |
| | | Notice Name |
| | | 730 Washington Avenue |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Racine | WI | 53403 |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*:  23-11121

**2.549** **State what the contract or lease is for and the nature of the debtor's interest**    Change Order Form (Change No. CR-002)

City of Rock Hill, SC
Name

Notice Name

730 Washington Avenue
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Racine | WI | 53403 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.550** **State what the contract or lease is for and the nature of the debtor's interest**    Purchase Order (9009418)

City of Roseville
Name

Notice Name

311 Vernon St
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Roseville | CA | 95678 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.551** **State what the contract or lease is for and the nature of the debtor's interest**    Purchase Order (9011071)

City of Roseville
Name

Notice Name

311 Vernon St
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Roseville | CA | 95678 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.552** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PO No. 9011071)

City of Roseville
Name

Notice Name

311 Vernon St
Address

State the term remaining — Unknown

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| Roseville | CA | 95678 |

Country

**2.553** State what the contract or lease is for and the nature of the debtor's interest

Change Order#2 (PO:.80498)

City of San Jose
Name

Notice Name

200 East Santa Clara St., 14th Floor
Address

State the term remaining — Unknown

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| San Jose | CA | 95113-1905 |

Country

**2.554** State what the contract or lease is for and the nature of the debtor's interest

Letter of Intent re: Purchase - Six (6) ZX5 35' BEBs

City of San Luis Obispo
Name

Notice Name

919 Palm Street
Address

State the term remaining — Unknown

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| San Luis Obispo | CA | 93401-3218 |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.555** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase and Sale of One (1) 35-Foot Battery Electric Buses (PA-2021-001-SLO)

City of San Luis Obispo
Name

Notice Name

919 Palm Street
Address

**State the term remaining** 4/11/2027

**List the contract number of any government contract**

| San Luis Obispo | CA | 93401 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.556** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase and Sale of One (1) 35-Foot Battery Electric Buses (PA-2021-001-SLO)

City of San Luis Obispo
Name

Notice Name

919 Palm Street
Address

**State the term remaining** 4/11/2027

**List the contract number of any government contract**

| San Luis Obispo | CA | 93401 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.557** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. 609570)

City of San Luis Obispo
Name

Notice Name

990 Palm Street
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| San Luis Obispo | CA | 93401 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known):* 23-11121

| | | | |
|---|---|---|---|
| 2.558 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement to Purchase Chargers for Electric Vehicles | City of Sandy |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 16610 Champion Way |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Sandy                   OR            97055 |
| | | | City                    State         ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.559 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (33324) | City of Sandy |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 39250 Pioneer Blvd |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Sandy                   OR            97055 |
| | | | City                    State         ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.560 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (2000000519) | City of Sandy, Transit |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Sandy Operations Center |
| | **State the term remaining** | Unknown | Address |
| | | | 16610 Champion Way |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Sandy                   OR            97055 |
| | | | City                    State         ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*    23-11121

**2.561** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (57614)

City of Santa Maria California
Name

Notice Name

110 E. Cook St., Room #6
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Santa Maria | CA | 93454 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.562** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (63759)

City of Santa Maria California
Name

Notice Name

110 E. Cook St., Room #6
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Santa Maria | CA | 93454 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.563** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order

City of Santa Maria Public Works Department
Name

Notice Name

110 S. Pine Street
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Santa Maria | CA | 93458 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.564 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 1 to Contract No. PA-2021-001-SRCB (Contract No. PA-2021-001-SRCB) | City of Santa Rosa |
|---|---|---|---|

Name

Notice Name

45 Stony Point Road

**State the term remaining**   Unknown

Address

**List the contract number of any government contract**

| Santa Rosa | CA | 95401 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.565 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 2 to Contract No. PA-2021-001-SRCB (Contract No. PA-2021-001-SRCB) | City of Santa Rosa |
|---|---|---|---|

Name

Notice Name

45 Stony Point Road

**State the term remaining**   Unknown

Address

**List the contract number of any government contract**

| Santa Rosa | CA | 95401 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.566 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 3 to Contract No. PA-2021-001-SRCB (Contract No. PA-2021-001-SRCB) | City of Santa Rosa |
|---|---|---|---|

Name

Notice Name

45 Stony Point Road

**State the term remaining**   Unknown

Address

**List the contract number of any government contract**

| Santa Rosa | CA | 95401 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.567 | State what the contract or lease is for and the nature of the debtor's interest | Contract No. PA-2021-001-SRCB (Contract No. PA-2021-001-SRCB) | City of Santa Rosa |
|---|---|---|---|

Name

Notice Name

State the term remaining — Unknown — 45 Stony Point Road

Address

List the contract number of any government contract

| Santa Rosa | CA | 95401 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.568 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Purchase Order No. 166357) | City of Santa Rosa |
|---|---|---|---|

Name

Notice Name

State the term remaining — Unknown — 635 1st Street, 2nd Floor

Address

List the contract number of any government contract

| Santa Rosa | CA | 95404 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.569 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Purchase Order No. 166357) | City of Santa Rosa |
|---|---|---|---|

Name

Notice Name

State the term remaining — Unknown — 635 1st Street, 2nd Floor

Address

List the contract number of any government contract

| Santa Rosa | CA | 95404 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.570 | **State what the contract or lease is for and the nature of the debtor's interest** | Valence Platform Agreement - Order Form Valence Platform | City of Santa Rosa |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 635 1st Street, 2nd Floor |
| | | | Address |
| | **List the contract number of any government contract** | | |

| | | | Santa Rosa | CA | 95404 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.571 | **State what the contract or lease is for and the nature of the debtor's interest** | AMD 2Purchase and Sale - Four 35FT BEBs and Two Charging Stations  (001) | City of Seneca |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | **State the term remaining** | Unknown | PO Box 4773 |
| | | | Address |
| | **List the contract number of any government contract** | | 221 East North First Street |

| | | | Seneca | SC | 29679 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.572 | **State what the contract or lease is for and the nature of the debtor's interest** | AMD 3 to the Contract No. 001 b/w PTRA and City of Seneca (001) | City of Seneca |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | **State the term remaining** | Unknown | PO Box 4773 |
| | | | Address |
| | **List the contract number of any government contract** | | 221 East North First Street |

| | | | Seneca | SC | 29679 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*   23-11121

| | | |
|---|---|---|
| 2.573 | **State what the contract or lease is for and the nature of the debtor's interest** | AMD1 - Contract for Two 35FT BEBs and Two Charging Station (PO No. 70642) |

City of Seneca

Name

Notice Name

221 East North First Street

Address

| Seneca | SC | 29679 |
|---|---|---|
| City | State | ZIP Code |

**State the term remaining**   Unknown

**List the contract number of any government contract**

Country

| | | |
|---|---|---|
| 2.574 | **State what the contract or lease is for and the nature of the debtor's interest** | AMD1 Purchase and Sale - Four 35FT BEBs and Two Charging Stations (001) |

City of Seneca

Name

Notice Name

PO Box 4773

Address

221 East North First Street

| Seneca | SC | 29679 |
|---|---|---|
| City | State | ZIP Code |

**State the term remaining**   Unknown

**List the contract number of any government contract**

Country

| | | |
|---|---|---|
| 2.575 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of Four 35FT BEBs and Two Charging Stations (001) |

City of Seneca

Name

Notice Name

PO Box 4773

Address

221 East North First Street

| Seneca | SC | 29679 |
|---|---|---|
| City | State | ZIP Code |

**State the term remaining**   6/7/2015

**List the contract number of any government contract**

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.576 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of Two 35FT BEBs and 2 Charging Stations |

City of Seneca

Name

Notice Name

PO Box 4773

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| Seneca | SC | 29679 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.577 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of Two 35FT BEBs and 2 Charging Stations |

City of Seneca

Name

Notice Name

PO Box 4773

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| Seneca | SC | 29679 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.578 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 2021-00004821) |

City of Shreveport

Name

Notice Name

PO Box 31109

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| Shreveport | LA | 71130 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

| | | | | |
|---|---|---|---|---|
| 2.579 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 2021-00004821) | City of Shreveport | |
| | | | Name | |
| | | | Notice Name | |
| | | | PO Box 31109 | |
| | **State the term remaining** | Unknown | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Shreveport | LA | 71130 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.580 | **State what the contract or lease is for and the nature of the debtor's interest** | Reprint Purchase Order (Purchase Order No. 2017-00003641) | City of Shreveport | |
| | | | Name | |
| | | | Notice Name | |
| | | | PO Box 31109 | |
| | **State the term remaining** | Unknown | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Shreveport | LA | 71130 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.581 | **State what the contract or lease is for and the nature of the debtor's interest** | Reprint Purchase Order (Purchase Order No. 2018-00002421) | City of Shreveport | |
| | | | Name | |
| | | | Notice Name | |
| | | | PO Box 31109 | |
| | **State the term remaining** | Unknown | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Shreveport | LA | 71130 |
| | | | City | State | ZIP Code |
| | | | Country | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.582 | **State what the contract or lease is for and the nature of the debtor's interest** | Terms and Conditions Federally Assisted Supply or Service Contract | City of Shreveport |
| | | | Name |
| | | | Notice Name |
| | | | PO Box 31109 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Shreveport LA 71130 |
| | | | City State ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.583 | **State what the contract or lease is for and the nature of the debtor's interest** | Terms and Conditions Federally Assisted Supply or Service Contract | City of Shreveport |
| | | | Name |
| | | | Notice Name |
| | | | PO Box 31109 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Shreveport LA 71130 |
| | | | City State ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.584 | **State what the contract or lease is for and the nature of the debtor's interest** | AMD 1 to Contract No. 996153 b/w the City of Tallahassee and PTRA (Contract No. 996153) | City of Tallahassee |
| | | | Name |
| | | | Notice Name |
| | | | 300 South Adams Street |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Tallahassee FL 32301 |
| | | | City State ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.585 | State what the contract or lease is for and the nature of the debtor's interest | Purchase and Sale (996153) | City of Tallahassee |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Unknown | 300 South Adams Street |
| | | | Address |
| | List the contract number of any government contract | | Mail Box A-28 |
| | | | Tallahassee    FL    32301-1731 |
| | | | City    State    ZIP Code |
| | | | Country |

| 2.586 | State what the contract or lease is for and the nature of the debtor's interest | Purchase and Sale of Three 35FT BEBs and Charging Station (2492) | City of Tallahassee |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Unknown | 300 South Adams Street |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | Tallahassee    FL    32301 |
| | | | City    State    ZIP Code |
| | | | Country |

| 2.587 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (COTLH-0001069944) | City of Tallahassee |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 300 S Adams St 4th FL |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Tallahassee    FL    32301 |
| | | | City    State    ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*:  23-11121

**2.588**

**State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (COTLH-0001071709)

City of Tallahassee

Name

Notice Name

300 S Adams St 4th FL

Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Tallahassee | FL | 32301 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.589**

**State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (COTLH-0001072939)

City of Tallahassee

Name

Notice Name

300 S Adams St 4th FL

Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Tallahassee | FL | 32301 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.590**

**State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (COTLH-0001074345)

City of Tallahassee

Name

Notice Name

300 S Adams St 4th FL

Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Tallahassee | FL | 32301 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*:  23-11121

| | | |
|---|---|---|
| **2.591** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (COTLH-0001074345) |

City of Tallahassee

Name

Notice Name

300 S Adams St 4th FL

Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Tallahassee | FL | 32301 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.592** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (COTLH-0001074345) |

City of Tallahassee

Name

Notice Name

300 S Adams St 4th FL

Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Tallahassee | FL | 32301 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.593** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (COTLH-0001074604) |

City of Tallahassee

Name

Notice Name

300 S Adams St 4th FL

Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Tallahassee | FL | 32301 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.594 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (COTLH-0001076191) | City of Tallahassee |
| | | | Name |
| | | | Notice Name |
| | | | 300 S Adams St 4th Fl |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

Tallahassee | FL | 32301

City | State | ZIP Code

Country

| | | | |
|---|---|---|---|
| 2.595 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (COTLH-0001077522) | City of Tallahassee |
| | | | Name |
| | | | Notice Name |
| | | | 300 S Adams St 4th Fl |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

Tallahassee | FL | 32301

City | State | ZIP Code

Country

| | | | |
|---|---|---|---|
| 2.596 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (COTLH-0001077523) | City of Tallahassee |
| | | | Name |
| | | | Notice Name |
| | | | 300 S Adams St 4th Fl |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

Tallahassee | FL | 32301

City | State | ZIP Code

Country

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121
_____

| 2.597 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement | City of Tallahassee/StarMetro |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Unknown | 300 South Adams Street |
| | | | Address |
| | List the contract number of any government contract | | |

| | | City | State | ZIP Code |
|---|---|---|---|---|
| | | Tallahassee | FL | 32301 |

Country

| 2.598 | State what the contract or lease is for and the nature of the debtor's interest | Memorandum of Understanding | City of Tallahassee/StarMetro |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Unknown | 555 Appleyard Dr |
| | | | Address |
| | List the contract number of any government contract | | |

| | | City | State | ZIP Code |
|---|---|---|---|---|
| | | Tallahassee | FL | 32304 |

Country

| 2.599 | State what the contract or lease is for and the nature of the debtor's interest | City of Visalia - Performance Bond (Bond No. PB0043820013) | City of Visalia |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Unknown | 315 East Acequia Avenue |
| | | | Address |
| | List the contract number of any government contract | | |

| | | City | State | ZIP Code |
|---|---|---|---|---|
| | | Visalia | CA | 93291 |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.600 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. P02575) | City of Visalia |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 707 W. Acequia Avenue |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Visalia / CA / 93291 |
| | | | City / State / ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.601 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. P02693) | City of Visalia |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 707 W. Acequia Avenue |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Visalia / CA / 93291 |
| | | | City / State / ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.602 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. P02771) | City of Visalia |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 707 W. Acequia Avenue |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Visalia / CA / 93291 |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

---

**2.603** State what the contract or lease is for and the nature of the debtor's interest

Notice to Proceed - Purchase of Four Transit Buses and Chargers (Purchase Order No. P02771)

City of Visalia - Transit Division
Name

Notice Name

425 E. Oak Ave., Suite 301
Address

State the term remaining: Unknown

List the contract number of any government contract

| Visalia | CA | 93292 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.604** State what the contract or lease is for and the nature of the debtor's interest

Purchase and Sale of Four 35FT BEBs and Four Charging Stations (Contract No. PA-2020-002-VIS)

City of Visalia - Transit Division
Name

Notice Name

425 E. Oak Ave., Suite 301
Address

State the term remaining: Unknown

List the contract number of any government contract

| Visalia | CA | 92391 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.605** State what the contract or lease is for and the nature of the debtor's interest

Battery Lease Agreement

City of Wichita
Name

Notice Name

777 E Waterman
Address

State the term remaining: Unknown

List the contract number of any government contract

| Wichita | KS | 67202 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.606 | State what the contract or lease is for and the nature of the debtor's interest | Agreement to Purchase Charges For Electric Vehicles | City of Wichita Kansas |
|---|---|---|---|
| | | | Name |

| | | | |
|---|---|---|---|
| | | | Notice Name |
| State the term remaining | | Unknown | 455 N Main |
| | | | Address |
| List the contract number of any government contract | | | |

| | Wichita | KS | 67202 |
|---|---|---|---|
| | City | State | ZIP Code |

Country

| 2.607 | State what the contract or lease is for and the nature of the debtor's interest | City of Wilsonville First Amendment to Goods and Services Contract (First Amendment) | City of Wilsonville |
|---|---|---|---|
| | | | Name |

| | | | |
|---|---|---|---|
| | | | Notice Name |
| State the term remaining | | Unknown | 29799 SW Town Center Loop East |
| | | | Address |
| List the contract number of any government contract | | | |

| | Wilsonville | OR | 97070-9454 |
|---|---|---|---|
| | City | State | ZIP Code |

Country

| 2.608 | State what the contract or lease is for and the nature of the debtor's interest | City of Wilsonville Goods and Services Contract | City of Wilsonville |
|---|---|---|---|
| | | | Name |

| | | | |
|---|---|---|---|
| | | | Notice Name |
| State the term remaining | | Unknown | 29799 SW Town Center Loop East |
| | | | Address |
| List the contract number of any government contract | | | |

| | Wilsonville | OR | 97070-9454 |
|---|---|---|---|
| | City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**Name**

| | | |
|---|---|---|
| 2.609 | **State what the contract or lease is for and the nature of the debtor's interest** | City of Wilsonville Goods and Services Contract |

City of Wilsonville
Name

Notice Name

**State the term remaining** — Unknown

29799 SW Town Center Loop East
Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Wilsonville | OR | 97070-9455 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.610 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

City View Bus Sales and Service Ltd
Name

Notice Name

**State the term remaining** — Unknown

1213 Lorimar Dr
Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Mississauga | ON | L5S 1M9 |
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| | | |
|---|---|---|
| 2.611 | **State what the contract or lease is for and the nature of the debtor's interest** | Claims X Change, LLC Business Associated Agreement |

Claims-x-Change, LLC
Name

Notice Name

**State the term remaining** — Unknown

14200 Midway Rd., Suite 106
Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Dallas | TX | 75244 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

| 2.612 | State what the contract or lease is for and the nature of the debtor's interest | Data Processing Agreement | Claims-x-Change, LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | CXC Plaza |
| | State the term remaining | Unknown | Address |
| | | | 14200 Midway Road, Suite 106 |
| | List the contract number of any government contract | | |
| | | | |
| | | | Dallas |  TX  |  75244 |
| | | | City  State  ZIP Code |
| | | | |
| | | | Country |

| 2.613 | State what the contract or lease is for and the nature of the debtor's interest | Master Relationship Agreement | Claims-x-Change, LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | CXC Plaza |
| | State the term remaining | Unknown | Address |
| | | | 14200 Midway Road, Suite 106 |
| | List the contract number of any government contract | | |
| | | | |
| | | | Dallas |  TX  |  75244 |
| | | | City  State  ZIP Code |
| | | | |
| | | | Country |

| 2.614 | State what the contract or lease is for and the nature of the debtor's interest | Services Schedule to Services Rider | Claims-x-Change, LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | CXC Plaza |
| | State the term remaining | 10/26/2023 | Address |
| | | | 14200 Midway Road, Suite 106 |
| | List the contract number of any government contract | | |
| | | | |
| | | | Dallas |  TX  |  75244 |
| | | | City  State  ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.615 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement | Clark Hill PLC |
|---|---|---|---|

Name

Notice Name

500 Woodward Ave
Address

**State the term remaining** | Unknown

Ste 3500

**List the contract number of any government contract**

| Detroit | MI | 48226 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.616 | **State what the contract or lease is for and the nature of the debtor's interest** | Acceptance of Buses 1807, the Charger and PCS Chargers #7, and 8 | Clemson Area Transit |
|---|---|---|---|

Name

Notice Name

200 West Lane
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Clemson | SC | 29631 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.617 | **State what the contract or lease is for and the nature of the debtor's interest** | Acceptance of Buses 1901, and 1802 and PCS Chargers # 4, and 5 | Clemson Area Transit |
|---|---|---|---|

Name

Notice Name

200 West Lane
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Clemson | SC | 29631 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.618** **State what the contract or lease is for and the nature of the debtor's interest**

Letter re: Notice to Proceed

Clemson Area Transit
Name

Notice Name

200 West Lane
Address

**State the term remaining**

Unknown

**List the contract number of any government contract**

| Clemson | SC | 29631 |
| City | State | ZIP Code |

Country

---

**2.619** **State what the contract or lease is for and the nature of the debtor's interest**

Vehicle Lease Agreement

Clemson Area Transit
Name

Notice Name

200 West Lane
Address

**State the term remaining**

Unknown

**List the contract number of any government contract**

| Clemson | SC | 29631 |
| City | State | ZIP Code |

Country

---

**2.620** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Clever Devices Ltd
Name

Notice Name

300 Crossways Park Dr
Address

**State the term remaining**

Unknown

**List the contract number of any government contract**

| Woodbury | NY | 11797 |
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**2.621** | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Cline Hose and Hydraulics, LLC

Name

Notice Name

| State the term remaining | Unknown |

PO Box 1188

Address

| List the contract number of any government contract | |

| Mauldin | SC | 29662 |
| City | State | ZIP Code |

Country

**2.622** | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Coach Glass

Name

Notice Name

| State the term remaining | Unknown |

91302 N Coburg Industrial Way

Address

| List the contract number of any government contract | |

| Coburg | OR | 97408 |
| City | State | ZIP Code |

Country

**2.623** | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | COBE Construction Inc

Name

Notice Name

498 Salmar Ave

Address

| State the term remaining | Unknown |

| List the contract number of any government contract | |

| Campbell | CA | 95008 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.624** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Cogency Global Inc.
Name

| | | Notice Name
| | | 122 E. 42nd St.
| | | Address

**State the term remaining** | Unknown | 18th Floor

**List the contract number of any government contract** | |

| | | New York | NY | 10168
| | | City | State | ZIP Code

| | | Country

---

**2.625** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Cognex Corporation
Name

| | | Notice Name
| | | 1 Vision Drive
| | | Address

**State the term remaining** | Unknown |

**List the contract number of any government contract** | |

| | | Natick | MA | 01760
| | | City | State | ZIP Code

| | | Country

---

**2.626** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. PO00803-2) | Collins Bus
Name

| | | Notice Name
| | | 415 W6th
| | | Address

**State the term remaining** | Unknown |

**List the contract number of any government contract** | |

| | | South Hutchinson | KS | 67505
| | | City | State | ZIP Code

| | | Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):* 23-11121

| | | |
|---|---|---|
| 2.627 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Letter of Authority |
| | | |
| | **State the term remaining** | 11/20/2025 |
| | **List the contract number of any government contract** | |

ColoPeople
Name

Notice Name

2 Riverside Plaza Suite 2450
Address

| Chicago | IL | 60606 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.628 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO# 0000069863) |
| | | |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Colorado Springs
Name

Notice Name

1015 Transit Dr
Address

| Colorado Springs | CO | 80903 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.629 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO# 0000069863) |
| | | |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Colorado Springs
Name

Notice Name

1015 Transit Dr
Address

| Colorado Springs | CO | 80903 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  Proterra Operating Company, Inc.
Name

Case number *(if known):*  23-11121

---

**2.630  State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO# 0000069863)

Colorado Springs
Name

Notice Name

1015 Transit Dr
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Colorado Springs | CO | 80903 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.631  State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO# 0000071933)

Colorado Springs
Name

Notice Name

1015 Transit Dr
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Colorado Springs | CO | 80903 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.632  State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO# 000069863A)

Colorado Springs
Name

Notice Name

1015 Transit Dr
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Colorado Springs | CO | 80903 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.633** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Comcast Cable Communications Management, LLC
Name

Notice Name

1900 S 10th Street
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| San Jose | CA | 95112 |
| City | State | ZIP Code |

Country

**2.634** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Commercial Furniture Interiors, LLC
Name

Notice Name

4603 Dwight Evans Road
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Charlotte | NC | 28217 |
| City | State | ZIP Code |

Country

**2.635** **State what the contract or lease is for and the nature of the debtor's interest**

Modification No. 2 (Contract No. E194-8168)

Commonwealth of Virgina
Name

Notice Name

1111 East Broad Street
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Richmond | VA | 23219 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121
_____

| 2.636 | State what the contract or lease is for and the nature of the debtor's interest | Modification No.1 (Contract No. E194-81688) | Commonwealth of Virgina |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Unknown | 1111 East Broad Street |
| | | | Address |
| | List the contract number of any government contract | | |

| Richmond | VA | 23219 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.637 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Composites Consolidation Company II LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Unknown | PO Box 83029 |
| | | | Address |
| | List the contract number of any government contract | | |

| Chicago | IL | 60691 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.638 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Composites One LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Unknown | PO Box 409328 |
| | | | Address |
| | List the contract number of any government contract | | |

| Atlanta | GA | 30384 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.639 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement |
| | | Computershare Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 150 Royall Street, Suite 101 |
| **State the term remaining** | Unknown | Address |
| | | |
| **List the contract number of any government contract** | | |
| | | |
| | | Canton                MA            02021 |
| | | City                    State         ZIP Code |
| | | |
| | | Country |

| | | |
|---|---|---|
| 2.640 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |
| | | COMTO Philadelphia Area Chapter |
| | | Name |
| | | |
| | | Notice Name |
| | | PO Box 40746 |
| **State the term remaining** | Unknown | Address |
| | | |
| **List the contract number of any government contract** | | |
| | | |
| | | Philadelphia            PA            19107 |
| | | City                    State         ZIP Code |
| | | |
| | | Country |

| | | |
|---|---|---|
| 2.641 | **State what the contract or lease is for and the nature of the debtor's interest** | Business Services Agreement |
| | | Concur Technologies, Inc |
| | | Name |
| | | |
| | | Notice Name |
| | | 601 108th Avenue NE Suite 1000 |
| **State the term remaining** | Unknown | Address |
| | | |
| **List the contract number of any government contract** | | |
| | | |
| | | Bellevue                WA            98004 |
| | | City                    State         ZIP Code |
| | | |
| | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**2.642** **State what the contract or lease is for and the nature of the debtor's interest**

Concur Technologies, Inc. Sales Order Form Professional Edition (PO:.792015)

Concur Technologies, Inc

Name

Notice Name

601 108th Avenue NE Suite 1000

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Bellevue | WA | 98004 |
| City | State | ZIP Code |

Country

**2.643** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Conduent State & Local Solutions, Inc.

Name

Notice Name

12410 Milestone Center Drive

Address

5th Floor

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Germantown | MD | 20876 |
| City | State | ZIP Code |

Country

**2.644** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (1164056882)

Confidential Counterparty

Name

Notice Name

Address on file

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known):* 23-11121

Name

**2.645 State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (1164056982)

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining**  Unknown

Address

**List the contract number of any government contract**

City                    State            ZIP Code

Country

**2.646 State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (1164057306)

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining**  Unknown

Address

**List the contract number of any government contract**

City                    State            ZIP Code

Country

**2.647 State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (1164057422)

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining**  Unknown

Address

**List the contract number of any government contract**

City                    State            ZIP Code

Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.648 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (1164057422) |
| | | |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.649 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (1164500912) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.650 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (1164500947) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

Debtor:  Proterra Operating Company, Inc.

Name

Case number *(if known)*:  23-11121

---

2.651 **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (1605050083)

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining**  Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

---

2.652 **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (1605300531)

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining**  Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

---

2.653 **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO # 1164054493)

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining**  Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

---

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

---

2.654 **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO No. 1605050076)

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

---

2.655 **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO No. 1605050083)

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

---

2.656 **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO:.1164501485)

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.657 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 1013830894) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.658 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (PO # 1164056281) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.659 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (PO No. 1605000896) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.660** **State what the contract or lease is for and the nature of the debtor's interest**

Amendment No 2 to Long Term Agreement

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

City    State    ZIP Code

Country

**2.661** **State what the contract or lease is for and the nature of the debtor's interest**

Amendment No. 1 to Long Term Agreement

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

City    State    ZIP Code

Country

**2.662** **State what the contract or lease is for and the nature of the debtor's interest**

Amendment to Limited Supply Agreement

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

City    State    ZIP Code

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.663 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Limited Supply Agreement | Confidential Counterparty |
| | | | Name |
| | | | Notice Name |
| | | | Address on file |
| | **State the term remaining** | 12/31/2020 | Address |
| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Country | | |

| | | | |
|---|---|---|---|
| 2.664 | **State what the contract or lease is for and the nature of the debtor's interest** | Critical Drop Ship Purchase Order (4590326081) | Confidential Counterparty |
| | | | Name |
| | | | Notice Name |
| | | | Address on file |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Country | | |

| | | | |
|---|---|---|---|
| 2.665 | **State what the contract or lease is for and the nature of the debtor's interest** | Critical Drop Ship Purchase Order (4590333078) | Confidential Counterparty |
| | | | Name |
| | | | Notice Name |
| | | | Address on file |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*:  23-11121

| 2.666 | **State what the contract or lease is for and the nature of the debtor's interest** | Critical Drop Ship Purchase Order (4590335192) | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file

| | **State the term remaining** | Unknown | Address |
|---|---|---|---|

| | **List the contract number of any government contract** | | |
|---|---|---|---|

City    State    ZIP Code

Country

| 2.667 | **State what the contract or lease is for and the nature of the debtor's interest** | Critical Drop Ship Purchase Order (4590343147) | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file

| | **State the term remaining** | Unknown | Address |
|---|---|---|---|

| | **List the contract number of any government contract** | | |
|---|---|---|---|

City    State    ZIP Code

Country

| 2.668 | **State what the contract or lease is for and the nature of the debtor's interest** | Critical Drop Ship Purchase Order (4590350802) | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file

| | **State the term remaining** | Unknown | Address |
|---|---|---|---|

| | **List the contract number of any government contract** | | |
|---|---|---|---|

City    State    ZIP Code

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.669 | **State what the contract or lease is for and the nature of the debtor's interest** | Critical Drop Ship Purchase Order (4590351662) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.670 | **State what the contract or lease is for and the nature of the debtor's interest** | Critical Drop Ship Purchase Order (4590351676) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.671 | **State what the contract or lease is for and the nature of the debtor's interest** | Critical Drop Ship Purchase Order (4590351680) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.672 | **State what the contract or lease is for and the nature of the debtor's interest** | Critical Drop Ship Purchase Order (4590379016) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.673 | **State what the contract or lease is for and the nature of the debtor's interest** | Critical Drop Ship Purchase Order (4590379251) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.674 | **State what the contract or lease is for and the nature of the debtor's interest** | Development Agreement |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.675 | State what the contract or lease is for and the nature of the debtor's interest | Development Agreement | Confidential Counterparty |
| | | | Name |

Notice Name

Address on file

State the term remaining: Unknown

Address

List the contract number of any government contract

| City | State | ZIP Code |

Country

| 2.676 | State what the contract or lease is for and the nature of the debtor's interest | Development Agreement | Confidential Counterparty |
| | | | Name |

Notice Name

Address on file

State the term remaining: Unknown

Address

List the contract number of any government contract

| City | State | ZIP Code |

Country

| 2.677 | State what the contract or lease is for and the nature of the debtor's interest | Development Agreement | Confidential Counterparty |
| | | | Name |

Notice Name

Address on file

State the term remaining: Unknown

Address

List the contract number of any government contract

| City | State | ZIP Code |

Country

Debtor:   Proterra Operating Company, Inc.                                    Case number *(if known)*:   23-11121
          Name

**2.678**  **State what the contract or**          Development Agreement          Confidential Counterparty
          **lease is for and the nature**                                         Name
          **of the debtor's interest**

                                                                                  Notice Name

                                                                                  Address on file

          **State the term remaining**             Unknown                        Address

          **List the contract number of**
          **any government contract**

                                                                                  City                    State          ZIP Code

                                                                                  Country

**2.679**  **State what the contract or**          Limited Supply Agreement       Confidential Counterparty
          **lease is for and the nature**                                         Name
          **of the debtor's interest**

                                                                                  Notice Name

                                                                                  Address on file

          **State the term remaining**             Unknown                        Address

          **List the contract number of**
          **any government contract**

                                                                                  City                    State          ZIP Code

                                                                                  Country

**2.680**  **State what the contract or**          Long Term Agreement            Confidential Counterparty
          **lease is for and the nature**                                         Name
          **of the debtor's interest**

                                                                                  Notice Name

                                                                                  Address on file

          **State the term remaining**             12/31/2023                     Address

          **List the contract number of**
          **any government contract**

                                                                                  City                    State          ZIP Code

                                                                                  Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

2.681 **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|

Country

---

2.682 **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|

Country

---

2.683 **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.684 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.685 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.686 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.687 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order |
| | | Confidential Counterparty |
| | | Name |
| | | |
| | | Notice Name |
| | | Address on file |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |
| | | City    State    ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.688 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order |
| | | Confidential Counterparty |
| | | Name |
| | | |
| | | Notice Name |
| | | Address on file |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |
| | | City    State    ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.689 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (3410134172) |
| | | Confidential Counterparty |
| | | Name |
| | | |
| | | Notice Name |
| | | Address on file |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |
| | | City    State    ZIP Code |
| | | Country |

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121
_____

| | | |
|---|---|---|
| 2.690 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (3410139504) |

Confidential Counterparty
_____
Name

_____
Notice Name

Address on file
_____
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.691 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (3410139666) |

Confidential Counterparty
_____
Name

_____
Notice Name

Address on file
_____
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.692 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (3410139689) |

Confidential Counterparty
_____
Name

_____
Notice Name

Address on file
_____
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.693 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (3410140359) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

| | | |
|---|---|---|
| | **State the term remaining** | Unknown |

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.694 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (3410145631) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

| | | |
|---|---|---|
| | **State the term remaining** | Unknown |

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.695 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (3410159386) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

| | | |
|---|---|---|
| | **State the term remaining** | Unknown |

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.696** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (3410161181)

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

---

**2.697** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (3410161552)

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

---

**2.698** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (3410165821)

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.699** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (3410200795)

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining**  Unknown

Address

**List the contract number of**

**any government contract**

City | State | ZIP Code

Country

---

**2.700** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Document No. 3410141804)

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining**  Unknown

Address

**List the contract number of**

**any government contract**

City | State | ZIP Code

Country

---

**2.701** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Document No. 3410151745)

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining**  Unknown

Address

**List the contract number of**

**any government contract**

City | State | ZIP Code

Country

---

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor:  Proterra Operating Company, Inc.
Name

Case number *(if known)*:  23-11121

| | | |
|---|---|---|
| 2.702 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Document No. 3410151746) | Confidential Counterparty |

Name

Notice Name

Address on file

| | |
|---|---|
| **State the term remaining** | Unknown |

Address

| | |
|---|---|
| **List the contract number of** | |
| **any government contract** | |

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.703 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Document No. 3410151747) | Confidential Counterparty |

Name

Notice Name

Address on file

| | |
|---|---|
| **State the term remaining** | Unknown |

Address

| | |
|---|---|
| **List the contract number of** | |
| **any government contract** | |

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.704 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Document No. 3410151871) | Confidential Counterparty |

Name

Notice Name

Address on file

| | |
|---|---|
| **State the term remaining** | Unknown |

Address

| | |
|---|---|
| **List the contract number of** | |
| **any government contract** | |

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

2.705 **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Document No. 3410154691)

Confidential Counterparty
Name

Notice Name

Address on file

**State the term remaining**

Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

---

2.706 **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Document Number: 3410175455)

Confidential Counterparty
Name

Notice Name

Address on file

**State the term remaining**

Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

---

2.707 **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (L27655)

Confidential Counterparty
Name

Notice Name

Address on file

**State the term remaining**

Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.708 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (L35145) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.709 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (L35251) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.710 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (L54268) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.711 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (L55189) |
| | | **Confidential Counterparty** |
| | | Name |
| | | Notice Name |
| | | Address on file |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |
| | | City          State          ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.712 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (L55191) |
| | | **Confidential Counterparty** |
| | | Name |
| | | Notice Name |
| | | Address on file |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |
| | | City          State          ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.713 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (L55193) |
| | | **Confidential Counterparty** |
| | | Name |
| | | Notice Name |
| | | Address on file |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |
| | | City          State          ZIP Code |
| | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.714 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (L56202) |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Confidential Counterparty
Name

Notice Name

Address on file
Address

City                State                ZIP Code

Country

| | | |
|---|---|---|
| 2.715 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (L57169) |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Confidential Counterparty
Name

Notice Name

Address on file
Address

City                State                ZIP Code

Country

| | | |
|---|---|---|
| 2.716 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (L57703) |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Confidential Counterparty
Name

Notice Name

Address on file
Address

City                State                ZIP Code

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**2.717** **State what the contract or lease is for and the nature of the debtor's interest**   Purchase Order (L58251)

Confidential Counterparty
Name

Notice Name

Address on file

**State the term remaining**   Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|

Country

**2.718** **State what the contract or lease is for and the nature of the debtor's interest**   Purchase Order (L59106)

Confidential Counterparty
Name

Notice Name

Address on file

**State the term remaining**   Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|

Country

**2.719** **State what the contract or lease is for and the nature of the debtor's interest**   Purchase Order (L59178)

Confidential Counterparty
Name

Notice Name

Address on file

**State the term remaining**   Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.720** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (L65236)

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

City                    State            ZIP Code

Country

**2.721** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (L70875)

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

City                    State            ZIP Code

Country

**2.722** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Order # L41626)

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

City                    State            ZIP Code

Country

Debtor:   Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*:   23-11121

| | | |
|---|---|---|
| 2.723 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Order # L46975) |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Confidential Counterparty
_____
Name

_____
Notice Name

Address on file
_____
Address

_____

_____

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.724 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Order # L48015) |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Confidential Counterparty
_____
Name

_____
Notice Name

Address on file
_____
Address

_____

_____

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.725 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Order # L48016) |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Confidential Counterparty
_____
Name

_____
Notice Name

Address on file
_____
Address

_____

_____

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.726 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Order # L48021) |
| | | Confidential Counterparty |
| | | Name |
| | | Notice Name |
| | | Address on file |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

City | State | ZIP Code

Country

| | | |
|---|---|---|
| 2.727 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Order # L48022) |
| | | Confidential Counterparty |
| | | Name |
| | | Notice Name |
| | | Address on file |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

City | State | ZIP Code

Country

| | | |
|---|---|---|
| 2.728 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Order No. L55191) |
| | | Confidential Counterparty |
| | | Name |
| | | Notice Name |
| | | Address on file |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

City | State | ZIP Code

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

2.729 **State what the contract or lease is for and the nature of the debtor's interest**
Purchase Order (Order Number: L40224)

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

City                State                ZIP Code

Country

---

2.730 **State what the contract or lease is for and the nature of the debtor's interest**
Purchase Order (Order Number: L40225)

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

City                State                ZIP Code

Country

---

2.731 **State what the contract or lease is for and the nature of the debtor's interest**
Purchase Order (Order Number: L40226)

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

City                State                ZIP Code

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*:  23-11121

---

**2.732** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Order Number: L45281) | Confidential Counterparty
Name

| | | | Notice Name
| | | | Address on file
**State the term remaining** | Unknown | Address
**List the contract number of any government contract** | | 

City | State | ZIP Code

Country

---

**2.733** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # L40226) | Confidential Counterparty
Name

| | | | Notice Name
| | | | Address on file
**State the term remaining** | Unknown | Address
**List the contract number of any government contract** | | 

City | State | ZIP Code

Country

---

**2.734** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # L45281) | Confidential Counterparty
Name

| | | | Notice Name
| | | | Address on file
**State the term remaining** | Unknown | Address
**List the contract number of any government contract** | | 

City | State | ZIP Code

Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

2.735 **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO # L48015)

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

City          State          ZIP Code

Country

---

2.736 **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO # L48016)

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

City          State          ZIP Code

Country

---

2.737 **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO:.3410172916)

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

City          State          ZIP Code

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.738 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO:.3410189607) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

City | State | ZIP Code

Country

| | | |
|---|---|---|
| 2.739 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO:.3410190597) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

City | State | ZIP Code

Country

| | | |
|---|---|---|
| 2.740 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO:.3410191122) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

City | State | ZIP Code

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.741 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO:.3410193685) |
| | | Confidential Counterparty |
| | | Name |
| | | |
| | | Notice Name |
| | | Address on file |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of** | |
| | **any government contract** | |
| | | |
| | | City        State        ZIP Code |
| | | |
| | | Country |
| 2.742 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO:.L43216) |
| | | Confidential Counterparty |
| | | Name |
| | | |
| | | Notice Name |
| | | Address on file |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of** | |
| | **any government contract** | |
| | | |
| | | City        State        ZIP Code |
| | | |
| | | Country |
| 2.743 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO:.L54508) |
| | | Confidential Counterparty |
| | | Name |
| | | |
| | | Notice Name |
| | | Address on file |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of** | |
| | **any government contract** | |
| | | |
| | | City        State        ZIP Code |
| | | |
| | | Country |

Debtor:  Proterra Operating Company, Inc.
Name

Case number *(if known)*:  23-11121

| | | |
|---|---|---|
| 2.744 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO:.L54524) |
| | | |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Confidential Counterparty
Name

Notice Name

Address on file
Address

| City | State | ZIP Code |
|---|---|---|
| Country | | |

| | | |
|---|---|---|
| 2.745 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO:.L55191) |
| | | |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Confidential Counterparty
Name

Notice Name

Address on file
Address

| City | State | ZIP Code |
|---|---|---|
| Country | | |

| | | |
|---|---|---|
| 2.746 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO:.L55193) |
| | | |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Confidential Counterparty
Name

Notice Name

Address on file
Address

| City | State | ZIP Code |
|---|---|---|
| Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.747 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO:.L55566) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

City | State | ZIP Code

Country

| | | |
|---|---|---|
| 2.748 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO:.L59106) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

City | State | ZIP Code

Country

| | | |
|---|---|---|
| 2.749 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. L38983) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

City | State | ZIP Code

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.750 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. L40715) | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file
Address

| | **State the term remaining** | Unknown | |
|---|---|---|---|

| | **List the contract number of any government contract** | | |
|---|---|---|---|

| City | State | ZIP Code |
|---|---|---|

Country

| 2.751 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. L40781) | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file
Address

| | **State the term remaining** | Unknown | |
|---|---|---|---|

| | **List the contract number of any government contract** | | |
|---|---|---|---|

| City | State | ZIP Code |
|---|---|---|

Country

| 2.752 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. L41407) | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file
Address

| | **State the term remaining** | Unknown | |
|---|---|---|---|

| | **List the contract number of any government contract** | | |
|---|---|---|---|

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.753 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. L41699) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.754 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. L42503) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.755 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. L42563) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.756 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. L43576) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.757 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. L43579) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.758 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. L43678) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.759 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. L44782) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.760 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. L46975) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.761 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. L51260) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.762** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (Purchase Order No. L51876)

Confidential Counterparty
Name

Notice Name

Address on file
Address

State the term remaining    Unknown

List the contract number of any government contract

City                State        ZIP Code

Country

**2.763** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (Purchase Order No. L51881)

Confidential Counterparty
Name

Notice Name

Address on file
Address

State the term remaining    Unknown

List the contract number of any government contract

City                State        ZIP Code

Country

**2.764** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (Purchase Order No. L54130)

Confidential Counterparty
Name

Notice Name

Address on file
Address

State the term remaining    Unknown

List the contract number of any government contract

City                State        ZIP Code

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.765 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. L54441) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.766 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. L54508) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.767 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. L54926) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.768** **State what the contract or lease is for and the nature of the debtor's interest**
Purchase Order (Purchase Order No. L55566)

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

City                                    State                    ZIP Code

Country

**2.769** **State what the contract or lease is for and the nature of the debtor's interest**
Purchase Order (Purchase Order No. L56130)

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

City                                    State                    ZIP Code

Country

**2.770** **State what the contract or lease is for and the nature of the debtor's interest**
Purchase Order (Purchase Order No. L56130)

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

City                                    State                    ZIP Code

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.771 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. L56194) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

City     State     ZIP Code

Country

| | | |
|---|---|---|
| 2.772 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. L56487) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

City     State     ZIP Code

Country

| | | |
|---|---|---|
| 2.773 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. L56521) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

City     State     ZIP Code

Country

Debtor:  Proterra Operating Company, Inc.
Name

Case number *(if known)*:  23-11121

---

**2.774**  **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. L56527)

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

City                State                ZIP Code

Country

---

**2.775**  **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. L57160)

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

City                State                ZIP Code

Country

---

**2.776**  **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. L57167)

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

City                State                ZIP Code

Country

---

Debtor:    Proterra Operating Company, Inc.
Name

Case number (if known):    23-11121

| | | |
|---|---|---|
| 2.777 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. L57176) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.778 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. L57683) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.779 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. L58253) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.780 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. L58601) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.781 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. L59106) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.782 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. L61506) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.783 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Purchase Order No. L70875) | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file

**State the term remaining**   Unknown

Address

**List the contract number of any government contract**

City          State          ZIP Code

Country

| 2.784 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Purchase Order No. L71820) | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file

**State the term remaining**   Unknown

Address

**List the contract number of any government contract**

City          State          ZIP Code

Country

| 2.785 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Purchase Order No. L72636) | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file

**State the term remaining**   Unknown

Address

**List the contract number of any government contract**

City          State          ZIP Code

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

2.786 **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. L74923)

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

City                State        ZIP Code

Country

---

2.787 **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. L75102)

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

City                State        ZIP Code

Country

---

2.788 **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. L75115)

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

City                State        ZIP Code

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.789 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. L79937) | Confidential Counterparty |
| | | | Name |
| | | | Notice Name |
| | | | Address on file |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | City    State    ZIP Code |
| | | | Country |

| 2.790 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. L84250) | Confidential Counterparty |
| | | | Name |
| | | | Notice Name |
| | | | Address on file |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | City    State    ZIP Code |
| | | | Country |

| 2.791 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order *Revised* (Order # L39424) | Confidential Counterparty |
| | | | Name |
| | | | Notice Name |
| | | | Address on file |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | City    State    ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.792 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order *Revised* (Order # L42021) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.793 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order *Revised* (Order # L42925) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.794 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (3410143959) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121
_____

| 2.795 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (3410143960) | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file

**State the term remaining** — Unknown

Address

**List the contract number of any government contract**

City                State                ZIP Code

Country

| 2.796 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (3410161552) | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file

**State the term remaining** — Unknown

Address

**List the contract number of any government contract**

City                State                ZIP Code

Country

| 2.797 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (3410162072) | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file

**State the term remaining** — Unknown

Address

**List the contract number of any government contract**

City                State                ZIP Code

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*:    23-11121

| | | |
|---|---|---|
| 2.798 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (3410164416) |

Confidential Counterparty

Name

Notice Name

Address on file

| | |
|---|---|
| **State the term remaining** | Unknown |

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.799 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (Doc No. 3410168938) |

Confidential Counterparty

Name

Notice Name

Address on file

| | |
|---|---|
| **State the term remaining** | Unknown |

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.800 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (Document No. 3410141800) |

Confidential Counterparty

Name

Notice Name

Address on file

| | |
|---|---|
| **State the term remaining** | Unknown |

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.801 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (Document No. 3410141801) | Confidential Counterparty |
| | | | Name |
| | | | Notice Name |
| | | | Address on file |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|

Country

| | | | |
|---|---|---|---|
| 2.802 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (Document No. 3410141802) | Confidential Counterparty |
| | | | Name |
| | | | Notice Name |
| | | | Address on file |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|

Country

| | | | |
|---|---|---|---|
| 2.803 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (Document No. 3410141803) | Confidential Counterparty |
| | | | Name |
| | | | Notice Name |
| | | | Address on file |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.804 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (Document No. 3410141873) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.805 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (Document No. 3410141873) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.806 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (Document No. 3410145773) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.807 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (Document No. 3410145774) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining**     Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.808 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (Document No. 3410145775) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining**     Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.809 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (Document No. 3410151745) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining**     Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121
_____

| 2.810 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (Document No. 3410151745) | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file
Address

| **State the term remaining** | Unknown |
|---|---|

**List the contract number of any government contract**

City                State        ZIP Code

Country

| 2.811 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (Document No. 3410151747) | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file
Address

| **State the term remaining** | Unknown |
|---|---|

**List the contract number of any government contract**

City                State        ZIP Code

Country

| 2.812 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (Document No. 3410151871) | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file
Address

| **State the term remaining** | Unknown |
|---|---|

**List the contract number of any government contract**

City                State        ZIP Code

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.813 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (Document Number: 3410141628) |
| | | Confidential Counterparty |
| | | Name |
| | | |
| | | Notice Name |
| | | Address on file |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |
| | | |
| | | City / State / ZIP Code |
| | | Country |
| 2.814 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (Document Number: 3410141629) |
| | | Confidential Counterparty |
| | | Name |
| | | |
| | | Notice Name |
| | | Address on file |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |
| | | |
| | | City / State / ZIP Code |
| | | Country |
| 2.815 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (Document Number: 3410141734) |
| | | Confidential Counterparty |
| | | Name |
| | | |
| | | Notice Name |
| | | Address on file |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |
| | | |
| | | City / State / ZIP Code |
| | | Country |

Debtor:  Proterra Operating Company, Inc.
Name

Case number *(if known)*:  23-11121

| 2.816 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (Document Number: 3410143959) | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file

| **State the term remaining** | Unknown |
|---|---|

Address

**List the contract number of any government contract**

City                    State                ZIP Code

Country

| 2.817 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (Document Number: 3410143960) | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file

| **State the term remaining** | Unknown |
|---|---|

Address

**List the contract number of any government contract**

City                    State                ZIP Code

Country

| 2.818 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (Document Number: 3410144247) | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file

| **State the term remaining** | Unknown |
|---|---|

Address

**List the contract number of any government contract**

City                    State                ZIP Code

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known):* 23-11121

2.819 **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order Change (Document Number: 3410144248)

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining**     Unknown

Address

**List the contract number of any government contract**

City                State          ZIP Code

Country

2.820 **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Document Number: 3410175455)

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining**     Unknown

Address

**List the contract number of any government contract**

City                State          ZIP Code

Country

2.821 **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO:.3410189607)

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining**     Unknown

Address

**List the contract number of any government contract**

City                State          ZIP Code

Country

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121
_____

| 2.822 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO:.3410190597) | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file
Address

State the term remaining: Unknown

List the contract number of any government contract

City                          State          ZIP Code

Country

| 2.823 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO:.3410191122) | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file
Address

State the term remaining: Unknown

List the contract number of any government contract

City                          State          ZIP Code

Country

| 2.824 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO:.3410193685) | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file
Address

State the term remaining: Unknown

List the contract number of any government contract

City                          State          ZIP Code

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.825 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (Doc No. 3410168938) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.826 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (Document No. 3410141873) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.827 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (Document Number: 3410141628) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.828 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (Document Number: 3410141629) |

Confidential Counterparty

Name

Notice Name

Address on file

| **State the term remaining** | Unknown |
|---|---|

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.829 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (Document Number: 3410141734) |

Confidential Counterparty

Name

Notice Name

Address on file

| **State the term remaining** | Unknown |
|---|---|

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.830 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (Document Number: 3410143959) |

Confidential Counterparty

Name

Notice Name

Address on file

| **State the term remaining** | Unknown |
|---|---|

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known):* 23-11121

| | | |
|---|---|---|
| 2.831 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (Document Number: 3410143960) |

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining** Unknown

Address

**List the contract number of**

**any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.832 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (Document Number: 3410144247) |

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining** Unknown

Address

**List the contract number of**

**any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.833 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (Document Number: 3410144248) |

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining** Unknown

Address

**List the contract number of**

**any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.834 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement for one-time Supply of BEV System Prototype |

Confidential Counterparty

Name

Notice Name

Address on file

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

City | State | ZIP Code

Country

| | | |
|---|---|---|
| 2.835 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement for one-time Supply of BEV System Prototype |

Confidential Counterparty

Name

Notice Name

Address on file

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

City | State | ZIP Code

Country

| | | |
|---|---|---|
| 2.836 | **State what the contract or lease is for and the nature of the debtor's interest** | Development Agreement |

Confidential Counterparty

Name

Notice Name

Address on file

Address

**State the term remaining** 12/31/2024

**List the contract number of any government contract**

City | State | ZIP Code

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.837** **State what the contract or lease is for and the nature of the debtor's interest**

Nomination Letter

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|

Country

---

**2.838** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. 05100-0000080863)

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|

Country

---

**2.839** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. 05100-0000112761)

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.840 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 05100-0000112762) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

| | | |
|---|---|---|
| **State the term remaining** | Unknown | |

**List the contract number of**

**any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.841 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 05100-0000112895) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

| | | |
|---|---|---|
| **State the term remaining** | Unknown | |

**List the contract number of**

**any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.842 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 05100-0000113585) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

| | | |
|---|---|---|
| **State the term remaining** | Unknown | |

**List the contract number of**

**any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.843 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 05100-0000113693) |
| | | Confidential Counterparty |
| | | Name |
| | | Notice Name |
| | | Address on file |
| | **State the term remaining** Unknown | Address |
| | **List the contract number of any government contract** | |
| | | City | State | ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.844 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 05100-0000113997) |
| | | Confidential Counterparty |
| | | Name |
| | | Notice Name |
| | | Address on file |
| | **State the term remaining** Unknown | Address |
| | **List the contract number of any government contract** | |
| | | City | State | ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.845 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 05100-0000113997) |
| | | Confidential Counterparty |
| | | Name |
| | | Notice Name |
| | | Address on file |
| | **State the term remaining** Unknown | Address |
| | **List the contract number of any government contract** | |
| | | City | State | ZIP Code |
| | | Country |

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**2.846** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. 05100-0000115516)

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

City    State    ZIP Code

Country

**2.847** **State what the contract or lease is for and the nature of the debtor's interest**

Strategic Collaboration Agreement

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

City    State    ZIP Code

Country

**2.848** **State what the contract or lease is for and the nature of the debtor's interest**

Development Agreement

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

City    State    ZIP Code

Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| **2.849** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (1605050083) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| **2.850** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 1605050076) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| **2.851** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 1605050083) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.852** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO No. 3431009202)

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |

Country

**2.853** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO No. 3431010084)

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |

Country

**2.854** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order Change (PO No. 1605000896)

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**2.855** **State what the contract or lease is for and the nature of the debtor's interest**   Valence Distribution Agreement

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining**   Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|

Country

**2.856** **State what the contract or lease is for and the nature of the debtor's interest**   Valence Distribution Agreement

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining**   Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|

Country

**2.857** **State what the contract or lease is for and the nature of the debtor's interest**   Assignment and Assumption Agreement

Connecticut Green Bank

Name

Notice Name

75 Charter Oak Ave., Suite 1 - 103

**State the term remaining**   7/31/2026

Address

**List the contract number of any government contract**

| Hartford | CT | 06106 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known):* 23-11121

| | | |
|---|---|---|
| 2.858 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO# 211503) |
| | | Connelly Electric Co |
| | | Name |
| | | |
| | | Notice Name |
| | | 40 S Addison Rd ste 100 |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Addison | IL | 60101 |

Country

| | | |
|---|---|---|
| 2.859 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |
| | | Consat Canada Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 1414 Lasalle Blvd |
| | **State the term remaining** | Unknown |
| | | Address |
| | | Suite 203 |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Sudbury | ON | P3A 1Z6 |
| Canada | | |

Country

| | | |
|---|---|---|
| 2.860 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |
| | | Consolidated Electrical Distributors, Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | DBA Royal Industrial Solutions |
| | **State the term remaining** | Unknown |
| | | Address |
| | | PO Box 847124 |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Los Angeles | CA | 90084-7124 |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.861**

| | |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |
| | |
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

Consolidated Parts Inc.

Name

Notice Name

2425 Scott Blvd

Address

| Santa Clara | CA | 95050 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.862**

| | |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Engagement Letter; Terms and Conditions |
| | |
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

Constangy Brooks Smith & Prophet LLP

Name

Notice Name

PO Box 102476

Address

| Atlanta | GA | 30368-0476 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.863**

| | |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |
| | |
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

Continental Automotive Systems US, Inc.

Name

Notice Name

PO Box 934675

Address

Reference 595405

| Allentown | PA | 18106 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.864 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 4500000582) |

Coolidge
Name

Notice Name

680 E. Houser Rd.
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Coolidge | AZ | 85131 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.865 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 4500000583) |

Coolidge
Name

Notice Name

680 E. Houser Rd.
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Coolidge | AZ | 85131 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.866 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 4500000602) |

Coolidge
Name

Notice Name

680 E. Houser Rd.
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Coolidge | AZ | 85131 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.867 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 4500002944) |

Coolidge
Name

Notice Name

680 E. Houser Rd.
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Coolidge | AZ | 85131 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.868 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 5500002177) |

Coolidge
Name

Notice Name

680 E. Houser Rd.
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Coolidge | AZ | 85131 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.869 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 5500002180) |

Coolidge
Name

Notice Name

680 E. Houser Rd.
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Coolidge | AZ | 85131 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Case number (if known): 23-11121

| 2.870 | State what the contract or lease is for and the nature of the debtor's interest | Revitalization Agreement (EZ21423454B) | Coordinating Council for Economic Development - South Carolina |
|---|---|---|---|

Name

| | | | Notice Name |
|---|---|---|---|

| | State the term remaining | Unknown | 1201 Main Street Suite 1600 |
|---|---|---|---|

Address

| | List the contract number of any government contract | | |
|---|---|---|---|

| | | | Columbia | SC | 29201 |
|---|---|---|---|---|---|

City | State | ZIP Code

Country

| 2.871 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Cordstrap USA Inc. |
|---|---|---|---|

Name

| | | | Notice Name |
|---|---|---|---|

| | State the term remaining | Unknown | 2000 S. Sylvania Av Ste 101 |
|---|---|---|---|

Address

| | List the contract number of any government contract | | |
|---|---|---|---|

| | | | Sturtevant | WI | 53177 |
|---|---|---|---|---|---|

City | State | ZIP Code

Country

| 2.872 | State what the contract or lease is for and the nature of the debtor's interest | Master License and Service Agreement | CoreSite, LLC |
|---|---|---|---|

Name

| | | | Notice Name |
|---|---|---|---|

| | State the term remaining | Unknown | 1001 17th Street, Suite 500 |
|---|---|---|---|

Address

| | List the contract number of any government contract | | |
|---|---|---|---|

| | | | Denver | CO | 80202 |
|---|---|---|---|---|---|

City | State | ZIP Code

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):* 23-11121

**2.873** | **State what the contract or lease is for and the nature of the debtor's interest** | AMD 3 for Electric Shuttle Buses with Chargers (MA-280-20011580)

County of Orange, Department John Wayne
Name

Notice Name

3160 Airway Avenue
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Costa Mesa | CA | 92626 |
| City | State | ZIP Code |

Country

**2.874** | **State what the contract or lease is for and the nature of the debtor's interest** | AMD 5 for Electric Shuttle Buses with Chargers (MA-280-20011580)

County of Orange, Department John Wayne
Name

Notice Name

Attn Melina McCoy
Address

**State the term remaining** | Unknown

3160 Airway Avenue

**List the contract number of any government contract**

| Costa Mesa | CA | 92626 |
| City | State | ZIP Code |

Country

**2.875** | **State what the contract or lease is for and the nature of the debtor's interest** | AMD 6 for Electric Shuttle Buses with Chargers (MA-280-20011580)

County of Orange, Department John Wayne
Name

Notice Name

Attn Melina McCoy
Address

**State the term remaining** | Unknown

3160 Airway Avenue

**List the contract number of any government contract**

| Costa Mesa | CA | 92626 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*:  23-11121

---

2.876 **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PA81245143)

**State the term remaining**  Unknown

**List the contract number of any government contract**

County of Sacramento
Name

Notice Name

9660 Ecology Ln.
Address

| Sacramento | CA | 95827 |
|---|---|---|
| City | State | ZIP Code |

Country

---

2.877 **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PA81245143)

**State the term remaining**  Unknown

**List the contract number of any government contract**

County of Sacramento
Name

Notice Name

9660 Ecology Ln.
Address

| Sacramento | CA | 95827 |
|---|---|---|
| City | State | ZIP Code |

Country

---

2.878 **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PA81335877)

**State the term remaining**  Unknown

**List the contract number of any government contract**

County of Sacramento
Name

Notice Name

9660 Ecology Ln.
Address

| Sacramento | CA | 95827 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*:  23-11121

---

**2.879** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PA81337724)

County of Sacramento

Name

Notice Name

9660 Ecology Ln.

Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Sacramento | CA | 95827 |

Country

---

**2.880** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PA81337724)

County of Sacramento

Name

Notice Name

9660 Ecology Ln.

Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Sacramento | CA | 95827 |

Country

---

**2.881** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PA81379612)

County of Sacramento

Name

Notice Name

9660 Ecology Ln.

Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Sacramento | CA | 95827 |

Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.882**

**State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PA81408930)

County of Sacramento

Name

Notice Name

9660 Ecology Ln.

**State the term remaining**   Unknown

Address

**List the contract number of any government contract**

| Sacramento | CA | 95827 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.883**

**State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. SC001-2300002779)

County of Sonoma

Name

Notice Name

2300 County Center Drive, Site B100

**State the term remaining**   Unknown

Address

**List the contract number of any government contract**

| Santa Rosa | CA | 95403 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.884**

**State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Coyote International L.L.C

Name

Notice Name

PO Box 1350

**State the term remaining**   Unknown

Address

**List the contract number of any government contract**

| Colleyville | TX | 76034 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.885** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

CPAC Systems AB
Name

Notice Name

State the term remaining | Unknown

Box 217
Address

List the contract number of any government contract

Goteborg | | 401 23
City | State | ZIP Code

Sweden
Country

**2.886** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Crane 1 Services, Inc.
Name

Notice Name

State the term remaining | Unknown

1027 Byers Road
Address

List the contract number of any government contract

Miamisburg | OH | 45342
City | State | ZIP Code

Country

**2.887** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Cromer Food Services, Inc.
Name

Notice Name

State the term remaining | Unknown

PO Box 1447
Address

List the contract number of any government contract

Anderson | SC | 29621
City | State | ZIP Code

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.888 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Cross Company
Name

Notice Name

PO Box 601855
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Charlotte | NC | 28260 |

Country

| | | |
|---|---|---|
| 2.889 | **State what the contract or lease is for and the nature of the debtor's interest** | Quote/Order - Products/Services Falcon Endpoint, Threat Graph with Data, CrowdStrike Falcon with Terms and Conditions |

CrowdStrike, Inc
Name

Notice Name

150 Mathilda Place
Address

**State the term remaining** Unknown

3rd Floor

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Sunnyvale | CA | 94086 |

Country

| | | |
|---|---|---|
| 2.890 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter: Lease Schedule (Lease Schedule No: 40565262) |

Crown Credit Company
Name

Notice Name

40 S Washington St
Address

**State the term remaining** 1/13/2026

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| New Bremen | OH | 45869 |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.891 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter: Lease Schedule (Lease Schedule No: 40565262) | Crown Credit Company |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 40 S Washington St |
| | **State the term remaining** | 1/13/2026 | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | New Bremen   OH   45869 |
| | | | City   State   ZIP Code |
| | | | |
| | | | Country |

| 2.892 | **State what the contract or lease is for and the nature of the debtor's interest** | Planned Maintenance Service Agreement | Crown Equipment Corporation |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1605 Poplar Drive |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Greer   SC   29651 |
| | | | City   State   ZIP Code |
| | | | |
| | | | Country |

| 2.893 | **State what the contract or lease is for and the nature of the debtor's interest** | Standard Purchase Order (Purchase Order: 749544) | Crown Equipment Corporation |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 641173 |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Cincinnati   OH   45264 |
| | | | City   State   ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

**2.894** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Crystal Instruments Corporation

Name

Notice Name

2090 Duane Ave

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Santa Clara | CA | 95054 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.895** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Cubic Transportation Systems, Inc.

Name

Notice Name

400 California St.

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| San Francisco | CA | 94101 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.896** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Culligan of the Piedmont

Name

Notice Name

212 Cooper Lane

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Easley | SC | 29642 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.897 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Cummins Inc.
Name

Notice Name

260 Commercial Road
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Spartanburg | SC | 29303 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.898 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Cypress Multigraphics, LLC
Name

Notice Name

8500 W. 185TH Street
Address

**State the term remaining** — Unknown

Unit A

**List the contract number of any government contract**

| | | |
|---|---|---|
| Tinley Park | IL | 60477 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.899 | **State what the contract or lease is for and the nature of the debtor's interest** | Dakota Software Corporation (SOW No.22-146) |

Dakota Software Corporation
Name

Notice Name

1375 Euclid Ave, Suite 500
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Cleveland | OH | 44115 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Case number (if known): 23-11121

| | | | |
|---|---|---|---|
| 2.900 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work Employee Lookup Integration (sFTP) | Dakota Software Corporation |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1375 Euclid Ave, Suite 500 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Cleveland    OH    44115 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.901 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment 1 Dated December 24, 2016 (Solicitation No. S-2021268 LONO Electric Buses; Contract No. C-2021268-01 LONO Electric Buses) | Dallas Area Rapid Transit Authority |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | P.O. Box 660163 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Dallas    TX    76266 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.902 | **State what the contract or lease is for and the nature of the debtor's interest** | Award / Contract Form (Solicitation No. S-2058303 / Contract No. C-1058308-01) | Dallas Area Rapid Transit Authority |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | P.O. Box 660163 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Dallas    TX    75266 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.903 State what the contract or lease is for and the nature of the debtor's interest**

Contract Change Order #002 (C-2021268-01)

Dallas Area Rapid Transit Authority

Name

Notice Name

1401 Pacific Avenue

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Dallas | TX | 75202 |

Country

---

**2.904 State what the contract or lease is for and the nature of the debtor's interest**

Contract Modification (C-2021268-01)

Dallas Area Rapid Transit Authority

Name

Notice Name

1401 Pacific Avenue

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Dallas | TX | 75202 |

Country

---

**2.905 State what the contract or lease is for and the nature of the debtor's interest**

Contract Modification No. 1 (C-2058308-1)

Dallas Area Rapid Transit Authority

Name

Notice Name

PO Box 223805

Address

**State the term remaining** 9/30/2023

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Dallas | TX | 75222 |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.906 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter in Response to DART Letter Dated 6/3/16 |

Dallas Area Rapid Transit Authority
Name

Notice Name

1401 Pacific Avenue
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Dallas | TX | 75202 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.907 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re Notice of Award and Notice to Proceed C-2038308-01 |

Dallas Area Rapid Transit Authority
Name

Notice Name

P.O. Box 660163
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Dallas | TX | 75266-0163 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.908 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re Request for Quote - Trapeze APC System C-202126801 |

Dallas Area Rapid Transit Authority
Name

Notice Name

1401 Pacific Avenue
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Dallas | TX | 75266-7235 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.909 | State what the contract or lease is for and the nature of the debtor's interest | Quote (Quote No. 1261) | Dallas Area Rapid Transit Authority |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | PO Box 223805 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | City | State | ZIP Code |
|---|---|---|---|---|
| | Dallas | TX | 75222 |

Country

| 2.910 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Danfoss Power Solutions (US) Company |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 2800 E 13th Street |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | City | State | ZIP Code |
|---|---|---|---|
| Ames | IA | 50010 |

Country

| 2.911 | State what the contract or lease is for and the nature of the debtor's interest | Change Request #5 - Bus Dimensions Dated July 29, 2016 (C-2021268-01) | DART - Delaware Transit Corporation |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | P.O. Box 660163 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | City | State | ZIP Code |
|---|---|---|---|
| Dallas | TX | 75202-7235 |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.912 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Request No. 6 - Interior Wall Panels (C-2021268-01) |

DART - Delaware Transit Corporation
Name

Notice Name

P.O. Box 660163
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Dallas | TX | 75202-7235 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.913 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re Contract #20-001 Amendment/Change Order (Contract No 20-001) |

DART - Delaware Transit Corporation
Name

Notice Name

900 Public Safety Boulevard
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Dover | DE | 19901-4503 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.914 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re Notice to Proceed for Contract #22-001 (Contract No 20-001) |

DART - Delaware Transit Corporation
Name

Notice Name

900 Public Safety Boulevard
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Dover | DE | 19901-4503 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.915 | **State what the contract or lease is for and the nature of the debtor's interest** | Specification/Exhibit Change Request Form No. 15 (C-2021268-01) |
| | | DART - Delaware Transit Corporation |
| | | Name |
| | | Notice Name |
| | | P.O. Box 660163 |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| Dallas | TX | 75202-7235 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.916 | **State what the contract or lease is for and the nature of the debtor's interest** | Specification/Exhibit Change Request Form No. 16 (C-2021268-01) |
| | | DART - Delaware Transit Corporation |
| | | Name |
| | | Notice Name |
| | | P.O. Box 660163 |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| Dallas | TX | 75202-7235 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.917 | **State what the contract or lease is for and the nature of the debtor's interest** | Specification/Exhibit Change Request Form No. 17 (C-2021268-01) |
| | | DART - Delaware Transit Corporation |
| | | Name |
| | | Notice Name |
| | | P.O. Box 660163 |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| Dallas | TX | 75202-7235 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.918** State what the contract or lease is for and the nature of the debtor's interest: Specifications/Exhibit Change Request Form (C-2021268-01)

DART - Delaware Transit Corporation

Name

Notice Name

P.O. Box 660163

State the term remaining: Unknown

Address

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|
| Dallas | TX | 75202-7235 |

Country

---

**2.919** State what the contract or lease is for and the nature of the debtor's interest: End-User Order Form (EUOF)

Dassault Systemes Americas Corp

Name

Notice Name

175 Wyman Street

State the term remaining: Unknown

Address

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|
| Waltham | MA | 02451-1223 |

Country

---

**2.920** State what the contract or lease is for and the nature of the debtor's interest: End-User Order Form (EUOF) - VAR XD Innovation America LLC - 3DExperience R2020x-R2023x

Dassault Systemes Americas Corp

Name

Notice Name

175 Wyman Street

State the term remaining: Unknown

Address

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|
| Waltham | MA | 02451-1223 |

Country

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.921 | **State what the contract or lease is for and the nature of the debtor's interest** | End-User Order Form (EUOF) "VAR" XD Innovation America LLC |
| | | Dassault Systemes Americas Corp |
| | | Name |
| | | Notice Name |
| | | 175 Wyman Street |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| | | | |
|---|---|---|---|
| Waltham | MA | 02451-1223 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.922 | **State what the contract or lease is for and the nature of the debtor's interest** | End-User Order Form (EUOF) (PO:. PO_IUS0067495) |
| | | Dassault Systemes Americas Corp |
| | | Name |
| | | Notice Name |
| | | 175 Wyman Street |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Waltham | MA | 02451-1223 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.923 | **State what the contract or lease is for and the nature of the debtor's interest** | End-User Order Form (EUOF) (SBO No. IUS0060724) |
| | | Dassault Systemes Americas Corp |
| | | Name |
| | | Notice Name |
| | | 175 Wyman Street |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Waltham | MA | 02451-1223 |
| City | State | ZIP Code |

Country

| Debtor: | Proterra Operating Company, Inc. | | Case number *(if known)*: | 23-11121 |
|---|---|---|---|---|
| | Name | | | |

**2.924** State what the contract or lease is for and the nature of the debtor's interest

End-User Order Form (EUOF) 3D Experience R2020x

Dassault Systemes Americas Corp
Name

Notice Name

175 Wyman Street
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Waltham | MA | 02451-1223 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.925** State what the contract or lease is for and the nature of the debtor's interest

Evaluation - Purchase Order - Duration for 1 month(s)

Dassault Systemes Americas Corp
Name

Notice Name

175 Wyman Street
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Waltham | MA | 02451-1223 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.926** State what the contract or lease is for and the nature of the debtor's interest

Master Customer License And Online Services Agreement

Dassault Systemes Americas Corp
Name

Notice Name

175 Wyman Street
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Waltham | MA | 02451 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.927 | **State what the contract or lease is for and the nature of the debtor's interest** | Performance Bond # 1216384 (Bond No. 1216384) |

Data Center Solutions, Inc.
Name

Notice Name

888 Bellerive Road
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Annapolis | MD | 21409 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.928 | **State what the contract or lease is for and the nature of the debtor's interest** | (Sub)Contractor Agreement - BSOOB |

Decker Electric Inc.
Name

Notice Name

4500 W Harry St
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Wichita | KS | 67209 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.929 | **State what the contract or lease is for and the nature of the debtor's interest** | (Sub)Contractor Agreement - TCAT 737 Willow Ave, Ithaca, NY 14850 |

Decker Electric Inc.
Name

Notice Name

4500 W Harry St
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Wichita | KS | 67209 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

| | | |
|---|---|---|
| 2.930 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order Request Decker COR#1 |
| | | Decker Electric Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 4500 W Harry St |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Wichita | KS | 67209 |

Country

| | | |
|---|---|---|
| 2.931 | **State what the contract or lease is for and the nature of the debtor's interest** | Charging Infrastructure Agreement |
| | | Decker Electric Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 4500 W Harry St |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Wichita | KS | 67209 |

Country

| | | |
|---|---|---|
| 2.932 | **State what the contract or lease is for and the nature of the debtor's interest** | Charging Infrastructure Agreement |
| | | Decker Electric Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 4500 W Harry St |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Wichita | KS | 67209 |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.933** **State what the contract or lease is for and the nature of the debtor's interest**

Charging Infrastructure Design/ Build Agreement

Decker Electric Inc.
Name

Notice Name

4500 W Harry St
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Wichita | KS | 67209 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.934** **State what the contract or lease is for and the nature of the debtor's interest**

Charging Infrastructure Design/ Build Agreement

Decker Electric Inc.
Name

Notice Name

4500 W Harry St
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Wichita | KS | 67209 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.935** **State what the contract or lease is for and the nature of the debtor's interest**

Charging Infrastructure Design/ Build Agreement

Decker Electric Inc.
Name

Notice Name

4500 W Harry St
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Wichita | KS | 67209 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.936 | **State what the contract or lease is for and the nature of the debtor's interest** | Contractor Agreement | Decker Electric Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 4500 W Harry St |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | |
| | | | Wichita / KS / 67209 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

| 2.937 | **State what the contract or lease is for and the nature of the debtor's interest** | Contractor Agreement | Decker Electric Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 4500 W Harry St |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | |
| | | | Wichita / KS / 67209 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

| 2.938 | **State what the contract or lease is for and the nature of the debtor's interest** | Contractor Agreement | Decker Electric Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 4500 W Harry St |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | |
| | | | Wichita / KS / 67209 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number (if known): 23-11121
_____

**2.939** | **State what the contract or lease is for and the nature of the debtor's interest** | Contractor Agreement | | Decker Electric Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 4500 W Harry St |
| **State the term remaining** | Unknown | | Address |
| | | | |
| **List the contract number of** | | | |
| **any government contract** | | | |
| | | | Wichita | KS | 67209 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

**2.940** | **State what the contract or lease is for and the nature of the debtor's interest** | Contractor Agreement - Capital Metropolitan Transportation Authority ("CapMetro" ) for the design and construction of electrification infrastructure at a bus operation facility located at 2910 E 5th St., Austin, TX 78702 (the "Site") | | Decker Electric Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 4500 W Harry St |
| **State the term remaining** | Unknown | | Address |
| | | | |
| **List the contract number of** | | | |
| **any government contract** | | | |
| | | | Wichita | KS | 67209 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

**2.941** | **State what the contract or lease is for and the nature of the debtor's interest** | Exhibit A.1 to Charging Infrastructure Agreement - Topeka 200 NW Crane, Topeka, KS 66603 (the "Project"). - Phase 1 | | Decker Electric Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 4500 W Harry St |
| **State the term remaining** | Unknown | | Address |
| | | | |
| **List the contract number of** | | | |
| **any government contract** | | | |
| | | | Wichita | KS | 67209 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.942 | **State what the contract or lease is for and the nature of the debtor's interest** | Standard Purchase Order (763933) |
| | | Decker Electric Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 4500 W Harry St |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Wichita | KS | 67209 |

Country

| | | |
|---|---|---|
| 2.943 | **State what the contract or lease is for and the nature of the debtor's interest** | Subcontractor Agreement - Ann Arbor Public Schools' bus facility located: 2400 Boardwalk Dr, Ann Arbor, MI 48104 |
| | | Decker Electric Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 4500 W Harry St |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Wichita | KS | 67209 |

Country

| | | |
|---|---|---|
| 2.944 | **State what the contract or lease is for and the nature of the debtor's interest** | Subcontractor Agreement - Roseville Community Schools' bus facility located: 18975 Church Street, Roseville MI 48066 |
| | | Decker Electric Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 4500 W Harry St |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Wichita | KS | 67209 |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**2.945** **State what the contract or lease is for and the nature of the debtor's interest**

Amendment of Solicitation/Modification of Contract (HQ08452390021)

Defense Innovation Unit

Name

Notice Name

230 RT Jones Rd

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| Mountain View | CA | 94043 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.946** **State what the contract or lease is for and the nature of the debtor's interest**

Award/Contract (HQ08452390021)

Defense Innovation Unit

Name

Notice Name

230 RT Jones Rd

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| Mountain View | CA | 94043 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.947** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Deflecto LLC

Name

Notice Name

PO Box 772651

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| Detroit | MI | 48277-2651 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.948 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Purchase Order No. PO22-00074) | Del Norte Unified School District |
| --- | --- | --- | --- |

Name

Notice Name

301 W. Washington Blvd.
Address

| | State the term remaining | Unknown | |
| --- | --- | --- | --- |

| | List the contract number of any government contract | | |

| | | | Crescent City | CA | 95531 |
| --- | --- | --- | --- | --- | --- |
| | | | City | State | ZIP Code |

Country

| 2.949 | State what the contract or lease is for and the nature of the debtor's interest | AMD 1 - Contract No. 20-001 b/w PTRA and DTC (Contract No 20-001) | Delaware Transit Corporation |
| --- | --- | --- | --- |

Name

Notice Name

119 Lower Beech Street, Suite 100
Address

| | State the term remaining | Unknown | |
| --- | --- | --- | --- |

| | List the contract number of any government contract | | |

| | | | Wilmington | DE | 19805 |
| --- | --- | --- | --- | --- | --- |
| | | | City | State | ZIP Code |

Country

| 2.950 | State what the contract or lease is for and the nature of the debtor's interest | AMD 1 - Contract No. 22-001 b/w PTRA and DTC (PO No. 22-001) | Delaware Transit Corporation |
| --- | --- | --- | --- |

Name

Notice Name

119 Lower Beech Street #100
Address

| | State the term remaining | Unknown | |
| --- | --- | --- | --- |

| | List the contract number of any government contract | | |

| | | | Wilmington | DE | 19805 |
| --- | --- | --- | --- | --- | --- |
| | | | City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.951 | **State what the contract or lease is for and the nature of the debtor's interest** | AMD2  b/w Proterra Inc. and Delaware Transit Corporation (Contract No. 20-001) |
| | | Delaware Transit Corporation |
| | | Name |
| | | |
| | | Notice Name |
| | **State the term remaining** | Unknown |
| | | 119 Lower Beech Street Suite 100 |
| | | Address |
| | **List the contract number of any government contract** | |

| | | | |
|---|---|---|---|
| Wilmington | DE | 19805 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.952 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 1 to Contract No. #22-025 |
| | | Delaware Transit Corporation |
| | | Name |
| | | |
| | | Notice Name |
| | **State the term remaining** | Unknown |
| | | 119 Lower Beech Street, Suite 100 |
| | | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Wilmington | DE | 19805 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.953 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Management Trial Order Form Valence Platform |
| | | Delaware Transit Corporation |
| | | Name |
| | | |
| | | Notice Name |
| | **State the term remaining** | 9/30/2023 |
| | | 2 N Monroe Street |
| | | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Wilmington | DE | 19801 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.954 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Form (Change No. 2) | Delaware Transit Corporation |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Unknown | 119 Lower Beech Street, Suite 100 |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Wilmington | DE | 19805 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.955 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Form (Change No. 3) | Delaware Transit Corporation |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Unknown | 119 Lower Beech Street, Suite 100 |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Wilmington | DE | 19805 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.956 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Request Form (Change No. 1) | Delaware Transit Corporation |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Unknown | 119 Lower Beech Street, Suite 100 |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Wilmington | DE | 19805 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.957 | State what the contract or lease is for and the nature of the debtor's interest | Change Order#1 | Delaware Transit Corporation |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 900 Public Safety Blvd |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Dover | DE | 19901 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.958 | State what the contract or lease is for and the nature of the debtor's interest | Letter Agreement | Delaware Transit Corporation |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 119 Lower Beech Street, Suite 100 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Wilmington | DE | 19805 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.959 | State what the contract or lease is for and the nature of the debtor's interest | Letter Agreement re: Offer to Replace Six Buses | Delaware Transit Corporation |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 119 Lower Beech Street, Suite 100 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Wilmington | DE | 19805 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.960 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Notice to Proceed for Contract #22-025 (Contract #22-025) |

Delaware Transit Corporation
Name

Notice Name

119 Lower Beech Street, Suite 100
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Wilmington | DE | 19805 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.961 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form |

Delaware Transit Corporation
Name

Notice Name

119 Lower Beech Street, Suite 100
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Wilmington | DE | 19805 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.962 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Agreement #22-025 (Agreement No. 22-025) |

Delaware Transit Corporation
Name

Notice Name

119 Lower Beech Street, Suite 100
Address

**State the term remaining** 7/28/2024

**List the contract number of any government contract**

| Wilmington | DE | 19805 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.963 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of Eight 35' & Two 40' BEBs and Charging Stations (20-001) |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Delaware Transit Corporation
Name

Notice Name

900 Public Safety Blvd
Address

| Dover | DE | 19901 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.964 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of Six 35' and BEBs & Charging Stations (17-044) |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Delaware Transit Corporation
Name

Notice Name

900 Public Safety Blvd
Address

| Dover | DE | 19901 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.965 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of Six 35' BEBs and Seven Charging Stations (Contract No. 17-044) |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Delaware Transit Corporation
Name

Notice Name

900 Public Safety Blvd
Address

| Dover | DE | 19901 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.966 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Agreement No. 22-001) |
| | | Delaware Transit Corporation |
| | | Name |
| | | Notice Name |
| | | 119 Lower Beech Street, Suite 100 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of** | | |
| | **any government contract** | | |

| | | | |
|---|---|---|---|
| Wilmington | DE | 19805 |
| City | State | ZIP Code |
| Country | | |

| | | |
|---|---|---|
| 2.967 | **State what the contract or lease is for and the nature of the debtor's interest** | Quotation (Q-00243) |
| | | Delaware Transit Corporation |
| | | Name |
| | | Notice Name |
| | | 119 Lower Beech St #100 |
| | **State the term remaining** | 7/8/2023 | Address |
| | **List the contract number of** | | |
| | **any government contract** | | |

| | | |
|---|---|---|
| Wilmington | DE | 19805 |
| City | State | ZIP Code |
| Country | | |

| | | |
|---|---|---|
| 2.968 | **State what the contract or lease is for and the nature of the debtor's interest** | Quotation (Q-002471) |
| | | Delaware Transit Corporation |
| | | Name |
| | | Notice Name |
| | | 119 Lower Beech St #100 |
| | **State the term remaining** | 7/8/2023 | Address |
| | **List the contract number of** | | |
| | **any government contract** | | |

| | | |
|---|---|---|
| Wilmington | DE | 19805 |
| City | State | ZIP Code |
| Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*:    23-11121

| | | |
|---|---|---|
| 2.969 | **State what the contract or lease is for and the nature of the debtor's interest** | Quotation (Q-00270) |
| | | **State the term remaining** 7/9/2023 |
| | | **List the contract number of any government contract** |

Delaware Transit Corporation

Name

Notice Name

119 Lower Beech St #100

Address

| Wilmington | DE | 19805 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.970 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement |
| | | **State the term remaining** Unknown |
| | | **List the contract number of any government contract** |

Delaware Transit Corporation

Name

Notice Name

119 Lower Beech Street, Suite 100

Address

| Wilmington | DE | 19805 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.971 | **State what the contract or lease is for and the nature of the debtor's interest** | Corporate Guaranty |
| | | **State the term remaining** Unknown |
| | | **List the contract number of any government contract** |

Dell Financial Services LLC

Name

Notice Name

One Dell Way

Address

| Round Rock | TX | 78682 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.972 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Lease Agreement (No. 596632-79142) |

Dell Financial Services LLC
Name

Notice Name

One Dell Way
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Round Rock | TX | 78682 |

Country

| | | |
|---|---|---|
| 2.973 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Lease Agreement Schedule (No. 001-6854662-001) |

Dell Financial Services LLC
Name

Notice Name

One Dell Way
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Round Rock | TX | 78682 |

Country

| | | |
|---|---|---|
| 2.974 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Lease Agreement Schedule (No. 001-6854662-002) |

Dell Financial Services LLC
Name

Notice Name

One Dell Way
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Round Rock | TX | 78682 |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | | |
|---|---|---|---|
| 2.975 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Lease Agreement Schedule (No. 001-6854662-003) | Dell Financial Services LLC |
| | | | Name |
| | | | Notice Name |
| | | | One Dell Way |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| Round Rock | TX | 78682 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.976 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Lease Agreement Schedule (No. 001-6854662-004) | Dell Financial Services LLC |
| | | | Name |
| | | | Notice Name |
| | | | One Dell Way |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| Round Rock | TX | 78682 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.977 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Lease Agreement Schedule (No. 001-6854662-500) | Dell Financial Services LLC |
| | | | Name |
| | | | Notice Name |
| | | | One Dell Way |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| Round Rock | TX | 78682 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.978 | State what the contract or lease is for and the nature of the debtor's interest | Master Lease Agreement Schedule (No. 001-6854662-501) | Dell Financial Services LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Unknown | One Dell Way |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Round Rock | TX | 78682 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.979 | State what the contract or lease is for and the nature of the debtor's interest | Master Lease Agreement Schedule (No. 001-6854662-502) | Dell Marketing, LP |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Unknown | One Dell Way |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Round Rock | TX | 78682 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.980 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement | Delta Dental of Missouri |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | PO Box 790320 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Saint Louis | MO | 63179 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known):* 23-11121

| | | |
|---|---|---|
| 2.981 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Affidavit |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Department of Administrative Services
Name

Notice Name

200 Piedmont Ave, Ste 1308
Address

West Tower

| Atlanta | GA | 30334 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.982 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Amendment No. 3; Renewal No. 2 (Contract No. 99999-001-SPD0000138-0007; Solicitation No. / Event ID 99999-001-SPD0000152) |
| | **State the term remaining** | 6/30/2022 |
| | **List the contract number of any government contract** | |

Department of Administrative Services
Name

Notice Name

200 Piedmont Avenue, S.E, Suite 1308
Address

West Tower

| Atlanta | GA | 30334-9010 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.983 | **State what the contract or lease is for and the nature of the debtor's interest** | Statewide Standard Contract Form (Contract No. 99999-001-SPD0000138-0007; Solicitation No. / Event ID 99999-001-SPD0000152) |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Department of Administrative Services
Name

Notice Name

200 Piedmont Ave, Ste 1308
Address

West Tower

| Atlanta | GA | 30334 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Case number (if known): 23-11121

---

**2.984** **State what the contract or lease is for and the nature of the debtor's interest**

AMD 1 - Public Mass Transit (Contract No. 99999-001-SPD0000138-0007; Solicitation No. / Event ID 99999-001-SPD0000152)

**State the term remaining** 6/30/2020

**List the contract number of any government contract**

| | | |
|---|---|---|
| Department of Administrative, State Purchasing Division | | |
| Name | | |
| | | |
| Notice Name | | |
| 200 Piedmont Ave, Ste 1308 | | |
| Address | | |
| West Tower | | |
| | | |
| Atlanta | GA | 30334 |
| City | State | ZIP Code |
| | | |
| Country | | |

---

**2.985** **State what the contract or lease is for and the nature of the debtor's interest**

Standard Agreement - Amendment (Agreement # 1-19-23-17C)

**State the term remaining** 12/15/2023

**List the contract number of any government contract**

| | | |
|---|---|---|
| Department of General Services, Procurement Division | | |
| Name | | |
| | | |
| Notice Name | | |
| 707 3rd Street | | |
| Address | | |
| | | |
| West Sacramento | CA | 95605 |
| City | State | ZIP Code |
| | | |
| Country | | |

---

**2.986** **State what the contract or lease is for and the nature of the debtor's interest**

Contract Agreement

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Department of Revenue State of Washington | | |
| Name | | |
| | | |
| Notice Name | | |
| 1500 Jefferson Building | | |
| Address | | |
| | | |
| Olympia | WA | 98501 |
| City | State | ZIP Code |
| | | |
| Country | | |

Debtor:  Proterra Operating Company, Inc.

Name

Case number *(if known)*:  23-11121

| 2.987 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Amendment (99999-001-SPD0000138-0007) | Department of Revenue State of Washington |
|---|---|---|---|
| | | | Name |

| | | | |
|---|---|---|---|
| | | | Notice Name |
| | | | 200 Piedmont Avenue, S.E., Suite 1308 |
| **State the term remaining** | | 6/30/2020 | Address |
| | | | West Tower |
| **List the contract number of** | | | |
| **any government contract** | | | |

| | | City | State | ZIP Code |
|---|---|---|---|---|
| Atlanta | | GA | | 30334 |

Country

| 2.988 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendment to Transit Buses (Contract No. 06719-01) | Department of Revenue State of Washington |
|---|---|---|---|
| | | | Name |

| | | | |
|---|---|---|---|
| | | | Notice Name |
| | | | Department of Enterprise Services |
| **State the term remaining** | | Unknown | Address |
| | | | PO Box 41411 |
| **List the contract number of** | | | |
| **any government contract** | | | |

| City | State | ZIP Code |
|---|---|---|
| Olympia | WA | 98504-1411 |

Country

| 2.989 | **State what the contract or lease is for and the nature of the debtor's interest** | Fourth Amendment to Heavy Duty Mass Transit Vehicles (Contract No. 09214) | Department of Revenue State of Washington |
|---|---|---|---|
| | | | Name |

| | | | |
|---|---|---|---|
| | | | Notice Name |
| | | | Department of Enterprise Services |
| **State the term remaining** | | Unknown | Address |
| | | | PO Box 41411 |
| **List the contract number of** | | | |
| **any government contract** | | | |

| City | State | ZIP Code |
|---|---|---|
| Olympia | WA | 98504-1411 |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known):* 23-11121

| | | |
|---|---|---|
| 2.990 | **State what the contract or lease is for and the nature of the debtor's interest** | Second Amendment to Heavy Duty Mass Transit Vehicles (Contract No. 09214) |

Department of Revenue State of Washington

Name

Notice Name

Department of Enterprise Services

Address

PO Box 41411

**State the term remaining** — Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Olympia | WA | 98504-1411 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.991 | **State what the contract or lease is for and the nature of the debtor's interest** | Second Amendment to Transit Buses (Contract No. 06719-01) |

Department of Revenue State of Washington

Name

Notice Name

Department of Enterprise Services

Address

PO Box 41411

**State the term remaining** — Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Olympia | WA | 98504-1411 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.992 | **State what the contract or lease is for and the nature of the debtor's interest** | Seventh Amendment to Heavy Duty Mass Transit Vehicles (Contract No. 09214) |

Department of Revenue State of Washington

Name

Notice Name

Department of Enterprise Services

Address

PO Box 41411

**State the term remaining** — Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Olympia | WA | 98504-1411 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known):* 23-11121

| 2.993 | State what the contract or lease is for and the nature of the debtor's interest | Sixth Amendment to Heavy Duty Mass Transit Vehicles (Contract No. 09214) | Department of Revenue State of Washington |
|---|---|---|---|

Name

Notice Name

Department of Enterprise Services

State the term remaining | Unknown

Address

PO Box 41411

List the contract number of any government contract

| Olympia | WA | 98504-1411 |
| City | State | ZIP Code |

Country

| 2.994 | State what the contract or lease is for and the nature of the debtor's interest | Sixth Amendment to Heavy Duty Mass Transit Vehicles (Contract No. 09214) | Department of Revenue State of Washington |
|---|---|---|---|

Name

Notice Name

Department of Enterprise Services

State the term remaining | Unknown

Address

PO Box 41411

List the contract number of any government contract

| Olympia | WA | 98504-1411 |
| City | State | ZIP Code |

Country

| 2.995 | State what the contract or lease is for and the nature of the debtor's interest | Standard Agreement - Amendment (1-19-23-17C) | Department of Revenue State of Washington |
|---|---|---|---|

Name

Notice Name

707 3rd St

State the term remaining | 12/15/2022

Address

List the contract number of any government contract

| West Sacramento | CA | 95605 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known):* 23-11121

| | | | |
|---|---|---|---|
| 2.996 | **State what the contract or lease is for and the nature of the debtor's interest** | Standard Agreement-Amendment (Agreement No. 1-19-23-17C) | Department of Revenue State of Washington |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 707 3rd Street |
| | **State the term remaining** | 12/15/2023 | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | West Sacramento    CA    95605 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.997 | **State what the contract or lease is for and the nature of the debtor's interest** | Statewide Standard Contract Form for the State of Georgia (Solicitation No. 99999-001-SPD0000152; Contract No. 99999-001-SPD0000138-0007) | Department of Revenue State of Washington |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 200 Piedmont Ave, Ste 1308 |
| | **State the term remaining** | Unknown | Address |
| | | | West Tower |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | Atlanta    GA    30334 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.998 | **State what the contract or lease is for and the nature of the debtor's interest** | Third Amendment to Heavy Duty Mass Transit Vehicles (Contract No. 09214) | Department of Revenue State of Washington |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Department of Enterprise Services |
| | **State the term remaining** | Unknown | Address |
| | | | PO Box 41411 |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | Olympia    WA    98504-1411 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.999 | **State what the contract or lease is for and the nature of the debtor's interest** | Third Amendment to Transit Buses (Contract No. 06719-01) | Department of Revenue State of Washington |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Department of Enterprise Services |
| | **State the term remaining** | Unknown | Address |
| | | | PO Box 41411 |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Olympia WA 98504-1411 |
| | | | City State ZIP Code |
| | | | |
| | | | Country |

| 2.1000 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter Re: Notice of Force Majeure Event | Department of Transportation and Public Works |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1245 E. Washington Ave., Suite 201 |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Madison WI 53703 |
| | | | City State ZIP Code |
| | | | |
| | | | Country |

| 2.1001 | **State what the contract or lease is for and the nature of the debtor's interest** | King County Department of Transportation Transit Division Contract (EB17-1) | Department of Transportation Transit Division |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 201 South Jackson Street |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Seattle WA 98104 |
| | | | City State ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1002 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order Form (Change No. CR-0001) |

Des Moines Area Regional Transit Authority
Name

Notice Name

Operations Manager - Maintenance
Address

**State the term remaining**    Unknown

1100 DART Way

**List the contract number of any government contract**

| Des Moines | IA | 50309 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1003 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendment to Contract |

Des Moines Area Regional Transit Authority
Name

Notice Name

620 Cherry Street
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Des Moines | IA | 50309 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1004 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale Contract |

Des Moines Area Regional Transit Authority
Name

Notice Name

Operations Manager - Maintenance
Address

**State the term remaining**    Unknown

1100 DART Way

**List the contract number of any government contract**

| Des Moines | IA | 50309 |
|---|---|---|
| City | State | ZIP Code |

Country

| Debtor: | Proterra Operating Company, Inc. | Case number *(if known):* | 23-11121 |
|---|---|---|---|
| | Name | | |

**2.1005** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale Contract | Des Moines Area Regional Transit Authority |
|---|---|---|
| | | Name |
| | | |
| | | Notice Name |
| | | Operations Manager - Maintenance |
| **State the term remaining** | Unknown | Address |
| | | 1100 DART Way |
| **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Des Moines | IA | 50309 |

Country

**2.1006** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale Contract | Des Moines Area Regional Transit Authority |
|---|---|---|
| | | Name |
| | | |
| | | Notice Name |
| | | Operations Manager - Maintenance |
| **State the term remaining** | Unknown | Address |
| | | 1100 DART Way |
| **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Des Moines | IA | 50309 |

Country

**2.1007** | **State what the contract or lease is for and the nature of the debtor's interest** | Quote for Construction and Temporary Equipment Installation | Detroit Department of Transportation |
|---|---|---|
| | | Name |
| | | |
| | | Notice Name |
| | | 5149 Jean St. |
| **State the term remaining** | Unknown | Address |
| **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Detroit | MI | 48213 |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | | |
|---|---|---|---|
| 2.1008 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | DEWESoft, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 10730 Logan St |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Whitehouse | OH | 43571 |
| | | | City | State | ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1009 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Dialight Corporation |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Lock Box #S-7055 |
| | **State the term remaining** | Unknown | Address |
| | | | P. O. Box 8500 |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Philadelphia | PA | 19178-7055 |
| | | | City | State | ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1010 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Diamond Manufacturing |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2330 Burlington Street |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | North Kansas City | MO | 64116 |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):* 23-11121

| 2.1011 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Digi-Key Corporation |
|---|---|---|---|
| | | | Name |

| | | | |
|---|---|---|---|
| | | | Notice Name |
| | **State the term remaining** | Unknown | 701 Brooks Ave. South |
| | | | Address |
| | **List the contract number of** | | P.O. Box 250 |
| | **any government contract** | | |

| | | Thief River Falls | MN | 56701-0677 |
|---|---|---|---|---|
| | | City | State | ZIP Code |

Country

| 2.1012 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | DILAX Systems Inc. |
|---|---|---|---|
| | | | Name |

| | | | |
|---|---|---|---|
| | | | Notice Name |
| | **State the term remaining** | Unknown | 406 - Desaulniers |
| | | | Address |
| | **List the contract number of** | | Suite 406 |
| | **any government contract** | | |

| | | Saint-Lambert | QC | J4P 1L3 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Canada | | |
| | | Country | | |

| 2.1013 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment of Solicitation/Modification of Contract (DCKA-2017-Z-0001) | District Department of Transportation |
|---|---|---|---|
| | | | Name |

| | | | |
|---|---|---|---|
| | | | Notice Name |
| | **State the term remaining** | Unknown | 55 M Street,7th Floor |
| | | | Address |
| | **List the contract number of** | | Office of Contracting and Procurement |
| | **any government contract** | | |

| | | Washington | DC | 20003 |
|---|---|---|---|---|
| | | City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

| | | |
|---|---|---|
| 2.1014 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Solicitation / Modification of Contract |

District of Columbia, District Department of Transportation

Name

Notice Name

250 M St SE 7th Floor

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Washington | DC | 20002 |

Country

| | | |
|---|---|---|
| 2.1015 | **State what the contract or lease is for and the nature of the debtor's interest** | Change of Name Agreement |

District of Columbia, District Department of Transportation

Name

Notice Name

250 M St SE 7th Floor

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Washington | DC | 20002 |

Country

| | | |
|---|---|---|
| 2.1016 | **State what the contract or lease is for and the nature of the debtor's interest** | Electronic Invoicing Purchase Order (Order No. PO619749-KA0/TDD/KAO/TDD/DC) |

District of Columbia, District Department of Transportation

Name

Notice Name

55 M Street, SE, 7th Floor

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Washington | DC | 20003 |

Country

Debtor: Proterra Operating Company, Inc.

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.1017 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement b/w San Mateo County Transit District and PTRA |

District Secretary San Mateo County Transit District
Name

Notice Name

1250 San Carlos Avenue
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| San Carlos | CA | 94070-1306 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1018 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement b/w San Mateo County Transit District and PTRA |

District Secretary San Mateo County Transit District
Name

Notice Name

1250 San Carlos Avenue
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| San Carlos | CA | 94070 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1019 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Dixie Rubber & Plastics, Inc.
Name

Notice Name

PO Box 6554
Address

Pleasantburg Industrial Park

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Greenville | SC | 29606 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known):*   23-11121

| | | |
|---|---|---|
| **2.1020** | **State what the contract or lease is for and the nature of the debtor's interest** | Quote Proterra -20230717-PS-AO-003 |

Documoto - Content Publishing

Name

Notice Name

800 Englewood Pkwy

Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Englewood | CO | 80110 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.1021** | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work - Proterra Content Publishing (on behalf of Chicago Transit Authority) |

Documoto - Content Publishing

Name

Notice Name

800 Englewood Pkwy

Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Englewood | CO | 80110 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.1022** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Doerrer Group LLC, The

Name

Notice Name

11999 San Vicente Blvd, Penthouse

Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| New York | NY | 10017 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.1023** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Doga USA, Corp
Name

Notice Name

**State the term remaining** Unknown

12060 Raymond Ct
Address

**List the contract number of any government contract**

| Huntley | IL | 60142-8069 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1024** **State what the contract or lease is for and the nature of the debtor's interest**

Agreement re: Charging Equipment Purchase

Dominion Energy Virginia
Name

Notice Name

**State the term remaining** Unknown

120 Tredegar Street
Address

**List the contract number of any government contract**

| Richmond | VA | 23219 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1025** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Dongling Technologies Co, Ltd
Name

Notice Name

**State the term remaining** Unknown

5002 Gem St
Address

**List the contract number of any government contract**

| Newaygo | MI | 49337 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known):* 23-11121

| 2.1026 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (P006088452) | DONNIE OWLE |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 127 CHEROKEE BOYS CLUB LOOP |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| CHEROKEE | NC | 28719 |

Country

| 2.1027 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO:. 4100007098) | DPWT, PGC Bus Depot Station |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 8401 DArcy Road |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Forestville | MD | 20747 |

Country

| 2.1028 | **State what the contract or lease is for and the nature of the debtor's interest** | Standard Purchase Order (Order No. 812197) | Druva |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 2051 Mission College Blvd. |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Santa Clara | CA | 95054 |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

**2.1029** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

DSV Air & Sea, Inc.

Name

Notice Name

**State the term remaining** Unknown

200 Wood Avenue South, Suite 300

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Iselin | NJ | 08830 |

Country

**2.1030** **State what the contract or lease is for and the nature of the debtor's interest**

First Amendment to Vehicle-To-Grid Testing Agreement

Duke Energy Carolinas, LLC

Name

Notice Name

**State the term remaining** Unknown

400 S. Tyron Street

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Charlotte | NC | 28202 |

Country

**2.1031** **State what the contract or lease is for and the nature of the debtor's interest**

Second Amendment to Vehicle-to-Grid Testing Agreement

Duke Energy Carolinas, LLC

Name

Notice Name

Wholesale Renewable Manager - Mail code ST-2620

**State the term remaining** Unknown

Address

400 S. Tyron Street

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Charlotte | NC | 28202 |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1032 | **State what the contract or lease is for and the nature of the debtor's interest** | Second Amendment to Vehicle-To-Grid Testing Agreement |
| | | Duke Energy Carolinas, LLC |
| | | Name |
| | | |
| | | Notice Name |
| | | 400 S. Tyron Street |
| | **State the term remaining** | 5/8/2026 |
| | | Address |
| | **List the contract number of any government contract** | |

| Charlotte | NC | 28202 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1033 | **State what the contract or lease is for and the nature of the debtor's interest** | Vehicle-To-Grid Testing Agreement |
| | | Duke Energy Carolinas, LLC |
| | | Name |
| | | |
| | | Notice Name |
| | | 400 S. Tyron Street |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| Charlotte | NC | 28202 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1034 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order Amending Contract b/w PTRA and Duke University (Change No. CO-001 / Contract No. PA-2022-002-DUKE) |
| | | Duke University |
| | | Name |
| | | |
| | | Notice Name |
| | | 712 Wilkerson Avenue |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| Durham | NC | 27708 |
|---|---|---|
| City | State | ZIP Code |

Country

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.1035 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order Amending Purchase Agreement PA-2022-002-DUKE (Change No. CO-002 / Contract No. PA-2022-002-DUKE) | Duke University |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 302 Science Drive |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Durham | NC | 27708 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.1036 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order Request Form Amending Contract | DUKE University |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 302 Science Drive |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Durham | NC | 27708 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.1037 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re Proterra Bus Delivery Documentation | Duke University |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 302 Science Drive |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Durham | NC | 27708 |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*:    23-11121

**2.1038** | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re Proterra Pricing - Duke University | Duke University

Name

Notice Name

712 Wilkerson Avenue

Address

**State the term remaining** | Unknown | Box 90798

**List the contract number of any government contract** |

| Durham | NC | 27708 |
| City | State | ZIP Code |

Country

**2.1039** | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT B/W DUKE UNIVERSITY AND PTRA (Agreement No. PA-2022-002-DUKE) | Duke University

Name

Notice Name

302 Science Drive

**State the term remaining** | 7/26/2027 | Address

**List the contract number of any government contract** |

| Durham | NC | 27708 |
| City | State | ZIP Code |

Country

**2.1040** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of Two 40FT BEBs and Two Charging Stations (Contract No. PA-2021-001-DUKE) | Duke University

Name

Notice Name

302 Science Drive

**State the term remaining** | Unknown | Address

**List the contract number of any government contract** |

| Durham | NC | 27708 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.1041** **State what the contract or lease is for and the nature of the debtor's interest**

Section 1-4 of Contract Between Proterra Inc and Duke University

Duke University
Name

Notice Name

**State the term remaining** Unknown

712 Wilkerson Avenue
Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Durham | NC | 27701 |
| City | State | ZIP Code |

Country

**2.1042** **State what the contract or lease is for and the nature of the debtor's interest**

Section 1-4 of Contract Between Proterra Inc and Duke University

Duke University
Name

Notice Name

**State the term remaining** Unknown

712 Wilkerson Avenue
Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Durham | NC | 27701 |
| City | State | ZIP Code |

Country

**2.1043** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order Number: 4551264794)

Duke University Health System, Inc.
Name

Notice Name

Campus Box 104131

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Durham | NC | 27708 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):* 23-11121

| 2.1044 | State what the contract or lease is for and the nature of the debtor's interest | Purchase and Sale of 40FT E2 BEBs and Charging Equipment (040-1 s-0011.1) | Duluth Transit Authority |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2402 West Michigan Street |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | | |
|---|---|---|---|---|
| | | Duluth | MN | 55806 |
| | | City | State | ZIP Code |
| | | | | |
| | | Country | | |

| 2.1045 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Dungarees, LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 500 East Broadway |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | | |
|---|---|---|---|---|
| | | Columbia | MO | 65201 |
| | | City | State | ZIP Code |
| | | | | |
| | | Country | | |

| 2.1046 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement | DWFritz Automation, Inc |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 9600 SW Boeckman |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | | |
|---|---|---|---|---|
| | | Wilsonville | OR | 97070 |
| | | City | State | ZIP Code |
| | | | | |
| | | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*    23-11121

| | | |
|---|---|---|
| 2.1047 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Acceptance – Exceptions Noted (780504 Rev 1 (Rev date 29-Jul-2021)) |

DWFritz Automation, Inc

Name

Notice Name

9600 SW Boeckman Rd.

Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Wilsonville | OR | 97070 |

Country

| | | |
|---|---|---|
| 2.1048 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work No. 1 - Proterra Battery Block Line |

DWFritz Automation, Inc

Name

Notice Name

9600 SW Boeckman Road

Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Wilsonville | OR | 97070 |

Country

| | | |
|---|---|---|
| 2.1049 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Dynamic Motion Control, Inc.

Name

Notice Name

2222 N. Elston Avenue, Ste 200

Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Chicago | IL | 60614 |

Country

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1050 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |
| | | |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Dynatect Manufacturing

Name

Notice Name

2300 S Calhoun Rd

Address

PO Box 510847

| New Berlin | WI | 53151-0847 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1051 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of Three 40FT BEBs and Three Charging Stations (P2020-01-ECO Transit) |
| | | |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Eagle County Transit

Name

Notice Name

3289 Cooley Mesa Road

Address

| Gypsum | CO | 81637 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1052 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment To Global Corporate Service Agreement |
| | | |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

EAN Services, LLC

Name

Notice Name

600 Corporate Park Drive

Address

| Saint Louis | MO | 63105 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1053 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | EAO Switch Corporation |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1 Parrott Drive |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| | | Shelton | CT | 06484 |
| | | City | State | ZIP Code |
| | | | |
| | | Country | |

| | | | |
|---|---|---|---|
| 2.1054 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (1788(a)) | Eastern Contra Costa Transit Authority (ECCTA) |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 801 Wilbur Avenue |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| | | Antioch | CA | 94509 |
| | | City | State | ZIP Code |
| | | | |
| | | Country | |

| | | | |
|---|---|---|---|
| 2.1055 | **State what the contract or lease is for and the nature of the debtor's interest** | Affidavit and Agreement (PO No. 22011007) | Eastern Crane & Hoist |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 311 Dale Dr. |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| | | Fountain Inn | SC | 29644 |
| | | City | State | ZIP Code |
| | | | |
| | | Country | |

| Debtor: | Proterra Operating Company, Inc. | | Case number *(if known)*: | 23-11121 |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 2.1056 | **State what the contract or lease is for and the nature of the debtor's interest** | License Agreement | Eaton Corporation |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1000 Eaton Blvd |
| | **State the term remaining** | 7/14/2021 | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Cleveland · OH · 44122 |
| | | | City · State · ZIP Code |
| | | | |
| | | | Country |

| 2.1057 | **State what the contract or lease is for and the nature of the debtor's interest** | Product Supply Agreement | Eaton Corporation |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1000 Eaton Blvd |
| | **State the term remaining** | 8/22/2024 | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Cleveland · OH · 44122 |
| | | | City · State · ZIP Code |
| | | | |
| | | | Country |

| 2.1058 | **State what the contract or lease is for and the nature of the debtor's interest** | Product Supply Agreement | Eaton Corporation |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1000 Eaton Blvd |
| | **State the term remaining** | 12/31/2025 | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Cleveland · OH · 44122 |
| | | | City · State · ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1059 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order: 0011-40937 Amendment 1 (0011-40937) | Eaton Corporation |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1000 Eaton Blvd |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Cleveland / OH / 44122 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |
| 2.1060 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Eaton Industrial (Wuxi) Co., Ltd |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 111 Chunlei Eastern Road |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Wuxi / Jiangsu / 214101 |
| | | | City / State / ZIP Code |
| | | | China |
| | | | Country |
| 2.1061 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Eaton Truck Components SP |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 30 Stycznia 55 |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Tczew / 83-110 |
| | | | City / State / ZIP Code |
| | | | Poland |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.1062** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Eberspacher Sutrak GmbH & Co.
Name

Notice Name

**State the term remaining**  Unknown

Eberspacherstrasse 24
Address

**List the contract number of any government contract**

| Esslingen | | 73730 |
|---|---|---|
| City | State | ZIP Code |
| Germany | | |
| Country | | |

---

**2.1063** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Eberspaecher Climate Control Systems Sp. zo.o
Name

Notice Name

**State the term remaining**  Unknown

Godzikowice 50 P
Address

**List the contract number of any government contract**

| Godzikowice | | 55-200 OLAWA |
|---|---|---|
| City | State | ZIP Code |
| Poland | | |
| Country | | |

---

**2.1064** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Echo Engineering & Production Supplies, Inc.
Name

Notice Name

Echo Supply, Inc.
Address

**State the term remaining**  Unknown

2406 W 78th Street

**List the contract number of any government contract**

| Indianapolis | IN | 46268 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)* 23-11121

**2.1065** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Eclipse Metal Fabrication, Inc.
Name

Notice Name

State the term remaining     Unknown

2901 Spring St
Address

List the contract number of any government contract

| Redwood City | CA | 94063 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1066** State what the contract or lease is for and the nature of the debtor's interest

Order Form

ECO Transit
Name

Notice Name

State the term remaining     Unknown

3289 Cooley Mesa Road/ 500 Swift Gulch Rd
Address

List the contract number of any government contract

| Eagle | CO | 81637 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1067** State what the contract or lease is for and the nature of the debtor's interest

Order Form: Valence Platform

ECO Transit
Name

Notice Name

State the term remaining     Unknown

3289 Cooley Mesa Road
Address

List the contract number of any government contract

| Avon | CO | 81637 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)* 23-11121

| 2.1068 | State what the contract or lease is for and the nature of the debtor's interest | Change Order (1) | Edmonton |
| | | | Name |

| | | | Notice Name |
| | | | 4th Floor, Century Place |
| State the term remaining | | Unknown | Address |
| | | | 9803 102A Avenue NW |
| List the contract number of any government contract | | | |

| | | | Edmonton | AB | T5J 3A3 |
| | | | City | State | ZIP Code |
| | | | Canada | | |
| | | | Country | | |

| 2.1069 | State what the contract or lease is for and the nature of the debtor's interest | Change Order (2) | Edmonton |
| | | | Name |

| | | | Notice Name |
| | | | 4th Floor, Century Place |
| State the term remaining | | Unknown | Address |
| | | | 9803 102A Avenue NW |
| List the contract number of any government contract | | | |

| | | | Edmonton | AB | T5J 3A3 |
| | | | City | State | ZIP Code |
| | | | Canada | | |
| | | | Country | | |

| 2.1070 | State what the contract or lease is for and the nature of the debtor's interest | Change Order (3) | Edmonton |
| | | | Name |

| | | | Notice Name |
| | | | 4th Floor, Century Place |
| State the term remaining | | Unknown | Address |
| | | | 9803 102A Avenue NW |
| List the contract number of any government contract | | | |

| | | | Edmonton | AB | T5J 3A3 |
| | | | City | State | ZIP Code |
| | | | Canada | | |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*    23-11121

**2.1071** **State what the contract or lease is for and the nature of the debtor's interest**

Change Order (4)

Edmonton
Name

Notice Name

4th Floor, Century Place
Address

**State the term remaining**    Unknown

9803 102A Avenue NW

**List the contract number of any government contract**

| Edmonton | AB | T5J 3A3 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**2.1072** **State what the contract or lease is for and the nature of the debtor's interest**

Change Order (5)

Edmonton
Name

Notice Name

4th Floor, Century Place
Address

**State the term remaining**    Unknown

9803 102A Avenue NW

**List the contract number of any government contract**

| Edmonton | AB | T5J 3A3 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**2.1073** **State what the contract or lease is for and the nature of the debtor's interest**

Change Order (6)

Edmonton
Name

Notice Name

4th Floor, Century Place
Address

**State the term remaining**    Unknown

9803 102A Avenue NW

**List the contract number of any government contract**

| Edmonton | AB | T5J 3A3 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.1074 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

EIS SC, LLC f/k/a LSC SC, LLC
Name

Notice Name

PO Box 577
Address

302 Hughes St

| **State the term remaining** | Unknown |
|---|---|

**List the contract number of any government contract**

| Fountain Inn | SC | 29644 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1075 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Elcometer, Inc.
Name

Notice Name

6900 Miller Drive
Address

| **State the term remaining** | Unknown |
|---|---|

**List the contract number of any government contract**

| Warren | MI | 48092 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1076 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 1 to Development Agreement |

Eldorado National (California), Inc.
Name

Notice Name

9670 Galena St
Address

| **State the term remaining** | Unknown |
|---|---|

**List the contract number of any government contract**

| Riverside | CA | 92509 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*    23-11121

---

**2.1077** **State what the contract or lease is for and the nature of the debtor's interest**

Amendment No. 1 to Product Supply Agreement

Eldorado National (California), Inc.

Name

Notice Name

9670 Galena St

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| Riverside | CA | 92509 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1078** **State what the contract or lease is for and the nature of the debtor's interest**

Development Agreement

Eldorado National (California), Inc.

Name

Notice Name

9670 Galena St.

**State the term remaining** 8/30/2023

Address

**List the contract number of any government contract**

| Riverside | CA | 92509 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1079** **State what the contract or lease is for and the nature of the debtor's interest**

Product Supply Agreement (Contract No. PP-2022-ENC-01)

Eldorado National (California), Inc.

Name

Notice Name

9670 Galena St.

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| Riverside | CA | 92509 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | | |
|---|---|---|---|---|
| 2.1080 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (4500490701) | ElDorado National Inc. | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 9670 Galena Street | |
| | **State the term remaining** | Unknown | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Riverside | CA | 92509 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.1081 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (4500490701) | ElDorado National Inc. | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 9670 Galena Street | |
| | **State the term remaining** | Unknown | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Riverside | CA | 92509 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.1082 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (4500490773) | ElDorado National Inc. | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 9670 Galena Street | |
| | **State the term remaining** | Unknown | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Riverside | CA | 92509 |
| | | | City | State | ZIP Code |
| | | | Country | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**2.1083** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (4500526616)

ElDorado National Inc.
Name

Notice Name

9670 Galena Street
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Riverside | CA | 92509 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1084** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (4500538638)

ElDorado National Inc.
Name

Notice Name

9670 Galena Street
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Riverside | CA | 92509 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1085** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (4500539146)

ElDorado National Inc.
Name

Notice Name

9670 Galena Street
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Riverside | CA | 92509 |
|---|---|---|
| City | State | ZIP Code |

Country

| Debtor: | Proterra Operating Company, Inc. | | Case number *(if known)*: | 23-11121 |
|---|---|---|---|---|
| | Name | | | |

| 2.1086 | State what the contract or lease is for and the nature of the debtor's interest | Certified Pre-Owned Bus Purchase Agreement | Electric Vehicle Sales Inc., A Division of Kamin Motor Group |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 2150 5th Avenue |
| | State the term remaining | 12/20/2023 | Address |
| | List the contract number of any government contract | | |
| | | | Ronkonkoma / NY / 11779 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.1087 | State what the contract or lease is for and the nature of the debtor's interest | Data License Agreement | Electriphi inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 1155 Indiana St |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | San Francisco / CA / 94107 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.1088 | State what the contract or lease is for and the nature of the debtor's interest | Third Party Integration with Proterra PCS products/EVSE | Electriphi inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 1155 Indiana St |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | San Francisco / CA / 94107 |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.1089 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease Agreement | Electrolux Home Products, inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 10200 David Taylor Drive |
| | State the term remaining | 10/31/2024 | Address |
| | List the contract number of any government contract | | |
| | | | |

| | | Charlotte | NC | 28262 |
|---|---|---|---|---|
| | | City | State | ZIP Code |

Country

| 2.1090 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease Agreement | Electrolux Home Products, inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 10200 David Taylor Drive |
| | State the term remaining | 10/31/2024 | Address |
| | List the contract number of any government contract | | |
| | | | |

| | | Charlotte | NC | 28262 |
|---|---|---|---|---|
| | | City | State | ZIP Code |

Country

| 2.1091 | State what the contract or lease is for and the nature of the debtor's interest | Consent to Sublease | Electrolux Home Products, inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 10200 David Taylor Drive |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |

| | | Charlotte | NC | 28262 |
|---|---|---|---|---|
| | | City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.1092** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PO #: 5165-70771)

Element
Name

Notice Name

940 Ridgebrook Road
Address

State the term remaining    Unknown

List the contract number of any government contract

| Sparks | MD | 21152 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1093** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Elite Electronic Engineering Inc
Name

Notice Name

1516 Centre Circle
Address

State the term remaining    Unknown

List the contract number of any government contract

| Downers Grove | IL | 60515 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1094** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PO No. 1202021349)

Elma School District 68
Name

Notice Name

1235 Monte Elma RD
Address

State the term remaining    Unknown

List the contract number of any government contract

| Elma | WA | 98541 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121

---

**2.1095** | **State what the contract or lease is for and the nature of the debtor's interest** | Master Subscription Agreement | E-Mobility Market Services, Inc. DBA ZappyRide
Name

Notice Name

902 Broadway, Fl. 6
Address

| | **State the term remaining** | 6/29/2024 |

| | **List the contract number of any government contract** | |

New York | NY | 10010
City | State | ZIP Code

Country

---

**2.1096** | **State what the contract or lease is for and the nature of the debtor's interest** | Zappy Ride Statement of Work | E-Mobility Market Services, Inc. DBA ZappyRide
Name

Notice Name

902 Broadway, Fl. 6
Address

| | **State the term remaining** | Unknown |

| | **List the contract number of any government contract** | |

New York | NY | 10010
City | State | ZIP Code

Country

---

**2.1097** | **State what the contract or lease is for and the nature of the debtor's interest** | Additional Obliged Rider (Bond #: S019567) | Employers Mutual Casualty Company
Name

Notice Name

PO Box 1739
Address

| | **State the term remaining** | Unknown |

| | **List the contract number of any government contract** | |

Wichita | KS | 67201-1739
City | State | ZIP Code

Country

---

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121

| 2.1098 | State what the contract or lease is for and the nature of the debtor's interest | Payment Bond (Bond #: S019567) | Employers Mutual Casualty Company |
|---|---|---|---|

Name

Notice Name

PO Box 1739
Address

| | State the term remaining | Unknown | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| Wichita | KS | 67201-1739 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.1099 | State what the contract or lease is for and the nature of the debtor's interest | Performance Bond (Bond #: S019567) | Employers Mutual Casualty Company |
|---|---|---|---|

Name

Notice Name

PO Box 1739
Address

| | State the term remaining | Unknown | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| Wichita | KS | 67201-1739 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.1100 | State what the contract or lease is for and the nature of the debtor's interest | Strategic Sales Partnership Agreement | Enchanted Rock Solutions, LLC |
|---|---|---|---|

Name

Notice Name

1113 Vine St., Suite 101
Address

| | State the term remaining | Unknown | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| Houston | TX | 77002 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.1101** | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement | Encore Technology Group
| | | Name
| | | 
| | | Notice Name
| | | 141 Grace Drive
| **State the term remaining** | Unknown | Address
| **List the contract number of any government contract** | |
| | | Easley | SC | 29640
| | | City | State | ZIP Code
| | | Country

**2.1102** | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work | Encore Technology Group
| | | Name
| | | 
| | | Notice Name
| | | 141 Grace Drive
| **State the term remaining** | Unknown | Address
| **List the contract number of any government contract** | |
| | | Easley | SC | 29640
| | | City | State | ZIP Code
| | | Country

**2.1103** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | EndoChem LLC
| | | Name
| | | 
| | | Notice Name
| | | 14351 Pendragon Way
| **State the term remaining** | Unknown | Address
| **List the contract number of any government contract** | |
| | | Fishers | IN | 46037
| | | City | State | ZIP Code
| | | Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.1104 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Engineered Machined Products Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Lockbox 773393 |
| | State the term remaining | Unknown | Address |
| | | | 3393 Solutions Center |
| | List the contract number of any government contract | | |
| | | | Chicago · IL · 60677-3003 |
| | | | City · State · ZIP Code |
| | | | Country |

| 2.1105 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Environmental Spray Systems, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 7114 Convoy Ct. |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | San Diego · CA · 92111 |
| | | | City · State · ZIP Code |
| | | | Country |

| 2.1106 | State what the contract or lease is for and the nature of the debtor's interest | Standard Purchase Order (Order # 750002) | Ephesians Three Twenty Realty, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 511-A South Florida Ave |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Greenville · SC · 29611 |
| | | | City · State · ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.1107 | **State what the contract or lease is for and the nature of the debtor's interest** | Standard Purchase Order (Order # 758640) |

Ephesians Three Twenty Realty, LLC

Name

Notice Name

511-A South Florida Ave

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Greenville | SC | 29611 |

Country

| | | |
|---|---|---|
| 2.1108 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Equipment Depot

Name

Notice Name

PO Box 841750

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| San Marino | CA | 90084-1750 |

Country

| | | |
|---|---|---|
| 2.1109 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement |

Equity Methods, LLC

Name

Notice Name

17800 N Perimeter Drive

**State the term remaining** Unknown

Address

Suite 200

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Scottsdale | AZ | 85255 |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*    23-11121

| | | |
|---|---|---|
| 2.1110 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |
| | | |

era-contact USA LLC
Name

Notice Name

1475 Smith Grove Road
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Liberty | SC | 29657 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1111 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement |

Erin Ellis
Name

Notice Name

3316 Pacific Drive
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Naples | FL | 34119 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1112 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E31832) |

Essex County Public Schools
Name

Notice Name

P.O. Box 756
Address

109 N. Cross St

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Tappahannock | VA | 22560 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

| | | | |
|---|---|---|---|
| 2.1113 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO # E31832) | Essex County Public Schools |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | P.O. Box 756 |
| | State the term remaining | Unknown | Address |
| | | | 109 N. Cross St |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|
| Tappahannock | VA | 22560 |
| City | State | ZIP Code |
| | | |
| Country | | |

| | | | |
|---|---|---|---|
| 2.1114 | State what the contract or lease is for and the nature of the debtor's interest | Equity Edge Online and Employee Stock Plan Services Agreement | ETRADE Financial Corporate Services, Inc |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 4005 Windward Plaza Drive |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|
| Alpharatta | GA | 30005 |
| City | State | ZIP Code |
| | | |
| Country | | |

| | | | |
|---|---|---|---|
| 2.1115 | State what the contract or lease is for and the nature of the debtor's interest | AMD 4 - Employee Stock Plan Services Agreement | ETRADE Financial Corporate Services, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 3 Edison Drive |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|
| Alpharatta | GA | 30005 |
| City | State | ZIP Code |
| | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.1116** | **State what the contract or lease is for and the nature of the debtor's interest** | AMD 4 - Employee Stock Plan Services Agreement | ETRADE Financial Corporate Services, Inc.
Name

Notice Name

3 Edison Drive
Address

| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| Alpharatta | GA | 30005 |
| City | State | ZIP Code |

Country

**2.1117** | **State what the contract or lease is for and the nature of the debtor's interest** | Special Handling Trade Service Agreement | ETRADE Securities LLC
Name

Notice Name

3 Edison Drive
Address

| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| Alpharatta | GA | 30005 |
| City | State | ZIP Code |

Country

**2.1118** | **State what the contract or lease is for and the nature of the debtor's interest** | Special Handling Trade Service Agreement | ETRADE Securities LLC
Name

Notice Name

3 Edison Drive
Address

| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| Alpharatta | GA | 30005 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1119 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. CB 19259) |

Everett Transit
Name

Notice Name

PO Box 12130
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Everett | WA | 98206 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1120 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. SS 18058) |

Everett Transit City of Everett Purchasing Division
Name

Notice Name

PO Box 12130
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Everett | WA | 98206 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1121 | **State what the contract or lease is for and the nature of the debtor's interest** | White Label SaaS / Reseller Agreement |

Evgateway
Name

Notice Name

5251 California Avenue, Suite 150
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Irvine | CA | 94010 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121

| 2.1122 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Evolve Packaging LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1049 S Gateway Blvd |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Norton Shores | MI | 49441 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.1123 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO #01311997) | Exelon Accounts Payable |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 696002 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | San Antonio | TX | 78269 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.1124 | State what the contract or lease is for and the nature of the debtor's interest | Sale of two 40 Foot Battery Electric Buses | Exelon Business Services , LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2301 Market Street |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Philadelphia | PA | 19103 |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1125 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL TERMS AND CONDITIONS FOR SERVICES AND MATERIALS |

Exelon Business Services Company, LLC
Name

Notice Name

2301 Market Street
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Philadelphia | PA | 19103 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1126 | **State what the contract or lease is for and the nature of the debtor's interest** | Standard Purchase Order (Order # 755098) |

Expeditors International of Washington Inc
Name

Notice Name

12200 S. Wilkie Ave, Suite 100
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Hawthorne | CA | 90250 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1127 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Expeditors Tradewin, LLC
Name

Notice Name

1015 Third Avenue, 1st Floor
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Seattle | WA | 98104 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| **2.1128** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |
| | | F&K Delvotec Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 27182 Burbank |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Foothill Ranch | CA | 92610 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.1129** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |
| | | FabricAir, Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 312-A Swanson Drive |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Lawrenceville | GA | 30043 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.1130** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |
| | | Factiva, Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | P.O. Box 300 |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Princeton | NJ | 08543 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**2.1131** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO # E25045)

Fairfax County Public Schools

Name

Notice Name

8115 Gatehouse Road, Suite 5400

Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Falls Church | VA | 22042 |

Country

**2.1132** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO # E32608)

Fairfax County Public Schools

Name

Notice Name

8115 Gatehouse Road, Suite 5400

Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Falls Church | VA | 22042 |

Country

**2.1133** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO # E33400)

Fairfax County Public Schools

Name

Notice Name

8115 Gatehouse Road, Suite 5400

Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Falls Church | VA | 22042 |

Country

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

| 2.1134 | State what the contract or lease is for and the nature of the debtor's interest | Amendment 2 to Parking License Agreement Dated August 3, 2022 | Fairforest of Greenville LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 28 Global Drive, Suite 100 |
| | State the term remaining | 12/31/2023 | Address |
| | List the contract number of any government contract | | |

| | | | Greenville | SC | 29607 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.1135 | State what the contract or lease is for and the nature of the debtor's interest | Parking License Agreement | Fairforest of Greenville LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 28 Global Drive, Suite 100 |
| | State the term remaining | 2/28/2023 | Address |
| | List the contract number of any government contract | | |

| | | | Greenville | SC | 29607 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.1136 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO # E32316) | Falls Church City Public Schools |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 150 S. Washington St. Ste 400 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Falls Church | VA | 22046 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

**2.1137** **State what the contract or lease is for and the nature of the debtor's interest**

Engagement Letter for 2022 Exec. Compensation Consulting Services

Farient Advisors

Name

Notice Name

201 S. Lake Avenue Suite 804

**State the term remaining**  Unknown

Address

**List the contract number of any government contract**

| Pasadena | CA | 91101 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1138** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Fast Turn Harnesses LLC

Name

Notice Name

21 Olde Meadow Rd

**State the term remaining**  Unknown

Address

**List the contract number of any government contract**

| Marion | MA | 02738 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1139** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

FCA, LLC

Name

Notice Name

7601 John Deere Parkway

**State the term remaining**  Unknown

Address

**List the contract number of any government contract**

| Moline | IL | 61265 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.1140 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO No. 101712) | FCAHS Foundation, Inc |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 215 Old Hwy 40 East |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Brooklyn |   MS |   39425 |
| | | | City   State   ZIP Code |
| | | | Country |

| 2.1141 | State what the contract or lease is for and the nature of the debtor's interest | Customs Power of Attorney | FedEx Office and Print Services Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 3600 Pammel Creek Road |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | La Crosse |   WI |   54601-7599 |
| | | | City   State   ZIP Code |
| | | | Country |

| 2.1142 | State what the contract or lease is for and the nature of the debtor's interest | FEDEX Canada Corp General Agency Agreement | FedEx Office and Print Services Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5985 Explorer Drive |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Mississauga |   ON |   L4W 5K6 |
| | | | City   State   ZIP Code |
| | | | Canada |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.1143** State what the contract or lease is for and the nature of the debtor's interest

FedEx Transportation Services Agreement (714943274-105 Version Number: 01)

FedEx Office and Print Services Inc.
Name

Notice Name

PO Box 371461

State the term remaining — Unknown

Address

List the contract number of any government contract

| | | |
|---|---|---|
| Pittsburgh | PA | 15250 |
| City | State | ZIP Code |

Country

---

**2.1144** State what the contract or lease is for and the nature of the debtor's interest

FedEx Transportation Services Agreement (714943274-106 Version Number: 01)

FedEx Office and Print Services Inc.
Name

Notice Name

PO Box 371461

State the term remaining — Unknown

Address

List the contract number of any government contract

| | | |
|---|---|---|
| Pittsburgh | PA | 15250 |
| City | State | ZIP Code |

Country

---

**2.1145** State what the contract or lease is for and the nature of the debtor's interest

FSC Recycling Program; Recycling Services Agreement

FedEx Office and Print Services Inc.
Name

Notice Name

700 Cranberry Woods Dr

State the term remaining — Unknown

Address

List the contract number of any government contract

| | | |
|---|---|---|
| Cranberry Twp | PA | 16066 |
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.1146** **State what the contract or lease is for and the nature of the debtor's interest**

Affidavit and Agreement (PO No. 22011010)

Feltman Brothers
Name

Notice Name

150 Airport Rd Ste 700
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Lakewood | NJ | 08701 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1147** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Femco USA, Inc.
Name

Notice Name

PO Box 219
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Duvall | WA | 98019 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1148** **State what the contract or lease is for and the nature of the debtor's interest**

Order Form

Figma, Inc.
Name

Notice Name

760 Market St, Floor 10
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| San Francisco | CA | 94102 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.1149** State what the contract or lease is for and the nature of the debtor's interest — Master Service Agreement

Financial Intelligence, LLC
Name

Notice Name

4232 PACIFICA WAY, UNIT 2
Address

State the term remaining — Unknown

List the contract number of any government contract

| OCEANSIDE | CA | 92056 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**2.1150** State what the contract or lease is for and the nature of the debtor's interest — Various Purchase Orders

Firestone Industrial Products Company
Name

Notice Name

PO Box 93402
Address

State the term remaining — Unknown

List the contract number of any government contract

| Chicago | IL | 60673 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**2.1151** State what the contract or lease is for and the nature of the debtor's interest — First Amendment To Bus Purchase Contract

First Amendment To Bus Purchase Contract
Name

Notice Name

55 Karns Meadow Drive
Address

State the term remaining — Unknown

List the contract number of any government contract

| Jackson | WY | 83001 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1152 | **State what the contract or lease is for and the nature of the debtor's interest** | Consent to Sublease Agreement |

First Industrial, L.P.
Name

Notice Name

First Industrial Realty Trust, Inc.
Address

**State the term remaining** Unknown

311 South Wacker Drive, Suite 3900

**List the contract number of any government contract**

| Chicago | IL | 60606 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1153 | **State what the contract or lease is for and the nature of the debtor's interest** | Standard Form Industrial Building Lease |

First Industrial, L.P.
Name

Notice Name

First Industrial Realty Trust, Inc.
Address

**State the term remaining** 9/30/2023

311 South Wacker Drive, Suite 3900

**List the contract number of any government contract**

| Chicago | IL | 60606 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1154 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form |

First Transit
Name

Notice Name

600 Vine St.
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Cincinnati | OH | 45202 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.1155** State what the contract or lease is for and the nature of the debtor's interest

Order Form: Valence Platform

First Transit
Name

Notice Name

State the term remaining   4/4/2023

600 Vine St.
Address

List the contract number of any government contract

Cincinnati          OH          45202
City               State        ZIP Code

Country

**2.1156** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Flex-Cable
Name

Notice Name

State the term remaining   Unknown

5822 Henkel Road
Address

List the contract number of any government contract

Howard City          MI          49329
City                State        ZIP Code

Country

**2.1157** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

FlexQube, Inc..c/o AR Funding
Name

Notice Name

State the term remaining   Unknown

101 Park Ave
Address

List the contract number of any government contract

#2503

New York          NY          10178
City               State        ZIP Code

Country

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.1158 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO:.1164501485) | FLLC Custom Chassis Corp |
|---|---|---|---|

Name

Notice Name

552 Hyatt St

Address

State the term remaining — Unknown

List the contract number of any government contract

| Gaffney | NC | 29341-2525 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.1159 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO No. 2000455683) | Florida Power & Light Company |
|---|---|---|---|

Name

Notice Name

700 Universe Boulevard

Address

State the term remaining — Unknown

List the contract number of any government contract

| Juno Beach | FL | 33408 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.1160 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO No. 2000458315) | Florida Power & Light Company |
|---|---|---|---|

Name

Notice Name

700 Universe Boulevard

Address

State the term remaining — Unknown

List the contract number of any government contract

| Juno Beach | FL | 33408 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1161 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Contractor Agreement Dated August 1, 2022 |

Forbes Bros Ltd

Name

Notice Name

1290 91st SW

Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Edmonton | AB | T6X OP2 |
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| | | |
|---|---|---|
| 2.1162 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order No 1-R1 - Pantograph Anchoring Materials |

Forbes Bros Ltd

Name

Notice Name

1290 91st SW

Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Edmonton | AB | T6X OP2 |
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| | | |
|---|---|---|
| 2.1163 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order No 2-R1 - Contaminated Soil Disposal Reconciliation |

Forbes Bros Ltd

Name

Notice Name

1290 91st SW

Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Edmonton | AB | T6X OP2 |
| City | State | ZIP Code |
| Canada | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.1164 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order No 3 - Supply & Install Addtl Rumble Strips | | Forbes Bros Ltd |
|---|---|---|---|---|
| | | | | Name |
| | | | | Notice Name |
| | | | | 1290 91st SW |
| | **State the term remaining** | Unknown | | Address |
| | **List the contract number of any government contract** | | | |
| | | | | Edmonton | AB | T6X OP2 |
| | | | | City | State | ZIP Code |
| | | | | Canada |
| | | | | Country |

| 2.1165 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order No 4 - Backup Generator Supply_Install | | Forbes Bros Ltd |
|---|---|---|---|---|
| | | | | Name |
| | | | | Notice Name |
| | | | | 1290 91st SW |
| | **State the term remaining** | Unknown | | Address |
| | **List the contract number of any government contract** | | | |
| | | | | Edmonton | AB | T6X OP2 |
| | | | | City | State | ZIP Code |
| | | | | Canada |
| | | | | Country |

| 2.1166 | **State what the contract or lease is for and the nature of the debtor's interest** | Contractor Agreement | | Forbes Bros Ltd |
|---|---|---|---|---|
| | | | | Name |
| | | | | Notice Name |
| | | | | 1290 91st SW |
| | **State the term remaining** | Unknown | | Address |
| | **List the contract number of any government contract** | | | |
| | | | | Edmonton | AB | T6X OP2 |
| | | | | City | State | ZIP Code |
| | | | | Canada |
| | | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known):*   23-11121

**2.1167** | **State what the contract or lease is for and the nature of the debtor's interest** | Engagement Letter; Scope of Services; Standard Terms of Conditions Addendum |
| | | Forvis LLP |
| | | Name |
| | | |
| | | Notice Name |
| | | 910 E St Louis Street |
| **State the term remaining** | Unknown | Address |
| | | Suite 400 |
| **List the contract number of any government contract** | | |

| | | | | |
|---|---|---|---|---|
| Springfield | | MO | | 65806-2570 |
| City | | State | | ZIP Code |
| | | | | |
| Country | | | | |

**2.1168** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |
| | | Fotronic Corporation |
| | | Name |
| | | |
| | | Notice Name |
| | | 5 Commonwealth Ave |
| **State the term remaining** | Unknown | Address |
| | | Unit 6 |
| **List the contract number of any government contract** | | |

| | | | | |
|---|---|---|---|---|
| Woburn | | MA | | 01801 |
| City | | State | | ZIP Code |
| | | | | |
| Country | | | | |

**2.1169** | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement |
| | | Frame.Io, Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 345 Park Ave. |
| **State the term remaining** | Unknown | Address |
| | | |
| **List the contract number of any government contract** | | |

| | | | | |
|---|---|---|---|---|
| San Jose | | CA | | 95110 |
| City | | State | | ZIP Code |
| | | | | |
| Country | | | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.1170** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO No. 062821002)

**State the term remaining** Unknown

**List the contract number of any government contract**

Francis Energy, LLC
Name

Notice Name

1924 E 6th St
Address

| Tulsa | OK | 74104 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1171** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (E34790)

**State the term remaining** Unknown

**List the contract number of any government contract**

Fredericksburg City Public Schools
Name

Notice Name

210 Ferdinand Street
Address

| Fredericksburg | VA | 22401 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1172** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO Number: E34790)

**State the term remaining** Unknown

**List the contract number of any government contract**

Fredericksburg City Public Schools
Name

Notice Name

210 Ferdinand Street
Address

| Fredericksburg | VA | 22401 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121
_____

| 2.1173 | **State what the contract or lease is for and the nature of the debtor's interest** | Development Agreement | Freightliner Custom Chassis Corporation LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 4555 N Channel Ave. |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | Portland | OR | 97217 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

| 2.1174 | **State what the contract or lease is for and the nature of the debtor's interest** | Development Agreement | Freightliner Custom Chassis Corporation LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 4555 N. Channel Avenue |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | Portland | OR | 97217 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

| 2.1175 | **State what the contract or lease is for and the nature of the debtor's interest** | Development Agreement - Gen 2 Electric School Bus Chassis | Freightliner Custom Chassis Corporation LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 4555 N Channel Ave. |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | Portland | OR | 97217 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

| | | | |
|---|---|---|---|
| 2.1176 | **State what the contract or lease is for and the nature of the debtor's interest** | Valence Distribution Agreement | Freightliner Custom Chassis Corporation LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 4555 N Channel Ave. |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Portland / OR / 97217 |
| | | | City / State / ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1177 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter RE: Confidential Letter of Intent to sublease the property | Freshwater Systems, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2299 Ridge Rd. |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Greenville / SC / 29607 |
| | | | City / State / ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1178 | **State what the contract or lease is for and the nature of the debtor's interest** | Sublease Agreement | Freshwater Systems, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2299 Ridge Rd. |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Greenville / SC / 29607 |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.1179** | **State what the contract or lease is for and the nature of the debtor's interest** | Addendum #1 to SOW| Proterra Fulfeelment Engagement for PLM Application Exhibit A

Fulfeelment, LLC
Name

Notice Name

2201 Long Prairie Road, Suite 107-325
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Flower Mound | TX | 75022 |
| City | State | ZIP Code |

Country

**2.1180** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders

Fumex, LLC
Name

Notice Name

1150 Cobb International Place
Address

Suite D

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Kennesaw | GA | 30152 |
| City | State | ZIP Code |

Country

**2.1181** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders

G & W Equipment, Inc.
Name

Notice Name

600 Lawton Road
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Charlotte | NC | 28216 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| **2.1182** | **State what the contract or lease is for and the nature of the debtor's interest** | Air Commercial Real Estate Association Standard Industrial -- Net |
| | **State the term remaining** | 7/31/2020 |
| | **List the contract number of any government contract** | |

G&T Properties

Name

Notice Name

10 Guittard Road

Address

| | | |
|---|---|---|
| Burlingame | CA | 94010 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.1183** | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 1 to Lease Agreement (Amendment No. 1) |
| | **State the term remaining** | 7/31/2022 |
| | **List the contract number of any government contract** | |

G&T Properties

Name

Notice Name

10 Guittard Road

Address

| | | |
|---|---|---|
| Burlingame | CA | 94010 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.1184** | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 2 to Lease Agreement (Amendment No. 2) |
| | **State the term remaining** | 9/30/2024 |
| | **List the contract number of any government contract** | |

G&T Properties

Name

Notice Name

10 Guittard Road

Address

| | | |
|---|---|---|
| Burlingame | CA | 94010 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

2.1185 **State what the contract or lease is for and the nature of the debtor's interest**

Amendment No. 3 to Lease Agreement (Amendment No. 3)

G&T Properties

Name

Notice Name

**State the term remaining** 9/30/2024

10 Guittard Road

Address

**List the contract number of any government contract**

| Burlingame | CA | 94010 |
| City | State | ZIP Code |

Country

---

2.1186 **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Gamma Technologies LLC

Name

Notice Name

**State the term remaining** Unknown

601 Oakmont Lane

Address

Suite 220

**List the contract number of any government contract**

| Westmont | IL | 60559 |
| City | State | ZIP Code |

Country

---

2.1187 **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Gems Sensors, Inc.

Name

Notice Name

PO Box 96860

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| Chicago | IL | 60693 |
| City | State | ZIP Code |

Country

---

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.1188 | State what the contract or lease is for and the nature of the debtor's interest | Affidavit and Agreement (PO No. 22011001) | General Heating & AC |
|---|---|---|---|
| | | | Name |

| | | | Notice Name |
|---|---|---|---|
| | State the term remaining | Unknown | 224 Hicks Road |
| | | | Address |
| | List the contract number of any government contract | | |

| | | Greenville | SC | 29605 |
|---|---|---|---|---|
| | | City | State | ZIP Code |

Country

| 2.1189 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | General Metals LLC |
|---|---|---|---|
| | | | Name |

| | | | Notice Name |
|---|---|---|---|
| | State the term remaining | Unknown | 328 E Main ST |
| | | | Address |
| | List the contract number of any government contract | | PO BOX 99 |

| | | Pine Level | NC | 27568 |
|---|---|---|---|---|
| | | City | State | ZIP Code |

Country

| 2.1190 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | GENFARE, LLC |
|---|---|---|---|
| | | | Name |

| | | | Notice Name |
|---|---|---|---|
| | | | DBA Genfare |
| | State the term remaining | Unknown | Address |
| | | | PO Box 277399 |
| | List the contract number of any government contract | | |

| | | Atlanta | GA | 30384-7399 |
|---|---|---|---|---|
| | | City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.1191** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Genomic Life, Inc.

Name

Notice Name

3344 North Torrey Pines Court

Address

**State the term remaining** Unknown

STE 100

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| La Jolla | CA | 92037 |

Country

---

**2.1192** **State what the contract or lease is for and the nature of the debtor's interest**

Letter of Agreement

Georgeson LLC

Name

Notice Name

1290 Avenue of the Americas, 9th Floor

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| New York | NY | 10104 |

Country

---

**2.1193** **State what the contract or lease is for and the nature of the debtor's interest**

Statewide Contract Utilization Notification & Consent Agreement

Georgia Department of Administrative Services

Name

Notice Name

200 Piedmont Ave, Ste 1308

Address

West Tower

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Atlanta | GA | 30334 |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):*    23-11121

**2.1194** **State what the contract or lease is for and the nature of the debtor's interest**    Statewide Standard Contract Form

Georgia Department of Administrative Services
Name

Notice Name

**State the term remaining**    Unknown

200 Piedmont Ave, Ste 1308
Address

West Tower

**List the contract number of any government contract**

| Atlanta | GA | 30334 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**2.1195** **State what the contract or lease is for and the nature of the debtor's interest**    Supplemental Mass Transit and Transportation Related Vehicles (GA SWC 99999-001-SPD0000138-0007)

Georgia Department of Administrative Services
Name

Notice Name

**State the term remaining**    Unknown

200 Piedmont Ave, Ste 1308
Address

West Tower

**List the contract number of any government contract**

| Atlanta | GA | 30334 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**2.1196** **State what the contract or lease is for and the nature of the debtor's interest**    Various Purchase Orders

Georgia/Carolina Safety Specialties, Inc.
Name

Notice Name

DBA Eyes in Motion, USA & Saefty Rx Eyewear

**State the term remaining**    Unknown

1120 W. Butler Road
Address

Suite R

**List the contract number of any government contract**

| Greenville | SC | 29607 |
|------------|-----|-------|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.1197** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Gerflor USA
Name

Notice Name

State the term remaining    Unknown

595 Supreme Drive
Address

List the contract number of any government contract

| Bensenville | IL | 60106 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1198** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

GES Canada Limited
Name

Notice Name

State the term remaining    Unknown

5675 McLaughlin Road
Address

List the contract number of any government contract

| Mississauga | ON | L5R 3K5 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**2.1199** State what the contract or lease is for and the nature of the debtor's interest

First Amendment to the Product Supply Agreement (First Amendment)

Gexpro Services
Name

Notice Name

State the term remaining    Unknown

9500 N. Royal Lane, Suite 130
Address

List the contract number of any government contract

| Irving | TX | 75063 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1200 | **State what the contract or lease is for and the nature of the debtor's interest** | Product Supply Agreement | Gexpro Services |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 9500 N. Royal Lane, Suite 130 |
| | **State the term remaining** | 1/23/2025 | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Irving          TX          75063 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1201 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | GH Metal Solutions, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 742323 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Atlanta          GA          30374 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1202 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Gigavac LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 6382 Rose Lane |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Carpinteria          CA          93013 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

Debtor:   Proterra Operating Company, Inc.
Name

Case number *(if known):*   23-11121

| | | |
|---|---|---|
| 2.1203 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

GigSky, Inc.
Name

Notice Name

2390 El Camino Real, Suite 250
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

Palo Alto            CA         94306
City                 State      ZIP Code

Country

| | | |
|---|---|---|
| 2.1204 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Gleason Reel Corporaton
Name

Notice Name

600 South Park Street
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

Mayville             WI         53050
City                 State      ZIP Code

Country

| | | |
|---|---|---|
| 2.1205 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Global Equipment Company
Name

Notice Name

PO Box 905713
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

Charlotte            NC         28290
City                 State      ZIP Code

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**2.1206** **State what the contract or lease is for and the nature of the debtor's interest**

Master Service Agreement

Global HR Research, LLC

Name

Notice Name

**State the term remaining**

Unknown

9530 Marketplace Road

Address

Suite 301

**List the contract number of any government contract**

| Fort Myers | FL | 33912 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1207** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (028513-00)

Goh America Corporation

Name

Notice Name

**State the term remaining**

Unknown

1165 Northchase Pkwy, Ste 230

Address

**List the contract number of any government contract**

| Marietta | GA | 30067 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1208** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (028513-00)

Goh America Corporation

Name

Notice Name

1165 Northchase Pkwy, Ste 230

**State the term remaining**

Unknown

Address

**List the contract number of any government contract**

| Marietta | GA | 30067 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| | Name | |

**2.1209** State what the contract or lease is for and the nature of the debtor's interest — Purchase Order (028650-00)

Goh America Corporation
Name

Notice Name

State the term remaining — Unknown

1165 Northchase Pkwy, Ste 230
Address

List the contract number of any government contract

| Marietta | GA | 30067 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1210** State what the contract or lease is for and the nature of the debtor's interest — Purchase Order (Order No. 5751207)

GOH America Corporation
Name

Notice Name

State the term remaining — Unknown

1165 Northchase PKWY SE Suite 230
Address

List the contract number of any government contract

| Marietta | GA | 30067 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1211** State what the contract or lease is for and the nature of the debtor's interest — Purchase Order (Order No. 5751208)

GOH America Corporation
Name

Notice Name

State the term remaining — Unknown

1165 Northchase PKWY SE Suite 230
Address

List the contract number of any government contract

| Marietta | GA | 30067 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.1212 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Order No. 5751209) | GOH America Corporation |
| | | | Name |

Notice Name

1165 Northchase PKWY SE Suite 230
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Marietta | GA | 30067 |
| City | State | ZIP Code |

Country

| 2.1213 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Order No. 5751210) | GOH America Corporation |
| | | | Name |

Notice Name

1165 Northchase PKWY SE Suite 230
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Marietta | GA | 30067 |
| City | State | ZIP Code |

Country

| 2.1214 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Order No. 5751356) | GOH America Corporation |
| | | | Name |

Notice Name

1165 Northchase PKWY SE Suite 230
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Marietta | GA | 30067 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.1215 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Order No. 5751357) | GOH America Corporation |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 1165 Northchase PKWY SE Suite 230 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Marietta  GA  30067 |
| | | | City  State  ZIP Code |
| | | | Country |

| 2.1216 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (P/O No. 028512-00) | Goh America Corporation |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 1165 Northchase Pkwy, Ste 230 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Marietta  GA  30067 |
| | | | City  State  ZIP Code |
| | | | Country |

| 2.1217 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (P/O No. GAC06072023-Test fee) | GOH America Corporation |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 1165 Northchase PKWY SE Suite 230 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Marietta  GA  30067 |
| | | | City  State  ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**2.1218** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (P/O No. GAC06072023-Test fee)

GOH America Corporation

Name

Notice Name

1165 Northchase PKWY SE Suite 230

Address

State the term remaining        Unknown

List the contract number of any government contract

Marietta                    GA            30067
City                       State         ZIP Code

Country

**2.1219** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (Purchase Order No. 028512-00)

Goh America Corporation

Name

Notice Name

1165 Northchase Pkwy Suite 230

Address

State the term remaining        Unknown

List the contract number of any government contract

Marietta                    GA            30067
City                       State         ZIP Code

Country

**2.1220** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (Purchase Order No. 028562-00)

Goh America Corporation

Name

Notice Name

1165 Northchase Pkwy Suite 230

Address

State the term remaining        Unknown

List the contract number of any government contract

Marietta                    GA            30067
City                       State         ZIP Code

Country

Debtor:  Proterra Operating Company, Inc.

Name

Case number *(if known)*    23-11121

---

**2.1221**  **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. 028562-00)

Goh America Corporation

Name

Notice Name

1165 Northchase Pkwy Suite 230

Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Marietta | GA | 30067 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1222**  **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. 028563-00)

Goh America Corporation

Name

Notice Name

1165 Northchase Pkwy Suite 230

Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Marietta | GA | 30067 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1223**  **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. 028563-00)

Goh America Corporation

Name

Notice Name

1165 Northchase Pkwy Suite 230

Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Marietta | GA | 30067 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121
_____

**2.1224** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 028564-00) | Goh America Corporation
_____
Name

Notice Name
_____

1165 Northchase Pkwy Suite 230
_____
Address

| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Marietta | GA | 30067
_____
City | State | ZIP Code

Country
_____

**2.1225** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 028564-00) | Goh America Corporation
_____
Name

Notice Name
_____

1165 Northchase Pkwy Suite 230
_____
Address

| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Marietta | GA | 30067
_____
City | State | ZIP Code

Country
_____

**2.1226** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 028565-00) | Goh America Corporation
_____
Name

Notice Name
_____

1165 Northchase Pkwy Suite 230
_____
Address

| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Marietta | GA | 30067
_____
City | State | ZIP Code

Country
_____

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

---

**2.1227** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. 028565-00)

Goh America Corporation
Name

Notice Name

1165 Northchase Pkwy Suite 230
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Marietta | GA | 30067 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1228** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. 028566-00)

Goh America Corporation
Name

Notice Name

1165 Northchase Pkwy Suite 230
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Marietta | GA | 30067 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1229** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. 028566-00)

Goh America Corporation
Name

Notice Name

1165 Northchase Pkwy Suite 230
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Marietta | GA | 30067 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1230 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 028567-00) | Goh America Corporation |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1165 Northchase Pkwy Suite 230 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Marietta | GA | 30067 |
| | | | City | State | ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1231 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 028567-00) | Goh America Corporation |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1165 Northchase Pkwy Suite 230 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Marietta | GA | 30067 |
| | | | City | State | ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1232 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 028568-00) | Goh America Corporation |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1165 Northchase Pkwy Suite 230 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Marietta | GA | 30067 |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.1233** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 028568-00) | Goh America Corporation
Name

Notice Name

1165 Northchase Pkwy Suite 230
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

Marietta | GA | 30067
City | State | ZIP Code

Country

**2.1234** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 028569-00) | Goh America Corporation
Name

Notice Name

1165 Northchase Pkwy Suite 230
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

Marietta | GA | 30067
City | State | ZIP Code

Country

**2.1235** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 028569-00) | Goh America Corporation
Name

Notice Name

1165 Northchase Pkwy Suite 230
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

Marietta | GA | 30067
City | State | ZIP Code

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**2.1236** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. 028570-00)

Goh America Corporation

Name

Notice Name

1165 Northchase Pkwy Suite 230

Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Marietta | GA | 30067 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1237** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. 028570-00)

Goh America Corporation

Name

Notice Name

1165 Northchase Pkwy Suite 230

Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Marietta | GA | 30067 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1238** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. 028649-00)

Goh America Corporation

Name

Notice Name

1165 Northchase Pkwy Suite 230

Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Marietta | GA | 30067 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.1239** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (Purchase Order No. 028651-00)

Goh America Corporation
Name

Notice Name

1165 Northchase Pkwy Suite 230
Address

State the term remaining    Unknown

List the contract number of any government contract

| Marietta | GA | 30067 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1240** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (Purchase Order No. 028652-00)

Goh America Corporation
Name

Notice Name

1165 Northchase Pkwy Suite 230
Address

State the term remaining    Unknown

List the contract number of any government contract

| Marietta | GA | 30067 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1241** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (Purchase Order No. 028653-00)

Goh America Corporation
Name

Notice Name

1165 Northchase Pkwy Suite 230
Address

State the term remaining    Unknown

List the contract number of any government contract

| Marietta | GA | 30067 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.1242** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 028654-00) | Goh America Corporation
| | | Name
| | | 
| | | Notice Name
| | | 1165 Northchase Pkwy Suite 230
**State the term remaining** | Unknown | | Address
| | |
**List the contract number of any government contract** | | |
| | | Marietta | GA | 30067
| | | City | State | ZIP Code
| | | Country

**2.1243** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 028655-00) | Goh America Corporation
| | | Name
| | | 
| | | Notice Name
| | | 1165 Northchase Pkwy Suite 230
**State the term remaining** | Unknown | | Address
| | |
**List the contract number of any government contract** | | |
| | | Marietta | GA | 30067
| | | City | State | ZIP Code
| | | Country

**2.1244** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 028656-00) | Goh America Corporation
| | | Name
| | | 
| | | Notice Name
| | | 1165 Northchase Pkwy Suite 230
**State the term remaining** | Unknown | | Address
| | |
**List the contract number of any government contract** | | |
| | | Marietta | GA | 30067
| | | City | State | ZIP Code
| | | Country

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*    23-11121
_____

| | | | |
|---|---|---|---|
| 2.1245 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 028657-00) | Goh America Corporation<br>Name |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 1165 Northchase Pkwy Suite 230<br>Address |
| | **List the contract number of any government contract** | | |
| | | | Marietta                GA                30067<br>City                State                ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1246 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 028658-00) | Goh America Corporation<br>Name |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 1165 Northchase Pkwy Suite 230<br>Address |
| | **List the contract number of any government contract** | | |
| | | | Marietta                GA                30067<br>City                State                ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1247 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 028659-00) | Goh America Corporation<br>Name |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 1165 Northchase Pkwy Suite 230<br>Address |
| | **List the contract number of any government contract** | | |
| | | | Marietta                GA                30067<br>City                State                ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121

**2.1248** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (Purchase Order No. 5750394)

Goh America Corporation
_____
Name

_____
Notice Name

1165 Northchase PKWY SE, Suite 230
_____
Address

State the term remaining: Unknown

List the contract number of any government contract

| Marietta | GA | 30067 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**2.1249** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (028650-00)

Goh Shoji Co., Inc Marudai shokai kasumigaura soko
_____
Name

_____
Notice Name

1838, Kamiinayoshi
_____
Address

State the term remaining: Unknown

List the contract number of any government contract

| Kasumigaura-shi | Ibaraki | 315-0056 |
|---|---|---|
| City | State | ZIP Code |

Japan
_____
Country

**2.1250** State what the contract or lease is for and the nature of the debtor's interest

Affidavit and Agreement (PO No. 22011022)

Golden Strip Glass, Inc
_____
Name

_____
Notice Name

PO Box 1176
_____
Address

State the term remaining: Unknown

List the contract number of any government contract

| Mauldin | SC | 29662 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*:  23-11121

| | | |
|---|---|---|
| 2.1251 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO:.P211211) |

Gordon Ericksen Facilities Services
Name

Notice Name

17810 8th Ave S
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Burien | WA | 98148 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1252 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

GOS
Name

Notice Name

PO Box 3358
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Greenville | SC | 29602 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1253 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract No. 19-017 Two (2) Electric Buses (Contract No. 19-017) |

GoTriangle
Name

Notice Name

4600 Emperor Blvd
Address

**State the term remaining**  Unknown

Ste 101

**List the contract number of any government contract**

| | | |
|---|---|---|
| Durham | NC | 27703 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**2.1254** **State what the contract or lease is for and the nature of the debtor's interest**

Exhibit E - Conditional Waiver and Release on Final Payment

GoTriangle

Name

Notice Name

4600 Emperor Blvd

Address

**State the term remaining** Unknown

Ste 101

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Durham | NC | 27703 |

Country

**2.1255** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (No. P5121-00203)

Grant Elementary School District

Name

Notice Name

8835 Swasey Dr.

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Redding | CA | 96001 |

Country

**2.1256** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO # P5121-00203)

Grant Elementary School District

Name

Notice Name

8835 Swasey Dr.

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Redding | CA | 96001 |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.1257 | **State what the contract or lease is for and the nature of the debtor's interest** | Grayson Thermal Systems Purchase Order (234435) |

Grayson Thermal Systems Corp.
Name

Notice Name

Unit 4 Kingpin Industrial Park
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Tyseley Wharf | Birmingham | B11 2FE |
| City | State | ZIP Code |
| United Kingdom | | |
| Country | | |

| | | |
|---|---|---|
| 2.1258 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order |

Grayson Thermal Systems Corp.
Name

Notice Name

980 Hurricane Road
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Franklin | IN | 46131 |
| City | State | ZIP Code |
| | | |
| Country | | |

| | | |
|---|---|---|
| 2.1259 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (16081) |

Grayson Thermal Systems Corp.
Name

Notice Name

980 Hurricane Rd
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Franklin | IN | 46131 |
| City | State | ZIP Code |
| | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

| 2.1260 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (16085) | Grayson Thermal Systems Corp. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 980 Hurricane Rd |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Franklin |  IN  | 46131 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.1261 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (16090) | Grayson Thermal Systems Corp. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 980 Hurricane Rd |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Franklin |  IN  | 46131 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.1262 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Invoice No. 234422) | Grayson Thermal Systems Corp. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Unit 4 Kingpin Industrial Park |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Tyseley Wharf | Birmingham | B11 2FE |
| | | | City | State | ZIP Code |
| | | | United Kingdom |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1263 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Grayson Thermal Systems Corp. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 257 Wharfdale Road |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Tyseley - Birmingham |  B-1120P |
| | | | City | State | ZIP Code |
| | | | United Kingdom |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1264 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement | Great American Insurance Group |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 3561 Solutions Center |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Chicago | IL | 60677 |
| | | | City | State | ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1265 | **State what the contract or lease is for and the nature of the debtor's interest** | AMD 1 to Option Exercise Agreement | Greater Bridgeport Transit Authority |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | One Cross Street |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Bridgeport | CT |
| | | | City | State | ZIP Code |
| | | | Country |

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**2.1266**

| | |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Option Exercise Agreement b/w Bridgeport Transit Authority & PTRA |

Greater Bridgeport Transit Authority
Name

Notice Name

One Cross Street
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Bridgeport | CT | |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1267**

| | |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of Battery Electric Buses |

Greater Bridgeport Transit Authority
Name

Notice Name

1815 Rollins Road
Address

**State the term remaining** — 10/17/2024

**List the contract number of any government contract**

| Burlingame | CA | 94010 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1268**

| | |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. G440) |

Greater Bridgeport Transit Authority
Name

Notice Name

One Cross Street
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Bridgeport | CT | 06610 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.1269 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO No. G441) | Greater Bridgeport Transit Authority |
| | | | Name |

Notice Name

One Cross Street

Address

State the term remaining — Unknown

List the contract number of any government contract

| Bridgeport | CT | 06610 |
| City | State | ZIP Code |

Country

| 2.1270 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO No. G468) | Greater Bridgeport Transit Authority |
| | | | Name |

Notice Name

One Cross Street

Address

State the term remaining — Unknown

List the contract number of any government contract

| Bridgeport | CT | 06610 |
| City | State | ZIP Code |

Country

| 2.1271 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO No. G476) | Greater Bridgeport Transit Authority |
| | | | Name |

Notice Name

One Cross Street

Address

State the term remaining — Unknown

List the contract number of any government contract

| Bridgeport | CT | 06610 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1272 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. G612) | Greater Bridgeport Transit Authority |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | One Cross Street |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Bridgeport  CT  06610 |
| | | | City  State  ZIP Code |
| | | | Country |
| 2.1273 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order Form (Change No. 05192021-01) | Greater Peoria Mass Transit District |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 21 Northeast Jefferson St |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Peoria  IL  61603 |
| | | | City  State  ZIP Code |
| | | | Country |
| 2.1274 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order Form (Change No. CR-0001) | Greater Peoria Mass Transit District |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2105 NE Jefferson Ave |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Peoria  IL  61603 |
| | | | City  State  ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.1275 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Form (Change No. CR-0002) | Greater Peoria Mass Transit District |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 2105 NE Jefferson Ave |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Peoria | IL | 61603 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.1276 | State what the contract or lease is for and the nature of the debtor's interest | Charger Infrastructure Construction Agreement | Greater Peoria Mass Transit District |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 2105 Northeast Jefferson Avenue |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Peoria | IL | 61603 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.1277 | State what the contract or lease is for and the nature of the debtor's interest | Purchase and Sale of Three 35FT BEBs and Three Charging Stations | Greater Peoria Mass Transit District |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 2105 NE Jefferson Ave |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Peoria | IL | 61603 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*:  23-11121

| 2.1278 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 001 to Contract Agreement Dated August 20, 2021 (PA-2021-001-GPORT) | Greater Portland Transit District (Metro) |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 114 Valley Street |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Portland          ME          04102 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

| 2.1279 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of Two 35FT BEBs and Two Charging Stations (Contract No. PA-2021-001-GPORT) | Greater Portland Transit District (Metro) |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 114 Valley Street |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Portland          ME          04102 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

| 2.1280 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Green Earth Sustainable Solutions LLC |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 117 Bernal Road |
| | **State the term remaining** | Unknown | Address |
| | | | Suite 70 MS 239 |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | San Jose          CA          95119 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.1281 | **State what the contract or lease is for and the nature of the debtor's interest** | Green Mountain Transit Change Order No. 1 (GMT Change Order No. 1; Project Change Order No. 2) | Green Mountain Transit |
| --- | --- | --- | --- |

Name

Notice Name

15 Industrial Parkway
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Burlington | VT | 05401 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

| 2.1282 | **State what the contract or lease is for and the nature of the debtor's interest** | Green Mountain Transit Change Order No. 17 (GMT Change Order No. 17; Project Change Order No. 1) | Green Mountain Transit |
| --- | --- | --- | --- |

Name

Notice Name

15 Industrial Parkway
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Burlington | VT | 05401 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

| 2.1283 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order (Change No. 1) | Greenlink Transit Authority |
| --- | --- | --- | --- |

Name

Notice Name

100 West McBee Ave
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Greenville | SC | 29601 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):* 23-11121

**2.1284** **State what the contract or lease is for and the nature of the debtor's interest**

Affidavit and Agreement (PO No. 22011030)

Greenville Maintenance
Name

Notice Name

4 McDougall Court, Suite 107-B
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Greenville | SC | 29607 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1285** **State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement

Greenville Maintenance
Name

Notice Name

Attn Danny Moyd
Address

2 Exchange Street

**State the term remaining** 12/31/2023

**List the contract number of any government contract**

| Greenville | SC | 29605 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1286** **State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement

Greenville Maintenance
Name

Notice Name

Attn Danny Moyd
Address

2 Exchange Street

**State the term remaining** 12/31/2023

**List the contract number of any government contract**

| Greenville | SC | 29605 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | | |
|---|---|---|---|---|
| 2.1287 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (12192094) | Greenville Maintenance | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 100 West McBee Ave | |
| | State the term remaining | Unknown | Address | |
| | | | PO Box 2207 | |
| | List the contract number of any government contract | | | |
| | | | Greensboro | NC | 29601 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.1288 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (12192226) | Greenville Maintenance | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 100 West McBee Ave | |
| | State the term remaining | Unknown | Address | |
| | | | PO Box 2207 | |
| | List the contract number of any government contract | | | |
| | | | Greensboro | NC | 29601 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.1289 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (12192226) | Greenville Maintenance | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 100 West McBee Ave | |
| | State the term remaining | Unknown | Address | |
| | | | PO Box 2207 | |
| | List the contract number of any government contract | | | |
| | | | Greensboro | NC | 29601 |
| | | | City | State | ZIP Code |
| | | | Country | |

Debtor: Proterra Operating Company, Inc.

Case number (if known): 23-11121

| | | | |
|---|---|---|---|
| | **Name** | | |
| 2.1290 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (12192227) | Greenville Maintenance |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 100 West McBee Ave |
| | **State the term remaining** | Unknown | Address |
| | | | PO Box 2207 |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Greensboro                NC                29601 |
| | | | City            State            ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1291 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (12192227) | Greenville Maintenance |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 100 West McBee Ave |
| | **State the term remaining** | Unknown | Address |
| | | | PO Box 2207 |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Greensboro                NC                29601 |
| | | | City            State            ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1292 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (12192227) | Greenville Maintenance |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 100 West McBee Ave |
| | **State the term remaining** | Unknown | Address |
| | | | PO Box 2207 |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Greensboro                NC                29601 |
| | | | City            State            ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known):* 23-11121

| | | |
|---|---|---|
| 2.1293 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order No. 1 - Resolution 2022-17 allows for the Executive Director to have 10% change order authority. Funding has been identified to cover the change order. |

Greenville Transit Authority
Name

Notice Name

100 W. McBee Avenue
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Greenville | SC | 29601 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1294 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of 40FT BEBs and Charging Stations |

Greenville Transit Authority
Name

Notice Name

100 W. McBee Avenue
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Greenville | SC | 29601 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1295 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement |

Greenville Water System
Name

Notice Name

407 West Broad Street
Address

P.O. Box 687

**State the term remaining** Unknown

**List the contract number of any government contract**

| Greenville | SC | 29601 |
|---|---|---|
| City | State | ZIP Code |

Country

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.1296 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Grid Connect |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 1630 W. Diehl Rd. |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | City: Naperville | State: IL | ZIP Code: 60563 |
|---|---|---|---|---|---|

Country

| 2.1297 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment of Solicitation/Modification of Contract (GS-30F-026BA) | GSA/FAS/QVOCFA |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 450 Golden Gate Ave 5th FL East |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | City: San Francisco | State: CA | ZIP Code: 94102 |
|---|---|---|---|---|---|

Country

| 2.1298 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment of Solicitation/Modification of Contract (GS-30F-026BA) | GSA/FAS/QVOCFA |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 450 Golden Gate Ave 5th FL East |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | City: San Francisco | State: CA | ZIP Code: 94102 |
|---|---|---|---|---|---|

Country

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1299 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment of Solicitation/Modification of Contract (GS-30F-026BA) | GSA/FAS/QVOCFA |
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 450 Golden Gate Ave 5th FL East |
| | | | Address |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | San Francisco | CA | 94102 |

| City | State | ZIP Code |
|---|---|---|

Country

| | | | |
|---|---|---|---|
| 2.1300 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment of solicitation/modification of contract (GS-30F-026BA) | GSF/FAS/QVOCFA |
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 450 Golden Gate Avenue, 5th Floor East |
| | | | Address |
| | **List the contract number of** | | |
| | **any government contract** | | |

| San Francisco | CA | 94102 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.1301 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | GT Development Corporation |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | IMI Precision |
| | **State the term remaining** | Unknown | Address |
| | | | 425 C St. N.W. |
| | **List the contract number of** | | |
| | **any government contract** | | Suite 100 |

| Auburn | WA | 98001 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.1302 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 1 to Lease Agreement (Amendment No. 1) | Guittard Chocolate Co. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 10 Guittard Road |
| | **State the term remaining** | 7/31/2022 | Address |
| | **List the contract number of any government contract** | | |

| | | | Burlingame | CA | 94010 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.1303 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 2 to Lease Agreement (Amendment No. 2) | Guittard Chocolate Co. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 10 Guittard Road |
| | **State the term remaining** | 9/30/2024 | Address |
| | **List the contract number of any government contract** | | |

| | | | Burlingame | CA | 94010 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.1304 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 3 to Lease Agreement (Amendment No. 3) | Guittard Chocolate Co. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 10 Guittard Road |
| | **State the term remaining** | 9/30/2024 | Address |
| | **List the contract number of any government contract** | | |

| | | | Burlingame | CA | 94010 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.1305 | State what the contract or lease is for and the nature of the debtor's interest | One-Time License Transfer Fee (06822-MS1) | Gurobi Optimization, LLC |
|---|---|---|---|
| | | | Name |

Notice Name

9450 SW Gemini Dr, #90729

| | State the term remaining | Unknown | Address |
|---|---|---|---|

| | List the contract number of any government contract | | |
|---|---|---|---|

| | | Beaverton | OR | 97008-7105 |
|---|---|---|---|---|
| | | City | State | ZIP Code |

Country

| 2.1306 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Z101002184) | H.A. DeHart & Son |
|---|---|---|---|
| | | | Name |

Notice Name

311 Crown Point Road

| | State the term remaining | Unknown | Address |
|---|---|---|---|

| | List the contract number of any government contract | | |
|---|---|---|---|

| | | Thorofare | NJ | 08086 |
|---|---|---|---|---|
| | | City | State | ZIP Code |

Country

| 2.1307 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter | Hamilton Clark Sustainable Capital, Inc. |
|---|---|---|---|
| | | | Name |

Notice Name

1701 Pennsylvania Ave NW

| | State the term remaining | Unknown | Address |
|---|---|---|---|

Suite 200

| | List the contract number of any government contract | | |
|---|---|---|---|

| | | Washington | DC | 20006 |
|---|---|---|---|---|
| | | City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.1308 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO # E25665) | Hampton City School Board |
| | | | Name |

Notice Name

1819 Nickerson Blvd
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Hampton | VA | 23663 |
| City | State | ZIP Code |

Country

| 2.1309 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (HRT01-C00043-01) | Hampton Roads Transit |
| | | | Name |

Notice Name

3400 Victoria Blvd.
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Hampton | VA | 23661 |
| City | State | ZIP Code |

Country

| 2.1310 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO 0010581-2) | Hampton Roads Transit |
| | | | Name |

Notice Name

3400 Victoria Blvd.
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Hampton | VA | 23661 |
| City | State | ZIP Code |

Country

| Debtor: | Proterra Operating Company, Inc. | | Case number *(if known):* | 23-11121 |
|---|---|---|---|---|
| | Name | | | |

**2.1311** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PO 0010582-2)

Hampton Roads Transit
Name

Notice Name

3400 Victoria Blvd.
Address

State the term remaining — Unknown

List the contract number of any government contract

| Hampton | VA | 23661 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1312** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PO0001074-2)

Hampton Roads Transit
Name

Notice Name

3400 Victoria Blvd.
Address

State the term remaining — Unknown

List the contract number of any government contract

| Hampton | VA | 23661 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1313** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PO0001938-2)

Hampton Roads Transit
Name

Notice Name

3400 Victoria Blvd.
Address

State the term remaining — Unknown

List the contract number of any government contract

| Hampton | VA | 23661 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | | | |
|---|---|---|---|---|
| 2.1314 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO0002472-2) | Hampton Roads Transit | |
| | | | Name | |
| | | | Notice Name | |
| | | | 3400 Victoria Blvd. | |
| | **State the term remaining** | Unknown | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Hampton | VA | 23661 |
| | | | City | State | ZIP Code |
| | | | Country | | |

| | | | | |
|---|---|---|---|---|
| 2.1315 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Hanover Displays | |
| | | | Name | |
| | | | Notice Name | |
| | | | 1601 Tonne Road | |
| | **State the term remaining** | Unknown | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Elk Grove Village | IL | 60007 |
| | | | City | State | ZIP Code |
| | | | Country | | |

| | | | | |
|---|---|---|---|---|
| 2.1316 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Harsco Corporation | |
| | | | Name | |
| | | | Notice Name | |
| | | | 1762 Solutions Center | |
| | **State the term remaining** | Unknown | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Chicago | IL | 60677-1007 |
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1317 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of Four 35FT BEBs and Two Charging Stations | Harvard University |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 28 Travis Street |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |

| City | State | ZIP Code |
|---|---|---|
| Allston | MA | 02134 |

Country

| | | | |
|---|---|---|---|
| 2.1318 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Hazmat Safety Consulting, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1765 Duke Street |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |

| City | State | ZIP Code |
|---|---|---|
| Alexandria | VA | 22314 |

Country

| | | | |
|---|---|---|---|
| 2.1319 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (P-ORD019404) | HDR Engineering Inc |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 8404 Indian Hills Dr |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |

| City | State | ZIP Code |
|---|---|---|
| Omaha | NE | 68114 |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1320 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work - Project Name Baltimore County (SOW No. 2022-01) |

HEF-P Baltimore County, LLC

Name

Notice Name

4242 North Point Rd

Address

| | |
|---|---|
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

| Dundalk | MD | 21222 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1321 | **State what the contract or lease is for and the nature of the debtor's interest** | statement of Work: Baltimore County (SOW No. 2022-01) |

HEF-P Baltimore County, LLC

Name

Notice Name

4242 North Point Rd

Address

| | |
|---|---|
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

| Dundalk | MD | 21222 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1322 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work - Project Name MCPS (SOW No. 2023-[1]) |

HEF-P Manassas, LLC

Name

Notice Name

8500 Public Works Drive

Address

| | |
|---|---|
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

| Manassas | VA | 20110 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.1323** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Heilind Electronics, Inc.
Name

Notice Name

2636 N First St, Suite 107
Address

State the term remaining    Unknown

List the contract number of any government contract

| San Jose | CA | 95134 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1324** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Heritage-Crystal Clean
Name

Notice Name

13621 Collections Center Dr
Address

State the term remaining    Unknown

List the contract number of any government contract

| Chicago | IL | 60693 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1325** State what the contract or lease is for and the nature of the debtor's interest

Agreement to Purchase Chargers for Electric Vehicles

HET MCPS, LLC
Name

Notice Name

200 Cummings Center, Suite 273D
Address

State the term remaining    Unknown

List the contract number of any government contract

| Beverly | MA | 01915 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.1326 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work - Project Name MCPS - Clarksburg (SOW No. 2023-04) | HET MCPS, LLC |
| | | | Name |

Notice Name

200 Cummings Center, Suite 273D
Address

| | **State the term remaining** | Unknown | |

| | **List the contract number of any government contract** | | |

| | | | Beverly | MA | 01915 |
| | | | City | State | ZIP Code |

Country

| 2.1327 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work - Project Name MCPS - Randolph (SOW No. 2023-03) | HET MCPS, LLC |
| | | | Name |

Notice Name

200 Cummings Center, Suite 273D
Address

| | **State the term remaining** | Unknown | |

| | **List the contract number of any government contract** | | |

| | | | Beverly | MA | 01915 |
| | | | City | State | ZIP Code |

Country

| 2.1328 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work - Project Name MCPS - Shady Grove (SOW No. 2023-01) | HET MCPS, LLC |
| | | | Name |

Notice Name

200 Cummings Center, Suite 273D
Address

| | **State the term remaining** | Unknown | |

| | **List the contract number of any government contract** | | |

| | | | Beverly | MA | 01915 |
| | | | City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1329 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work - Project Name MCPS - West Farm (SOW No. 2023-02) | HET MCPS, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 200 Cummings Center, Suite 273D |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Beverly                    MA                    01915 |
| | | | City                         State                   ZIP Code |
| | | | |
| | | | Country |
| 2.1330 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work Project Name: MCPS - Shady Grove (2023-01) | HET MCPS, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 200 Cummings Center, Suite 273D |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Beverly                    MA                    01915 |
| | | | City                         State                   ZIP Code |
| | | | |
| | | | Country |
| 2.1331 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of work Project Name: MCPS - Shady Grove (2023-01) | Het MCPS, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 200 Cummings Center, Suite 273D |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Beverly                    MA                    01915 |
| | | | City                         State                   ZIP Code |
| | | | |
| | | | Country |

Debtor:    Proterra Operating Company, Inc.
Name

Case number *(if known)*:    23-11121

| | | | |
|---|---|---|---|
| 2.1332 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work: MCPS-Clarksburg (SOW No. 2023-04) | HET MCPS, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 200 Cummings Center, Suite 273D |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Beverly          MA          01915 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1333 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work: MCPS-Randolph (SOW No. 2023-03) | HET MCPS, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 200 Cummings Center, Suite 273D |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Beverly          MA          01915 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1334 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work: MCPS-West Farm (SOW No. 2023-02) | HET MCPS, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 200 Cummings Center, Suite 273D |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Beverly          MA          01915 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1335 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Hi Pro Speed International Inc |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 15332 E Valley Blvd |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | City of Industry   CA   91746 |
| | | | City   State   ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1336 | **State what the contract or lease is for and the nature of the debtor's interest** | Proterra, HighByte Intelligence Hub Renewal | HighByte Intelligence Hub |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 17854 |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Portland   ME   04112 |
| | | | City   State   ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1337 | **State what the contract or lease is for and the nature of the debtor's interest** | Software Licensing Certificate | HighByte Intelligence Hub |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 17854 |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Portland   ME   04112 |
| | | | City   State   ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.1338** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PO No. MD. MCPS Bethesda - 0001)

Highland Electric Fleets

Name

Notice Name

200 Cummings Center, Suite 273D

Address

State the term remaining: Unknown

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| Beverly | MA | 01915 |

Country

---

**2.1339** State what the contract or lease is for and the nature of the debtor's interest

Agreement to Purchase Chargers for Electric Vehicles

Highland Electric Transportation

Name

Notice Name

589 Bay Road, No 516

Address

State the term remaining: Unknown

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| Hamilton | MA | 01982 |

Country

---

**2.1340** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order

Highland Electric Transportation

Name

Notice Name

195 Defense Highway

Address

State the term remaining: Unknown

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| Annapolis | MD | 21401 |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.1341**

**State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

**State the term remaining**    Unknown

**List the contract number of any government contract**

Hioki USA Corporation
Name

Notice Name

6 Corporate drive
Address

| Cranbury | NJ | 08512 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1342**

**State what the contract or lease is for and the nature of the debtor's interest**

Master Service Agreement

**State the term remaining**    Unknown

**List the contract number of any government contract**

Houlihan Lokey Financial Advisors, Inc.
Name

Notice Name

10250 Constellation Blvd.
Address

5th Floor

| Los Angeles | CA | 90035 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1343**

**State what the contract or lease is for and the nature of the debtor's interest**

Special Provisions (20-01626)

**State the term remaining**    Unknown

**List the contract number of any government contract**

Houston-Galveston Area Council
Name

Notice Name

P.O. Box 22777
Address

| Houston | TX | 77227-2777 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121
_____

| | | |
|---|---|---|
| 2.1344 | **State what the contract or lease is for and the nature of the debtor's interest** | (Revised) Proposal for Industrial Hygiene Testing; Terms and Conditions |

HRP Associates, Inc.
_____
Name

_____
Notice Name

197 Scott Swamp Road
_____
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Farmington | CT | 06032 |

_____
Country

| | | |
|---|---|---|
| 2.1345 | **State what the contract or lease is for and the nature of the debtor's interest** | Proposal for Services to Perform an Environmental Compliance Audit, Proterra Located in Greenville, South Carolina |

HRP Associates, Inc.
_____
Name

_____
Notice Name

197 Scott Swamp Road
_____
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Farmington | CT | 06032 |

_____
Country

| | | |
|---|---|---|
| 2.1346 | **State what the contract or lease is for and the nature of the debtor's interest** | Human Technologies Inc. and Proterra Staffing Services Agreement |

HTI/Human Technologies Inc.
_____
Name

_____
Notice Name

105 North Spring Steet, Suite 200
_____
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Greenville | SC | 29601 |

_____
Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1347 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Huber+Suhner, Inc |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 8530 Steele Creek Place Drive |
| | **State the term remaining** | Unknown | Address |
| | | | Suite H |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Charlotte / NC / 28273 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |
| 2.1348 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Hubner Manufacturing Corporation, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 510 Tram Trail |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Dunlap / TN / 37327 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |
| 2.1349 | **State what the contract or lease is for and the nature of the debtor's interest** | Human Technologies, Inc. and Proterra Staffing Services Agreement | Human Technologies, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 105 North Spring Steet, Suite 200 |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Greenville / SC / 29601 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1350 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of One (1) 40 Foot E2 Catalyst (P2018-04) | Humboldt Transit Authority |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 133 V Street Eureka |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Eureka / CA / 95501 |
| | | | City / State / ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1351 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Hydradyne LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1957 SC Hwy 101 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Greer / SC / 29651 |
| | | | City / State / ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1352 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | HYG Financial Services, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5000 Riverside Dr., Suite 300 East |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Irving / TX / 75039-4314 |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| **2.1353** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO:.193179) |

IB Abel Inc
Name

Notice Name

2745 Black Bridge Road
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| York | PA | 17406 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.1354** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO:.201467) |

IB Abel Inc
Name

Notice Name

2745 Black Bridge Road
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| York | PA | 17406 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.1355** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

iba America, LLC
Name

Notice Name

370 Winkler Dr
Address

Suite C

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Alpharetta | GA | 30004 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.1356**

**State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

**State the term remaining** | Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| ID Wholesaler | | |
| Name | | |
| | | |
| Notice Name | | |
| 1501 NW 163rd St | | |
| Address | | |
| | | |
| Miami | FL | 33169 |
| City | State | ZIP Code |
| | | |
| Country | | |

---

**2.1357**

**State what the contract or lease is for and the nature of the debtor's interest**

Supplementary Agreement on Material Purchase Order (PO No. 2022111401)

**State the term remaining** | Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| IDK Co., Ltd | | |
| Name | | |
| | | |
| Notice Name | | |
| 588 JinShan Rd | | |
| Address | | |
| Jiangbei | | |
| | | |
| Ningbo | | |
| City | State | ZIP Code |
| China | | |
| Country | | |

---

**2.1358**

**State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

**State the term remaining** | Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| IES Synergy, Inc. | | |
| Name | | |
| | | |
| Notice Name | | |
| 330 E. Maple Rd | | |
| Address | | |
| Suite U | | |
| | | |
| Troy | MI | 48083 |
| City | State | ZIP Code |
| | | |
| Country | | |

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.1359** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

IEWC CORP.
Name

Notice Name

Dept CH - Box 17084
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Palatine | IL | 60055-7084 |
| City | State | ZIP Code |

Country

**2.1360** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Igus Bearings, Inc.
Name

Notice Name

P.O. Box 14349
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| East Providence | RI | 02914 |
| City | State | ZIP Code |

Country

**2.1361** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

IKD Co., Ltd
Name

Notice Name

588 Jinshan Road
Address

Jiangbei Investment Pioneering Park

**State the term remaining**   Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Ningbo | | 315033 |
| City | State | ZIP Code |
| China | | |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.1362** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Imeco Cables America Inc.
Name

Notice Name

33 Gus Lapham Ln
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Plattsburgh | NY | 12901 |

Country

**2.1363** **State what the contract or lease is for and the nature of the debtor's interest**

3DX Quotation with Prorated Maintenance (Quote No.PRO031522_CVD)

Inceptra
Name

Notice Name

1900 N. Commerce Pkway
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Weston | FL | 33326 |

Country

**2.1364** **State what the contract or lease is for and the nature of the debtor's interest**

End-User Order Form (EUOF)

Inceptra LLC
Name

Notice Name

1900 N Commerce PKWY
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Weston | FL | 33326-3236 |

Country

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1365 | **State what the contract or lease is for and the nature of the debtor's interest** | End-User Order Form (EUOF) (PO:. PO_IUS0067495) | Inceptra LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1900 N Commerce PKWY |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Weston          FL          33326-3236 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1366 | **State what the contract or lease is for and the nature of the debtor's interest** | End-User Order Form (EUOF) (SBO No. IUS0060724) | Inceptra LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1900 N Commerce PKWY |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Weston          FL          33326-3236 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1367 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Indexx, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 303 Haywood Rd |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Greenville          SC          29607 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.1368** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Indian Head Tool & Cutter Grinding, Inc.
Name

Notice Name

**State the term remaining** Unknown

802 Walnut St
Address

**List the contract number of any government contract**

PO Box 1094

| Waterford | PA | 16441 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1369** **State what the contract or lease is for and the nature of the debtor's interest**

License and Purchase Agreement

Industrial Fabricators, Inc.
Name

Notice Name

**State the term remaining** Unknown

125 NW 13th Street, Suite B-7
Address

**List the contract number of any government contract**

| Boca Raton | FL | 33432 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1370** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Industrial Fabricators, Inc.
Name

Notice Name

**State the term remaining** Unknown

4328 South York Hwy
Address

**List the contract number of any government contract**

| Gastonia | NC | 28052 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*:   23-11121

**2.1371 State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Industrial Rubber Supply USA Inc.

Name

Notice Name

630 9th Street NW, Bldg 1

Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| West Fargo | ND | 58078 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1372 State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Industrial Safety Shoe Company

Name

Notice Name

1421 E. First St.

Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Santa Ana | CA | 92701 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1373 State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Infinite Electronics International, Inc.

Name

Notice Name

PO Box 55758

Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Boston | MA | 02205 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.1374 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | INFODEV |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 1995 Frank Carrel |
| | State the term remaining | Unknown | Address |
| | | | Suite 202 |
| | List the contract number of any government contract | | |

| | | Quebec | QC | G1N 4H9 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Canada | | |
| | | Country | | |

| 2.1375 | State what the contract or lease is for and the nature of the debtor's interest | 3DX & PLM Support | Infosys Limited |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 2400 N Glenville Dr c150 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | Richardson | TX | 75082 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

| 2.1376 | State what the contract or lease is for and the nature of the debtor's interest | Exhibit A - Statement of Work - 3DX & PLM Support | Infosys Limited |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 2400 N Glenville Dr c150 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | Richardson | TX | 75082 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.1377 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement | Infosys Limited |
| | | | Name |

Notice Name

2400 N Glenville Dr c150
Address

| | **State the term remaining** | Unknown | |

| | **List the contract number of any government contract** | | |

| | | Richardson | TX | 75082 |
| | | City | State | ZIP Code |

Country

| 2.1378 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement | Infosys Limited |
| | | | Name |

Notice Name

2400 N Glenville Dr c150
Address

| | **State the term remaining** | Unknown | |

| | **List the contract number of any government contract** | | |

| | | Richardson | TX | 75082 |
| | | City | State | ZIP Code |

Country

| 2.1379 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement (Revised) | Infosys Limited |
| | | | Name |

Notice Name

2400 N Glenville Dr c150
Address

| | **State the term remaining** | Unknown | |

| | **List the contract number of any government contract** | | |

| | | Richardson | TX | 75082 |
| | | City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1380 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Request Form to the Exhibit A-2021-14 (Statement of Work) (Change No. 003) |
| | | Innominds Software Inc |
| | | Name |
| | | |
| | | Notice Name |
| | | 2055, Junction Ave, Suite# 122 |
| | **State the term remaining** | 12/31/2023 |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |
| | | San Jose          CA          95131 |
| | | City          State          ZIP Code |
| | | |
| | | Country |

| | | |
|---|---|---|
| 2.1381 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Request Form to the Exhibit A-2021-4 (Statement of Work) (Change No. 007) |
| | | Innominds Software Inc |
| | | Name |
| | | |
| | | Notice Name |
| | | 2055, Junction Ave, Suite# 122 |
| | **State the term remaining** | 12/31/2023 |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |
| | | San Jose          CA          95131 |
| | | City          State          ZIP Code |
| | | |
| | | Country |

| | | |
|---|---|---|
| 2.1382 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Request Form to the Exhibit A-2022-2 (Statement of Work) (Change No. 002) |
| | | Innominds Software Inc |
| | | Name |
| | | |
| | | Notice Name |
| | | 2055, Junction Ave, Suite# 122 |
| | **State the term remaining** | 12/31/2023 |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |
| | | San Jose          CA          95131 |
| | | City          State          ZIP Code |
| | | |
| | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.1383** **State what the contract or lease is for and the nature of the debtor's interest**

Change Requet Form to Exhibit A-2021-14 (Statement of Work) between Innominds Software, Inc. & POCI - Change #003

Innominds Software Inc
Name

Notice Name

2055, Junction Ave, Suite# 122
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| San Jose | CA | 95131 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1384** **State what the contract or lease is for and the nature of the debtor's interest**

Exhibit A-2022-5 Statement of Work (SOW) (Exhibit A-2022-5)

Innominds Software Inc
Name

Notice Name

2055 Junction Avenue
Address

**State the term remaining** 12/13/2023

**List the contract number of any government contract**

| San Jose | CA | 95131 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1385** **State what the contract or lease is for and the nature of the debtor's interest**

Exhibit A-2023-2 Statement of Work – QA Support (Exhibit A-2023-2)

Innominds Software Inc
Name

Notice Name

2055 Junction Avenue
Address

**State the term remaining** 12/31/2023

**List the contract number of any government contract**

| San Jose | CA | 95131 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number (if known): 23-11121
_____

| | | |
|---|---|---|
| 2.1386 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement |

Innominds Software Inc
_____
Name

_____
Notice Name

2055, Junction Ave, Suite# 122
_____
Address

**State the term remaining** Unknown

_____

**List the contract number of any government contract**

_____

_____

| San Jose | CA | 95131 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.1387 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work – Staff Augmentation (Exhibit A-2023-1) |

Innominds Software Inc
_____
Name

_____
Notice Name

2055 Junction Avenue
_____
Address

**State the term remaining** 12/31/2023

**List the contract number of any government contract**

_____

_____

| San Jose | CA | 95131 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.1388 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment #1 to Statement of Work (Amendment No. 1) |

Instaclustr Pty Limited
_____
Name

_____
Notice Name

Level A, Building 23
_____
Address

**State the term remaining** Unknown

University Drive South
_____

**List the contract number of any government contract**

_____

| Bruce | ACT | 2617 |
|---|---|---|
| City | State | ZIP Code |

Australia
_____
Country

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.1389** State what the contract or lease is for and the nature of the debtor's interest

Amendment #1 to the Master Services Agreement

Instaclustr Pty Limited
Name

Notice Name

Level A, Building 23
Address

State the term remaining | Unknown

University Drive South

List the contract number of any government contract

| Bruce | ACT | 2617 |
| City | State | ZIP Code |
| Australia | | |
| Country | | |

**2.1390** State what the contract or lease is for and the nature of the debtor's interest

Master Services Agreement

Instaclustr Pty Limited
Name

Notice Name

Level A, Building 23
Address

State the term remaining | Unknown

University Drive South

List the contract number of any government contract

| Bruce | ACT | 2617 |
| City | State | ZIP Code |
| Australia | | |
| Country | | |

**2.1391** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Integrated Manufacturing and Supply, Inc.
Name

Notice Name

620 Orvis Ave
Address

State the term remaining | Unknown

List the contract number of any government contract

| San Jose | CA | 95112 |
| City | State | ZIP Code |
| | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

| 2.1392 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Request - Change Number: P-2563-CO1-Project Name: P-2563 LAB and GVB Architecture and Integration-February | Intellic Integration LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 2081 Hutton Drive |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | Carrollton | TX | 75006 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

| 2.1393 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Request Change Number P-2563-CO2 | Intellic Integration LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 2081 Hutton Drive |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | Carrollton | TX | 75006 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

| 2.1394 | State what the contract or lease is for and the nature of the debtor's interest | Confidential and Proprietary (Change No: P-2563-CO2) | Intellic Integration LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 2081 Hutton Drive, Suite 103 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | Carrollton | TX | 75006 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.1395 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement | | Intellic Integration LLC |
|---|---|---|---|---|
| | | | | Name |
| | | | | |
| | | | | Notice Name |
| | | | | 2081 Hutton Drive |
| | **State the term remaining** | Unknown | | Address |
| | | | | |
| | **List the contract number of** | | | |
| | **any government contract** | | | |

| | | City | State | ZIP Code |
|---|---|---|---|---|
| | | Carrollton | TX | 75006 |

Country

| 2.1396 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | | Interior Plantscapes, LLC |
|---|---|---|---|---|
| | | | | Name |
| | | | | |
| | | | | Notice Name |
| | | | | 51 Plant Drive Ext. |
| | **State the term remaining** | Unknown | | Address |
| | | | | |
| | **List the contract number of** | | | |
| | **any government contract** | | | |

| | | City | State | ZIP Code |
|---|---|---|---|---|
| | | Greenville | SC | 29607 |

Country

| 2.1397 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | | International Freight Services Inc. |
|---|---|---|---|---|
| | | | | Name |
| | | | | |
| | | | | Notice Name |
| | | | | 1610 Rollins Rd |
| | **State the term remaining** | Unknown | | Address |
| | | | | |
| | **List the contract number of** | | | |
| | **any government contract** | | | |

| | | City | State | ZIP Code |
|---|---|---|---|---|
| | | Burlingame | CA | 94010 |

Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**2.1398** **State what the contract or lease is for and the nature of the debtor's interest**

Durability Track Addendum to the Master Services Agreement

**State the term remaining** Unknown

**List the contract number of any government contract**

Name: International Transportation Innovation Center

Notice Name:

Address: 5 Hercules Way

| City | State | ZIP Code |
|---|---|---|
| Greenville | SC | 29605 |

Country:

---

**2.1399** **State what the contract or lease is for and the nature of the debtor's interest**

Sublease Agreement

**State the term remaining** 12/31/2020

**List the contract number of any government contract**

Name: International Transportation Innovation Center

Notice Name:

Address: 2 Exchange Street

| City | State | ZIP Code |
|---|---|---|
| Greenville | SC | 29605 |

Country:

---

**2.1400** **State what the contract or lease is for and the nature of the debtor's interest**

Master Services Agreement

**State the term remaining** Unknown

**List the contract number of any government contract**

Name: InterVision Systems LLC

Notice Name:

Address: 16401 Swingley Ridge Rd, Suite 500

| City | State | ZIP Code |
|---|---|---|
| St. Louis | MO | 63017 |

Country:

---

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**2.1401**

| **State what the contract or lease is for and the nature of the debtor's interest** | Sales Form MFG Ruckus Quote AS051723_04 | InterVision Systems LLC |
| | | Name |
| | | |
| | | Notice Name |
| | | 16401 Swingley Ridge Rd, Suite 500 |
| **State the term remaining** | Unknown | Address |
| **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| | St. Louis | MO | 63017 |
| | City | State | ZIP Code |
| | Country | | |

**2.1402**

| **State what the contract or lease is for and the nature of the debtor's interest** | Sales Quote - Quote AS081522_06 - HashiCorp-Renewal | InterVision Systems LLC |
| | | Name |
| | | |
| | | Notice Name |
| | | 16401 Swingley Ridge Rd, Suite 500 |
| **State the term remaining** | Unknown | Address |
| **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| | St. Louis | MO | 63017 |
| | City | State | ZIP Code |
| | Country | | |

**2.1403**

| **State what the contract or lease is for and the nature of the debtor's interest** | Sales Quote (Quote No. JJ121422-08) | InterVision Systems LLC |
| | | Name |
| | | |
| | | Notice Name |
| | | 300 Santana Row, Suite 450 |
| **State the term remaining** | Unknown | Address |
| **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| | San Jose | CA | 95128 |
| | City | State | ZIP Code |
| | Country | | |

| Debtor: | Proterra Operating Company, Inc. | | Case number *(if known):* | 23-11121 |
|---|---|---|---|---|
| | Name | | | |

**2.1404** State what the contract or lease is for and the nature of the debtor's interest

Interface License Agreement

Intuiface
Name

Notice Name

211 West Wacker Drive, 3rd Floor
Address

State the term remaining: Unknown

List the contract number of any government contract

| Chicago | IL | 60606 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1405** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Invio Automation, Inc.
Name

Notice Name

16185 National Parkway
Address

State the term remaining: Unknown

List the contract number of any government contract

| Lansing | MI | 48906 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1406** State what the contract or lease is for and the nature of the debtor's interest

Purchase and Supply Agreement

IOTECHA Corp
Name

Notice Name

220 Old New Brunswick Road, Suite 202
Address

State the term remaining: Unknown

List the contract number of any government contract

| Piscataway | NJ | 08854 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.1407** State what the contract or lease is for and the nature of the debtor's interest

Purchase and Supply Agreement

IOTECHA Corp
Name

Notice Name

220 Old New Brunswick Road, Suite 202
Address

State the term remaining — Unknown

List the contract number of any government contract

| Piscataway | NJ | 08854 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1408** State what the contract or lease is for and the nature of the debtor's interest

City of Iowa Vendor Contract (A21-148)

Iowa City Transit (ICT)
Name

Notice Name

1200 S. Riverside Drive
Address

State the term remaining — Unknown

List the contract number of any government contract

| Iowa City | IA | 52240 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1409** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Iris Infrared & Intelligent Sensors NA. Inc
Name

Notice Name

34 Peachtree St. NW
Address

Suite 2610

State the term remaining — Unknown

List the contract number of any government contract

| Atlanta | GA | 30303 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.1410 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Iron Mountain |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1 Federal Street |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | Boston     MA     02110 |
| | | | City          State      ZIP Code |
| | | | |
| | | | Country |

| 2.1411 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | ISR Transit USA Inc |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 715 South, 21st Avenue |
| | **State the term remaining** | Unknown | Address |
| | | | Suite 1 |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | Hollywood     FL     33020 |
| | | | City          State      ZIP Code |
| | | | |
| | | | Country |

| 2.1412 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | item America, LLC dba item Southeast |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 102 Bucklevel Road |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | Greenwood     SC     29649 |
| | | | City          State      ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number (if known): 23-11121
_____

| 2.1413 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | ITR LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 1015 S Bethany |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Kansas City    KS    66105 |
| | | | City    State    ZIP Code |
| | | | Country |

| 2.1414 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re Supplier Commitment Declaration | Iveco Group N.V. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | Via Puglia, 35 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Torino    10156 |
| | | | City    State    ZIP Code |
| | | | Italy |
| | | | Country |

| 2.1415 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re Supply of Proterra Batteries for Nikola Tre Project | Iveco Group N.V. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | Via Puglia, 35 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Torino    10156 |
| | | | City    State    ZIP Code |
| | | | Italy |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**2.1416** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

J F Industries Inc

Name

Notice Name

**State the term remaining** Unknown

513 Hrosham Road

Address

**List the contract number of any government contract**

| Horsham | PA | 19044 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1417** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

J. B. Hunt Transport, Inc.

Name

Notice Name

**State the term remaining** Unknown

615 JB Hunt Corporate Dr

Address

**List the contract number of any government contract**

| Lowell | AR | 72745 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1418** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

J. J. Keller & Associates, Inc.

Name

Notice Name

3003 Breezewood Lane

Address

**State the term remaining** Unknown

PO Box 368

**List the contract number of any government contract**

| Neenah | WI | 54957-0368 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.1419 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | j2 Cloud Services LLC |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | DBA eFax Corporate |
| | State the term remaining | Unknown | Address |
| | | | 6922 Hollywood Blvd Suite 500 |
| | List the contract number of any government contract | | |

| | | City: Los Angeles | State: CA | ZIP Code: 90028 |
| --- | --- | --- | --- | --- |
| | | Country | | |

| 2.1420 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | JagCo Global |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 3133 W Frye Rd |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | City: Chandler | State: AZ | ZIP Code: 85226 |
| --- | --- | --- | --- | --- |
| | | Country | | |

| 2.1421 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Jan-Pro of San Francisco |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 61 Airport Blvd. |
| | State the term remaining | Unknown | Address |
| | | | Suite B |
| | List the contract number of any government contract | | |

| | | City: South San Francisco | State: CA | ZIP Code: 94080 |
| --- | --- | --- | --- | --- |
| | | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.1422** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (4512013867)

JD Bird
Name

Notice Name

17876 Peru Rd. STE 3
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| DUBUQUE | IA | 52001-8303 |
| City | State | ZIP Code |

Country

**2.1423** **State what the contract or lease is for and the nature of the debtor's interest**

Change Request Form

Jean Martin Inc
Name

Notice Name

260 Madison Avenue, Suite 8060
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| New york | NY | 10016 |
| City | State | ZIP Code |

Country

**2.1424** **State what the contract or lease is for and the nature of the debtor's interest**

Change Request Form to the Exhibit A-2023-1 Statement of Work between Jean Martin Inc. & POCI

Jean Martin Inc
Name

Notice Name

260 Madison Avenue, Suite 8060
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| New york | NY | 10016 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.1425** **State what the contract or lease is for and the nature of the debtor's interest**    Master Services Agreement

Jean Martin Inc
Name

Notice Name

**State the term remaining**    Unknown

260 Madison Avenue, Suite 8060
Address

**List the contract number of any government contract**

| New york | NY | 10016 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1426** **State what the contract or lease is for and the nature of the debtor's interest**    Various Purchase Orders

Jet Garage Inc
Name

Notice Name

**State the term remaining**    Unknown

17 Wroxeter Ave
Address

**List the contract number of any government contract**

| Toronto | ON | M4K 1J5 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**2.1427** **State what the contract or lease is for and the nature of the debtor's interest**    Master Service Agreement

Jill Frizzley
Name

Notice Name

**State the term remaining**    Unknown

22 Homesdale Road
Address

**List the contract number of any government contract**

| Bronxville | NY | 10708 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.1428** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

JL Rogers & Callcott Engineers, Inc
Name

Notice Name

426 Fairforest Way
Address

State the term remaining    Unknown

List the contract number of any government contract

| Greenville | SC | 29607 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1429** State what the contract or lease is for and the nature of the debtor's interest

Community Benefits Agreement

Jobs to Move America
Name

Notice Name

525 S. Hewitt St.
Address

State the term remaining    Unknown

List the contract number of any government contract

| Los Angeles | CA | 90013 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1430** State what the contract or lease is for and the nature of the debtor's interest

Letter re: Agreement Package

Joelle Frank
Name

Notice Name

622 Third Avenue, 36th Floor
Address

State the term remaining    Unknown

List the contract number of any government contract

| New York | NY | 10017 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.1431** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (4512202009)

John B Roybal
Name

Notice Name

State the term remaining — Unknown

18600 South John Deere Road
Address

List the contract number of any government contract

| DUBUQUE | IA | 52001-9746 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1432** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (4512455887)

John B Roybal
Name

Notice Name

State the term remaining — Unknown

18600 South John Deere Road
Address

List the contract number of any government contract

| DUBUQUE | IA | 52001-9746 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1433** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

John B Roybal
Name

Notice Name

d/b/a Ace Vending Company
Address

State the term remaining — Unknown

1407 Foothill Blvd

List the contract number of any government contract

Suite 140

| La Verne | CA | 91750 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.1434** State what the contract or lease is for and the nature of the debtor's interest: Purchase and Development Agreement

John Deere Electronic Solutions, Inc.
Name

Notice Name

One John Deere Place
Address

State the term remaining: Unknown

List the contract number of any government contract

| Moline | IL | 61265 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1435** State what the contract or lease is for and the nature of the debtor's interest: Various Purchase Orders

John Efird Company, Inc
Name

Notice Name

1012 NE Main Street
Address

State the term remaining: Unknown

List the contract number of any government contract

| Simpsonville | SC | 29681 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1436** State what the contract or lease is for and the nature of the debtor's interest: Affidavit and Agreement (PO No. 22011031)

Johnson & Johnson Cleaning
Name

Notice Name

8564 LOVE RD
Address

State the term remaining: Unknown

List the contract number of any government contract

| TALLAHASSEE | FL | 32305 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):* 23-11121

---

**2.1437** **State what the contract or lease is for and the nature of the debtor's interest**

Commercial Sales Agreement (Customer No: 117622652)

Johnson Controls US Holdings Inc.
Name

Notice Name

2788 Fairforest Clevedale Road
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Spartanburg | SC | 29301-5000 |

Country

---

**2.1438** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Johnson Controls US Holdings Inc.
Name

Notice Name

dba Johnson Controls Security Solutions
Address

PO Box 371967

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Pittsburgh | PA | 15250 |

Country

---

**2.1439** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Johnson Welded Products, Inc.
Name

Notice Name

625 South Edgewood Avenue
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Urbana | OH | 43078-0907 |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.1440 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Jonathan Sargent |
| --- | --- | --- | --- |
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Unknown | PO Box 718 |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | Mauldin / SC / 29662 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.1441 | State what the contract or lease is for and the nature of the debtor's interest | Standard Purchase Order (770722) | Joseph Barbato Associates, LLC |
| --- | --- | --- | --- |
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Unknown | 6 Dickinson Drive, Suite 103 |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | Chadds Ford / PA / 19317 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.1442 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO No. 4509099729) | Joy Global |
| --- | --- | --- | --- |
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Unknown | 145 Magill Street |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | Lively / ON / P3Y 1K6 |
| | | | City / State / ZIP Code |
| | | | Canada |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1443 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 4509131746) |
| | | Joy Global |
| | | Name |
| | | |
| | | Notice Name |
| | | 145 Magill Street |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |

| | | |
|---|---|---|
| | Lively | ON | P3Y 1K6 |
| | City | State | ZIP Code |
| | Canada | | |
| | Country | | |

| | | |
|---|---|---|
| 2.1444 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO:.4508435727) |
| | | Joy Global |
| | | Name |
| | | |
| | | Notice Name |
| | | 25 Fielding Rd |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |

| | | |
|---|---|---|
| | Lively | ON | P3Y 1L7 |
| | City | State | ZIP Code |
| | Canada | | |
| | Country | | |

| | | |
|---|---|---|
| 2.1445 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO:.4508435727) |
| | | Joy Global |
| | | Name |
| | | |
| | | Notice Name |
| | | 25 Fielding Rd |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |

| | | |
|---|---|---|
| | Lively | ON | P3Y 1L7 |
| | City | State | ZIP Code |
| | Canada | | |
| | Country | | |

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*  23-11121

| | | | |
|---|---|---|---|
| 2.1446 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO:.4508455330) | Joy Global |
| | | | Name |
| | | | Notice Name |
| | | | 25 Fielding Rd |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Lively |  ON |  P3Y 1L7 |
| | | | City |  State |  ZIP Code |
| | | | Canada |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1447 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO:.4508602016) | Joy Global |
| | | | Name |
| | | | Notice Name |
| | | | 25 Fielding Rd |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Lively |  ON |  P3Y 1L7 |
| | | | City |  State |  ZIP Code |
| | | | Canada |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1448 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO:.4508602016) | Joy Global |
| | | | Name |
| | | | Notice Name |
| | | | 25 Fielding Rd |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Lively |  ON |  P3Y 1L7 |
| | | | City |  State |  ZIP Code |
| | | | Canada |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.1449 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO:.4508605797) | Joy Global |
|---|---|---|---|

Name

Notice Name

25 Fielding Rd

State the term remaining: Unknown

Address

List the contract number of any government contract

| | | |
|---|---|---|
| Lively | ON | P3Y 1L7 |
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| 2.1450 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO:.4508640420) | Joy Global |
|---|---|---|---|

Name

Notice Name

25 Fielding Rd

State the term remaining: Unknown

Address

List the contract number of any government contract

| | | |
|---|---|---|
| Lively | ON | P3Y 1L7 |
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| 2.1451 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO:.4508916890) | Joy Global |
|---|---|---|---|

Name

Notice Name

25 Fielding Rd

State the term remaining: Unknown

Address

List the contract number of any government contract

| | | |
|---|---|---|
| Lively | ON | P3Y 1L7 |
| City | State | ZIP Code |
| Canada | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.1452** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO:.4509017602)

Joy Global
Name

Notice Name

101 Elk Street, Door E
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Franklin | PA | 16323 |
| City | State | ZIP Code |

Country

**2.1453** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO:.4509099729)

Joy Global
Name

Notice Name

25 Fielding Rd
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Lively | ON | P3Y 1L7 |
| City | State | ZIP Code |

Canada
Country

**2.1454** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO:.4509107179)

Joy Global
Name

Notice Name

25 Fielding Rd
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Lively | ON | P3Y 1L7 |
| City | State | ZIP Code |

Canada
Country

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.1455** State what the contract or lease is for and the nature of the debtor's interest — Purchase Order (PO:.4509107185)

Joy Global
Name

Notice Name

25 Fielding Rd
Address

State the term remaining — Unknown

List the contract number of any government contract

| | | |
|---|---|---|
| Lively | ON | P3Y 1L7 |
| City | State | ZIP Code |
| Canada | | |
| Country | | |

**2.1456** State what the contract or lease is for and the nature of the debtor's interest — Purchase Order (PO:.4509131662)

Joy Global
Name

Notice Name

101 Elk Street, Door E
Address

State the term remaining — Unknown

List the contract number of any government contract

| | | |
|---|---|---|
| Franklin | PA | 16323 |
| City | State | ZIP Code |
| Country | | |

**2.1457** State what the contract or lease is for and the nature of the debtor's interest — Purchase Order (PO:.4509131662)

Joy Global
Name

Notice Name

101 Elk Street, Door E
Address

State the term remaining — Unknown

List the contract number of any government contract

| | | |
|---|---|---|
| Franklin | PA | 16323 |
| City | State | ZIP Code |
| Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1458 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO:.4509131746) | Joy Global |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 25 Fielding Rd |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Lively | ON | P3Y 1L7 |
| | | | City | State | ZIP Code |
| | | | Canada |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1459 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO:.4509211688) | Joy Global |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 25 Fielding Rd |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Lively | ON | P3Y 1L7 |
| | | | City | State | ZIP Code |
| | | | Canada |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1460 | **State what the contract or lease is for and the nature of the debtor's interest** | ZJ21B/ZB21B & Buyer's Charger Test Bench Development Agreement | Joy Global |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Joy Global Underground Mining LLC |
| | **State the term remaining** | Unknown | Address |
| | | | 120 Liberty Street |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Franklin | PA | 16323 |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.1461** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Junk Matters, LLC
Name

Notice Name

**State the term remaining**  Unknown

PO Box 5065
Address

**List the contract number of any government contract**

| Spartanburg | SC | 29304 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1462** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Agreement

Kamin Industries Inc.
Name

Notice Name

**State the term remaining**  5/17/2027

2150 5th Avenue
Address

**List the contract number of any government contract**

| Ronkonkoma | NY | 11779 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1463** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Agreement

Kamin Industries Inc.
Name

Notice Name

**State the term remaining**  5/26/2027

2150 5th Avenue
Address

**List the contract number of any government contract**

| Ronkonkoma | NY | 11779 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1464 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (526202) |
| | | Kamin Industries Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 2150 5th Ave |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

Ronkonkoma / City — NY / State — 11779 / ZIP Code

Country

| | | |
|---|---|---|
| 2.1465 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (526203) |
| | | Kamin Industries Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 2150 5th Ave |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

Ronkonkoma / City — NY / State — 11779 / ZIP Code

Country

| | | |
|---|---|---|
| 2.1466 | **State what the contract or lease is for and the nature of the debtor's interest** | Resale Certificate |
| | | Kamin Industries Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 2150 5th Avenue |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

Ronkonkoma / City — NY / State — 11779 / ZIP Code

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**2.1467**

| | |
|---|---|
| State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (526204) |

Kamin Motor Group Inc, dba Electric Vehicle Sales Inc.

Name

Notice Name

2150 5th Ave

Address

State the term remaining: Unknown

List the contract number of any government contract

| Ronkonkoma | NY | 11779 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1468**

| | |
|---|---|
| State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement |

KazTia Design LLC

Name

Notice Name

439 12th Ave

Address

State the term remaining: Unknown

List the contract number of any government contract

| Union Grove | WI | 53182 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1469**

| | |
|---|---|
| State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders |

Kelley Engineering, LLC

Name

Notice Name

709 Highway 17

Address

State the term remaining: Unknown

List the contract number of any government contract

| Piedmont | SC | 29673 |
|---|---|---|
| City | State | ZIP Code |

Country

| Debtor: | Proterra Operating Company, Inc. | Case number *(if known)*: | 23-11121 |
|---|---|---|---|
| | Name | | |

**2.1470** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Kemeera, Inc, DBA Fathom
Name

Notice Name

3000F Danville Blvd #141
Address

State the term remaining: Unknown

List the contract number of any government contract

| Alamo | CA | 94507 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1471** State what the contract or lease is for and the nature of the debtor's interest

Agreement to Purchase and Distribute Chargers for EVs

Kerlin Bus Sales & Leasing
Name

Notice Name

9294 South State Road 15
Address

State the term remaining: Unknown

List the contract number of any government contract

| Silver Lake | IN | 46982 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1472** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PO # B101000785)

Kerlin Bus Sales & Leasing
Name

Notice Name

9294 South State Road 15
Address

PO Box 157

State the term remaining: Unknown

List the contract number of any government contract

| Silver Lake | IN | 46982 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Official Form 206G  **Schedule G: Executory Contracts and Unexpired Leases**  Page 491 of 906

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):* 23-11121

---

**2.1473** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO # B101000785)

Kerlin Bus Sales & Leasing
Name

Notice Name

9294 South State Road 15
Address

**State the term remaining** Unknown

PO Box 157

**List the contract number of any government contract**

| | | |
|---|---|---|
| Silver Lake | IN | 46982 |
| City | State | ZIP Code |

Country

---

**2.1474** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO # B101000786)

Kerlin Bus Sales & Leasing
Name

Notice Name

9294 South State Road 15
Address

**State the term remaining** Unknown

PO Box 157

**List the contract number of any government contract**

| | | |
|---|---|---|
| Silver Lake | IN | 46982 |
| City | State | ZIP Code |

Country

---

**2.1475** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO No. P101004166)

Kerlin Bus Sales & Leasing
Name

Notice Name

9294 South State Road 15
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Silver Lake | IN | 46982 |
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.1476 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. Z101000010) | Kerlin Bus Sales & Leasing |
|---|---|---|---|

Name

Notice Name

9294 South State Road 15

| | **State the term remaining** | Unknown | Address |

| | **List the contract number of any government contract** | | |

| | | | Silver Lake | IN | 46982 |
|---|---|---|---|---|---|

City / State / ZIP Code

Country

| 2.1477 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No.P101000855) | Kerlin Bus Sales & Leasing |
|---|---|---|---|

Name

Notice Name

9294 South State Road 15

| | **State the term remaining** | Unknown | Address |

| | **List the contract number of any government contract** | | |

| | | | Silver Lake | IN | 46982 |

City / State / ZIP Code

Country

| 2.1478 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. B101000786) | Kerlin Bus Sales & Leasing |
|---|---|---|---|

Name

Notice Name

9294 South State Road 15

Address

PO Box 157

| | **State the term remaining** | Unknown | |

| | **List the contract number of any government contract** | | |

| | | | Silver Lake | IN | 46982 |

City / State / ZIP Code

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.1479** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Kerwin Associates
Name

Notice Name

**State the term remaining** Unknown

1733 Woodside Road
Address

Suite 260

**List the contract number of any government contract**

| Redwood | CA | 94061 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1480** **State what the contract or lease is for and the nature of the debtor's interest**

End User Statement

Keysight technologies Singapore Pte, Ltd.
Name

Notice Name

No 1 Yishun Avenue 7
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Singapore | | 768923 |
|---|---|---|
| City | State | ZIP Code |

Singapore
Country

---

**2.1481** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Kidde Technologies, Inc.
Name

Notice Name

4200 Airport Dr., NW
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Wilson | NC | 27896 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.1482 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Request Form (Change No.: 1) | Kimley-Horn & Associates, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 4525 Main St., Suite 1000 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | City: Virginia Beach | State: VA | ZIP Code: 23462 |

Country

| 2.1483 | State what the contract or lease is for and the nature of the debtor's interest | Agreement for electric bus presentation event | King County Metro |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Metro Transit |
| | State the term remaining | 7/19/2018 | Address |
| | | | 201 South King Street, 4th Floor |
| | List the contract number of any government contract | | |

| | | City: Seattle | State: WA | ZIP Code: 98104 |

Country

| 2.1484 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #1 - Order 1 Additional 40 Foot Battery Bus (EB11-2) | King County Metro |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 201 South Jackson Street |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | City: Seattle | State: WA | ZIP Code: 98104-3856 |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.1485 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #2 (Contract EB11-2) | King County Metro |
| | | | Name |

| | | | Notice Name |
| | | | 201 S. Jackson |
| State the term remaining | Unknown | | Address |
| | | | KSC-TR-0342 |
| List the contract number of any government contract | | | |

| | | | Seattle | WA | 98104-3856 |
| | | | City | State | ZIP Code |

| | | | Country |

| 2.1486 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #4 - Cost Revision to Bellevue Base Charger (EB11-2) | King County Metro |
| | | | Name |

| | | | Notice Name |
| | | | 201 S. Jackson |
| State the term remaining | Unknown | | Address |
| | | | KSC-TR-0342 |
| List the contract number of any government contract | | | |

| | | | Seattle | WA | 98104-3856 |
| | | | City | State | ZIP Code |

| | | | Country |

| 2.1487 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #4 - Cost Revision to Bellevue Base Charger (EB11-2) | King County Metro |
| | | | Name |

| | | | Notice Name |
| | | | Mail Stop KSC-TR-0342 |
| State the term remaining | Unknown | | Address |
| | | | 201 South Jackson Street |
| List the contract number of any government contract | | | |

| | | | Seattle | WA | 98104-3856 |
| | | | City | State | ZIP Code |

| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known):*  23-11121

| 2.1488 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order #5 - Construct BEB Five-Bus Charging Station | King County Metro |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 201 S. Jackson |
| | **State the term remaining** | Unknown | Address |
| | | | KSC-TR-0342 |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Seattle · WA · 98104-3856 |
| | | | City · State · ZIP Code |
| | | | |
| | | | Country |

| 2.1489 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order #5 - Provide for Increased Utility Costs (EB11-2) | King County Metro |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 201 S. Jackson |
| | **State the term remaining** | Unknown | Address |
| | | | KSC-TR-0342 |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Seattle · WA · 98104 |
| | | | City · State · ZIP Code |
| | | | |
| | | | Country |

| 2.1490 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order No. 7 - Manufacture and Delivery of 40FT Buses (EB11-2) | King County Metro |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | KSC-TR-0342 |
| | **State the term remaining** | Unknown | Address |
| | | | 201 South Jackson Street |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Seattle · WA · 98104-3856 |
| | | | City · State · ZIP Code |
| | | | |
| | | | Country |

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1491 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order No. 7 - Manufacture and Delivery of 40FT Buses (EB11-2) |
| | | King County Metro |
| | | Name |
| | | |
| | | Notice Name |
| | | KSC-TR-0342 |
| | **State the term remaining** | Unknown |
| | | Address |
| | | 201 South Jackson Street |
| | **List the contract number of any government contract** | |
| | | |
| | | Seattle / WA / 98104-3856 |
| | | City / State / ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.1492 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Agreement (EB 11-2) |
| | | King County Metro |
| | | Name |
| | | |
| | | Notice Name |
| | | 201 S. Jackson |
| | **State the term remaining** | Unknown |
| | | Address |
| | | KSC-TR-0342 |
| | **List the contract number of any government contract** | |
| | | |
| | | Seattle / WA / 98104 |
| | | City / State / ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.1493 | **State what the contract or lease is for and the nature of the debtor's interest** | Manufacture and Delivery of 40FT Heavy Duty Buses (EB 11-2) |
| | | King County Metro |
| | | Name |
| | | |
| | | Notice Name |
| | | 201 South Jackson Street |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |
| | | Seattle / WA / 98104-3856 |
| | | City / State / ZIP Code |
| | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.1494** **State what the contract or lease is for and the nature of the debtor's interest**

Notice to Proceed (EB 11-2)

King County Metro

Name

Notice Name

**State the term remaining** Unknown

201 S. Jackson

Address

**List the contract number of any government contract**

KSC-TR-0342

| Seattle | WA | 98104-3856 |
|---------|----|-----------| 
| City | State | ZIP Code |

Country

---

**2.1495** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO No. 3648)

Kitsap Transit

Name

Notice Name

**State the term remaining** Unknown

60 Washington Ave. Ste. 200

Address

**List the contract number of any government contract**

| Bremerton | WA | 98337 |
|-----------|----|----|
| City | State | ZIP Code |

Country

---

**2.1496** **State what the contract or lease is for and the nature of the debtor's interest**

Master Agreement

KnowBe4

Name

Notice Name

**State the term remaining** Unknown

33 N Garden Avenue. Suite 1200

Address

**List the contract number of any government contract**

| Clearwater | FL | 33755 |
|------------|----|----|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.1497** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Kolors by Keisler Auto Body & Heavy Truck Collision Repair, LLC
Name

Notice Name

5935 Edmund Highway
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Lexington | SC | 29073 |
| City | State | ZIP Code |

Country

---

**2.1498** **State what the contract or lease is for and the nature of the debtor's interest**

Amendment No. 1 to Proof of Concept Agreement

Komatsu Logistics Corp
Name

Notice Name

3-1-1 Ueno
Address

**State the term remaining** 9/30/2023

Osaka

**List the contract number of any government contract**

| Hirakata-Shi | | 5731011 |
| City | State | ZIP Code |
| Japan | | |
| Country | | |

---

**2.1499** **State what the contract or lease is for and the nature of the debtor's interest**

Battery Purchase Agreement

Komatsu Logistics Corp
Name

Notice Name

Tsu 23 Futsu-machi
Address

**State the term remaining** 3/31/2024

Ishikawa

**List the contract number of any government contract**

| Komatsu-shi | | 923-0392 |
| City | State | ZIP Code |
| Japan | | |
| Country | | |

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.1500 State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement

**State the term remaining** Unknown

**List the contract number of any government contract**

Komatsu Logistics Corp
Name

Notice Name

8770 W Bryn Mawr Ave., Suite 100
Address

| Chicago | IL | 60631 |
|---------|-----|--------|
| City | State | ZIP Code |

Country

**2.1501 State what the contract or lease is for and the nature of the debtor's interest**

Limited Mass Production Agreement

**State the term remaining** 12/1/2026

**List the contract number of any government contract**

Komatsu Logistics Corp
Name

Notice Name

3-25-1, Shinomiya
Address

Kanagawa

| Hiratsuka | | 254-8555 |
|-----------|-----|----------|
| City | State | ZIP Code |

Japan
Country

**2.1502 State what the contract or lease is for and the nature of the debtor's interest**

Pre-Development Agreement

**State the term remaining** Unknown

**List the contract number of any government contract**

Komatsu Logistics Corp
Name

Notice Name

2-3-6, Akasaka
Address

Minato-ku

| Tokyo | | 107-8414 |
|-------|-----|----------|
| City | State | ZIP Code |

Japan
Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.1503** **State what the contract or lease is for and the nature of the debtor's interest** — Purchase Order

Komatsu Logistics Corp
Name

Notice Name

Tsu 23 Futsu-machi
Address

**State the term remaining** — Unknown

Ishikawa

**List the contract number of any government contract**

| Komatsu-shi | | 923-0392 |
|---|---|---|
| City | State | ZIP Code |
| Japan | | |
| Country | | |

**2.1504** **State what the contract or lease is for and the nature of the debtor's interest** — Purchase Order

Komatsu Logistics Corp
Name

Notice Name

400 Yokokura Shinden
Address

**State the term remaining** — Unknown

Tochigi Prefecture

**List the contract number of any government contract**

| Oyama City | | 323-0819 |
|---|---|---|
| City | State | ZIP Code |
| Japan | | |
| Country | | |

**2.1505** **State what the contract or lease is for and the nature of the debtor's interest** — Purchase Order

Komatsu Logistics Corp
Name

Notice Name

400 Yokokura Shinden
Address

**State the term remaining** — Unknown

Tochigi Prefecture

**List the contract number of any government contract**

| Oyama City | | 323-0819 |
|---|---|---|
| City | State | ZIP Code |
| Japan | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*:   23-11121

**2.1506** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order | Komatsu Logistics Corp
Name

Notice Name

400 Yokokura Shinden
Address

| **State the term remaining** | Unknown | Tochigi Prefecture

| **List the contract number of any government contract** |

Oyama City | | 323-0819
City | State | ZIP Code

Japan
Country

**2.1507** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order | Komatsu Logistics Corp
Name

Notice Name

400 Yokokura Shinden
Address

| **State the term remaining** | Unknown | Tochigi Prefecture

| **List the contract number of any government contract** |

Oyama City | | 323-0819
City | State | ZIP Code

Japan
Country

**2.1508** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order | Komatsu Logistics Corp
Name

Notice Name

400 Yokokura Shinden
Address

| **State the term remaining** | Unknown | Tochigi Prefecture

| **List the contract number of any government contract** |

Oyama City | | 323-0819
City | State | ZIP Code

Japan
Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

2.1509 **State what the contract or lease is for and the nature of the debtor's interest**
Purchase Order

Komatsu Logistics Corp
Name

Notice Name

400 Yokokura Shinden
Address

**State the term remaining**   Unknown

Tochigi Prefecture

**List the contract number of any government contract**

| Oyama City | | 323-0819 |
| City | State | ZIP Code |
| Japan | | |
| Country | | |

2.1510 **State what the contract or lease is for and the nature of the debtor's interest**
Purchase Order

Komatsu Logistics Corp
Name

Notice Name

400 Yokokura Shinden
Address

**State the term remaining**   Unknown

Tochigi Prefecture

**List the contract number of any government contract**

| Oyama City | | 323-0819 |
| City | State | ZIP Code |
| Japan | | |
| Country | | |

2.1511 **State what the contract or lease is for and the nature of the debtor's interest**
Purchase Order

Komatsu Logistics Corp
Name

Notice Name

400 Yokokura Shinden
Address

**State the term remaining**   Unknown

Tochigi Prefecture

**List the contract number of any government contract**

| Oyama City | | 323-0819 |
| City | State | ZIP Code |
| Japan | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.1512**

**State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order

Komatsu Logistics Corp
Name

Notice Name

400 Yokokura Shinden
Address

**State the term remaining**  Unknown

Tochigi Prefecture

**List the contract number of any government contract**

| Oyama City | | 323-0819 |
|---|---|---|
| City | State | ZIP Code |
| Japan | | |
| Country | | |

**2.1513**

**State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (028513-00)

Komatsu Logistics Corp
Name

Notice Name

400 Shinden Yokokura
Address

**State the term remaining**  Unknown

Tochigi Prefecture

**List the contract number of any government contract**

| Oyama City | | 323-8558 |
|---|---|---|
| City | State | ZIP Code |
| Japan | | |
| Country | | |

**2.1514**

**State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO No. N1K2020K0136)

Komatsu Logistics Corp
Name

Notice Name

3-1-1 Ueno
Address

**State the term remaining**  Unknown

Osaka

**List the contract number of any government contract**

| Hirakata-Shi | | 5731011 |
|---|---|---|
| City | State | ZIP Code |
| Japan | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):*   23-11121

**2.1515** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. N1K2021K0123) | Komatsu Logistics Corp
Name

| | | | Notice Name |
| | | 3-1-1 Ueno | |

**State the term remaining** — Unknown
Address

Osaka

**List the contract number of any government contract**

| Hirakata-Shi | | 5731011 |
| City | State | ZIP Code |
| Japan | | |
| Country | | |

**2.1516** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Ref No. AWBC21-056) | Komatsu Logistics Corp
Name

Notice Name

Tsu 23 Futsu-machi

**State the term remaining** — Unknown
Address

Ishikawa

**List the contract number of any government contract**

| Komatsu-shi | | 923-0392 |
| City | State | ZIP Code |
| Japan | | |
| Country | | |

**2.1517** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Ref No. KL-YPRO2226001) | Komatsu Logistics Corp
Name

Notice Name

400 Shinden Yokokura

**State the term remaining** — Unknown
Address

Tochigi Prefecture

**List the contract number of any government contract**

| Oyama City | | 323-8558 |
| City | State | ZIP Code |
| Japan | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):* 23-11121

**2.1518**

| | |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Ref No. KL-YPRO2226002) |

Komatsu Logistics Corp
Name

Notice Name

400 Shinden Yokokura
Address

**State the term remaining** Unknown

Tochigi Prefecture

**List the contract number of any government contract**

| | | |
|---|---|---|
| Oyama City | | 323-8558 |
| City | State | ZIP Code |
| Japan | | |
| Country | | |

**2.1519**

| | |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Ref No. KL-YPRO2226003) |

Komatsu Logistics Corp
Name

Notice Name

400 Shinden Yokokura
Address

**State the term remaining** Unknown

Tochigi Prefecture

**List the contract number of any government contract**

| | | |
|---|---|---|
| Oyama City | | 323-8558 |
| City | State | ZIP Code |
| Japan | | |
| Country | | |

**2.1520**

| | |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Ref No. KL-YPRO222Z002) |

Komatsu Logistics Corp
Name

Notice Name

400 Shinden Yokokura
Address

**State the term remaining** Unknown

Tochigi Prefecture

**List the contract number of any government contract**

| | | |
|---|---|---|
| Oyama City | | 323-8558 |
| City | State | ZIP Code |
| Japan | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| **2.1521** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Ref No. N1K2021K0193) |

Komatsu Logistics Corp
Name

Notice Name

3-1-1 Ueno
Address

**State the term remaining** Unknown

Osaka

**List the contract number of any government contract**

| Hirakata-Shi | | 5731011 |
|---|---|---|
| City | State | ZIP Code |

Japan
Country

| | | |
|---|---|---|
| **2.1522** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Ref No. N1K2022K0019) |

Komatsu Logistics Corp
Name

Notice Name

3-1-1 Ueno
Address

**State the term remaining** Unknown

Osaka

**List the contract number of any government contract**

| Hirakata-Shi | | 5731011 |
|---|---|---|
| City | State | ZIP Code |

Japan
Country

| | | |
|---|---|---|
| **2.1523** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Ref No. N1K2022K0177) |

Komatsu Logistics Corp
Name

Notice Name

3-1-1 Ueno
Address

**State the term remaining** Unknown

Osaka

**List the contract number of any government contract**

| Hirakata-Shi | | 5731011 |
|---|---|---|
| City | State | ZIP Code |

Japan
Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.1524 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Koni NA, Inc |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1961 A International Way |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Hebron | KY | 41048 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.1525 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement | KORE1, LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 3651 Lindell Road |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Las Vegas | NV | 89103 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.1526 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work - Direct Hire Placement - Maria Orosa | KORE1, LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 3651 Lindell Road |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Las Vegas | NV | 89103 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known):* 23-11121

| | | | |
|---|---|---|---|
| 2.1527 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement | KPIT Technologies Inc. |
| | | | Name |
| | | | Notice Name |
| | | | 28001 Cabot Drive, Suite 110 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Novi    MI    48377 |
| | | | City    State    ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1528 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement | Kristie deJong |
| | | | Name |
| | | | Notice Name |
| | | | 12406 Green Stone Court |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Fort Myers    FL    33913 |
| | | | City    State    ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1529 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | KTM Solutions, Inc. |
| | | | Name |
| | | | Notice Name |
| | | | 603 High Tech Court |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Greer    SC    29650 |
| | | | City    State    ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.1530** State what the contract or lease is for and the nature of the debtor's interest: Various Purchase Orders

LACO, Inc
Name

Notice Name

State the term remaining: Unknown

1150 Trademark Dr #111
Address

List the contract number of any government contract

| Reno | NV | 89521 |
|------|-----|-------|
| City | State | ZIP Code |

Country

**2.1531** State what the contract or lease is for and the nature of the debtor's interest: Various Purchase Orders

LADD Distribution
Name

Notice Name

State the term remaining: Unknown

26449 Network Place
Address

List the contract number of any government contract

| Chicago | IL | 60673-1264 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**2.1532** State what the contract or lease is for and the nature of the debtor's interest: Various Purchase Orders

Lahlouh Inc
Name

Notice Name

State the term remaining: Unknown

1649 Adrian Rd
Address

List the contract number of any government contract

| Burlingame | CA | 94010 |
|------------|-----|-------|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.1533 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Landstar Ranger, Inc. |
|---|---|---|---|

Name

Notice Name

**State the term remaining**   Unknown

13410 Sutton Park Drive South
Address

**List the contract number of any government contract**

| Jacksonville | FL | 32224 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.1534 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Laservision USA, LP |
|---|---|---|---|

Name

Notice Name

**State the term remaining**   Unknown

595 Phalen Blvd
Address

**List the contract number of any government contract**

| St. Paul | MN | 55130 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.1535 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Latitude Applied Technologies |
|---|---|---|---|

Name

Notice Name

303 Dale Drive

**State the term remaining**   Unknown

Address

**List the contract number of any government contract**

| Fountain Inn | SC | 29644 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121
_____

**2.1536** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Lawson Products, Inc.
_____
Name

|  | | | Notice Name
_____

|  | | | 8770 W. Bryn Mawr Ave
_____
Address

| **State the term remaining** | Unknown | Suite 900
_____

| **List the contract number of any government contract** | | |

|  | | | Chicago | IL | 60631
City | State | ZIP Code

|  | | | Country

**2.1537** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (680707-6380-012023) | LAZ Parking
_____
Name

|  | | | Notice Name
_____

|  | | | 5621 Alan Boyd Dr
_____
Address

| **State the term remaining** | Unknown | |

| **List the contract number of any government contract** | | |

|  | | | Sacramento | CA | 95837
City | State | ZIP Code

|  | | | Country

**2.1538** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Lee Spring Company LLC
_____
Name

|  | | | Notice Name
_____

|  | | | 140 58th Street
_____
Address

| **State the term remaining** | Unknown | Suite 3C
_____

| **List the contract number of any government contract** | | |

|  | | | Brooklyn | NY | 11220
City | State | ZIP Code

|  | | | Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.1539** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Lehigh Outfitters, LLC
Name

Notice Name

State the term remaining | Unknown

39 East Canal Street
Address

List the contract number of any government contract

| Nelsonville | OH | 45764 |
| City | State | ZIP Code |

Country

---

**2.1540** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

LEM U.S.A., Inc
Name

Notice Name

State the term remaining | Unknown

Bin 88054
Address

List the contract number of any government contract

| Milwaukee | WI | 53288-0054 |
| City | State | ZIP Code |

Country

---

**2.1541** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Les Industries Flexpipe Inc.
Name

Notice Name

1355 Magenta Est
Address

State the term remaining | Unknown

List the contract number of any government contract

| Farnham | QC | J2N 1C4 |
| City | State | ZIP Code |

Canada
Country

---

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.1542 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 2 to Product Supply Agreement |

| | |
|---|---|
| | LG Chem, Ltd. |
| | Name |
| | |
| | Notice Name |
| | LG Twin Towers, 128, Yeoui-daero |
| **State the term remaining** Unknown | Address |
| | Yeongdeungpo-gu |
| **List the contract number of** | |
| **any government contract** | |
| | |

| City | State | ZIP Code |
|---|---|---|
| Seoul | | |
| South Korea | | |
| Country | | |

| | | |
|---|---|---|
| 2.1543 | **State what the contract or lease is for and the nature of the debtor's interest** | AMD 2 to Amended and Restated US Product Supply Agreement |

| | |
|---|---|
| | LG Energy Solution, Ltd. |
| | Name |
| | |
| | Notice Name |
| | Tower 1, 108, Yeoui-daero |
| **State the term remaining** Unknown | Address |
| | Yeongdeungpo-gu |
| **List the contract number of** | |
| **any government contract** | |
| | |

| City | State | ZIP Code |
|---|---|---|
| Seoul | | 07336 |
| South Korea | | |
| Country | | |

| | | |
|---|---|---|
| 2.1544 | **State what the contract or lease is for and the nature of the debtor's interest** | AMD to Amended and Restated US Product Supply Agreement |

| | |
|---|---|
| | LG Energy Solution, Ltd. |
| | Name |
| | |
| | Notice Name |
| | Tower 1, 108, Yeoui-daero |
| **State the term remaining** Unknown | Address |
| | Yeongdeungpo-gu |
| **List the contract number of** | |
| **any government contract** | |
| | |

| City | State | ZIP Code |
|---|---|---|
| Seoul | | 07336 |
| South Korea | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1545 | **State what the contract or lease is for and the nature of the debtor's interest** | Amended and Restated AMD 3 to Product Supply Agreement |

LG Energy Solution, Ltd.
Name

Notice Name

Tower 1, 108, Yeoui-daero
Address

**State the term remaining** 12/31/2024

**List the contract number of any government contract**

Yeongdeungpo-gu

| | | |
|---|---|---|
| Seoul | | 07336 |
| City | State | ZIP Code |
| South Korea | | |
| Country | | |

| | | |
|---|---|---|
| 2.1546 | **State what the contract or lease is for and the nature of the debtor's interest** | Amended and Restated US Product Supply Agreement |

LG Energy Solution, Ltd.
Name

Notice Name

Tower 1, 108, Yeoui-daero
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

Yeongdeungpo-gu

| | | |
|---|---|---|
| Seoul | | 07336 |
| City | State | ZIP Code |
| South Korea | | |
| Country | | |

| | | |
|---|---|---|
| 2.1547 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 2 to Amended and Restated US PSA (Amendment No 2 to A&R US PSA) |

LG Energy Solution, Ltd.
Name

Notice Name

108, Yeoui-daero
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

Yeongdeungpo-gu

| | | |
|---|---|---|
| Seoul | | |
| City | State | ZIP Code |
| South Korea | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):* 23-11121

**2.1548** | State what the contract or lease is for and the nature of the debtor's interest | Amendment No. 3 to Product Supply Agreement

LG Energy Solution, Ltd.
Name

Notice Name

Tower 1, 108, Yeoui-daero
Address

State the term remaining | 12/31/2024

Yeongdeungpo-gu

List the contract number of any government contract

| Seoul | | 07336 |
| City | State | ZIP Code |
| South Korea | | |
| Country | | |

**2.1549** | State what the contract or lease is for and the nature of the debtor's interest | Amendment No. 4 to Product Supply Agreement

LG Energy Solution, Ltd.
Name

Notice Name

Tower 1, 108, Yeoui-daero
Address

State the term remaining | Unknown

Yeongdeungpo-gu

List the contract number of any government contract

| Seoul | | 07336 |
| City | State | ZIP Code |
| South Korea | | |
| Country | | |

**2.1550** | State what the contract or lease is for and the nature of the debtor's interest | Amendment No. 5 to Product Supply Agreement

LG Energy Solution, Ltd.
Name

Notice Name

Tower 1, 108, Yeoui-daero
Address

State the term remaining | Unknown

Yeongdeungpo-gu

List the contract number of any government contract

| Seoul | | 07336 |
| City | State | ZIP Code |
| South Korea | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.1551 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 6 to Product Supply Agreement (11.16.16) | LG Energy Solution, LTD. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 108, Yeoui-daero |
| | **State the term remaining** | Unknown | Address |
| | | | Yeongdeungpo-gu |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |

Seoul

| City | State | ZIP Code |

South Korea

Country

| 2.1552 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Amended and Restated US PSA (Amendment No 1 to A&R US PSA) | LG Energy Solution, Ltd. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 108, Yeoui-daero |
| | **State the term remaining** | Unknown | Address |
| | | | Yeongdeungpo-gu |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |

Seoul

| City | State | ZIP Code |

South Korea

Country

| 2.1553 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Parent Guaranty | LG Energy Solution, LTD. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 108, Yeoui-daero |
| | **State the term remaining** | Unknown | Address |
| | | | Yeongdeungpo-gu |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |

Seoul

| City | State | ZIP Code |

South Korea

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**2.1554** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Life and Safety Consultants, Inc

Name

Notice Name

31 Boland Court

Address

State the term remaining     Unknown

List the contract number of any government contract

| Greenville | SC | 29615 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1555** State what the contract or lease is for and the nature of the debtor's interest

Stand Purchase Order (752733)

Lift One LLC

Name

Notice Name

PO Box 602727

Address

State the term remaining     Unknown

List the contract number of any government contract

| Charlotte | NC | 28260-2727 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1556** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Lift-U (Hogan Manufacturing

Name

Notice Name

PO Box 398

Address

State the term remaining     Unknown

List the contract number of any government contract

| Escalon | CA | 95320 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.1557 | State what the contract or lease is for and the nature of the debtor's interest | Amendment No. 1 to Development Agreement | Lightning eMotors |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 815 14th Street SW, Ste A100 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | Loveland | CO | 80537 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

| 2.1558 | State what the contract or lease is for and the nature of the debtor's interest | Amendment No. 1 to Product Supply Agreement | Lightning eMotors |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 815 14th Street SW, Suite A100 |
| | State the term remaining | 10/21/2025 | Address |
| | List the contract number of any government contract | | |

| | | Loveland | CO | 80537 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

| 2.1559 | State what the contract or lease is for and the nature of the debtor's interest | Amendment No. 2 to Product Supply Agreement | Lightning eMotors |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 815 14th Street SW, Ste A100 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | Loveland | CO | 80537 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121

---

**2.1560** | **State what the contract or lease is for and the nature of the debtor's interest** | Development Agreement

Lightning eMotors
_____
Name

Notice Name

815 14th Street SW, Ste A100
_____
Address

| **State the term remaining** | Unknown

| **List the contract number of any government contract** |

| | | Loveland | CO | 80537 |
| | | City | State | ZIP Code |

Country

---

**2.1561** | **State what the contract or lease is for and the nature of the debtor's interest** | Development Agreement

Lightning eMotors
_____
Name

Notice Name

815 14th Street SW, Suite A100
_____
Address

| **State the term remaining** | Unknown

| **List the contract number of any government contract** |

| | | Loveland | CO | 80537 |
| | | City | State | ZIP Code |

Country

---

**2.1562** | **State what the contract or lease is for and the nature of the debtor's interest** | Development Agreement

Lightning eMotors
_____
Name

Notice Name

815 14th Street SW, Ste A100
_____
Address

| **State the term remaining** | 7/28/2024

| **List the contract number of any government contract** |

| | | Loveland | CO | 80537 |
| | | City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.1563** **State what the contract or lease is for and the nature of the debtor's interest**

Product Supply Agreement

Lightning eMotors
Name

Notice Name

815 14th Street SW, Ste A100
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Loveland | CO | 80537 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1564** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (217509)

Lightning eMotors
Name

Notice Name

815 14th Street SW Suite A100
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Loveland | CO | 80537 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1565** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (217711)

Lightning eMotors
Name

Notice Name

815 14th Street SW Suite A100
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Loveland | CO | 80537 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1566 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (217947) | Lightning eMotors |
| | | | Name |
| | | | Notice Name |
| | | | 815 14th Street SW Suite A100 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Loveland | CO | 80537 |
| | | | City | State | ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1567 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (310738) | Lightning eMotors |
| | | | Name |
| | | | Notice Name |
| | | | 815 14th Street SW Suite A100 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Loveland | CO | 80537 |
| | | | City | State | ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1568 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (314191) | Lightning eMotors |
| | | | Name |
| | | | Notice Name |
| | | | 815 14th Street SW Suite A100 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Loveland | CO | 80537 |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.1569** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (314191) | | Lightning eMotors
| | | | Name
| | | | 
| | | | Notice Name
| | | | 815 14th Street SW Suite A100
**State the term remaining** | | Unknown | | Address
| | | | 
**List the contract number of** | | | | 
**any government contract** | | | | 
| | | | Loveland | CO | 80537
| | | | City | State | ZIP Code
| | | | 
| | | | Country

---

**2.1570** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (314272) | | Lightning eMotors
| | | | Name
| | | | 
| | | | Notice Name
| | | | 815 14th Street SW Suite A100
**State the term remaining** | | Unknown | | Address
| | | | 
**List the contract number of** | | | | 
**any government contract** | | | | 
| | | | Loveland | CO | 80537
| | | | City | State | ZIP Code
| | | | 
| | | | Country

---

**2.1571** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (314410) | | Lightning eMotors
| | | | Name
| | | | 
| | | | Notice Name
| | | | 815 14th Street SW Suite A100
**State the term remaining** | | Unknown | | Address
| | | | 
**List the contract number of** | | | | 
**any government contract** | | | | 
| | | | Loveland | CO | 80537
| | | | City | State | ZIP Code
| | | | 
| | | | Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*    23-11121

| | | |
|---|---|---|
| 2.1572 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (314410) |

Lightning eMotors
Name

Notice Name

815 14th Street SW Suite A100
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Loveland | CO | 80537 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1573 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (315202) |

Lightning eMotors
Name

Notice Name

815 14th Street SW Suite A100
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Loveland | CO | 80537 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1574 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (318906) |

Lightning eMotors
Name

Notice Name

815 14th Street SW Suite A100
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Loveland | CO | 80537 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.1575 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (319002) | | Lightning eMotors |
|---|---|---|---|---|
| | | | | Name |
| | | | | Notice Name |
| | | | | 815 14th Street SW Suite A100 |
| | **State the term remaining** | Unknown | | Address |
| | **List the contract number of any government contract** | | | |
| | | | | Loveland / CO / 80537 |
| | | | | City / State / ZIP Code |
| | | | | Country |

| 2.1576 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (319192) | | Lightning eMotors |
|---|---|---|---|---|
| | | | | Name |
| | | | | Notice Name |
| | | | | 815 14th Street SW Suite A100 |
| | **State the term remaining** | Unknown | | Address |
| | **List the contract number of any government contract** | | | |
| | | | | Loveland / CO / 80537 |
| | | | | City / State / ZIP Code |
| | | | | Country |

| 2.1577 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (319445) | | Lightning eMotors |
|---|---|---|---|---|
| | | | | Name |
| | | | | Notice Name |
| | | | | 815 14th Street SW Suite A100 |
| | **State the term remaining** | Unknown | | Address |
| | **List the contract number of any government contract** | | | |
| | | | | Loveland / CO / 80537 |
| | | | | City / State / ZIP Code |
| | | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.1578** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (319576)

Lightning eMotors
Name

Notice Name

815 14th Street SW Suite A100
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

Loveland | CO | 80537
City | State | ZIP Code

Country

---

**2.1579** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (319577)

Lightning eMotors
Name

Notice Name

815 14th Street SW Suite A100
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

Loveland | CO | 80537
City | State | ZIP Code

Country

---

**2.1580** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (319578)

Lightning eMotors
Name

Notice Name

815 14th Street SW Suite A100
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

Loveland | CO | 80537
City | State | ZIP Code

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.1581 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (319580) | Lightning eMotors |
| | | | Name |

Notice Name

815 14th Street SW Suite A100
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Loveland | CO | 80537 |
| City | State | ZIP Code |

Country

| 2.1582 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (319609) | Lightning eMotors |
| | | | Name |

Notice Name

815 14th Street SW Suite A100
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Loveland | CO | 80537 |
| City | State | ZIP Code |

Country

| 2.1583 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (P215197) | Lightning eMotors |
| | | | Name |

Notice Name

815 14th Street SW Suite A100
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Loveland | CO | 80537 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.1584**

**State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO Number: 217509)

Lightning eMotors
Name

Notice Name

815 14th Street SW, Suite A100
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Loveland | CO | 80537 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1585**

**State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO No. P215197)

Lightning Systems Inc.
Name

Notice Name

815 14th Street, SW, Suite A100
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Loveland | CO | 80537 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1586**

**State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO #220001)

Lightship
Name

Notice Name

577 Shotwell Street
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| San Francisco | CA | 94110 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Proterra Operating Company, Inc.

Case number (if known): 23-11121

Name

**2.1587** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO #220010) | Lightship
---|---|---|---
| | | Name
| | | Notice Name
| **State the term remaining** | Unknown | 1231 Connecticut Street
| | | Address
| **List the contract number of any government contract** | |

| | San Francisco | CA | 94107 |
|---|---|---|---|
| | City | State | ZIP Code |
| | Country | | |

**2.1588** | **State what the contract or lease is for and the nature of the debtor's interest** | Development Agreement | Lightship Energy, Inc.
---|---|---|---
| | | Name
| | | Notice Name
| **State the term remaining** | 1/24/2024 | 2101 Pearl Street
| | | Address
| **List the contract number of any government contract** | |

| | Boulder | CO | 80302 |
|---|---|---|---|
| | City | State | ZIP Code |
| | Country | | |

**2.1589** | **State what the contract or lease is for and the nature of the debtor's interest** | SLEC Tower Lift Lease Agreement | Line X Edmonton North
---|---|---|---
| | | Name
| | | Notice Name
| **State the term remaining** | Unknown | 17395 - 108th Ave
| | | Address
| **List the contract number of any government contract** | |

| | Edmonton | AB | T5S 1G2 |
|---|---|---|---|
| | City | State | ZIP Code |
| | Canada | | |
| | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.1590 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Link Manufacturing Ltd.

Name

Notice Name

223 15th St NE

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Sioux Center | IA | 51250 |

Country

| | | |
|---|---|---|
| 2.1591 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement |

Linkedin Corporation

Name

Notice Name

62228 Collections Center Drive

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Chicago | IL | 60693-0622 |

Country

| | | |
|---|---|---|
| 2.1592 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Littelfuse, Inc.

Name

Notice Name

DBA U.S. Sensor Corp

Address

1832 West Collins Ave

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Orange | CA | 92867 |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1593 | **State what the contract or lease is for and the nature of the debtor's interest** | Software as a Service Agreement |
| | | Loftware Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 249 Corporate Drive |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| | | | |
|---|---|---|---|
| Portsmouth | NH | 03801 |
| City | State | ZIP Code |
| | | |
| Country | | |

| | | |
|---|---|---|
| 2.1594 | **State what the contract or lease is for and the nature of the debtor's interest** | LogicGate Subscription Services Agreement |
| | | LogicGate, Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 320 West Ohio Street, Suite 5E |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Chicago | IL | 60654 |
| City | State | ZIP Code |
| | | |
| Country | | |

| | | |
|---|---|---|
| 2.1595 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form (1927) |
| | | LogicGate, Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 320 West Ohio Street, Suite 5E |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Chicago | IL | 60654 |
| City | State | ZIP Code |
| | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

---

**2.1596** State what the contract or lease is for and the nature of the debtor's interest

Order Form (Q-11677-2)

Loopio, Inc.
Name

Notice Name

310 Spadina Ave., Suite 600
Address

State the term remaining: Unknown

List the contract number of any government contract

| Toronto | ON | M5T 2E8 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

---

**2.1597** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (6142000005)

Lopez Island School District
Name

Notice Name

86 School Road
Address

State the term remaining: Unknown

List the contract number of any government contract

| Lopez Island | WA | 98261 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

---

**2.1598** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Los Angeles County Tax Collector
Name

Notice Name

500 W Temple Street
Address

State the term remaining: Unknown

List the contract number of any government contract

| Los Angeles | CA | 90012 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| **2.1599** | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order #1: LADOT Bus Configuration Option Changes |

Los Angeles Department of Transportation
Name

Notice Name

100 South Main Street, 10th Floor
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Los Angeles | CA | 90012 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.1600** | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order #4: LADOT Bus Configuration Option Changes |

Los Angeles Department of Transportation
Name

Notice Name

100 South Main Street, 10th Floor
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Los Angeles | CA | 90012 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.1601** | **State what the contract or lease is for and the nature of the debtor's interest** | Letter Notice to Proceed of ABB HVC150 150kW Charging Equipment (C-133371) |

Los Angeles Department of Transportation
Name

Notice Name

100 South Main Street
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Los Angeles | CA | 90012 |
|---|---|---|
| City | State | ZIP Code |

Country

Official Form 206G

**Schedule G: Executory Contracts and Unexpired Leases**

Page 534 of 906

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*:    23-11121

| 2.1602 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter Notice to Proceed Relocation of six (6) charger islands (C-133371) | Los Angeles Department of Transportation |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 100 South Main Street |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Los Angeles          CA          90012 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

| 2.1603 | **State what the contract or lease is for and the nature of the debtor's interest** | Procurement of 25 Electric Buses for the LADOT Dash Program (C-133371) | Los Angeles Department of Transportation |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | 12/31/2020 | 100 South Main Street, 10th Floor |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Los Angeles          CA          90012 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

| 2.1604 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E25679) | Loudoun County School Board |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 42000 Loudoun Center Place |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Leesburg          VA          20175 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.1605** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO Number E26686)

Loudoun County School Board
Name

Notice Name

**State the term remaining** Unknown

42000 Loudoun Center Place
Address

**List the contract number of any government contract**

| Leesburg | VA | 20175 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1606** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO # E31830)

Louisa County Public Schools
Name

Notice Name

**State the term remaining** Unknown

953 Davis Hwy
Address

**List the contract number of any government contract**

| Mineral | VA | 23117 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1607** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO # E31830)

Louisa County Public Schools
Name

Notice Name

**State the term remaining** Unknown

953 Davis Hwy
Address

**List the contract number of any government contract**

| Mineral | VA | 23117 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):* 23-11121

**2.1608** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO # E24955)

Louisa County School Board
Name

Notice Name

953 Davis Hwy
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Mineral | VA | 23117 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1609** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Lubrication Engineers, Inc
Name

Notice Name

1919 East Tulsa
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Wichita | KS | 67216 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1610** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Lucerix International Corporation
Name

Notice Name

2488 Bristol Circle
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Oakville | ON | L6H 5S1 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1611 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Customer Order (Q-01237412) | Lumen Technologies Group |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 100 CenturyLink Drive |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Monroe LA 71203 |
| | | | City State ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1612 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Order; Terms and Conditions Governing This Order | Lumen Technologies Group |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 100 CenturyLink Drive |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Monroe LA 71203 |
| | | | City State ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1613 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Luminator Technology Group Global, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 900 Klein Rd |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Plano TX 75074 |
| | | | City State ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**2.1614** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Luxottica Retail North America

Name

Notice Name

14963 Collections Center Drive

**State the term remaining** | Unknown

Address

**List the contract number of any government contract**

| | City | Chicago | State | IL | ZIP Code | 60693 |

Country

**2.1615** | **State what the contract or lease is for and the nature of the debtor's interest** | Conformed Contract (4903 OQ) | LYNX

Name

Notice Name

455 N. Garland Ave

**State the term remaining** | 8/11/2026

Address

**List the contract number of any government contract**

| | City | Orlando | State | FL | ZIP Code | 32801 |

Country

**2.1616** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (LYNX P.O. No. 2000878) | LYNX

Name

Notice Name

455 N. Garland Ave

**State the term remaining** | Unknown

Address

**List the contract number of any government contract**

| | City | Orlando | State | FL | ZIP Code | 32801 |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.1617 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (LYNX P.O. No. 2001672 / Contract No. 20-C47) | LYNX |
| | | | Name |

Notice Name

455 N. Garland Ave

**State the term remaining** — Unknown
Address

**List the contract number of any government contract**

| Orlando | FL | 32801 |
| City | State | ZIP Code |

Country

| 2.1618 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (LYNX P.O. No. 2200850) | LYNX |
| | | | Name |

Notice Name

455 N. Garland Ave

**State the term remaining** — Unknown
Address

**List the contract number of any government contract**

| Orlando | FL | 32801 |
| City | State | ZIP Code |

Country

| 2.1619 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (LYNX P.O. No. 2301186) | LYNX |
| | | | Name |

Notice Name

455 N. Garland Ave

**State the term remaining** — Unknown
Address

**List the contract number of any government contract**

| Orlando | FL | 32801 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1620 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order #11 Project CTA EV Bus Charging Station (18146019) | M. A. Mortenson Company |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 567 W. Lake St |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Chicago    IL    60661 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1621 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | M1 Graphics CO, Inc |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 606 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Fountain Inn    SC    29644 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1622 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Madland Diesel Fleet and Service |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 4420 State Rd |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Bakersfield    CA    93308 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.1623** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

MaintainX, Inc
Name

Notice Name

**State the term remaining** Unknown

244 Biscayne Blvd #2902
Address

**List the contract number of any government contract**

| Miami | FL | 33132 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1624** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (2026639T)

Mammoth Unified School District
Name

Notice Name

**State the term remaining** Unknown

PO Box 3509
Address

**List the contract number of any government contract**

| Mammoth Lakes | CA | 93546 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1625** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Manaflex Inc.
Name

Notice Name

**State the term remaining** Unknown

11919 Fisterra Ct
Address

**List the contract number of any government contract**

| Las Vegas | NV | 89138-1602 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | | |
|---|---|---|---|
| 2.1626 | **State what the contract or lease is for and the nature of the debtor's interest** | MangoApps Hosted Subscription Agreement | MangoApps, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1495 11th Avenue NW |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Issaquah          WA          98027 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |
| 2.1627 | **State what the contract or lease is for and the nature of the debtor's interest** | Consignment Stock Agreement | Manz USA, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 376 Dry Bridge Rd |
| | **State the term remaining** | 2/28/2024 | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | North Kingstown          RI          02852 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |
| 2.1628 | **State what the contract or lease is for and the nature of the debtor's interest** | Consignment Stock Agreement | Manz USA, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 376 Dry Bridge Rd |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | North Kingstown          RI          02852 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

**2.1629**

**State what the contract or lease is for and the nature of the debtor's interest**

Manz AG - Terms and Conditions for New MP Laser Welder

Manz USA, Inc.

Name

Notice Name

Steigackerstrabe 5

**State the term remaining**   Unknown

Address

**List the contract number of any government contract**

Reutlingen | | 72768

City | State | ZIP Code

Germany

Country

**2.1630**

**State what the contract or lease is for and the nature of the debtor's interest**

Master Services Agreement

Manz USA, Inc.

Name

Notice Name

376 Dry Bridge Rd

**State the term remaining**   Unknown

Address

**List the contract number of any government contract**

North Kingstown | RI | 02852

City | State | ZIP Code

Country

**2.1631**

**State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Maritec-Metpro Corporation

Name

Notice Name

215 Commerce Rd

**State the term remaining**   Unknown

Address

**List the contract number of any government contract**

Greenville | SC | 29611

City | State | ZIP Code

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1632 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |
| | | Marson International LLC |
| | | Name |
| | | |
| | | Notice Name |
| | | PO Box 1529 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | Elkhart | IN | 46515 |
| | | City | State | ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.1633 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO:.MBAPO66978) |
| | | Mathews Bus Alliance Inc |
| | | Name |
| | | |
| | | Notice Name |
| | | 4802 W. Colonial Drive |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | Orlando | FL | 32808-7702 |
| | | City | State | ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.1634 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 1 to Consulting Agreement |
| | | Matthew Shafer |
| | | Name |
| | | |
| | | Notice Name |
| | | 15 N. Saint Clair St., 3rd FL |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | Draper | UT | 84020 |
| | | City | State | ZIP Code |
| | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.1635 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement | Matthew Shafer |
|---|---|---|---|

Name

Notice Name

**State the term remaining** Unknown

173 Tennis Court
Address

**List the contract number of any government contract**

| | City | State | ZIP Code |
|---|---|---|---|
| | Wall Township | NJ | 07719 |

Country

| 2.1636 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order | Matthews Bus Alliance |
|---|---|---|---|

Name

Notice Name

**State the term remaining** Unknown

4802 W. Colonial Drive
Address

**List the contract number of any government contract**

| | City | State | ZIP Code |
|---|---|---|---|
| | Orlando | FL | 32808-7702 |

Country

| 2.1637 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order | Matthews Bus Alliance |
|---|---|---|---|

Name

Notice Name

**State the term remaining** Unknown

4802 W. Colonial Drive
Address

**List the contract number of any government contract**

| | City | State | ZIP Code |
|---|---|---|---|
| | Orlando | FL | 32808 |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.1638 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order | Matthews Bus Alliance |
| --- | --- | --- | --- |

Name

Notice Name

4802 W. Colonial Drive
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Orlando | FL | 32808 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

| 2.1639 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # MBAPO92505) | Matthews Bus Alliance |
| --- | --- | --- | --- |

Name

Notice Name

4802 W. Colonial Drive
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Orlando | FL | 32808-7702 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

| 2.1640 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. MBAPO68016) | Matthews Bus Alliance |
| --- | --- | --- | --- |

Name

Notice Name

4802 W. Colonial Drive
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Orlando | FL | 32808-7702 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

Debtor:  Proterra Operating Company, Inc.
Name

Case number (if known):  23-11121

---

2.1641  **State what the contract or lease is for and the nature of the debtor's interest**

Affidavit and Agreement (PO No. 22011017)

Maxson & Associates Inc
Name

Notice Name

11009 Downs Road
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Pineville | NC | 28134 |
|---|---|---|
| City | State | ZIP Code |

Country

---

2.1642  **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

MBR DISTRIBUTORS
Name

Notice Name

1330 Holmes Rd
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Elgin | IL | 60123 |
|---|---|---|
| City | State | ZIP Code |

Country

---

2.1643  **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

McGriff Insurance Services
Name

Notice Name

3605 Glenwood Avenue
Address

Suite 201

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Raleigh | NC | 27612 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):* 23-11121

**2.1644** **State what the contract or lease is for and the nature of the debtor's interest**

Standard Purchase Order (Order 753821)

McKinney Trailer Rentals
Name

Notice Name

2601 Saturn St, Suite 110
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Brea | CA | 92821 |
|------|-----|-------|
| City | State | ZIP Code |

Country

**2.1645** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

McMaster-Carr Supply Co.
Name

Notice Name

PO Box 7690
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Chicago | IL | 60680-7690 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**2.1646** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

McNaughton-McKay Electric Company
Name

Notice Name

35 Old Mill Road
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Greenville | SC | 29607 |
|------------|-----|-------|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1647 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. MD. MCPS Bethesda - 0001) | MCPS Bethesda Depot |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 10901 Westlake Drive |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Rockville                MD           20852 |
| | | | City                     State        ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1648 | **State what the contract or lease is for and the nature of the debtor's interest** | Commercial Lease Agreement | MDH F1 Greenville AG14 LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 3715 Northside Parkway NW |
| | **State the term remaining** | 10/31/2024 | Address |
| | | | Building 400, Suite 240 |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Atlanta                  GA           30327 |
| | | | City                     State        ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1649 | **State what the contract or lease is for and the nature of the debtor's interest** | Commercial Lease Agreement | MDH F1 Greenville AG14 LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 3715 Northside Parkway NW |
| | **State the term remaining** | 10/30/2024 | Address |
| | | | Building 400, Suite 240 |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Atlanta                  GA           30327 |
| | | | City                     State        ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.1650** **State what the contract or lease is for and the nature of the debtor's interest**

Consent to Sublease

MDH F1 Greenville AG14 LLC
Name

Notice Name

MDH Partners

**State the term remaining** Unknown
Address

3725 Northside Parkway NW

**List the contract number of any government contract**

Building 400, Suite 240

| Atlanta | GA | 30327 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1651** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Mersen USA EP Corp
Name

Notice Name

374 Merrimac Street

**State the term remaining** Unknown
Address

**List the contract number of any government contract**

| Newburyport | MA | 01950 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1652** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Metal Solutions, Inc.
Name

Notice Name

1141 Industrial Park Road

**State the term remaining** Unknown
Address

**List the contract number of any government contract**

| Vandergrift | PA | 15690 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1653 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (12698) | Metrolink |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 4501 4th Ave |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Rock Island       IL       61201 |
| | | | City       State       ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1654 | **State what the contract or lease is for and the nature of the debtor's interest** | Form of Battery Lease Agreement | METROPOLITAN TULSA TRANSIT AUTHORITY (MTTA) |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 510 S Rockford Ave |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Tulsa       OK       74120 |
| | | | City       State       ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1655 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form | Metropolitan Tulsa Transit Authority (MTTA) |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 510 S Rockford Ave |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Tulsa       OK       74120 |
| | | | City       State       ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.1656** State what the contract or lease is for and the nature of the debtor's interest

Order Form: Valence Platform

Metropolitan Tulsa Transit Authority (MTTA)
Name

Notice Name

510 S Rockford Ave
Address

State the term remaining: Unknown

List the contract number of any government contract

| Tulsa | OK | 74120 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1657** State what the contract or lease is for and the nature of the debtor's interest

Purchase and Sale of Four40FT BEBs and Two Charging Stations (Contract No. PA-2020-001-MTTA)

Metropolitan Tulsa Transit Authority (MTTA)
Name

Notice Name

510 S. Rockford Ave
Address

State the term remaining: Unknown

List the contract number of any government contract

| Tulsa | OK | 74120 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1658** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (Purchase Order No. PO-22-10672)

Metropolitan Washington Airports Authority
Name

Notice Name

1 Aviation Circle
Address

State the term remaining: Unknown

List the contract number of any government contract

| Washington | DC | 20001-6000 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.1659 | State what the contract or lease is for and the nature of the debtor's interest | Solicitation Offer and Award (RFP-21-27713) | Metropolitan Washington Airports Authority |
|---|---|---|---|

Name

Notice Name

2733 Crystal Drive
Address

| | State the term remaining | 12/31/2023 | |

| | List the contract number of any government contract | | |

| | | | Arlington | VA | 22202 |
City                                State              ZIP Code

Country

| 2.1660 | State what the contract or lease is for and the nature of the debtor's interest | Battery-Electric Transit Buses and Charging System (Contract No. RFP-00456) | Miami-Dade County Transportation & Public Works |
|---|---|---|---|

Name

Notice Name

111 N.W. 1st Street, Suite 1375
Address

| | State the term remaining | 10/17/2024 | |

| | List the contract number of any government contract | | |

| | | | Miami | FL | 33128-1974 |
City                                State              ZIP Code

Country

| 2.1661 | State what the contract or lease is for and the nature of the debtor's interest | Battery-Electric Transit Buses and Charging System (Contract No. RFP-00456) | Miami-Dade County Transportation & Public Works |
|---|---|---|---|

Name

Notice Name

111 N.W. 1st Street, Suite 1375
Address

| | State the term remaining | 10/17/2024 | |

| | List the contract number of any government contract | | |

| | | | Miami | FL | 33128-1974 |
City                                State              ZIP Code

Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known):* 23-11121

| | | |
|---|---|---|
| 2.1662 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Notice to Proceed Contract # RFP-00456 |
| | | Name |
| | | Miami-Dade County Transportation & Public Works |
| | | Notice Name |
| | **State the term remaining** | Transit Procurement |
| | | Unknown |
| | | Address |
| | **List the contract number of any government contract** | 701 NW 1st Court, 15th Floor |

| City | State | ZIP Code |
|---|---|---|
| Miami | FL | 33136 |

Country

| | | |
|---|---|---|
| 2.1663 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Notice to Proceed Contract No. RFP-00456 (RFP-00456) |
| | | Name |
| | | Miami-Dade County Transportation & Public Works |
| | | Notice Name |
| | **State the term remaining** | Transit Procurement |
| | | Unknown |
| | | Address |
| | **List the contract number of any government contract** | 701 NW 1st Court, 15th Floor |

| City | State | ZIP Code |
|---|---|---|
| Miami | FL | 33136 |

Country

| | | |
|---|---|---|
| 2.1664 | **State what the contract or lease is for and the nature of the debtor's interest** | Notice to Proceed |
| | | Name |
| | | Miami-Dade County Transportation & Public Works |
| | | Notice Name |
| | | 701 NW 1st Court, 15th Floor |
| | **State the term remaining** | Address |
| | | Unknown |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Miami | FL | 33136 |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.1665** **State what the contract or lease is for and the nature of the debtor's interest**

Notice to Proceed

Miami-Dade County Transportation & Public Works
Name

Notice Name

701 NW 1st Court, 15th Floor
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Miami | FL | 33136 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

---

**2.1666** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO Number: POMT2000951)

Miami-Dade County Transportation & Public Works
Name

Notice Name

111 NW 1st St, 26th Floor
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Miami | FL | 33128 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

---

**2.1667** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO Number: POMT2000951)

Miami-Dade County Transportation & Public Works
Name

Notice Name

3401 N.W. 31st Street
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Miami | FL | 33142 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| **2.1668** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO Number: POMT2001115) |

Miami-Dade County Transportation & Public Works
Name

Notice Name

3401 N.W. 31st Street
Address

| | | |
|---|---|---|
| **State the term remaining** | Unknown | |
| **List the contract number of any government contract** | | |

| Miami | FL | 33142 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.1669** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO Number: POMT2101302) |

Miami-Dade County Transportation & Public Works
Name

Notice Name

3401 N.W. 31st Street
Address

| | | |
|---|---|---|
| **State the term remaining** | Unknown | |
| **List the contract number of any government contract** | | |

| Miami | FL | 33142 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.1670** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (POMT2000951) |

Miami-Dade County Transportation & Public Works
Name

Notice Name

111 NW 1st St, 26th Floor
Address

| | | |
|---|---|---|
| **State the term remaining** | Unknown | |
| **List the contract number of any government contract** | | |

| Miami | FL | 33128 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Case number (if known): 23-11121

**2.1671** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order TP-0000000940)

Miami-Dade County Transportation & Public Works

Name

Notice Name

701 NW 1st Court

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| Miami | FL | 33136 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

**2.1672** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order TP-0000000940)

Miami-Dade County Transportation & Public Works

Name

Notice Name

701 NW 1st Court

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| Miami | FL | 33136 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

**2.1673** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order TP-0000000941)

Miami-Dade County Transportation & Public Works

Name

Notice Name

701 NW 1st Court

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| Miami | FL | 33136 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known):* 23-11121

**2.1674** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (Purchase Order TP-0000000941)

Miami-Dade County Transportation & Public Works

Name

Notice Name

701 NW 1st Court

State the term remaining — Unknown

Address

List the contract number of any government contract

| Miami | FL | 33136 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1675** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (Purchase Order TP-0000002584)

Miami-Dade County Transportation & Public Works

Name

Notice Name

701 NW 1st Court

State the term remaining — Unknown

Address

List the contract number of any government contract

| Miami | FL | 33136 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1676** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (Purchase Order TP-0000002584)

Miami-Dade County Transportation & Public Works

Name

Notice Name

701 NW 1st Court

State the term remaining — Unknown

Address

List the contract number of any government contract

| Miami | FL | 33136 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.1677** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (Purchase Order TP-0000002584)

Miami-Dade County Transportation & Public Works

Name

Notice Name

701 NW 1st Court

Address

State the term remaining — Unknown

List the contract number of any government contract

| Miami | FL | 33136 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1678** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (Purchase Order TP-0000002584)

Miami-Dade County Transportation & Public Works

Name

Notice Name

701 NW 1st Court, 15th FL

Address

State the term remaining — Unknown

List the contract number of any government contract

| Miami | FL | 33136 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1679** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (Purchase Order TP-0000002647)

Miami-Dade County Transportation & Public Works

Name

Notice Name

701 NW 1st Court

Address

State the term remaining — Unknown

List the contract number of any government contract

| Miami | FL | 33136 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.1680 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Micah Morrell |
| | | | Name |

Notice Name

116 Rindge Road
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Piedmont | SC | 29673 |
| City | State | ZIP Code |

Country

| 2.1681 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement for Use of Test Track | Michelin North America Inc. |
| | | | Name |

Notice Name

2440 Hwy 39
Address

**State the term remaining** — 12/31/2023

**List the contract number of any government contract**

| Mountville | SC | 29370 |
| City | State | ZIP Code |

Country

| 2.1682 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Micro Precision Calibration, Inc. |
| | | | Name |

Notice Name

2165 N Glassell
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Orange | CA | 92865 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1683 | **State what the contract or lease is for and the nature of the debtor's interest** | Data License Agreement | Microgrid Labs Inc |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2 Davis drive |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Durham | NC | 27709 |

Country

| | | | |
|---|---|---|---|
| 2.1684 | **State what the contract or lease is for and the nature of the debtor's interest** | Data License Agreement | Microgrid Labs Inc |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2 Davis drive |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Durham | NC | 27709 |

Country

| | | | |
|---|---|---|---|
| 2.1685 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order Request Form (Change No. 1) | Mid-Atlantic Electrical Services Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 150 N Monroe St |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Wilmington | DE | 19801 |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.1686** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO # E31831)

Middlesex County Public Schools
Name

Notice Name

2911 General Puller Highway
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Saluda | VA | 23149 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1687** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO # E31831)

Middlesex County Public Schools
Name

Notice Name

2911 General Puller Highway
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Saluda | VA | 23149 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1688** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO Number E24956)

Middlesex County Public Schools
Name

Notice Name

2911 General Puller Highway
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Saluda | VA | 23149 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):* 23-11121

**2.1689** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO No. 20016660)

Midwest Bus Sales Inc
Name

Notice Name

2150 SW 27th
Address

**State the term remaining**   Unknown

PO Box 338

**List the contract number of any government contract**

| El Reno | OK | 73036 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1690** **State what the contract or lease is for and the nature of the debtor's interest**

Master Service Agreement

Miguel Angel Salazar Govea
Name

Notice Name

d/b/a S1 Cleaning
Address

**State the term remaining**   Unknown

18411 Valley Blvd, Spa 48

**List the contract number of any government contract**

| Bloomington | CA | 92316 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1691** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Mill Supply Inc
Name

Notice Name

19801 Miles Road
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Cleveland | OH | 44128 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

---

**2.1692**

State what the contract or lease is for and the nature of the debtor's interest

Customer Quote (1045005)

Minitab LLC
Name

Notice Name

1829 Pine Hall Road
Address

State the term remaining — Unknown

List the contract number of any government contract

| State College | PA | 16801 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1693**

State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Mishimoto
Name

Notice Name

7 Boulden Circle
Address

State the term remaining — Unknown

List the contract number of any government contract

| New Castle | DE | 19720 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1694**

State what the contract or lease is for and the nature of the debtor's interest

Letter Re: Notice to Proceed

Missoula Urban Transportation District
Name

Notice Name

1221 Shakespeare St
Address

State the term remaining — Unknown

List the contract number of any government contract

| Missoula | MT | 59802 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):* 23-11121

| 2.1695 | State what the contract or lease is for and the nature of the debtor's interest | Purchase and Sale of Six 35FT BEBs & Seven Charging Stations (MUTD 12.14.2018) | Missoula Urban Transportation District |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1221 Shakespeare St |
| | State the term remaining | Unknown | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | Missoula      MT      59802 |
| | | | City      State      ZIP Code |
| | | | |
| | | | Country |

| 2.1696 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Misumi USA Inc |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1717 N Penny Lane |
| | State the term remaining | Unknown | Address |
| | | | Suite 200 |
| | List the contract number of any government contract | | |
| | | | |
| | | | Schaumburg      IL      60173 |
| | | | City      State      ZIP Code |
| | | | |
| | | | Country |

| 2.1697 | State what the contract or lease is for and the nature of the debtor's interest | Framework Joint Development Agreement | Mitsui & Co., LTD. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1-3 Marunouchi 1-Chome Chiyoda-ku |
| | State the term remaining | Unknown | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | Japan                          100-8631 |
| | | | City      State      ZIP Code |
| | | | Japan |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1698 | **State what the contract or lease is for and the nature of the debtor's interest** | Framework Joint Development Agreement | Mitsui & Co., Ltd. |
| | | | Name |
| | | | Notice Name |
| | | | 1-3, Marunouchi 1-Chome |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Chiyouda-ku | Tokyo | 100-8631 |
| | | | City | State | ZIP Code |
| | | | Japan |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1699 | **State what the contract or lease is for and the nature of the debtor's interest** | Guaranty of Certain Obligations under the Master Agreement | Mitsui & Co., LTD. |
| | | | Name |
| | | | Notice Name |
| | | | 1-3, Marunouchi 1-Chome |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Chiyouda-ku | Tokyo | 100-8631 |
| | | | City | State | ZIP Code |
| | | | Japan |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1700 | **State what the contract or lease is for and the nature of the debtor's interest** | Summary of Terms | Mitsui & Co., LTD. |
| | | | Name |
| | | | Notice Name |
| | | | 1-3, Marunouchi 1-chrome |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Chiyoda-ku | Tokyo | 100-8631 |
| | | | City | State | ZIP Code |
| | | | Japan |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.1701** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

MKP Parts

Name

Notice Name

Gildeweg 22

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| Nootdorp | | 2632 BA |
|---|---|---|
| City | State | ZIP Code |
| Netherlands | | |
| Country | | |

---

**2.1702** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (3410145631)

Mobile Climate Control, Corp.

Name

Notice Name

3189 Farmtrail Rd

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| YORK | PA | 17406 |
|---|---|---|
| City | State | ZIP Code |
| | | |
| Country | | |

---

**2.1703** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Mobile Climate Control, Corp.

Name

Notice Name

7540 Jane Street

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| Vaughan | ON | L4K 0A6 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

---

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.1704**  **State what the contract or lease is for and the nature of the debtor's interest**   Various Purchase Orders

Mobile Communications America, Inc.
Name

Notice Name

100 Dunbar Street, Suite 304
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Spartanburg | SC | 29306 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1705**  **State what the contract or lease is for and the nature of the debtor's interest**   Various Purchase Orders

Mobile Mark Inc
Name

Notice Name

1140 W. Thorndale
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Itasca | IL | 60143 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1706**  **State what the contract or lease is for and the nature of the debtor's interest**   Assignment and Assumption of Battery Lease Agreement

Mobility Forefront LLC
Name

Notice Name

535 Middlefield Road, Suite 100
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Menlo Park | CA | 94025 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.1707 | **State what the contract or lease is for and the nature of the debtor's interest** | Assumption and Amendment of Battery Lease Agreement |
| | | Mobility Forefront LLC |
| | | Name |
| | | |
| | | Notice Name |
| | | 535 Middlefield Road, Suite 100 |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| | | | |
|---|---|---|---|
| | Menlo Park | CA | 94025 |
| | City | State | ZIP Code |
| | Country | | |

| | | |
|---|---|---|
| 2.1708 | **State what the contract or lease is for and the nature of the debtor's interest** | Assumption and Amendment of Battery Lease Agreement |
| | | Mobility Forefront LLC |
| | | Name |
| | | |
| | | Notice Name |
| | | 535 Middlefield Road, Suite 100 |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| | | | |
|---|---|---|---|
| | Menlo Park | CA | 94025 |
| | City | State | ZIP Code |
| | Country | | |

| | | |
|---|---|---|
| 2.1709 | **State what the contract or lease is for and the nature of the debtor's interest** | Assumption and Amendment of Battery Lease Agreement (91900342) |
| | | Mobility Forefront LLC |
| | | Name |
| | | |
| | | Notice Name |
| | | 535 Middlefield Road, Suite 100 |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| | | | |
|---|---|---|---|
| | Menlo Park | CA | 94025 |
| | City | State | ZIP Code |
| | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.1710** | **State what the contract or lease is for and the nature of the debtor's interest** | Bill of Sale

| | Mobility Forefront LLC |
| --- | --- |
| | Name |
| | |
| | Notice Name |
| | 535 Middlefield Road. Suite 100 |
| **State the term remaining** | Unknown | Address |
| | |
| **List the contract number of any government contract** | |

| Menlo Park | CA | 94025 |
| --- | --- | --- |
| City | State | ZIP Code |
| | | |
| Country | | |

---

**2.1711** | **State what the contract or lease is for and the nature of the debtor's interest** | Exhibit D Form Bill of Sale

| | Mobility Forefront LLC |
| --- | --- |
| | Name |
| | |
| | Notice Name |
| | 535 Middlefield Road, Suite 100 |
| **State the term remaining** | Unknown | Address |
| | |
| **List the contract number of any government contract** | |

| Menlo Park | CA | 94025 |
| --- | --- | --- |
| City | State | ZIP Code |
| | | |
| Country | | |

---

**2.1712** | **State what the contract or lease is for and the nature of the debtor's interest** | Exhibit E - Assignment and Assumption of Lease

| | Mobility Forefront LLC |
| --- | --- |
| | Name |
| | |
| | Notice Name |
| | 535 Middlefield Road, Suite 100 |
| **State the term remaining** | Unknown | Address |
| | |
| **List the contract number of any government contract** | |

| Menlo Park | CA | 94025 |
| --- | --- | --- |
| City | State | ZIP Code |
| | | |
| Country | | |

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1713 | **State what the contract or lease is for and the nature of the debtor's interest** | Exhibit E Form Assignment and Assumption of Lease Agreement |

Mobility Forefront LLC

Name

Notice Name

535 Middlefield Road, Suite 100

Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Menlo Park | CA | 94025 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1714 | **State what the contract or lease is for and the nature of the debtor's interest** | Form Assignment and Assumption of Battery Lease Agreement |

Mobility Forefront LLC

Name

Notice Name

535 Middlefield Road, Suite 100

Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Menlo Park | CA | 94025 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1715 | **State what the contract or lease is for and the nature of the debtor's interest** | Guaranty of Certain Obligations under the Master Agreement |

Mobility Forefront LLC

Name

Notice Name

535 Middlefield Road, Suite 100

Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Menlo Park | CA | 94025 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1716 | **State what the contract or lease is for and the nature of the debtor's interest** | Guaranty of Certain Obligations under the Master Agreement |
| | | Mobility Forefront LLC |
| | | Name |
| | | |
| | | Notice Name |
| | | 535 Middlefield Road, Suite 100 |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |
| | | Menlo Park |
| | | City |
| | | Country |

Menlo Park     CA     94025
City     State     ZIP Code
Country

---

2.1717 **State what the contract or lease is for and the nature of the debtor's interest**

Invoice (Invoice No. 2000383)

Mobility Forefront LLC
Name

Notice Name

535 Middlefield Road, Suite 100
Address

**State the term remaining**     Unknown

**List the contract number of any government contract**

Menlo Park     CA     94025
City     State     ZIP Code
Country

---

2.1718 **State what the contract or lease is for and the nature of the debtor's interest**

Letter re: Minimum Target return under the Master Agreement

Mobility Forefront LLC
Name

Notice Name

535 Middlefield Road, Suite 100
Address

**State the term remaining**     Unknown

**List the contract number of any government contract**

Menlo Park     CA     94025
City     State     ZIP Code
Country

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1719 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter RE: Minimum Target Return under the Master Agreement |
| | | Mobility ForeFront LLC |
| | | Name |
| | | |
| | | Notice Name |
| | | 535 Middlefield Road, Suite 100 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | Menlo Park | CA | 94025 |
| | | City | State | ZIP Code |
| | | Country | | |

| | | |
|---|---|---|
| 2.1720 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Specified Battery IP under the Master Agreement |
| | | Mobility Forefront LLC |
| | | Name |
| | | |
| | | Notice Name |
| | | 535 Middlefield Road, Suite 100 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | Menlo Park | CA | 94025 |
| | | City | State | ZIP Code |
| | | Country | | |

| | | |
|---|---|---|
| 2.1721 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter RE: Specified Battery IP under the Master Agreement |
| | | Mobility ForeFront LLC |
| | | Name |
| | | |
| | | Notice Name |
| | | 535 Middlefield Road, Suite 100 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | Menlo Park | CA | 94025 |
| | | City | State | ZIP Code |
| | | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.1722 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Agreement | Mobility Forefront LLC |
| | | | Name |

Notice Name

535 Middlefield Road, Suite 100

Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Menlo Park | CA | 94025 |
| City | State | ZIP Code |

Country

| 2.1723 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Agreement | Mobility Forefront LLC |
| | | | Name |

Notice Name

535 Middlefield Road, Suite 100

Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Menlo Park | CA | 94025 |
| City | State | ZIP Code |

Country

| 2.1724 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order and Confirmation | Mobility Forefront LLC |
| | | | Name |

Notice Name

535 Middlefield Road, Suite 100

Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Menlo Park | CA | 94025 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1725 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order and Confirmation | Mobility Forefront LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 535 Middlefield Road, Suite 100 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| Menlo Park | CA | 94025 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.1726 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order and Confirmation | Mobility Forefront LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 535 Middlefield Road, Suite 100 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| Menlo Park | CA | 94025 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.1727 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order and Confirmation | Mobility Forefront LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 535 Middlefield Road, Suite 100 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| Menlo Park | CA | 94025 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.1728** | **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order and Confirmation

Mobility Forefront LLC
Name

Notice Name

535 Middlefield Road, Suite 100
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Menlo Park | CA | 94025 |
| City | State | ZIP Code |

Country

---

**2.1729** | **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order and Confirmation

Mobility Forefront LLC
Name

Notice Name

535 Middlefield Road, Suite 100
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Menlo Park | CA | 94025 |
| City | State | ZIP Code |

Country

---

**2.1730** | **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order and Confirmation

Mobility Forefront LLC
Name

Notice Name

535 Middlefield Road, Suite 100
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Menlo Park | CA | 94025 |
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**2.1731** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Monroe Magnus LLC

Name

Notice Name

2805 Barranca Parkway

Address

State the term remaining    Unknown

List the contract number of any government contract

| Irvine | CA | 92606 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1732** State what the contract or lease is for and the nature of the debtor's interest

4 Electric Powered 35FT Buses (Contract No. 1097141)

Montgomery County Maryland Office of Procurement

Name

Notice Name

16700 Crabbs Branch Way

Address

State the term remaining    Unknown

List the contract number of any government contract

| Rockville | MD | 20855 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1733** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (1105288)

Montgomery County Maryland Office of Procurement

Name

Notice Name

255 Rockville Pike, Suite 180

Address

State the term remaining    Unknown

List the contract number of any government contract

| Rockville | MD | 20850-4186 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.1734 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (1105653) | Montgomery County Maryland Office of Procurement |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 255 Rockville Pike, Suite 180 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | Rockville, | MD | 20850-4186 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | | | |
| | | Country | | |

| 2.1735 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (1110097) | Montgomery County Maryland Office of Procurement |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 255 Rockville Pike, Suite 180 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | Rockville | MD | 20850-4186 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | | | |
| | | Country | | |

| 2.1736 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Motion Industries, Inc |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2041 Saybrook Ave |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | Los Angeles | CA | 90040 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | | | |
| | | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1737 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Motor City Racks, Inc.
Name

Notice Name

**State the term remaining** Unknown

24445 Forterra Dr
Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Warren | MI | 48089 |

Country

| | | |
|---|---|---|
| 2.1738 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Mouser Electronics
Name

Notice Name

**State the term remaining** Unknown

PO Box 99319
Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Ft. Worth | TX | 78199-0319 |

Country

| | | |
|---|---|---|
| 2.1739 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

MSC Industrial Supply Co.
Name

Notice Name

**State the term remaining** Unknown

PO Box 953635
Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Saint Louis | MO | 63195-3635 |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

---

**2.1740** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | MSI-Viking Gage, LLC
| | | Name
| | |
| | | Notice Name
| | | PO Box 537
**State the term remaining** | Unknown | Address
| | | 321 Tucapau Rd
**List the contract number of any government contract** | |
| | | Duncan | SC | 29334
| | | City | State | ZIP Code
| | |
| | | Country

**2.1741** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order 6030261899) | MTA New York City Transit
| | | Name
| | |
| | | Notice Name
| | | 2 Broadway, 19th Floor
**State the term remaining** | Unknown | Address
| | |
**List the contract number of any government contract** | |
| | | New York | NY | 10004
| | | City | State | ZIP Code
| | |
| | | Country

**2.1742** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | MTB Transit Solutions Inc.
| | | Name
| | |
| | | Notice Name
| | | 8170 Lawson Road
**State the term remaining** | Unknown | Address
| | |
**List the contract number of any government contract** | |
| | | Milton | ON | L9T 5C4
| | | City | State | ZIP Code
| | | Canada
| | | Country

---

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.1743** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Mubea, Inc.
Name

Notice Name

PO Box 636331
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Cincinnati | OH | 45263 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1744** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Munaco Sealing Solutions, Inc.
Name

Notice Name

5 Ketron Court
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Greenville | SC | 29607 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1745** **State what the contract or lease is for and the nature of the debtor's interest**

AMD 4 to Development and Supply Agreement

Munich Electrification
Name

Notice Name

Lindwumstr. 95
Address

**State the term remaining** 12/31/2024

**List the contract number of any government contract**

| Muenchen | | 80377 |
|---|---|---|
| City | State | ZIP Code |

Germany
Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**2.1746** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. 166357)

Municipal Service Center North MSCN Garage
Name

Notice Name

55 Stony Point Road
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
| --- | --- | --- |
| Santa Rosa | CA | 95401 |

Country

---

**2.1747** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. 166357)

Municipal Service Center North MSCN Garage
Name

Notice Name

55 Stony Point Road
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
| --- | --- | --- |
| Santa Rosa | CA | 95401 |

Country

---

**2.1748** **State what the contract or lease is for and the nature of the debtor's interest**

Liability Release Agreement

MWS Auto Services Inc. d/b/a Marietta Wrecker Service
Name

Notice Name

950 Allgood Rd NE
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
| --- | --- | --- |
| Marietta | GA | 30062 |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.1749** State what the contract or lease is for and the nature of the debtor's interest

Pioneer Consulting Agreement

Mycorrxyz Inc.
Name

Notice Name

2 Sandpoint Dr
Address

State the term remaining: Unknown

List the contract number of any government contract

| Richmond | CA | 94804 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1750** State what the contract or lease is for and the nature of the debtor's interest

Proterra Statements of Work Base (SOW) #1

Mycorrxyz Inc.
Name

Notice Name

2 Sandpoint Dr
Address

State the term remaining: Unknown

List the contract number of any government contract

| Richmond | CA | 94804 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1751** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Mycorrxyz Inc.
Name

Notice Name

2 Sandpoint Dr
Address

State the term remaining: Unknown

List the contract number of any government contract

| Richmond | CA | 94804 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1752 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No.1 to Purchase Order (Purchase Order #: 21-2002) |

Napa Valley Transportation Authority

Name

Notice Name

625 Burnell Street

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Napa | CA | 94559 |

Country

| | | |
|---|---|---|
| 2.1753 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No.2 to Purchase Order (Purchase Order #: 21-2002) |

Napa Valley Transportation Authority

Name

Notice Name

625 Burnell Street

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Napa | CA | 94559 |

Country

| | | |
|---|---|---|
| 2.1754 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No.3 to Purchase Order (Purchase Order #: 21-2002) |

Napa Valley Transportation Authority

Name

Notice Name

625 Burnell Street

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Napa | CA | 94559 |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.1755** **State what the contract or lease is for and the nature of the debtor's interest**

Amendment No.4 to Purchase Order (Purchase Order #: 21-2002)

Napa Valley Transportation Authority

Name

Notice Name

625 Burnell Street

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Napa | CA | 94559 |
| City | State | ZIP Code |

Country

---

**2.1756** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order #: 21-2002)

Napa Valley Transportation Authority

Name

Notice Name

625 Burnell Street

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Napa | CA | 94559 |
| City | State | ZIP Code |

Country

---

**2.1757** **State what the contract or lease is for and the nature of the debtor's interest**

Master Service Agreement

Narayanan Srinivasan

Name

Notice Name

2201 Long Prairie Road Suite 107-325

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Flower Mound | TX | 75022 |
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.1758 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (2013389-C) | Nashville MTA |
|---|---|---|---|

Name

Notice Name

430 Myatt Drive

| State the term remaining | Unknown |
|---|---|

Address

List the contract number of any government contract

| Nashville | TN | 37115 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.1759 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO Number KRH 00007-0000118899) | Nashville MTA |
|---|---|---|---|

Name

Notice Name

430 Myatt Drive

| State the term remaining | Unknown |
|---|---|

Address

List the contract number of any government contract

| Nashville | TN | 37115 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.1760 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO Number KRH 00007-0000118899) | Nashville MTA |
|---|---|---|---|

Name

Notice Name

430 Myatt Drive

| State the term remaining | Unknown |
|---|---|

Address

List the contract number of any government contract

| Nashville | TN | 37115 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**2.1761** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO Number KRH 00007-0000118899)

Nashville MTA

Name

Notice Name

430 Myatt Drive

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Nashville | TN | 37115 |

Country

**2.1762** **State what the contract or lease is for and the nature of the debtor's interest**

Master Service Agreement

NAVEX Global, Inc.

Name

Notice Name

5500 Meadows Road, Suite 500

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Lake Oswego | OR | 97035 |

Country

**2.1763** **State what the contract or lease is for and the nature of the debtor's interest**

Order Form (456555)

NAVEX Global, Inc.

Name

Notice Name

5500 Meadows Road, Suite 500

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Lake Oswego | OR | 97035 |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.1764**

**State what the contract or lease is for and the nature of the debtor's interest**

Amendment to Master Services Agreement

**State the term remaining**

Unknown

**List the contract number of any government contract**

Navisite LLC
Name

Notice Name

400 Minuteman Road
Address

| Andover | MA | 01810 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

---

**2.1765**

**State what the contract or lease is for and the nature of the debtor's interest**

Amendment to Statement of Work #1 - SFOP#0356621 - Amendment No 7

**State the term remaining**

Unknown

**List the contract number of any government contract**

Navisite LLC
Name

Notice Name

400 Minuteman Road
Address

| Andover | MA | 01810 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

---

**2.1766**

**State what the contract or lease is for and the nature of the debtor's interest**

Amendment To Statement of Work ("SOW") (353073)

**State the term remaining**

Unknown

**List the contract number of any government contract**

Navisite LLC
Name

Notice Name

400 Minuteman Road
Address

| Andover | MA | 01810 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**2.1767** **State what the contract or lease is for and the nature of the debtor's interest**

Amendment To Statement of Work ("SOW") (354845)

Navisite LLC

Name

Notice Name

400 Minuteman Road

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| Andover | MA | 01810 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1768** **State what the contract or lease is for and the nature of the debtor's interest**

Stand Purchase Order (794631)

NaviSite LLC

Name

Notice Name

400 Minuteman Rd

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| Andover | MA | 01810 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1769** **State what the contract or lease is for and the nature of the debtor's interest**

Statement of Work (SFOP - 0348762)

Navisite LLC

Name

Notice Name

400 Minuteman Road

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| Andover | MA | 01810 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.1770 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (69204) | NEBR |
| | | | Name |

| | | | Notice Name |
| | | | Building 141 JFK Airport (347-517-1113) |
| State the term remaining | Unknown | | Address |

| List the contract number of any government contract | | | |

| | | | Jamaica | NY | 11430 |
| | | | City | State | ZIP Code |

| | | | Country |

| 2.1771 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement | NETAPP INC. |
| | | | Name |

| | | | Notice Name |
| | | | 3600 Olsen Dr |
| State the term remaining | Unknown | | Address |

| List the contract number of any government contract | | | |

| | | | San Jose | CA | 95128 |
| | | | City | State | ZIP Code |

| | | | Country |

| 2.1772 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Netvu Limited |
| | | | Name |

| | | | Notice Name |
| | | | No. 1 Thellow Heath Park |
| State the term remaining | Unknown | | Address |
| | | | Northwich Road |

| List the contract number of any government contract | | | |

| | | | Antrobus | Cheshire | CW9 6JB |
| | | | City | State | ZIP Code |
| | | | United Kingdom |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

**2.1773** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. 6261)

New England Transit Sales, Inc.

Name

Notice Name

30 Progress Avenue

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| Tyngsboro | MA | 01879 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1774** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Neware Technology Limited

Name

Notice Name

Offic C 22/F, YHC TOWER

**State the term remaining** Unknown

Address

NOS 1 SHEUNG YUET ROAD

**List the contract number of any government contract**

KOWLOON BAY KLN

| HONG KONG | | 999077 |
|---|---|---|
| City | State | ZIP Code |
| China | | |

Country

**2.1775** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Newark Element 14

Name

Notice Name

33190 Collection Center Drive

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| Chicago | IL | 60693-0331 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.1776**

| State what the contract or lease is for and the nature of the debtor's interest | First Amendment to Product Supply Agreement | Nikola Corporation |
|---|---|---|
| | | Name |
| | | Notice Name |
| | | 4141 E. Broadway Rd |
| State the term remaining | Unknown | Address |
| List the contract number of any government contract | | |

| | Phoenix | AZ | 85040 |
|---|---|---|---|
| | City | State | ZIP Code |
| | Country | | |

**2.1777**

| State what the contract or lease is for and the nature of the debtor's interest | Product Supply Agreement (Contract No. PP-2021-NIKOLA-01) | Nikola Corporation |
|---|---|---|
| | | Name |
| | | Notice Name |
| | | 4141 E. Broadway Rd |
| State the term remaining | 12/31/2024 | Address |
| List the contract number of any government contract | | |

| | Phoenix | AZ | 85040 |
|---|---|---|---|
| | City | State | ZIP Code |
| | Country | | |

**2.1778**

| State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (4500000716) | Nikola Corporation |
|---|---|---|
| | | Name |
| | | Notice Name |
| | | 4141 E Broadway Rd |
| State the term remaining | Unknown | Address |
| List the contract number of any government contract | | |

| | Phoenix | AZ | 85040 |
|---|---|---|---|
| | City | State | ZIP Code |
| | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.1779** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO-0006973-1)

Nikola Corporation

Name

Notice Name

4141 E Broadway Rd.

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Phoenix | AZ | 85040 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1780** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO-0008565-1)

Nikola Corporation

Name

Notice Name

4141 E Broadway Rd.

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Phoenix | AZ | 85040 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1781** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO-0008900-1)

Nikola Corporation

Name

Notice Name

4141 E Broadway Rd.

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Phoenix | AZ | 85040 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor:  Proterra Operating Company, Inc.
Name

Case number *(if known)*:  23-11121

| 2.1782 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO-0009362-1) | Nikola Corporation |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 4141 E Broadway Rd. |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | City | Phoenix | State | AZ | ZIP Code | 85040 |
|---|---|---|---|---|---|---|---|---|

Country

| 2.1783 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO-0009743-1) | Nikola Corporation |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 4141 E Broadway Rd. |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | City | Phoenix | State | AZ | ZIP Code | 85040 |
|---|---|---|---|---|---|---|---|---|

Country

| 2.1784 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 4500000071) | Nikola Corporation |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 4141 E Broadway Rd |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | City | Phoenix | State | AZ | ZIP Code | 85040 |
|---|---|---|---|---|---|---|---|---|

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*:  23-11121

| | | | |
|---|---|---|---|
| 2.1785 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 4500000582) | Nikola Corporation |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 4141 E Broadway Rd. |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Phoenix | AZ | 85040 |
| | | | City | State | ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1786 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 4500000583) | Nikola Corporation |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 4141 E Broadway Rd. |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Phoenix | AZ | 85040 |
| | | | City | State | ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1787 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 4500000602) | Nikola Corporation |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 4141 E Broadway Rd |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Phoenix | AZ | 85040 |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.1788**  **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. 4500002944)

**State the term remaining**  Unknown

**List the contract number of any government contract**

Nikola Corporation
Name

Notice Name

4141 E Broadway Rd.
Address

| Phoenix | AZ | 85040 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

---

**2.1789**  **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. 5500002177)

**State the term remaining**  Unknown

**List the contract number of any government contract**

Nikola Corporation
Name

Notice Name

4141 E Broadway Rd.
Address

| Phoenix | AZ | 85040 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

---

**2.1790**  **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. 5500002180)

**State the term remaining**  Unknown

**List the contract number of any government contract**

Nikola Corporation
Name

Notice Name

4141 E Broadway Rd.
Address

| Phoenix | AZ | 85040 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1791 | **State what the contract or lease is for and the nature of the debtor's interest** | Updated Purchase Order (PO-0005883-3) |

Nikola Corporation
_____
Name

_____
Notice Name

4141 E Broadway Rd.
_____
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Phoenix | AZ | 85040 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.1792 | **State what the contract or lease is for and the nature of the debtor's interest** | Updated Purchase Order (PO-0005883-5) |

Nikola Corporation
_____
Name

_____
Notice Name

4141 E Broadway Rd.
_____
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Phoenix | AZ | 85040 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.1793 | **State what the contract or lease is for and the nature of the debtor's interest** | Updated Purchase Order (PO-0006667-2) |

Nikola Corporation
_____
Name

_____
Notice Name

4141 E Broadway Rd.
_____
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Phoenix | AZ | 85040 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1794 | **State what the contract or lease is for and the nature of the debtor's interest** | Updated Purchase Order (PO-0006973-4) |

Nikola Corporation
Name

Notice Name

4141 E Broadway Rd.
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Phoenix | AZ | 85040 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1795 | **State what the contract or lease is for and the nature of the debtor's interest** | Updated Purchase Order (PO-0006973-5) |

Nikola Corporation
Name

Notice Name

4141 E Broadway Rd.
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Phoenix | AZ | 85040 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1796 | **State what the contract or lease is for and the nature of the debtor's interest** | Updated Purchase Order (PO-0009362-3) |

Nikola Corporation
Name

Notice Name

4141 E Broadway Rd.
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Phoenix | AZ | 85040 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

---

**2.1797** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Ningbo Wego Machinery Co.,Ltd
Name

Notice Name

No 367 Xingda Road, Xingqi ,Beilun District
Address

State the term remaining    Unknown

List the contract number of any government contract

| Ningbo | Zhejiang | 315800 |
|---|---|---|
| City | State | ZIP Code |
| China | | |
| Country | | |

---

**2.1798** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Ningbo Xusheng Group Co., Ltd.
Name

Notice Name

No 128 Yingluohe Rd, Beilun
Address

Zhejiang

State the term remaining    Unknown

List the contract number of any government contract

| Ningbo | | 315800 |
|---|---|---|
| City | State | ZIP Code |
| China | | |
| Country | | |

---

**2.1799** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

NoMuda VisualFactory Inc
Name

Notice Name

2500 Regency Parkway
Address

State the term remaining    Unknown

List the contract number of any government contract

| Cary | NC | 27518 |
|---|---|---|
| City | State | ZIP Code |
| | | |
| Country | | |

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.1800 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Quotation - S-TechServ - Technical Services from Vf Team | NoMuda VisualFactory.net |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2500 Regency Parkway |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |

| | | | CARY | NC | 27518 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |

| 2.1801 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract | NoMuda, LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2500 Regency Parkway |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |

| | | | Cary | NC | 27518 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |

| 2.1802 | **State what the contract or lease is for and the nature of the debtor's interest** | Any non-disclosure agreements entered into between the Debtors and a non-Debtor counterparty prior to the Petition Date | Non-disclosure Agreement Counterparties |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Address on file |
| | **State the term remaining** | Various | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |

| | | | City | State | ZIP Code |
|---|---|---|---|---|---|
| | | | | | |
| | | | Country | | |

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.1803** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders

Nordson Corporation
Name

Notice Name

**State the term remaining** | Unknown

300 Nordson Drive
Address

**List the contract number of any government contract**

| Amherst | OH | 44001 |
| City | State | ZIP Code |

Country

**2.1804** | **State what the contract or lease is for and the nature of the debtor's interest** | Contractor Agreement

Normal Connect Transit
Name

Notice Name

**State the term remaining** | 9/10/2021

351 Wylie Drive
Address

**List the contract number of any government contract**

| Normal | IL | 61761 |
| City | State | ZIP Code |

Country

**2.1805** | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment of Solicitation/Modification of Contract (P17PX01852)

NPS
Name

Notice Name

**State the term remaining** | Unknown

12795 W Alameda Parkway
Address

**List the contract number of any government contract**

| Lakewood | CO | 80228 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1806 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment of Solicitation/Modification of Contract (P17PX01852) | NPS, IMR- Lakewood MABO |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 12795 W Alameda Parkway |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Lakewood |
| | | | City |

| Lakewood | CO | 80228 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.1807 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment of solicitation/modification of contract (GS-30F-026BA) | NPS, IMR-Santa Fe Mabo |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1100 Old Santa Fe Trail Building |
| | **State the term remaining** | Unknown | Address |
| | | | PO Box 728 |
| | **List the contract number of any government contract** | | |

| Santa Fe | NM | 87505 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.1808 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | NSF International Strategic Registrations, Ltd |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 789 N Dixboro Rd |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| Ann Arbor | MI | 48105 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  Proterra Operating Company, Inc.
Name

Case number (if known):  23-11121

**2.1809** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | NSK Industries Inc |
| --- | --- | --- |

Name

Notice Name

| **State the term remaining** | Unknown | 150 Ascot Parkway |
| --- | --- | --- |

Address

**List the contract number of any government contract**

| | Cuyahoga Falls | OH | 44223 |
| --- | --- | --- | --- |
| | City | State | ZIP Code |

Country

**2.1810** | **State what the contract or lease is for and the nature of the debtor's interest** | Odgers Interim Terms for Recruitment | Odgers Berndtson LLC |
| --- | --- | --- |

Name

Notice Name

| **State the term remaining** | Unknown | 730 Third Avenue |
| --- | --- | --- |

Address

23rd Floor

**List the contract number of any government contract**

| | New York | NY | 10017 |
| --- | --- | --- | --- |
| | City | State | ZIP Code |

Country

**2.1811** | **State what the contract or lease is for and the nature of the debtor's interest** | Terms for the Provision of Interim Executive Services | Odgers Berndtson LLC |
| --- | --- | --- |

Name

Notice Name

| **State the term remaining** | Unknown | 730 Third Avenue |
| --- | --- | --- |

Address

23rd Floor

**List the contract number of any government contract**

| | New York | NY | 10017 |
| --- | --- | --- | --- |
| | City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.1812** State what the contract or lease is for and the nature of the debtor's interest

Addendum to Customer Order Form

Office1 Inc.

Name

Notice Name

617 West 7th Street, Ste 504

Address

State the term remaining: Unknown

List the contract number of any government contract

| Los Angeles | CA | 90017 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1813** State what the contract or lease is for and the nature of the debtor's interest

Engagement Letter

Ogletree, Deakins, Nash, Smoak & Stewart, PC

Name

Notice Name

PO Box 89

Address

State the term remaining: Unknown

List the contract number of any government contract

| Columbia | SC | 29202 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1814** State what the contract or lease is for and the nature of the debtor's interest

Master Service Agreement

Ogletree, Deakins, Nash, Smoak & Stewart, PC

Name

Notice Name

PO Box 89

Address

State the term remaining: Unknown

List the contract number of any government contract

| Columbia | SC | 29202 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known):* 23-11121

| | | | |
|---|---|---|---|
| 2.1815 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO:.T21227) | Ohio Cat |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 900 Ken-Mar industrial Parkway |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Broadview Heights |
| | | | City |
| | | | Country |

| Broadview Heights | OH | 44147 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.1816 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form - Quote Q-684336 | OKTA, INC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 100 1st Street |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| San Francisco | CA | 94105 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.1817 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form (Q-39853) | OKTA, INC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 301 Brannan Street Suite 100 |
| | **State the term remaining** | 4/30/2020 | Address |
| | **List the contract number of any government contract** | | |

| San Francisco | CA | 94107 |
|---|---|---|
| City | State | ZIP Code |

Country

| Debtor: | Proterra Operating Company, Inc. | | Case number *(if known)*: | 23-11121 |
|---|---|---|---|---|
| | Name | | | |

**2.1818** State what the contract or lease is for and the nature of the debtor's interest

Order Form (Quote No. Q-684336)

OKTA, INC
Name

Notice Name

100 1st Street
Address

State the term remaining  4/30/2025

List the contract number of any government contract

| San Francisco | CA | 94105 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1819** State what the contract or lease is for and the nature of the debtor's interest

Letter re: Acceptance & Warranty Start Dates for Buses 4 & 5

One Albuquerque Transit
Name

Notice Name

100 First Street SW
Address

State the term remaining  Unknown

List the contract number of any government contract

| Albuquerque | NM | 87102 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1820** State what the contract or lease is for and the nature of the debtor's interest

Battery Lease Agreement

Ontario International Airport Authority
Name

Notice Name

1923 East Avion Street
Address

State the term remaining  Unknown

List the contract number of any government contract

| Ontario | CA | 91761 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1821 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Request Form (Change Order No. 1) |
| | | Ontario International Airport Authority |
| | | Name |
| | | Notice Name |
| | State the term remaining | 1923 East Avion Street |
| | | Address |
| | List the contract number of any government contract | |
| | | Ontario          CA          91761 |
| | | City          State          ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.1822 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Purchase Order No. PO-2021-000842) |
| | | Ontario International Airport Authority |
| | | Name |
| | | Notice Name |
| | State the term remaining | 1923 East Avion Street |
| | | Address |
| | List the contract number of any government contract | |
| | | Ontario          CA          91761 |
| | | City          State          ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.1823 | State what the contract or lease is for and the nature of the debtor's interest | Amendment No.1 to Development Agreement |
| | | Optimal Electric Vehicles, LLC |
| | | Name |
| | | Notice Name |
| | State the term remaining | 29449 Old US Hwy 33 |
| | | Address |
| | List the contract number of any government contract | |
| | | Elkhart          IN          46516 |
| | | City          State          ZIP Code |
| | | Country |

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121
_____

**2.1824** **State what the contract or lease is for and the nature of the debtor's interest**

Amendment No.1 to Product Supply Agreement

Optimal Electric Vehicles, LLC
_____
Name

_____
Notice Name

47802 West Anchor Court
_____
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

_____

Plymouth | MI | 48170
City | State | ZIP Code

_____
Country

**2.1825** **State what the contract or lease is for and the nature of the debtor's interest**

Development Agreement

Optimal Electric Vehicles, LLC
_____
Name

_____
Notice Name

47802 West Anchor Court
_____
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

_____

Plymouth | MI | 48170
City | State | ZIP Code

_____
Country

**2.1826** **State what the contract or lease is for and the nature of the debtor's interest**

Product Supply Agreement

Optimal Electric Vehicles, LLC
_____
Name

_____
Notice Name

47802 West Anchor Court
_____
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

_____

Plymouth | MI | 48170
City | State | ZIP Code

_____
Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1827 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase order (PO No. 00803-2AR2) |

Optimal Electric Vehicles, LLC
Name

Notice Name

47802 West Anchor Court
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Plymouth | MI | 48170 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1828 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 2726R) |

Optimal Electric Vehicles, LLC
Name

Notice Name

29449 Old US Hwy 33
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Elkhart | IN | 46516 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1829 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 2910) |

Optimal Electric Vehicles, LLC
Name

Notice Name

29449 Old US Hwy 33
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Elkhart | IN | 46516 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.1830** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO No. PO00802-1B)

Optimal Electric Vehicles, LLC
Name

Notice Name

47802 West Anchor Court
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Plymouth | MI | 48170 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1831** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO No. PO00803-2)

Optimal Electric Vehicles, LLC
Name

Notice Name

47802 West Anchor Court
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Plymouth | MI | 48170 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1832** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO No. PO00803-2A)

Optimal Electric Vehicles, LLC
Name

Notice Name

29449 Old US Hwy 33
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Elkhart | IN | 46516 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.1833 | State what the contract or lease is for and the nature of the debtor's interest | Purchase order (PO No. PO00803-2AR) | Optimal Electric Vehicles, LLC |
|---|---|---|---|

Name

Notice Name

47802 West Anchor Court
Address

State the term remaining | Unknown

List the contract number of any government contract

| Plymouth | MI | 48170 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.1834 | State what the contract or lease is for and the nature of the debtor's interest | Purchase order (PO No. PO00804-3R) | Optimal Electric Vehicles, LLC |
|---|---|---|---|

Name

Notice Name

47802 West Anchor Court
Address

State the term remaining | Unknown

List the contract number of any government contract

| Plymouth | MI | 48170 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.1835 | State what the contract or lease is for and the nature of the debtor's interest | Purchase order (PO No. PO00804-3R2) | Optimal Electric Vehicles, LLC |
|---|---|---|---|

Name

Notice Name

47802 West Anchor Court
Address

State the term remaining | Unknown

List the contract number of any government contract

| Plymouth | MI | 48170 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.1836** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PO No. PO00804-3R3)

Optimal Electric Vehicles, LLC
Name

Notice Name

47802 West Anchor Court
Address

State the term remaining    Unknown

List the contract number of any government contract

| Plymouth | MI | 48170 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1837** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PO No. PO00983-5A2)

Optimal Electric Vehicles, LLC
Name

Notice Name

47802 West Anchor Court
Address

State the term remaining    Unknown

List the contract number of any government contract

| Plymouth | MI | 48170 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1838** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PO No. PO01461-03R)

Optimal Electric Vehicles, LLC
Name

Notice Name

47802 West Anchor Court
Address

State the term remaining    Unknown

List the contract number of any government contract

| Plymouth | MI | 48170 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1839 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. PO01600-02B) |

Optimal Electric Vehicles, LLC
Name

Notice Name

47802 West Anchor Court
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Plymouth | MI | 48170 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1840 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. PO01605-04) |

Optimal Electric Vehicles, LLC
Name

Notice Name

47802 West Anchor Court
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Plymouth | MI | 48170 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1841 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. PO01834) |

Optimal Electric Vehicles, LLC
Name

Notice Name

47802 West Anchor Court
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Plymouth | MI | 48170 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*    23-11121

| 2.1842 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO No. Q052920-02) | Optimal Electric Vehicles, LLC |
|---|---|---|---|

Name

Notice Name

47802 West Anchor Court

Address

State the term remaining    Unknown

List the contract number of any government contract

| Plymouth | MI | 48170 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.1843 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO No. Q-07132-G7C) | Optimal Electric Vehicles, LLC |
|---|---|---|---|

Name

Notice Name

47802 West Anchor Court

Address

State the term remaining    Unknown

List the contract number of any government contract

| Plymouth | MI | 48170 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.1844 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO No. Q1182021-1) | Optimal Electric Vehicles, LLC |
|---|---|---|---|

Name

Notice Name

47802 West Anchor Court

Address

State the term remaining    Unknown

List the contract number of any government contract

| Plymouth | MI | 48170 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1845 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No.2910) |

Optimal Electric Vehicles, LLC

Name

Notice Name

29449 Old US Hwy 33

Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Elkhart | IN | 46516 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1846 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No.3374) |

Optimal Electric Vehicles, LLC

Name

Notice Name

29449 Old US Hwy 33

Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Elkhart | IN | 46516 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1847 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No.3375) |

Optimal Electric Vehicles, LLC

Name

Notice Name

29449 Old US Hwy 33

Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Elkhart | IN | 46516 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*:  23-11121

**2.1848**

| State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO No.3375) | Optimal Electric Vehicles, LLC |
|---|---|---|
| | | Name |
| | | |
| | | Notice Name |
| | | 29449 Old US Hwy 33 |
| **State the term remaining** | Unknown | Address |
| **List the contract number of any government contract** | | |

| Elkhart | IN | 46516 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1849**

| State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO No.3425) | Optimal Electric Vehicles, LLC |
|---|---|---|
| | | Name |
| | | |
| | | Notice Name |
| | | 29449 Old US Hwy 33 |
| **State the term remaining** | Unknown | Address |
| **List the contract number of any government contract** | | |

| Elkhart | IN | 46516 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1850**

| State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO No.3425) | Optimal Electric Vehicles, LLC |
|---|---|---|
| | | Name |
| | | |
| | | Notice Name |
| | | 29449 Old US Hwy 33 |
| **State the term remaining** | Unknown | Address |
| **List the contract number of any government contract** | | |

| Elkhart | IN | 46516 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

**2.1851** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PO00804-3R)

Optimal Electric Vehicles, LLC

Name

Notice Name

47802 West Anchor Court

Address

State the term remaining | Unknown

List the contract number of any government contract

| Plymouth | MI | 48170 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1852** State what the contract or lease is for and the nature of the debtor's interest

Rental Agreement Terms

Optimum Water Solutions, Inc.

Name

Notice Name

1500 Ardmore Blvd, Suite #104

Address

State the term remaining | Unknown

List the contract number of any government contract

| Pittsburgh | PA | 15221 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1853** State what the contract or lease is for and the nature of the debtor's interest

General Terms (US-OMA-QT6249240)

Oracle America, Inc

Name

Notice Name

500 Oracle Parkway

Address

State the term remaining | Unknown

List the contract number of any government contract

| Redwood Shores | CA | 94065 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*:  23-11121
_____

**2.1854** **State what the contract or lease is for and the nature of the debtor's interest**

Ordering Document

**State the term remaining**  Unknown

**List the contract number of any government contract**

Oracle America, Inc
_____
Name

_____
Notice Name

500 Oracle Parkway
_____
Address

_____

| Redwood Shores | CA | 94065 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**2.1855** **State what the contract or lease is for and the nature of the debtor's interest**

Technical Support Services Renewal Order - Oracle Database Enterprise

**State the term remaining**  Unknown

**List the contract number of any government contract**

Oracle America, Inc.
_____
Name

_____
Notice Name

500 Oracle Parkway
_____
Address

_____

| Redwood Shores | CA | 94065 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**2.1856** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order Number: 9702000002)

**State the term remaining**  Unknown

**List the contract number of any government contract**

Orcas Island School District 137
_____
Name

_____
Notice Name

557 School Road
_____
Address

_____

| Eastsound | WA | 98245 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.1857** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (Purchase Order Number: 9702100001)

Orcas Island School District 137
Name

Notice Name

557 School Road
Address

State the term remaining    Unknown

List the contract number of any government contract

| Eastsound | WA | 98245 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1858** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Orkin Services of California
Name

Notice Name

PO Box 7161
Address

State the term remaining    Unknown

List the contract number of any government contract

| Pasadena | CA | 91109 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1859** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PO No. 248090-000-OS)

Orlando Utilities Commission
Name

Notice Name

100 West Anderson St.
Address

State the term remaining    1/4/2027

List the contract number of any government contract

| Orlando | FL | 32802-3193 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1860 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 248090-000-OS) |

Orlando Utilities Commission

Name

Notice Name

100 West Anderson St.

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Orlando | FL | 32802-3193 |

Country

| | | |
|---|---|---|
| 2.1861 | **State what the contract or lease is for and the nature of the debtor's interest** | Contractor Agreement (RFP-00456) |

Overland Contracting Inc.

Name

Notice Name

11401 Lamar Avenue

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Overland Park | KS | 66211 |

Country

| | | |
|---|---|---|
| 2.1862 | **State what the contract or lease is for and the nature of the debtor's interest** | Parent Guaranty |

Overland Contracting Inc.

Name

Notice Name

11401 Lamar Avenue

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Overland Park | KS | 66211 |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.1863** **State what the contract or lease is for and the nature of the debtor's interest**

Amendment to the Contractor Agreement (RFP-00456)

Overland Contracting, Inc.
Name

Notice Name

11401 Lamar Avenue1 Lama
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Overland Park | KS | 66211 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1864** **State what the contract or lease is for and the nature of the debtor's interest**

Additional Terms and Conditions

Pace
Name

Notice Name

550 W. Algonquin Road
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Arlington Heights | IL | 60005 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1865** **State what the contract or lease is for and the nature of the debtor's interest**

Change Order No 5

Pace
Name

Notice Name

550 West Algonquin Road
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Arlington Heights | IL | 60005-4412 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.1866 | State what the contract or lease is for and the nature of the debtor's interest | Change Order No 6 | | Pace |
|---|---|---|---|---|
| | | | | Name |
| | | | | Notice Name |
| | | | | 550 West Algonquin Road |
| | State the term remaining | Unknown | | Address |
| | List the contract number of any government contract | | | |

| | | Arlington Heights | IL | 60005-4412 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

| 2.1867 | State what the contract or lease is for and the nature of the debtor's interest | Letter re: Change Order No. 1 (Pace Contract No. 233263) | | Pace |
|---|---|---|---|---|
| | | | | Name |
| | | | | Notice Name |
| | | | | 550 W. Algonquin Road |
| | State the term remaining | Unknown | | Address |
| | List the contract number of any government contract | | | |

| | | Arlington Heights | IL | 60005 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

| 2.1868 | State what the contract or lease is for and the nature of the debtor's interest | Letter re: Change Order No. 2 (Pace Contract No. 233263) | | Pace |
|---|---|---|---|---|
| | | | | Name |
| | | | | Notice Name |
| | | | | 550 W. Algonquin Road |
| | State the term remaining | Unknown | | Address |
| | List the contract number of any government contract | | | |

| | | Arlington Heights | IL | 60005 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1869 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Change Order No. 3 (Pace Contract No. 233263) |

Pace
Name

Notice Name

**State the term remaining** — Unknown

550 W. Algonquin Road
Address

**List the contract number of any government contract**

| Arlington Heights | IL | 60005 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1870 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Change Order No. 4 (Pace Contract No. 233263) |

Pace
Name

Notice Name

**State the term remaining** — Unknown

550 W. Algonquin Road
Address

**List the contract number of any government contract**

| Arlington Heights | IL | 60005 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1871 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Change Order No. 5 (Pace Contract No. 233263) |

Pace
Name

Notice Name

550 W. Algonquin Road
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Arlington Heights | IL | 60005 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1872 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Change Order No. 6 (Pace Contract No. 233263) | Pace |
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 550 W. Algonquin Road |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | |

| | | | |
|---|---|---|---|
| Arlington Heights | IL | 60005 |
| City | State | ZIP Code |
| Country | | |

| | | | |
|---|---|---|---|
| 2.1873 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order #:233263) | Pace |
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | 3/16/2024 | 550 West Algonquin Road |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | |

| | | | |
|---|---|---|---|
| Arlington Heights | IL | 60005-4412 |
| City | State | ZIP Code |
| Country | | |

| | | | |
|---|---|---|---|
| 2.1874 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order #:233263) | Pace |
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | 3/16/2024 | 550 West Algonquin Road |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | |

| | | | |
|---|---|---|---|
| Arlington Heights | IL | 60005-4412 |
| City | State | ZIP Code |
| Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| **2.1875** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO:.120221) |

Pacific Dynasty International Group Inc

Name

Notice Name

**State the term remaining**    Unknown

1140 Empire Central Drive, Suite 420

Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Dallas | TX | 75247 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.1876** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Pacific Overhead Crane Services Inc.

Name

Notice Name

**State the term remaining**    Unknown

92-108 Elele Place

Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Kapolei | HI | 96707 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.1877** | **State what the contract or lease is for and the nature of the debtor's interest** | PacWest Security Service Agreement |

PACWEST Security Services

Name

Notice Name

3303 Harbor Blvd

Address

**State the term remaining**    Unknown

Suite A 103

**List the contract number of any government contract**

| | | |
|---|---|---|
| Costa Mesa | CA | 92626 |
| City | State | ZIP Code |

Country

| Debtor: | Proterra Operating Company, Inc. | Case number *(if known)*: | 23-11121 |
|---|---|---|---|
| | Name | | |

**2.1878** State what the contract or lease is for and the nature of the debtor's interest — Various Purchase Orders

Pailton Incorporated
Name

Notice Name

State the term remaining — Unknown

500 W Madison St
Address

Suite 3700

List the contract number of any government contract

| Chicago | IL | 60661 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1879** State what the contract or lease is for and the nature of the debtor's interest — Various Purchase Orders

Palantir Technologies Inc.
Name

Notice Name

State the term remaining — Unknown

1555 Blake Street
Address

Suite 250

List the contract number of any government contract

| Denver | CO | 80202 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1880** State what the contract or lease is for and the nature of the debtor's interest — Various Purchase Orders

Pallet Solutions, Inc.
Name

Notice Name

2620 Fews Bridge Road

State the term remaining — Unknown

Address

List the contract number of any government contract

| Greer | SC | 29651 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1881 | **State what the contract or lease is for and the nature of the debtor's interest** | End User License Agreement ("EULA") |

PALO ALTO NETWORKS, INC.

Name

Notice Name

4401 GREAT AMERICA PARKWAY

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| SANTA CLARA | CA | 95054 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1882 | **State what the contract or lease is for and the nature of the debtor's interest** | Limited Warranty and Indemnity Agreement |

Panasonic Industrial Devices Sales Company of America

Name

Notice Name

Two Riverfront Plaza, 7th floor

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Newark | NJ | 07102-5490 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1883 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Parallax

Name

Notice Name

599 Menlow Drive

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Rocklin | CA | 95765 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1884 | **State what the contract or lease is for and the nature of the debtor's interest** | Application and Agreement for Standby Letter of Credit |

Park City Municipal Corporation
Name

Notice Name

1053 Iron Horse Dr
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Park City | UT | 84060 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1885 | **State what the contract or lease is for and the nature of the debtor's interest** | Battery Lease Agreement |

Park City Municipal Corporation
Name

Notice Name

445 Marsac Ave
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Park City | UT | 84060 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1886 | **State what the contract or lease is for and the nature of the debtor's interest** | Battery Services Agreement |

Park City Municipal Corporation
Name

Notice Name

445 Marsac Ave
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Park City | UT | 84060 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

**2.1887** State what the contract or lease is for and the nature of the debtor's interest

Park City Municipal Corporation Contract

Park City Municipal Corporation

Name

Notice Name

State the term remaining    Unknown

445 Marsac Ave

Address

List the contract number of any government contract

Post Office Box 1480

| Park City | UT | 84060 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**2.1888** State what the contract or lease is for and the nature of the debtor's interest

Park City Municipal Corporation Contract

Park City Municipal Corporation

Name

Notice Name

State the term remaining    11/25/2023

445 Marsac Ave

Address

List the contract number of any government contract

Post Office Box 1480

| Park City | UT | 84060 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**2.1889** State what the contract or lease is for and the nature of the debtor's interest

Product supply Agreement

Parker Hannifin Corporation

Name

Notice Name

State the term remaining    10/31/2023

9225 Forsyth Park Drive

Address

List the contract number of any government contract

| Charlotte | NC | 28273 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.1890** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

State the term remaining    Unknown

List the contract number of any government contract

Patrick Services Inc.

Name

Notice Name

4727 Alexander Lane

Address

| Dallas | TX | 75247 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

---

**2.1891** State what the contract or lease is for and the nature of the debtor's interest

PGB Referral ("Placement") Engagement Letter

State the term remaining    Unknown

List the contract number of any government contract

Paul Bridges Group - Paul Bridges LLC

Name

Notice Name

6526 Greatwood Parkway Building 6 - Unit A

Address

| Sugar Land | TX | 77479 |
|------------|-----|-------|
| City | State | ZIP Code |

Country

---

**2.1892** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PO:.698119)

State the term remaining    Unknown

List the contract number of any government contract

Paulding County

Name

Notice Name

240 Constitution Boulevard

Address

| Dallas | GA | 30132 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1893 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO:.698119) |

Paulding County
Name

Notice Name

240 Constitution Boulevard
Address

| | | |
|---|---|---|
| **State the term remaining** | Unknown | |
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Dallas | GA | 30132 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1894 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Lease Agreement Schedule (No. 001-6854662-002) |

PC Connection Sales Corporation
Name

Notice Name

730 Milford Rd.
Address

| | | |
|---|---|---|
| **State the term remaining** | Unknown | |
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Merrimack | NH | 03054 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1895 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Lease Agreement Schedule (No. 001-6854662-003) |

PC Connection Sales Corporation
Name

Notice Name

730 Milford Rd.
Address

| | | |
|---|---|---|
| **State the term remaining** | Unknown | |
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Merrimack | NH | 03054 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1896 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Lease Agreement Schedule (No. 001-6854662-004) |

PC Connection Sales Corporation
Name

Notice Name

730 Milford Rd.
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Merrimack | NH | 03054 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1897 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Lease Agreement Schedule No. 001-6854662-001 |

PC Connection Sales Corporation
Name

Notice Name

730 Milford Rd.
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Merrimack | NH | 03054 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1898 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement |

Peak Technical Services, Inc.
Name

Notice Name

583 Epsilon Drive
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Pittsburgh | PA | 15238 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.1899** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Peak Technologies, Inc.
Name

Notice Name

901 Elkridge Landing Rd
Address

**State the term remaining** Unknown

Suite 300

**List the contract number of any government contract**

| Linthicum Heights | MD | 21090 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1900** **State what the contract or lease is for and the nature of the debtor's interest**

Nationwide Services Agreement

Pearce Renewables
Name

Notice Name

1222 Vine Street, Suite 301
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Paso Robles | CA | 93446 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1901** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

PED Enterprises, LLC
Name

Notice Name

2441 Boardwalk
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| San Antonio | TX | 78217 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.1902 | **State what the contract or lease is for and the nature of the debtor's interest** | Vehicle Lease Agreement | Penske Truck Leasing CO, L.P. |
| | | | Name |

Notice Name

PO Box 563
Address

| **State the term remaining** | Unknown |

**List the contract number of any government contract**

| Reading | PA | 19603-0563 |
| City | State | ZIP Code |

Country

| 2.1903 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO Number: E35070) | Petersburg City Public Schools |
| | | | Name |

Notice Name

255 South Blvd. East
Address

| **State the term remaining** | Unknown |

**List the contract number of any government contract**

| Petersburg | VA | 23805 |
| City | State | ZIP Code |

Country

| 2.1904 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | PG&E |
| | | | Name |

Notice Name

PO Box 997300
Address

| **State the term remaining** | Unknown |

**List the contract number of any government contract**

| Sacramento | CA | 95899 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known):* 23-11121

| | | | |
|---|---|---|---|
| 2.1905 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | PI Innovo, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 47023 Five Mile Road |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Plymouth    MI    48170 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1906 | **State what the contract or lease is for and the nature of the debtor's interest** | Sales Agreement | PIDSA Industrial Devices Sales Company of America |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PIDSA-RBBD |
| | **State the term remaining** | 3/23/2020 | Address |
| | | | 3461 Plano Parkway |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | The Colony    TX    75056 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1907 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement | Piedmont Natural Gas |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 4720 Piedmont Row Dr |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Charlotte    NC    28210 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Case number *(if known):*  23-11121

| | | | | |
|---|---|---|---|---|
| 2.1908 | **State what the contract or lease is for and the nature of the debtor's interest** | AMD 1 - Forty-Foot, Low Floor, Batter Electric Buses Contract | Pierce County Public Transportation Benefit Area Corporation | |
| | | | Name | |
| | | | Notice Name | |
| | | | 3707 96th Street SW | |
| | **State the term remaining** | Unknown | Address | |
| | | | PO Box 99070 | |
| | **List the contract number of any government contract** | | | |
| | | | Lakewood | WA | 98496-0070 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.1909 | **State what the contract or lease is for and the nature of the debtor's interest** | Batter Electric Buses Contract No. PT-04-17 (Contract No. PT-04-17) | Pierce County Public Transportation Benefit Area Corporation | |
| | | | Name | |
| | | | Notice Name | |
| | | | 3707 96th Street SW | |
| | **State the term remaining** | Unknown | Address | |
| | | | PO Box 99070 | |
| | **List the contract number of any government contract** | | | |
| | | | Lakewood | WA | 98496-0070 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.1910 | **State what the contract or lease is for and the nature of the debtor's interest** | Development Agreement - Contract No. PP-2023-Pierce-01 | Pierce Manufacturing, Inc. | |
| | | | Name | |
| | | | Notice Name | |
| | | | Pierce Assembly Plant | |
| | **State the term remaining** | Unknown | Address | |
| | | | 2600 American Drive | |
| | **List the contract number of any government contract** | | PO Box 2017 | |
| | | | Appleton | WI | 54914-9010 |
| | | | City | State | ZIP Code |
| | | | Country | |

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1911 | **State what the contract or lease is for and the nature of the debtor's interest** | Development Agreement (Contract No. PP-2022-Pierce-01) | Pierce Manufacturing, Inc. <br> Name |
| | | | Notice Name |
| | | | 1917 Four Wheel Drive, PO Box 2566 |
| | **State the term remaining** | 8/26/2028 | Address |
| | **List the contract number of any government contract** | | |

| | State | ZIP Code |
|---|---|---|
| Oshkosh | WI | 54903-2566 |
| City | | |

Country

| | | | |
|---|---|---|---|
| 2.1912 | **State what the contract or lease is for and the nature of the debtor's interest** | Development Agreement (Contract No. PP-2022-Pierce-01) | Pierce Manufacturing, Inc. <br> Name |
| | | | Notice Name |
| | | | 2600 American Drive |
| | **State the term remaining** | 8/26/2023 | Address |
| | **List the contract number of any government contract** | | |

| | State | ZIP Code |
|---|---|---|
| Appleton | WI | 54914 |
| City | | |

Country

| | | | |
|---|---|---|---|
| 2.1913 | **State what the contract or lease is for and the nature of the debtor's interest** | Product Supply Agreement | Pierce Manufacturing, Inc. <br> Name |
| | | | Notice Name |
| | | | Pierce Assembly Plant |
| | **State the term remaining** | Unknown | Address <br> 2600 American Drive |
| | **List the contract number of any government contract** | | PO Box 2017 |

| | State | ZIP Code |
|---|---|---|
| Appleton | WI | 54914-9010 |
| City | | |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*    23-11121

| | | |
|---|---|---|
| 2.1914 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Order No. 5201742) |

Pierce Manufacturing, Inc.

Name

Notice Name

2600 American Drive

**State the term remaining**    Unknown

Address

PO Box 2017

**List the contract number of**

**any government contract**

| Appleton | WI | 54914 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1915 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # 5201702) |

Pierce Manufacturing, Inc.

Name

Notice Name

Pierce Assembly Plant

**State the term remaining**    Unknown

Address

2600 American Drive

**List the contract number of**

**any government contract**

PO Box 2017

| Appleton | WI | 54914-9010 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1916 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # 5469204) |

Pierce Manufacturing, Inc.

Name

Notice Name

Pierce Assembly Plant

**State the term remaining**    Unknown

Address

2600 American Drive

**List the contract number of**

**any government contract**

PO Box 2017

| Appleton | WI | 54914-9010 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**2.1917** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PO # 6017765)

Pierce Manufacturing, Inc.

Name

Notice Name

Pierce Assembly Plant

State the term remaining

Unknown

Address

2600 American Drive

List the contract number of any government contract

PO Box 2017

| Appleton | WI | 54914-9010 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1918** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PO # 6128963)

Pierce Manufacturing, Inc.

Name

Notice Name

Pierce Assembly Plant

State the term remaining

Unknown

Address

2600 American Drive

List the contract number of any government contract

PO Box 2017

| Appleton | WI | 54914-9010 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1919** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (P120408)

Pierce Transit

Name

Notice Name

3710 96th Street

State the term remaining

Unknown

Address

List the contract number of any government contract

| SW Lakewood | WA | 98499 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known):* 23-11121

| | | |
|---|---|---|
| 2.1920 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (P121003) |
| | | |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Pierce Transit

Name

Notice Name

3710 96th Street

Address

| | | |
|---|---|---|
| SW Lakewood | WA | 98499 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1921 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |
| | | |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Pine Estates Enterprises Inc

Name

Notice Name

201B West Butler Road

Address

Suite 160

| | | |
|---|---|---|
| Mauldin | SC | 29662 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1922 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement for Electric Transit Buses (RFP:21-980369) |
| | | |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Pinellas Suncoast Transit Authority

Name

Notice Name

3201 Scherer Drive

Address

| | | |
|---|---|---|
| St. Petersburg | FL | 33716 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.1923** State what the contract or lease is for and the nature of the debtor's interest

Contract Modification (Contract NO:. C-22-MT-004)

Pinellas Suncoast Transit Authority

Name

Notice Name

State the term remaining    11/22/2023

3201 Scherer Drive

Address

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| St. Petersburg | FL | 33716 |

Country

---

**2.1924** State what the contract or lease is for and the nature of the debtor's interest

Purchase and Sale of Three 40FT BEBs and Two Charging Stations (Contract No. p16-2201)

Pioneer Valley Transit Authority

Name

Notice Name

State the term remaining    Unknown

2808 Main St

Address

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| Springfield | MA | 01107 |

Country

---

**2.1925** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (P20-4091)

Pioneer Valley Transit Authority

Name

Notice Name

2808 Main Street

State the term remaining    Unknown

Address

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| Springfield | MA | 01107 |

Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.1926** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | PIP Printing
--- | --- | --- | ---
| | | Name
| | | Notice Name
| **State the term remaining** | Unknown | 1143H Woodruff Rd
| | | Address
| **List the contract number of any government contract** | |

| | Greenville | SC | 29607
--- | --- | --- | ---
| | City | State | ZIP Code
| | Country | |

---

**2.1927** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E24974) | Pittsylvania County Schools
--- | --- | --- | ---
| | | Name
| | | Notice Name
| **State the term remaining** | Unknown | 39 Bank St SE
| | | Address
| **List the contract number of any government contract** | |

| | Chatham | VA | 24531
--- | --- | --- | ---
| | City | State | ZIP Code
| | Country | |

---

**2.1928** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E32902) | Pittsylvania County Schools
--- | --- | --- | ---
| | | Name
| | | Notice Name
| **State the term remaining** | Unknown | 39 Bank St SE
| | | Address
| **List the contract number of any government contract** | |

| | Chatham | VA | 24531
--- | --- | --- | ---
| | City | State | ZIP Code
| | Country | |

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.1929**

**State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Pivotal Media
Name

Notice Name

666 Burrard Street
Address

**State the term remaining**  Unknown

Suite 2800

**List the contract number of any government contract**

| Vancouver | BC | V6C 2Z7 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

---

**2.1930**

**State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Plastic Creations Ltd.
Name

Notice Name

1360 South Lipan Street
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Denver | CO | 80223 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1931**

**State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. 768278)

Plaxton Ltd
Name

Notice Name

Plaxton Park
Address

**State the term remaining**  Unknown

Scarborough

**List the contract number of any government contract**

| Eastfield | | YO11 3BY |
|---|---|---|
| City | State | ZIP Code |

United Kingdom
Country

---

| Debtor: | Proterra Operating Company, Inc. | | Case number *(if known):* | 23-11121 |
|---------|----------------------------------|--|---------------------------|----------|
| | Name | | | |

**2.1932** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO Number: E35070)

Pole Green Services
Name

Notice Name

7030 Pole Green Road
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Mechanicsville | VA | 23113 |
|----------------|-----|-------|
| City | State | ZIP Code |

Country

**2.1933** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO Number: E37657)

Pole Green Services
Name

Notice Name

7030 Pole Green Road
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Mechanicsville | VA | 23113 |
|----------------|-----|-------|
| City | State | ZIP Code |

Country

**2.1934** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO:.E37655)

Pole Green Services
Name

Notice Name

7030 Pole Green Road
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Mechanicsville | VA | 23113 |
|----------------|-----|-------|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**2.1935** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO Number: E37655)

Pole Green Services Inc.

Name

Notice Name

10988 Richardson Rd

**State the term remaining**    Unknown

Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Ashland | VA | 23005 |
| City | State | ZIP Code |

Country

**2.1936** **State what the contract or lease is for and the nature of the debtor's interest**

Contract Provisions (Contract No. P2018-07-Port Arthur)

Port Arthur Transit(PAT)

Name

Notice Name

344 Procter Street

**State the term remaining**    Unknown

Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Port Arthur | TX | 77640 |
| City | State | ZIP Code |

Country

**2.1937** **State what the contract or lease is for and the nature of the debtor's interest**

Change to Purchase Order (4500068446)

Port Authority of NY & NJ

Name

Notice Name

4 World Trade Center

**State the term remaining**    Unknown

Address

150 Greenwich Street

**List the contract number of any government contract**

21st Floor

| | | |
|---|---|---|
| New York | NY | 10007 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1938 | **State what the contract or lease is for and the nature of the debtor's interest** | Change to Purchase Order (Purchase Order No. 4500068446) |

Port Authority of NY & NJ

Name

Notice Name

4 World Trade Center

Address

**State the term remaining** Unknown

150 Greenwich Street, 21st Floor

**List the contract number of any government contract**

| | | |
|---|---|---|
| New York | NY | 10007 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1939 | **State what the contract or lease is for and the nature of the debtor's interest** | Change to Purchase Order (Purchase Order No. 4500068446) |

Port Authority of NY & NJ

Name

Notice Name

4 World Trade Center

Address

**State the term remaining** Unknown

150 Greenwich Street, 21st Floor

**List the contract number of any government contract**

| | | |
|---|---|---|
| New York | NY | 10007 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1940 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order #45000068446 |

Port Authority of NY & NJ

Name

Notice Name

150 Greenwich Street, 21st Floor

Address

**State the term remaining** Unknown

4 World Trade Center

**List the contract number of any government contract**

| | | |
|---|---|---|
| New York | NY | 10007 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*    23-11121

| | | |
|---|---|---|
| 2.1941 | **State what the contract or lease is for and the nature of the debtor's interest** | Standard Warehousing Agreement Terms and Conditions |

Port City Logistics Inc.

Name

Notice Name

5816 Highway 21

Address

| | | |
|---|---|---|
| **State the term remaining** | Unknown | |
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Port Wentworth | GA | 31407 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1942 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E32914) |

Portsmouth City Schools

Name

Notice Name

801 Crawford Street

Address

| | | |
|---|---|---|
| **State the term remaining** | Unknown | |
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Portsmouth | VA | 23704 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1943 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement |

Power Electronics USA

Name

Notice Name

1510 N Hobson St

Address

| | | |
|---|---|---|
| **State the term remaining** | Unknown | |
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Gilbert | AZ | 85233 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

| 2.1944 | State what the contract or lease is for and the nature of the debtor's interest | Product Supply Agreement | Power Electronics USA |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 1510 N Hobson St |
| | State the term remaining | 10/15/2023 | Address |
| | List the contract number of any government contract | | |
| | | | Gilbert / AZ / 85233 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.1945 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (2000000519) | Power Electronics USA |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 1510 N Hobson St |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Gilbert / AZ / 85233 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.1946 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Terms and Conditions for Engineered Equipment | PowerOn Energy Solutions L.P. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 400 Danforth Rd. |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Scarborough / ON / M1L 3X6 |
| | | | City / State / ZIP Code |
| | | | Canada |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121
_____

| | | |
|---|---|---|
| 2.1947 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order Number: 1003) |

PowerOn Energy Solutions LP
_____
Name

_____
Notice Name

700 University Avenue, 19th Floor
_____
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Toronto | ON | M5G 1X6 |
|---|---|---|
| City | State | ZIP Code |

Canada
_____
Country

| | | |
|---|---|---|
| 2.1948 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO Number: E37655) |

Powhatan County Public Schools
_____
Name

_____
Notice Name

4290 Anderson Highway
_____
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Powhatan | VA | 23139 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.1949 | **State what the contract or lease is for and the nature of the debtor's interest** | Beneficiary Master Escrow Agreement |

PRAXIS Technology Escrow, LLC
_____
Name

_____
Notice Name

12540 Broadwell Road, Suite 2201
_____
Address

**State the term remaining**    7/4/2033

**List the contract number of any government contract**

| Milton | GA | 30004 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.1950** **State what the contract or lease is for and the nature of the debtor's interest**

Amendment #3 to Proterra Purchase Order

Precisionworks MFG LLC
Name

Notice Name

463 N Denver Ave
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Loveland | CO | 80537 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1951** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

PrecisionWorks MFG LLC
Name

Notice Name

463 N Denver Ave
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Loveland | CO | 80537 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1952** **State what the contract or lease is for and the nature of the debtor's interest**

AMD 1 To Contract Agreement b/w PTRA and Harvard College

President and Fellows of Harvard College
Name

Notice Name

Harvard University
Address

**State the term remaining** Unknown

Massachusetts Hall

**List the contract number of any government contract**

| Cambridge | MA | 02138 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1953 | **State what the contract or lease is for and the nature of the debtor's interest** | Notice to Proceed - Contract of Purchase |

President and Fellows of Harvard College
Name

Notice Name

Harvard University
Address

Massachusetts Hall

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Cambridge | MA | 02138 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1954 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO# 750772-2000545) |

Prime Electric, Inc.
Name

Notice Name

2023 OToole Ave
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| San Jose | CA | 95131 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1955 | **State what the contract or lease is for and the nature of the debtor's interest** | Standard Terms and Conditions for Contract Services |

Prime Electric, Inc.
Name

Notice Name

13301 SE 26th Street
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Bellevue | WA | 98005 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*:    23-11121

| | | |
|---|---|---|
| **2.1956** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of Four Buses and Charging Stations (Contract No. PA-2021-001-PGC) |

Prince Georges County
Name

Notice Name

9400 Peppercorn Place, Suite 320
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Largo | MD | 20774 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.1957** | **State what the contract or lease is for and the nature of the debtor's interest** | Form of Battery Lease Agreement |

Prince Georges County Maryland
Name

Notice Name

9400 Peppercorn Place
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Largo | MD | 20774 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.1958** | **State what the contract or lease is for and the nature of the debtor's interest** | Form of Battery Lease Agreement |

Prince Georges County Maryland
Name

Notice Name

9400 Peppercorn Place
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Largo | MD | 20774 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.1959**

**State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO:. 4100007098)

Prince Georges County Maryland

Name

Notice Name

9400 Peppercorn Place

**State the term remaining**

Unknown

Address

**List the contract number of any government contract**

| Largo | MD | 20774 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

---

**2.1960**

**State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO:. 4100009149)

Prince Georges County MD

Name

Notice Name

9400 Peppercorn Place

**State the term remaining**

Unknown

Address

**List the contract number of any government contract**

| Largo | MD | 20774 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

---

**2.1961**

**State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO:. 4100013018)

Prince Georges County MD

Name

Notice Name

9400 Peppercorn Place

**State the term remaining**

Unknown

Address

**List the contract number of any government contract**

| Largo | MD | 20774 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1962 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form - Valence Platform | Prince Georges County Transit |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 9400 Peppercorn Place, Suite 320 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Largo / MD / 20774 |
| | | | City / State / ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1963 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E24976) | Prince William County Schools |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 12153 Hooe Road |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Bristow / VA / 20136 |
| | | | City / State / ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1964 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Procurement Equipment LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 701522 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Houston / TX / 77270 |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.1965** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

State the term remaining    Unknown

List the contract number of any government contract

PRO-DEC.com

Name

Notice Name

PO Box 542035

Address

| | | |
|---|---|---|
| Houston | TX | 77023 |
| City | State | ZIP Code |

Country

---

**2.1966** State what the contract or lease is for and the nature of the debtor's interest

Master Services Agreement

State the term remaining    Unknown

List the contract number of any government contract

Productive Design Services Corp

Name

Notice Name

6 Parklane Blvd

Address

| | | |
|---|---|---|
| Dearborn | MI | 48126 |
| City | State | ZIP Code |

Country

---

**2.1967** State what the contract or lease is for and the nature of the debtor's interest

PROJECT GENETICS LLC MASTER SERVICES AGREEMENT

State the term remaining    Unknown

List the contract number of any government contract

Project Genetics LLC

Name

Notice Name

4950 S. Yosemite Street, F2-102

Address

| | | |
|---|---|---|
| Greenwood Village | CO | 80111 |
| City | State | ZIP Code |

Country

---

**Schedule G: Executory Contracts and Unexpired Leases**

| Debtor: | Proterra Operating Company, Inc. | Case number *(if known)*: | 23-11121 |
|---|---|---|---|
| | Name | | |

**2.1968** **State what the contract or lease is for and the nature of the debtor's interest**

Statement of Work

Project Genetics LLC
Name

Notice Name

4950 S. Yosemite Street, F2-102
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Greenwood Village | CO | 80111 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1969** **State what the contract or lease is for and the nature of the debtor's interest**

Master Services Agreement

PROMWAD GmbH
Name

Notice Name

Meisenburgstr. 39
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Essen | | 45133 |
|---|---|---|
| City | State | ZIP Code |

Germany
Country

**2.1970** **State what the contract or lease is for and the nature of the debtor's interest**

Statement of Work No. 2

PROMWAD GmbH
Name

Notice Name

Meisenburgstr. 39
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Essen | | 45133 |
|---|---|---|
| City | State | ZIP Code |

Germany
Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.1971** State what the contract or lease is for and the nature of the debtor's interest

Grayson Thermal Systems Purchase Order (234435)

Proterra GVL/ Van Hool
Name

Notice Name

Bernard Van Hoolstraat 58
Address

State the term remaining | Unknown

List the contract number of any government contract

| Koningshooikt-Lier | | 2500 |
| City | State | ZIP Code |
| Belgium | | |
| Country | | |

**2.1972** State what the contract or lease is for and the nature of the debtor's interest

Master Service Agreement

Protiviti Inc.
Name

Notice Name

2613 Camino Ramon
Address

State the term remaining | Unknown

List the contract number of any government contract

| San Ramon | CA | 94583 |
| City | State | ZIP Code |
| Country | | |

**2.1973** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Public Transportation Safety International Corp
Name

Notice Name

523 W Sixth Street
Address

Suite 1101

State the term remaining | Unknown

List the contract number of any government contract

| Los Angeles | CA | 90014 |
| City | State | ZIP Code |
| Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.1974** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Pure Water Partners LLC
Name

| | | | Notice Name

| | | | 1600 District Ave
Address

**State the term remaining** | Unknown | | Suite #200

**List the contract number of any government contract** | |

| | | Burlington | MA | 01803
| | | City | State | ZIP Code

| | | Country

**2.1975** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Quad City Garage Policy Group
Name

| | | | Notice Name

| | | | 1515 River Drive
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| | | Moline | IL | 61265
| | | City | State | ZIP Code

| | | Country

**2.1976** | **State what the contract or lease is for and the nature of the debtor's interest** | Affidavit and Agreement (PO No. 22011501) | Quail Road, LLC
Name

| | | | Notice Name

| | | | 315 Woodfield Dr
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| | | Easley | SC | 29642
| | | City | State | ZIP Code

| | | Country

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor:  Proterra Operating Company, Inc.

Name

Case number *(if known)*:  23-11121

| 2.1977 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Quanta Laboratories |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | State the term remaining | Unknown | 3199 DeLaCruz Blvd |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Santa Clara | CA | 95054 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |

| 2.1978 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Quench USA, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | State the term remaining | Unknown | 630 Allendale Road |
| | | | Address |
| | List the contract number of any government contract | | Suite 200 |

| | | | King of Prussia | PA | 19406 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |

| 2.1979 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | R&S Erection North Peninsula Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | State the term remaining | Unknown | 133 S. Linden Avenue |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | South San Francisco | CA | 94080 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.1980** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders

R.S. Hughes Co., Inc.
Name

Notice Name

10639 Glenoaks Blvd
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Pacoima | CA | 91331 |
| City | State | ZIP Code |

Country

---

**2.1981** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders

Radio Engineering Industries, Inc
Name

Notice Name

6534 L Street
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Omaha | NE | 68117 |
| City | State | ZIP Code |

Country

---

**2.1982** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders

Radwell International Inc.
Name

Notice Name

1 Millennium Drive
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Willingboro | NJ | 08046 |
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | | |
|---|---|---|---|
| 2.1983 | **State what the contract or lease is for and the nature of the debtor's interest** | Change No. CO-01 - One time PPI Adjustmenet | Raleigh-Durham Airport Authority |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1000 Trade Drive |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | RDU Airport | NC | 27623 |

| | | | |
|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1984 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Agreement | Raleigh-Durham Airport Authority |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1000 Trade Drive |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | RDU Airport | NC | 27623 |
| | | | City | State | ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1985 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement to Purchase Chargers for Electric Vehicles | Ramco Electric Ltd |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5-33 Casebridge Court |
| | **State the term remaining** | Unknown | Address |
| | | | Unit 5 |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Toronto | ON | M1B 3J5 |
| | | | City | State | ZIP Code |
| | | | Canada |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1986 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (78709) | RAMCO ELECTRIC LTD. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5-33 Casebridge Court |
| | **State the term remaining** | Unknown | Address |
| | | | Unit 5 |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| Toronto | ON | M1B 3J5 |
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| | | | |
|---|---|---|---|
| 2.1987 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO Number 00007-0000019248) | RATP DEV DC Circulator |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1710 17th street ne |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| Washington | DC | 20002 |
| City | State | ZIP Code |
| Country | | |

| | | | |
|---|---|---|---|
| 2.1988 | **State what the contract or lease is for and the nature of the debtor's interest** | Vehicle Lease Agreement | RATP Dev USA, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 300 Throckmorton Street, Suite 670 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| Fort Worth | TX | 76102 |
| City | State | ZIP Code |
| Country | | |

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.1989**

| **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Agreement |
|---|---|

RATP Dev USA, Inc.
Name

Notice Name

300 Throckmorton Street, Suite 670
Address

| **State the term remaining** | Unknown |
|---|---|

| **List the contract number of any government contract** | |
|---|---|

| Fort Worth | TX | 76102 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1990**

| **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR AGREEMENT DATED APRIL 1, 2023 |
|---|---|

RATP Dev USA, Inc.
Name

Notice Name

300 Throckmorton Street, Suite 670
Address

| **State the term remaining** | Unknown |
|---|---|

| **List the contract number of any government contract** | |
|---|---|

| Fort Worth | TX | 76102 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1991**

| **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |
|---|---|

Ray Products Company, Inc.
Name

Notice Name

1700 Chablis Avenue
Address

| **State the term remaining** | Unknown |
|---|---|

| **List the contract number of any government contract** | |
|---|---|

| Ontario | CA | 91761 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*:  23-11121
_____

---

**2.1992** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Razorfrog Web Design LLC
_____
Name

_____
Notice Name

153 Wool Street
_____
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

_____

| San Francisco | CA | 94110 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

---

**2.1993** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. 70642)

RDU Accounts Payable
_____
Name

_____
Notice Name

PO Box 80001
_____
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

_____

| Raleigh | NC | 27623 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

---

**2.1994** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. 89787)

RDU Accounts Payable
_____
Name

_____
Notice Name

PO Box 80001
_____
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

_____

| Raleigh | NC | 27623 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*:  23-11121

| | | | |
|---|---|---|---|
| 2.1995 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 89788) | RDU Accounts Payable |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 80001 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Raleigh | NC | 27623 |

Country

| | | | |
|---|---|---|---|
| 2.1996 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Agreement b/w Raleigh-Durham Airport Authority & PTRA | RDU Legal |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1000 Trade Drive |
| | **State the term remaining** | 7/12/2026 | Address |
| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Morrisville | NC | 27560 |

Country

| | | | |
|---|---|---|---|
| 2.1997 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Recaro North America, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Lockbox # 778706 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Chicago | IL | 60677 |

Country

| Debtor: | Proterra Operating Company, Inc. | | Case number *(if known)*: | 23-11121 |
|---|---|---|---|---|
| | Name | | | |

**2.1998** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Recology San Mateo County |
|---|---|---|
| | | | Name |

| | | | |
|---|---|---|---|
| | | | Notice Name |
| **State the term remaining** | Unknown | | 225 Shoreway Road |
| | | | Address |
| **List the contract number of** | | | |
| **any government contract** | | | |

| | San Carlos | CA | 94070 |
|---|---|---|---|
| | City | State | ZIP Code |

| | | |
|---|---|---|
| | Country | |

**2.1999** | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement | Red Points Enterprises, LLC |
|---|---|---|
| | | | Name |

| | | | |
|---|---|---|---|
| | | | Notice Name |
| | | | 334 Cornelia St. |
| **State the term remaining** | Unknown | | Address |
| | | | Suite 350 |
| **List the contract number of** | | | |
| **any government contract** | | | |

| | Plattsburgh | NY | 12901 |
|---|---|---|---|
| | City | State | ZIP Code |

| | | |
|---|---|---|
| | Country | |

**2.2000** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Red Wing Brands of America, Inc. |
|---|---|---|
| | | | Name |

| | | | |
|---|---|---|---|
| | | | Notice Name |
| | | | 1135 El Camino Real |
| **State the term remaining** | Unknown | | Address |
| **List the contract number of** | | | |
| **any government contract** | | | |

| | Millbrae | CA | 94030 |
|---|---|---|---|
| | City | State | ZIP Code |

| | | |
|---|---|---|
| | Country | |

| Debtor: | Proterra Operating Company, Inc. | Case number (if known): | 23-11121 |
| | Name | | |

| 2.2001 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Redline Detection, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 828 W Taft Ave |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Orange            CA            92865 |
| | | | City              State         ZIP Code |
| | | | Country |

| 2.2002 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO No. 1284) | Regional Air Quality Council |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1445 Market Street, Suite 260 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Denver            CO            80202 |
| | | | City              State         ZIP Code |
| | | | Country |

| 2.2003 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO No. 1285) | Regional Air Quality Council |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1445 Market Street, Suite 260 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Denver            CO            80202 |
| | | | City              State         ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

| 2.2004 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement to Purchase and Install Chargers for Electric Vehicles | Regional Transportation Commission of Washoe County |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1105 Terminal Way |
| | **State the term remaining** | Unknown | Address |
| | | | PO Box 30002 |
| | **List the contract number of any government contract** | | |

| | | Reno | NV | 89502 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

| 2.2005 | **State what the contract or lease is for and the nature of the debtor's interest** | AMD 1 to EV Purchase Agreement | Regional Transportation Commission of Washoe County |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1105 Terminal Way |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | Reno | NV | 89502 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

| 2.2006 | **State what the contract or lease is for and the nature of the debtor's interest** | AMD 2 to EV Purchase Agreement | Regional Transportation Commission of Washoe County |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1105 Terminal Way |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | Reno | NV | 89502 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

| 2.2007 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 2 To Transit vehicle Purchase Agreement | Regional Transportation Commission of Washoe County |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 1105 Terminal Way |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | Reno | NV | 89502 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.2008 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No.4 to Transit Vehicle Purchase Agreement; | Regional Transportation Commission of Washoe County |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 1105 Terminal Way |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | Reno | NV | 89502 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.2009 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Amendment | Regional Transportation Commission of Washoe County |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 1105 Terminal Way |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | Reno | NV | 89502 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.2010 | State what the contract or lease is for and the nature of the debtor's interest | Contract Amendment #3 | Regional Transportation Commission of Washoe County |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 1105 Terminal Way |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Reno | NV | 89502 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.2011 | State what the contract or lease is for and the nature of the debtor's interest | Contract Amendment to Agreement dated August 24, 2012 | Regional Transportation Commission of Washoe County |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 1105 Terminal Way |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Reno | NV | 89502 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.2012 | State what the contract or lease is for and the nature of the debtor's interest | Electric Vehicle Purchase Agreement | Regional Transportation Commission of Washoe County |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 1105 Terminal Way, Suite 300 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Reno | NV | 89502 |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.2013 | State what the contract or lease is for and the nature of the debtor's interest | Electric Vehicle Purchase Agreement | Regional Transportation Commission of Washoe County |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1105 Terminal Way |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Reno |  NV | 89502 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

| 2.2014 | State what the contract or lease is for and the nature of the debtor's interest | Electric Vehicle Purchase Agreement | Regional Transportation Commission of Washoe County |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1105 Terminal Way |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Reno |  NV | 89502 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

| 2.2015 | State what the contract or lease is for and the nature of the debtor's interest | Electric Vehicle Purchase Agreement | Regional Transportation Commission of Washoe County |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1105 Terminal Way |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Reno |  NV | 89502 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.2016 | State what the contract or lease is for and the nature of the debtor's interest | Electric Vehicle Purchase Agreement | Regional Transportation Commission of Washoe County |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1105 Terminal Way |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Reno          NV          89502 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

| 2.2017 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO-0032655) | Regional Transportation Commission of Washoe County |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 30002 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Reno          NV          89520 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

| 2.2018 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO-0033794) | Regional Transportation Commission of Washoe County |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 30002 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Reno          NV          89520 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.2019 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO-0033794) | Regional Transportation Commission of Washoe County |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | Unknown | PO Box 30002 |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Reno · NV · 89520 |
| | | | City · State · ZIP Code |
| | | | |
| | | | Country |
| 2.2020 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. PO-0034390) | Regional Transportation Commission of Washoe County |
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | Unknown | P.O. Box 30002 |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Reno · NV · 89520 |
| | | | City · State · ZIP Code |
| | | | |
| | | | Country |
| 2.2021 | **State what the contract or lease is for and the nature of the debtor's interest** | Terms and Conditions - Applying to Subcontractors | Regional Transportation Commission of Washoe County |
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 1105 Terminal Way |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Reno · NV · 89502 |
| | | | City · State · ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.2022 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | RELX Inc. DBA LexisNexis |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 313 Washington St |
| | State the term remaining | Unknown | Address |
| | | | Suite 400 |
| | List the contract number of any government contract | | |
| | | | Newton | MA | 02458 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.2023 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | REMA USA LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 385 South Woods Drive |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Fountain Inn | SC | 29644 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.2024 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement | Republic Services #744 |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 18500 North Allied Way |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Phoenix | AZ | 85054 |
| | | | City | State | ZIP Code |
| | | | Country |

| Debtor: | Proterra Operating Company, Inc. | Case number *(if known)*: | 23-11121 |
| | Name | | |

| 2.2025 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 1 to Contract No. #19-017 | Research Triangle Regional Public Transportation Authority |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 4600 Emperor Boulevard, Suite 101 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Durham | NC | 27703 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.2026 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of Two 40FT BEBs and Two Charging Stations | Research Triangle Regional Public Transportation Authority |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 4600 Emperor Boulevard, Suite 101 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Durham | NC | 27703 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.2027 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of Two 40FT BEBs and Two Charging Stations (Contract No. 19-017) | Research Triangle Regional Public Transportation Authority |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 4600 Emperor Boulevard, Suite 101 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Durham | NC | 27703 |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

**2.2028** State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders

Resource Intl. Inc.

Name

Notice Name

6350 Presidential Gateway

State the term remaining | Unknown

Address

List the contract number of any government contract

| Columbus | OH | 43231 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.2029** State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement

Resources Connection, Inc.

Name

Notice Name

11999 San Vicente Blvd

State the term remaining | Unknown

Address

Penthouse

List the contract number of any government contract

| Los Angeles | CA | 90049 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.2030** State what the contract or lease is for and the nature of the debtor's interest | Development and Supply Agreement

Rhombus Energy Solutions

Name

Notice Name

12245 World Trade Drive, Suite G

State the term remaining | Unknown

Address

List the contract number of any government contract

| San Diego | CA | 92128 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):* 23-11121

| 2.2031 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendment to Development and Supply Agreement | Rhombus Energy Solutions |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 12245 World Trade Drive, Suite G |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | San Diego | CA | 92128 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.2032 | **State what the contract or lease is for and the nature of the debtor's interest** | Second Amendment to Development and Supply Agreement | Rhombus Energy Solutions |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 12245 World Trade Drive, Suite G |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | San Diego | CA | 92128 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.2033 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | RICON CORPORATION |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 100936 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Pasadena | CA | 91189-0936 |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.2034 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Rincon Power, LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 6381 Rose Lane, STE A |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Carpinteria |
| | | | City: Carpinteria  State: CA  ZIP Code: 93013 |
| | | | Country |

| 2.2035 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (156155) | Rivian Automotive, LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 100 N. Rivian Motorway |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | City: Normal  State: IL  ZIP Code: 61761 |
| | | | Country |

| 2.2036 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (156155-3) | Rivian Automotive, LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 100 N. Rivian Motorway |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | City: Normal  State: IL  ZIP Code: 61761 |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.2037 | **State what the contract or lease is for and the nature of the debtor's interest** | Pricing Agreement | RLJ SERVICE LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 128 Milestone Way |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Greenville     SC     29615 |
| | | | City     State     ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2038 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Chief Accounting Officer Position | Robert Half International Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1850 Gateway Dr STE 200 |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | San Mateo     CA     94404 |
| | | | City     State     ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2039 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO #DP 22839) | Rock Hill South Carolina |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 757 S. Anderson Rd. |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Rock Hill     SC     29730 |
| | | | City     State     ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.2040 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO #DP 25518) | Rock Hill South Carolina |
| | | | Name |
| | | | Notice Name |
| | | | 757 S. Anderson Rd. |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| | | Rock Hill | SC | 29730 |
| | | City | State | ZIP Code |
| | | Country | | |

| | | | |
|---|---|---|---|
| 2.2041 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO #DP 26644) | Rock Hill South Carolina |
| | | | Name |
| | | | Notice Name |
| | | | 757 S. Anderson Rd. |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| | | Rock Hill | SC | 29730 |
| | | City | State | ZIP Code |
| | | Country | | |

| | | | |
|---|---|---|---|
| 2.2042 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement for Purchase | Rock Island County Metropolitan Mass Transit District |
| | | | Name |
| | | | Notice Name |
| | | | 1515 River Drive |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| | | Moline | IL | 61265 |
| | | City | State | ZIP Code |
| | | Country | | |

| Debtor: | Proterra Operating Company, Inc. | Case number *(if known)*: | 23-11121 |
|---|---|---|---|

| 2.2043 | State what the contract or lease is for and the nature of the debtor's interest | AMD 3 Contract for RFP 2016 EBUS-02 (Amendment No. 03) | Rock Island County Metropolitan Mass Transit District |
|---|---|---|---|

Name

Name

Notice Name

1515 River Drive

| State the term remaining | Unknown | Address |
|---|---|---|

| List the contract number of any government contract | | |
|---|---|---|

| Moline | IL | 61265 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.2044 | State what the contract or lease is for and the nature of the debtor's interest | Amendment No. 2 Contract for RFP 2019 EBUS-02 | Rock Island County Metropolitan Mass Transit District |
|---|---|---|---|

Name

Notice Name

1515 River Drive

| State the term remaining | Unknown | Address |
|---|---|---|

| List the contract number of any government contract | | |
|---|---|---|

| Moline | IL | 61265 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.2045 | State what the contract or lease is for and the nature of the debtor's interest | Battery Lease Agreement | Rock Island County Metropolitan Mass Transit District |
|---|---|---|---|

Name

Notice Name

1515 River Drive

| State the term remaining | Unknown | Address |
|---|---|---|

| List the contract number of any government contract | | |
|---|---|---|

| Moline | IL | 61265 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | | |
|---|---|---|---|---|
| 2.2046 | **State what the contract or lease is for and the nature of the debtor's interest** | Capital Lease Agreement | Rock Island County Metropolitan Mass Transit District | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 1515 River Drive | |
| | **State the term remaining** | Unknown | Address | |
| | | | | |
| | **List the contract number of any government contract** | | | |
| | | | Moline | IL | 61265 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.2047 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Agreement (Agreement No. PA-2022-001-RRM) | Rock Region Metro | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 901 Maple Street | |
| | **State the term remaining** | Unknown | Address | |
| | | | | |
| | **List the contract number of any government contract** | | | |
| | | | North Little Rock | AR | 72114 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.2048 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (2000002353) | Rock Region Metro | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 901 MAPLE ST | |
| | **State the term remaining** | Unknown | Address | |
| | | | | |
| | **List the contract number of any government contract** | | | |
| | | | NORTH LITTLE ROCK | AR | 72114-4647 |
| | | | City | State | ZIP Code |
| | | | Country | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known):* 23-11121

---

**2.2049** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (2000002353)

Rock Region Metro

Name

Notice Name

901 MAPLE ST

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| NORTH LITTLE ROCK | AR | 72114-4647 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.2050** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (2000002357)

Rock Region Metro

Name

Notice Name

901 MAPLE ST

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| NORTH LITTLE ROCK | AR | 72114-4647 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.2051** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (2000002357)

Rock Region Metro

Name

Notice Name

901 MAPLE ST

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| NORTH LITTLE ROCK | AR | 72114-4647 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2052 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (2000002357) | Rock Region Metro |
| | | | Name |
| | | | Notice Name |
| | | | 901 MAPLE ST |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | NORTH LITTLE ROCK  AR  72114-4647 |
| | | | City  State  ZIP Code |
| | | | Country |
| 2.2053 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (2000002619) | Rock Region Metro |
| | | | Name |
| | | | Notice Name |
| | | | 901 MAPLE ST |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | NORTH LITTLE ROCK  AR  72114-4647 |
| | | | City  State  ZIP Code |
| | | | Country |
| 2.2054 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Romeo Rim, Inc. |
| | | | Name |
| | | | Notice Name |
| | | | 74000 Van Dyke Rd. |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Romeo  MI  48065 |
| | | | City  State  ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.2055** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Ron Whites Air Compressor Sales
Name

Notice Name

4019 S. Murray Ave
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Anderson | SC | 29624 |
| City | State | ZIP Code |

Country

**2.2056** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Rosco Collision Avoidance, Inc.
Name

Notice Name

90-21 144th Pl.
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Jamaica | NY | 11435 |
| City | State | ZIP Code |

Country

**2.2057** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Rotaloc Intl, LLC
Name

Notice Name

9903 Titan Ct.
Address

**State the term remaining** | Unknown

Suite 15

**List the contract number of any government contract**

| Littleton | CO | 80125 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.2058** **State what the contract or lease is for and the nature of the debtor's interest**

Amendment No.1 To Development Agreement

Roush CleanTech, LLC
Name

Notice Name

12170 Globe Street

**State the term remaining** 9/29/2024
Address

**List the contract number of any government contract**

| Livonia | MI | 48150 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.2059** **State what the contract or lease is for and the nature of the debtor's interest**

Temporary Development Agreement Extension

Roush CleanTech, LLC
Name

Notice Name

12170 Globe Street

**State the term remaining** Unknown
Address

**List the contract number of any government contract**

| Livonia | MI | 48150 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.2060** **State what the contract or lease is for and the nature of the debtor's interest**

PURCHASE ORDER - Change Order (PO No. R03-0000417075)

ROUSH INDUSTRIES, INC.
Name

Notice Name

B502-S&R

**State the term remaining** Unknown
Address

28330 Plymouth Rd.

**List the contract number of any government contract**

| Livonia | MI | 48150 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known):* 23-11121

| 2.2061 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER - Change Order (PO No. R03-0000417075) | ROUSH INDUSTRIES, INC. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 333 Republic Drive |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | City | Allen Park | State | MI | ZIP Code | 48101 |
|---|---|---|---|---|---|---|---|

Country

| 2.2062 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER - Change Order (PO No. R03-0000417075) | ROUSH INDUSTRIES, INC. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 333 Republic Drive |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | City | Allen Park | State | MI | ZIP Code | 48101 |
|---|---|---|---|---|---|---|---|

Country

| 2.2063 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER - Change Order (PO No. R03-0000423912) | ROUSH INDUSTRIES, INC. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 28330 Plymouth Rd. |
| | State the term remaining | Unknown | Address |
| | | | Roush Docket No. 81 |
| | List the contract number of any government contract | | |

| | | City | Livonia | State | MI | ZIP Code | 48150 |
|---|---|---|---|---|---|---|---|

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2064 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER - Change Order (PO No. R03-0000423912) |

ROUSH INDUSTRIES, INC.

Name

Notice Name

333 Republic Drive

**State the term remaining**    Unknown

Address

**List the contract number of any government contract**

| Allen Park | MI | 48101 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2065 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER - Change Order (PO No. R03-0000440739) |

ROUSH INDUSTRIES, INC.

Name

Notice Name

333 Republic Drive

**State the term remaining**    Unknown

Address

**List the contract number of any government contract**

| Allen Park | MI | 48101 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2066 | **State what the contract or lease is for and the nature of the debtor's interest** | Exhibit A |

Roy, Meredith

Name

Notice Name

120 Puckett Mill Drive

**State the term remaining**    Unknown

Address

**List the contract number of any government contract**

| Central | SC | 29630 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | | | |
|---|---|---|---|---|
| 2.2067 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | RS Americas, Inc. | |
| | | | Name | |
| | | | Notice Name | |
| | State the term remaining | Unknown | 7151 Jack Newell Blvd., South | |
| | | | Address | |
| | List the contract number of any government contract | | | |
| | | | Fort Worth | TX | 76118 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.2068 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO:. 4100007098) | RST Electrical & Mechanical Contractors, Inc. | |
| | | | Name | |
| | | | Notice Name | |
| | State the term remaining | Unknown | 6035 Dix Street NE | |
| | | | Address | |
| | List the contract number of any government contract | | | |
| | | | Washington | DC | 20019 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.2069 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement | Rutan & Tucker, LLP | |
| | | | Name | |
| | | | Notice Name | |
| | State the term remaining | Unknown | 18575 Jamboree Road 9th Floor | |
| | | | Address | |
| | List the contract number of any government contract | | | |
| | | | Irvine | CA | 92612 |
| | | | City | State | ZIP Code |
| | | | Country | |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.2070 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter | Rutlen Associates |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Unknown | 1100 Broadway # 7216 |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | Redwood City CA 94063 |
| | | | City State ZIP Code |
| | | | Country |

| 2.2071 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Ryerson, Inc. - Greenville |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Unknown | PO Box 905716 |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | Charlotte NC 28290 |
| | | | City State ZIP Code |
| | | | Country |

| 2.2072 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | S & A Systems, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Unknown | 992 Sids Road |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | Rockwall TX 75032-6512 |
| | | | City State ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.2073 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO:. 8209-EWR-154-399-WO#14) | S&J Electrical Contractors |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 34 Ravenswood Lane, Scotch Plains |
| | State the term remaining | Unknown | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | Scotch Plains | NJ | 07076 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2074 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | S. Sterling Company |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 102 International Drive |
| | State the term remaining | Unknown | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | Peachtree City | GA | 30269 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2075 | State what the contract or lease is for and the nature of the debtor's interest | Order Form - Valence Platform | Sacramento County Airport System |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Central Warehouse |
| | State the term remaining | Unknown | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | Sacramento | CA | 95837 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.2076** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PA81245143) | Sacramento County Airport System Central Warehouse
--- | --- | --- | ---
| | | Name
| | | 
| | | Notice Name
| | | 6741 Lindbergh Drive
**State the term remaining** | Unknown | | Address
| | |
**List the contract number of any government contract** | | |
| | | Sacramento | CA | 95837
| | | City | State | ZIP Code
| | | Country

**2.2077** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PA81245143) | Sacramento County Airport System Central Warehouse
| | | Name
| | |
| | | Notice Name
| | | 6741 Lindbergh Drive
**State the term remaining** | Unknown | | Address
| | |
**List the contract number of any government contract** | | |
| | | Sacramento | CA | 95837
| | | City | State | ZIP Code
| | | Country

**2.2078** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PA81335877) | Sacramento International Airport
| | | Name
| | |
| | | Notice Name
| | | 7207 Earhart Drive
**State the term remaining** | Unknown | | Address
| | |
**List the contract number of any government contract** | | |
| | | Sacramento | CA | 95837
| | | City | State | ZIP Code
| | | Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.2079** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PA81337724)

Sacramento International Airport
Name

Notice Name

7207 Earhart Drive
Address

State the term remaining — Unknown

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| Sacramento | CA | 95837 |

Country

---

**2.2080** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PA81337724)

Sacramento International Airport
Name

Notice Name

7207 Earhart Drive
Address

State the term remaining — Unknown

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| Sacramento | CA | 95837 |

Country

---

**2.2081** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PA81379612)

Sacramento International Airport
Name

Notice Name

7207 Earhart Drive
Address

State the term remaining — Unknown

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| Sacramento | CA | 95837 |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.2082 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract for Purchase of Catalyst E2 Buses | Sacramento Regional Transit District |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 2110 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Sacramento     CA     95812-2110 |
| | | | City     State     ZIP Code |
| | | | |
| | | | Country |
| 2.2083 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendment to Contract for Purchase of Catalyst E2 Buses | Sacramento Regional Transit District |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1323 28th Street |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Sacramento     CA     95816 |
| | | | City     State     ZIP Code |
| | | | |
| | | | Country |
| 2.2084 | **State what the contract or lease is for and the nature of the debtor's interest** | Second Amendment to Contract for Purchase of Catalyst E2 Buses | Sacramento Regional Transit District |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 2110 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Sacramento     CA     95812-2110 |
| | | | City     State     ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Case number *(if known):*  23-11121

Name

| 2.2085 | **State what the contract or lease is for and the nature of the debtor's interest** | Third Amendment to Contract for Purchase of Catalyst E2 Buses | Sacramento Regional Transit District |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | PO Box 2110 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Sacramento          CA          95812-2110 |
| | | | City          State          ZIP Code |
| | | | Country |

| 2.2086 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Safe Fleet Bus & Rail |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 319 Roske Drive |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Elkhart          IN          46516 |
| | | | City          State          ZIP Code |
| | | | Country |

| 2.2087 | **State what the contract or lease is for and the nature of the debtor's interest** | Software as a Service Agreement (V.20211101) | SailPoint Technologies Inc |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 11120 Four Points Dr Ste 100 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Austin          TX          78726 |
| | | | City          State          ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.2088 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Salem Tools, Inc |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1602 Midland Road |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |

| | | | |
|---|---|---|
| Salem | VA | 24153 |
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.2089 | **State what the contract or lease is for and the nature of the debtor's interest** | Salesforce Order Form | Sales Force |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 415 Mission Street, 3rd Floor |
| | **State the term remaining** | 5/14/2024 | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |

| | | | |
|---|---|---|
| San Francisco | CA | 94105 |
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.2090 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form - Tableau - Viewer (Server) | Salesforce, Inc |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 415 Mission Street, 3rd Floor |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |

| | | | |
|---|---|---|
| San Francisco | CA | 94105 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.2091** **State what the contract or lease is for and the nature of the debtor's interest**

Order Form Quote Number Q-07220677

Salesforce, Inc
Name

Notice Name

415 Mission Street, 3rd Floor
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| San Francisco | CA | 94105 |

Country

---

**2.2092** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO 211137)

San Diego County Regional Airport Authority
Name

Notice Name

PO Box 82776
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| San Diego | CA | 92138 |

Country

---

**2.2093** **State what the contract or lease is for and the nature of the debtor's interest**

Change Order Form (PO#211137 O2)

San Diego International Airport
Name

Notice Name

P.O. Box 82776
Address

Marc Nichols

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| San Diego | CA | 92138 |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.2094 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form | San Francisco Airport (SFO) |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 790 N McDonnell Road |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | San Francisco | CA | 94128 |
|---|---|---|---|
| | City | State | ZIP Code |
| | Country | | |

| 2.2095 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form: Valence Platform | San Francisco Airport (SFO) |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 14325 W 95th Street |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | Lenexa | KS | 66215 |
|---|---|---|---|
| | City | State | ZIP Code |
| | Country | | |

| 2.2096 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (381716) | San Francisco City County |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | One South Van Ness Ave 8th FL |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | San Francisco | CA | 94103 |
|---|---|---|---|
| | City | State | ZIP Code |
| | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known):* 23-11121

| | | | |
|---|---|---|---|
| 2.2097 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 0000238474) | San Francisco City County |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1 Dr. Carlton B. Goodlett Place |
| | **State the term remaining** | Unknown | Address |
| | | | City Hall, Room 430 |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |

| San Francisco | CA | 94102 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.2098 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 0000238474) | San Francisco City County |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1 Dr. Carlton B. Goodlett Place |
| | **State the term remaining** | Unknown | Address |
| | | | City Hall, Room 430 |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |

| San Francisco | CA | 94102 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.2099 | **State what the contract or lease is for and the nature of the debtor's interest** | AMD 2 Contract No. 2016-022-MSE (2016-022-MSE) | San Joaquin Regional Transit District |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 421 East Weber Avenue |
| | **State the term remaining** | Unknown | Address |
| | | | PO Box 201010 |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |

| Stockton | CA | 95202 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.2100 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Amendment No.1 to Contract No.2016-022-MSE (2016-022-MSE) | San Joaquin Regional Transit District |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 221 East North First Street |
| | **State the term remaining** | Unknown | Address |
| | | | PO Box 201010 |
| | **List the contract number of** | | |
| | **any government contract** | | |

| | | | Stockton | CA | 95201 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

| 2.2101 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract No. 001 SJRTD and PTRA Purchase and Sale (Contract No. 001) | San Joaquin Regional Transit District |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 201010 |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |

| | | | Stockton | CA | 95201 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

| 2.2102 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendment to Contract Agreement Dated November 19, 2012 | San Joaquin Regional Transit District |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 421 E Weber Ave |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |

| | | | Stockton | CA | 95202 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.2103 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form | San Joaquin Regional Transit District |
|---|---|---|---|

Name

Notice Name

421 East Weber Avenue

| | **State the term remaining** | Unknown | Address |
|---|---|---|---|

| | **List the contract number of any government contract** | | |
|---|---|---|---|

| | | | Stockton | CA | 95202 |
|---|---|---|---|---|---|

City | State | ZIP Code

Country

| 2.2104 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form: Valence Platform | San Joaquin Regional Transit District |
|---|---|---|---|

Name

Notice Name

421 East Weber Ave

| | **State the term remaining** | Unknown | Address |
|---|---|---|---|

| | **List the contract number of any government contract** | | |
|---|---|---|---|

| | | | Stockton | CA | 95202 |
|---|---|---|---|---|---|

City | State | ZIP Code

Country

| 2.2105 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (P122487) | San Joaquin Regional Transit District |
|---|---|---|---|

Name

Notice Name

PO Box 201010

| | **State the term remaining** | Unknown | Address |
|---|---|---|---|

| | **List the contract number of any government contract** | | |
|---|---|---|---|

| | | | Stockton | CA | 95201 |
|---|---|---|---|---|---|

City | State | ZIP Code

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.2106 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (P122555) | San Joaquin Regional Transit District |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 201010 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Stockton | CA | 95201 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.2107 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO #P128145) | San Joaquin Regional Transit District |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 421 East Weber Ave |
| | **State the term remaining** | Unknown | Address |
| | | | PO Box 201010 |
| | **List the contract number of any government contract** | | |
| | | | Stockton | CA | 95201 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.2108 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Order #: 232107) | San Luis Coastal Unified |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1500 Lizzie Street |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | San Luis Obispo | CA | 93401-3062 |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor:  Proterra Operating Company, Inc.
Name

Case number (if known):  23-11121

| 2.2109 | State what the contract or lease is for and the nature of the debtor's interest | Valence Platform Agreement | San Luis Coastal USD |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1500 Lizzie St |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | San Luis Obispo / CA / 93401 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.2110 | State what the contract or lease is for and the nature of the debtor's interest | AMD 2 To Contract No. 18 Purchase and Delivery (Amendment No. 3 to Contract No. 18-S-M-002) | San Mateo County Tax Collector |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1250 San Carlos Avenue |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | San Carlos / CA / 94070 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.2111 | State what the contract or lease is for and the nature of the debtor's interest | Amendment No. 2 To Contract No. 18-S-M-002 (18-S-M-002) | San Mateo County Tax Collector |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1250 San Carlos Avenue |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | San Carlos / CA / 94070 |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.2112 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. SAMTR-000017647A) |

San Mateo County Tax Collector

Name

Notice Name

1250 San Carlos Ave.

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| San Carlos | CA | 94070-2468 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2113 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 1 to Contract No. P16130 (Contract NO:.P16130) |

Santa Clara Valley Transportation Authority

Name

Notice Name

3331 N. First Street, Building A

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| San Jose | CA | 95134-1906 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2114 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 1 to Contract No. P16265 (Contract NO:.P16265) |

Santa Clara Valley Transportation Authority

Name

Notice Name

3331 N. First Street, Building A

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| San Jose | CA | 95134-1906 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.2115 | State what the contract or lease is for and the nature of the debtor's interest | Beneficiary Master Escrow Agreement | Santa Clara Valley Transportation Authority |
|---|---|---|---|

Name

Notice Name

3331 North First Street, Building A
Address

| State the term remaining | 7/4/2033 |
|---|---|

List the contract number of any government contract

| San Jose | CA | 95134 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.2116 | State what the contract or lease is for and the nature of the debtor's interest | Contract (P16130) | Santa Clara Valley Transportation Authority |
|---|---|---|---|

Name

Notice Name

3331 N. First Street, Building A
Address

| State the term remaining | Unknown |
|---|---|

List the contract number of any government contract

| San Jose | CA | 95134-1906 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.2117 | State what the contract or lease is for and the nature of the debtor's interest | Contract No. P16130 (Contract NO:.P16130) | Santa Clara Valley Transportation Authority |
|---|---|---|---|

Name

Notice Name

3331 N. First Street, Building A
Address

| State the term remaining | Unknown |
|---|---|

List the contract number of any government contract

| San Jose | CA | 95134-1906 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.2118** | **State what the contract or lease is for and the nature of the debtor's interest** | Contract No. P16265 (Contract NO:.P16265)

Santa Clara Valley Transportation Authority
Name

Notice Name

3331 N. First Street, Building A
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| San Jose | CA | 95134-1906 |
| City | State | ZIP Code |

Country

---

**2.2119** | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re FRP P16130 - Proterra's Best and Final Offer Submittal (1. CER 1 Electric Bus Price Schedule)

Santa Clara Valley Transportation Authority
Name

Notice Name

3331 North First Street, Building A-PCMM
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| San Jose | CA | 95134-1906 |
| City | State | ZIP Code |

Country

---

**2.2120** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. P16130/1)

Santa Clara Valley Transportation Authority
Name

Notice Name

3990 Zanker Rd.
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| San Jose | CA | 95134 |
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.2121** **State what the contract or lease is for and the nature of the debtor's interest**

Contract Blanket (Order Number: 19-4006 G)

Santa Cruz METRO
Name

Notice Name

110 Vernon Street
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Santa Cruz | CA | 95060 |

Country

---

**2.2122** **State what the contract or lease is for and the nature of the debtor's interest**

Contract Blanket (Order Number: 19-4008 G)

Santa Cruz METRO
Name

Notice Name

110 Vernon Street
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Santa Cruz | CA | 95060 |

Country

---

**2.2123** **State what the contract or lease is for and the nature of the debtor's interest**

Contract Blanket (Order Number: 19-4009 G)

Santa Cruz METRO
Name

Notice Name

110 Vernon Street
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Santa Cruz | CA | 95060 |

Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.2124 | **State what the contract or lease is for and the nature of the debtor's interest** | Notice to Proceed - Contract No. 17-20 (Contract No. 17-20) | Santa Cruz Metro |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 110 Vernon Street |
| | **State the term remaining** | 4/11/2024 | Address |
| | **List the contract number of any government contract** | | |
| | | | Santa Cruz     CA     95060 |
| | | | City     State     ZIP Code |
| | | | Country |
| 2.2125 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (22-9118 L Revision 1) | Santa Cruz Metro |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 110 Vernon Street |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Santa Cruz     CA     95060 |
| | | | City     State     ZIP Code |
| | | | Country |
| 2.2126 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (22-9118 L) | Santa Cruz Metro |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 110 Vernon Street |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Santa Cruz     CA     95060 |
| | | | City     State     ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

---

**2.2127** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (23-0064 L)

Santa Cruz Metro
Name

Notice Name

110 Vernon Street
Address

State the term remaining — Unknown

List the contract number of any government contract

| Santa Cruz | CA | 95060 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.2128** State what the contract or lease is for and the nature of the debtor's interest

AMD 1 - Contract No. 17-20 (17-20)

Santa Cruz Metropolitan Transit District
Name

Notice Name

110 Vernon Street
Address

State the term remaining — Unknown

List the contract number of any government contract

| Santa Cruz | CA | 95060 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.2129** State what the contract or lease is for and the nature of the debtor's interest

AMD 2 - Contract No. 17-20 (17-20)

Santa Cruz Metropolitan Transit District
Name

Notice Name

110 Vernon Street
Address

State the term remaining — Unknown

List the contract number of any government contract

| Santa Cruz | CA | 95060 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor:  Proterra Operating Company, Inc.

Name

Case number *(if known)*:  23-11121

| | | |
|---|---|---|
| 2.2130 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract No. 17-20 Exhibit D Cover Sheet |

Santa Cruz Metropolitan Transit District
Name

Notice Name

**State the term remaining**  Unknown

138 Golf Club Drive
Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Santa Cruz | CA | 95060 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2131 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract No. 17-20 for PURCHASE AND DELIVERY (Contract No. 17-20) |

Santa Cruz Metropolitan Transit District
Name

Notice Name

**State the term remaining**  4/11/2024

110 Vernon Street
Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Santa Cruz | CA | 95060 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2132 | **State what the contract or lease is for and the nature of the debtor's interest** | Additional Terms and Conditions |

Santa Maria Regional Transit
Name

Notice Name

**State the term remaining**  Unknown

1303 Fairway Dr
Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Santa Maria | CA | 93455 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.2133 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Sanz Kenway |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2555 Lake Ave |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Fairmont / MN / 56031 |
| | | | City / State / ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2134 | State what the contract or lease is for and the nature of the debtor's interest | Affidavit and Agreement (PO No. 22011019) | Satterfield Woodworking Inc |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1727 Poplar Drive Ext |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Greer / SC / 29651 |
| | | | City / State / ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2135 | State what the contract or lease is for and the nature of the debtor's interest | AMD 1 License Agreement by and b/w SBIAA and PTRA | SBIAA |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1601 East Third Street, Suite 100 |
| | State the term remaining | 6/30/2022 | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | San Bernardino / CA / 92408 |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.2136** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

SC Mech Solution, Inc.

Name

Notice Name

2241 Paragon Dr.

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| San Jose | CA | 95131 |
|----------|-----|---------|
| City | State | ZIP Code |

Country

---

**2.2137** **State what the contract or lease is for and the nature of the debtor's interest**

Revitalization Agreement (EZ#: EZ2142 3454A)

SC-Coordinating Council for Economic Development

Name

Notice Name

1201 Main Street, suite 1600

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Columbia | SC | 29201 |
|----------|-----|---------|
| City | State | ZIP Code |

Country

---

**2.2138** **State what the contract or lease is for and the nature of the debtor's interest**

Revitalization Agreement (EZ2142 3454A)

SC-Coordinating Council for Economic Development

Name

Notice Name

1201 Main St, STE 1600

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Columbia | SC | 29201 |
|----------|-----|---------|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.2139 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO #: 15133SB-CH) | Schetky Bus and Van Sales |
|---|---|---|---|

Name

Notice Name

4111 E B Circle
Address

| State the term remaining | Unknown |
|---|---|

List the contract number of
any government contract

| Pasco | WA | 99301 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.2140 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO: 15311SB-CH) | Schetky Bus and Van Sales |
|---|---|---|---|

Name

Notice Name

4111 E B Circle
Address

| State the term remaining | Unknown |
|---|---|

List the contract number of
any government contract

| Pasco | WA | 99301 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.2141 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO:.15130SB-CH) | SCHETKY BUS AND VAN SALES |
|---|---|---|---|

Name

Notice Name

4111 E B CIRCLE
Address

| State the term remaining | Unknown |
|---|---|

List the contract number of
any government contract

| PASCO | WA | 99301 |
|---|---|---|
| City | State | ZIP Code |

Country

| Debtor: | Proterra Operating Company, Inc. | | Case number *(if known):* | 23-11121 |
|---|---|---|---|---|
| | Name | | | |

**2.2142** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Schleuniger, Inc
Name

Notice Name

87 Colin Drive
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Manchester | NH | 03103 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.2143** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Seagate Plastics Company
Name

Notice Name

1110 Disher Drive
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Waterville | OH | 43566 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.2144** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Seal Methods, Inc
Name

Notice Name

11915 Shoemaker Avenue
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Santa Fe Springs | CA | 90670 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2145 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Sealcon, LLC
Name

Notice Name

14853 E. Hinsdale Ave
Address

**State the term remaining**   Unknown

Suite D

**List the contract number of any government contract**

| Centennial | CO | 80112 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2146 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Sealeze
Name

Notice Name

22465 Network Pl
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Chicago | IL | 60673-2246 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2147 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Sealing Devices INC
Name

Notice Name

4400 Walden Ave
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Lancaster | NY | 14086 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121
_____

| | | |
|---|---|---|
| 2.2148 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders |
| | | Securitas Security Service USA |
| | | Name |
| | | |
| | | Notice Name |
| | State the term remaining | Unknown |
| | | PO Box 403412 |
| | | Address |
| | List the contract number of any government contract | |
| | | Atlanta / GA / 30384 |
| | | City / State / ZIP Code |
| | | Country |

City: Atlanta   State: GA   ZIP Code: 30384

| | | |
|---|---|---|
| 2.2149 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders |
| | | SEFAC USA, Inc |
| | | Name |
| | | |
| | | Notice Name |
| | State the term remaining | Unknown |
| | | 381 Nina Way |
| | | Address |
| | List the contract number of any government contract | |
| | | Warminster / PA / 18974 |
| | | City / State / ZIP Code |
| | | Country |

City: Warminster   State: PA   ZIP Code: 18974

| | | |
|---|---|---|
| 2.2150 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement |
| | | Seica |
| | | Name |
| | | |
| | | Notice Name |
| | State the term remaining | Unknown |
| | | 110 Avco Road |
| | | Address |
| | List the contract number of any government contract | |
| | | Haveehill / MA / 01835 |
| | | City / State / ZIP Code |
| | | Country |

City: Haveehill   State: MA   ZIP Code: 01835

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121

---

**2.2151** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Seifert Graphics, Inc.
Name

|  |  |  | Notice Name |
|  | **State the term remaining** | 4/18/2024 | 6133 Judd Rd
Address |

**List the contract number of any government contract**

|  |  |  | Orfskany | NY | 13424 |
|  |  |  | City | State | ZIP Code |

Country

---

**2.2152** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Sensata Technologies, Inc.
Name

Notice Name

**State the term remaining** | Unknown | 529 Pleasant St
Address

**List the contract number of any government contract**

Attleboro | MA | 02703
City | State | ZIP Code

Country

---

**2.2153** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Sentek Dynamics, Inc.
Name

Notice Name

**State the term remaining** | Unknown | 2090 Duane Ave
Address

**List the contract number of any government contract**

Santa Clara | CA | 95054
City | State | ZIP Code

Country

---

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known):* 23-11121

| 2.2154 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Seon Design (USA) Corp DBA MobileView |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 1313 East Maple Street |
| | **State the term remaining** | Unknown | Address |
| | | | Suite 231 |
| | **List the contract number of any government contract** | | |
| | | | Bellingham WA 98225 |
| | | | City State ZIP Code |
| | | | Country |

| 2.2155 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Service Transport INC, (STI) |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 1441 S Buncombe Rd |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Greer SC 29651 |
| | | | City State ZIP Code |
| | | | Country |

| 2.2156 | **State what the contract or lease is for and the nature of the debtor's interest** | ServiceMax - Sales Order Form (Contract No. Q-34500) | ServiceMax Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 4450 Rosewood Drive, Ste 200 |
| | **State the term remaining** | 1/8/2024 | Address |
| | **List the contract number of any government contract** | | |
| | | | Pleasanton CA 94588 |
| | | | City State ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.2157 | **State what the contract or lease is for and the nature of the debtor's interest** | ServiceMax Service Agreement | ServiceMax Inc. |
|---|---|---|---|

Name

Notice Name

4450 Rosewood Drive, Suite 100
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

Pleasanton | CA | 94588
City | State | ZIP Code

Country

| 2.2158 | **State what the contract or lease is for and the nature of the debtor's interest** | ServiceMax Service Agreement | ServiceMax Inc. |
|---|---|---|---|

Name

Notice Name

4450 Rosewood Drive, Suite 100
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

Pleasanton | CA | 94588
City | State | ZIP Code

Country

| 2.2159 | **State what the contract or lease is for and the nature of the debtor's interest** | ServiceNow, Inc. - Order Form (Order No. ORD5071060-3) | ServiceNow, Inc. |
|---|---|---|---|

Name

Notice Name

2225 Lawson Lane
Address

**State the term remaining** — 3/13/2024

**List the contract number of any government contract**

Santa Clara | CA | 95054
City | State | ZIP Code

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2160 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchasing Request Form (1000016672) |
| | | |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

SFMTA Municipal Transportation Agency

Name

Notice Name

700 Pennsylvania Avenue, Bldg. B

Address

| San Francisco | CA | 94107 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2161 | **State what the contract or lease is for and the nature of the debtor's interest** | Memorandum - Request for Certification |
| | | |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

SFMTA Transit Division

Name

Notice Name

700 Pennsylvania Avenue, Bldg. B

Address

| San Francisco | CA | 94107 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2162 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 1 to Consulting Agreement |
| | | |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Shafer, Matthew

Name

Notice Name

173 Tennis Court

Address

| Wall Township | NJ | 07719 |
|---|---|---|
| City | State | ZIP Code |

Country

| Debtor: | Proterra Operating Company, Inc. | | Case number *(if known)*: | 23-11121 |
|---|---|---|---|---|
| | Name | | | |

**2.2163** | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement | Shafer, Matthew
---
Name

Notice Name

15 N. Saint Clair St., 3rd FL
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Draper | UT | 84020 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.2164** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. P21-00476; Requisition No. R21-01014) | Shasta Union High School District
---
Name

Notice Name

2200 Eureka Way, Ste B
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Redding | CA | 96001 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.2165** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. P22-00017; Requisition No. R22-00017) | Shasta Union High School District
---
Name

Notice Name

2200 Eureka Way, Ste B
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Redding | CA | 96001 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.2166** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO:.788332)

SHJ Electric Co Inc
Name

Notice Name

18920 13th Pl S
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| SeaTac | WA | 98148 |
| City | State | ZIP Code |

Country

**2.2167** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders

Shoeteria, Inc
Name

Notice Name

5305 East Washington Blvd
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Comerece | CA | 90040 |
| City | State | ZIP Code |

Country

**2.2168** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders

Shred-It US JV LLC
Name

Notice Name

28883 Network Place
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Chicago | IL | 60673-1288 |
| City | State | ZIP Code |

Country

Debtor:  Proterra Operating Company, Inc.                                           Case number *(if known)*:    23-11121

Name

**2.2169**  **State what the contract or lease is for and the nature of the debtor's interest**    Amendment No 1 to Order Form

Sibros Technologies Inc

Name

Notice Name

785 Orchard Drive, Suite 150

**State the term remaining**    Unknown                          Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Folsom | CA | 95630 |
| City | State | ZIP Code |

Country

**2.2170**  **State what the contract or lease is for and the nature of the debtor's interest**    Sibros Technologies, Inc. Master SaaS Agreement

Sibros Technologies Inc

Name

Notice Name

785 Orchard Drive, Suite 150

**State the term remaining**    Unknown                          Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Folsom | CA | 95630 |
| City | State | ZIP Code |

Country

**2.2171**  **State what the contract or lease is for and the nature of the debtor's interest**    Sibros Technologies, Inc. Order Form

Sibros Technologies Inc

Name

Notice Name

785 Orchard Drive, Suite 150

**State the term remaining**    Unknown                          Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Folsom | CA | 95630 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2172 | **State what the contract or lease is for and the nature of the debtor's interest** | Name Change Amendment |
| | | Siemens Industry Software inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | PO Box 2168 |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |
| | | Carol Stream · IL · 60132-2168 |
| | | City · State · ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.2173 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |
| | | Sigalit Yochay-Wise |
| | | Name |
| | | |
| | | Notice Name |
| | | 110 N 3rd St |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |
| | | Sacramento · CA · 95814 |
| | | City · State · ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.2174 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 5 To product supply agreement |
| | | Sigma Machine, Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 3358 Center Park Plaza |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |
| | | Kalamazoo · MI · 49048 |
| | | City · State · ZIP Code |
| | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*    23-11121

| 2.2175 | **State what the contract or lease is for and the nature of the debtor's interest** | Asset Purchase Agreement | Sigma Machine, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 3358 Center Park Plaza |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Kalamazoo    MI    49048 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

| 2.2176 | **State what the contract or lease is for and the nature of the debtor's interest** | Product Supply Agreement | Sigma Machine, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 3358 Center Park Plaza |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Kalamazoo    MI    49048 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

| 2.2177 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 16005) | Silex R-I School |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 64 HWY UU |
| | **State the term remaining** | Unknown | Address |
| | | | PO Box 46 |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Silex    MO    63377-0046 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.2178** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Simcona Electronics Corporation

Name

Notice Name

275 Mt Read Blvd.

**State the term remaining** | Unknown

Address

**List the contract number of any government contract**

| | | Rochester | NY | 14606 |
|---|---|---|---|---|
| | | City | State | ZIP Code |

Country

---

**2.2179** | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form (Quote No. Q-15499) | SiteTracker

Name

Notice Name

491 Bloomfield Avenue, Suite 301

**State the term remaining** | 10/25/2025

Address

**List the contract number of any government contract**

| | | Montclair | NJ | 07042 |
|---|---|---|---|---|
| | | City | State | ZIP Code |

Country

---

**2.2180** | **State what the contract or lease is for and the nature of the debtor's interest** | Master Subscription Agreement | SiteTracker, Inc.

Name

Notice Name

491 Bloomfield Avenue, Suite 301

**State the term remaining** | Unknown

Address

**List the contract number of any government contract**

| | | Montclair | NJ | 07042 |
|---|---|---|---|---|
| | | City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**2.2181** State what the contract or lease is for and the nature of the debtor's interest — Consulting Agreement

Smart Charge Residential LLC

Name

Notice Name

2016 Centimeter Circle

Address

State the term remaining — Unknown

List the contract number of any government contract

| Austin | TX | 78758 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.2182** State what the contract or lease is for and the nature of the debtor's interest — Notice to Proceed (Req No. 21-3293)

SMART Transportation

Name

Notice Name

Buhl Building

Address

State the term remaining — Unknown

535 Griswold

List the contract number of any government contract

Suite 600

| Detroit | MI | 48226 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.2183** State what the contract or lease is for and the nature of the debtor's interest — Notice to Proceed (Req No. 21-3293)

SMART Transportation

Name

Notice Name

Buhl Building

Address

State the term remaining — Unknown

535 Griswold

List the contract number of any government contract

Suite 600

| Detroit | MI | 48226 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):* 23-11121

| | | | | |
|---|---|---|---|---|
| 2.2184 | **State what the contract or lease is for and the nature of the debtor's interest** | Order (Q-2669085) | Smartsheet, Inc. | |
| | | | Name | |
| | | | Notice Name | |
| | | | 10500 NE 8th Street, Suite 1300 | |
| | **State the term remaining** | 2/27/2024 | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Bellevue | WA | 98004 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.2185 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of Two (2) 35 Foot Battery Electric Buses (PA-2021-001-SMAT) | SMAT | |
| | | | Name | |
| | | | Notice Name | |
| | | | City of Santa Maria | |
| | **State the term remaining** | Unknown | Address | |
| | | | 110 E. Cook St. | |
| | **List the contract number of any government contract** | | | |
| | | | Santa Maria | CA | 93454 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.2186 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement | Smith Development Company, Inc. | |
| | | | Name | |
| | | | Notice Name | |
| | | | PO Box 17189 | |
| | **State the term remaining** | 6/30/2026 | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Greenville | SC | 29606 |
| | | | City | State | ZIP Code |
| | | | Country | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.2187 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement | Smith Development Company, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | PO Box 17189 |
| | **State the term remaining** | 6/30/2026 | Address |
| | **List the contract number of any government contract** | | |

| | | | City: Greenville | State: SC | ZIP Code: 29606 |
|---|---|---|---|---|---|
| | | | Country | | |

| 2.2188 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Snap ON Industrial, a division of IDSC Holdings |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 2801 80th Street |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | City: Kenosha | State: WI | ZIP Code: 53143 |
|---|---|---|---|---|---|
| | | | Country | | |

| 2.2189 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Snider Fleet Solutions |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | PO Box 16046 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | City: Greensboro | State: NC | ZIP Code: 27416-6046 |
|---|---|---|---|---|---|
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.2190 | State what the contract or lease is for and the nature of the debtor's interest | Cloud Lifecycle Services' Benefits, Onboarding Requirements | Softchoice Corporation |
| --- | --- | --- | --- |
| | | | Name |
| | | | Notice Name |
| | | | 20 Mowat Avenue |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| Toronto | ON | M6K 3E8 |
| --- | --- | --- |
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| 2.2191 | State what the contract or lease is for and the nature of the debtor's interest | Quote Q-1490829 - Foxit PDF Editor (v.12) & Foxit Editor Pro - subscription license - Qty 177/14 | Softchoice Corporation |
| --- | --- | --- | --- |
| | | | Name |
| | | | Notice Name |
| | | | 20 Mowat Avenue |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| Toronto | ON | M6K 3E8 |
| --- | --- | --- |
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| 2.2192 | State what the contract or lease is for and the nature of the debtor's interest | Softchoice Quote (Q-1378189) | Softchoice Corporation |
| --- | --- | --- | --- |
| | | | Name |
| | | | Notice Name |
| | | | 20 Mowat Avenue |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| Toronto | ON | M6K 3E8 |
| --- | --- | --- |
| City | State | ZIP Code |
| Canada | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

| 2.2193 | State what the contract or lease is for and the nature of the debtor's interest | Softchoice Quote (Q-1379507) | Softchoice Corporation |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 20 Mowat Avenue |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Toronto | ON | M6K 3E8 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Canada | | |
| | | | Country | | |

| 2.2194 | State what the contract or lease is for and the nature of the debtor's interest | Softchoice Quote (Q-1398078) | Softchoice Corporation |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 20 Mowat Avenue |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Toronto | ON | M6K 3E8 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Canada | | |
| | | | Country | | |

| 2.2195 | State what the contract or lease is for and the nature of the debtor's interest | Softchoice Various Purchase Orders | Softchoice Corporation |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 314 W. Superior St., Suite 400 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Chicago | IL | 60654 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.2196 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Agreement | Sonny Merryman Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5120 Wards Road |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Evington |  VA | 24550 |
| | | | City |  State | ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2197 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (E28609) | Sonny Merryman Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | US Route 29 South |
| | **State the term remaining** | Unknown | Address |
| | | | PO Box 495 |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Rutsburg |  VA | 24588 |
| | | | City |  State | ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2198 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (E31163) | Sonny Merryman Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | P.O. BOX 495 |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | RUSTBURG |  VA | 24588 |
| | | | City |  State | ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

2.2199 **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (E34790)

Sonny Merryman Inc.

Name

Notice Name

920 East Wythe St.

**State the term remaining**  Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Petersburg | VA | 23803 |

Country

---

2.2200 **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (N7136)

Sonny Merryman Inc.

Name

Notice Name

14716 Industry Court

**State the term remaining**  Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Woodbridge | VA | 22191 |

Country

---

2.2201 **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (P.O. No. E23414)

Sonny Merryman Inc.

Name

Notice Name

5120 Wards RD

**State the term remaining**  Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Evington | VA | 24550 |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.2202 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (P.O. No. E32913) | Sonny Merryman Inc. |
| | | | Name |
| | | | Notice Name |
| | | | 5120 Wards Road |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | Evington | VA | 24550 |
| | | City | State | ZIP Code |
| | | Country | | |

| 2.2203 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (P.O. No. E33557) | Sonny Merryman Inc. |
| | | | Name |
| | | | Notice Name |
| | | | 5120 Wards Road |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | Evington | VA | 24550 |
| | | City | State | ZIP Code |
| | | Country | | |

| 2.2204 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E23411) | Sonny Merryman Inc. |
| | | | Name |
| | | | Notice Name |
| | | | US Route 29 South |
| | **State the term remaining** | Unknown | Address |
| | | | PO Box 495 |
| | **List the contract number of any government contract** | | |

| | | Rustburg | VA | 24588 |
| | | City | State | ZIP Code |
| | | Country | | |

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| Name | | |

**2.2205** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PO # E24955)

Sonny Merryman Inc.
Name

Notice Name

5120 Wards Road

**State the term remaining** Unknown
Address

**List the contract number of any government contract**

| Evington | VA | 24550 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.2206** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PO # E24974)

Sonny Merryman Inc.
Name

Notice Name

5120 Wards Road

**State the term remaining** Unknown
Address

**List the contract number of any government contract**

| Evington | VA | 24550 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.2207** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PO # E24976)

Sonny Merryman Inc.
Name

Notice Name

5120 Wards Road

**State the term remaining** Unknown
Address

**List the contract number of any government contract**

| Evington | VA | 24550 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*    23-11121

| | | |
|---|---|---|
| 2.2208 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E25041) |
| | | Sonny Merryman Inc. |
| | | Name |
| | | Notice Name |
| | | 5120 Wards Road |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| Evington | VA | 24550 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2209 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E25045) |
| | | Sonny Merryman Inc. |
| | | Name |
| | | Notice Name |
| | | 5120 Wards Road |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| Evington | VA | 24550 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2210 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E25665) |
| | | Sonny Merryman Inc. |
| | | Name |
| | | Notice Name |
| | | 5120 Wards Road |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| Evington | VA | 24550 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  Proterra Operating Company, Inc.

Name

Case number *(if known)*:  23-11121

| | | |
|---|---|---|
| 2.2211 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E25666) |

Sonny Merryman Inc.
Name

Notice Name

5120 Wards Road
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Evington | VA | 24550 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2212 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E25679) |

Sonny Merryman Inc.
Name

Notice Name

5120 Wards Road
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Evington | VA | 24550 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2213 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E31163) |

Sonny Merryman Inc.
Name

Notice Name

5120 WARDS ROAD
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| EVINGTON | VA | 24550 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*:  23-11121

| | | | |
|---|---|---|---|
| 2.2214 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E31163) | Sonny Merryman Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 495 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Rustburg                VA                24588 |
| | | | City               State               ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2215 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E31829) | Sonny Merryman Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5120 Wards Road |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Evington                VA                24550 |
| | | | City               State               ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2216 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E31829) | Sonny Merryman Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5120 Wards Road |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Evington                VA                24550 |
| | | | City               State               ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.2217** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E31830) | Sonny Merryman Inc.
Name
| | | Notice Name
| | | 5120 Wards Road
| **State the term remaining** | Unknown | Address
| **List the contract number of any government contract** | |
| | | Evington | VA | 24550
| | | City | State | ZIP Code
| | | Country

**2.2218** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E31830) | Sonny Merryman Inc.
Name
| | | Notice Name
| | | 5120 Wards Road
| **State the term remaining** | Unknown | Address
| **List the contract number of any government contract** | |
| | | Evington | VA | 24550
| | | City | State | ZIP Code
| | | Country

**2.2219** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E31831) | Sonny Merryman Inc.
Name
| | | Notice Name
| | | 5120 Wards Road
| **State the term remaining** | Unknown | Address
| **List the contract number of any government contract** | |
| | | Evington | VA | 24550
| | | City | State | ZIP Code
| | | Country

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*    23-11121
_____

| 2.2220 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO # E31831) | Sonny Merryman Inc. |
|---|---|---|---|

Name

Notice Name

5120 Wards Road
Address

State the term remaining    Unknown

List the contract number of
any government contract

Evington                    VA              24550
City                        State           ZIP Code

Country

| 2.2221 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO # E31832) | Sonny Merryman Inc. |
|---|---|---|---|

Name

Notice Name

5120 Wards Road
Address

State the term remaining    Unknown

List the contract number of
any government contract

Evington                    VA              24550
City                        State           ZIP Code

Country

| 2.2222 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO # E31832) | Sonny Merryman Inc. |
|---|---|---|---|

Name

Notice Name

5120 Wards Road
Address

State the term remaining    Unknown

List the contract number of
any government contract

Evington                    VA              24550
City                        State           ZIP Code

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.2223 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO # E32315) | Sonny Merryman Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5120 Wards Road |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Evington  VA  24550 |
| | | | City  State  ZIP Code |
| | | | |
| | | | Country |

| 2.2224 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO # E32316) | Sonny Merryman Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5120 Wards Road |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Evington  VA  24550 |
| | | | City  State  ZIP Code |
| | | | |
| | | | Country |

| 2.2225 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO # E32606) | Sonny Merryman Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5120 Wards Road |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Evington  VA  24550 |
| | | | City  State  ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**2.2226** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E32608) | Sonny Merryman Inc.

Name

Notice Name

5120 Wards Road

| **State the term remaining** | Unknown | Address

| **List the contract number of any government contract** |

| | | Evington | VA | 24550 |
| | | City | State | ZIP Code |

Country

**2.2227** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E32902) | Sonny Merryman Inc.

Name

Notice Name

5120 Wards Road

| **State the term remaining** | Unknown | Address

| **List the contract number of any government contract** |

| | | Evington | VA | 24550 |
| | | City | State | ZIP Code |

Country

**2.2228** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E32909) | Sonny Merryman Inc.

Name

Notice Name

5120 Wards Road

| **State the term remaining** | Unknown | Address

| **List the contract number of any government contract** |

| | | Evington | VA | 24550 |
| | | City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*:    23-11121

---

**2.2229** **State what the contract or lease is for and the nature of the debtor's interest**    Purchase Order (PO # E32912)

Sonny Merryman Inc.
Name

Notice Name

5120 Wards Road
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Evington | VA | 24550 |
| City | State | ZIP Code |

Country

---

**2.2230** **State what the contract or lease is for and the nature of the debtor's interest**    Purchase Order (PO # E32914)

Sonny Merryman Inc.
Name

Notice Name

5120 Wards Road
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Evington | VA | 24550 |
| City | State | ZIP Code |

Country

---

**2.2231** **State what the contract or lease is for and the nature of the debtor's interest**    Purchase Order (PO # E32914)

Sonny Merryman Inc.
Name

Notice Name

5120 Wards Road
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Evington | VA | 24550 |
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*:   23-11121

| | | |
|---|---|---|
| 2.2232 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E33396) |
| | | |

Sonny Merryman Inc.
_____
Name

_____
Notice Name

5120 Wards Road
_____
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Evington | VA | 24550 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.2233 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E33400) |

Sonny Merryman Inc.
_____
Name

_____
Notice Name

5120 Wards Road
_____
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Evington | VA | 24550 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.2234 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. E31163) |

Sonny Merryman Inc.
_____
Name

_____
Notice Name

5120 WARDS ROAD
_____
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| EVINGTON | VA | 24550 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*    23-11121

| | | | | |
|---|---|---|---|---|
| 2.2235 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO Number E24937) | Sonny Merryman Inc. | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 5120 Wards Road | |
| | **State the term remaining** | Unknown | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Evington | VA | 24550 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.2236 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO Number E24956) | Sonny Merryman Inc. | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 5120 Wards Road | |
| | **State the term remaining** | Unknown | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Evington | VA | 24550 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.2237 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO Number E26013) | Sonny Merryman Inc. | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 5120 Wards Road | |
| | **State the term remaining** | Unknown | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Evington | VA | 24550 |
| | | | City | State | ZIP Code |
| | | | Country | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | | | |
|---|---|---|---|---|---|
| 2.2238 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO Number E26031) | Sonny Merryman Inc. | | |
| | | | Name | | |
| | | | | | |
| | | | Notice Name | | |
| | | | 5120 Wards Road | | |
| | **State the term remaining** | Unknown | Address | | |
| | **List the contract number of any government contract** | | | | |
| | | | Evington | VA | 24550 |
| | | | City | State | ZIP Code |
| | | | Country | | |
| 2.2239 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO Number E26146) | Sonny Merryman Inc. | | |
| | | | Name | | |
| | | | | | |
| | | | Notice Name | | |
| | | | 5120 Wards Road | | |
| | **State the term remaining** | Unknown | Address | | |
| | **List the contract number of any government contract** | | | | |
| | | | Evington | VA | 24550 |
| | | | City | State | ZIP Code |
| | | | Country | | |
| 2.2240 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO Number E26289) | Sonny Merryman Inc. | | |
| | | | Name | | |
| | | | | | |
| | | | Notice Name | | |
| | | | 5120 Wards Road | | |
| | **State the term remaining** | Unknown | Address | | |
| | **List the contract number of any government contract** | | | | |
| | | | Evington | VA | 24550 |
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | | | |
|---|---|---|---|---|
| 2.2241 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO Number E26601) | Sonny Merryman Inc. | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 5120 Wards Road | |
| | **State the term remaining** | Unknown | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Evington | VA | 24550 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.2242 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO Number E26686) | Sonny Merryman Inc. | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 5120 Wards Road | |
| | **State the term remaining** | Unknown | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Evington | VA | 24550 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.2243 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO Number: e29892) | Sonny Merryman Inc. | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | US Route 29 South | |
| | **State the term remaining** | Unknown | Address | |
| | | | PO Box 495 | |
| | **List the contract number of any government contract** | | | |
| | | | Rutsburg | VA | 24588 |
| | | | City | State | ZIP Code |
| | | | Country | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.2244** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO Number: E31163)

Sonny Merryman Inc.
Name

Notice Name

PO Box 495
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

Rustburg | VA | 24588
City | State | ZIP Code

Country

**2.2245** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO Number: E34790)

Sonny Merryman Inc.
Name

Notice Name

5120 Wards Road
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

Evington | VA | 24550
City | State | ZIP Code

Country

**2.2246** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO Number: E35070)

Sonny Merryman Inc.
Name

Notice Name

5120 Wards Road
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

Evington | VA | 24550
City | State | ZIP Code

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2247 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO Number: E37655) |

Sonny Merryman Inc.
Name

Notice Name

5120 Wards Road
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Evington | VA | 24550 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2248 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO Number: E37657) |

Sonny Merryman Inc.
Name

Notice Name

5120 Wards Road
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Evington | VA | 24550 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2249 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO Number: N7859) |

Sonny Merryman Inc.
Name

Notice Name

US Route 29 South
Address

PO Box 495

**State the term remaining** Unknown

**List the contract number of any government contract**

| Rutsburg | VA | 24588 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.2250** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (R4294) | Sonny Merryman Inc.
Name

Notice Name

11228 Hopson Rd
Address

| **State the term remaining** | Unknown |

| **List the contract number of any government contract** | |

Ashland | VA | 23005
City | State | ZIP Code

Country

**2.2251** | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement to Purchase Chargers for Electric Buses | Sonoma County Transit
Name

Notice Name

2300 County Center Drive, Site B100
Address

| **State the term remaining** | Unknown |

| **List the contract number of any government contract** | |

Santa Rosa | CA | 95403
City | State | ZIP Code

Country

**2.2252** | **State what the contract or lease is for and the nature of the debtor's interest** | County of Sonoma Purchase Agreement | Sonoma County Transit
Name

Notice Name

355 W Robles Avenue
Address

| **State the term remaining** | Unknown |

| **List the contract number of any government contract** | |

Santa Rosa | CA | 95407
City | State | ZIP Code

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.2253 | **State what the contract or lease is for and the nature of the debtor's interest** | Membership Agreement | Sourcing Fuel |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 318 Daughtery Drive, Suite 150 |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | Lafayette | IN | 47909 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.2254 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | South Bay Solutions Inc |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 37399 Centralmont Place |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | Fremont | CA | 94536 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.2255 | **State what the contract or lease is for and the nature of the debtor's interest** | Performance Agreement | South Carolina Department of Commerce |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 1201 Main Street, suite 1600 |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | Columbia | SC | 29201 |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2256 | **State what the contract or lease is for and the nature of the debtor's interest** | Facilities License Agreement |

South Carolina Technology and Aviation Center

Name

Notice Name

**State the term remaining**    Unknown

po box 602718

Address

**List the contract number of any government contract**

charlotte     NC     28260-2718

City     State     ZIP Code

Country

| | | |
|---|---|---|
| 2.2257 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E32606) |

Southampton County Public Schools

Name

Notice Name

**State the term remaining**    Unknown

PO BOX 96

Address

**List the contract number of any government contract**

Courtland     VA     23837

City     State     ZIP Code

Country

| | | |
|---|---|---|
| 2.2258 | **State what the contract or lease is for and the nature of the debtor's interest** | Affidavit and Agreement (PO No. 22011009) |

Southeastern Dock & Door

Name

Notice Name

**State the term remaining**    Unknown

54 Bruce Rd

Address

**List the contract number of any government contract**

Greenville     SC     29605

City     State     ZIP Code

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.2259 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Purchase Order No. S887603 | Southeastern Pennsylvania Transportation Authority |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1234 Market Street |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Philadelphia          PA          19107-3780 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2260 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (S 887603) | Southeastern Pennsylvania Transportation Authority |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1234 Market Street |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Philadelphia          PA          19107 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2261 | **State what the contract or lease is for and the nature of the debtor's interest** | Section 3: Contract and General Conditions (16-00167-AJAC) | Southeastern Pennsylvania Transportation Authority |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1234 Market Street, 11th Floor |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Philadelphia          PA          19107-3780 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

| Debtor: | Proterra Operating Company, Inc. | | Case number *(if known):* | 23-11121 |
|---|---|---|---|---|
| | Name | | | |

| 2.2262 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement | Southern California Edison |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2244 Walnut Grove Avenue |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | Rosemead | CA | 91770 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.2263 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of Eight 40FT BEBs and Nine Charging Stations | Southern Teton Area Rapid Transit |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 1687 |
| | **State the term remaining** | Unknown | Address |
| | | | 55 Kams Meadow Drive |
| | **List the contract number of any government contract** | | |

| | | | Jackson | WY | 83001 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.2264 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Southwest Research Institute |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 6220 Culebra Road |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | San Antonio | TX | 78238 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.2265 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | SPAL USA |
| | | | Name |

Notice Name

1731 SE Oralabor Rd.
Address

| | State the term remaining | Unknown |
| | List the contract number of any government contract | |

| Ankeny | IA | 50021 |
| City | State | ZIP Code |

Country

| 2.2266 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Specialty Manufacturing, Inc |
| | | | Name |

Notice Name

PO Box 198712
Address

| | State the term remaining | Unknown |
| | List the contract number of any government contract | |

| Atlanta | GA | 30384 |
| City | State | ZIP Code |

Country

| 2.2267 | State what the contract or lease is for and the nature of the debtor's interest | Non-Standard Installation Payment Agreement | Spectrum Business |
| | | | Name |

Notice Name

400 Atlantic Street
Address

| | State the term remaining | Unknown |
| | List the contract number of any government contract | |

| Stamford | CT | 06901 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| **2.2268** | **State what the contract or lease is for and the nature of the debtor's interest** | Battery Electric Bus Purchase Agreement |
| | | Spokane Transit Authority<br>Name |
| | | Notice Name |
| | **State the term remaining** | 1230 W Boone Avenue<br>Address |
| | | Unknown |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Spokane | WA | 99201 |

Country

| | | |
|---|---|---|
| **2.2269** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (20201218-01) |
| | | Spokane Transit Authority<br>Name |
| | | Notice Name |
| | **State the term remaining** | 1230 w Boone Ave<br>Address |
| | | Unknown |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Spokane | WA | 99201 |

Country

| | | |
|---|---|---|
| **2.2270** | **State what the contract or lease is for and the nature of the debtor's interest** | Spokane Transit Authority Public Works Construction Contract (2020-10495) |
| | | Spokane Transit Authority<br>Name |
| | | Notice Name |
| | **State the term remaining** | 1230 W Boone Avenue<br>Address |
| | | Unknown |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Spokane | WA | 99201 |

Country

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2271 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 2021-00004821) |

SPORTRAN
_____
Name

_____
Notice Name

1115 Jack Wells Blvd
_____
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Shreveport | LA | 71107 |

_____
Country

| | | |
|---|---|---|
| 2.2272 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 2021-00004821) |

SPORTRAN
_____
Name

_____
Notice Name

1115 Jack Wells Blvd
_____
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Shreveport | LA | 71107 |

_____
Country

| | | |
|---|---|---|
| 2.2273 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order Request Form (Change No. 1) |

SportTran-City of Shreveport
_____
Name

_____
Notice Name

1115 Jack Wells Blvd.
_____
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Shreveport | LA | 71107 |

_____
Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2274 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Sportworks Global LLC

Name

Notice Name

15540 Woodinville-Redmond Rd NE, A-200

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Woodinville | WA | 98072 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2275 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Squire Patton Boggs (US) LLP

Name

Notice Name

1801 California Street

Address

**State the term remaining** — Unknown

Suite 4900

**List the contract number of any government contract**

| Denver | CO | 80202 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2276 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Stage 8 Locking Fasteners Inc.

Name

Notice Name

4318 Redwood Hwy, Suite 200

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| San Rafael | CA | 94903 |
|---|---|---|
| City | State | ZIP Code |

Country

| Debtor: | Proterra Operating Company, Inc. | | Case number *(if known):* | 23-11121 |
|---|---|---|---|---|
| | Name | | | |

**2.2277** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Stanley Convergent Security Solutions, Inc.
Name

Notice Name

**State the term remaining**    Unknown

Dept. CH 10651
Address

**List the contract number of any government contract**

| Palatine | IL | 60055 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.2278** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Staples Technology Solutions
Name

Notice Name

**State the term remaining**    Unknown

1096 E. Newport Center Drive
Address

Suite 300

**List the contract number of any government contract**

| Deerfield Beach | FL | 33442 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.2279** **State what the contract or lease is for and the nature of the debtor's interest**

Change Order Request Form

Star Metro
Name

Notice Name

300 South Adams Street
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Tallahassee | FL | 32301 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.2280 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement Affidavit | State of Connecticut |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2800 Berlin Turnpike |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Newington              CT              06111 |
| | | | City                   State           ZIP Code |
| | | | |
| | | | Country |
| 2.2281 | **State what the contract or lease is for and the nature of the debtor's interest** | State of Georgia Statewide Standard Contract (Contract Number: 99999-001-SPD0000138-0007) | State of Georgia |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 200 Piedmont Ave, Ste 1308 |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Atlanta                GA              30334 |
| | | | City                   State           ZIP Code |
| | | | |
| | | | Country |
| 2.2282 | **State what the contract or lease is for and the nature of the debtor's interest** | Participating Addendum (6719) | State of Iowa |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1305 East Walnut Street |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Des Moines             IA              50319 |
| | | | City                   State           ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):*    23-11121

| 2.2283 | **State what the contract or lease is for and the nature of the debtor's interest** | AMD 1 to Contract Number 09214 Heavy Duty Transit Buses (Amendment No.1) | State of Washington |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 41411 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Olympia              WA              98504-1411 |
| | | | City                  State            ZIP Code |
| | | | Country |

| 2.2284 | **State what the contract or lease is for and the nature of the debtor's interest** | AMD 2 to Contract No. 09214 (Amendment No.2) | State of Washington |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Department of Enterprise Services |
| | **State the term remaining** | 6/24/2020 | Address |
| | | | PO Box 41411 |
| | **List the contract number of any government contract** | | |
| | | | Olympia              WA              98504-1411 |
| | | | City                  State            ZIP Code |
| | | | Country |

| 2.2285 | **State what the contract or lease is for and the nature of the debtor's interest** | Fifth Amendment (Contract No. 09214) | State of Washington |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Department of Enterprise Services |
| | **State the term remaining** | 7/24/2018 | Address |
| | | | PO Box 41411 |
| | **List the contract number of any government contract** | | |
| | | | Olympia              WA              98504-1411 |
| | | | City                  State            ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.2286 | **State what the contract or lease is for and the nature of the debtor's interest** | RFX Addendum #1 | State Purchasing Division, Georgia |
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 200 Piedmont Avenue, Suite 1308 |
| | | | Address |
| | **List the contract number of any government contract** | | West Tower |
| | | | |
| | | | Atlanta                GA                30334 |
| | | | City                State                ZIP Code |
| | | | |
| | | | Country |
| 2.2287 | **State what the contract or lease is for and the nature of the debtor's interest** | Affidavit and Agreement (PO No. 22011014) | Steel Fab |
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 5955 Core Avenue, Suite 500-A |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | North Charleston        SC                29406 |
| | | | City                State                ZIP Code |
| | | | |
| | | | Country |
| 2.2288 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Lease Agreement (39422) | Steelcase Financial Services Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 901 44th Street S.E. |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | Grand Rapids            MI                49508 |
| | | | City                State                ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.2289** State what the contract or lease is for and the nature of the debtor's interest: Various Purchase Orders

Storm Manufacturing Corporation
Name

Notice Name

State the term remaining: Unknown

PO Box 99
Address

List the contract number of any government contract

| Decatur | TN | 37322 |
| City | State | ZIP Code |

Country

---

**2.2290** State what the contract or lease is for and the nature of the debtor's interest: Master Service Agreement

STR Limited
Name

Notice Name

State the term remaining: Unknown

1-2 Quay Point, Northarbour Road
Address

List the contract number of any government contract

| Portsmouth | | PO6 3TD |
| City | State | ZIP Code |

United Kingdom
Country

---

**2.2291** State what the contract or lease is for and the nature of the debtor's interest: Various Purchase Orders

Strategic Mapping Inc.
Name

Notice Name

2200 Yonge Street
Address

State the term remaining: Unknown

Suite 1711

List the contract number of any government contract

| Toronto | ON | M4S 2C6 |
| City | State | ZIP Code |

Canada
Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.2292 | **State what the contract or lease is for and the nature of the debtor's interest** | Battery Lease Agreement | Suburban Mobility Authority For Regional Transportation |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2021 Barrett Drive |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Troy · MI · 48084 |
| | | | City · State · ZIP Code |
| | | | |
| | | | Country |
| 2.2293 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Notice to Proceed (Req# 21-3352) | Suburban Mobility Authority for Regional Transportation |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Buhl Building, 535 Griswold, Suite 600 |
| | **State the term remaining** | 5/23/2033 | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Detroit · MI · 48226 |
| | | | City · State · ZIP Code |
| | | | |
| | | | Country |
| 2.2294 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Notice to Proceed (Req# 21-3352) | Suburban Mobility Authority for Regional Transportation |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Buhl Building, 535 Griswold, Suite 600 |
| | **State the term remaining** | 5/23/2033 | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Detroit · MI · 48226 |
| | | | City · State · ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Case number *(if known):*  23-11121

| | | |
|---|---|---|
| 2.2295 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Notice to Proceed (Req# 21-3352) |

**Suburban Mobility Authority for Regional Transportation**
Name

Notice Name

Buhl Building, 535 Griswold, Suite 600
Address

**State the term remaining** 5/23/2033

**List the contract number of any government contract**

| Detroit | MI | 48226 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2296 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of Four 40FT BEBs and Charging Stations (Contrat No. 21-3293) |

**Suburban Mobility Authority for Regional Transportation**
Name

Notice Name

2021 Barrett Drive
Address

**State the term remaining** 5/23/2026

**List the contract number of any government contract**

| Troy | MI | 48084 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2297 | **State what the contract or lease is for and the nature of the debtor's interest** | Proterra Form Sale Contact (Contract No. P2019-01-Summit County) |

**Summit County**
Name

Notice Name

208 E Lincoln Ave
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Breckenridge | CO | 80424 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.2298 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Superior Interior Systems |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 6724 Pine Ridge Court |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | Jenison | MI | 49428 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.2299 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Service Rider (Agreement No. 47) | Sustainability Partners LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 3133 W. Frye Road, Suite 101 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | Chandler | AZ | 85226 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.2300 | **State what the contract or lease is for and the nature of the debtor's interest** | Design and Engineering Service Rider (Agreement No. 47) | Sustainability Partners LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 3133 W. Frye Road, Suite 101 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | Chandler | AZ | 85226 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*  23-11121

| 2.2301 | **State what the contract or lease is for and the nature of the debtor's interest** | General Services Riders (Agreement No. 47) | Sustainability Partners LLC |
|---|---|---|---|

Name

Notice Name

3133 W. Frye Road, Suite 101
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Chandler | AZ | 85226 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.2302 | **State what the contract or lease is for and the nature of the debtor's interest** | Installation Services Rider (Agreement No. 47) | Sustainability Partners LLC |
|---|---|---|---|

Name

Notice Name

3133 W. Frye Road, Suite 101
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Chandler | AZ | 85226 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.2303 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Goods and Services Agreement (Agreement No. 47) | Sustainability Partners LLC |
|---|---|---|---|

Name

Notice Name

3133 W. Frye Road, Suite 101
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Chandler | AZ | 85226 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known):* 23-11121

---

**2.2304** | **State what the contract or lease is for and the nature of the debtor's interest** | Procurement Services Rider (Agreement No. 47)

Sustainability Partners LLC

Name

Notice Name

3133 W. Frye Road, Suite 101

Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

Chandler | AZ | 85226

City | State | ZIP Code

Country

---

**2.2305** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders

Sustained Quality

Name

Notice Name

431 East Colfax Ave

Address

Suite 100

**State the term remaining** | Unknown

**List the contract number of any government contract**

South Bend | IN | 46617

City | State | ZIP Code

Country

---

**2.2306** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders

Sutrak Corporation

Name

Notice Name

6897 East 49th Ave.

Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

Commerce City | CO | 80022

City | State | ZIP Code

Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.2307 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Suzhou Current Electric Limited Company |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | No. 89, Qinghua Road, High-tech Zone |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Suzhou City / Jiangsu / 215151 |
| | | | City / State / ZIP Code |
| | | | China |
| | | | Country |

| 2.2308 | State what the contract or lease is for and the nature of the debtor's interest | Supplementary Agreement (No. 2022111401) (PO No. 2022111401) | Suzhou Opply Machinery Co., Ltd |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1 Chaoyang Rd |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | Wujin |
| | | | |
| | | | Changzhou |
| | | | City / State / ZIP Code |
| | | | China |
| | | | Country |

| 2.2309 | State what the contract or lease is for and the nature of the debtor's interest | Supplementary Agreement (No. 2022111401) (PO No. 2022111401) | Suzhou Shigao New Material Co., Ltd. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 169 Litanghe Rd. |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | Xiangcheng |
| | | | |
| | | | Suzhou |
| | | | City / State / ZIP Code |
| | | | China |
| | | | Country |

| Debtor: | Proterra Operating Company, Inc. | | Case number *(if known)*: | 23-11121 |
|---|---|---|---|---|
| | Name | | | |

**2.2310** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Suzhou YongChuang Metal Science and Technology CO., LTD.
Name

Notice Name

3699 Puzhuang Road
Address

State the term remaining   Unknown

Xukou Town

List the contract number of
any government contract

| Suzhou | Jiangsu | 215105 |
|---|---|---|
| City | State | ZIP Code |
| China | | |
| Country | | |

**2.2311** State what the contract or lease is for and the nature of the debtor's interest

SVB Analytics CapMx Subscription Agreement

SVB Analytics, Inc
Name

Notice Name

555 Mission Street, 9th Floor
Address

State the term remaining   Unknown

List the contract number of
any government contract

| San Francisco | CA | 94105 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

**2.2312** State what the contract or lease is for and the nature of the debtor's interest

Change Order No. 1 to the Scope of Work

Swamp Fox Software and Analytics, LLC
Name

Notice Name

602 Cunningham Rd.
Address

State the term remaining   Unknown

List the contract number of
any government contract

| Taylors | SC | 29687 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

| Debtor: | Proterra Operating Company, Inc. | | Case number *(if known)*: | 23-11121 |
|---|---|---|---|---|
| | Name | | | |

**2.2313** State what the contract or lease is for and the nature of the debtor's interest

Master Services Agreement

Swamp Fox Software and Analytics, LLC
Name

Notice Name

602 Cunningham Rd.
Address

State the term remaining     Unknown

List the contract number of any government contract

| Taylors | SC | 29687 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.2314** State what the contract or lease is for and the nature of the debtor's interest

Scope of Work (Transit Sales Configurator)

Swamp Fox Software and Analytics, LLC
Name

Notice Name

602 Cunningham Rd.
Address

State the term remaining     Unknown

List the contract number of any government contract

| Taylors | SC | 29687 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.2315** State what the contract or lease is for and the nature of the debtor's interest

Order Form

Swiftly, Inc.
Name

Notice Name

2261 Market Street #4151
Address

State the term remaining     4/6/2024

List the contract number of any government contract

| San Francisco | CA | 94114-1612 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number (if known): 23-11121
_____

| 2.2316 | State what the contract or lease is for and the nature of the debtor's interest | Software as a Service Terms and Conditions | Swiftly, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Unknown | 1 Sutter Street, Suite 500 |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | San Francisco / CA / 94104 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.2317 | State what the contract or lease is for and the nature of the debtor's interest | Swiftly Order Form | Swiftly, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Unknown | 1 Sutter Street, Suite 500 |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | San Francisco / CA / 94104 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.2318 | State what the contract or lease is for and the nature of the debtor's interest | Data License Agreement | Synop Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | 6/11/2024 | 222 Broadway, 19th floor |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | New York / NY / 10038 |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor:   Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*:   23-11121
_____

| | | |
|---|---|---|
| 2.2319 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No.1 (Contract No. PA2020-001-TTD) |
| | | Tahoe Transportation District |
| | | Name |
| | | |
| | | Notice Name |
| | | 128 Market Street, Suite 3F |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| Stateline | NV | 89449 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2320 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No.2 (Contract No. PA2020-001-TTD) |
| | | Tahoe Transportation District |
| | | Name |
| | | |
| | | Notice Name |
| | | 128 Market Street, Suite 3F |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| Stateline | NV | 89449 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2321 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No.3 (Contract No. PA2020-001-TTD) |
| | | Tahoe Transportation District |
| | | Name |
| | | |
| | | Notice Name |
| | | 128 Market Street, Suite 3F |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| Stateline | NV | 89449 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*    23-11121

| | | |
|---|---|---|
| 2.2322 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of Buses and Charging Stations (PA2020-001-TTD) |

Tahoe Transportation District

Name

Notice Name

128 Market Street, Suite 3F

Address

**State the term remaining**    Unknown

**List the contract number of**

**any government contract**

| Stateline | NV | 89449 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2323 | **State what the contract or lease is for and the nature of the debtor's interest** | Additional Terms and Conditions |

Tallahassee, City of (StarMetro)

Name

Notice Name

555 Appleyard Drive

Address

**State the term remaining**    Unknown

**List the contract number of**

**any government contract**

| Tallahassee | FL | 32304 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2324 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form - Valence Platform |

Tallahassee, City of (StarMetro)

Name

Notice Name

555 Appleyard Drive

Address

**State the term remaining**    Unknown

**List the contract number of**

**any government contract**

| Tallahassee | FL | 32304 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.2325 | State what the contract or lease is for and the nature of the debtor's interest | SOW Statement of Work Proposal for Proterra | Talos Automation |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | AmeriCenter of Troy |
| | State the term remaining | Unknown | Address |
| | | | 200 East Big Beaver Road, Suite 15 |
| | List the contract number of any government contract | | |
| | | | Troy                MI                48083 |
| | | | City    State    ZIP Code |
| | | | Country |

| 2.2326 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Tapeswitch Corporation |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 100 Schmitt Blvd. |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Farmingdale                NY                11735 |
| | | | City    State    ZIP Code |
| | | | Country |

| 2.2327 | State what the contract or lease is for and the nature of the debtor's interest | Deviation Mod (Deviation Mod No. 001) | TARC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1000 West Broadway |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Louisville                KY                40203-2301 |
| | | | City    State    ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.2328 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement | Tata Consultancy Services Ltd |
|---|---|---|---|

Name

Notice Name

101 Park Avenue 26th Floor
Address

**State the term remaining** 1/24/2027

**List the contract number of any government contract**

| | | | New York | NY | 10178 |
|---|---|---|---|---|---|

City | State | ZIP Code

Country

| 2.2329 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work | Tata Consultancy Services Ltd |
|---|---|---|---|

Name

Notice Name

TCS House
Address

**State the term remaining** 12/31/2023

Raveline Street

**List the contract number of any government contract**

| | | | Fort | Mumbai | 400 001 |
|---|---|---|---|---|---|

City | State | ZIP Code

India
Country

| 2.2330 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work # 1 | Tata Consultancy Services Ltd |
|---|---|---|---|

Name

Notice Name

TCS House
Address

**State the term remaining** 3/31/2025

Raveline Street

**List the contract number of any government contract**

| | | | Fort | Mumbai | 400 001 |
|---|---|---|---|---|---|

City | State | ZIP Code

India
Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.2331** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Tatyana Vovk

Name

Notice Name

314 Tall Oaks Trail

Address

State the term remaining    Unknown

List the contract number of any government contract

| Inman | SC | 29349 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

---

**2.2332** State what the contract or lease is for and the nature of the debtor's interest

Product Supply Agreement

Taylor Machine and Welding Inc.

Name

Notice Name

3690 North Church Avenue

Address

State the term remaining    Unknown

List the contract number of any government contract

| Louisville | MS | 39339 |
|------------|-----|-------|
| City | State | ZIP Code |

Country

---

**2.2333** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PO No. 317819)

Taylor Machine and Welding Inc.

Name

Notice Name

3690 North Church Ave.

Address

State the term remaining    Unknown

List the contract number of any government contract

| Louisville | MS | 39339-2033 |
|------------|-----|-----------|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.2334 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 317442) | TAYLOR MACHINE WORKS |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 912 SOUTH CHURCH AVE |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | LOUISVILLE |
| | | | City |

LOUISVILLE | MS | 39339-2070
City | State | ZIP Code

Country

---

| 2.2335 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 326423) | TAYLOR MACHINE WORKS |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 912 SOUTH CHURCH AVE |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

LOUISVILLE | MS | 39339-2070
City | State | ZIP Code

Country

---

| 2.2336 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 379545) | TAYLOR MACHINE WORKS |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 912 SOUTH CHURCH AVE |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

LOUISVILLE | MS | 39339-2070
City | State | ZIP Code

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2337 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 379545) |

TAYLOR MACHINE WORKS
Name

Notice Name

912 SOUTH CHURCH AVE
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| LOUISVILLE | MS | 39339-2070 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2338 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 379546) |

TAYLOR MACHINE WORKS
Name

Notice Name

912 SOUTH CHURCH AVE
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| LOUISVILLE | MS | 39339-2070 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2339 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 390990) |

TAYLOR MACHINE WORKS
Name

Notice Name

912 SOUTH CHURCH AVE
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| LOUISVILLE | MS | 39339-2070 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.2340** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO No. 444601)

TAYLOR MACHINE WORKS
Name

Notice Name

912 SOUTH CHURCH AVE
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| LOUISVILLE | MS | 39339-2070 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.2341** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order Revision 1 (PO No. 379545)

TAYLOR MACHINE WORKS
Name

Notice Name

912 SOUTH CHURCH AVE
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| LOUISVILLE | MS | 39339-2070 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.2342** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order Revision 1 (PO No. 379546)

TAYLOR MACHINE WORKS
Name

Notice Name

912 SOUTH CHURCH AVE
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| LOUISVILLE | MS | 39339-2070 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Case number (if known): 23-11121

Name

**2.2343** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order Revision 1 (PO No. 390990)

TAYLOR MACHINE WORKS

Name

Notice Name

912 SOUTH CHURCH AVE

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| LOUISVILLE | MS | 39339-2070 |

Country

**2.2344** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order Revision 2 (PO No. 390954)

TAYLOR MACHINE WORKS

Name

Notice Name

912 SOUTH CHURCH AVE

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| LOUISVILLE | MS | 39339-2070 |

Country

**2.2345** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order Revision 2 (PO No. 390990)

TAYLOR MACHINE WORKS

Name

Notice Name

912 SOUTH CHURCH AVE

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| LOUISVILLE | MS | 39339-2070 |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

**2.2346**

**State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order Revision 3 (PO No. 379546)

TAYLOR MACHINE WORKS

Name

Notice Name

912 SOUTH CHURCH AVE

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| LOUISVILLE | MS | 39339-2070 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.2347**

**State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order Revision 3 (PO No. 390954)

TAYLOR MACHINE WORKS

Name

Notice Name

912 SOUTH CHURCH AVE

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| LOUISVILLE | MS | 39339-2070 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.2348**

**State what the contract or lease is for and the nature of the debtor's interest**

Product Supply Agreement

Taylor Machine Works, Inc

Name

Notice Name

3690 North Church Avenue

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Louisville | MS | 39339 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| **2.2349** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 444696) |

TAYLOR SUDDEN SERVICE, INC EXP
Name

Notice Name

103 INDUSTRIAL PARK ROAD
Address

**State the term remaining**    Unknown

**List the contract number of**

**any government contract**

| City | State | ZIP Code |
|---|---|---|
| PHILADELPHIA | MS | 39350-8973 |

Country

| | | |
|---|---|---|
| **2.2350** | **State what the contract or lease is for and the nature of the debtor's interest** | Software License Usage Approval Agreement |

TCS Tata Consultancy Services Limited
Name

Notice Name

101 Park Avenue 26th Floor
Address

**State the term remaining**    3/30/2025

**List the contract number of**

**any government contract**

| City | State | ZIP Code |
|---|---|---|
| New York | NY | 10178 |

Country

| | | |
|---|---|---|
| **2.2351** | **State what the contract or lease is for and the nature of the debtor's interest** | Software License Usage Approval Agreement |

TCS Tata Consultancy Services Limited
Name

Notice Name

101 Park Avenue 26th Floor
Address

**State the term remaining**    3/30/2025

**List the contract number of**

**any government contract**

| City | State | ZIP Code |
|---|---|---|
| New York | NY | 10178 |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.2352 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

TDI Power
Name

Notice Name

36 Newburgh Rd
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Hackettstown | NJ | 07840-3904 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2353 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

TE Connectivity Corporation
Name

Notice Name

24627 Network Place
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Chicago | IL | 60673 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2354 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Teachey Service Company, Inc.
Name

Notice Name

PO Box 339
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Simpsonville | SC | 29681 |
|---|---|---|
| City | State | ZIP Code |

Country

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.2355** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Tech Graphics Private Limited
Name

Notice Name

13, Gokul Society
Address

**State the term remaining** Unknown

Sindhwai mata Road

**List the contract number of any government contract**

| Pratapnagar | Vadodara | 390004 |
|---|---|---|
| City | State | ZIP Code |
| India | | |
| Country | | |

**2.2356** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO-0031352)

Terminal Way
Name

Notice Name

1105 Terminal Way
Address

**State the term remaining** Unknown

Suite 200

**List the contract number of any government contract**

| Reno | NV | 89520 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

**2.2357** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO-0036013)

Terminal Way
Name

Notice Name

1105 Terminal Way
Address

**State the term remaining** Unknown

Suite 200

**List the contract number of any government contract**

| Reno | NV | 89520 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.2358 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Test Chamber Solutions, Inc. |
|---|---|---|---|

Name

Notice Name

PO Box 32138

**State the term remaining** — Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Stockton | CA | 95213 |

Country

| 2.2359 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Testamatic Systems Inc |
|---|---|---|---|

Name

Notice Name

41000 Woodward Avenue Ste 350 East

**State the term remaining** — Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Bloomfield Hills | MI | 48304 |

Country

| 2.2360 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Testco |
|---|---|---|---|

Name

Notice Name

6401 Seaman Road

**State the term remaining** — Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Oregon | OH | 43616-7230 |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2361 | **State what the contract or lease is for and the nature of the debtor's interest** | Second Amendment to the Master Research Agreement No. 1 |
| | | Texas A&M Transportation Institute |
| | | Name |
| | | Notice Name |
| | | 400 Harvey Mitchell Parkway, South, Suite 300 |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| College Station | TX | 77845 |

Country

| | | |
|---|---|---|
| 2.2362 | **State what the contract or lease is for and the nature of the debtor's interest** | Second Amendment to the Master Research Agreement No. 1 |
| | | Texas A&M Transportation Institute |
| | | Name |
| | | Notice Name |
| | | 400 Harvey Mitchell Parkway, South, Suite 300 |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| College Station | TX | 77845 |

Country

| | | |
|---|---|---|
| 2.2363 | **State what the contract or lease is for and the nature of the debtor's interest** | Sponsorship Agreement |
| | | The American Society for Engineering Education |
| | | Name |
| | | Notice Name |
| | | 1818 North Street NW, Suite 600 |
| | **State the term remaining** | 7/31/2026 |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Washington | DC | 20036 |

Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

| 2.2364 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement (91900342) | The City of Asheville |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 70 Court Plaza |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Asheville NC 28801 |
| | | | City State ZIP Code |
| | | | Country |

| 2.2365 | State what the contract or lease is for and the nature of the debtor's interest | Purchase and Sale Contract Agreement (Contract No. 2018-03) | The City of Modesto |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1010 Tenth Street, Suite 4500 |
| | State the term remaining | 9/3/2023 | Address |
| | List the contract number of any government contract | | PO Box 642 |
| | | | |
| | | | Modesto CA 95353 |
| | | | City State ZIP Code |
| | | | Country |

| 2.2366 | State what the contract or lease is for and the nature of the debtor's interest | Settlement Agreement and Release | The District of Columbia District Department of Transporation |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 55 M Street SE, 7th Floor |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Washington DC 20003 |
| | | | City State ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.2367 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement | The Gas Company (SoCalGas) |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 555 W 5TH St Ste 14H1 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Los Angeles | CA | 90013-1010 |
| | | | City | State | ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2368 | **State what the contract or lease is for and the nature of the debtor's interest** | Affidavit and Agreement (PO No. 22011001) | The Harper Corporation |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 35 West Court Street, Suite 400 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Greenville | SC | 29601 |
| | | | City | State | ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2369 | **State what the contract or lease is for and the nature of the debtor's interest** | Affidavit and Agreement (PO No. 22011002) | The Harper Corporation |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 35 West Court Street, Suite 400 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Greenville | SC | 29601 |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*    23-11121

| | | |
|---|---|---|
| 2.2370 | **State what the contract or lease is for and the nature of the debtor's interest** | Affidavit and Agreement (PO No. 22011007) |

The Harper Corporation

Name

Notice Name

35 West Court Street, Suite 400

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Greenville | SC | 29601 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2371 | **State what the contract or lease is for and the nature of the debtor's interest** | Affidavit and Agreement (PO No. 22011008) |

The Harper Corporation

Name

Notice Name

35 West Court Street, Suite 400

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Greenville | SC | 29601 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2372 | **State what the contract or lease is for and the nature of the debtor's interest** | Affidavit and Agreement (PO No. 22011009) |

The Harper Corporation

Name

Notice Name

35 West Court Street, Suite 400

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Greenville | SC | 29601 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*    23-11121

| | | |
|---|---|---|
| 2.2373 | **State what the contract or lease is for and the nature of the debtor's interest** | Affidavit and Agreement (PO No. 22011010) |

The Harper Corporation
Name

Notice Name

35 West Court Street, Suite 400
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Greenville | SC | 29601 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2374 | **State what the contract or lease is for and the nature of the debtor's interest** | Affidavit and Agreement (PO No. 22011011) |

The Harper Corporation
Name

Notice Name

35 West Court Street, Suite 400
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Greenville | SC | 29601 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2375 | **State what the contract or lease is for and the nature of the debtor's interest** | Affidavit and Agreement (PO No. 22011014) |

The Harper Corporation
Name

Notice Name

35 West Court Street, Suite 400
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Greenville | SC | 29601 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.2376 | **State what the contract or lease is for and the nature of the debtor's interest** | Affidavit and Agreement (PO No. 22011015) | The Harper Corporation |
|---|---|---|---|

Name

Notice Name

35 West Court Street, Suite 400
Address

| | **State the term remaining** | Unknown |
|---|---|---|

| | **List the contract number of any government contract** | |
|---|---|---|

| | | Greenville | SC | 29601 |
|---|---|---|---|---|
| | | City | State | ZIP Code |

Country

| 2.2377 | **State what the contract or lease is for and the nature of the debtor's interest** | Affidavit and Agreement (PO No. 22011017) | The Harper Corporation |
|---|---|---|---|

Name

Notice Name

35 West Court Street, Suite 400
Address

| | **State the term remaining** | Unknown |
|---|---|---|

| | **List the contract number of any government contract** | |
|---|---|---|

| | | Greenville | SC | 29601 |
|---|---|---|---|---|
| | | City | State | ZIP Code |

Country

| 2.2378 | **State what the contract or lease is for and the nature of the debtor's interest** | Affidavit and Agreement (PO No. 22011019) | The Harper Corporation |
|---|---|---|---|

Name

Notice Name

35 West Court Street, Suite 400
Address

| | **State the term remaining** | Unknown |
|---|---|---|

| | **List the contract number of any government contract** | |
|---|---|---|

| | | Greenville | SC | 29601 |
|---|---|---|---|---|
| | | City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.2379 | State what the contract or lease is for and the nature of the debtor's interest | Affidavit and Agreement (PO No. 22011022) | The Harper Corporation |
|---|---|---|---|

Name

Notice Name

35 West Court Street, Suite 400
Address

State the term remaining: Unknown

List the contract number of any government contract

| Greenville | SC | 29601 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.2380 | State what the contract or lease is for and the nature of the debtor's interest | Affidavit and Agreement (PO No. 22011024) | The Harper Corporation |
|---|---|---|---|

Name

Notice Name

35 West Court Street, Suite 400
Address

State the term remaining: Unknown

List the contract number of any government contract

| Greenville | SC | 29601 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.2381 | State what the contract or lease is for and the nature of the debtor's interest | Affidavit and Agreement (PO No. 22011028) | The Harper Corporation |
|---|---|---|---|

Name

Notice Name

35 West Court Street, Suite 400
Address

State the term remaining: Unknown

List the contract number of any government contract

| Greenville | SC | 29601 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)* 23-11121

| | | | | |
|---|---|---|---|---|
| 2.2382 | **State what the contract or lease is for and the nature of the debtor's interest** | Affidavit and Agreement (PO No. 22011029) | The Harper Corporation |  |
| | | | Name | |
| | | | Notice Name | |
| | | | 35 West Court Street, Suite 400 | |
| | **State the term remaining** | Unknown | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Greenville | SC | 29601 |
| | | | City | State | ZIP Code |
| | | | Country | | |

| | | | | |
|---|---|---|---|---|
| 2.2383 | **State what the contract or lease is for and the nature of the debtor's interest** | Affidavit and Agreement (PO No. 22011030) | The Harper Corporation |  |
| | | | Name | |
| | | | Notice Name | |
| | | | 35 West Court Street, Suite 400 | |
| | **State the term remaining** | Unknown | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Greenville | SC | 29601 |
| | | | City | State | ZIP Code |
| | | | Country | | |

| | | | | |
|---|---|---|---|---|
| 2.2384 | **State what the contract or lease is for and the nature of the debtor's interest** | Affidavit and Agreement (PO No. 22011031) | The Harper Corporation |  |
| | | | Name | |
| | | | Notice Name | |
| | | | 35 West Court Street, Suite 400 | |
| | **State the term remaining** | Unknown | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Greenville | SC | 29601 |
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.2385 | State what the contract or lease is for and the nature of the debtor's interest | Affidavit and Agreement (PO No. 22011501) | The Harper Corporation |
| --- | --- | --- | --- |

Name

Notice Name

35 West Court Street, Suite 400

**State the term remaining** — Unknown

Address

**List the contract number of any government contract**

| | | |
| --- | --- | --- |
| Greenville | SC | 29601 |
| City | State | ZIP Code |

Country

| 2.2386 | State what the contract or lease is for and the nature of the debtor's interest | Affidavit and Agreement (Purchase Order No. 22011013) | The Harper Corporation |
| --- | --- | --- | --- |

Name

Notice Name

35 West Court Street, Suite 400

**State the term remaining** — Unknown

Address

**List the contract number of any government contract**

| | | |
| --- | --- | --- |
| Greenville | SC | 29601 |
| City | State | ZIP Code |

Country

| 2.2387 | State what the contract or lease is for and the nature of the debtor's interest | Data License Agreement | The Mobility House LLC |
| --- | --- | --- | --- |

Name

Notice Name

545 Harbor Boulevard

**State the term remaining** — Unknown

Address

**List the contract number of any government contract**

| | | |
| --- | --- | --- |
| Belmont | CA | 94002 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.2388** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

The Print Machine Inc.

Name

Notice Name

1003 Laurens Rd

**State the term remaining**    Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Greenville | SC | 29607 |

Country

---

**2.2389** **State what the contract or lease is for and the nature of the debtor's interest**

Letter: RE: Cancellation of Purchase Order EBUS002 (EBUS002)

The Public Transportation Services (Merced County)

Name

Notice Name

369 W. 18th Street

**State the term remaining**    Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Merced | CA | 95340 |

Country

---

**2.2390** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Agreement

The Regents of the Univeristy of California

Name

Notice Name

University of California, Irvine

**State the term remaining**    3/16/2028

Address

G-244 Student Center

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Irvine | CA | 92697 |

Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.2391 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement to Purchase Chargers for Electric Vehicles (#378761) | The Regents of the University of California |
|---|---|---|---|

Name

Notice Name

University of California, Irvine

| | **State the term remaining** | Unknown | Address |
|---|---|---|---|

**List the contract number of any government contract**

| | | Irvine | CA | 92697 |
|---|---|---|---|---|

City | State | ZIP Code

Country

| 2.2392 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order Request - Change Order Description Battery 3.0 Extended Services April-May 2023 | The RoviSys Company |
|---|---|---|---|

Name

Notice Name

1455 Danner Dr

| | **State the term remaining** | Unknown | Address |
|---|---|---|---|

**List the contract number of any government contract**

| | | Aurora | OH | 44202 |
|---|---|---|---|---|

City | State | ZIP Code

Country

| 2.2393 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. C000035) | The Shyft Group - Corp |
|---|---|---|---|

Name

Notice Name

41280 Bridge St.

| | **State the term remaining** | Unknown | Address |
|---|---|---|---|

**List the contract number of any government contract**

| | | Novi | MI | 48375 |
|---|---|---|---|---|

City | State | ZIP Code

Country

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121

| 2.2394 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. C000090) | The Shyft Group - Corp |
|---|---|---|---|

Name

Notice Name

41280 Bridge St.
Address

| | **State the term remaining** | Unknown | |
|---|---|---|---|

| | **List the contract number of any government contract** | | |
|---|---|---|---|

| Novi | MI | 48375 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.2395 | **State what the contract or lease is for and the nature of the debtor's interest** | Amended and Restated Development Agreement | The Shyft Group USA, Inc. |
|---|---|---|---|

Name

Notice Name

41280 Bridge Street
Address

| | **State the term remaining** | Unknown | |
|---|---|---|---|

| | **List the contract number of any government contract** | | |
|---|---|---|---|

| Novi | MI | 48375 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.2396 | **State what the contract or lease is for and the nature of the debtor's interest** | Blanket Purchase Order (PO No. C000767) | The Shyft Group USA, Inc. |
|---|---|---|---|

Name

Notice Name

41280 Bridge St.
Address

| | **State the term remaining** | 12/31/2024 | |
|---|---|---|---|

| | **List the contract number of any government contract** | | |
|---|---|---|---|

| Novi | MI | 48375 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*    23-11121

| 2.2397 | **State what the contract or lease is for and the nature of the debtor's interest** | Development Agreement | The Shyft Group USA, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 41280 Bridge Street |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Novi | MI | 48375 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.2398 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Order No. P628151) | The Shyft Group USA, INC. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 603 Earthway Boulevard |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Bristol | IN | 46507 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.2399 | **State what the contract or lease is for and the nature of the debtor's interest** | Revised Purchase Order (Order No. P613423) | The Shyft Group USA, INC. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 603 Earthway Boulevard |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Bristol | IN | 46507 |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

| | | |
|---|---|---|
| 2.2400 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order No. 1 (Project No. PO C0000246-000) |

The Transit Authority of Lexington-Fayette Urban County Government

Name

Notice Name

200 West Loudon Avenue

Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Lexington | KY | 40508 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2401 | **State what the contract or lease is for and the nature of the debtor's interest** | Additional UltiPro Time Clock Services |

The Ultimate Software Group, Inc.

Name

Notice Name

2000 Ultimate Way

Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Weston | FL | 33326 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2402 | **State what the contract or lease is for and the nature of the debtor's interest** | SaaS Agreement |

The Ultimate Software Group, Inc.

Name

Notice Name

2000 Ultimate Way

Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Weston | FL | 33326 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

| | | | | |
|---|---|---|---|---|
| 2.2403 | **State what the contract or lease is for and the nature of the debtor's interest** | UltiPro Time Clock Services | The Ultimate Software Group, Inc. | |
| | | | Name | |
| | | | Notice Name | |
| | | | 2000 Ultimate Way | |
| | **State the term remaining** | Unknown | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Weston | FL | 33326 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | |
|---|---|---|---|
| 2.2404 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Doug Riddell: Letter Agreement - Service Parts & Support | Therma-Tech (A.R. Lintern) |
| | | | Name |
| | | | Notice Name |
| | | | 24900 Capitol |
| | **State the term remaining** | 3/2/2033 | Address |
| | **List the contract number of any government contract** | | |

Redford    MI    48239
City    State    ZIP Code

Country

| | | | |
|---|---|---|---|
| 2.2405 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Therma-Tech (A.R. Lintern) |
| | | | Name |
| | | | Notice Name |
| | | | 24900 Capitol |
| | **State the term remaining** | 12/31/2021 | Address |
| | **List the contract number of any government contract** | | |

Redford    MI    48239
City    State    ZIP Code

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.2406 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Therma-Tech (A.R. Lintern) |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 24900 Capitol |
| | **State the term remaining** | 12/31/2020 | Address |
| | **List the contract number of any government contract** | | |

| | | | Redford | MI | 48239 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.2407 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 5318) | Thompson Consolidated Area Transit, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 737 Willow Ave. |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | Ithaca | NY | 14850 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.2408 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 5485) | Thompson Consolidated Area Transit, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 737 Willow Ave. |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | Ithaca | NY | 14850 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor:  Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*:  23-11121

| 2.2409 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 5511) | Thompson Consolidated Area Transit, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 737 Willow Ave. |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | Ithaca | NY | 14850 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.2410 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 6398) | Thompson Consolidated Area Transit, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 737 Willow Ave. |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | Ithaca | NY | 14850 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.2411 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 8333) | Thompson Consolidated Area Transit, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 737 Willow Ave. |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | Ithaca | NY | 14850 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.

Case number (if known): 23-11121

Name

**2.2412** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PO No. 8333)

Thompson Consolidated Area Transit, Inc.

Name

Notice Name

737 Willow Ave.

State the term remaining    Unknown

Address

List the contract number of any government contract

| Ithaca | NY | 14850 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**2.2413** State what the contract or lease is for and the nature of the debtor's interest

Order Form (Order ID: Q-00476627)

Thomson Reuters

Name

Notice Name

610 Opperman Drive

State the term remaining    Unknown

Address

P.O. Box 64833

List the contract number of any government contract

| Eagan | MN | 55123-1803 |
|-------|-----|------------|
| City | State | ZIP Code |

Country

**2.2414** State what the contract or lease is for and the nature of the debtor's interest

Order Form (Order ID: Q-00476627)

Thomson Reuters

Name

Notice Name

610 Opperman Drive

State the term remaining    Unknown

Address

P.O. Box 64833

List the contract number of any government contract

| Eagan | MN | 55123-1803 |
|-------|-----|------------|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.2415 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | TM4 Inc. |
| --- | --- | --- | --- |

Name

Notice Name

135, rue Joseph-Armand Bombardier, #25
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Boucherville | QC | J4B 8P1 |
| --- | --- | --- |
| City | State | ZIP Code |

Canada
Country

| 2.2416 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (028513-00) | Toei Logistics Honjo BC |
| --- | --- | --- | --- |

Name

Notice Name

2-63, Imaidai
Address

**State the term remaining**    Unknown

Honjo-Shi

**List the contract number of any government contract**

| Saitama | | 367-0038 |
| --- | --- | --- |
| City | State | ZIP Code |

Japan
Country

| 2.2417 | **State what the contract or lease is for and the nature of the debtor's interest** | Standard Purchase Order (770469) | Tomey Electric, Inc. |
| --- | --- | --- | --- |

Name

Notice Name

5430 Handley Road
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Cambridge | MD | 21613 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

| | | | |
|---|---|---|---|
| 2.2418 | **State what the contract or lease is for and the nature of the debtor's interest** | Standard Purchase Order (770943) | Tomey Electric, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5430 Handley Road |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Cambridge / MD / 21613 |
| | | | City / State / ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2419 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement for Bus and Bus-Related Parts and Services | Tompkins Consolidated Area Transit, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 737 Willow Avenue |
| | **State the term remaining** | 12/31/2024 | Address |
| | **List the contract number of any government contract** | | |
| | | | Ithaca / NY / 14850 |
| | | | City / State / ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2420 | **State what the contract or lease is for and the nature of the debtor's interest** | Engineer, Procure, Construct (EPC) Agreement | Tompkins Consolidated Area Transit, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 737 Willow Avenue |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Ithaca / NY / 14850 |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)* 23-11121

| | | | |
|---|---|---|---|
| 2.2421 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 4865) | Tompkins Consolidated Area Transit, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 737 Willow Ave. |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Ithaca / NY / 14850 |
| | | | City / State / ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2422 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement | TOP TEMPO TECHNICAL |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1010 E Union St. #125 |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Pasadena / CA / 91106 |
| | | | City / State / ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2423 | **State what the contract or lease is for and the nature of the debtor's interest** | Charging Infrastructure Agreement | Topeka Metropolitan Transit Authority |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 201 N Kansas Avenue |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Topeka / KS / 66603 |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.2424** **State what the contract or lease is for and the nature of the debtor's interest**

Charging Infrastructure Agreement

Topeka Metropolitan Transit Authority

Name

Notice Name

**State the term remaining** Unknown

200 NW Crane

Address

**List the contract number of any government contract**

| Topeka | KS | 66603 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.2425** **State what the contract or lease is for and the nature of the debtor's interest**

PURCHASE AGREEMENT

Topeka Metropolitan Transit Authority

Name

Notice Name

**State the term remaining** 10/4/2027

201 N. Kansas Ave.

Address

**List the contract number of any government contract**

| Topeka | KS | 66603 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.2426** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (No. GA-80715)

Topeka Metropolitan Transit Authority

Name

Notice Name

**State the term remaining** Unknown

210 North Crane

Address

**List the contract number of any government contract**

| Topeka | KS | 66603 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known):*   23-11121

| 2.2427 | State what the contract or lease is for and the nature of the debtor's interest | Contract Amendment - Supply of Buses | Toronto Transit Commission |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1900 Yonge Street |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Toronto | ON | M4S 1Z2 |
| | | | City | State | ZIP Code |
| | | | Canada |
| | | | Country |

| 2.2428 | State what the contract or lease is for and the nature of the debtor's interest | Contract Amendment (Amendment No. 3) | Toronto Transit Commission |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5160 Yonge Street, 6th Floor |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Toronto | ON | M2N 6L9 |
| | | | City | State | ZIP Code |
| | | | Canada |
| | | | Country |

| 2.2429 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Purchase Order No. C32P318846) | Toronto Transit Commission |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Project Procurement Section |
| | State the term remaining | Unknown | Address |
| | | | 5160 Yonge Street, 6th Floor |
| | List the contract number of any government contract | | |
| | | | Toronto | ON | M2N 6L9 |
| | | | City | State | ZIP Code |
| | | | Canada |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*    23-11121
_____

| 2.2430 | **State what the contract or lease is for and the nature of the debtor's interest** | Toronto Transit Commission - Contract Amendment No. 1 (Purchase Order No. C32P318846) | Toronto Transit Commission |
|---|---|---|---|

Name

Notice Name

Project Procurement Section

**State the term remaining**    Unknown

Address

5160 Yonge Street, 6th Floor

**List the contract number of any government contract**

| Toronto | ON | M2N 6L9 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| 2.2431 | **State what the contract or lease is for and the nature of the debtor's interest** | Toronto Transit Commission - Contract Amendment No. 2 (Purchase Order No. C32P318846) | Toronto Transit Commission |
|---|---|---|---|

Name

Notice Name

Project Procurement Section

**State the term remaining**    Unknown

Address

5160 Yonge Street, 6th Floor

**List the contract number of any government contract**

| Toronto | ON | M2N 6L9 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| 2.2432 | **State what the contract or lease is for and the nature of the debtor's interest** | Product Supply Agreement | Toshiba International Corporation |
|---|---|---|---|

Name

Notice Name

13131 West Little York Road

**State the term remaining**    Unknown

Address

**List the contract number of any government contract**

| Houston | TX | 77041 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.2433 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Total Quality Logistics, LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 4289 Ivy Pointe Blvd. |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | Cincinnati | OH | 45245 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.2434 | **State what the contract or lease is for and the nature of the debtor's interest** | AMD 1 to Contract No. PA-2021-001-AVON (Contract No. PA-2021-001-AVON) | Town of Avon |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | PO Box 975 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | Avon | CO | 81620 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.2435 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re Notice to Proceed with Contract #PA-2021-001-AVON (Contract No. PA-2021-001-AVON) | Town of Avon |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 100 Mikaela Way |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | Avon | CO | 81620 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | | |
|---|---|---|---|
| 2.2436 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of Buses and Charging Stations (Contract No. PA-2021-001-AVON) | Town of Avon |

Name

Notice Name

100 Mikaela Way
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Avon | CO | 81632 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.2437 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form | Town of Avon, CO |

Name

Notice Name

500 Swift Gulch Road
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Avon | CO | 81620 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.2438 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form: Valence Platform | Town of Avon, CO |

Name

Notice Name

500 Swift Gulch Road
Address

PO Box 975

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Avon | CO | 81620 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

| 2.2439 | State what the contract or lease is for and the nature of the debtor's interest | Assumption and Amendment of Battery Lease Agreement | Town of Breckenridge |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1095 Airport Road |
| | State the term remaining | Unknown | Address |
| | | | P.O. Box 168 |
| | List the contract number of any government contract | | |
| | | | |
| | | | Breckenridge |  CO  |  80424 |
| | | | City |  State  |  ZIP Code |
| | | | |
| | | | Country |

| 2.2440 | State what the contract or lease is for and the nature of the debtor's interest | Battery Lease Agreement | Town of Breckenridge |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1095 Airport Road |
| | State the term remaining | 3/16/3034 | Address |
| | | | P.O. Box 168 |
| | List the contract number of any government contract | | |
| | | | |
| | | | Breckenridge |  CO  |  80424 |
| | | | City |  State  |  ZIP Code |
| | | | |
| | | | Country |

| 2.2441 | State what the contract or lease is for and the nature of the debtor's interest | Battery Lease Agreement | Town of Breckenridge |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1095 Airport Road |
| | State the term remaining | Unknown | Address |
| | | | PO Box 168 |
| | List the contract number of any government contract | | |
| | | | |
| | | | Breckenridge |  CO  |  80424 |
| | | | City |  State  |  ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2442 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form - Valence Platform |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Town of Breckenridge
Name

Notice Name

1105 Airport Rd.
Address

| Breckenridge | CO | 80424 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2443 | **State what the contract or lease is for and the nature of the debtor's interest** | PRICING DETAILS FOR "TOWN OF BRECKENRIDGE" |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Town of Breckenridge
Name

Notice Name

1095 Airport Road
Address

P.O. Box 168

| Breckenridge | CO | 80424 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2444 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of Buses and Charging Stations (P2018-06-Breckenridge) |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Town of Breckenridge
Name

Notice Name

1095 Airport Road
Address

| Breckenridge | CO | 80425 |
|---|---|---|
| City | State | ZIP Code |

Country

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.2445 | State what the contract or lease is for and the nature of the debtor's interest | Purchase and Sale of Buses and Charging Systems | Town of Breckenridge |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1095 Airport Road |
| | State the term remaining | Unknown | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | Breckenridge | CO | 80424 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

| 2.2446 | State what the contract or lease is for and the nature of the debtor's interest | Sales Order - Bus Configuration | Town of Breckenridge Transit |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1095 Airport Road |
| | State the term remaining | Unknown | Address |
| | | | P.O. Box 168 |
| | List the contract number of any government contract | | |
| | | | |
| | | | Breckenridge | CO | 80424 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

| 2.2447 | State what the contract or lease is for and the nature of the debtor's interest | Battery Lease Agreement | Town of Jackson hereinafter Southern Teton Area Rapid Transit |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 1687 |
| | State the term remaining | Unknown | Address |
| | | | 55 Kams Meadow Drive |
| | List the contract number of any government contract | | |
| | | | |
| | | | Jackson | WY | 83001 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2448 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Contact Authority |

TPx
Name

Notice Name

373 Market Street
Address

| | **State the term remaining** | Unknown |

| | **List the contract number of any government contract** | |

| Warren | RI | 02885 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2449 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Transign LLC
Name

Notice Name

281 Collier Road
Address

| | **State the term remaining** | Unknown |

| | **List the contract number of any government contract** | |

| Auburn Hills | MI | 48326 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2450 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Agreement |

Transit and Mobility Manager City of Racine
Name

Notice Name

730 Washington Avenue
Address

| | **State the term remaining** | 4/27/2028 |

| | **List the contract number of any government contract** | |

| Racine | WI | 53403 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.2451 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Agreement | Transit and Mobility Manager City of Racine |
|---|---|---|---|

Name

Notice Name

730 Washington Avenue
Address

**State the term remaining** 4/23/2028

**List the contract number of any government contract**

| | | Racine | WI | 53403 |
|---|---|---|---|---|
| | | City | State | ZIP Code |

Country

| 2.2452 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of Five Buses and One Charging Station (PRO_CAT_15-002) | Transit Authority of Lexington-Fayette Urban County Government |
|---|---|---|---|

Name

Notice Name

200 West Loudon Av
Address

**State the term remaining** 11/18/2021

**List the contract number of any government contract**

| | | Lexington | KY | 40508 |
|---|---|---|---|---|
| | | City | State | ZIP Code |

Country

| 2.2453 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 1 to Contract Agreement (Contract No. PRO_CAT_15-001) | Transit Authority of River City |
|---|---|---|---|

Name

Notice Name

1000 West Broadway
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | Louisville | KY | 40203 |
|---|---|---|---|---|
| | | City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.2454 | **State what the contract or lease is for and the nature of the debtor's interest** | Thirty-Five Foot Electric Bus Purchase | Transit Authority of River City |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1000 West Broadway |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Louisville          KY          40203 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2455 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Best and Final Offers | Transit Authority of River City (TARC) |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1000 West Broadway |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Louisville          KY          40203-2301 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2456 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. EBUS002) | Transit Joint Powers Authority for Merced County |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 369 West 18th Street |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Merced          CA          95340 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.2457 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Purchase Order No. 166357) | Transit Operations, City of Santa Rosa |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 45 Stony Point Road |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Santa Rosa | CA | 95401 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.2458 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Purchase Order No. 166357) | Transit Operations, City of Santa Rosa |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 45 Stony Point Road |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Santa Rosa | CA | 95401 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.2459 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | TransPak |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 520 N. Marburg Way |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | San Jose | CA | 95133 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

| | | |
|---|---|---|
| 2.2460 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (P006085994) | Transylvania County School Bus Garage |

Name

Notice Name

225 Rosenwald Ln

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Brevard | NC | 28712 |

Country

| | | |
|---|---|---|
| 2.2461 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No.: P-ORD020854) | Trapeze Software Group, Inc |

Name

Notice Name

5265 Rockwell Drive NE

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Cedar Rapids | IA | 52402 |

Country

| | | |
|---|---|---|
| 2.2462 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of Buses, Charging Stations, and Warranty (Contract NO:.JTB-06.22.18-1) | Travel Plaza, LLC. |

Name

Notice Name

818 Pine St

**State the term remaining** 7/8/2023

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Honolulu | HI | 96817 |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.2463** State what the contract or lease is for and the nature of the debtor's interest

Purchase and Sale of Buses, Charging Stations, and Warranty (Contract NO::JTB-06.22.18-1)

Travel Plaza, LLC.
Name

Notice Name

818 Pine St
Address

State the term remaining — 7/8/2023

List the contract number of any government contract

| Honolulu | HI | 96817 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.2464** State what the contract or lease is for and the nature of the debtor's interest

GO Triangle Amendment 1 (Contract No. 19-017)

Triangle Regional Public Transportation Authority
Name

Notice Name

4600 Emperor Boulevard, Suite 101
Address

State the term remaining — Unknown

List the contract number of any government contract

| Durham | NC | 27703 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.2465** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Trim-Lok, Inc.
Name

Notice Name

6855 Hermosa Circle
Address

State the term remaining — Unknown

List the contract number of any government contract

| Buena Park | CA | 90622 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

**2.2466** State what the contract or lease is for and the nature of the debtor's interest

Standard Purchase Order (725919)

TripSpark USA

Name

Notice Name

5265 Rockwell Drive NE

Address

State the term remaining

Unknown

List the contract number of any government contract

| Cedar Rapids, | IA | 52402 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.2467** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PO # POUS-0002574)

Tritium Pty LTD

Name

Notice Name

20000 S. Vermont Avenue

Address

State the term remaining

Unknown

List the contract number of any government contract

| Torrance | CA | 90502 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.2468** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PO # POUS-0002575)

Tritium Pty LTD

Name

Notice Name

20000 S. Vermont Avenue

Address

State the term remaining

Unknown

List the contract number of any government contract

| Torrance | CA | 90502 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.2469 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO# POUS-0002544) | Tritium Pty LTD |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 20000 S. Vermont Avenue |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Torrance |  CA  | 90502 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.2470 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO# POUS-0002545) | Tritium Pty LTD |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 20000 S. Vermont Avenue |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Torrance |  CA  | 90502 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.2471 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO# POUS-0002576) | Tritium Pty LTD |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 20000 S. Vermont Avenue |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Torrance |  CA  | 90502 |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.2472 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO# POUS-0002577) | Tritium Pty LTD |
|---|---|---|---|
| | | | Name |

Notice Name

20000 S. Vermont Avenue

**State the term remaining**   Unknown

Address

**List the contract number of any government contract**

| Torrance | CA | 90502 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.2473 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | TRM Precision Manufactory(Suzhou) Ltd |
|---|---|---|---|
| | | | Name |

Notice Name

No.133 Weixin Road

**State the term remaining**   Unknown

Address

Suzhou Industrial Park

**List the contract number of any government contract**

| Suzhou | | 215101 |
|---|---|---|
| City | State | ZIP Code |

China

Country

| 2.2474 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Truck World Repair, LLC |
|---|---|---|---|
| | | | Name |

Notice Name

290 Morley Court

**State the term remaining**   Unknown

Address

**List the contract number of any government contract**

| Duncan | SC | 29334 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.2475 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | TRW Automotive U.S. LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 77952 |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Detroit   MI   48277 |
| | | | City   State   ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2476 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order Number: 1003) | TTC Birchmount Garage |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 400 Danforth Rd. |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Scarborough   ON   MIL 3X6 |
| | | | City   State   ZIP Code |
| | | | Canada |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2477 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | TTI, Inc |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 220 Horizon Dr |
| | **State the term remaining** | Unknown | Address |
| | | | Suite 203 |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Raleigh   NC   27615 |
| | | | City   State   ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.2478 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Tube Specialties |
| | | | Name |
| | | | Notice Name |
| | | | 1459 NW Sundial Rd |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Troutdale  OR  97060 |
| | | | City  State  ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2479 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 2021-1365-2) | Tulsa Transit |
| | | | Name |
| | | | Notice Name |
| | | | 510 South Rockford |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Tulsa  OK  74120 |
| | | | City  State  ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2480 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order Number: 222196) | Twin Rivers Unified School District |
| | | | Name |
| | | | Notice Name |
| | | | 3222 Winona Way |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | North Highlands  CA  95660 |
| | | | City  State  ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.2481 | State what the contract or lease is for and the nature of the debtor's interest | Contract Award 47QMCA22D000Z (Contract No:. 47QMCA22D000Z; Solicitation No. 47QMCA21R0013) | U.S. General Services Administration |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1800 F St. NW |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Washington | DC | 20405 |
| --- | --- | --- | --- | --- | --- |
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.2482 | State what the contract or lease is for and the nature of the debtor's interest | GSA's Appreciation of Interest No. 47QMCA21R0013 (Contract No:. 47QMCA22D000Z) | U.S. General Services Administration Federal Acquisition Services |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1800 F Street NW |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Washington | DC | 20405 |
| --- | --- | --- | --- | --- | --- |
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.2483 | State what the contract or lease is for and the nature of the debtor's interest | Solicitation/Contract/Order For Commercial Items (Contract No:. 47QMCA22D000Z; Solicitation No. 47QMCA21R0013) | U.S. General Services Administration Federal Acquisition Services |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Light Duty Automotive Acqn. Support Div. |
| | State the term remaining | Unknown | Address |
| | | | 1800 F ST, NW HUB 3200 |
| | List the contract number of any government contract | | |

| | | | Washington | DC | 20405 |
| --- | --- | --- | --- | --- | --- |
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

| 2.2484 | State what the contract or lease is for and the nature of the debtor's interest | Solicitation/Contract/Order For Commercial Items (Contract No:. 47QMCA22D000Z; Solicitation No. 47QMCA21R0013) | U.S. General Services Administration Federal Acquisition Services |
|---|---|---|---|
| | | | **Name** |
| | | | |
| | | | **Notice Name** |
| | | | Light Duty Automotive Acqn. Support Div. |
| | **State the term remaining** | Unknown | **Address** |
| | | | 1800 F ST, NW HUB 3200 |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | Washington | DC | 20405 |
| | | | **City** | **State** | **ZIP Code** |
| | | | **Country** |

| 2.2485 | State what the contract or lease is for and the nature of the debtor's interest | Amendment of Solicitation/Modification of Contract (GS-30F-026BA/ MC072) | U.S. General Services Administration Medium |
|---|---|---|---|
| | | | **Name** |
| | | | |
| | | | **Notice Name** |
| | | | 1880 F St NW FL 3 |
| | **State the term remaining** | Unknown | **Address** |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | Washington | DC | 20405 |
| | | | **City** | **State** | **ZIP Code** |
| | | | **Country** |

| 2.2486 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | U.S. TelePacific Corp. |
|---|---|---|---|
| | | | **Name** |
| | | | |
| | | | **Notice Name** |
| | | | 515 S. Flower Street |
| | **State the term remaining** | Unknown | **Address** |
| | | | 47th Floor |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | Los Angeles | CA | 90071 |
| | | | **City** | **State** | **ZIP Code** |
| | | | **Country** |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

| 2.2487 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PUR00318127) | UC San Diego |
| | | | Name |

Notice Name

9500 Gilman Drive #0955
Address

| | **State the term remaining** | Unknown | |

| | **List the contract number of any government contract** | | |

| | | | La Jolla | CA | 92093 |
| | | | City | State | ZIP Code |

Country

---

| 2.2488 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to the Agreement (Contract No. PRO1047) | UKG Inc. |
| | | | Name |

Notice Name

900 Chelmsford St. Tower 2, 12th Floor
Address

| | **State the term remaining** | Unknown | |

| | **List the contract number of any government contract** | | |

| | | | Lowell | MA | 01851 |
| | | | City | State | ZIP Code |

Country

---

| 2.2489 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to the SaaS Agreement (Contract No. PRO1047) | UKG Inc. |
| | | | Name |

Notice Name

900 Chelmsford St. Tower 2, 12th Floor
Address

| | **State the term remaining** | Unknown | |

| | **List the contract number of any government contract** | | |

| | | | Lowell | MA | 01851 |
| | | | City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2490 | **State what the contract or lease is for and the nature of the debtor's interest** | ES Optimization and ES Analytics Development ORDER (AR No. PRO1047) |

UKG Inc.

Name

Notice Name

900 Chelmsford St. Tower 2, 12th Floor

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Lowell | MA | 01851 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2491 | **State what the contract or lease is for and the nature of the debtor's interest** | UKG Pro Benefits Administration ORDER (Contract No. PRO1047) |

UKG Inc.

Name

Notice Name

900 Chelmsford St. Tower 2, 12th Floor

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Lowell | MA | 01851 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2492 | **State what the contract or lease is for and the nature of the debtor's interest** | UKG Pro Compensation ORDER (Contract No. PRO1047) |

UKG Inc.

Name

Notice Name

900 Chelmsford St. Tower 2, 12th Floor

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Lowell | MA | 01851 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2493 | **State what the contract or lease is for and the nature of the debtor's interest** | UKG Pro Learning and External Learners ORDER (Contract No. PRO1047) |

UKG Inc.
Name

Notice Name

900 Chelmsford St. Tower 2, 12th Floor
Address

**State the term remaining**     Unknown

**List the contract number of any government contract**

| Lowell | MA | 01851 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2494 | **State what the contract or lease is for and the nature of the debtor's interest** | UKG Pro Performance and Coaching ORDER (Contract No. PRO1047) |

UKG Inc.
Name

Notice Name

900 Chelmsford St. Tower 2, 12th Floor
Address

**State the term remaining**     Unknown

**List the contract number of any government contract**

| Lowell | MA | 01851 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2495 | **State what the contract or lease is for and the nature of the debtor's interest** | UKG Pro Workforce Management Amendment and Order (Contract No. PRO1047) |

UKG Inc.
Name

Notice Name

900 Chelmsford St. Tower 2, 12th Floor
Address

**State the term remaining**     Unknown

**List the contract number of any government contract**

| Lowell | MA | 01851 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.2496 | **State what the contract or lease is for and the nature of the debtor's interest** | Addendum #1 to Global Services Agreement (Agreement No. 6000608704) | UL LLC<br>Name |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 333 Pfingsten Road<br>Address |
| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Northbrook | IL | 60062 |

Country

| | | | |
|---|---|---|---|
| 2.2497 | **State what the contract or lease is for and the nature of the debtor's interest** | Global Services Agreement (Agreement No. 6000608704) | UL LLC<br>Name |
| | | | Notice Name |
| | | | Attn General Counsel |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | 333 Pfingsten Road |

| City | State | ZIP Code |
|---|---|---|
| Northbrook | IL | 60062 |

Country

| | | | |
|---|---|---|---|
| 2.2498 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | UL LLC<br>Name |
| | | | Notice Name |
| | | | 333 Pfingsten Road |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Northbrook | IL | 60062 |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*    23-11121

| 2.2499 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | ULine |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 12575 Uline Drive |
| | | | Address |
| | **List the contract number of any government contract** | | |

| | | | Pleasant Prairie | WI | 53158 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.2500 | **State what the contract or lease is for and the nature of the debtor's interest** | The Ultimate Software Group, Inc. SaaS Agreement | Ultimate Software Group Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 2000 Ultimate Way |
| | | | Address |
| | **List the contract number of any government contract** | | |

| | | | Weston | FL | 33326 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.2501 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (1010) | Umpqua Public Transportation District |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 3076 NE Diamond Lake Blvd |
| | | | Address |
| | **List the contract number of any government contract** | | |

| | | | Roseburg | OR | 97470 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)* 23-11121

---

**2.2502** **State what the contract or lease is for and the nature of the debtor's interest**  Various Purchase Orders

Unifirst Corporation
Name

Notice Name

**State the term remaining**  Unknown

322 Standing Springs Ct
Address

**List the contract number of any government contract**

| Simpsonville | SC | 29680 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.2503** **State what the contract or lease is for and the nature of the debtor's interest**  Carrier Agreement

United Parcel Service Inc.
Name

Notice Name

**State the term remaining**  Unknown

291 Fairforest way
Address

**List the contract number of any government contract**

| Greenville | SC | 29607 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.2504** **State what the contract or lease is for and the nature of the debtor's interest**  Continuous General Agency Agreement and Power of Attorney with Power to Appoint a Sub-Agent

United Parcel Service Inc.
Name

Notice Name

**State the term remaining**  Unknown

291 Fairforest way
Address

**List the contract number of any government contract**

| Greenville | SC | 29607 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known):* 23-11121

| | | | |
|---|---|---|---|
| 2.2505 | **State what the contract or lease is for and the nature of the debtor's interest** | Standard Purchase Order (Order No. 758297) | United States Government Defense Innovation Unit |

2.2505

**State what the contract or lease is for and the nature of the debtor's interest**  Standard Purchase Order (Order No. 758297)

**State the term remaining**  Unknown

**List the contract number of any government contract**

United Rentals (North America), Inc.
Name

Notice Name

PO Box 100711
Address

| Atlanta | GA | 30384-0711 |
|---|---|---|
| City | State | ZIP Code |

Country

2.2506

**State what the contract or lease is for and the nature of the debtor's interest**  Amendment of Solicitation/Modification of Contract

**State the term remaining**  Unknown

**List the contract number of any government contract**

United States Government Defense Innovation Unit
Name

Notice Name

230 RT Jones Rd
Address

| Mountain View | CA | 94043 |
|---|---|---|
| City | State | ZIP Code |

Country

2.2507

**State what the contract or lease is for and the nature of the debtor's interest**  Award/Contract - SOW "Jumpstart for Advanced Battery Standardization (JABS)"

**State the term remaining**  Unknown

**List the contract number of any government contract**

United States Government Defense Innovation Unit
Name

Notice Name

230 RT Jones Rd
Address

| Mountain View | CA | 94043 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2508 | **State what the contract or lease is for and the nature of the debtor's interest** | Prohibition on Use of Certain Telecommunications and Video Surveillance Services or Equipment |
| | | United States Government Defense Innovation Unit |
| | | Name |
| | | Notice Name |
| | **State the term remaining** | Unknown |
| | | 230 RT Jones Rd |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Mountain View | CA | 94043 |

Country

| | | |
|---|---|---|
| 2.2509 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |
| | | United States Seating Company |
| | | Name |
| | | Notice Name |
| | **State the term remaining** | Unknown |
| | | 101 Gordon Drive |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Exton | PA | 19341 |

Country

| | | |
|---|---|---|
| 2.2510 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement and Declaration of Trust for the USW |
| | | United Steel Workers International Union AFL-CIO CLC |
| | | Name |
| | | Notice Name |
| | | 60 Boulevard of the Allies |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Pittsburgh | PA | 15222 |

Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known):* 23-11121

| | | |
|---|---|---|
| 2.2511 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement and Declaration of Trust for the USW |

United Steel Workers International Union AFL-CIO CLC
Name

Notice Name

60 Boulevard of the Allies

**State the term remaining** — Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Pittsburgh | PA | 15222 |

Country

| | | |
|---|---|---|
| 2.2512 | **State what the contract or lease is for and the nature of the debtor's interest** | Collective Bargaining Agreement |

United Steel Workers International Union AFL-CIO CLC
Name

Notice Name

60 Boulevard of the Allies

**State the term remaining** — Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Pittsburgh | PA | 15222 |

Country

| | | |
|---|---|---|
| 2.2513 | **State what the contract or lease is for and the nature of the debtor's interest** | Effects Bargaining Agreement |

United Steel Workers International Union AFL-CIO CLC
Name

Notice Name

60 Boulevard of the Allies

**State the term remaining** — Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Pittsburgh | PA | 15222 |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.2514 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter of Understanding | United Steel Workers International Union AFL-CIO CLC |
| | | | Name |
| | | | Notice Name |
| | | | 60 Boulevard of the Allies |
| | **State the term remaining** | 3/31/2024 | Address |
| | **List the contract number of any government contract** | | |
| | | | Pittsburgh / PA / 15222 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.2515 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter of Understanding | United Steel Workers International Union AFL-CIO CLC |
| | | | Name |
| | | | Notice Name |
| | | | 60 Boulevard of the Allies |
| | **State the term remaining** | 3/31/2024 | Address |
| | **List the contract number of any government contract** | | |
| | | | Pittsburgh / PA / 15222 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.2516 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter of Understanding re Regarding Article 8 | United Steel Workers International Union AFL-CIO CLC |
| | | | Name |
| | | | Notice Name |
| | | | 60 Boulevard of the Allies |
| | **State the term remaining** | 3/31/2024 | Address |
| | **List the contract number of any government contract** | | |
| | | | Pittsburgh / PA / 15222 |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.2517** **State what the contract or lease is for and the nature of the debtor's interest**

Letter of Understanding re Shift Differential

United Steel Workers International Union AFL-CIO CLC

Name

Notice Name

60 Boulevard of the Allies

**State the term remaining** 3/31/2024

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Pittsburgh | PA | 15222 |

Country

---

**2.2518** **State what the contract or lease is for and the nature of the debtor's interest**

Letter of Understanding re: Employee Stock Purchase Plan

United Steel Workers International Union AFL-CIO CLC

Name

Notice Name

60 Boulevard of the Allies

**State the term remaining** 3/31/2024

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Pittsburgh | PA | 15222 |

Country

---

**2.2519** **State what the contract or lease is for and the nature of the debtor's interest**

Letter of Understanding re: June 1, 2022 Wage Increase

United Steel Workers International Union AFL-CIO CLC

Name

Notice Name

60 Boulevard of the Allies

**State the term remaining** 3/31/2024

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Pittsburgh | PA | 15222 |

Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | | |
|---|---|---|---|---|
| 2.2520 | **State what the contract or lease is for and the nature of the debtor's interest** | Memorandum of Agreement | United Steel Workers International Union AFL-CIO CLC | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 60 Boulevard of the Allies | |
| | **State the term remaining** | Unknown | Address | |
| | | | | |
| | **List the contract number of** | | | |
| | **any government contract** | | | |
| | | | Pittsburgh | PA | 15222 |
| | | | City | State | ZIP Code |
| | | | | |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.2521 | **State what the contract or lease is for and the nature of the debtor's interest** | Community Benefits Agreement | United Steelworkers | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 1200 E. 220th St. | |
| | **State the term remaining** | Unknown | Address | |
| | | | | |
| | **List the contract number of** | | | |
| | **any government contract** | | | |
| | | | Carson | CA | 90745-3505 |
| | | | City | State | ZIP Code |
| | | | | |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.2522 | **State what the contract or lease is for and the nature of the debtor's interest** | Employer-Union Participation Agreement | United Steelworkers | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 1200 E. 220th St. | |
| | **State the term remaining** | Unknown | Address | |
| | | | | |
| | **List the contract number of** | | | |
| | **any government contract** | | | |
| | | | Carson | CA | 90745-3505 |
| | | | City | State | ZIP Code |
| | | | | |
| | | | Country | |

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2523 | **State what the contract or lease is for and the nature of the debtor's interest** | Terms of Negotiation Pertaining to Proterra's City of Industry |

United Steelworkers
_____
Name

_____
Notice Name

60 Blvd. of the Allies, 9th Floor
_____
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Pittsburgh | PA | 15222 |

_____
Country

| | | |
|---|---|---|
| 2.2524 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Universal Packaging
_____
Name

_____
Notice Name

130 Fortis Drive
_____
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Duncan | SC | 29334 |

_____
Country

| | | |
|---|---|---|
| 2.2525 | **State what the contract or lease is for and the nature of the debtor's interest** | Security Professional Service Agreement |

Universal Protection Services, LP
_____
Name

_____
Notice Name

Eight Tower Bridge, 161 Washington Street, Suite 600
_____
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Conshohocken | PA | 19428 |

_____
Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):* 23-11121

| 2.2526 | State what the contract or lease is for and the nature of the debtor's interest | Security Professional Service Agreement | Universal Protection Services, LP |
| | | | Name |
| | | | |
| | | | Notice Name |
| | State the term remaining | Unknown | Eight Tower Bridge, 161 Washington Street, Suite 600 |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Conshohocken        PA        19428 |
| | | | City        State        ZIP Code |
| | | | |
| | | | Country |

| 2.2527 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Universal Technical Services |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1245 Woods Chapel Rd |
| | State the term remaining | Unknown | Address |
| | | | PO Box 765 |
| | List the contract number of any government contract | | |
| | | | |
| | | | Duncan        SC        29334 |
| | | | City        State        ZIP Code |
| | | | |
| | | | Country |

| 2.2528 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Agreement (PUR00318127) | University of California San Diego |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 9500 Gilman Drive, MC 0914 |
| | State the term remaining | 2/16/2027 | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | La Jolla        CA        92093-0914 |
| | | | City        State        ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*:  23-11121

| | | |
|---|---|---|
| 2.2529 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (343748) |

University of California, Irvine

Name

Notice Name

120 Theory, Suite 200

**State the term remaining**  Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Irvine | CA | 92617-1050 |

Country

| | | |
|---|---|---|
| 2.2530 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (343748) |

University of California, Irvine

Name

Notice Name

120 Theory, Suite 200

**State the term remaining**  Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Irvine | CA | 92617-1050 |

Country

| | | |
|---|---|---|
| 2.2531 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO/Reference #: 378761) |

University of California, Irvine

Name

Notice Name

120 Theory, Suite 200

**State the term remaining**  Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Irvine | CA | 92617-1050 |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*:   23-11121

| | | |
|---|---|---|
| 2.2532 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order |

University of Georgia

Name

Notice Name

424 E Broad Street, Room 302

Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Athens | GA | 30602 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2533 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO/Reference No.: E1198055) |

University of Georgia CAMPUS TRANSIT

Name

Notice Name

2505 RIVERBEND R D

Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| ATHENS | GA | 30602 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2534 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO/Reference No.: E1198055) |

University of Georgia CAMPUS TRANSIT

Name

Notice Name

2505 RIVERBEND R D

Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| ATHENS | GA | 30602 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):* 23-11121

| 2.2535 | State what the contract or lease is for and the nature of the debtor's interest | Revised Purchase Order (PO/Reference No.: E1054146) | University of Georgia CAMPUS TRANSIT |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2505 RIVERBEND R D |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | ATHENS | GA | 30602 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |

| 2.2536 | State what the contract or lease is for and the nature of the debtor's interest | Amendment #1 to Contract UOFMT.142112208 (UOFMT.142112208) | University of Montana |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Business Services - Procurement Office |
| | State the term remaining | Unknown | Address |
| | | | Emma B. Lommasson Center |
| | List the contract number of any government contract | | |

| | | | Missoula | MT | 59812-2304 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |

| 2.2537 | State what the contract or lease is for and the nature of the debtor's interest | Letter re: Notice to Proceed | University of Montana |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Associated Students of the University of Montana |
| | State the term remaining | Unknown | Address |
| | | | University Center, Suite 105 |
| | List the contract number of any government contract | | |

| | | | Missoula | MT | 59812 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known):* 23-11121

| | | |
|---|---|---|
| 2.2538 | **State what the contract or lease is for and the nature of the debtor's interest** | Notice to Proceed - Overhead Charging Station Contract |

University of Montana

Name

Notice Name

Associated Students of the University of Montana

**State the term remaining** — Unknown

Address

University Center, Suite 105

**List the contract number of any government contract**

| Missoula | MT | 59812 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2539 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of Three Buses and One Charging Station |

University of Montana

Name

Notice Name

University Center - Suite 105

**State the term remaining** — 4/18/2026

Address

32 Campus Drive

**List the contract number of any government contract**

| Missoula | MT | 59812 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2540 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of Three Buses and One Charging Station |

University of Montana

Name

Notice Name

University Center - Suite 105

**State the term remaining** — 4/18/2026

Address

32 Campus Drive

**List the contract number of any government contract**

| Missoula | MT | 59812 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.2541 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of Three Buses and One Charging Station | University of Montana |
|---|---|---|---|

Name

Notice Name

University Center - Suite 105
Address

32 Campus Drive

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Missoula | MT | 59812 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.2542 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (P0171911) | University of Montana |
|---|---|---|---|

Name

Notice Name

32 Campus Drive
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Missoula | MT | 59812-2304 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.2543 | **State what the contract or lease is for and the nature of the debtor's interest** | Product Purchase Agreement | University of South Florida Board of Trustees |
|---|---|---|---|

Name

Notice Name

4202 E Fowler Avenue
Address

PSB 101

**State the term remaining** | 3/12/2025

**List the contract number of any government contract**

| Tampa | FL | 33620 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.2544 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO/Reference No.: P000004286) |

UNIVERSITY OF SOUTH FLORIDA CENTRAL RECEIVING TAMPA CAMPUS

Name

Notice Name

4202 E FOWLER AVE, CRS100

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Tampa | FL | 33620-5050 |
|---|---|---|
| City | State | ZIP Code |

Country

---

| | | |
|---|---|---|
| 2.2545 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Acceptance Form Addendum (2451573) |

University of Virginia

Name

Notice Name

190 McCormick Rd

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Charlottesville | VA | 22903 |
|---|---|---|
| City | State | ZIP Code |

Country

---

| | | |
|---|---|---|
| 2.2546 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO: 2451573) |

University of Virginia

Name

Notice Name

1001 Emmet St N

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Charlottesville | VA | 22903 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.2547**

**State what the contract or lease is for and the nature of the debtor's interest**

Leave Services Administration Agreement

**State the term remaining** Unknown

**List the contract number of any government contract**

Unum
Name

Notice Name

1 Fountain Square
Address

| Chattanooga | TN | 37402 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.2548**

**State what the contract or lease is for and the nature of the debtor's interest**

Level Administration Service Request

**State the term remaining** Unknown

**List the contract number of any government contract**

Unum
Name

Notice Name

1 Fountain Square
Address

| Chattanooga | TN | 37402 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.2549**

**State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

**State the term remaining** Unknown

**List the contract number of any government contract**

UPS Supply Chain Solutions, Inc
Name

Notice Name

PO Box 650690
Address

| Dallas | TX | 75265-0690 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2550 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order (Change Order No. 4) |

Uptima, Inc.
Name

Notice Name

651 Holiday Drive Foster Plaza 5 Suite 400
Address

**State the term remaining** 12/31/2023

**List the contract number of any government contract**

| Pittsburgh | PA | 15220 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2551 | **State what the contract or lease is for and the nature of the debtor's interest** | Implementation of Statement of Work |

Uptima, Inc.
Name

Notice Name

110 N 3rd St
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| San Jose | CA | 95112 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2552 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement |

Uptima, Inc.
Name

Notice Name

110 N 3rd St
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| San Jose | CA | 95112 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2553 | **State what the contract or lease is for and the nature of the debtor's interest** | Manufacturing Agreement |
| | | UQM Technologies Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 4120 Specialty Place |
| | **State the term remaining** | Unknown | Address |
| | | |
| | **List the contract number of any government contract** | |
| | | Longmont | CO | 80504 |
| | | City | State | ZIP Code |
| | | |
| | | Country |

| | | |
|---|---|---|
| 2.2554 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |
| | | Urban Transportation Associates |
| | | Name |
| | | |
| | | Notice Name |
| | | 4240 Airport Rd. |
| | **State the term remaining** | Unknown | Address |
| | | Suite 212 |
| | **List the contract number of any government contract** | |
| | | Cincinnati | OH | 45226 |
| | | City | State | ZIP Code |
| | | |
| | | Country |

| | | |
|---|---|---|
| 2.2555 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 0001 of Solicitation/Modification Of Contract (Contract No:. 47QMCA22D000Z; Solicitation No. 47QMCA21R0013) |
| | | US General Services Administration |
| | | Name |
| | | |
| | | Notice Name |
| | | 1800 F Street NW Hub 3400 |
| | **State the term remaining** | Unknown | Address |
| | | Light Vehicles Acquisition |
| | **List the contract number of any government contract** | |
| | | Washington | DC | 20405 |
| | | City | State | ZIP Code |
| | | |
| | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.2556 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 0002 of Solicitation/Modification Of Contract (Contract No:. 47QMCA22D000Z; Solicitation No. 47QMCA21R0013) |

US General Services Administration
Name

Notice Name

1800 F Street NW, Wing 3200
Address

**State the term remaining** | Unknown

Light Vehicles Acquisition

**List the contract number of any government contract**

| | | |
|---|---|---|
| Washington | DC | 20405 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2557 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 0003 of Solicitation/Modification Of Contract (Contract No:. 47QMCA22D000Z; Solicitation No. 47QMCA21R0013) |

US General Services Administration
Name

Notice Name

1800 F Street NW, Wing 3200
Address

**State the term remaining** | Unknown

Light Vehicles Acquisition Support

**List the contract number of any government contract**

| | | |
|---|---|---|
| Washington | DC | 20405 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2558 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 0004 of Solicitation/Modification Of Contract (Contract No:. 47QMCA22D000Z; Solicitation No. 47QMCA21R0013) |

US General Services Administration
Name

Notice Name

1800 F Street NW, Wing 3200
Address

**State the term remaining** | Unknown

Light Vehicles Acquisition Support

**List the contract number of any government contract**

| | | |
|---|---|---|
| Washington | DC | 20405 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2559 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 0005 of Solicitation/Modification Of Contract (Contract No:. 47QMCA22D000Z; Solicitation No. 47QMCA21R0013) |

US General Services Administration
Name

Notice Name

1800 F Street NW, Wing 3200
Address

**State the term remaining**     Unknown

Light Vehicles Acquisition Support

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Washington | DC | 20405 |

Country

| | | |
|---|---|---|
| 2.2560 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment of Solicitation/Modification of Contract (Amendment No. 47QMCA21R0013/0003) |

US General Services Administration
Name

Notice Name

1800 F Street, NW Wing 3200
Address

**State the term remaining**     Unknown

Light Vehicles Acquisition

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Washington | DC | 20405 |

Country

| | | |
|---|---|---|
| 2.2561 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment of Solicitation/Modification of Contract (Amendment No. 47QMCA21R0013/0004) |

US General Services Administration
Name

Notice Name

1800 F Street, NW Wing 3200
Address

**State the term remaining**     Unknown

Light Vehicles Acquisition Support

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Washington | DC | 20405 |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):* 23-11121

| | | |
|---|---|---|
| 2.2562 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment of Solicitation/Modification of Contract (Amendment No. 47QMCA21R0013/0005) |

US General Services Administration
Name

Notice Name

1800 F Street, NW Wing 3200
Address

**State the term remaining** Unknown

Light Vehicles Acquisition Support

**List the contract number of any government contract**

| | | |
|---|---|---|
| Washington | DC | 20405 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2563 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment of Solicitation/Modification Of Contract (Contract No:. 47QMCA22D000Z (GS-30F-MA021); Modification No. PS-001) |

US General Services Administration
Name

Notice Name

1800 F Street NW Hub 3400
Address

**State the term remaining** Unknown

Light Vehicles Acquisition

**List the contract number of any government contract**

| | | |
|---|---|---|
| Washington | DC | 20405 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2564 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment of Solicitation/Modification Of Contract (Contract No:. 47QMCA22D000Z (GS-30F-MA021); Modification No. PS-004) |

US General Services Administration
Name

Notice Name

1800 F Street NW Hub 3400
Address

**State the term remaining** Unknown

Light Vehicles Acquisition

**List the contract number of any government contract**

| | | |
|---|---|---|
| Washington | DC | 20405 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known):*  23-11121

| 2.2565 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | USAT Corp |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 104 S Estes Dr. |
| | | | Address |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | Chapel Hill / NC / 27514 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.2566 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | USDI |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 2550 S. Telegraph Road |
| | | | Address |
| | **List the contract number of** | | Suite 240 |
| | **any government contract** | | |
| | | | Bloomfield Hills / MI / 48302 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.2567 | **State what the contract or lease is for and the nature of the debtor's interest** | USW - High Road Training Partnership Grant Agreement | USW - Proterra Training and Apprenticeship Trust Fund |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 1200 East 220th Street |
| | | | Address |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | Carson / CA / 90745 |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

| 2.2568 | State what the contract or lease is for and the nature of the debtor's interest | USW - High Road Training Partnership Grant Agreement | USW - Proterra Training and Apprenticeship Trust Fund |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Unknown | 1200 East 220th Street |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | Carson / CA / 90745 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.2569 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Valeo TCV, North America, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Unknown | 22150 Challenger Drive |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | Elkhart / IN / 46514 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.2570 | State what the contract or lease is for and the nature of the debtor's interest | Master Subscription Agreement | Valimail Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Unknown | 1942 Broadway St. Ste. 314C |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | Boulder / CO / 80302 |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.2571 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form | Valimail Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 1942 Broadway St. Ste. 314C |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Boulder              CO              80302 |
| | | | City              State              ZIP Code |
| | | | |
| | | | Country |

| 2.2572 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Vallen Distribution, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | Unknown | PO Box 404753 |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Atlanta              GA              30384 |
| | | | City              State              ZIP Code |
| | | | |
| | | | Country |

| 2.2573 | **State what the contract or lease is for and the nature of the debtor's interest** | Form of battery lease agreement | Valley Regional Transit |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 700 NE 2ND Street, Suite 100 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Meridian              ID              83642 |
| | | | City              State              ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.2574 | State what the contract or lease is for and the nature of the debtor's interest | Master Goods and Services Agreement (MSGA 2020-09-15) |

Valley Regional Transit
Name

Notice Name

700 NE 2nd Street, Suite 100
Address

| | | |
|---|---|---|
| State the term remaining | 9/14/2023 | |
| List the contract number of any government contract | | |

| Meridian | ID | 83642 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2575 | State what the contract or lease is for and the nature of the debtor's interest | Master Goods and Services Agreement (MSGA 2021-05-25) |

Valley Regional Transit
Name

Notice Name

700 NE 2nd Street, Suite 100
Address

| | | |
|---|---|---|
| State the term remaining | 5/9/2024 | |
| List the contract number of any government contract | | |

| Meridian | ID | 83642 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2576 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO No. 30020402-000; Project No. 23227-020-000) |

Valley Regional Transit
Name

Notice Name

700 N. E. 2nd Street, Suite 100
Address

| | | |
|---|---|---|
| State the term remaining | Unknown | |
| List the contract number of any government contract | | |

| Meridian | ID | 83642 |
|---|---|---|
| City | State | ZIP Code |

Country

| Debtor: | Proterra Operating Company, Inc. | Case number *(if known)*: | 23-11121 |
|---|---|---|---|
| | Name | | |

**2.2577** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Valley Vista Services Inc.
Name

Notice Name

17445 E Railroad Street
Address

State the term remaining — Unknown

List the contract number of any government contract

| City of Industry | CA | 91748 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.2578** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Valmont Industries Inc.
Name

Notice Name

One Valmont Plaza - 5th Floor
Address

State the term remaining — Unknown

List the contract number of any government contract

| Omaha | NE | 68154 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.2579** State what the contract or lease is for and the nature of the debtor's interest

Amendment No. 1 To Product Supply Agreement

Van Hool NV
Name

Notice Name

Bernard Van Hoolstraat 58
Address

State the term remaining — Unknown

List the contract number of any government contract

| Koningshooikt-Lier | | 2500 |
|---|---|---|
| City | State | ZIP Code |
| Belgium | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.2580 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 1 to Product Supply Agreement | Van Hool NV |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Bernard Van Hoolstraat 58 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Koningshooikt-Lier — 2500 |
| | | | City — State — ZIP Code |
| | | | Belgium |
| | | | Country |

| 2.2581 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 2 to Product Supply Agreement | Van Hool NV |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Bernard Van Hoolstraat 58 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Koningshooikt-Lier — 2500 |
| | | | City — State — ZIP Code |
| | | | Belgium |
| | | | Country |

| 2.2582 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 3 to Product Supply Agreement | Van Hool NV |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Bernard Van Hoolstraat 58 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Koningshooikt-Lier — 2500 |
| | | | City — State — ZIP Code |
| | | | Belgium |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2583 | **State what the contract or lease is for and the nature of the debtor's interest** | Product Supply Agreement |
| | | |
| | **State the term remaining** | 5/15/2025 |
| | **List the contract number of any government contract** | |

Van Hool NV

Name

Notice Name

Bernard Van Hoolstraat 58

Address

| Koningshooikt-Lier | | 2500 |
|---|---|---|
| City | State | ZIP Code |
| Belgium | | |
| Country | | |

| | | |
|---|---|---|
| 2.2584 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (16081) |
| | | |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Van Hool NV

Name

Notice Name

Bernard Van Hoolstraat 58

Address

| Koningshooikt-Lier | | 2500 |
|---|---|---|
| City | State | ZIP Code |
| Belgium | | |
| Country | | |

| | | |
|---|---|---|
| 2.2585 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (16085) |
| | | |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Van Hool NV

Name

Notice Name

Bernard Van Hoolstraat 58

Address

| Koningshooikt-Lier | | 2500 |
|---|---|---|
| City | State | ZIP Code |
| Belgium | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*:  23-11121

| 2.2586 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (16090) | Van Hool NV |
| | | | Name |

Notice Name

Bernard Van Hoolstraat 58
Address

State the term remaining    Unknown

List the contract number of
any government contract

Koningshooikt-Lier | 2500
City | State | ZIP Code
Belgium
Country

| 2.2587 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Order No. L12800103) | Van Hool NV |
| | | | Name |

Notice Name

Bernard Van Hoolstraat 58
Address

State the term remaining    Unknown

List the contract number of
any government contract

Koningshooikt-Lier | 2500
City | State | ZIP Code
Belgium
Country

| 2.2588 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Modification (Order No. L91801003) | Van Hool NV |
| | | | Name |

Notice Name

Bernard Van Hoolstraat 58
Address

State the term remaining    Unknown

List the contract number of
any government contract

Koningshooikt-Lier | 2500
City | State | ZIP Code
Belgium
Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known):*  23-11121

| | | |
|---|---|---|
| 2.2589 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Vapor Bus International
Name

Notice Name

2259 Reliable Parkway
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Chicago | IL | 60686 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2590 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

VCA North America
Name

Notice Name

17484 N Laurel Park Drive
Address

Suite 200E

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Livonia | MI | 48152 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2591 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Vehicle Improvement Products, Inc.
Name

Notice Name

18881 IMMI Way
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Westfield | IN | 46074 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2592 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

VenAir, Inc.
Name

Notice Name

16713 Park Centre Blvd
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Miami Gardens | FL | 33017 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2593 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Ventura Inc
Name

Notice Name

160 Gibson Court
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Dallas | NC | 28034 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2594 | **State what the contract or lease is for and the nature of the debtor's interest** | Temporary Parking Agreement |

Verdae Properties Company, Inc.
Name

Notice Name

124 Verdae Blvd
Address

Suite 502

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Greenville | SC | 29607 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*:  23-11121

| 2.2595 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 3048) | Verdek LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 123 Rolling Meadow Road |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Madison / CT / 06443 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

| 2.2596 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement | Verizon Wireless |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 500 Technology Drive |
| | **State the term remaining** | Unknown | Address |
| | | | Suite 550 |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Weldon Spring / MO / 63304 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

| 2.2597 | **State what the contract or lease is for and the nature of the debtor's interest** | On Premise Software Product Offering Terms | Vertex, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2301 Renaissance Blvd |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | King of Prussia / PA / 19406 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.2598 | **State what the contract or lease is for and the nature of the debtor's interest** | Vertex Master Agreement | Vertex, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2301 Renaissance Blvd |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | King of Prussia — PA — 19406 |
| | | | City — State — ZIP Code |
| | | | |
| | | | Country |

| 2.2599 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form | Via Colorado Boulder |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2855 63rd Street |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Boulder — CO — 80301 |
| | | | City — State — ZIP Code |
| | | | |
| | | | Country |

| 2.2600 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form - Valence Platform | Via Colorado Boulder |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2855 63rd Street |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Boulder — CO — 80301 |
| | | | City — State — ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

---

**2.2601** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract Dated December 10, 2020

Via Mobility Services

Name

Notice Name

2855 North 63rd Rd

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Boulder | CO | 80301 |
| City | State | ZIP Code |

Country

---

**2.2602** **State what the contract or lease is for and the nature of the debtor's interest**

Notice to Proceed (NTP)

Via Mobility Services

Name

Notice Name

2855 North 63rd Rd

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Boulder | CO | 80301 |
| City | State | ZIP Code |

Country

---

**2.2603** **State what the contract or lease is for and the nature of the debtor's interest**

Notice to Proceed (NTP)

Via Mobility Services

Name

Notice Name

2855 North 63rd Rd

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Boulder | CO | 80301 |
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*:  23-11121

| | | |
|---|---|---|
| 2.2604 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of Two (2) 35-Foot Battery Electric Buses (PA-2020-001-VIA MOBILITY) |

Via Mobility Services

Name

Notice Name

2855 N. 63rd Street

Address

| | | |
|---|---|---|
| **State the term remaining** | Unknown | |
| **List the contract number of any government contract** | | |

| Boulder | CO | 80301 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2605 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 1284) |

Via Mobility Services

Name

Notice Name

2855 N. 63rd Street

Address

| | | |
|---|---|---|
| **State the term remaining** | Unknown | |
| **List the contract number of any government contract** | | |

| Boulder | CO | 80301 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2606 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 1285) |

Via Mobility Services

Name

Notice Name

2855 N. 63rd Street

Address

| | | |
|---|---|---|
| **State the term remaining** | Unknown | |
| **List the contract number of any government contract** | | |

| Boulder | CO | 80301 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

| | | |
|---|---|---|
| 2.2607 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 191127) |

Via Mobility Services

Name

Notice Name

2855 N 63rd Street

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Boulder | CO | 80301 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2608 | **State what the contract or lease is for and the nature of the debtor's interest** | VIA Addendum No. 3 (Contract NO: 20-047) |

VIA Procurement Office

Name

Notice Name

800 W. Myrtle, Suite 203

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| San Antonio | TX | 78212 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2609 | **State what the contract or lease is for and the nature of the debtor's interest** | VIA Addendum No. 4 (Contract NO: 20-047) |

VIA Procurement Office

Name

Notice Name

800 W. Myrtle, Suite 203

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| San Antonio | TX | 78212 |
|---|---|---|
| City | State | ZIP Code |

Country

| Debtor: | Proterra Operating Company, Inc. | Case number *(if known):* | 23-11121 |
|---|---|---|---|
| | Name | | |

**2.2610**

| State what the contract or lease is for and the nature of the debtor's interest | VIA Addendum No. 5 (Contract NO: 20-047) | VIA Procurement Office |
|---|---|---|
| | | Name |
| | | |
| | | Notice Name |
| | | 800 W. Myrtle, Suite 203 |
| State the term remaining | Unknown | Address |
| List the contract number of any government contract | | |

| | | | | |
|---|---|---|---|---|
| | San Antonio | TX | 78212 | |
| | City | State | ZIP Code | |
| | Country | | | |

**2.2611**

| State what the contract or lease is for and the nature of the debtor's interest | VIA Addendum No. 6 (Contract NO: 20-047) | VIA Procurement Office |
|---|---|---|
| | | Name |
| | | |
| | | Notice Name |
| | | 800 W. Myrtle, Suite 203 |
| State the term remaining | Unknown | Address |
| List the contract number of any government contract | | |

| | | | | |
|---|---|---|---|---|
| | San Antonio | TX | 78212 | |
| | City | State | ZIP Code | |
| | Country | | | |

**2.2612**

| State what the contract or lease is for and the nature of the debtor's interest | VIA Addendum No. 7 (Contract NO: 20-047) | VIA Procurement Office |
|---|---|---|
| | | Name |
| | | |
| | | Notice Name |
| | | 800 W. Myrtle, Suite 203 |
| State the term remaining | Unknown | Address |
| List the contract number of any government contract | | |

| | | | | |
|---|---|---|---|---|
| | San Antonio | TX | 78212 | |
| | City | State | ZIP Code | |
| | Country | | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.2613 | State what the contract or lease is for and the nature of the debtor's interest | VIA Addendum No. 8 (Contract NO:. 20-047) | VIA Procurement Office |
|---|---|---|---|

Name

Notice Name

800 W. Myrtle, Suite 203
Address

State the term remaining — Unknown

List the contract number of any government contract

| | San Antonio | TX | 78212 |
|---|---|---|---|
| | City | State | ZIP Code |

Country

| 2.2614 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO No. PO05836) | Vicinity Motor (Bus) Corp. |
|---|---|---|---|

Name

Notice Name

3168 262nd St.
Address

State the term remaining — Unknown

List the contract number of any government contract

| | Aldergrove | BC | V4W 2Z6 |
|---|---|---|---|
| | City | State | ZIP Code |
| | Canada | | |

Country

| 2.2615 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO No. PO05839) | Vicinity Motor (Bus) Corp. |
|---|---|---|---|

Name

Notice Name

3168 262nd St.
Address

State the term remaining — Unknown

List the contract number of any government contract

| | Aldergrove | BC | V4W 2Z6 |
|---|---|---|---|
| | City | State | ZIP Code |
| | Canada | | |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2616 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. PO05834) |

Vicinity Motor (Bus) Corp.

Name

Notice Name

3168 262 St.

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Aldergrove | BC | V4W 2Z6 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

| | | |
|---|---|---|
| 2.2617 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. PO05836) |

Vicinity Motor (Bus) Corp.

Name

Notice Name

3168 262 St.

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Aldergrove | BC | V4W 2Z6 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

| | | |
|---|---|---|
| 2.2618 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. PO05837) |

Vicinity Motor (Bus) Corp.

Name

Notice Name

3168 262 St.

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Aldergrove | BC | V4W 2Z6 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.2619** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. PO05837)

Vicinity Motor (Bus) Corp.
Name

Notice Name

3168 262 St.
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Aldergrove | BC | V4W 2Z6 |
| City | State | ZIP Code |
| Canada | | |
| Country | | |

---

**2.2620** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. PO05838)

Vicinity Motor (Bus) Corp.
Name

Notice Name

3168 262 St.
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Aldergrove | BC | V4W 2Z6 |
| City | State | ZIP Code |
| Canada | | |
| Country | | |

---

**2.2621** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. PO05838)

Vicinity Motor (Bus) Corp.
Name

Notice Name

3168 262 St.
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Aldergrove | BC | V4W 2Z6 |
| City | State | ZIP Code |
| Canada | | |
| Country | | |

---

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.2622 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Purchase Order No. PO05839) | Vicinity Motor (Bus) Corp. |
|---|---|---|---|

Name

Notice Name

3168 262 St.
Address

| | State the term remaining | Unknown |
|---|---|---|

| | List the contract number of any government contract | |
|---|---|---|

| Aldergrove | BC | V4W 2Z6 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

| 2.2623 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Purchase Order No. PO05840) | Vicinity Motor (Bus) Corp. |
|---|---|---|---|

Name

Notice Name

3168 262 St.
Address

| | State the term remaining | Unknown |
|---|---|---|

| | List the contract number of any government contract | |
|---|---|---|

| Aldergrove | BC | V4W 2Z6 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

| 2.2624 | State what the contract or lease is for and the nature of the debtor's interest | Product Supply Agreement (Contract No. PP-2021-VMC-01) | Vicinity Motor Corporation |
|---|---|---|---|

Name

Notice Name

3168, 262, Street
Address

| | State the term remaining | Unknown |
|---|---|---|

| | List the contract number of any government contract | |
|---|---|---|

| Aldegrove | BC | V4W 2Z6 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.2625** | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work P05312023 - Oracle E-Business Suite – Optimization Assessment

Vigilant Technologies LLC

Name

Notice Name

1050 Wilshire Drive, Suite 307

| **State the term remaining** | Unknown

Address

| **List the contract number of any government contract** |

| Troy | MI | 48084 |
| City | State | ZIP Code |

Country

---

**2.2626** | **State what the contract or lease is for and the nature of the debtor's interest** | Vintage Parts, Inc. Parts Purchase Agreement

Vintage Parts

Name

Notice Name

Vintage Parts, Inc.

| **State the term remaining** | Unknown

Address

| **List the contract number of any government contract** |

| Beaver Dam | WI | 53916-3116 |
| City | State | ZIP Code |

Country

---

**2.2627** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E25041)

Virginia Beach City Public Schools

Name

Notice Name

1677 Harpers Road

| **State the term remaining** | Unknown

Address

| **List the contract number of any government contract** |

| Virginia Beach | VA | 23454 |
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2628 | **State what the contract or lease is for and the nature of the debtor's interest** | Data License Agreement |

Viriciti LLC
Name

Notice Name

112 W Stone Ave, Suite B
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Greenville | SC | 29609 |

Country

| | | |
|---|---|---|
| 2.2629 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Vishay Measurements Group, Inc.
Name

Notice Name

951 Wendell Blvd
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Wendell | NC | 27591 |

Country

| | | |
|---|---|---|
| 2.2630 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement |

Vision Service Plan Insurance Company
Name

Notice Name

PO Box 742788
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Los Angeles | CA | 90074 |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2631 | **State what the contract or lease is for and the nature of the debtor's interest** | AMD 1 to Development Agreement Dated March 4, 2021 |

Volta Trucks Ltd
Name

Notice Name

124 City Road
Address

**State the term remaining** Unknown

**List the contract number of**

**any government contract**

| | | |
|---|---|---|
| London | | EC1V 2NX |
| City | State | ZIP Code |
| United Kingdom | | |
| Country | | |

| | | |
|---|---|---|
| 2.2632 | **State what the contract or lease is for and the nature of the debtor's interest** | AMD 1 to Product Supply Agreement Dated November 15, 2021 |

Volta Trucks Ltd
Name

Notice Name

The Office, Willowfield Court
Address

**State the term remaining** Unknown

Highfield Road

**List the contract number of**

**any government contract**

| | | |
|---|---|---|
| Bushey | | WD23 2HD |
| City | State | ZIP Code |
| United Kingdom | | |
| Country | | |

| | | |
|---|---|---|
| 2.2633 | **State what the contract or lease is for and the nature of the debtor's interest** | AMD 3 to Product Supply Agreement Dated September 20, 2022 |

Volta Trucks Ltd
Name

Notice Name

The Office, Willowfield Court
Address

**State the term remaining** Unknown

Highfield Road

**List the contract number of**

**any government contract**

| | | |
|---|---|---|
| Bushey | | WD23 2HD |
| City | State | ZIP Code |
| United Kingdom | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**2.2634** **State what the contract or lease is for and the nature of the debtor's interest**   Development Agreement

Volta Trucks Ltd

Name

Notice Name

The Office, Willowfield Court

**State the term remaining**   Unknown

Address

Highfield Road

**List the contract number of any government contract**

Bushey

WD23 2HD

City | State | ZIP Code

United Kingdom

Country

**2.2635** **State what the contract or lease is for and the nature of the debtor's interest**   Product Supply Agreement (Contract No. PP-2021-Volta-01)

Volta Trucks Ltd

Name

Notice Name

152-160 City Road

**State the term remaining**   11/14/2024

Address

**List the contract number of any government contract**

London

EC1V 2NX

City | State | ZIP Code

United Kingdom

Country

**2.2636** **State what the contract or lease is for and the nature of the debtor's interest**   Purchase Order (P11002)

Volta Trucks Ltd

Name

Notice Name

Regus-Winners Triangle Wharfdale Road, Building 220

**State the term remaining**   Unknown

Address

**List the contract number of any government contract**

Wokingham

RG41 5TP

City | State | ZIP Code

United Kingdom

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.2637 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (P11003) | Volta Trucks Ltd |
|---|---|---|---|

Name

Notice Name

Regus-Winners Triangle Wharfdale Road, Building 220

State the term remaining — Unknown

Address

List the contract number of any government contract

| Wokingham | | RG41 5TP |
|---|---|---|

City    State    ZIP Code

United Kingdom

Country

| 2.2638 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (P11413) | Volta Trucks Ltd |
|---|---|---|---|

Name

Notice Name

Regus-Winners Triangle Wharfdale Road, Building 220

State the term remaining — Unknown

Address

List the contract number of any government contract

| Wokingham | | RG41 5TP |
|---|---|---|

City    State    ZIP Code

United Kingdom

Country

| 2.2639 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (P11413) | Volta Trucks Ltd |
|---|---|---|---|

Name

Notice Name

Regus-Winners Triangle Wharfdale Road, Building 220

State the term remaining — Unknown

Address

List the contract number of any government contract

| Wokingham | | RG41 5TP |
|---|---|---|

City    State    ZIP Code

United Kingdom

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2640 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (P12039) |

Volta Trucks Ltd

Name

Notice Name

Regus-Winners Triangle Wharfdale Road, Building 220

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

Wokingham — RG41 5TP

City — State — ZIP Code

United Kingdom

Country

| | | |
|---|---|---|
| 2.2641 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (P12346) |

Volta Trucks Ltd

Name

Notice Name

Regus-Winners Triangle Wharfdale Road, Building 220

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

Wokingham — RG41 5TP

City — State — ZIP Code

United Kingdom

Country

| | | |
|---|---|---|
| 2.2642 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (P13024 23CW24) |

Volta Trucks Ltd

Name

Notice Name

124 City Road

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

London — EC1V 2NX

City — State — ZIP Code

United Kingdom

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known):  23-11121

| 2.2643 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (P13024 23CW26) | Volta Trucks Ltd |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Unknown | 124 City Road |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | London / EC1V 2NX |
| | | | City / State / ZIP Code |
| | | | United Kingdom |
| | | | Country |

| 2.2644 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (P13024) | Volta Trucks Ltd |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Unknown | 124 City Road |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | London / EC1V 2NX |
| | | | City / State / ZIP Code |
| | | | United Kingdom |
| | | | Country |

| 2.2645 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (P13488) | Volta Trucks Ltd |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Unknown | 124 City Road |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | London / EC1V 2NX |
| | | | City / State / ZIP Code |
| | | | United Kingdom |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*    23-11121

| 2.2646 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (P13801) | Volta Trucks Ltd |
|--------|--------|--------|--------|

Name

Notice Name

124 City Road

| | **State the term remaining** | Unknown | Address |
|--|--|--|--|

| | **List the contract number of any government contract** | | |
|--|--|--|--|

| | | | London | | EC1V 2NX |
|--|--|--|--|--|--|

City     State     ZIP Code

United Kingdom

Country

| 2.2647 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (P14128) | Volta Trucks Ltd |
|--------|--------|--------|--------|

Name

Notice Name

124 City Road

| | **State the term remaining** | Unknown | Address |
|--|--|--|--|

| | **List the contract number of any government contract** | | |
|--|--|--|--|

| | | | London | | EC1V 2NX |
|--|--|--|--|--|--|

City     State     ZIP Code

United Kingdom

Country

| 2.2648 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (P15494) | Volta Trucks Ltd |
|--------|--------|--------|--------|

Name

Notice Name

124 City Road

| | **State the term remaining** | Unknown | Address |
|--|--|--|--|

| | **List the contract number of any government contract** | | |
|--|--|--|--|

| | | | London | | EC1V 2NX |
|--|--|--|--|--|--|

City     State     ZIP Code

United Kingdom

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.2649 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (P15803) | Volta Trucks Ltd |
|---|---|---|---|

Name

Notice Name

| State the term remaining | Unknown |
|---|---|

124 City Road
Address

| List the contract number of any government contract | |
|---|---|

London
City

State

EC1V 2NX
ZIP Code

United Kingdom
Country

| 2.2650 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO-1032) | Volta Trucks Ltd |
|---|---|---|---|

Name

Notice Name

| State the term remaining | Unknown |
|---|---|

152-160 City Road
Address

| List the contract number of any government contract | |
|---|---|

London
City

State

EC1V 2NX
ZIP Code

United Kingdom
Country

| 2.2651 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO-1076) | Volta Trucks Ltd |
|---|---|---|---|

Name

Notice Name

| State the term remaining | Unknown |
|---|---|

152-160 City Road
Address

| List the contract number of any government contract | |
|---|---|

London
City

State

EC1V 2NX
ZIP Code

United Kingdom
Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.2652** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PO-1302)

Volta Trucks Ltd

Name

Notice Name

State the term remaining   Unknown

152-160 City Road

Address

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| London | | EC1V 2NX |
| United Kingdom | | |
| Country | | |

---

**2.2653** State what the contract or lease is for and the nature of the debtor's interest

Side Letter to the Component Supply Agreement between Volta Trucks Limited and the Supplier

Volta Trucks Ltd

Name

Notice Name

State the term remaining   Unknown

124 City Road

Address

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| London | | EC1V 2NX |
| United Kingdom | | |
| Country | | |

---

**2.2654** State what the contract or lease is for and the nature of the debtor's interest

Software-as-a-Service Agreement

Voltaiq, Inc

Name

Notice Name

State the term remaining   Unknown

2020 Milvia Street, Suite #400

Address

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| Berkeley | CA | 94704 |
| Country | | |

---

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

---

**2.2655**

**State what the contract or lease is for and the nature of the debtor's interest**

Software-as-a-Service Agreement

**State the term remaining** Unknown

**List the contract number of any government contract**

Voltaiq, Inc
Name

Notice Name

108 E. 4th St#2
Address

| New York | NY | 10003 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.2656**

**State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

**State the term remaining** Unknown

**List the contract number of any government contract**

Vomela Speciality Company Inc
Name

Notice Name

34 Ellwood Ct.
Address

| Greenville | SC | 29607 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.2657**

**State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

**State the term remaining** Unknown

**List the contract number of any government contract**

VOSS Automotive, Inc.
Name

Notice Name

4640 Hillegas Road
Address

| Fort Wayne | IN | 46818 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*:  23-11121

| 2.2658 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement | V-Soft Consulting Group, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 101 Bullitt Lane, Suite 205 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | Louisville / KY / 40222 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.2659 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work | V-Soft Consulting Group, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 101 Bullitt Lane, Suite 205 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | Louisville / KY / 40222 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.2660 | **State what the contract or lease is for and the nature of the debtor's interest** | Affidavit and Agreement (PO No. 22011008) | VT Concrete Construction |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 5200 A Wade Hampton Boulevard |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | Taylors / SC / 29687 |
| | | | City / State / ZIP Code |
| | | | Country |

| Debtor: | Proterra Operating Company, Inc. | | Case number *(if known)* | 23-11121 |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 2.2661 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Vulcan Safety Shoes, Inc. |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 4745 Hugh Howell Road |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Tucker | GA | 30084 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

| 2.2662 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | W&B Technology Ltd. |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | FLAT/RM 803 |
| | **State the term remaining** | Unknown | Address |
| | | | CHEVALIER HOUSE |
| | **List the contract number of** | | |
| | **any government contract** | | 45-51 CHATHAM ROAD SOUTH |
| | | | |
| | | | TSIM SHA TSUI | KOWLOON | |
| | | | City | State | ZIP Code |
| | | | Hong Kong |
| | | | Country |

| 2.2663 | **State what the contract or lease is for and the nature of the debtor's interest** | Affidavit and Agreement (PO No. 22011029) | W.N. Kirkland, Inc |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 5425 |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Spartanburg | SC | 29304 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

Debtor:   Proterra Operating Company, Inc.

Name

Case number *(if known)*:   23-11121

| 2.2664 | State what the contract or lease is for and the nature of the debtor's interest | Affidavit and Agreement (PO No. 22011002) | Walker & Whiteside Inc. |
| | | | Name |

Notice Name

10 RAMSEUR CT

Address

| | State the term remaining | Unknown |
| | List the contract number of any government contract | |

| GREENVILLE | SC | 29601 |
| City | State | ZIP Code |

Country

| 2.2665 | State what the contract or lease is for and the nature of the debtor's interest | Amendment No 1 to Equipment Lease Agreement | Wanxiang Sterling Stetson Owner LLC |
| | | | Name |

Notice Name

150 North Riverside Plaza, Suite 1810

Address

| | State the term remaining | Unknown |
| | List the contract number of any government contract | |

| Chicago | IL | 60606 |
| City | State | ZIP Code |

Country

| 2.2666 | State what the contract or lease is for and the nature of the debtor's interest | State Cooperative Purchasing Schedule Master Contract | Washington Dept. of Enterprise Services |
| | | | Name |

Notice Name

PO Box 41411

Address

| | State the term remaining | Unknown |
| | List the contract number of any government contract | |

| Olympia | WA | 98504-1411 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known):*  23-11121

| 2.2667 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement to Purchase Chargers for Electric Buses | Washington University |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1 Brookings Drive, North Brookings Hall, suite 126 |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | St. Louis           MO           63130 |
| | | | City               State         ZIP Code |
| | | | |
| | | | Country |

| 2.2668 | **State what the contract or lease is for and the nature of the debtor's interest** | Second Amendment to Contract No. 06719-01 Transit Buses | Washington, Department of Enterprise Services |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 41411 |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Olympia           WA           98504-1411 |
| | | | City               State         ZIP Code |
| | | | |
| | | | Country |

| 2.2669 | **State what the contract or lease is for and the nature of the debtor's interest** | Third Amendment to Contract No. 06719-01 Transit Buses | Washington, Department of Enterprise Services |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 41411 |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Olympia           WA           98504-1411 |
| | | | City               State         ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.2670 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Waste Management of South Carolina, Inc |
| | | | Name |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 390 Innovation Way |
| | | | Address |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|
| Wellford | SC | 29385 |
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.2671 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Watson Engineering |
| | | | Name |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 1350 Shiloh Church Rd. |
| | | | Address |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|
| Piedmont | SC | 29673 |
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.2672 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement for Transit Buses and Charging Stations (Contract No. 2050207) | Wayne County Airport Authority |
| | | | Name |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 11050 Rogell Drive #602 Detroit Metropolitan Wayne County Airport |
| | | | Address |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|
| Detroit | MI | 48242 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | | | | |
|---|---|---|---|---|---|
| 2.2673 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 20205234-00) | Wayne County Airport Authority | | |
| | | | Name | | |
| | | | | | |
| | | | Notice Name | | |
| | | | 11050 Rogell Drive #602 | | |
| | **State the term remaining** | Unknown | Address | | |
| | **List the contract number of any government contract** | | | | |
| | | | Detroit | MI | 48242-1144 |
| | | | City | State | ZIP Code |
| | | | Country | | |
| 2.2674 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 20220581-00) | Wayne County Airport Authority | | |
| | | | Name | | |
| | | | | | |
| | | | Notice Name | | |
| | | | 11050 Rogell Drive #602 | | |
| | **State the term remaining** | 12/31/2022 | Address | | |
| | **List the contract number of any government contract** | | | | |
| | | | Detroit | MI | 48242-1144 |
| | | | City | State | ZIP Code |
| | | | Country | | |
| 2.2675 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO Number E24937) | Waynesboro City Public Schools | | |
| | | | Name | | |
| | | | | | |
| | | | Notice Name | | |
| | | | 301 Pine Ave | | |
| | **State the term remaining** | Unknown | Address | | |
| | **List the contract number of any government contract** | | | | |
| | | | Waynesboro | VA | 22980 |
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.2676**

**State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO # E32914)

Waynesboro Public Schools

Name

Notice Name

301 Pine Ave

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Waynesboro | VA | 22980 |

Country

---

**2.2677**

**State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Waytek Inc

Name

Notice Name

2440 Galpin Ct

Address

PO BOX 690

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Chanhassen | MN | 55317 |

Country

---

**2.2678**

**State what the contract or lease is for and the nature of the debtor's interest**

Agreement to Purchase Chargers for Electric Vehicles

WeDriveU, Inc.

Name

Notice Name

700 Airport Blvd., suite 250

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Burlingame | CA | 94010 |

Country

---

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*:  23-11121

| | | |
|---|---|---|
| 2.2679 | **State what the contract or lease is for and the nature of the debtor's interest** | Charging Infrastructure Design/Build Agreement |

WeDriveU, Inc.
Name

Notice Name

700 Airport Blvd., suite 250
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Burlingame | CA | 94010 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2680 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Order #: 2296013-04) |

Wellington Power Corporation
Name

Notice Name

177 Thorn Hill Road
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Warrendale | PA | 15086 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2681 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

WESCO Distribution, Inc.
Name

Notice Name

225 West Station Square Dr, Suite #700
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Pittsburgh | PA | 15219 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.2682 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Wes-Garde Components Group, Inc. |
| | | | Name |

Notice Name

2820 Drane Field Road

**State the term remaining** — Unknown

Address

**List the contract number of any government contract**

| Lakeland | FL | 33811 |
| City | State | ZIP Code |

Country

| 2.2683 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 11961) | West Coast Manufacturing |
| | | | Name |

Notice Name

383 Cheryl Lane

**State the term remaining** — Unknown

Address

**List the contract number of any government contract**

| City of Industry | CA | 91789 |
| City | State | ZIP Code |

Country

| 2.2684 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | West Marine Products |
| | | | Name |

Notice Name

PO Box 50060

**State the term remaining** — Unknown

Address

**List the contract number of any government contract**

| Watsonville | CA | 95077-5060 |
| City | State | ZIP Code |

Country

Debtor:  Proterra Operating Company, Inc.

Case number *(if known)*:  23-11121

| | | | | |
|---|---|---|---|---|
| | | Name | | |

**2.2685** | **State what the contract or lease is for and the nature of the debtor's interest** | Western Renewable Energy Generation Information System (WREGIS) Assignment of Registration Rights | Western Renewable Energy Generation Information System |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 155 North 400 West, Suite 200 |
| **State the term remaining** | Unknown | | Address |
| | | | |
| **List the contract number of** | | | |
| **any government contract** | | | |
| | | | |

| Salt Lake City | UT | 84103 |
|---|---|---|
| City | State | ZIP Code |

| Country |
|---|

**2.2686** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | WHEEL-CHECK |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 161 Bayview Heights Dr |
| **State the term remaining** | Unknown | | Address |
| | | | |
| **List the contract number of** | | | |
| **any government contract** | | | |
| | | | |

| Toronto | ON | M4G 2Y7 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

**2.2687** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO Number E26146) | Williamsburg-James City County Public Schools |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 597 Jolly Pond Road |
| **State the term remaining** | Unknown | | Address |
| | | | |
| **List the contract number of** | | | |
| **any government contract** | | | |
| | | | |

| Williamsburg | VA | 23188 |
|---|---|---|
| City | State | ZIP Code |

| Country |
|---|

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.2688** State what the contract or lease is for and the nature of the debtor's interest

Framework Software License Agreement

Wind River Systems, Inc.
Name

Notice Name

State the term remaining    Unknown

500 Wind River Way
Address

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| Alameda | CA | 94500 |

Country

**2.2689** State what the contract or lease is for and the nature of the debtor's interest

Master Service Agreement

WINDRUNNER INC. DBA AXSOMART
Name

Notice Name

State the term remaining    Unknown

44 South Fairfield Rd
Address

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| Greenville | SC | 29605 |

Country

**2.2690** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Wisesorbent Technology LLC
Name

Notice Name

11 E. Stow Rd
Address

State the term remaining    Unknown

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| Marlton | NJ | 09053 |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.2691** | **State what the contract or lease is for and the nature of the debtor's interest** | AMD 1 to the Purchase and Sale of Buses and Charging Station (Contract No. 001)

Worcester Regional Transit Authority

Name

Notice Name

287 Grove St #2

**State the term remaining** | Unknown

Address

**List the contract number of any government contract**

| Worcester | MA | 01605 |
| City | State | ZIP Code |

Country

---

**2.2692** | **State what the contract or lease is for and the nature of the debtor's interest** | AMD 2 to the Purchase and Sale of Buses and Charging Station (Contract No. 001)

Worcester Regional Transit Authority

Name

Notice Name

287 Grove St #2

**State the term remaining** | Unknown

Address

**List the contract number of any government contract**

| Worcester | MA | 01605 |
| City | State | ZIP Code |

Country

---

**2.2693** | **State what the contract or lease is for and the nature of the debtor's interest** | AMD 3 to the Purchase and Sale of Buses and Charging Station (Contract No. 001)

Worcester Regional Transit Authority

Name

Notice Name

287 Grove St #2

**State the term remaining** | Unknown

Address

**List the contract number of any government contract**

| Worcester | MA | 01605 |
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**2.2694** **State what the contract or lease is for and the nature of the debtor's interest**

AMD 4 to the Purchase and Sale of Buses and Charging Station (Contract No. 001)

Worcester Regional Transit Authority

Name

Notice Name

287 Grove St #2

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Worcester | MA | 01605 |

Country

**2.2695** **State what the contract or lease is for and the nature of the debtor's interest**

Contract Agreement (1)

Worcester Regional Transit Authority

Name

Notice Name

287 Grove St #2

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Worcester | MA | 01605 |

Country

**2.2696** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order #: 1733)

Worcester Regional Transit Authority

Name

Notice Name

60 Foster Street

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Worcester | MA | 01608 |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.2697 | **State what the contract or lease is for and the nature of the debtor's interest** | Order (050823-15151) | Workiva Inc. |
| | | | Name |

Notice Name

2900 University Blvd

**State the term remaining** | Unknown | Address

**List the contract number of any government contract**

| Ames | IA | 50010 |
| City | State | ZIP Code |

Country

| 2.2698 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work (120222-11685) | Workiva Inc. |
| | | | Name |

Notice Name

2900 University Blvd

**State the term remaining** | Unknown | Address

**List the contract number of any government contract**

| Ames | IA | 50010 |
| City | State | ZIP Code |

Country

| 2.2699 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement | Workwell Occupational Health |
| | | | Name |

Notice Name

135 Commonwealth Dr

**State the term remaining** | Unknown | Address

Suite 120

**List the contract number of any government contract**

| Greenville | SC | 29615 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.2700 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | WR Rocky I, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | DBA Precision Metal Manufacturing, LLC |
| | **State the term remaining** | Unknown | Address |
| | | | 11060 Irma Drive. |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Northglenn / CO / 80233 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

| 2.2701 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement | Wujin Lijia Kun Hao Machine Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | West Road #10 |
| | **State the term remaining** | Unknown | Address |
| | | | Wujin Lijia |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Changzhou / Jiangsu |
| | | | City / State / ZIP Code |
| | | | China |
| | | | Country |

| 2.2702 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Wurth Electronics ICS Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1982 Byers Rd |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Miamisburg / OH / 45342 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | | |
|---|---|---|---|
| 2.2703 | **State what the contract or lease is for and the nature of the debtor's interest** | Testing Agreement | Xalt Energy, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2700 S. Saginaw Road |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Midland    MI    48640 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |
| 2.2704 | **State what the contract or lease is for and the nature of the debtor's interest** | Testing Agreement | Xalt Energy, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2700 S. Saginaw Road |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Midland    MI    48640 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |
| 2.2705 | **State what the contract or lease is for and the nature of the debtor's interest** | Short Form Agreement - Aurora Public Schools | Xcel Energy |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1800 Larimer Street |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Denver    CO    80202 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known):  23-11121

| | | |
|---|---|---|
| 2.2706 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Xometry, Inc.<br>Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 7951 Cessna Avenue<br>Address |
| | **List the contract number of any government contract** | | |

| Gaithersburg | MD | 20879 |
|---|---|---|
| City | State | ZIP Code |

| Country |
|---|

| | | |
|---|---|---|
| 2.2707 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO-7428760) | Yale University<br>Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | Unknown | PO Box 208228<br>Address |
| | **List the contract number of any government contract** | | |

| New Haven | CT | 06520 |
|---|---|---|
| City | State | ZIP Code |

| Country |
|---|

| | | |
|---|---|---|
| 2.2708 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Young Office Environments, Inc.<br>Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 1280 Ridge Road<br>Address |
| | **List the contract number of any government contract** | | |

| Greenville | SC | 29607-4626 |
|---|---|---|
| City | State | ZIP Code |

| Country |
|---|

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.2709** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

ZAPI Inc
Name

Notice Name

**State the term remaining** Unknown

3157 State Street
Address

**List the contract number of any government contract**

| Blacksburg | VA | 24060 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.2710** **State what the contract or lease is for and the nature of the debtor's interest**

Affidavit and Agreement (Purchase Order No. 22011013)

Zefco Industrial Flooring, Inc.
Name

Notice Name

**State the term remaining** Unknown

112 Murdock Rd
Address

**List the contract number of any government contract**

| Belton | SC | 29627 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.2711** **State what the contract or lease is for and the nature of the debtor's interest**

Statewide Contract (1-19-23-17C)

Zero-Emisison Transit Buses
Name

Notice Name

**State the term remaining** 12/15/2023

707 Third Street, 2nd Floor
Address

**List the contract number of any government contract**

| West Sacramento | CA | 95605 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**2.2712** **State what the contract or lease is for and the nature of the debtor's interest**

Services Agreement

ZF Friedrichshafen AG

Name

Notice Name

Lowentaler Strabe 20

**State the term remaining** 6/5/2024

Address

**List the contract number of any government contract**

| Friedrichshafen | | 88046 |
|---|---|---|
| City | State | ZIP Code |
| Germany | | |
| Country | | |

**2.2713** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

ZF Industries -Gainesville LLC

Name

Notice Name

PO Box 5826

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| Carol Stream | IL | 60197-5826 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

**2.2714** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

ZF Services North America LLC

Name

Notice Name

777 Hickory Hill Drive

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| Vernon Hills | IL | 60061 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2715 | State what the contract or lease is for and the nature of the debtor's interest | Order Form (Order Form Number: Q1974679) |

Zoom Video Communications, Inc.
Name

Notice Name

55 Almaden Blvd, 6th floor
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| San Jose | CA | 95113 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2716 | State what the contract or lease is for and the nature of the debtor's interest | Zoom Video Communications Master Subscription Agreement |

Zoom Video Communications, Inc.
Name

Notice Name

55 Almaden Blvd, 6th floor
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| San Jose | CA | 95113 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2717 | State what the contract or lease is for and the nature of the debtor's interest | Zoom Video Communications Master Subscription Agreement |

Zoom Video Communications, Inc.
Name

Notice Name

55 Almaden Blvd, 6th floor
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| San Jose | CA | 95113 |
|---|---|---|
| City | State | ZIP Code |

Country

**Fill in this information to identify the case:**

Debtor Name: In re : Proterra Operating Company, Inc.

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-11121 (BLS)

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | | ☐ D |
| | Street | | ☐ E/F |
| | | | ☐ G |
| | City        State        ZIP Code | | |
| | Country | | |

**Fill in this information to identify the case:**

Debtor Name: In re : Proterra Operating Company, Inc.

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-11121 (BLS)

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/06/2023
          MM / DD / YYYY

✖ / s / David Black
Signature of individual signing on behalf of debtor

David Black
Printed name

Chief Financial Officer
Position or relationship to debtor

**In re: Proterra Operating Company, Inc.**
**Case No. 23-11121**
Schedule A/B 3 Attachment
Checking, savings, money market, or financial brokerage accounts

| Line Number | Name of institution (bank or brokerage firm) | Type of account | Account number (last 4 digits) | Current value of debtor's interest |
|---|---|---|---|---|
| 3.01 | Bank of America, N.A. | Zero Balance Account | 0548 | $0.00 |
| 3.02 | Bank of America, N.A. | Cash Sweep Account | 0802 | $0.00 |
| 3.03 | Bank of America, N.A. | Zero Balance Account | 0807 | $0.00 |
| 3.04 | Bank of America, N.A. | Zero Balance Account | 2116 | $0.00 |
| 3.05 | Bank of America, N.A. | Concentration Account | 5378 | $6,811,050.42 |
| 3.06 | Merrill Lynch | Working Capital Management Account | 3373 | $130,956,592.53 |
| 3.07 | Morgan Stanley | Investment Account | 0833 | $0.00 |
| 3.08 | Silicon Valley Bank | Money Market Account | 2469 | $0.00 |
| 3.09 | Silicon Valley Bank | Cash Collateral Account | 7619 | $131,470.00 |
| 3.10 | Silicon Valley Bank | Operating Account | 8094 | $0.00 |
| | | | TOTAL: | $137,899,112.95 |

**In re: Proterra Operating Company, Inc.**
**Case No. 23-11121**
Schedule A/B 7 Attachment
Deposits, including security deposits and utility deposits

| Line Number | Description | Name of holder of deposit | Current value of debtor's interest |
|---|---|---|---|
| 7.01 | Lease Deposit | Burlingame Facilities | $32,680.00 |
| 7.02 | Lease Deposit | City of Industry Facilities | $108,119.48 |
| 7.03 | Lease Deposit | Electrolux Home Products, Inc. | $30,000.00 |
| 7.04 | Lease Deposit | First Industrial, LP | $200,000.00 |
| 7.05 | Lease Deposit | Fresh Water Systems Inc. | $6,000.00 |
| 7.06 | Lease Deposit | G&T Properties | $36,497.00 |
| 7.07 | Lease Deposit | San Bernardino International Airport Authority | $16,248.00 |
| 7.08 | Other Deposit | Asian Metal Corp | $5,080.00 |
| 7.09 | Other Deposit | BenchPro Inc | $5,732.40 |
| 7.10 | Other Deposit | Beuth Verlag GmbH | $745.48 |
| 7.11 | Other Deposit | Caster Concepts Inc. | $9,693.61 |
| 7.12 | Other Deposit | China Yexing Auto Part Limited | $22,700.00 |
| 7.13 | Other Deposit | Composites Canada | $226.00 |
| 7.14 | Other Deposit | Curtiss Wright Controls, Integrated Sensing Inc. | $434.56 |
| 7.15 | Other Deposit | Hans Information Co. | $10,226.00 |
| 7.16 | Other Deposit | Heisener Electronics Limited | $24,160.00 |
| 7.17 | Other Deposit | Hioki USA Corporation | $550.00 |
| 7.18 | Other Deposit | iba America, LLC | $5,135.00 |
| 7.19 | Other Deposit | International Parking and Mobility Institute | $9,230.58 |
| 7.20 | Other Deposit | JLL | $75,320.00 |
| 7.21 | Other Deposit | Lenze-Schmidhauser | $23,040.00 |
| 7.22 | Other Deposit | LG Energy Solution, LTD. | $10,000,000.00 |
| 7.23 | Other Deposit | Lift-U (Hogan Manufacturing) | $60,291.00 |
| 7.24 | Other Deposit | Martins Industries | $1,672.96 |
| 7.25 | Other Deposit | Mercy High School - Burlingame | $2,000.00 |
| 7.26 | Other Deposit | Munich Electrification | $6,446,490.47 |
| 7.27 | Other Deposit | N.F. Smith & Associates, L.P. | $1,005.00 |
| 7.28 | Other Deposit | Neware Technology Limited | $29,940.00 |

**In re: Proterra Operating Company, Inc.**
**Case No. 23-11121**
Schedule A/B 7 Attachment
Deposits, including security deposits and utility deposits

| Line Number | Description | Name of holder of deposit | Current value of debtor's interest |
|---|---|---|---|
| 7.29 | Other Deposit | Ningbo Xusheng Auto Technology Co., Ltd. | $574,615.38 |
| 7.30 | Other Deposit | Ningbo Xusheng Group Co., Ltd. | $444,484.84 |
| 7.31 | Other Deposit | Ningbo Yexing Automotive Part Co.,  Ltd. | $59,950.00 |
| 7.32 | Other Deposit | PackIQ | $8,954.89 |
| 7.33 | Other Deposit | Panasonic Industrial Device Sales Company of America | $2,363.18 |
| 7.34 | Other Deposit | PNC Equipment Finance | $25,000.00 |
| 7.35 | Other Deposit | Pod Office | $17,600.00 |
| 7.36 | Other Deposit | Power Electronics USA | $218,251.93 |
| 7.37 | Other Deposit | Precisionworks MFG LLC | $467,895.65 |
| 7.38 | Other Deposit | RFID Canada, Inc. | $1,354.12 |
| 7.39 | Other Deposit | Schultz Controls, Inc. | $21,338.87 |
| 7.40 | Other Deposit | Seica | $372,900.00 |
| 7.41 | Other Deposit | Shenzhen BAK Power Battery Co.,Ltd | $47,985.00 |
| 7.42 | Other Deposit | Tech-Sonic Inc | $27,700.00 |
| 7.43 | Other Deposit | TTI, Inc | $8,498.52 |
| 7.44 | Other Deposit | Uni-Vue Inc | $1,175.00 |
| 7.45 | Other Deposit | Vapor Bus International | $299,360.00 |
| 7.46 | Other Deposit | Vector North America Inc. | $157,129.30 |
| 7.47 | Other Deposit | XT-Shenzhen Zhenrong Era Supply Chain Management Co. Ltd | $7,989.00 |
| 7.48 | Utility Deposit | PGE | $1,579.00 |
| | | TOTAL: | $19,929,342.22 |

**In re: Proterra Operating Company, Inc.**
**Case No. 23-11121**
Schedule A/B 8 Attachment
Prepayments

| Line Number | Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|---|
| 8.001 | Prepaid Expenses | A2MAC1 LLC | $39,583.31 |
| 8.002 | Prepaid Expenses | Almon, Inc. | $5,716.65 |
| 8.003 | Prepaid Expenses | Altium Inc. | $10,763.89 |
| 8.004 | Prepaid Expenses | American Society for Engineering Education | $1,041.77 |
| 8.005 | Prepaid Expenses | Aqua Security Software, Inc. | $40,488.85 |
| 8.006 | Prepaid Expenses | Aryaka Networks, Inc. | $499.94 |
| 8.007 | Prepaid Expenses | Asana, Inc. | $4,498.21 |
| 8.008 | Prepaid Expenses | BidPrime Inc | $5,075.02 |
| 8.009 | Prepaid Expenses | Boomi Inc | $65,329.39 |
| 8.010 | Prepaid Expenses | Box, Inc. | $72,054.27 |
| 8.011 | Prepaid Expenses | ChargePoint | $333.83 |
| 8.012 | Prepaid Expenses | CharIN e.V. | $4,491.59 |
| 8.013 | Prepaid Expenses | Cirrus Link Solutions LLC | $3,074.00 |
| 8.014 | Prepaid Expenses | Cision US Inc | $583.26 |
| 8.015 | Prepaid Expenses | Citrix Systems Inc. | $6,480.06 |
| 8.016 | Prepaid Expenses | City of Greenville | $46,510.20 |
| 8.017 | Prepaid Expenses | City of Greer | $40,836.91 |
| 8.018 | Prepaid Expenses | Cloudflare, Inc | $8,087.04 |
| 8.019 | Prepaid Expenses | Cognex Corporation | $41,810.84 |
| 8.020 | Prepaid Expenses | COING, Inc | $13,186.24 |
| 8.021 | Prepaid Expenses | CrowdStrike, Inc | $13,746.30 |
| 8.022 | Prepaid Expenses | Cushman & Wakefiled U.S., Inc | $10,745.00 |
| 8.023 | Prepaid Expenses | DET Prepaid Sublease Commission | $6,588.74 |
| 8.024 | Prepaid Expenses | DigiCert, Inc. | $30,213.75 |
| 8.025 | Prepaid Expenses | DocuSign, Inc. | $242.00 |
| 8.026 | Prepaid Expenses | Druva, Inc. | $22,440.00 |
| 8.027 | Prepaid Expenses | Envoy Inc | $10,056.23 |
| 8.028 | Prepaid Expenses | EP Executive Press | $4,312.50 |
| 8.029 | Prepaid Expenses | ETRADE Financial Corporate Services, Inc. | $35,000.00 |
| 8.030 | Prepaid Expenses | Excel4apps, Inc. | $9,071.93 |
| 8.031 | Prepaid Expenses | Figma, Inc | $720.00 |
| 8.032 | Prepaid Expenses | Frame.Io, Inc. | $4,166.69 |
| 8.033 | Prepaid Expenses | Freeman | $825.40 |

**In re: Proterra Operating Company, Inc.**
**Case No. 23-11121**
Schedule A/B 8 Attachment
Prepayments

| Line Number | Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|---|
| 8.034 | Prepaid Expenses | Gamma Technologies LLC | $80,783.30 |
| 8.035 | Prepaid Expenses | Gartner, Inc. | $85,200.00 |
| 8.036 | Prepaid Expenses | Gexpro Services | $73,908.96 |
| 8.037 | Prepaid Expenses | GitHub, Inc. | $13,067.95 |
| 8.038 | Prepaid Expenses | GitLab, Inc. | $13,145.87 |
| 8.039 | Prepaid Expenses | Greater Raleigh Chamber of Commerce | $150.00 |
| 8.040 | Prepaid Expenses | GuidePoint Security LLC | $14,072.18 |
| 8.041 | Prepaid Expenses | Gurobi Optimization, LLC | $2,400.00 |
| 8.042 | Prepaid Expenses | Hexagon Manufacturing Intelligence, Inc | $29,562.33 |
| 8.043 | Prepaid Expenses | HighByte, Inc. | $14,583.34 |
| 8.044 | Prepaid Expenses | iba America, LLC | $10,270.00 |
| 8.045 | Prepaid Expenses | Inceptra | $166,896.38 |
| 8.046 | Prepaid Expenses | Inductive Automation, LLC | $4,155.52 |
| 8.047 | Prepaid Expenses | Insight Direct USA, Inc. | $620.00 |
| 8.048 | Prepaid Expenses | InterVision Systems LLC | $206,144.19 |
| 8.049 | Prepaid Expenses | Intrado Digital Media, LLC | $4,500.00 |
| 8.050 | Prepaid Expenses | Intralinks | $29,624.99 |
| 8.051 | Prepaid Expenses | Intuilab Inc. | $1,782.00 |
| 8.052 | Prepaid Expenses | Jama Software Inc. | $46,532.07 |
| 8.053 | Prepaid Expenses | Keysight Technologies, Inc. | $70,280.00 |
| 8.054 | Prepaid Expenses | KnowBe4, Inc. | $21,255.28 |
| 8.055 | Prepaid Property Tax | LA County Tax Expense | $222,927.51 |
| 8.056 | Prepaid Property Tax | LA County Tax Expense - Expense Accrual | $18,174.96 |
| 8.057 | Prepaid Expenses | Le Nouveau Palace S.A. | $2,563.99 |
| 8.058 | Prepaid Expenses | Lease Poplar | $51,398.74 |
| 8.059 | Prepaid Expenses | Linkedin Corporation | $81,306.21 |
| 8.060 | Prepaid Expenses | Loftware Inc. | $22,045.83 |
| 8.061 | Prepaid Expenses | LogicGate, Inc. | $53,500.08 |
| 8.062 | Prepaid Expenses | Loopio Inc. | $4,720.00 |
| 8.063 | Prepaid Expenses | Lot Network Inc. | $8,333.32 |
| 8.064 | Prepaid Expenses | MaintainX, Inc | $2,388.62 |
| 8.065 | Prepaid Expenses | MangoApps Inc. | $13,636.37 |
| 8.066 | Prepaid Expenses | Mathworks Inc., The | $51,470.91 |

**In re: Proterra Operating Company, Inc.**
**Case No. 23-11121**
Schedule A/B 8 Attachment
Prepayments

| Line Number | Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|---|
| 8.067 | Prepaid Expenses | Microsoft Corporation | $71,028.59 |
| 8.068 | Prepaid Expenses | Mimecast North America Inc | $29,325.00 |
| 8.069 | Prepaid Expenses | Minitab, LLC | $50,760.00 |
| 8.070 | Prepaid Expenses | Miscellaneous FX impact from PSI Partners & other aged non amortized items | $645,887.63 |
| 8.071 | Prepaid Expenses | Nasdaq, Inc | $86,750.02 |
| 8.072 | Prepaid Expenses | National Instruments Corporation | $4,394.51 |
| 8.073 | Prepaid Expenses | National Safety Council | $325.93 |
| 8.074 | Prepaid Expenses | Navex Global Inc. | $20,368.98 |
| 8.075 | Prepaid Expenses | Navisite LLC | $24,206.00 |
| 8.076 | Prepaid Expenses | NoMuda VisualFactory Inc. | $74,918.05 |
| 8.077 | Prepaid Expenses | Okta, Inc. | $74,797.86 |
| 8.078 | Prepaid Expenses | Optimized Financial Planning LLC | $2,948.57 |
| 8.079 | Prepaid Expenses | Optiv Security, Inc. | $26,919.35 |
| 8.080 | Prepaid Expenses | Oracle America, Inc. | $80,651.72 |
| 8.081 | Prepaid Expenses | Peak Technologies, Inc. | $55,666.52 |
| 8.082 | Prepaid Expenses | Peak-Ryzex, Inc. | $6,215.09 |
| 8.083 | Prepaid Expenses | PI Innovo, LLC | $10,748.14 |
| 8.084 | Prepaid Expenses | PRAXIS Technology Escrow, LLC | $10,450.00 |
| 8.085 | Prepaid Expenses | Premier Wireless Solutions | $378.00 |
| 8.086 | Prepaid Expenses | PTC INC. | $262,134.85 |
| 8.087 | Prepaid Expenses | PublicRelay, Inc. | $12,016.00 |
| 8.088 | Prepaid Expenses | Q4 Inc | $40,213.26 |
| 8.089 | Prepaid Expenses | Razorleaf Corporation | $2,500.00 |
| 8.090 | Prepaid Expenses | SAE International | $3,346.40 |
| 8.091 | Prepaid Expenses | SailPoint Technologies, Inc | $18,560.74 |
| 8.092 | Prepaid Expenses | Salesforce, Inc | $236,710.14 |
| 8.093 | Prepaid Expenses | ScreenCloud Inc. | $3,120.00 |
| 8.094 | Prepaid Expenses | Service Max, Inc. | $117,858.55 |
| 8.095 | Prepaid Expenses | ServiceNow Inc. | $78,000.00 |
| 8.096 | Prepaid Expenses | Sibros Technologies Inc | $17,506.06 |
| 8.097 | Prepaid Expenses | Siemens Industry Software Inc. | $16,794.00 |
| 8.098 | Prepaid Expenses | Sitetracker Inc | $10,110.00 |
| 8.099 | Prepaid Expenses | Smartsheet Inc. | $81,748.35 |

**In re: Proterra Operating Company, Inc.**
**Case No. 23-11121**
Schedule A/B 8 Attachment
Prepayments

| Line Number | Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|---|
| 8.100 | Prepaid Expenses | Snap-on Incorporated | $5,625.00 |
| 8.101 | Prepaid Expenses | Softchoice Corporation | $191,358.61 |
| 8.102 | Prepaid Expenses | Solarwinds, Inc. | $4,791.75 |
| 8.103 | Prepaid Expenses | Speedgoat GmbH | $1,541.75 |
| 8.104 | Prepaid Expenses | Speedgoat Inc. | $13.70 |
| 8.105 | Prepaid Expenses | SPS Commerce, Inc. | $7,725.44 |
| 8.106 | Prepaid Expenses | Swiftly, Inc. | $81,248.98 |
| 8.107 | Prepaid Expenses | The Ultimate Software Group, Inc. | $43,073.57 |
| 8.108 | Prepaid Expenses | Truiem, Inc. | $29,178.28 |
| 8.109 | Prepaid Expenses | Trundl Inc | $23,279.14 |
| 8.110 | Prepaid Expenses | Uplogix, Inc. | $2,979.84 |
| 8.111 | Prepaid Expenses | Valimail Inc. | $6,250.00 |
| 8.112 | Prepaid Insurance | Various Holders | $10,352,994.86 |
| 8.113 | Prepaid Expenses | Various Holders - Employee Advances | $3,593.03 |
| 8.114 | Prepaid Expenses | Vertex, Inc. | $8,309.32 |
| 8.115 | Prepaid Expenses | ViriCiti | $51,076.40 |
| 8.116 | Prepaid Expenses | ViriCiti LLC | $13,850.00 |
| 8.117 | Prepaid Expenses | Voltaiq, Inc. | $21,666.70 |
| 8.118 | Prepaid Bonding | Willis Insurance Services of California, Inc. - PB00438200020 | $1,032.33 |
| 8.119 | Prepaid Bonding | Willis Towers Watson Insurance Services West, Inc. - 22C0023NM | $750.00 |
| 8.120 | Prepaid Bonding | Willis Towers Watson Insurance Services West, Inc. - 800018814 | $45,789.98 |
| 8.121 | Prepaid Bonding | Willis Towers Watson Insurance Services West, Inc. - 800018815 | $23,972.08 |
| 8.122 | Prepaid Bonding | Willis Towers Watson Insurance Services West, Inc. - PB00438200013 | $965.81 |
| 8.123 | Prepaid Bonding | Willis Towers Watson Insurance Services West, Inc. - PB00438200024 | $7,590.53 |
| 8.124 | Prepaid Bonding | Willis Towers Watson Insurance Services West, Inc. - PB02182000051 | $3,760.00 |
| 8.125 | Prepaid Bonding | Willis Towers Watson Insurance Services West, Inc. - PB02182000052 | $10,017.00 |
| 8.126 | Prepaid Expenses | Wind River Sales Co., Inc. | $5,940.00 |
| 8.127 | Prepaid Expenses | Workiva Inc. | $113,897.26 |
| 8.128 | Prepaid Expenses | Zoho Corporation | $1,972.50 |
| 8.129 | Prepaid Expenses | Zoom Video Communications, Inc. | $82,200.67 |
| 8.130 | Prepaid Tax | Various Holders - Goods and Services Tax & Harmonized Sales Tax | $135,688.06 |
| | | **TOTAL:** | **$15,439,465.61** |

**In re: Proterra Operating Company, Inc.**
**Case No. 23-11121**
Schedule A/B 19 Attachment
Raw materials

| Line Number | General description | Date of the last physical inventory | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19.01 | Raw Materials stored at Greenville location (1 Whitlee Ct, Greenville SC 29607) | 12/31/2022 | $41,960,829.14 | FIFO | $41,960,829.14 |
| 19.02 | Raw Materials stored at Los Angeles location (383 Cheryl Lane, City of Industry, CA 91789) | 12/31/2022 | $942,173.56 | FIFO | $942,173.56 |
| 19.03 | Raw Materials stored at Burlingame location (1815 Rollins Rd, Burlingame, CA 94010) | 12/31/2022 | $44,547,049.37 | Standard Cost | $44,547,049.37 |
| 19.04 | Raw Materials stored at Greer location (1605 Poplar Drive Ext, Greer, SC 29651) | 12/31/2022 | $116,165,297.72 | Standard Cost | $116,165,297.72 |
| 19.05 | Raw Materials stored at offsite warehouse (2299 Ridge Road, Greenville SC 29607) | 12/31/2022 | $19,543,334.91 | FIFO | $19,543,334.91 |
| 19.06 | Raw Materials stored at offsite warehouse (2299 Ridge Road, Greenville SC 29607) | 12/31/2022 | $7,717,593.05 | Standard Cost | $7,717,593.05 |
| | | TOTAL: | $230,876,277.75 | TOTAL: | $230,876,277.75 |

**In re: Proterra Operating Company, Inc.**
**Case No. 23-11121**
Schedule A/B 20 Attachment
Work in progress

| Line Number | General description | Date of the last physical inventory | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 20.01 | Work In Progress stored at Greenville location (1 Whitlee Ct, Greenville SC 29607) | 12/31/2022 | $33,709,697.38 | FIFO | $33,709,697.38 |
| 20.02 | Work In Progress stored at Los Angeles location (383 Cheryl Lane, City of Industry, CA 91789) | 12/31/2022 | $212,082.96 | FIFO | $212,082.96 |
| 20.03 | Work In Progress stored at Burlingame location (1815 Rollins Rd, Burlingame, CA 94010) | 12/31/2022 | $2,320,650.40 | Standard Cost | $2,320,650.40 |
| 20.04 | Work In Progress stored at Greer location (1605 Poplar Drive Ext, Greer, SC 29651) | 12/31/2022 | $2,583,319.91 | Standard Cost | $2,583,319.91 |
| | | | **TOTAL:** $38,825,750.65 | **TOTAL:** | $38,825,750.65 |

**In re: Proterra Operating Company, Inc.**
**Case No. 23-11121**
Schedule A/B 21 Attachment
Finished goods, including goods held for resale

| Line Number | General description | Date of the last physical inventory | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 21.01 | Finished Goods stored at Greenville location (1 Whitlee Ct, Greenville SC 29607) | 12/31/2022 | $3,564,803.09 | | $3,564,803.09 |
| 21.02 | Finished Goods stored at Los Angeles location (383 Cheryl Lane, City of Industry, CA 91789) | 12/31/2022 | $3,525,074.10 | FIFO | $3,525,074.10 |
| 21.03 | Finished Goods stored at Burlingame location (1815 Rollins Rd, Burlingame, CA 94010) | 12/31/2022 | $4,068,706.12 | Standard Cost | $4,068,706.12 |
| 21.04 | Finished Goods stored at Greer location (1605 Poplar Drive Ext, Greer, SC 29651) | 12/31/2022 | $898,700.79 | Standard Cost | $898,700.79 |
| 21.05 | Finished Goods stored at offsite warehouse (2299 Ridge Road, Greenville SC 29607) | 12/31/2022 | $68,444.26 | Standard Cost | $68,444.26 |
| | | TOTAL: | $12,125,728.36 | TOTAL: | $12,125,728.36 |

**In re: Proterra Operating Company, Inc.**
**Case No. 23-11121**
Schedule A/B 47 Attachment
Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

| Line Number | Year | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47.01 | 35 Heron PreProd1 | $319,909.93 | Net Book Value | $319,909.93 |
| 47.02 | 40 Ton Detachable Gooseneck Bus Hauler | $44,001.40 | Net Book Value | $44,001.40 |
| 47.03 | 4Post 1 Eng Bus | $142,273.94 | Net Book Value | $142,273.94 |
| 47.04 | DETE2 1 Demo Bus | $512,433.35 | Net Book Value | $512,433.35 |
| 47.05 | DETE2 2 Demo Bus | $510,870.33 | Net Book Value | $510,870.33 |
| 47.06 | Edmonton 1 0 Pilot | $247,752.66 | Net Book Value | $247,752.66 |
| 47.07 | Edmonton Rental 2 | $167,250.93 | Net Book Value | $167,250.93 |
| 47.08 | Eng 35' Bus 53843 | $376,162.26 | Net Book Value | $376,162.26 |
| 47.09 | Heron Test Bus 1 | $279,848.89 | Net Book Value | $279,848.89 |
| 47.10 | Santa Cruz Demo 1 0 | $368,724.63 | Net Book Value | $368,724.63 |
| 47.11 | Validation Bus SCVTA | $36,469.66 | Net Book Value | $36,469.66 |
| 47.12 | Vehicle Lease: Penske Truck Leasing Co. L.P. | Undetermined | | Undetermined |
| 47.13 | Vehicle Lease: Regional Idealease of Rochester, LLC | Undetermined | | Undetermined |
| | **TOTAL:** | **$3,005,697.98** | **TOTAL:** | **$3,005,697.98** |

**In re: Proterra Operating Company, Inc.**
**Case No. 23-11121**
Schedule A/B 55 Attachment
Real property

| Line Number | Description of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.01 | Facility Lease: 1 Whitlee Court, Greenville, SC | Operating Lease | Undetermined | | Undetermined |
| 55.02 | Facility Lease: 1605 Poplar Drive Ext, Greer, SC | Operating Lease | Undetermined | | Undetermined |
| 55.03 | Facility Lease: 1700 Old Grove Road, Piedmont, SC | Operating Lease | Undetermined | | Undetermined |
| 55.04 | Facility Lease: 1815 Rollins Road, Burlingame, CA | Operating Lease | Undetermined | | Undetermined |
| 55.05 | Facility Lease: 1835 Rollins Road, Burlingame, CA | Operating Lease | Undetermined | | Undetermined |
| 55.06 | Facility Lease: 23 Broderick Road, Burlingame, CA | Operating Lease | Undetermined | | Undetermined |
| 55.07 | Facility Lease: 249 S. Leland Norton Way (Building 759, Suite 1A), San Bernardino, CA | Operating Lease | Undetermined | | Undetermined |
| 55.08 | Facility Lease: 2791 Research Drive, Rochester, MI | Operating Lease | Undetermined | | Undetermined |
| 55.09 | Facility Lease: 28 Global Drive, Greenville, SC | Operating Lease | Undetermined | | Undetermined |
| 55.10 | Facility Lease: 3020 Coronado Drive, Santa Clara, CA | Operating Lease | Undetermined | | Undetermined |
| 55.11 | Facility Lease: 381 S. Brea Canyon Road, Walnut, CA | Operating Lease | Undetermined | | Undetermined |
| 55.12 | Facility Lease: 383 Cheryl Lane, City of Industry, CA | Operating Lease | Undetermined | | Undetermined |
| 55.13 | Facility Lease: 393 Cheryl Lane, City of Industry, CA | Operating Lease | Undetermined | | Undetermined |
| 55.14 | Facility Lease: 5 Hercules Way, Greenville, SC | Operating Lease | Undetermined | | Undetermined |
| 55.15 | Facility Lease: Altoona Test Track, Duncansville, PA | Operating Lease | Undetermined | | Undetermined |
| 55.16 | Facility Lease: Harvey Rd and Poplar Drive, Greer, SC | Operating Lease | Undetermined | | Undetermined |
| 55.17 | Facility Lease: Laurens Road and Market Place Drive, Greenville, SC | Operating Lease | Undetermined | | Undetermined |
| 55.18 | Facility Lease: One Parkway South, Laurens, SC | Operating Lease | Undetermined | | Undetermined |
| 55.19 | Leasehold Improvements - Various Locations | Leasehold Improvements | $20,152,085.54 | Net Book Value | $20,152,085.54 |
| | | **TOTAL:** | **$20,152,085.54** | **TOTAL:** | **$20,152,085.54** |

**In re: Proterra Operating Company, Inc.**
**Case No. 23-11121**
Schedule A/B 60 Attachment
Patents, copyrights, trademarks, and trade secrets

| Line Number | Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60.001 | Acceleration Control For An Electric Vehicle, Application # 14/498,422, Status - Granted, Patent # 9096135 | Undetermined | | Undetermined |
| 60.002 | Balancing Energy In A Parallelized Battery System, Application # 16/169,594, Status - Granted, Patent # 10744899 | Undetermined | | Undetermined |
| 60.003 | Battery Cassette, Application # 17/031,973, Status - Granted, Patent # 11569543 | Undetermined | | Undetermined |
| 60.004 | Battery Cassette, Application # 18/149,329, Status - Pending | Undetermined | | Undetermined |
| 60.005 | Battery Cassette, Application # 20197936.6, Status - Pending | Undetermined | | Undetermined |
| 60.006 | Battery Cassette, Application # 3118260, Status - Pending | Undetermined | | Undetermined |
| 60.007 | Battery Cassette, Application # 42021037306, Status - Pending | Undetermined | | Undetermined |
| 60.008 | Battery System Cooling, Application # 14/788,249, Status - Granted, Patent # 9905893 | Undetermined | | Undetermined |
| 60.009 | Battery System Cooling, Application # 15/869,705, Status - Granted, Patent # 10998587 | Undetermined | | Undetermined |
| 60.010 | Battery System Of An Electric Vehicle, Application # 15/341,401, Status - Granted, Patent # 10272758 | Undetermined | | Undetermined |
| 60.011 | Battery System Of An Electric Vehicle, Application # 16/354,653, Status - Granted, Patent # 10647189 | Undetermined | | Undetermined |
| 60.012 | Battery System Of An Electric Vehicle, Application # 16/847,917, Status - Granted, Patent # 11440392 | Undetermined | | Undetermined |
| 60.013 | Battery System Of An Electric Vehicle, Application # 17/015,647, Status - Pending | Undetermined | | Undetermined |
| 60.014 | Battery System Of An Electric Vehicle, Application # 17/817,302, Status - Pending | Undetermined | | Undetermined |
| 60.015 | Battery System Of An Electric Vehicle, Application # 17197629.3, Status - Granted, Patent # 3318443 | Undetermined | | Undetermined |
| 60.016 | Battery System Of An Electric Vehicle, Application # 20194903.9, Status - Pending | Undetermined | | Undetermined |
| 60.017 | Battery System Of An Electric Vehicle, Application # 2983327, Status - Pending | Undetermined | | Undetermined |
| 60.018 | Battery System Of An Electric Vehicle, Application # 3092216, Status - Pending | Undetermined | | Undetermined |

**In re: Proterra Operating Company, Inc.**
**Case No. 23-11121**
Schedule A/B 60 Attachment
Patents, copyrights, trademarks, and trade secrets

| Line Number | Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60.019 | Battery System Of An Electric Vehicle, Application # 42021037307, Status - Pending | Undetermined | | Undetermined |
| 60.020 | Battery System, Application # 17/806,989, Status - Pending | Undetermined | | Undetermined |
| 60.021 | Battery Vent System, Application # 16/713,042, Status - Granted, Patent # 11374284 | Undetermined | | Undetermined |
| 60.022 | Battery Vent System, Application # 17/664,291, Status - Pending | Undetermined | | Undetermined |
| 60.023 | Battery Vent System, Application # 20212919.3, Status - Pending | Undetermined | | Undetermined |
| 60.024 | Bus, Application # 29/368,987, Status - Granted, Patent # D642092 | Undetermined | | Undetermined |
| 60.025 | Charge Head Landing Switch, Application # 14/980,697, Status - Granted, Patent # 9809122 | Undetermined | | Undetermined |
| 60.026 | Charging Of A Fleet Of Electric Vehicles, Application # 14/309,560, Status - Granted, Patent # 10017068 | Undetermined | | Undetermined |
| 60.027 | Charging Of A Fleet Of Electric Vehicles, Application # 15172411.9, Status - Granted, Patent # 2957450 | Undetermined | | Undetermined |
| 60.028 | Charging Of A Fleet Of Electric Vehicles, Application # 21202093.7, Status - Pending | Undetermined | | Undetermined |
| 60.029 | Charging Of An Electric Vehicle Fleet, Application # 16/005,156, Status - Granted, Patent # 10946763 | Undetermined | | Undetermined |
| 60.030 | Charging Of Electric Vehicles, Application # 13/518,847, Status - Granted, Patent # 9352658 | Undetermined | | Undetermined |
| 60.031 | Charging Stations For Electric Vehicles, Application # 12/496,569, Status - Granted, Patent # 8324858 | Undetermined | | Undetermined |
| 60.032 | Charging Stations For Electric Vehicles, Application # 16/266,175, Status - Granted, Patent # 10518656 | Undetermined | | Undetermined |
| 60.033 | Charging Stations For Electric Vehicles, Application # 16191966.7, Status - Granted, Patent # 3141417 | Undetermined | | Undetermined |
| 60.034 | Charging Stations For Electric Vehicles, Application # 2009266952, Status - Granted, Patent # 2009266952 | Undetermined | | Undetermined |
| 60.035 | Charging Stations For Electric Vehicles, Application # 210178, Status - Granted, Patent # 210178 | Undetermined | | Undetermined |
| 60.036 | Charging Stations For Electric Vehicles, Application # 2729356, Status - Granted, Patent # 2729356 | Undetermined | | Undetermined |

**In re: Proterra Operating Company, Inc.**
**Case No. 23-11121**
Schedule A/B 60 Attachment
Patents, copyrights, trademarks, and trade secrets

| Line Number | Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60.037 | Charging Stations For Electric Vehicles, Application # 2785516, Status - Granted, Patent # 2785516 | Undetermined | | Undetermined |
| 60.038 | Charging Stations For Electric Vehicles, Application # 9774471.8, Status - Granted, Patent # 2296933 | Undetermined | | Undetermined |
| 60.039 | Charging Stations For Electric Vehicles, Application # MX/a/2010/014551, Status - Granted, Patent # 298780 | Undetermined | | Undetermined |
| 60.040 | Charging Stations For Electric Vehicles, Application # MX/a/2012/005077, Status - Granted, Patent # 315272 | Undetermined | | Undetermined |
| 60.041 | Charging Stations For Electric Vehicles, Application # MX/a/2012/007381, Status - Granted, Patent # 317386 | Undetermined | | Undetermined |
| 60.042 | Charging System For An Electric Vehicle, Application # 16/205,825, Status - Granted, Patent # 10906413 | Undetermined | | Undetermined |
| 60.043 | Charging System For Electric Vehicles, Application # 16/817,813, Status - Granted, Patent # 11554683 | Undetermined | | Undetermined |
| 60.044 | Charging System For Electric Vehicles, Application # 18/145,940, Status - Pending | Undetermined | | Undetermined |
| 60.045 | Charging System For Electric Vehicles, Application # 3074829, Status - Pending | Undetermined | | Undetermined |
| 60.046 | Charging Systems For Electric Vehicles, Application # 14/449,842, Status - Granted, Patent # 9446672 | Undetermined | | Undetermined |
| 60.047 | Charging Systems For Electric Vehicles, Application # 15/244,277, Status - Granted, Patent # 10112498 | Undetermined | | Undetermined |
| 60.048 | Charging Systems For Electric Vehicles, Application # 15/485,385, Status - Granted, Patent # 9908435 | Undetermined | | Undetermined |
| 60.049 | Charging Systems For Electric Vehicles, Application # 17/661,680, Status - Pending | Undetermined | | Undetermined |
| 60.050 | Composite Battery Pack Wall With Mica Inner Layer, Application # 18/052,272, Status - Pending | Undetermined | | Undetermined |
| 60.051 | Controlling Electric Vehicle Operation Based On Inclination, Application # 14/755,981, Status - Granted, Patent # 9321355 | Undetermined | | Undetermined |
| 60.052 | Controlling The Powertrain Of A Vehicle, Application # 15/727,221, Status - Granted, Patent # 10272899 | Undetermined | | Undetermined |

**In re: Proterra Operating Company, Inc.**
**Case No. 23-11121**
Schedule A/B 60 Attachment
Patents, copyrights, trademarks, and trade secrets

| Line Number | Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60.053 | Controlling The Powertrain Of A Vehicle, Application # 16/153,329, Status - Granted, Patent # 10933879 | Undetermined | | Undetermined |
| 60.054 | Controlling The Powertrain Of A Vehicle, Application # 16/354,586, Status - Granted, Patent # 10538231 | Undetermined | | Undetermined |
| 60.055 | Controlling The Powertrain Of A Vehicle, Application # 3019673, Status - Pending | Undetermined | | Undetermined |
| 60.056 | Coolant Manifold For Battery Pack, Application # 63/376,091, Status - Pending | Undetermined | | Undetermined |
| 60.057 | Depot Charging Of An Electric Vehicle Fleet, Application # 16/753,647, Status - Granted, Patent # 11351879 | Undetermined | | Undetermined |
| 60.058 | Depot Charging Of An Electric Vehicle Fleet, Application # 17/660,803, Status - Pending | Undetermined | | Undetermined |
| 60.059 | Depot Charging Of An Electric Vehicle Fleet, Application # 18797228.6, Status - Pending | Undetermined | | Undetermined |
| 60.060 | Depot Charging Of An Electric Vehicle Fleet, Application # 3078598, Status - Pending | Undetermined | | Undetermined |
| 60.061 | Determining Vehicle Position Using Rfid, Application # 14/755,738, Status - Granted, Patent # 9315111 | Undetermined | | Undetermined |
| 60.062 | Efficiency Optimization Of Multi-Motor Electric Vehicles, Application # 15/656,037, Status - Granted, Patent # 11639114 | Undetermined | | Undetermined |
| 60.063 | Efficiency Optimization Of Multi-Motor Electric Vehicles, Application # 18181986.3, Status - Pending | Undetermined | | Undetermined |
| 60.064 | Electric Bus, Application # 16/601,801, Status - Granted, Patent # 11285795 | Undetermined | | Undetermined |
| 60.065 | Electric Bus, Application # 17/651,542, Status - Pending | Undetermined | | Undetermined |
| 60.066 | Electric Motor Control By Torque Perturbation, Application # 15/188,757, Status - Granted, Patent # 9764658 | Undetermined | | Undetermined |
| 60.067 | Electric Vehicle Charging By Adjusting Charger Current, Application # 14/564,378, Status - Granted, Patent # 9321366 | Undetermined | | Undetermined |
| 60.068 | Electric Vehicle Charging By Adjusting Charger Current, Application # 15/705,920, Status - Granted, Patent # 11027624 | Undetermined | | Undetermined |

**In re: Proterra Operating Company, Inc.**
**Case No. 23-11121**
Schedule A/B 60 Attachment
Patents, copyrights, trademarks, and trade secrets

| Line Number | Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60.069 | Electric Vehicle Charging Interface, Application # 14/442,200, Status - Granted, Patent # 9925887 | Undetermined | | Undetermined |
| 60.070 | Electric Vehicle Charging Interface, Application # 14/670,027, Status - Granted, Patent # 10377251 | Undetermined | | Undetermined |
| 60.071 | Electric Vehicle Charging Interface, Application # 15/890,534, Status - Granted, Patent # 10696174 | Undetermined | | Undetermined |
| 60.072 | Electric Vehicle Charging To Reduce Utility Cost, Application # 14/985,126, Status - Granted, Patent # 11214157 | Undetermined | | Undetermined |
| 60.073 | Electric Vehicle Charging To Reduce Utility Cost, Application # 17/534,827, Status - Pending | Undetermined | | Undetermined |
| 60.074 | Electric Vehicle Charging To Reduce Utility Cost, Application # 2952372, Status - Pending | Undetermined | | Undetermined |
| 60.075 | Electric Vehicle Powertrain, Application # 16/353,244, Status - Granted, Patent # 10690234 | Undetermined | | Undetermined |
| 60.076 | Electric Vehicle Powertrain, Application # 3074310, Status - Pending | Undetermined | | Undetermined |
| 60.077 | Electric Vehicles And Charging Stations, Application # 15/145,280, Status - Granted, Patent # 10232724 | Undetermined | | Undetermined |
| 60.078 | Electric Vehicles And Charging Stations, Application # 16/691,695, Status - Granted, Patent # 10875411 | Undetermined | | Undetermined |
| 60.079 | Electric Vehicles And Charging Stations, Application # 17/103,639, Status - Granted, Patent # 11453299 | Undetermined | | Undetermined |
| 60.080 | Electric Vehicles And Charging Stations, Application # 17/822,128, Status - Pending | Undetermined | | Undetermined |
| 60.081 | Energy Control Mechanisms For An Electric Vehicle, Application # 14/675,200, Status - Granted, Patent # 9352635 | Undetermined | | Undetermined |
| 60.082 | Harnessing Heat During Electric Vehicle Charging, Application # 14/661,060, Status - Granted, Patent # 9260025 | Undetermined | | Undetermined |
| 60.083 | Heated Charging Interface Of Electric Vehicle, Application # 14/788,060, Status - Granted, Patent # 9321364 | Undetermined | | Undetermined |
| 60.084 | Limiting Voltage Spikes During Electric Vehicle Charging, Application # 15/699,405, Status - Granted, Patent # 11545844 | Undetermined | | Undetermined |

**In re: Proterra Operating Company, Inc.**
**Case No. 23-11121**
Schedule A/B 60 Attachment
Patents, copyrights, trademarks, and trade secrets

| Line Number | Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60.085 | Locating An Electric Vehicle At A Charging Station, Application # 17/492,054, Status - Pending | Undetermined | | Undetermined |
| 60.086 | Locating An Electric Vehicle In A Charging Station, Application # 16/228,918, Status - Granted, Patent # 11148541 | Undetermined | | Undetermined |
| 60.087 | Low-Floor Electric Bus, Application # 13/887,135, Status - Granted, Patent # 9252417 | Undetermined | | Undetermined |
| 60.088 | Low-Floor Electric Bus, Application # 14/992,900, Status - Granted, Patent # 9680139 | Undetermined | | Undetermined |
| 60.089 | Low-Floor Electric Vehicle, Application # 15/589,170, Status - Granted, Patent # 10505164 | Undetermined | | Undetermined |
| 60.090 | Mediator System And Method For Controlling A Charging Control Network, Application # 16/806,048, Status - Granted, Patent # 11225158 | Undetermined | | Undetermined |
| 60.091 | Method Of Docking An Electric Vehicle For Charging, Application # 14/980,672, Status - Granted, Patent # 9878637 | Undetermined | | Undetermined |
| 60.092 | Method Of Docking An Electric Vehicle For Charging, Application # 15/231,992, Status - Granted, Patent # 9987939 | Undetermined | | Undetermined |
| 60.093 | Method Of Docking An Electric Vehicle For Charging, Application # 16206520.5, Status - Granted, Patent # 3187363 | Undetermined | | Undetermined |
| 60.094 | Methods And Systems For Charging Vehicles, Application # 13/678,493, Status - Granted, Patent # 8829853 | Undetermined | | Undetermined |
| 60.095 | Methods For Electric Bus Charging To Increase Battery Life, Application # 13/825,531, Status - Granted, Patent # 9496735 | Undetermined | | Undetermined |
| 60.096 | Multi Protocol Charge Ports, Application # 15/227,163, Status - Granted, Patent # 9669719 | Undetermined | | Undetermined |
| 60.097 | Multi Protocol Charge Ports, Application # 17170709.4, Status - Pending | Undetermined | | Undetermined |
| 60.098 | Multi Protocol Charge Ports, Application # 2966747, Status - Granted, Patent # 2966747 | Undetermined | | Undetermined |
| 60.099 | Multi-Protocol Charge Port For An Electric Bus, Application # 15/589,281, Status - Granted, Patent # 10442301 | Undetermined | | Undetermined |
| 60.100 | Overcurrent Protection For Battery Systems, Application # 15/955,052, Status - Granted, Patent # 10811869 | Undetermined | | Undetermined |

**In re: Proterra Operating Company, Inc.**
**Case No. 23-11121**
Schedule A/B 60 Attachment
Patents, copyrights, trademarks, and trade secrets

| Line Number | Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60.101 | Overcurrent Protection For Battery Systems, Application # 19164104.2, Status - Granted, Patent # 3557712 | Undetermined | | Undetermined |
| 60.102 | Overcurrent Protection For Battery Systems, Application # 3037545, Status - Pending | Undetermined | | Undetermined |
| 60.103 | Overhead Charging Systems For Electric Vehicles, Application # 16/149,919, Status - Granted, Patent # 11345245 | Undetermined | | Undetermined |
| 60.104 | Positioning System For Electric Charging, Application # 15/088,359, Status - Granted, Patent # 9550428 | Undetermined | | Undetermined |
| 60.105 | Side-Facing Vehicle Charging Systems, Application # 14/420,872, Status - Granted, Patent # 9718367 | Undetermined | | Undetermined |
| 60.106 | Spring Loaded Brush Carrier, Application # 14/984,468, Status - Granted, Patent # 9522603 | Undetermined | | Undetermined |
| 60.107 | State Of Charge Determination, Application # 14/755,891, Status - Granted, Patent # 9423465 | Undetermined | | Undetermined |
| 60.108 | Steering Control Mechanisms For An Electric Vehicle, Application # 14/671,296, Status - Granted, Patent # 9302702 | Undetermined | | Undetermined |
| 60.109 | System And Method For A Conductive Charging System, Application # 18/066,211, Status - Pending | Undetermined | | Undetermined |
| 60.110 | System And Method To Assist In Vehicle Positioning, Application # 14/671,163, Status - Granted, Patent # 9776520 | Undetermined | | Undetermined |
| 60.111 | System And Method With A Direct Current To Direct Current (Dc/ Dc) Pre-Charger, Application # 17/729,544, Status - Pending | Undetermined | | Undetermined |
| 60.112 | System And Method With A Direct Current To Direct Current (Dc/ Dc) Pre-Charger, Application # PCT/US2023/66226, Status - Pending | Undetermined | | Undetermined |
| 60.113 | System And Method With A Direct Current To Direct Current (Dc/Dc) Converter, Application # 17/529,596, Status - Pending | Undetermined | | Undetermined |
| 60.114 | Systems And Method For Management Of Electric Vehicle Supply Equipment, Application # 17/546,513, Status - Pending | Undetermined | | Undetermined |
| 60.115 | Systems And Method For Management Of Electric Vehicle Supply Equipment, Application # 21159428.8, Status - Pending | Undetermined | | Undetermined |
| 60.116 | Systems And Method For Management Of Electric Vehicle Supply Equipment, Application # 3109780, Status - Pending | Undetermined | | Undetermined |

**In re: Proterra Operating Company, Inc.**
**Case No. 23-11121**
Schedule A/B 60 Attachment
Patents, copyrights, trademarks, and trade secrets

| Line Number | Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60.117 | Systems And Methods For  Charging An Electric Vehicle At A Charging Station, Application # 15/144,406, Status - Granted, Patent # 9764653 | Undetermined | | Undetermined |
| 60.118 | Systems And Methods For  Charging An Electric Vehicle At A Charging Station, Application # 15/694,421, Status - Granted, Patent # 9975444 | Undetermined | | Undetermined |
| 60.119 | Systems And Methods For  Charging An Electric Vehicle At A Charging Station, Application # 15/958,165, Status - Granted, Patent # 10384553 | Undetermined | | Undetermined |
| 60.120 | Systems And Methods For  Charging An Electric Vehicle At A Charging Station, Application # 16/502,123, Status - Granted, Patent # 10723231 | Undetermined | | Undetermined |
| 60.121 | Systems And Methods For  Charging An Electric Vehicle At A Charging Station, Application # 16/907,766, Status - Granted, Patent # 11247568 | Undetermined | | Undetermined |
| 60.122 | Systems And Methods For  Charging An Electric Vehicle At A Charging Station, Application # 17/569,252, Status - Pending | Undetermined | | Undetermined |
| 60.123 | Systems And Methods For Aligning Vehicle Charging Mechanisms With Infrastructure, Application # 18/063,254, Status - Pending | Undetermined | | Undetermined |
| 60.124 | Systems And Methods For Automatic Connection And Charging Of An Electric Vehicle At A Charging Station, Application # 11777906.6, Status - Granted, Patent # 2564486 | Undetermined | | Undetermined |
| 60.125 | Systems And Methods For Automatic Connection And Charging Of An Electric Vehicle At A Charging Station, Application # 13/643,541, Status - Granted, Patent # 9365128 | Undetermined | | Undetermined |
| 60.126 | Systems And Methods For Automatic Connection And Charging Of An Electric Vehicle At A Charging Station, Application # 201180026409.5, Status - Granted, Patent # ZL201180026409.5 | Undetermined | | Undetermined |
| 60.127 | Systems And Methods For Automatic Connection And Charging Of An Electric Vehicle At A Charging Station, Application # 2797575, Status - Granted, Patent # 2797575 | Undetermined | | Undetermined |
| 60.128 | Systems And Methods For Battery Life Maximization Under Fixed-Route Applications, Application # 12840270.8, Status - Granted, Patent # 2766216 | Undetermined | | Undetermined |
| 60.129 | Systems And Methods For Battery Life Maximization Under Fixed-Route Applications, Application # 14/249,175, Status - Granted, Patent # 8975866 | Undetermined | | Undetermined |

**In re: Proterra Operating Company, Inc.**
**Case No. 23-11121**
Schedule A/B 60 Attachment
Patents, copyrights, trademarks, and trade secrets

| Line Number | Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60.130 | Systems And Methods For Battery Life Maximization Under Fixed-Route Applications, Application # 2851503, Status - Granted, Patent # 2851503 | Undetermined | | Undetermined |
| 60.131 | Systems And Methods For Battery Management, Application # 11822290, Status - Granted, Patent # 2612395 | Undetermined | | Undetermined |
| 60.132 | Systems And Methods For Battery Management, Application # 13/193,278, Status - Granted, Patent # 9496730 | Undetermined | | Undetermined |
| 60.133 | Systems And Methods For Battery Management, Application # 201180051252.1, Status - Granted, Patent # 201180051252.1 | Undetermined | | Undetermined |
| 60.134 | Systems And Methods For Battery Management, Application # MX/a/2013/002538, Status - Granted, Patent # 324330 | Undetermined | | Undetermined |
| 60.135 | Systems And Methods For Enabling Fast Charging Of An Electric Vehicle At A Charging Station, Application # 13855153.6, Status - Granted, Patent # 2920022 | Undetermined | | Undetermined |
| 60.136 | Systems And Methods For Enabling Fast Charging Of An Electric Vehicle At A Charging Station, Application # 17200683.5, Status - Granted, Patent # 3299212 | Undetermined | | Undetermined |
| 60.137 | Systems And Methods For Enabling Fast Charging Of An Electric Vehicle At A Charging Station, Application # 2890753, Status - Granted, Patent # 2890753 | Undetermined | | Undetermined |
| 60.138 | Systems And Methods For Managing Multiple Vehicle Cabin Heat Sources And Multiple Controllers, Application # 17/820,971, Status - Pending | Undetermined | | Undetermined |
| 60.139 | Systems And Methods For Mounting Objects To A Structure, Application # 14/701,880, Status - Granted, Patent # 10125799 | Undetermined | | Undetermined |
| 60.140 | Systems And Methods For Mounting Objects To A Structure, Application # 16167678.8, Status - Granted, Patent # 3088750 | Undetermined | | Undetermined |
| 60.141 | Temperature Management Systems And Methods For Electric Vehicle, Application # 16/429,222, Status - Granted, Patent # 11214115 | Undetermined | | Undetermined |
| 60.142 | Temperature Management Systems And Methods For Electric Vehicle, Application # 17/537,268, Status - Pending | Undetermined | | Undetermined |
| 60.143 | Temperature Management Systems And Methods For Electric Vehicle, Application # 3081652, Status - Pending | Undetermined | | Undetermined |

**In re: Proterra Operating Company, Inc.**
**Case No. 23-11121**
Schedule A/B 60 Attachment
Patents, copyrights, trademarks, and trade secrets

| Line Number | Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60.144 | Thermal Event Detection And Management System For An Electric Vehicle, Application # 15/925,964, Status - Granted, Patent # 10658714 | Undetermined | | Undetermined |
| 60.145 | Thermal Event Management System For An Electric Vehicle, Application # 15/372,000, Status - Granted, Patent # 9954259 | Undetermined | | Undetermined |
| 60.146 | Thermal Event Management System For An Electric Vehicle, Application # 2985451, Status - Pending | Undetermined | | Undetermined |
| 60.147 | Transmission Control System For An Electric Vehicle, Application # 14/179,388, Status - Granted, Patent # 8827867 | Undetermined | | Undetermined |
| 60.148 | Vehicle Battery Systems And Methods, Application # 12/459,074, Status - Granted, Patent # 8453773 | Undetermined | | Undetermined |
| 60.149 | Vehicle Battery Systems And Methods, Application # 15183066.8, Status - Granted, Patent # 3017986 | Undetermined | | Undetermined |
| 60.150 | Vehicle Battery Systems And Methods, Application # 2009261982, Status - Granted, Patent # 2009261982 | Undetermined | | Undetermined |
| 60.151 | Vehicle Battery Systems And Methods, Application # 2728679, Status - Granted, Patent # 2728679 | Undetermined | | Undetermined |
| 60.152 | Vehicle Battery Systems And Methods, Application # 9771205.3, Status - Granted, Patent # 2307218 | Undetermined | | Undetermined |
| 60.153 | Vehicle Battery Systems And Methods, Application # MX/a/2010/014560, Status - Granted, Patent # 318588 | Undetermined | | Undetermined |
| 60.154 | Window Gasket For A Vehicle, Application # 14/661,033, Status - Granted, Patent # 9296286 | Undetermined | | Undetermined |
| | **TOTAL:** | **Undetermined** | **TOTAL:** | **Undetermined** |

**In re: Proterra Operating Company, Inc,**
**Case No. 23-11121**
Schedule A/B 61 Attachment
Internet domain names and websites

| Line Number | Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 61.01 | caforcleantransport.org | Undetermined | | Undetermined |
| 61.02 | calzev.org | Undetermined | | Undetermined |
| 61.03 | connected.proterra.com | Undetermined | | Undetermined |
| 61.04 | diag.proterra.com | Undetermined | | Undetermined |
| 61.05 | ir.proterra.com | Undetermined | | Undetermined |
| 61.06 | myproterrafleet.com | Undetermined | | Undetermined |
| 61.07 | proterra.com | Undetermined | | Undetermined |
| 61.08 | proterra.io | Undetermined | | Undetermined |
| 61.09 | proterrafleet.com | Undetermined | | Undetermined |
| 61.10 | proterraplm.com | Undetermined | | Undetermined |
| 61.11 | suppliers.proterra.com | Undetermined | | Undetermined |
| | **TOTAL:** | **Undetermined** | **TOTAL:** | **Undetermined** |

**In re: Proterra Operating Company, Inc.**
**Case No. 23-11121**
Schedule A/B 72 Attachment
Tax refunds and unused net operating losses (NOLs)

| Line Number | Description | Tax Year | Current value of debtor's interest |
|---|---|---|---|
| 72.001 | NOL - Colorado Department of Revenue | 2018 | Undetermined |
| 72.002 | NOL - Colorado Department of Revenue | 2019 | Undetermined |
| 72.003 | NOL - Colorado Department of Revenue | 2020 | Undetermined |
| 72.004 | NOL - Colorado Department of Revenue | 2021 | Undetermined |
| 72.005 | NOL - Colorado Department of Revenue | 2022 | Undetermined |
| 72.006 | NOL - Delaware Division of Revenue | 2018 | Undetermined |
| 72.007 | NOL - Delaware Division of Revenue | 2019 | Undetermined |
| 72.008 | NOL - Delaware Division of Revenue | 2020 | Undetermined |
| 72.009 | NOL - Delaware Division of Revenue | 2021 | Undetermined |
| 72.010 | NOL - Delaware Division of Revenue | 2022 | Undetermined |
| 72.011 | NOL - Florida Department of Revenue | 2012 | Undetermined |
| 72.012 | NOL - Florida Department of Revenue | 2013 | Undetermined |
| 72.013 | NOL - Florida Department of Revenue | 2014 | Undetermined |
| 72.014 | NOL - Florida Department of Revenue | 2015 | Undetermined |
| 72.015 | NOL - Florida Department of Revenue | 2016 | Undetermined |
| 72.016 | NOL - Florida Department of Revenue | 2017 | Undetermined |
| 72.017 | NOL - Florida Department of Revenue | 2018 | Undetermined |
| 72.018 | NOL - Florida Department of Revenue | 2019 | Undetermined |
| 72.019 | NOL - Florida Department of Revenue | 2020 | Undetermined |
| 72.020 | NOL - Florida Department of Revenue | 2021 | Undetermined |
| 72.021 | NOL - Florida Department of Revenue | 2022 | Undetermined |
| 72.022 | NOL - Georgia Department of Revenue | 2019 | Undetermined |
| 72.023 | NOL - Georgia Department of Revenue | 2020 | Undetermined |
| 72.024 | NOL - Georgia Department of Revenue | 2021 | Undetermined |
| 72.025 | NOL - Georgia Department of Revenue | 2022 | Undetermined |
| 72.026 | NOL - Indiana Department of Revenue | 2020 | Undetermined |
| 72.027 | NOL - Indiana Department of Revenue | 2021 | Undetermined |
| 72.028 | NOL - Indiana Department of Revenue | 2022 | Undetermined |
| 72.029 | NOL - Iowa Department of Revenue | 2020 | Undetermined |
| 72.030 | NOL - Iowa Department of Revenue | 2021 | Undetermined |
| 72.031 | NOL - Iowa Department of Revenue | 2022 | Undetermined |
| 72.032 | NOL - Louisiana Department of Revenue | 2017 | Undetermined |
| 72.033 | NOL - Louisiana Department of Revenue | 2018 | Undetermined |

**In re: Proterra Operating Company, Inc.**
**Case No. 23-11121**
Schedule A/B 72 Attachment
Tax refunds and unused net operating losses (NOLs)

| Line Number | Description | Tax Year | Current value of debtor's interest |
|---|---|---|---|
| 72.034 | NOL - Louisiana Department of Revenue | 2020 | Undetermined |
| 72.035 | NOL - Louisiana Department of Revenue | 2021 | Undetermined |
| 72.036 | NOL - Louisiana Department of Revenue | 2022 | Undetermined |
| 72.037 | NOL - Maryland Department of Assessments and Taxation | 2019 | Undetermined |
| 72.038 | NOL - Maryland Department of Assessments and Taxation | 2020 | Undetermined |
| 72.039 | NOL - Maryland Department of Assessments and Taxation | 2021 | Undetermined |
| 72.040 | NOL - Maryland Department of Assessments and Taxation | 2022 | Undetermined |
| 72.041 | NOL - New Mexico Taxation and Revenue Department | 2021 | Undetermined |
| 72.042 | NOL - New Mexico Taxation and Revenue Department | 2022 | Undetermined |
| 72.043 | NOL - North Carolina Department of Revenue | 2014 | Undetermined |
| 72.044 | NOL - North Carolina Department of Revenue | 2015 | Undetermined |
| 72.045 | NOL - North Carolina Department of Revenue | 2016 | Undetermined |
| 72.046 | NOL - North Carolina Department of Revenue | 2017 | Undetermined |
| 72.047 | NOL - North Carolina Department of Revenue | 2018 | Undetermined |
| 72.048 | NOL - North Carolina Department of Revenue | 2019 | Undetermined |
| 72.049 | NOL - North Carolina Department of Revenue | 2020 | Undetermined |
| 72.050 | NOL - North Carolina Department of Revenue | 2021 | Undetermined |
| 72.051 | NOL - North Carolina Department of Revenue | 2022 | Undetermined |
| 72.052 | NOL - Oklahoma Tax Commission | 2020 | Undetermined |
| 72.053 | NOL - Oklahoma Tax Commission | 2021 | Undetermined |
| 72.054 | NOL - Oklahoma Tax Commission | 2022 | Undetermined |
| 72.055 | NOL - Oregon Department of Revenue | 2019 | Undetermined |
| 72.056 | NOL - Oregon Department of Revenue | 2020 | Undetermined |
| 72.057 | NOL - Oregon Department of Revenue | 2021 | Undetermined |
| 72.058 | NOL - Oregon Department of Revenue | 2022 | Undetermined |
| 72.059 | NOL - Pennsylvania Department of Revenue | 2017 | Undetermined |
| 72.060 | NOL - Pennsylvania Department of Revenue | 2018 | Undetermined |
| 72.061 | NOL - Pennsylvania Department of Revenue | 2019 | Undetermined |
| 72.062 | NOL - Pennsylvania Department of Revenue | 2020 | Undetermined |
| 72.063 | NOL - Pennsylvania Department of Revenue | 2021 | Undetermined |
| 72.064 | NOL - Pennsylvania Department of Revenue | 2022 | Undetermined |
| 72.065 | NOL - South Carolina Department of Revenue | 2010 | Undetermined |
| 72.066 | NOL - South Carolina Department of Revenue | 2011 | Undetermined |

**In re: Proterra Operating Company, Inc.**
**Case No. 23-11121**
Schedule A/B 72 Attachment
Tax refunds and unused net operating losses (NOLs)

| Line Number | Description | Tax Year | Current value of debtor's interest |
|---|---|---|---|
| 72.067 | NOL - South Carolina Department of Revenue | 2013 | Undetermined |
| 72.068 | NOL - South Carolina Department of Revenue | 2014 | Undetermined |
| 72.069 | NOL - South Carolina Department of Revenue | 2015 | Undetermined |
| 72.070 | NOL - South Carolina Department of Revenue | 2016 | Undetermined |
| 72.071 | NOL - South Carolina Department of Revenue | 2017 | Undetermined |
| 72.072 | NOL - South Carolina Department of Revenue | 2018 | Undetermined |
| 72.073 | NOL - South Carolina Department of Revenue | 2019 | Undetermined |
| 72.074 | NOL - South Carolina Department of Revenue | 2020 | Undetermined |
| 72.075 | NOL - South Carolina Department of Revenue | 2021 | Undetermined |
| 72.076 | NOL - South Carolina Department of Revenue | 2022 | Undetermined |
| 72.077 | NOL - Tennessee Department of Revenue | 2014 | Undetermined |
| 72.078 | NOL - Tennessee Department of Revenue | 2015 | Undetermined |
| 72.079 | NOL - Tennessee Department of Revenue | 2016 | Undetermined |
| 72.080 | NOL - Tennessee Department of Revenue | 2017 | Undetermined |
| 72.081 | NOL - Tennessee Department of Revenue | 2018 | Undetermined |
| 72.082 | NOL - Tennessee Department of Revenue | 2019 | Undetermined |
| 72.083 | NOL - Tennessee Department of Revenue | 2020 | Undetermined |
| 72.084 | NOL - Tennessee Department of Revenue | 2021 | Undetermined |
| 72.085 | NOL - Tennessee Department of Revenue | 2022 | Undetermined |
| 72.086 | NOL - Virginia Department of Taxation | 2018 | Undetermined |
| 72.087 | NOL - Virginia Department of Taxation | 2019 | Undetermined |
| 72.088 | NOL - Virginia Department of Taxation | 2020 | Undetermined |
| 72.089 | NOL - Virginia Department of Taxation | 2021 | Undetermined |
| 72.090 | NOL - Virginia Department of Taxation | 2022 | Undetermined |
| 72.091 | Tax Refund - Georgia Department of Revenue | 2022 | $1,500.00 |
| 72.092 | Tax Refund - New Jersey Division of Taxation | 2022 | $2,067.00 |
| 72.093 | Tax Refund - North Carolina Department of Revenue | 2022 | $41,917.00 |
| 72.094 | Tax Refund - South Carolina Department of Revenue | 2022 | $1,878.32 |
| 72.095 | Tax Refund - Tennessee Department of Revenue | 2022 | $1,472.00 |
| | | TOTAL: | $48,834.32 |

**In re: Proterra Operating Company, Inc.**
**Case No. 23-11121**
Schedule A/B 73 Attachment
Interests in insurance policies or annuities

| Line Number | Policy Type | Carrier | Policy No. | Expiration | Current Value |
|---|---|---|---|---|---|
| 73.01 | Accident Insurance (Michelin test track) | Philadelphia | PHPA117151 | 11/10/2023 | Undetermined |
| 73.02 | Commercial auto | Travelers | BA0P8925912214G | 11/10/2023 | Undetermined |
| 73.03 | Contractors Pollution/Professional | Indian Harbor | PEC005439902 | 11/10/2023 | Undetermined |
| 73.04 | Cyber Liability | North American Capacity | C4LPE041519CYBER202105 | 12/20/2023 | Undetermined |
| 73.05 | Difference in Condition | Landmark | LHQ429570 | 11/10/2023 | Undetermined |
| 73.06 | Errors & Omissions - A&E Primary | Lloyds | B0621PPROT007122 | 11/10/2023 | Undetermined |
| 73.07 | Errors & Omissions - A&E | Lloyds | B0621PPROT008322 | 11/10/2023 | Undetermined |
| 73.08 | Errors & Omissions - A&E | Lloyds | B0621PPROT008422 | 11/10/2023 | Undetermined |
| 73.09 | Excess auto liability | Travelers | EX4R8866752214 | 11/10/2023 | Undetermined |
| 73.10 | Excess Liability | Crum & Forester | SEO121263 | 11/10/2023 | Undetermined |
| 73.11 | Excess Liability | Lloyds | B0146GLUSA2200175 | 11/10/2023 | Undetermined |
| 73.12 | Excess Liability | Lloyds | B0146GLUSA2200177 | 11/10/2023 | Undetermined |
| 73.13 | Excess Liability | United Specialty | BTM2211016 | 11/10/2023 | Undetermined |
| 73.14 | Excess Punitive Damages | Lloyds | MCPD209571 | 11/10/2023 | Undetermined |
| 73.15 | Foreign Package | Travelers | ZGC21P4787522GC | 11/10/2023 | Undetermined |
| 73.16 | Lead Umbrella | Westchester | G4683575A006 | 11/10/2023 | Undetermined |
| 73.17 | Ocean Marine Cargo/Inland Transit | Travelers | ZOC91N46935 | 11/10/2023 | Undetermined |
| 73.18 | Package policy, lead property, general liability, mfg E & O | Travelers | Y6300P887359IND22 | 11/10/2023 | Undetermined |
| 73.19 | Primary Punitive Damages | Chubb Bermuda | PD12129001A | 11/10/2023 | Undetermined |
| 73.20 | Property - Excess | Falls Lake National | PXP000017400 | 11/10/2023 | Undetermined |
| 73.21 | Property - Excess | Houston Casualty | PR2200118 | 11/10/2023 | Undetermined |
| 73.22 | Property - Excess | Intact Insurance Co | 795020412 | 11/10/2023 | Undetermined |
| 73.23 | Property - Excess | Landmark | LHD927989 | 11/10/2023 | Undetermined |
| 73.24 | Property - Excess | Lloyds | PR2200117 | 11/10/2023 | Undetermined |
| 73.25 | Property - Excess | Lloyds | PR2200119 | 11/10/2023 | Undetermined |
| 73.26 | Property - Excess | Lloyds | PR2200120 | 11/10/2023 | Undetermined |

**In re: Proterra Operating Company, Inc.**
**Case No. 23-11121**
Schedule A/B 73 Attachment
Interests in insurance policies or annuities

| Line Number | Policy Type | Carrier | Policy No. | Expiration | Current Value |
|---|---|---|---|---|---|
| 73.27 | Property - Excess | Scottsdale | BXS0004088 | 11/10/2023 | Undetermined |
| 73.28 | Property - Excess | Starr Surplus Lines | 22SLCFM11583401 | 11/10/2023 | Undetermined |
| | | | | **TOTAL:** | **Undetermined** |

**In re: Proterra Operating Company, Inc.**
**Case No. 23-11121**
Schedule A/B 77 Attachment
Other property of any kind not already listed

| Line Number | Other property of any kind not already listed | Current value of debtor's interest |
|---|---|---|
| 77.01 | Contract Assets | $15,926,365.63 |
| 77.02 | Deferred COGS | $4,100,571.70 |
| 77.03 | Financing Lease ROU Asset | $682,762.00 |
| 77.04 | Long Term Investments | $26,599,995.84 |
| 77.05 | Long Term Tax Credit Recievables | $2,465,055.04 |
| 77.06 | Operating Lease ROU Asset | $16,435,655.28 |
| 77.07 | Other Receivables | $292,823.99 |
| | TOTAL: | **$66,503,229.48** |